UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and CITY OF TUCSON, Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF JUSTICE; et al.,
  Defendant(s).

Case No. 25-9277

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Regina L. Nassen, an active member in good standing of the bar of the Arizona Supreme Court, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: City of Tucson in the above-entitled action. My local co-counsel in this case is Erin B. Bernstein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 231539.

P.O. Box 27210, Tucson, AZ 85726
MY ADDRESS OF RECORD

520-837-4207
MY TELEPHONE # OF RECORD

Regina.Nassen@tucsonaz.gov
MY EMAIL ADDRESS OF RECORD

1212 Broadway, Ste 1100, Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

510-380-5801
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

EBernstein@bradleybernstein.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 014574.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/30/2025

Regina L. Nassen
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Regina L. Nassen  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE