DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:     (415) 554-4223
Facsimile:     (415) 437-4644
E-Mail: Karun.Tilak@sfcityatty.org
         Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity.<br><br>Defendants. | Case No. 3:25-cv-09277-JD<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  December 18, 2025<br>Time:          10:00 a.m.<br>Judge:         Hon. James Donato<br>Place:         Courtroom 11<br><br>Date Filed:    October 28, 2025<br>Trial Date:    None Set |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of the following government documents in support of their Motion for Preliminary Injunction, true and correct copies of which are attached hereto:

- **Exhibit A**: Notice of Funding Opportunity ("NOFO") for the FY25 Hiring Program, issued by the U.S. Department of Justice's ("DOJ") Office of Community Oriented Policing Services ("COPS Office") on May 8, 2025. A publicly available copy of the NOFO is available on the DOJ's COPS website: https://cops.usdoj.gov/pdf/2025ProgramDocs/chp/nofo.pdf [https://perma.cc/L4CV-3LZL].

- **Exhibit B**: NOFO for the FY25 Law Enforcement Mental Health and Wellness Act Implementation Projects, issued by the COPS Office on May 14, 2025. A publicly available copy of the NOFO is available on the DOJ's COPS Office website: https://cops.usdoj.gov/pdf/2025ProgramDocs/lemhwa/nofo.pdf [https://perma.cc/Z7QJ-9XNP].

- **Exhibit C**: NOFO for the FY25 Community Policing Development Microgrants, issued by the COPS Office on May 14, 2025. A publicly available copy of the NOFO is available on the DOJ's COPS Office website: https://cops.usdoj.gov/pdf/2025ProgramDocs/cpdmicrogrants/nofo.pdf [https://perma.cc/ZAC9-TNM7].

- **Exhibit D**: NOFO for FY25 Safer Outcomes Grants, issued by COPS Office on May 14, 2025. A publicly available copy of the NOFO is available on the DOJ's COPS Office website: https://cops.usdoj.gov/pdf/2025ProgramDocs/saferoutcomes/ci_nofo.pdf [https://perma.cc/QXJ3-M4W9].

- **Exhibit E:** Memorandum issued by Attorney General Pam Bondi to all federal agencies on July 29, 2025, entitled *Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination*. A publicly available copy of the memorandum is available on the DOJ's website: https://www.justice.gov/ag/media/1409486/dl [https://perma.cc/HSY4-AP2B].

- **Exhibit F**: Memorandum issued by Deputy Attorney General Todd Blanche on May 19, 2025 titled *Civil Rights Fraud Initiative*. A publicly available copy of the memorandum is available on the DOJ's website: https://www.justice.gov/dag/media/1400826/dl?inline.

- **Exhibit G**: Department of Justice Grants Financial Guide, last updated September 2025. A publicly available copy of the guide is available on the DOJ's website: https://www.ojp.gov/doj-financial-guide-2024 [https://perma.cc/JV2H-B7CE].

- **Exhibit H**: 2024 COPS Hiring Program Award Owner's Manual. A publicly available copy of the guide is available on the DOJ's website: https://cops.usdoj.gov/pdf/2024AwardDocs/chp/AOM.pdf [https://perma.cc/P39E-JBC6].

- **Exhibit I**: 2024 Law Enforcement Mental Health and Wellness Act Program Award Owner's Manual. A publicly available copy of the guide is available on the DOJ's website: https://cops.usdoj.gov/pdf/2024AwardDocs/lemhwa/AOM.pdf [https://perma.cc/FPB5-4E46].

- **Exhibit J**: 2024 COPS Office Community Policing Development Program Award Owner's Manual. A publicly available copy of the guide is available on the DOJ's website: https://cops.usdoj.gov/pdf/2024AwardDocs/cpd/AOM.pdf [https://perma.cc/P66L-MEJ2].

- **Exhibit K**: 2024 COPS Safer Outcome Grant Award Owner's Manual. A publicly available copy of the guide is available on the DOJ's website: https://cops.usdoj.gov/pdf/2024AwardDocs/saferoutcomes/AOM.pdf [https://perma.cc/9QQ4-PE98].

## I. Legal Standard

A court must take judicial notice of facts not in dispute if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(c)(2). A court may take judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). It is well established that judicial notice may be taken of "matters of public records," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including government documents, *see DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763

n.5 (9th Cir. 2018) (taking judicial notice of "government documents ... and undisputed matters of public record").

**II.    Exhibits A- K Are Judicially Noticeable Government Documents.**

Each of the exhibits listed in this request are matters of public record not reasonably subject to dispute and are therefore subject to judicial notice.

**Exhibits A-D** and **G-K** are grant-related documents published by Defendants DOJ and the COPS Office on their official agency website. Matters of public record, including information and documents contained on websites run by governmental agencies, are subject to judicial notice. *See Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website); *see also City of Fresno v. Turner*, No. 25-CV-07070-RS, 2025 WL 2721390, at *3 n.3 (N.D. Cal. Sept. 23, 2025) (taking judicial notice of grant guidance documents and NOFOs published by federal agencies).

**Exhibits E** and **F** are agency-wide and public-facing memoranda issued by Defendant Attorney General Pam Bondi and Deputy Attorney General Todd Blanche that are properly subject to judicial notice. This court has previously held that "government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice." *Cnty. of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1217 (N.D. Cal. 2017) (taking judicial notice of memorandum prepared by U.S. Department of Justice official).

For these reasons, Plaintiffs respectfully request that the Court take judicial notice of **Exhibits A-K**.

Dated: November 14, 2025

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
KARUN A. TILAK
JESSE E. LANIER
Deputy City Attorneys

By: /s/ *Jesse E. Lanier*
JESSE E. LANIER
Deputy City Attorney

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO


TONY LOPRESTI, SBN 289269
County Counsel

By: /s/ *Bill Nguyen*
BILL NGUYEN
Deputy County Counsel

KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:          tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

ROI I. LUSK
City Attorney

By: /s/ Regina L. Nassen
REGINA L. NASSEN, Ariz. Bar No. 014574*
Principal Assistant City Attorney

Tucson City Attorney's Office
255 W. Alameda, 7th Floor
P.O. Box 27210
Tucson, Arizona 85726-7210
Telephone: (520)837-4207
Facsimile: (520)623-9803
E-Mail: regina.nassen@tucsonaz.gov

ERIN B. BERNSTEIN, SBN 231539
PRIANKA MUNGALE, SBN 348165
Bradley Bernstein Sands, LLP
1212 Broadway, Suite 1100
Oakland, California 94612
Telephone: (510)380-5801
E-Mail: ebernstein@bradleybernstein.com

Attorneys for Plaintiff
CITY OF TUCSON

*Admitted *pro hac vice*

HEATHER FERBERT, SBN 246759
City Attorney

By: /s/ Daniel Ikeri
DANIEL IKERI
Deputy City Attorney

JEAN JORDAN, SBN 155009
Acting Assistant City Attorney
JULIE RAU, SBN 317658
Lead Deputy City Attorney
DANIEL IKERI, SBN 207674
Deputy City Attorney
1200 Third Avenue, Suite 1620
San Diego, CA 92101
Telephone:   (619) 236-6220
Facsimile:   (619) 236-7215
E-Mail:   Jrau@sandiego.org
          DIkeri@sandiego.org

Attorneys for Plaintiffs
CITY OF SAN DIEGO

**FILER'S ATTESTATION**

I, JESSE E. LANIER, am the ECF user whose identification and password are being used to file this PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, I hereby attest that the other above-named signatories concur in this filing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.