# Exhibit A

OMB No. 1103-0098

Approval Expires 5/31/2025

U.S. Department of Justice

Office of Community Oriented Policing Services



**FY25 COPS Hiring Program**

| | |
|---|---|
| Assistance Listing #: | 16.068 |
| Grants.gov Opportunity Number: | O-COPS-2025-172413 |
| NOFO Release Date: | May 8, 2025 |
| Grants.gov Deadline: | June 25, 2025, 4:59 PM ET. |
| Application JustGrants Deadline: | July 1, 2025, 4:59 PM ET. |

# Overview

The U.S. Department of Justice, Office of Community Oriented Policing Services (COPS Office, https://cops.usdoj.gov)is pleased to announce that it is seeking applications for funding for the FY25 COPS Hiring Program (CHP). This program furthers the COPS Office's goal of advancing public safety through community policing by funding additional full-time career law enforcement positions to meet law enforcement agencies' community policing strategies. As community policing is common sense policing, throughout the CHP Notice of Funding Opportunity (NOFO) materials, the terms 'community policing' and 'common sense policing' are used interchangeably, unless otherwise specified.

Additional information, including the FY25 CHP Application Resource Guide, Frequently Asked Questions (FAQs), and Fact Sheets can be found at https://cops.usdoj.gov/chp.

(Please see eligibility section for eligibility criteria.)

All awards are subject to the availability of appropriated funds and any modifications or additional requirements that may be imposed by law.

## Eligibility

Eligible applicants are limited to established and operational local, state, territorial, and tribal law enforcement agencies that have primary law enforcement authority.

- Established and operational:

  - A law enforcement agency is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget.

  - CHP applicants must have a law enforcement agency (i.e. Sheriff's Office, Department, etc.) that is operational by the close of this application or receive services through a new or existing contract for law enforcement services that is in place by the close of this NOFO. Applicants must also maintain primary law enforcement authority for the population to be served.

- Primary law enforcement authority:

  - An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within the jurisdiction served.

If funds under this program are to be used as part of a written contracting agreement for law enforcement services (e.g., a town that contracts with a neighboring sheriff's department to receive services), the agency wishing to receive law enforcement services must be the legal applicant in this application.

In addition, state and local governmental entities must comply with 8 U.S.C. §1373, which provides that state and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a state or local government entity or official. For additional information, please see the appendices in the FY25 CHP Application Resource Guide.

# Contact Information

## Agency Contact Description

For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to **support@Grants.gov**, or consult the Grants.gov Organization Applicant User Guide. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.

For technical support with the Justice Grants System (JustGrants) application, please contact JustGrants Support at **JustGrants.Support@usdoj.gov** or 833-872-5175. JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at https://justicegrants.usdoj.gov/training-resources.

For programmatic assistance with the requirements of this program, please call the COPS Office Response Center at 800-421-6770 or send questions via email to **AskCopsRC@usdoj.gov**. The COPS Office Response Center operates Monday through Friday, 9:00 a.m. to 5:00 p.m. ET, except on federal holidays. In addition, the COPS Office welcomes applicant feedback on this notice of funding opportunity, the application submission process, and the application review process. Provide feedback via email to **AskCopsRC@usdoj.gov** (Subject line: "FY25 CHP Feedback").

## Submission Information

**Registration**: To submit an application, all applicants must be registered in SAM.gov with a Unique Entity Identifier (UEI) number and be registered in Grants.gov.

**Submission**: Completing an application is a two-step process:

1.  Applicants are first required to register via https://www.grants.gov, complete the SF-424 form and submit it through the Grants.gov website.

2.  Once the SF-424 has been submitted via Grants.gov, the applicant will complete the full application including survey questions and provide attachments in JustGrants.

An application is not considered submitted until both of these steps are completed. For more information about registration and submission, see the Application and Submission section of this NOFO.

All guidance for this program is contained in this NOFO and can also be found at https://cops.usdoj.gov/chp.

# Contents

Overview ..................................................................................................................................... 1

   Eligibility ............................................................................................................................... 2

Contact Information ................................................................................................................. 2

   Agency Contact Description ................................................................................................. 2

   Submission Information ....................................................................................................... 3

Program Description ................................................................................................................ 6

   Overview of Program Requirements ................................................................................... 7

   Program Goals and Objectives ........................................................................................... 10

Statutory Authority ................................................................................................................ 11

Federal Award Information: Awards, Amounts and Durations ............................................. 11

   Anticipated Number of Awards ......................................................................................... 11

   Anticipated Maximum Dollar Amount of Awards ............................................................. 11

   Period of Performance Start Date ...................................................................................... 11

   Period of Performance Duration (months) ........................................................................ 11

   Anticipated Total Amount to be Awarded under Notice of Funding Opportunity ........... 11

   Announcement Type ........................................................................................................... 11

   Type of Award .................................................................................................................... 11

   Cost Sharing or Match ........................................................................................................ 12

   Eligibility Information ......................................................................................................... 12

Application and Submission Information ............................................................................... 12

   Before You Begin: SAM.gov Registration and Unique Entity Identifiers (UEIs) ................ 12

   Step One: Grants.gov .......................................................................................................... 13

   Step Two: JustGrants Application ....................................................................................... 13

   Application Components ..................................................................................................... 14

   Budget and Associated Documentation ............................................................................ 15

   Additional Application Components ................................................................................... 19

Disclosures and Assurances .................................................................................................... 20

Submission Dates and Time .................................................................................................... 21

**Application Review Information** ...........................................................................................**23**

Basic Minimum Requirements (BMR) Review ......................................................................... 23

BMR Criteria .......................................................................................................................... 23

Application Review ................................................................................................................. 23

Administrative Compliance Review ........................................................................................ 26

Director Selection .................................................................................................................. 26

Federal Award Notices ........................................................................................................... 27

**The Award Package** ............................................................................................................**27**

Administrative and National Policy Requirements ................................................................. 27

Terms, Conditions, and Award Requirements ........................................................................ 28

Accepting the Award .............................................................................................................. 28

**Administrative Actions and Legal Remedies Related to Federal Awards** ...........................**29**

Remedies for Noncompliance ................................................................................................ 29

Federal Awarding Agency Contact(s) ..................................................................................... 30

Freedom of Information Act and Privacy Act (5 U.S.C. §§ 552 and 552a) .............................. 30

Feedback to the COPS Office .................................................................................................. 31

**COPS Office Other Information** ...........................................................................................**31**

Reporting, Monitoring, and Evaluation Requirements ........................................................... 31

Financial Management and System of Internal Controls ........................................................ 32

Audit Requirement ................................................................................................................ 33

Civil Rights ............................................................................................................................ 33

Funding to Faith-Based Organizations ................................................................................... 33

Public Reporting Burden: Paperwork Reduction Act Notice ................................................... 34

Performance Measures .......................................................................................................... 34

Application Checklist ............................................................................................................. 35

# Program Description

The Office of Community Oriented Policing Services (COPS Office) is the component of the U.S. Department of Justice responsible for advancing the practice of community policing by the nation's state, local, territorial, and tribal law enforcement agencies through information and grant resources. To date, the COPS Office has been appropriated more than $21 billion to advance community policing, including grants awarded to more than 13,000 state, local, territorial, and tribal law enforcement agencies to fund the hiring and redeployment of nearly 140,000 officers.

COPS Office information resources, covering a wide range of community policing topics such as school and campus safety, violent crime, and officer safety and wellness, can be downloaded via the COPS Office's home page, https://cops.usdoj.gov.

