DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail:    Karun.Tilak@sfcityatty.org
           Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | Case No. 3:25-cv-09277-JD<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  December 18, 2025<br>Time:          10:00 a.m.<br>Judge:         Hon. James Donato<br>Place:         Courtroom 11<br><br>Date Filed:    October 28, 2025<br>Trial Date:    None Set |

Plaintiffs' Request for Judicial Notice In Support of Motion for Preliminary Injunction ("RJN") came on for hearing on December 18, 2025. The Court, having considered the RJN and documents filed therewith, including Exhibits A-K, and good cause appearing therein, hereby

GRANTS Plaintiffs' RJN and takes judicial notice of Exhibits A-K pursuant to Federal Rule of Evidence 201.

**IT IS SO ORDERED.**

Dated: _____

HON. JAMES DONATO
United States District Judge