DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail:    Karun.Tilak@sfcityatty.org
           Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>　　　　Defendants. | Case No. 3:25-cv-09277-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>Hearing Date:　December 18, 2025<br>Time:　　　　　10:00 a.m.<br>Judge:　　　　Hon. James Donato<br>Place:　　　　Courtroom 11<br><br>Date Filed:　October 28, 2025<br>Trial Date:　None Set |

Pursuant to Northern District of California Local Rule 6-1(b) and having considered the parties' positions with regard to Plaintiffs' Motion to Shorten Time, the Court ORDERS that the Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction on December 18, 2025 at 10:00 a.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: _____

                                          HON. JAMES DONATO
                                          United States District Judge