DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail: Karun.Tilak@sfcityatty.org
         Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | Case No. 25-cv-09277-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE AND TO INCREASE PAGE LIMITS FOR PRELIMINARY INJUNCTION BRIEFING** |

**STIPULATION**

Pursuant to the Northern District of California Local Rules 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned case stipulate and agree as follows:

WHEREAS the complaint was filed on October 28, 2025 and the first amended complaint was filed on November 4, 2025;

WHEREAS Defendants agreed to extend the deadline for Plaintiffs to respond to the grants at issue in the above-captioned matter from November 24, 2025 to January 9, 2026 to accommodate preliminary injunction briefing;

WHEREAS negotiations concerning further extension of the aforementioned grant deadlines continued through the afternoon of November 13, 2025;

WHEREAS Plaintiffs' motion for a preliminary injunction was filed on November 14, 2025;

WHEREAS, following the Northern District of California Local Civil Rules 7-3(a)(c), Defendants' opposition brief would be due November 28, 2025, the Friday immediately after Thanksgiving, and Plaintiffs' reply brief would be due December 5, 2025;

WHEREAS, Plaintiffs have moved this Court to shorten time and set this matter for hearing on December 18, 2025;

WHEREAS, Plaintiffs offered to stipulate to an alternate briefing schedule to accommodate Defendants for the Thanksgiving holiday;

WHEREAS, the parties have met and conferred concerning the briefing schedule;

WHEREAS, this is the parties' first request to modify briefing deadlines;

WHEREAS, the requested briefing time modification will have no impact on the schedule for the case;

WHEREAS, this Court's standing order limits motions (other than those for summary judgment or class certification) to 15 pages for opening and opposition briefs and 10 pages for reply (*see* Standing Order for Civil Cases Before Judge James Donato, ¶ 18);

WHEREAS, due to the numerous complex constitutional and statutory issues implicated in Plaintiffs' motion for preliminary injunction, Plaintiffs' opening brief was twenty-four pages;

WHEREAS, the parties met and conferred concerning appropriate page limits for the remaining briefs; and

WHEREAS, the parties believe increasing the page limits for briefing will assist the Court in adjudicating this matter.

**IT IS HEREBY STIPULATED AND AGREED by and between the parties that:**

1. Defendants may submit an opposition brief of up to 25 pages and such opposition brief is due December 2, 2025; and

2. Plaintiffs may submit a reply brief of up to 15 pages and such reply brief is due December 12, 2025.

DATED: November 18, 2025          Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
KARUN A. TILAK
JESSE E. LANIER
Deputy City Attorneys

By:  /s/ *Jesse E. Lanier*
JESSE E. LANIER
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel

By: /s/ Bill Nguyen
BILL NGUYEN
Deputy County Counsel

KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:   (408) 299-5900
Facsimile:   (408) 292-7240
E-Mail:      tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA


ROI I. LUSK
City Attorney

By: /s/ Regina L. Nassen
REGINA L. NASSEN, Ariz. Bar No. 014574*
Principal Assistant City Attorney

Tucson City Attorney's Office
255 W. Alameda, 7th Floor
P.O. Box 27210
Tucson, Arizona 85726-7210
Telephone: (520)837-4207
Facsimile: (520)623-9803
E-Mail: regina.nassen@tucsonaz.gov

ERIN B. BERNSTEIN, SBN 231539
PRIANKA MUNGALE, SBN 348165
Bradley Bernstein Sands, LLP
1212 Broadway, Suite 1100
Oakland, California 94612
Telephone: (510)380-5801
E-Mail: ebernstein@bradleybernstein.com

Attorneys for Plaintiff
CITY OF TUCSON

*Admitted *pro hac vice*

HEATHER FERBERT, SBN 246759
City Attorney

By: */s/ Daniel Ikeri*
DANIEL IKERI
Deputy City Attorney

JEAN JORDAN, SBN 155009
Acting Assistant City Attorney
JULIE RAU, SBN 317658
Lead Deputy City Attorney
DANIEL IKERI, SBN 207674
Deputy City Attorney
1200 Third Avenue, Suite 1620
San Diego, CA 92101
Telephone:   (619) 236-6220
Facsimile:    (619) 236-7215
E-Mail:         Jrau@sandiego.org
                    DIkeri@sandiego.org

Attorneys for Plaintiff
CITY OF SAN DIEGO


CRAIG H. MISSAKIAN
United States Attorney

By: */s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

**FILER'S ATTESTATION**

I, JESSE E. LANIER, am the ECF user whose identification and password are being used to file this document, and I hereby attest that the other above-named signatories concur in this filing.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 25-cv-09277-JD

5

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: _____

                               _____
                               Hon. James Donato
                               United States District Judge
                               U.S. District Court, Northern District of California