Regina L. Nassen, SBN 014574*
Principal Assistant City Attorney for
Roi I. Lusk
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone: (520) 791-4221
Regina.Nassen@tucsonaz.gov
*Attorneys for City of Tucson*
*Admitted pro hac vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and CITY OF TUCSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | No. 3:25-cv-09277-JD<br><br>**CITY OF TUCSON'S MOTION TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE**<br><br>Assigned: Hon. James Donato |

Pursuant to the Court's Order on November 19, 2025, Plaintiff City of Tucson respectfully requests leave to allow pro hac vice counsel, Regina L. Nassen, to appear telephonically at the status conference set for November 24, 2025 at 10:30 AM. Undersigned counsel is located in Tucson, Arizona, and allowing counsel to appear telephonically will save resources and will not hinder the status conference.

DATED: November 20, 2025

ROI I. LUSK, City Attorney

By      /s/ Regina L. Nassen
Regina L. Nassen*
Principal Assistant City Attorney
*Admitted pro hac vice*

1

1    **CERTIFICATE OF SERVICE**

2        I hereby certify that on November 20, 2025, I electronically transmitted the attached

3    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

    Notice of Electronic Filing to the following CM/ECF registrants:

4

5    DAVID CHIU, City Attorney
    YVONNE R. MERÉ, Chief Deputy City Attorney

6    MOLLIE M. LEE, Chief of Strategic Advocacy
    SARA J. EISENBERG, Chief of Complex and Affirmative Litigation

7    KARUN A. TILAK, Deputy City Attorney
    JESSE E. LANIER, Deputy City Attorney

8    1390 Market Street, 6th Floor
    San Francisco, CA 94102

9    Karun.Tilak@sfcityatty.org
    Jesse.Lanier@sfcityatty.org

10   *Attorneys for Plaintiffs City and County of San Francisco*

11   KAVITA NARAYAN, Chief Assistant County Counsel
    MEREDITH A. JOHNSON, Lead Deputy County Counsel

12   BILL NGUYEN, Deputy County Counsel
    TONY LOPRESTI, County Counsel

13   70 W. Hedding Street, East Wing, 9th Floor
    San José, CA 95110

14   tony.lopresti@cco.sccgov.org

15   *Attorneys for Plaintiff County of Santa Clara*

16   JEAN JORDAN, Acting Assistant City Attorney
    JULIE RAU, Lead Deputy City Attorney

17   DANIEL IKERI, Deputy City Attorney
    HEATHER FERBERT, City Attorney

18   1200 Third Avenue, Suite 1620
    San Diego, CA 92101

19   Jrau@sandiego.org
    DIkeri@sandiego.org

20   *Attorneys for Plaintiffs City of San Diego*

21   ERIN B. BERNSTEIN

22   PRIANKA MUNGALE
    Bradley Bernstein Sands, LLP

23   1212 Broadway, Suite 1100
    Oakland, California 94612

24   ebernstein@bradleybernstein.com
    *Attorneys for Plaintiff City of Tucson*

25

26   By /s/ J. Morales

27

28

2