UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and CITY OF TUCSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | No. 3:25-cv-09277-JD<br><br>**ORDER RE:**<br>**CITY OF TUCSON'S MOTION TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE**<br><br>Assigned: Hon. James Donato |

Pending before the Court is Plaintiff City of Tucson's Motion to Appear Telephonically at the Status Conference set for November 24, 2025 at 10:30 AM, and good cause appearing,

**IT IS HEREBY ORDERED** that City of Tucson's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for City of Tucson may call: _____.

DATED:

_____
Hon. James Donato