1  HEATHER FERBERT, City Attorney
   JEAN JORDAN, Acting Assistant City Attorney
2  JULIE RAU, Lead Deputy City Attorney
   California State Bar No. 317658
3  DANIEL IKERI, Deputy City Attorney
   California State Bar No. 207674
4       Office of the City Attorney
        1200 Third Avenue, Suite 1620
5       San Diego, California 92101-4100
        Telephone: (619) 236-6220
6       Facsimile:  (619) 236-7215
        E-Mail: Jrau@sandiego.gov
7              DIkeri@sandiego.gov

8  Attorneys for Plaintiff,
   CITY OF SAN DIEGO

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12  CITY AND COUNTY OF SAN ) Case No.  3:25-cv-09277-JD
    FRANCISCO; COUNTY OF SANTA )
13  CLARA; and CITY OF TUCSON; and ) **CITY OF SAN DIEGO'S**
    CITY OF SAN DIEGO, ) **MOTION TO APPEAR**
14                    ) **TELEPHONICALLY AT THE**
          Plaintiffs, ) **STATUS CONFERENCE**
15                    )
       v.             )
16                    )
    UNITED STATS DEPARTMENT OF ) Judge:  Hon. James Donato
17  JUSTICE; PAMELA J. BONDI, in her )
    Official Capacity; OFFICE OF THE )
18  COMMUNITY ORIENTED POLICING )
    SERVICES; and CORY D. RANDOLPH,)
19  in his official capacity, )
                         )
20        Defendants.    )
                         )
21                       )

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Pursuant to the Court's Order on November 19, 2025, Plaintiff City of San Diego respectfully requests leave to allow counsel, Lead Deputy City Attorney Julie Rau, to appear telephonically at the status conference set for November 24, 2025 at 10:30 AM. Undersigned counsel is located in San Diego, California, and allowing counsel to appear telephonically will save resources and will not hinder the status conference.

Dated: November 20, 2025　　　　　　　HEATHER FERBERT, City Attorney

By　*/s/ Julie Rau*
　　Julie Rau
　　Lead Deputy City Attorney

Attorneys for Plaintiff,
CITY OF SAN DIEGO