1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and CITY OF TUCSON; and CITY OF SAN DIEGO,

Plaintiffs,

v.

UNITED STATS DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF THE COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,

Defendants.

) Case No.  3:25-cv-09277-JD
)
) **ORDER REGARDING CITY OF**
) **SAN DIEGO'S MOTION TO**
) **APPEAR TELEPHONICALLY**
) **AT THE STATUS**
) **CONFERENCE**
)
)
)
)
) Judge:  Hon. James Donato
)
)
)
)
)
)

18    Pending before the Court is Plaintiff City of San Diego's Motion to Appear

19 Telephonically at the Status Conference set for November 24, 2025 at 10:30 am,

20 and good cause appearing,

21    **IT IS HEREBY ORDERED** that City of San Diego's motion is GRANTED.

22    **IT IS FURTHER ORDERED** that counsel for City of San Diego may call:

23 _____

24

25 Dated: _____          _____

26                                        HON. JAMES DONATO

27

28