# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: November 24, 2025                                    Judge:  Hon. James Donato

Time: 25 Minutes

Case No.      **3:25-cv-09277-JD**
Case Name     **City and County of San Francisco et al. v. United States Department of Justice et al.**

Attorneys for Plaintiffs:     Bill Nguyen/Jessie Lanier
Attorney for Defendants:      Jevechius Bernardoni

Deputy Clerk:  Lisa R. Clark                               Court Reporter: April Brott

### PROCEEDINGS

Status conference -- Held.

### NOTES AND ORDERS

The parties are directed to file by November 26, 2025, a joint statement identifying cases in this District or in any other federal or state court involving substantially similar issues and claims. *See generally* Civil L.R. 3-12, 3-13.  The statement should list the cases in descending order of similarity, and note whether an order or decision has been entered in the case.  A Westlaw citation should be provided as available.  The statement should also indicate whether defendants will maintain the status quo until January 23, 2026.

Plaintiffs' request to shorten time, Dkt. No. 22, and the parties' joint request to modify the briefing schedule, Dkt. No. 23, are granted.