DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail:       Karun.Tilak@sfcityatty.org
              Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | Case No. 3:25-cv-09277-JD<br><br>**JOINT NOTICE OF RELATED CASES** |

Pursuant to the Court's orders during the specially set November 24, 2025 status conference, and pursuant to Civil L.R. 3-12, 3-13, the parties provide the following list of related cases:

1. *City of Chicago v. U.S. Dep't of Justice*, No. 25-cv-13863-JLA (N.D. Ill.) (motion for preliminary injunction filed Nov. 17, 2025)

2. *Cnty. of Santa Clara, et al. v. Noem, et al.*, No. 25-cv-08330-WHO, 2025 WL 3251660 (N.D. Cal. Nov. 21, 2025) (order granting motion for preliminary injunction)

3. *Hous. Auth. of the Cnty. of San Francisco, et al. v. Turner*, No. 25-cv-08859-JST, 2025 WL 3187761 (N.D. Cal. Nov. 14, 2025) (order granting motion for preliminary injunction)

4. *City of Fresno, et al. v. Turner et al.*, No. 25-CV-07070-RS, 2025 WL 2721390 (N.D. Cal. Sept. 23, 2025) (order granting motion for preliminary injunction; notice of appeal filed November 21, 2025, No. 25-7378)

5. *SF A.I.D.S. Found., et al. v. Trump, et al.*, 786 F. Supp. 3d 1184 (N.D. Cal. 2025) (order granting in part and denying in part motion for preliminary injunction, notice of appeal filed Aug. 7, 2025, No. 25-4988)

6. *San Francisco Unified School Dist., et al. v. AmeriCorps, et al.*, 789 F. Supp. 3d 716 (N.D. Cal. 2025) (order granting motion for preliminary injunction)

7. *City & Cnty. of San Francisco, et al. v. Trump, et al.*, 779 F. Supp. 3d 1077 (N.D. Cal. 2025), opinion clarified, 782 F. Supp. 3d 830 (N.D. Cal. 2025) (order granting motion for preliminary injunction; notice of appeal filed June 23, 2025, No. 25-3889)

8. *McKinleyville Union School District v. U.S. Dep't of Educ., et al*, No. 25-cv-9105-YGR (N.D. Cal.) (motion for preliminary injunction filed Nov. 20, 2025)

9. *City of Chelsea, et al. v. Trump, et al.*, No. 25-10442-NMG, 2025 WL 2807831 (D. Mass. Oct 2. 2025) (order denying motion for preliminary injunction)

10. *Chicago Hous. Auth. v. Turner, et al.*, No. 25-12670, 2025 WL 2972665 (N.D. Ill. Oct. 20, 2025) (order denying motion for temporary restraining order)

11. *Washington et al v. U.S. Dep't of Educ., et al.*, No. 25-cv-01228-KKE, 2025 WL 3004675 (W.D. Wash. Oct. 27, 2025) (order granting preliminary injunction, notice of appeal filed Nov. 12, 2025, No. 25-7157)

12. *Martin Luther King, Jr. Cnty., et al. v. Turner, et al.*, 785 F. Supp. 3d 863 (W.D. Wash. 2025) (order granting motion for preliminary injunction; notice of appeal filed June 9, 2025, No. 25-3664); *see also Martin Luther King, Jr. Cnty, et al. v. Turner, et al.*, No. 25-cv-00814-BJR, 2025 WL 2322763 (W.D. Wash. Aug. 12, 2025) (order granting subsequent motion for preliminary injunction; notice of appeal filed Oct. 10, 2025, No. 25-6428)

13. *City of Seattle v. Trump, et al.*, No. 25-cv-01435-BJR, 2025 WL 3041905 (W.D. Wash. Oct. 31, 2025) (order granting motion for preliminary injunction)

14. *Chicago Women in Trades v. Trump, et al.*, 778 F. Supp. 3d 959 (N.D. Ill. 2025) (order granting in part motion for preliminary injunction, notice of appeal filed July 3, 2025, No. 25-2144)

