IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| City and County of San Francisco, *et al.;* <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Justice, *et al.*; <br><br> Defendants. | No. 3:25-cv-9277 <br><br> DECLARATION |

# DECLARATION OF CORY RANDOLPH

Pursuant to 28 U.S.C. § 1746, I, Cory Randolph, declare and state as follows:

1.  I am a Deputy Director in the United States Department of Justice, Office of Community Oriented Policing Services ("COPS Office"). I have held this position since December 23, 2019, and I am competent to testify to the matters herein.

2.  In my capacity as Deputy Director, I exercise management oversight over Fiscal Year (FY) 2025 COPS Office grant programs. Accordingly, I am knowledgeable about and have access to the records maintained in connection with these grant programs.

3.  The COPS Office is responsible for advancing public safety through common sense policing by the nation's state, local, territorial, and tribal law enforcement agencies through information and grant resources. Public safety is a priority of this Administration, and it is committed to ensuring the timely distribution of critical resources to law enforcement and the communities they serve. In FY 2025, the COPS Office received approximately 3,100 applications requesting more than $2 billion in

1

funding to enhance public safety. With approximately $380 million available, the COPS Office was only able to make approximately 740 awards.

4. The four programs that are the subject of the complaint: FY 2025 Community Policing Development (CPD) Microgrants; FY 2025 Law Enforcement Mental Health and Wellness Act (LEMHWA); FY 2025 COPS Hiring Program (CHP); and FY 2025 Safer Outcomes: Enhancing De-Escalation and Crisis Response Training for Law Enforcement (Safer Outcomes) are discretionary competitive grant programs. Unlike formula grant programs, where recipients and funding levels may be predetermined, discretionary competitive grants require a merit-based review and selection process. With discretionary awards, the awarding agency has the authority to select recipients based on the quality and merits of applications submitted. These four grant programs are new awards and not renewal awards.

5. FY 2025 CHP is a competitive, discretionary program open to established and operational local, state, territorial, and tribal law enforcement agencies that have primary law enforcement authority to request funding for the hiring and/or rehiring of additional career law enforcement officers to enhance community policing capacity and strengthen crime-prevention efforts.

6. FY 2025 CPD Microgrants is a competitive, discretionary program open to local, state, tribal, and territorial law enforcement agencies to fund novel or innovative approaches to problem solving that help develop law enforcement's community policing capacity through the implementation of common sense policing strategies.

2

7. FY 2025 LEMWHA is a competitive, discretionary program open to state, local, tribal, or territorial law enforcement agencies that prioritize wellness by providing resources to law enforcement agencies to support mental health and wellness efforts.

8. FY 2025 Safer Outcomes is a competitive, discretionary program open to state, local, territorial, and tribal law enforcement agencies that provides funding to law enforcement agencies to promote safe outcomes during police encounters with persons in crisis through relevant training.

9. FY 2025 CHP, FY 2025 CPD Microgrants, FY 2025 LEMWHA, and FY 2025 Safer Outcomes are authorized under the Omnibus Crime Control and Safe Streets Act of 1968, as amended, and the Violent Crime Control and Law Enforcement Act of 1994, Title I, Part Q, Public Law 103-322, 34 U.S.C. § 10381 et seq.  Under 34 U.S.C. § 10388, the Attorney General may promulgate regulations and guidelines to carry out the grant programs.

10. FY 2025 CHP, FY 2025 CPD Microgrants, FY 2025 LEMWHA, and FY 2025 Safer Outcomes are funded under the Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Further Consolidated Appropriations Act, 2024, Public Law 118-47, Division C, Title II.

11. Agencies elect to compete for the above COPS Office programs.  Through the Notice of Funding Opportunity (NOFO) for each program, applicants are on notice of the required terms and conditions prior to submitting their applications.

12. The subject programs provided requirements in their NOFOs to assist and advise applicants to determine whether to apply for the above programs, in accordance with 2 C.F.R. Appendix to Part 200, (b)(8), including the following:

   a. All awards are subject to any modifications or additional requirements that may be imposed by law.

   b. Recipients must comply with award terms, conditions, and other legal requirements including, but not limited to, Office of Management and Budget (OMB), U.S. Department of Justice (DOJ), or other federal regulations that will be included in the award or incorporated into the award by reference or applicability.

   c. Applicants were strongly encouraged to review terms and conditions before submitting application.

13. Exhibit A is a true and correct copy of the FY 2025 CHP NOFO. Exhibit B is a true and correct copy of the FY 2025 CPD Microgrants NOFO. Exhibit C is a true and correct copy of the FY 2025 LEMWHA NOFO. Exhibit D is a true and correct copy of the FY 2025 Safer Outcomes NOFO. These NOFOs are also publicly available at: https://cops.usdoj.gov/pdf/2025ProgramDocs/chp/nofo.pdf (CHP); https://cops.usdoj.gov/pdf/2025ProgramDocs/cpdmicrogrants/nofo.pdf (CPD Microgrants); https://cops.usdoj.gov/pdf/2025ProgramDocs/lemhwa/nofo.pdf (LEMHWA); and

https://cops.usdoj.gov/pdf/2025ProgramDocs/saferoutcomes/support_nofo.pdf (Safer Outcomes)

14.     Each NOFO linked to the terms and conditions applicable to each of the grant programs at issue.  Those terms and conditions expressly include each of the Challenged Conditions at issue in this lawsuit.