The FY25 COPS Hiring Program (CHP) provides funding to law enforcement agencies to hire and/or rehire additional career law enforcement officers in an effort to increase their community policing capacity and crime prevention efforts. Anticipated outcomes of CHP awards include engagement in planned community partnerships, implementation of projects to analyze and assess problems, implementation of changes to personnel and agency management in support of community policing, and increased capacity of agency to engage in community policing activities.

Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as violent crime, nonviolent crime, and fear of crime.

# Overview of Program Requirements

## Hiring Categories

Funding under this program may be used to hire or rehire career law enforcement officers in the following categories:

- **Hire new officers**, which includes filling existing officer vacancies that are no longer funded in your agency's budget. These positions must be in addition to your current budgeted (funded) level of sworn officer positions, and the officers must be hired on or after the official award start date on the notice of award.

- **Rehire officers laid off** by any jurisdiction as a result of state, local, or Bureau of Indian Affairs (BIA) budget reductions. The rehired officers must be rehired on or after the official award start date on the notice of award. Documentation must be maintained showing the date(s) that the positions were laid off and rehired.

- **Rehire officers who are (at the time of application) currently scheduled to be laid off** by your jurisdiction on a specific future date as a result of state, local, or BIA budget reductions.

  - Recipients will be required to continue funding the positions with local funding until the date(s) of the scheduled layoffs. The dates of the scheduled layoffs and the number of positions affected must be identified in the CHP application.

  - The recipient may rehire the officers with CHP funding on or immediately after the date of the scheduled layoff. Unless required by a recipient jurisdiction, the agency is not required to formally complete the administrative steps associated with the layoff of the individual officers It is seeking to rehire so long as the agency can document that a final, approved budget decision was made to lay off those individual officers on the identified layoff date.

  - Documentation must be maintained detailing the dates and reason(s) for the layoffs. Furthermore, agencies awarded will be required to maintain documentation that demonstrates that the scheduled layoffs are occurring for local economic reasons unrelated to the availability of CHP award funds; such documentation may include local council meeting minutes, memoranda, notices, or orders discussing the layoffs, budget documents ordering jurisdiction-wide budget reductions, and/or notices provided to the individual officers regarding the layoffs.

An applicant may request funding in one or more of the above-referenced hiring categories under CHP. If an application is approved for funding, the notice of award will specify the number of positions approved in each category. Once awarded, recipient agencies may not move funded positions between the hiring categories without receiving written prior approval from the COPS Office.

## Problem/Focus Areas

Applicants will identify and describe one specific problem/focus area from the list below. Note that selection of some problem focus areas may result in additional consideration for funding (see Application Review Information). Applicants that select those funding areas will not be allowed to change the problem areas/focus area of common sense policing strategies after the award is issued.

- **Violent Crime** - Applicant will employ common sense policing strategies to address a range of violent crime problems. Applicants committed to aggressively enforcing gun laws; addressing human trafficking, criminal gangs, or drug manufacturing / dealing / trafficking; dismantling gangs, street crews, and drug networks; or cracking down on the open use of illegal drugs subcategories will receive additional consideration.

- **Squatting and Encampment Enforcement** - Applicants will focus on ending squatting by collaborating with federal law enforcement / task forces to end the epidemic of squatters and public encampments that create safe havens for drugs, crime, and human trafficking.

- **Homeland and Border Security** - Applicants will partner with federal law enforcement to combat illegal immigration (e.g., information sharing, 287(g) partnerships, task forces, and honoring detainers), protecting critical infrastructures, and information/intelligence problems.

- **Nuisance Abatement and Quality of Life** - Applicants will focus on aggressive and strict enforcement of nuisance abatement and blight including, among other things, petty larceny and criminal damage to property.

- **School Based Policing** - Applicants will focus on deploying School Resource Officers (SROs) to protect elementary or secondary schools, expand crime prevention efforts, identify changes to reduce crime in and around schools, and other activities to increase school safety.

- **Other/Innovations in Common Sense Policing** – Applicants are required to describe new and promising approaches in common sense policing that can be advanced through the COPS Hiring Program.

## "Career Law Enforcement Officer" Defined

A "career law enforcement officer" is a person hired on a permanent basis who is authorized by law or by a state, local, or tribal agency to engage in or oversee the prevention, detection, or investigation of violations of criminal laws. 34 U.S.C. §10389(1). The State of Alaska, and any Indian tribe or tribal organization in that state, may also use hiring funds for village public safety officers defined as "an individual employed as a village public safety officer under the program established by the State pursuant to Alaska Statute 18.65.670. Tribal Law and Order Act of 2010, Pub. L. 111-211, title II, § 247 (a)(2)."

## Cap on Officer Requests

Requests will be capped at 20 percent of actual sworn force, with a maximum of 50 officers for any agency. For example, agencies with an actual sworn force of 30 will be allowed to request up to 6 positions. Agencies with fewer than 10 officers may request one position.

## Length of Funding and Retention Requirement

Funding under this program will support three years of officer or deputy salaries within a five-year period of performance to accommodate time needed for recruitment and hiring. Agencies must retain each CHP-funded position for a minimum of 12 months following the three years of funding for that position. The additional officer positions should be added to your agency's law enforcement budget with state and/or local funds over and above the number of locally funded officer positions that would have existed in the absence of the award. Absorbing CHP-funded positions through attrition (rather than adding the extra positions to your budget with additional funding) does not meet the retention requirement.

## Background Investigation Requirement

Recipients must ensure that each officer(s) hired with CHP funding is subject to a background investigation, notify the COPS Office upon completion of the background investigation for each officer hired under the CHP award, and cooperate with the COPS Office and provide updates on the status of background investigations upon request. Additional information can be found in the FY25 CHP Application Resource Guide and the External Background Investigations FAQs.

## Prohibition on Supplanting

"Supplanting" is to deliberately reduce state or local funds because of the existence of federal funds. For example, when state funds are appropriated for a stated purpose and federal funds are awarded for that same purpose, the state replaces its state funds with federal funds, thereby reducing the total amount available for the stated purpose. As such, a recipient may not reduce its existing current fiscal year budget for sworn officers just to make use of the CHP award. Any budget cut must be unrelated to the receipt of CHP award funds to avoid a violation of the COPS Office statutory non-supplanting requirement.

## Cap on Direct Administrative Costs

Applicants may request up to 2 percent of the federal award amount for direct costs associated with administering the award. See the Budget and Associated Documentation section for additional information.

## Understaffed Law Enforcement Agencies Operating Below Budgeted Strength

A law enforcement agency operating below its budgeted strength is eligible to apply for funding so long as the applicant attests that awarded funds will be used in compliance with the nonsupplanting requirement and not used to supplant state, local, or Bureau of Indian Affairs funds that are already budgeted for sworn law enforcement officer positions. Budgeted strength is the maximum number of sworn law enforcement officers that a law enforcement agency is authorized to employ in their budget.

Please see the "Guidance for Understaffed Law Enforcement Agencies Operating Below Budgeted Strength" factsheet for additional information.

## School Resource Officer (SRO) Requirements

- **Memorandum of Understanding**: Recipients awarded CHP funding to hire and/or deploy School Resource Officers (SRO) into schools will be required to submit to the COPS Office a signed MOU between the law enforcement agency and the school partner(s) within 90 days of the date shown on the award letter, and before expending or drawing down funds under the award. See the Other Supporting Documentation section and/or the SRO MOU Fact Sheet for additional information.

- **Training Requirement**: COPS Office-funded SRO(s) are required to complete an SRO 40-hour basic training course from a list of COPS Office approved provider(s). Training must be completed no later than nine months after the date shown on the award congratulatory letter or six months from the SRO hire date, whichever comes first. Additional information and requirements can be found in the FY25 CHP Application Resource Guide.