15. *Illinois, et al. v. Fed. Emergency Mgmt. Agency, C.A., et al.*, No. 25-206 WES, 2025 WL 2716277 (D.R.I. Sept. 24, 2025) (order granting motion for summary judgment)

16. *Washington, et al. v. U.S. Dep't of Health & Human Servs., et al.*, No. 25-cv-01748-AA, 2025 WL 3002366 (D. Or. Oct. 27, 2025) (order granting motion for preliminary injunction)

17. *California, et al. v. U.S. Dep't of Transp., et al.*, No. 25-cv-208-JJM-PAS, 2025 WL 3072541 (D. R.I. Nov. 4, 2025) (order granting motion for summary judgment)

18. *Rhode Island Coal. Against Domestic Violence, et al. v. Bondi, et al.*, No. 25-279-WES, 2025 WL 2271867 (D.R.I. Aug. 8, 2025) (order granting motion for preliminary injunction)

19. *Rhode Island Coal. Against Domestic Violence, et al. v. Kennedy, et al.*, No. 25-cv-342-MRD-PAS, 2025 WL 2988705 (D.R.I. Oct. 23, 2025) (order granting motion for preliminary injunction)

20. *PFLAG, Inc. v. Trump*, 769 F. Supp. 3d 405 (D. Md. 2025) (order granting motion for preliminary injunction; notice of appeal filed Mar. 21, 2025, No. 25-1279; order placing case in abeyance pending decision by Fourth Circuit in *Anderson v. Crouch*, No. 22-1927, issued Nov. 21, 2025)

21. *Thakur, et al. v. Trump, et al.*, 148 F.4th 1096 (9th Cir. 2025) (order denying motion for partial stay of order enjoining enforcement of grant conditions pending appeal)

Defendants further represent that they consent to a two-week extension of the January 9, 2026 deadline—up to and including January 23, 2026—for Plaintiffs to respond to the grants at issue.

Dated: November 26, 2025      Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
KARUN A. TILAK
JESSE E. LANIER
Deputy City Attorneys

By: /s/ *Jesse E. Lanier*
JESSE E. LANIER
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel

By: /s/ *Bill Nguyen*
BILL NGUYEN
Deputy County Counsel

KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:       tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

ROI I. LUSK
City Attorney

By:  */s/ Regina L. Nassen*
REGINA L. NASSEN, Ariz. Bar No. 014574*
Principal Assistant City Attorney

Tucson City Attorney's Office
255 W. Alameda, 7th Floor
P.O. Box 27210
Tucson, Arizona 85726-7210
Telephone: (520)837-4207
Facsimile: (520)623-9803
E-Mail: regina.nassen@tucsonaz.gov

ERIN B. BERNSTEIN, SBN 231539
PRIANKA MUNGALE, SBN 348165
Bradley Bernstein Sands, LLP
1212 Broadway, Suite 1100
Oakland, California 94612
Telephone: (510)380-5801
E-Mail: ebernstein@bradleybernstein.com

Attorneys for Plaintiff
CITY OF TUCSON

*Admitted pro hac vice*

HEATHER FERBERT, SBN 246759
City Attorney

By: /s/ Julie Rau
JULIE RAU
Deputy City Attorney

JEAN JORDAN, SBN 155009
Acting Assistant City Attorney
JULIE RAU, SBN 317658
Lead Deputy City Attorney
DANIEL IKERI, SBN 207674
Deputy City Attorney
1200 Third Avenue, Suite 1620
San Diego, CA 92101
Telephone:   (619) 236-6220
Facsimile:    (619) 236-7215
E-Mail:       Jrau@sandiego.org
              DIkeri@sandiego.org

Attorneys for Plaintiff
CITY OF SAN DIEGO


CRAIG H. MISSAKIAN
United States Attorney

By: /s/ Jevechius D. Bernardoni*

JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.