15.     Exhibit E is a true and correct copy of the FY 2025 CHP Application Resource Guide, which was linked in the FY 2025 CHP NOFO.  Exhibit F is a true and correct copy of the FY 2025 Resource Guide for Community Policing Advancement (CPA) Programs, which was linked in the FY 2025 CHP NOFO, the FY 2025 CPD Microgrants NOFO, the FY 2025 LEMWHA NOFO, and the FY 2025 Safer Outcomes NOFO.   The terms and conditions are publicly available at:

https://cops.usdoj.gov/pdf/2025ProgramDocs/GAD_Resource_Guide.pdf

https://cops.usdoj.gov/pdf/2025ProgramDocs/CPA_Resource_Guide.pdf

16.     In the above NOFOs, applicants were advised that if awarded, and it is determined that the applicant is not in compliance with the funding restrictions, the COPS Office may place a hold on the award and/or take other remedial action.  The funding restrictions were based on the current national and administration policies announced in the following Executive Orders:

> COVID mandate - Executive Order 14214 Keeping Education Accessible and Ending Covid-19 Vaccine Mandates in Schools – The White House (February 14, 2025).

5

Gender Ideology – Executive Order 14168 Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House, January 20, 2025.

DEI – Executive Order 14173 Ending Illegal Discrimination And Restoring Merit-Based Opportunity – The White House, January 21, 2025.

Monuments, memorials, and statues – Executive Order 14189 Celebrating America's 250th Birthday – The White House reinstated Executive Order 13933 of June 26, 2020 (Protecting American Monuments, Memorials, and Statues and Combatting Recent Criminal Violence).

17.     Exhibit G is a copy of the Department of Justice's Certified Standard Assurances which the applicants accepted at the time of application. Among other things, in paragraph 3, it requires applicants to assure that they will comply with all award requirements and all federal statutes and regulations applicable to the award. This document is also publicly available at:

https://www.ojp.gov/sites/g/files/xyckuh241/files/media/document/standardassurances.pdf.

18.     Each year, the COPS Office receives thousands of applications and has more qualified applications than we can fund. Those selected are among those that have certified through the application submission that they are aligned and will comply with program requirements included in the NOFOs.

19. In FY 2025, the COPS Office received 615 applications, requesting a total of $285,888,054 for CHP. Available funding for CHP was $161,330,965 so the COPS Office was only able to fund 37% of applications received.

20. In FY 2025, the COPS Office received 226 applications, requesting a total of $33,412,190 for the CPD-Microgrants program. Available funding for this program was $8,136,564 and the COPS Office was only able to fund 60 applications or 27% of applications received.

21. In FY 2025, the COPS Office received 301 applications, requesting a total of $68,927,812 for the LEMHWA program. Available funding for this program was $9,535,464 and the COPS Office was only able to fund 56 applications or 19% of applications received.

22. In FY 2025, the COPS Office received 134 applications, requesting a total of $37,044,795 for the SAFER Outcomes program. Available funding for this program was $17,000,000 and the COPS Office was only able to fund 47 applications or 35% of applications received.

23. In their respective submitted applications, Plaintiffs (like other applicants/recipients) certified that they understood that they, "will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial

Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars."

24.     Plaintiffs submitted applications for the at-issue grant programs through an online process. The applicant electronically signs and submits the application online; therefore, a signed hard copy of the application is not required for submission to the COPS Office.

25.     Exhibit H is a true and correct copy of the application submitted by the City and County of San Francisco, without attachments and with redactions of non-substantive personally identifying information on the grounds of personal privacy and/or Federal Rule of Civil Procedure 5.2. Exhibit I is a true and correct copy of the application submitted by the County of Santa Clara, without attachments and with redactions of non-substantive personally identifying information on the grounds of personal privacy and/or Federal Rule of Civil Procedure 5.2. Exhibit J is a true and correct copy of the applications submitted by the City of San Diego, without attachments and with redactions of non-substantive personally identifying information on the grounds of personal privacy and/or Federal Rule of Civil Procedure 5.2. Exhibit K is a true and correct copy of the application submitted by the City of Tucson, without attachments and with redactions of non-substantive personally identifying information on the grounds of personal privacy and/or Federal Rule of Civil Procedure 5.2.

26.     To officially accept an award, an organization must access their award package at https://justgrants.usdoj.gov/. Once accessed, two Authorized Representatives

must review and electronically sign the award document (including award terms and conditions and, if applicable, any special award conditions or high-risk conditions) within 45 days (November 24, 2025) of the date shown on the award congratulatory letter, unless an extension is requested and granted. Plaintiffs were granted extensions until December 22, 2025, January 9, 2026, and an additional extension until January 23, 2026.

27. Recipients are required to conduct the activities they proposed to do in their request for funding. For programmatic assistance with the requirements of these programs, recipients may call the COPS Office Response Center at 800-421-6770 or send questions via email to AskCopsRC@usdoj.gov. The COPS Office Response Center operates Monday through Friday, 9:00 a.m. to 5:00 p.m. ET, except on federal holidays.

28. Prior to the specific grant awards and terms and conditions at issue in this lawsuit, the COPS Office has consistently required grant recipients to comply with "all other applicable program requirements, laws, orders, regulations, or circulars."

29. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: _____
      Washington, DC

                                        _____
                                                Deputy Director