This is a competitive, discretionary program. The COPS Office will fund as many positions as possible for successful applicants; however, the number of officer positions requested by an agency may be reduced based on the availability of funding and other programmatic considerations.

## Program Goals and Objectives

Goal 1: The goal of CHP is to provide funding directly to law enforcement agencies to hire and/or rehire career law enforcement officers in an effort to increase their community policing capacity and crime prevention efforts.

- Objective 1: Engagement in planned community partnerships

- Objective 2: Implementation of projects to analyze and assess problems

- Objective 3: Implementation of changes to personnel and agency management in support of community policing

- Objective 4: Increased capacity of agencies to engage in community policing activities

# Statutory Authority

The COPS Hiring Program is authorized under the Omnibus Crime Control and Safe Streets Act of 1968, as amended, and the Violent Crime Control and Law Enforcement Act of 1994, Title I, Part Q, Public Law 103-322, 34 U.S.C. § 10381 et seq.

# Federal Award Information: Awards, Amounts and Durations

## Anticipated Number of Awards

250

## Anticipated Maximum Dollar Amount of Awards

Up to $6,250,000

## Period of Performance Start Date

October 1, 2025

## Period of Performance Duration (months)

60 months

## Anticipated Total Amount to be Awarded under Notice of Funding Opportunity

Up to $156,668,839

## Announcement Type

Initial

## Type of Award

The COPS Office expects to make this award in the form of a grant, which does not provide for substantial involvement between the federal awarding agency and the nonfederal entity in carrying out the activity contemplated by the federal award. Grant recipients will be responsible for day-to-day project management and may reach out to the COPS Office with assistance in implementing the award.

All awards are subject to the availability of appropriated funds and any modifications or additional requirements that may be imposed by law.

## Cost Sharing or Match

For this opportunity, a local match is required of at least 25 percent, which must be in the form of cash, unless a waiver is approved at the time of application. FY25 CHP awards will cover up to 75 percent of the entry-level salary and fringe benefits for each approved position for a three-year funding period, based on the applicant's current entry-level salary levels for full-time officers. Absent an approved matching funds waiver, the maximum federal share per officer position is $125,000 over the three-year period (not $125,000 per year) and any additional costs exceeding entry-level salaries and fringe benefits will be the responsibility of the recipient agency. Additional details can be found in the Budget and Associated Documentation section below and the FY25 CHP Application Resource Guide.

## Eligibility Information

See the Overview section for detailed eligibility information.

# Application and Submission Information

The complete application package (that is, this NOFO, including links to additional documents) is available on Grants.gov and on the COPS Office website https://cops.usdoj.gov/. Completing an application under this program is a two-step process.

## Before You Begin: SAM.gov Registration and Unique Entity Identifiers (UEIs)

To submit an application, your entity must have an active registration in the System for Award Management (SAM.gov). SAM.gov assigns entities a unique entity identifier (UEI) that is required for the entity to apply for federal funding. You will enter the entity's UEI in the application. Award recipients must then maintain an active UEI for the duration of their award. Visit SAM.gov for details and resources for first-time registration or renewal of an existing registration.

The registration and renewal processes can take several weeks. Start these processes at least 30 days prior to the Grants.gov deadline. Applicants who do not begin the registration or renewal process at least 10 business days prior to the Grants.gov deadline may not be able to complete the process in time and will not be considered for a technical waiver that allows for late submission.

## Step One: Grants.gov

**Application for Federal Assistance (SF-424):** Applicants must register via https://www.grants.gov and complete an Application for Federal Assistance, Standard Form 424 (SF-424). The SF-424 is a required standard form that collects the applicant's name, address, and UEI; the funding opportunity number; and the proposed project title, among other information. It is used as a cover sheet for submission of pre-applications, applications, and related information under discretionary programs. Applicants must complete and submit the SF-424 via https://www.grants.gov using the information provided on that site. The SF-424 must be signed by the Grants.gov authorized organizational representative.

**Section 8F – Applicant Point of Contact**: Enter the name and contact information of the individual who will complete application materials in JustGrants. JustGrants will use this information to assign the application to this user in JustGrants.

**Section 19 – Intergovernmental Review**: This funding opportunity is subject to Executive Order (E.O.) 12372 (Intergovernmental Review). States that participate in the Intergovernmental Review process have an opportunity to review the applicant's submission. Find the names and addresses of state Single Points of Contact (SPOCs) for Intergovernmental Review at the following website: SPOC-list-as-of-August-2024.pdf If the applicant's state appears on the SPOC list:

- Contact the state SPOC for information and follow the state's process under E.O. 12372.

- On the SF-424, make the appropriate selection for question 19 once the applicant has complied with its state E.O. 12372 process.

If the applicant's state does not appear on the SPOC list:

- Answer question 19 by selecting, "Program is subject to E.O. 12372 but has not been selected by the state for review."

Applicants are strongly encouraged to register immediately on https://www.grants.gov. Any delays in registering with Grants.gov or submitting the SF-424 may result in insufficient time for processing your application through JustGrants. Refer to the U.S. Department of Justice (DOJ) Application Submission Checklist for additional details.

For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to **support@Grants.gov**, or consult the Grants.gov Organization Applicant User Guide. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.

## Step Two: JustGrants Application

The remainder of the application will be completed through the Justice Grants System (JustGrants) at https://justicegrants.usdoj.gov/. No other form of application will be accepted. Applications with errors or missing information may be disqualified or rated accordingly. Please note that the application system will not accept incomplete applications or applications with errors.

## Standard Applicant Information

To begin the JustGrants application, applicants must first complete a web-based form in JustGrants which is pre-populated with the SF-424 data submitted in Grants.gov. Applicants are required to confirm the two Authorized Representatives (see following) and verify the legal name, address, and enter the ZIP code(s) for the areas affected by the project. For statewide or nationwide projects, the applicant should enter "State" or "National" in this field.

The Authorized Representatives are the officials who have ultimate and final responsibility for all programmatic and financial decisions regarding this COPS Office application as representatives of the legal recipient (e.g., your agency or organization).

**Who should be assigned as Authorized Representatives?**

For **law enforcement agencies,** COPS Office awards require that both the top law enforcement executive (e.g., chief of police, sheriff, or equivalent) and the top government executive (e.g., mayor, board chairman, or equivalent) sign the application, and (if awarded funding) accept the award package. Both the top law enforcement executive and the top government executive must be assigned the role of Authorized Representative in JustGrants.

For **non–law enforcement agencies,** (institutions of higher education, school districts, private organizations, etc.), COPS Office awards require that both the programmatic official (e.g., executive director, chief executive officer, or equivalent) and financial official (e.g., chief financial officer, treasurer, or equivalent) sign the application, and (if awarded funding) accept the award package. These two officials must have the ultimate signatory authority to sign contracts on behalf of your organization. Both the programmatic official and the financial official must be assigned the role of Authorized Representative in Just Grants. Please note that nonexecutive positions (e.g., clerks, trustees) are not acceptable Authorized Representatives.

Before applicants can complete this section, the two Authorized Representatives must have established accounts in JustGrants after the Grants.gov portion of the application was submitted. **Please note: Users assigned as Authorized Representatives must log into the JustGrants system to activate their account. Users will not be visible in JustGrants until they have successfully logged into JustGrants.**

## Application Components

## Data Requested with Application

Applicants must complete the survey questions in the "Data Requested with Application" section of the JustGrants application. A copy of the survey questions required for this NOFO can be found at https://cops.usdoj.gov/chp.

# Budget and Associated Documentation

## Budget Detail Worksheet (Web-Based Form)

Applicants must complete the web-based budget worksheet form in JustGrants, providing narrative entries in the "additional narrative" field to describe and justify each proposed cost.

The information in the "additional narrative" field(s) should be mathematically sound and correspond clearly with the information provided in the budget detail worksheets. The narrative should explain how the applicant estimated and calculated all costs and how those costs are necessary to the completion of the proposed project and demonstrate the efficient use of funding in achieving program goals.

Budget requests may only be made in the following categories:

- Sworn Officer Personnel
- Fringe Benefits
- Other Costs – Direct Administrative Costs

Recipients may not use COPS Office funding for the same item or service also funded by another U.S. Department of Justice award.

### Federal Funding Restrictions

Please be advised that COPS Office funding must not be used for the following:

1. To directly or indirectly support or subsidize an educational service agency, state educational agency, local educational agency, elementary school, secondary school, or institution of higher education that requires students to have received a COVID-19 vaccination to attend any in-person education program.

2. To promote gender ideology.

3. For projects that provide or advance diversity, equity, inclusion, and accessibility, or environmental justice programs, services, or activities.

4. State and local governments and law enforcement agencies that have failed to protect public monuments, memorials, and statues from destruction or vandalism.

If awarded, and it is determined that the applicant is not in compliance with the funding restrictions, the COPS Office may place a hold on the award and/or take other remedial action.

See below for non-exhaustive list of allowable and unallowable costs, as well as guidance for completing each budget category.

## Allowable Costs – Fundable Requests

The only allowable costs under CHP are the approved full-time, entry-level salaries and fringe benefits of newly hired or rehired sworn career law enforcement officers who are hired or rehired on or after the award start date, and direct administrative costs of up to 2 percent of the federal award amount. An agency seeking to rehire officers scheduled to be laid off on a specific future date with CHP funds must continue to fund them with local funds through the award date until the date of the scheduled layoff.

There is a <u>minimum</u> local cost share (matching funds) requirement of 25 percent, which must be in the form of cash. The local cost share (matching funds) requirement may exceed 25 percent if the entry-level salary and fringe costs total more than $167,000 over three years. Note: The local cost share (matching funds) will calculate automatically once the overall salary, fringe rates, and direct administrative costs are entered.

- **Sworn Officer Salaries**: You will enter the funding request by indicating the number of officers you are requesting, then by providing the current entry-level salary and fringe benefits for one full-time sworn officer. The total request will calculate automatically.

  - The number of officers you request in the budget must match the number of officers requested in the question survey and may not exceed 20 percent of actual full-time sworn force, up to 50 officers.

  - CHP awards are subject to the restrictions described in the Program Description section, including but not limited to: $125,000 maximum over three years and minimum of 25 percent cost share or matching funds requirement (unless waived). Applicants budgeting for an increase in salaries and/or fringe benefits over the life of the award are required to provide an explanation. **Note that the $125,000 in federal funds total is for three years, not $125,000 annually.**

  - Officers previously employed by your agency who have been (or are currently scheduled to be) laid off as a result of budget reductions may be rehired using CHP award funds, but funding requests must be limited to your agency's entry-level salaries and fringe benefits for full-time officers. Agencies will be responsible for paying any costs that exceed entry-level salaries and fringe benefits with local funds.

  - For applicants with more than one entry-level salary and benefit package based on prior education for new officers with no prior law enforcement experience, you may average those salaries and benefits to report your entry-level salary and benefits. Please note, however, that any higher salaries and benefits that are paid to compensate for prior law enforcement experience are not considered entry-level and should not be included in this average or otherwise reported as entry-level. If awarded CHP funding, an agency must use it to pay the actual entry-level officer's salary and benefits and any CHP funds remaining after the 36-month funding period will be deobligated.

- **Fringe Benefits:** Fringe benefits typically covered by the applicant agency, as specified in agency personnel and salary policies or contractual agreements, and allowable under 2 CFR 200, will be covered. Examples of allowable fringe benefits include Social Security, Medicare, insurance (life, health, dental, etc.), shift differential, retirement plans, and holiday pay.

    - For agencies that do not include fringe benefits (e.g., vacation, holiday, shift differential) as part of the base salary costs and typically calculate these separately, the allowable expenditures may be included with personnel costs. Any fringe benefits that are already included as part of the agency's base salary should not be repeated in the separate fringe listing. Fringe benefits that do not appear in the drop-down budget menu will not be considered.

    - Shift differential pay is a premium hourly rate paid for those hours that are not considered normal day work hours as defined by your agency. Typically, shift differential pay is for the hours worked outside of normal day work hours, where the majority of hours worked are from 3:00 p.m. of one day until 8:00 a.m. of the following day. This would include the evening shift, midnight shift, overlap shift or power shift, or any other designated shift between those hours that would qualify for the shift differential pay as defined by your agency and/or a contractual or union agreement. Overtime beyond any defined shift work hours is an unallowable cost under CHP. See the Unallowable Costs – Costs that will Not be Funded section for more information.

    Note: The following are considered unallowable costs under CHP, regardless of whether they are included as salary or fringe: Sworn officer overtime costs, training, travel, equipment (e.g., uniforms, weapons, or vehicles), severance pay, and hazard pay. If your agency pays those benefits for locally funded officer positions, your agency will be required to use local funds to do so for CHP-funded officer positions. See the Unallowable Costs – Requests that will Not be Funded section for more information in unallowable costs.

- **Direct Administrative Costs:** Up to 2 percent of the federal share may be used for direct administrative costs. See 34 U.S.C. § 10381(i).

    - Recipients may use up to 2 percent of the grant award amount for administrative costs, which encompasses costs directly associated with administering the grant.

    - Examples of direct administrative costs may include directly assignable salaries and fringe benefits for administrative staff that collect performance measurement data and submit performance reports in JustGrants and/or Federal Financial Reports.

    - Direct costs are those costs that can be ". . . identified specifically with a particular final cost objective, such as a Federal award, or other internally or externally funded activity, or that can be directly assigned to such activities relatively easily with a high degree of accuracy. . ." See 2 C.F.R. § 200.413.

- Any direct administrative costs proposed must be specific and directly assignable to the award activities. Any lump sum line item of 2 percent will be removed from the budget, and the award amount will be reduced accordingly.

- Note: the current appropriations act cap is $125,000 per sworn officer position. Including 2 percent for direct administrative costs would not increase the grant award amount. **Any amount used for direct administrative costs will reduce the amount of funding available for sworn officer salaries and benefits.** However, if the local match is waived, the 2 percent would apply to the full federal share. Administrative costs encompass expenses directly associated with administering the grant.

## Unallowable Costs – Requests That Will Not be Funded

All items other than entry-level personnel costs (salaries, fringe benefits) and direct administrative costs up to 2 percent of the federal award amount, as described in the preceding section are considered unallowable under CHP. Therefore, the following costs are not permitted under CHP:

- Salaries, fringe benefits, for
  - Existing locally funded officers, unless those officers are currently scheduled to be laid off on a specific future date over and above an agency's entry-level salary and fringe benefits for officers.
  - Civilian or nonsworn personnel, unless included in the Other Costs category for the sole purpose of administering the award.
  - Part-time officer positions, unless included in the Other Costs category for the sole purpose of administering the award.
  - Furloughed officers
  - Correctional officers
- Overtime costs, severance pay, hazard pay, and retroactive pay.
- Equipment (e.g., weapons, and vehicles)
- Training
- Travel
- Uniforms
- Indirect costs

Before including any of these items in your budget and application, please contact the COPS Office at **AskCopsRC@usdoj.gov**. This is not an exhaustive unallowable expenses list. Items not listed will be reviewed on a case-by-case basis. The COPS Office reserves the right to deny funding for items not included on this unallowable expenses list. All requests must contribute directly to the specific purpose of the award project.

Note: Costs incurred by the applicant prior to the start date of the period of performance of the federal award are unallowable. Requests for reimbursement of items purchased or expenses incurred prior to the award start date (i.e., pre-agreement costs) will not be approved by the COPS Office.

### Waiver of Local Cost Share (Matching Funds)

In the Local Match Details section, you will be presented with the option to request a waiver of the local cost share (matching funds) requirement. If a local cost share (matching funds) waiver is requested by selecting "Yes," you will be instructed to enter the maximum local cost share you would be able to contribute, if any, and to specify if the COPS Office should continue to consider the application if the waiver request is not granted.

Local Cost Share (matching funds) waiver requests will be evaluated based on the availability of funding, a demonstration of severe fiscal distress as reflected through the fiscal health data provided in the application, and a comparison of your fiscal health data with that of the overall applicant pool. Please indicate whether the COPS Office should continue to consider your application if the waiver request is not granted or whether it should be removed from consideration.

## Additional Application Components

## SRO MOU (if applicable)

Recipients awarded CHP funding to hire and/or deploy SROs into schools will be required to submit to the COPS Office a signed MOU between the law enforcement agency and the school partner(s) within 90 days of the date shown on the award letter and before expending or drawing down funds under the award. An MOU is not required at the time of application; however, if the law enforcement agency already has an MOU in place that is applicable to the partnership, the MOU can be uploaded as an attachment under the section in JustGrants titled "MOUs and Other Supporting Documents".

The MOU must contain the following:

A.  The purpose of the MOU

B.  Clearly defined roles and responsibilities of the school district and the law enforcement agency focusing on the officers' roles on safety

C.  Information sharing

D.  Supervision responsibility and chain of command for the SRO

E.  Signatures

Submit all MOUs together as one attachment to the application. Unsigned draft MOUs may be submitted with the application, but the applicant should describe in a cover page to the attachment why they are unsigned.

Please refer to the MOU fact sheet at https://cops.usdoj.gov/chp for a full description of requirements.

## SRO Official Partner Contact Information (if applicable)

Applicants requesting funding for SROs should enter in contact information for each school partner where the SROs will be deployed, if known at time of application. This information is not required at the time of application but will be later required for any agency awarded CHP funding for officers to be deployed as SROs.

## Letters of Support

In this section, applicants will attach letters of support from partners such as other law enforcement agencies, community organizations, government officials, or other stakeholders as applicable.

Each letter of support may include descriptions of the following:

- Relationship between the applicant and the supporting entity.
- Need for and benefits that would be gained from the project.
- Applicant's capacity to complete the proposed projects.

Submit letters of support together as one attachment. The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and the file contents to ensure that reviewers can easily locate application documents. Recommended file formats are PDF, Microsoft Word, and Microsoft Excel.

# Disclosures and Assurances

## Lobbying Activities

JustGrants will prompt each applicant to indicate if it is required to complete and submit a lobbying disclosure under 31 U.S.C. § 1352.

The applicant is required by law to complete and submit a lobbying disclosure form (Standard Form/SF-LLL) if it has paid or will pay any person to lobby in connection with the award for which it is applying AND this application is for an award in excess of $100,000. This disclosure requirement is not applicable to such payments by an Indian Tribe, Tribal organization, or any other Indian organization that are permitted by other federal law.

For this requirement, lobbying means influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress.[1] Note: Most applicants do not engage in activities that trigger this disclosure requirement.

---

[1] See 31 U.S.C. 1352; 28 C.F.R. part 69.

An applicant that is not required by law[2] to complete and submit a lobbying disclosure should enter "No." By doing so, the applicant is affirmatively asserting (under applicable penalties) that it has nothing to disclose under 31 U.S.C. § 1352 with regard to the application for the award at issue.

## U.S Department of Justice (DOJ) Certified Standard Assurances

Review and accept the DOJ Certified Standard Assurances in JustGrants. See the FY25 CHP Application Resource Guide for additional information.

## DOJ Certifications

Review the DOJ document Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Law Enforcement and Community Policing. Sign the certification document. See the FY25 CHP Application Resource Guide for additional information.

## Federal Civil Rights and Award Review

Please be advised that an application may not be funded and, if awarded, a hold may be placed on the award if it is deemed that the applicant is not in compliance with federal civil rights laws, is not cooperating with an ongoing federal civil rights investigation, or is not cooperating with a U.S. Department of Justice award review or audit.

## Submission Dates and Time

The COPS Office highly recommends applicants work through the JustGrants DOJ Application Submission Checklist before submitting an application for review. This checklist details each step required to prepare a complete and accurate application submission.

Completed applications and *all* mandatory application components must be submitted in JustGrants by July 1, 2025, by 4:59 p.m. ET. *Please note that technical support will not be available after 5:00 p.m. ET.*

To maintain the integrity of the competitive notice of funding opportunity process, the COPS Office can provide publicly available technical assistance regarding the mechanics of the application but cannot evaluate the merits of an application during the open notice of funding opportunity period.

For technical support with the Justice Grants System (JustGrants) application, please contact JustGrants Support at **JustGrants.Support@usdoj.gov** or 833-872-5175. JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at https://justicegrants.usdoj.gov/training-resources.

---

[2] Law referenced is 31 U.S.C. 1352.

## Section 508 of the Rehabilitation Act

If you are an applicant using assistive technology and you encounter difficulty when applying, please contact the COPS Office Response Center at **AskCopsRC@usdoj.gov**. The department is committed to ensuring equal access to all applicants and will assist any applicant who may experience difficulties with assistive technology when applying for awards using the JustGrants System.

You are not required to respond to this collection of information unless it displays a valid OMB control number. The OMB control number for this application is 1103-0098, and the expiration date is April 30, 2025.

## Late Submissions

The COPS Office will review on a case-by-case basis requests for late submission due to unforeseen technical issues or extraordinary events such as extreme weather emergencies or mass casualty events.

- Requests for an extension of the Grants.gov deadline must be received no later than **June 25, 2025, 4:59 p.m. ET.**

- Requests for an extension of the JustGrants deadline must be received no later than **July 1, 2025, 4:59 p.m. ET.**

No late submission requests will be considered after the extension requests deadline. Extension of deadlines is rare and is not guaranteed.

To be considered for an extension, applicants must contact the COPS Office Response Center via email at **AskCopsRC@usdoj.gov** detailing the technical/extraordinary issues that impact application submission. This email must be submitted prior to the deadline for which the applicant is requesting an extension. The applicant's email must include the following information:

- UEI number

- Organization name

- Point of contact name and information

- Application ID

- Nature of the issue/disaster and how it affected the applicant's ability to submit the application on time

The email subject line should read "FY25 CHP Extraordinary Circumstances: [UEI number, Agency Name, Application ID]", with your UEI number and organization name and details filled in.

The COPS Office will respond to each applicant as soon as possible with either an approval and instructions for submission or a rejection. If the technical issues you reported cannot be validated, the application will be rejected.

The following conditions are not valid reasons to request an extension:

- Failure to begin the registration process in sufficient time

- Failure to follow instructions on Grants.gov or JustGrants

- Failure of the two assigned Authorized Representatives, with the proper authority, to activate accounts in JustGrants prior to application submission

- Failure to follow all the instructions in the notice of funding opportunity

- Failure to register or update information on the SAM website

- Failure to register or complete the SF-424 in grants.gov

Late submissions may be considered for review at the discretion of the COPS Office on a case-by-case basis due to unforeseen technical issues or extraordinary events such as extreme weather emergencies or mass casualty events.

# Application Review Information

The COPS Office is committed to ensuring a fair process for making awards. The COPS Office will review the application to make sure that the information presented is reasonable, understandable, measurable, achievable, and consistent with the NOFO. Applications will undergo a review and selection process, which includes a review of basic minimum requirements, scoring, community policing narrative review, administrative compliance review, and the COPS Office Director's selection. A description of each phase is provided in the following sections. Applicants are encouraged to review their own application prior to submission, with particular attention given to the Basic Minimum Requirements and each of the Review Criteria specified in the descriptions that follow.

## Basic Minimum Requirements (BMR) Review

Once the NOFO closes, COPS Office staff screen and evaluate applications for compliance with basic minimum requirements (BMR).

## BMR Criteria

The BMR review ensures that applicants are local, state, territorial, and tribal law enforcement agencies that have primary law enforcement authority.

## Application Review

A team of reviewers will evaluate applications that meet the eligibility basic minimum requirements. The COPS Office may use internal reviewers, external reviewers, or a combination to assess applications on technical merit using the NOFO's review criteria. An external reviewer is an expert in the subject matter of a given topic area who is not a current federal employee. An internal reviewer is a current federal

employee who is well-versed or has expertise in the subject matter of the subcategory. Feedback is advisory only, although reviewer views are considered carefully. Reviewers will be asked to review applications based on the application subcategory and the NOFO's stated purpose for the funding. Reviewers will also be asked to consider the subcategory-specific solicited goals, requirements, and deliverables described in the NOFO language.

The COPS Office will make an initial determination, balancing the applicant's need for federal assistance (as measured by economic and fiscal health questions) with crime rates, the applicant's current commitment to community policing, and the strength of their proposed community policing strategy.

- **Initial Application Scoring:** Applications will initially be scored according to the following weighting methodology:

  - Fiscal Need: 33.3 percent

  - Crime: 33.3 percent

  - Community Policing: 33.3 percent

  Agencies that do not meet a minimum community policing score, reflecting a basic commitment to community policing and a strategy to continue or enhance it, will not proceed to the next phase of the application review process and will not be further considered for funding.

- **Community Policing Narrative Review**: Following Initial Application Scoring, a qualitative review of each eligible applicant's community policing narrative is conducted to ensure that the proposed project sufficiently describes how the applicant plans to address their community policing and crime prevention efforts and aligns with the Problem/Focus Area selected in the application. Agencies with inadequate community policing narratives will not proceed to the next phase of the application review process and will not be further considered for funding.

- **Additional Consideration:** Following the Community Policing Narrative Review phase, initial scoring will be reviewed and adjusted for eligible applicants based on the additional considerations. Additional consideration may be given to applicants who propose a community-based approach to the following Problem/Focus areas. See the Program Description section for additional details. Agencies must describe how they will use award funds to address the problem/focus area they selected:

  - Violent Crime

  - Squatting and Encampment Enforcement

  - Homeland and Border Security

  - Nuisance and Abatement and Quality of Life

  - School Based Policing

  Note: Applicants who choose one of the common sense policing problem/focus areas listed here must devote 100 percent of their funded positions to that focus area and will not be allowed to change their choice once the award has been issued.

Additional consideration may also be given to applicants that meet any of the following criteria:

- **Ending Deadly Sanctuary City Polices -** Agencies that cooperate with federal law enforcement to address illegal immigration (state and local government applicants only).

- **Safe Harbor –** Applicants in states with certain anti-human trafficking laws that treat minors engaged in commercial sex as victims (referred to as "safe harbor" laws) and permit individuals to vacate arrest or prosecution records for non- violent offenses as a result of being trafficked.

- **Catastrophic Incident –** Applicants that experienced a major disaster or catastrophic event in the time period from January 1, 2024, to present, or Attorney General–declared area in crime-related crisis.

- **Hiring Veterans –** Applicants that commit to hiring at least one military veteran.

- **Rural Designation –** Applicants from rural areas.

- **Unfunded in previous year –** Applicants that did not receive a CHP award in FY24 due to the limited availability of funding who submit a quality application in FY25.

Application scores from the Initial Application Scoring phase are adjusted, as applicable.

Note: Applicable consideration(s) is only one of many factors in making COPS Office funding decisions and does not guarantee an award.

- **Funding Recommendations and Allocations**: Following the scoring adjustments for the additional considerations, the COPS Office then calculates funding recommendations and allocations based final scores and the statutory requirement to distribute half of all hiring funds to agencies serving populations of more than 150,000 and half to those serving 150,000 or fewer, and to ensure that at least one-half of one percent of hiring funds are allocated to each state or territory with eligible applications.

Note: Applicants that requested a waiver of the local cost share (matching funds) requirement, did not receive approval for the waiver request, and selected opted for the COPS Office to NOT continue to consider the application if the waiver request is not granted are not included in this phase.

## Administrative Compliance Review

All advancing applications will undergo an administrative compliance review. Past financial and programmatic performance with U.S. Department of Justice (DOJ) award funding will be considered in this review process. Past performance may affect the overall rating and ranking of an application. Factors that may be included in the past performance review include the following:

- Applicant adherence to all special conditions in prior awards

- Applicant compliance with programmatic and financial reporting requirements

- Applicant completion of closeout for prior awards in a timely manner

- Whether the applicant has received financial clearances in a timely manner

- Applicant timely resolution of issues identified in an audit or monitoring review

- Applicant adherence to single audit requirements

- Applicant timely completion of work and use of funds in prior awards

Pursuant to 2 C.F.R. Part 200 ("Uniform Guidance"), before award decisions are made, the COPS Office also reviews information related to the degree of risk posed by applicants. Among other things to help assess whether an applicant with one or more prior federal awards has a satisfactory record with respect to performance, integrity, and business ethics, the COPS Office checks whether the applicant is listed in SAM as excluded from receiving a federal award.

The COPS Office must also review and consider any information about the applicant that appears in the nonpublic segment of the integrity and performance system accessible through SAM.gov under Entity Information, Responsibility/Qualification (formerly FAPIIS.gov). Applicants may review and comment on any information about their organization or agency in SAM that a federal awarding agency previously entered in the designated integrity and performance system, and such applicant comments will also be reviewed and considered.

The COPS Office may contact applicants regarding budget and financial questions as part of the review process. Contact is not indicative of an award decision. Based on risk findings, the COPS Office may remove an applicant from consideration or apply additional post-award conditions for oversight of the award should it be selected for funding.

## Director Selection

Absent explicit statutory authorization or written delegation of authority to the contrary, all final award decisions will be made by the Director of the COPS Office, who may also give consideration to factors including prior funding history, current award balances, population served, agency type and geographic variety, strategic priorities, past performance, significant concerns regarding ability of the applicant to administer federal funds, and available funding when making awards.

## Federal Award Notices

It is anticipated that awards will be announced on or after September 1, 2025. Any public announcements will be posted on the COPS Office website. All award decisions are final and not subject to appeal.

Notice of award will be sent electronically from JustGrants to the Application Submitter, Authorized Representative, and Entity Administrator. Please note that this notice of award is NOT an authorization to begin performance. This award notification will include instructions on accessing the official award package in JustGrants, enrolling in Automated Standard Application for Payments (ASAP), and accepting the award. The notice of award will contain details about the award including start and end dates, funding amounts, and award conditions. Recipients will be required to log into JustGrants to review, sign, and accept the award package. Applicants not selected for award will receive notification after all award recipients have been notified.

# The Award Package

The federal award package is the document indicating your official award funding amount, the award number, the award terms and conditions, and award start and end dates. The award start date indicated in the award package means that your organization may be reimbursed for any allowable costs incurred on or after this date. The duration of award is 36 months.

Your FY25 award number is in the following format: 15JCOPS-25-XX-XXXXX-XXXX. The COPS Office tracks award information using this number; therefore, it is important to have your award number readily available when corresponding with the COPS Office.

The award terms and conditions are listed in the award package. In limited circumstances, your award package may include additional award conditions or high-risk conditions that prevent your organization from drawing down or accessing award funds until the COPS Office determines that these conditions have been satisfied. Acceptance of the award is an acknowledgement that you are obtaining federal funds from the COPS Office. As part of that agreement, your organization acknowledges that it will comply with all applicable award terms and conditions, including any award or high-risk conditions.

## Administrative and National Policy Requirements

In addition to implementing the funded project consistent with the approved project proposal and budget, the recipient must also comply with award terms, conditions, and other legal requirements including, but not limited to, Office of Management and Budget (OMB), U.S. Department of Justice (DOJ), or other federal regulations that will be included in the award or incorporated into the award by reference or applicability.

The COPS Office strongly encourages applicants to review applicable requirements and terms and conditions prior to submitting an application. Terms and conditions for COPS Office awards are available on the COPS Office website in the FY25 CHP Application Resource Guide. Terms and conditions are subject to change before the award is issued. The FY25 CHP Application Resource Guide contains additional requirements which apply to this application and award, including audit requirements, suspension, and termination requirements.

## Terms, Conditions, and Award Requirements

In addition to implementing the funded project consistent with the approved project proposal and budget, the recipient must also comply with award terms, conditions, and other legal requirements including, but not limited to, Office of Management and Budget (OMB), U.S. Department of Justice (DOJ), or other federal regulations that will be included in the award or incorporated into the award by reference or applicability.

The COPS Office strongly encourages applicants to review applicable requirements and terms and conditions prior to submitting an application. Terms and conditions for COPS Office awards are available on the COPS Office website in the FY25 CHP Application Resource Guide. Terms and conditions are subject to change before the award is issued. The FY25 CHP Application Resource Guide contains additional requirements which apply to this application and award, including audit requirements, suspension, and termination requirements.

## Accepting the Award

To officially accept and begin your award, your organization must access your award package at https://justgrants.usdoj.gov/. Once you access your account, two Authorized Representatives will review and electronically sign the award document (including award terms and conditions and, if applicable, any special award conditions or high-risk conditions) within **45 days of the date shown on the award congratulatory letter**, unless an extension is requested and granted.

The two assigned Authorized Representatives (Law Enforcement Executive / Programmatic Official and Government Executive / Financial Official), as described in the Application Contents and Format section, are required to sign the award package. If either or both Authorized Representatives change between application submission and award receipt, the Entity Administrator will need to update the Authorized Representative(s) in JustGrants.

**Your organization will not be able to draw down award funds until the COPS Office receives your signed award document.** For more information on accepting your award, please visit the JustGrants Training page for step-by-step instructions.

# Administrative Actions and Legal Remedies Related to Federal Awards

Please be advised that an application may not be funded or, if awarded, a hold may be placed on this application if it is deemed that the applicant is not in compliance with federal civil rights laws, is not cooperating with an ongoing federal civil rights investigation, or is not cooperating with a U.S. Department of Justice award review or audit.

Misuse of COPS Office funds or failure to comply with all COPS Office award requirements may result in legal sanctions including suspension and termination of award funds, the repayment of expended funds, ineligibility to receive additional COPS Office funding, designation on the U.S. Department of Justice (DOJ) High Risk List, and other remedies available by law.

Under the False Claims Act, any credible evidence that a person has submitted a false claim or has committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct involving COPS Office funds may be referred to the Office of Inspector General (OIG). The OIG may be contacted at **oig.hotline@usdoj.gov**, https://oig.justice.gov/hotline/index.htm, or 800-869-4499.

## Remedies for Noncompliance

Under 2 C.F.R. § 200.339, if the recipient fails to comply with award terms and conditions, the Federal awarding agency may impose additional conditions or take one or more of the following actions as appropriate in the circumstances:

- Temporarily withhold cash payments pending correction of the deficiency by the non-Federal entity or more severe enforcement action by the Federal awarding agency or pass-through entity.

- Disallow (that is, deny both use of funds and any applicable matching credit for) all or part of the cost of the activity or action not in compliance.

- Wholly or partly suspend or terminate the Federal award.

- Initiate suspension or debarment proceedings as authorized under 2 C.F.R. Part 180 and Federal awarding agency regulations (or, in the case of a pass-through entity, recommend such a proceeding be initiated by a Federal awarding agency).

- Withhold further Federal awards for the project or program.

- Take other remedies that may be legally available.

Prior to imposing sanctions, the COPS Office will provide reasonable notice to the recipient of its intent to impose sanctions and will attempt to resolve the problem informally. Appeal procedures will follow those in the U.S. Department of Justice regulations in 28 C.F.R. Part 18. Awards terminated due to noncompliance with the federal statutes, regulations, or award terms and conditions will be reported to the integrity and performance system accessible through SAM (currently FAPIIS).

False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and any other remedy available by law.

Please be advised that recipients may not use COPS Office funding for the same item or service also funded by another U.S. Department of Justice award.

## Federal Awarding Agency Contact(s)

For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to **support@Grants.gov**, or consult the *Grants.gov Organization Applicant User Guide*. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.

For technical support with the Justice Grants System (JustGrants) application, please contact the JustGrants Support at **JustGrants.Support@usdoj.gov** or 833-872-5175. The JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at https://justicegrants.usdoj.gov/training-resources.

For programmatic assistance with the requirements of this program, please contact the COPS Office Response Center at **AskCopsRC@usdoj.gov**. The COPS Office Response Center operates Monday through Friday, 9:00 a.m. to 5:00 p.m. ET, except on federal holidays.

## Freedom of Information Act and Privacy Act (5 U.S.C. §§ 552 and 552a)

All applications submitted to the COPS Office (including all attachments to applications) are subject to the federal Freedom of Information Act (FOIA) and to the Privacy Act. By law, DOJ may withhold information that is responsive to a request if DOJ determines that the responsive information is protected from disclosure under the Privacy Act or falls within the scope of one or more of the nine statutory exemptions under FOIA. DOJ cannot agree not to release some or all portions of an application/award file in advance of a request pursuant to the FOIA.

In its review of records that are responsive to a FOIA request, the COPS Office will withhold information in those records that plainly falls within the scope of the Privacy Act or one of the statutory exemptions under FOIA. Some examples include certain types of information in budgets and names and contact information for project staff other than certain key personnel. In appropriate circumstances, the COPS Office will request the views of the applicant/recipient that submitted a responsive document.

## Feedback to the COPS Office

To assist the COPS Office in improving its application and award processes, we encourage applicants to provide feedback on this NOFO, the application submission process, and the application review peer review process. Provide feedback via email to **AskCopsRC@usdoj.gov** with the following subject line: "FY25 [Insert Program Here] Program Feedback."

**Important:** This email is for feedback and suggestions only. Replies are not sent from this mailbox. If you have specific questions on any program or technical aspect of the NOFO, you must contact the COPS Office Response Center at **AskCopsRC@usdoj.gov**.

# COPS Office Other Information

## Reporting, Monitoring, and Evaluation Requirements

### Reporting

If awarded, your organization will be required to submit quarterly Standard Form 425, Federal Financial Reports (FFR) as well as semiannual Programmatic Performance Reports. Recipients should be prepared to track and report program award funding separately from other funding sources (including other COPS Office federal awards) to ensure accurate financial and programmatic reporting on a timely basis. Recipients should ensure that they have financial internal controls in place to monitor the use of program funding and ensure that its use is consistent with the award terms and conditions. Good stewardship in this area includes written accounting practices, use of an accounting system that tracks all award drawdowns and expenditures, and the ability to track when award-funded positions are filled or approved purchases are made. Failure to submit complete reports or submit reports in a timely manner will result in the suspension and possible termination of a recipient's COPS Office award funding or other remedial actions.

### Monitoring

Federal law requires that agencies receiving federal funding from the COPS Office be monitored to ensure compliance with their award conditions and other applicable statutory regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice.

Awarded organizations will be responsible for submitting Programmatic Performance Reports on a semiannual basis and SF-425 - Federal Financial Reports on a quarterly basis. In addition, awarded organizations will be responsible for the timely submission of a final Closeout Report and any other required final reports. All COPS Office recipients will be required to participate in such award monitoring activities of the U.S. Department of Justice, including but not limited to the COPS Office, the Office of the Inspector General, or any entity designated by the COPS Office.

Please note that the COPS Office may take a number of monitoring approaches, such as site visits, enhanced office-based award reviews, alleged noncompliance reviews, and periodic surveys to gather information and to ensure compliance. The COPS Office may seek information including, but not limited to, your organization's compliance with nonsupplanting and both programmatic and financial requirements of the award, and your organization's progress toward achieving your community policing strategy. Grant Operations staff are particularly interested in confirming that the purchase of items and/or services is consistent with the applicant's approved award budget as reflected on the Financial Clearance Memorandum and Final Funding Memorandum.

If awarded funds, you agree to cooperate with and respond to any requests for information pertaining to your award in preparation for any of the above-referenced award monitoring activities.

Please feel free to contact your COPS Office Program Manager to discuss any questions or concerns you may have regarding the monitoring, reporting, and evaluation requirements.

## Program Evaluation

Though a formal assessment is not a requirement, awarded organizations are strongly encouraged to conduct an independent assessment of their respective award-funded projects. Project evaluations have proven to be valuable tools in helping organizations identify areas in need of improvement, providing data about successful processes, and reducing vulnerabilities.

Selected award recipients shall be evaluated on the local level or as part of a national evaluation, pursuant to guidelines established by the Attorney General. Such evaluations may include assessments of individual program implementations. In select jurisdictions that can support outcome evaluations, measurement of the effectiveness of funded programs, projects, and activities may be required. Outcome measures may include crime and victimization indicators, quality of life measures, community perceptions, and police perceptions of their own work.

## Financial Management and System of Internal Controls

Award recipients and subrecipients must, as set out in the Uniform Guidance at 2 C.F.R. § 200.303, do the following:

- Establish, document, and maintain effective internal control over the federal award that provides reasonable assurance that the recipient or subrecipient is managing the federal award in compliance with federal statutes, regulations, and the terms and conditions of the federal award. These internal controls should align with guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States and the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

- Comply with the U.S. Constitution, federal statutes, regulations, and the terms and conditions of the federal award.

- Evaluate and monitor the recipient's or subrecipient's compliance with statutes, regulations, and the terms and conditions of federal awards.

- Take prompt action when instances of noncompliance are identified.

- Take reasonable cybersecurity and other measures to safeguard protected personally identifiable information (PII) and other information. This also includes information the federal awarding agency or pass-through entity designates as sensitive or other information the recipient or subrecipient considers sensitive and is consistent with applicable federal, state, local, and tribal laws regarding privacy and responsibility over confidentiality.

## Audit Requirement

The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards at 2 C.F.R. Part 200, Subpart F – Audit Requirements, available at https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F, establish the requirements for organizational audits that apply to COPS Office award recipients. Recipients must arrange for the required organization-wide (not award-by-award) audit in accordance with the requirements of Subpart F.

## Civil Rights

All recipients are required to comply with nondiscrimination requirements contained in various federal laws. A memorandum addressing federal civil rights statutes and regulations from the Office for Civil Rights, Office of Justice Programs will be included in the award package for award recipients. All applicants should consult the Assurances form to understand the applicable legal and administrative requirements.

## Funding to Faith-Based Organizations

Faith-based organizations may apply for this award on the same basis as any other organization subject to the protections and requirements of 28 C.F.R. Part 38 and any applicable constitutional and statutory requirements, including 42 U.S.C. 2000bb et seq. The Department of Justice will not, in the selection of recipients, discriminate for or against an organization on the basis of the organization's religious character, motives, or affiliation, or lack thereof, or on the basis of conduct that would not be considered grounds to favor or disfavor a similarly situated secular organization.

A faith-based organization that participates in this funded program will retain its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law. An organization may not use direct Federal financial assistance from the Department of Justice to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. An

organization receiving Federal financial assistance also may not, in providing services funded by the Department of Justice, or in their outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

Any organization providing social services supported by financial assistance from DOJ must give written notice to beneficiaries and prospective beneficiaries of certain civil rights protections. In certain instances, a faith-based or religious organization may be able to take religion into account when making hiring decisions, provided it satisfies certain requirements. Further guidance on federal financial assistance for faith-based organizations can be found at Civil Rights | Partnerships with Faith-Based and Other Neighborhood Organizations | Office of Justice Programs (ojp.gov) and Equal Treatment of Faith-Based Organizations in DOJ-Supported Social Service Programs.

## Public Reporting Burden: Paperwork Reduction Act Notice

The public reporting burden for this collection of information is estimated to be up to 11.3 hours per response, depending upon the COPS Office program being applied for, which includes time for reviewing instructions. Send comments regarding this burden estimate or any other aspects of the collection of this information, including suggestions for reducing this burden, to the Office of Community Oriented Policing Services, U.S. Department of Justice, 145 N Street NE, Washington, DC 20530; and to the Public Use Reports Project, Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503. For any questions or comments, please contact Donald Lango, COPS Office Paperwork Reduction Act Program Manager, at 202-616-9215.

You are not required to respond to this collection of information unless it displays a valid OMB control number. The OMB control number for this application is 1103-0098, and the expiration date is April 30, 2025.

## Performance Measures

To assist in fulfilling the U.S. Department of Justice's responsibilities under the Government Performance and Results Act Modernization Act (GPRA Modernization Act) of 2010, P.L. 111–352), recipients who receive funding from the Federal Government must measure the results of the work that funding supports. This act specifically requires the COPS Office and other federal agencies to set program goals, measure performance against those goals, and publicly report progress in the form of funding spent, resources used, activities performed, services delivered, and results achieved.

Performance measures for this program will include the following:

- Extent to which COPS Office award funding has increased your agency's community policing capacity

- Extent to which COPS Office knowledge resources (e.g., publications, podcasts, training) have increased your agency's community policing capacity

The objective of these performance measures is to increase the capacity of law enforcement agencies to implement community policing strategies that strengthen partnerships for safer communities and enhance law enforcement's capacity to prevent, solve, and control crime through funding for personnel, technology, equipment, and training.

Recipients will rate the effectiveness of the COPS Office funding in increasing its community policing capacity. Data will be collected on a periodic basis through performance reports.

COPS Office awards target increasing recipient capacity to implement community policing strategies within the three primary elements of community policing: (1) problem solving, (2) partnerships, and (3) organizational transformation. The COPS Office requires all applicants to describe how the personnel, technology, equipment, supplies, travel, or training requested will assist the applicant in implementing community policing strategies.

The performance measures for this program can be found at [Compliance and Reporting | COPS OFFICE](#).

As part of the programmatic performance reports, all recipients will be required to report on their progress toward implementing community policing strategies. Based on the data collected from recipients, the COPS Office may make improvements to the program to better meet the program's objective and law enforcement agency needs.

## Application Checklist

Please refer to the [JustGrants DOJ Application Submission Checklist](#).