# Exhibit B

OMB No. 1103-0098

Approval Expires 5/31/2025

U.S. Department of Justice

Office of Community Oriented Policing Services



**FY25 Community Policing Development Microgrants**

| | |
|---|---|
| Assistance Listing #: | 16.710 |
| Grants.gov Opportunity Number: | O-COPS-2025-172384 |
| Notice of funding opportunity Release Date: | May 14, 2025 |
| Grants.gov Deadline: | June 24, 2025, 4:59 PM ET |
| Application JustGrants Deadline: | June 30, 2025, 4:59 PM ET |

# Overview

The U.S. Department of Justice, Office of Community Oriented Policing Services (COPS Office, https://cops.usdoj.gov is pleased to announce that it is seeking applications for funding for the FY25 Community Policing Development Microgrants.

Community Policing Development (CPD) funds are used to develop the capacity of law enforcement to implement community policing strategies by providing guidance on promising practices through the development and testing of innovative strategies; building knowledge about effective practices and outcomes; and supporting new, creative approaches to preventing crime and promoting safe communities.

The COPS Office welcomes applications under which two or more entities would carry out the federal award; however, only one entity may be the applicant. Any other entities carrying out the federal award must be identified as proposed subrecipients. The applicant must be the entity that would have primary responsibility for carrying out the awards, including administering the funding, managing the entire project, and monitoring compliance.

The terms and conditions of the federal award are also applicable to subrecipients. Please note the distinction between a subaward that creates a financial assistance relationship to carry out a portion of the federal award and a contract that creates a procurement relationship for the purchase of goods and services needed under the federal award. To assist in making subrecipient and contractor determinations, please refer to the guidance in 2 C.F.R. § 200.331.

All awards are subject to the availability of appropriated funds and any modifications or additional requirements that may be imposed by law.

As community policing is common sense policing, throughout the Notice of Funding Opportunity (NOFO) materials, the terms 'community policing' and 'common sense policing' are used interchangeably, unless otherwise specified.

## Eligibility

Eligibility for the FY25 Community Policing Development Microgrants program is restricted to local, state, tribal, and territorial law enforcement agencies.

State and local governmental entities must comply with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official. For additional information, please see the appendices in the FY25 Resource Guide for Community Policing Advancement (CPA) Programs.

# Contact Information

## Agency Contact Description

Applications must be submitted through both Grants.gov and the JustGrants system.

For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to support@Grants.gov,or consult the Grants.gov Organization Applicant User Guide. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.

For technical support with the Justice Grants System (JustGrants) application, please contact JustGrants Support at **JustGrants.Support@usdoj.gov** or 833-872-5175. JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at https://justicegrants.usdoj.gov/training-resources.

For programmatic assistance with the requirements of this program, please call the COPS Office Response Center at 800-421-6770 or send questions via email to **AskCopsRC@usdoj.gov**. The COPS Office Response Center operates Monday through Friday, 9:00 a.m. to 5:00 p.m. ET, except on federal holidays. In addition, the COPS Office welcomes applicant feedback on this notice of funding opportunity, the application submission process, and the application review process. Provide feedback via email to **AskCopsRC@usdoj.gov** (Subject line: "FY25 PROGRAM NAME Feedback").

## Submission Information

**Registration**: To submit an application, your entity must have an active registration in the System for Award Management (SAM.gov). SAM.gov assigns entities a unique entity identifier (UEI) that is required for the entity to apply for federal funding. You will enter the entity's UEI in the application. Award recipients must then maintain an active UEI for the duration of their award. Visit SAM.gov for details and resources for first-time registration or renewal of an existing registration.

**Submission**: Completing an application is a two-step process:

1. Applicants must register via https://www.grants.gov and complete an Application for Federal Assistance, Standard Form 424 (SF-424).

2. The remainder of the application will be completed through the Justice Grants System (JustGrants) at https://justicegrants.usdoj.gov/. No other form of application will be accepted. Applications with errors or missing information may be disqualified or rated accordingly. Please note that the application system will not accept incomplete applications or applications with errors.

An application is not considered submitted until both of these steps are completed. For more information about registration and submission, see the "How to Apply" section of this notice of funding opportunity.

All guidance for this program is contained in this Notice of funding opportunity and can also be found at https://cops.usdoj.gov/cpdmicrogrants. In addition to this Notice of funding opportunity, the COPS Office "How to Apply" web page, http://cops.usdoj.gov/how-to-apply, provides additional resources to help guide applicants through the process.

The complete application package (this notice of funding opportunity, including links to additional documents) is available on Grants.gov and on the COPS Office website, https://cops.usdoj.gov.

# Contents

Overview ....................................................................................................................................... 1

    Eligibility .................................................................................................................................. 2

Contact Information ..................................................................................................................... 2

    Agency Contact Description ..................................................................................................... 2

    Submission Information ............................................................................................................ 3

Program Description .................................................................................................................... 7

Statutory Authority ..................................................................................................................... 7

Program-Specific Information ..................................................................................................... 8

    FY25 Community Policing Development Microgrants ............................................................... 8

    Projects out of Scope ............................................................................................................. 14

    Requirements ......................................................................................................................... 14

    Deliverables ........................................................................................................................... 15

Federal Award Information: Awards, Amounts and Durations .................................................. 16

    Anticipated Number of Awards .............................................................................................. 16

    Anticipated Maximum Dollar Amount of Awards ................................................................... 16

    Period of Performance Start Date .......................................................................................... 16

    Period of Performance Duration (months) ............................................................................. 16

    Anticipated Total Amount to be Awarded under Notice of Funding Opportunity ................... 16

    Federal Award Information ..................................................................................................... 16

    Length of Award .................................................................................................................... 16

    Type of Award ....................................................................................................................... 17

    Cost Sharing or Match ........................................................................................................... 17

    Eligibility Information ............................................................................................................. 17

Application and Submission Information .................................................................................... 18

    Before You Begin: SAM.gov Registration and Unique Entity Identifiers (UEIs) ...................... 18

    Step One: Grants.gov .............................................................................................................. 18

Step Two: JustGrants Application..................................................................................................19

Content and Form of Application ..................................................................................................19

Proposal Abstract .........................................................................................................................20

Data Requested with Application..................................................................................................21

Budget and Associated Documentation .......................................................................................21

Other Supporting Documentation.................................................................................................24

Disclosures and Assurances..........................................................................................................26

Standard Applicant Information....................................................................................................26

How to Apply ................................................................................................................................27

Submission Dates and Time..........................................................................................................28

Late Submissions ..........................................................................................................................28

Application Review Information.....................................................................................................29

Director's Selection .......................................................................................................................33

Federal Award Notices ..................................................................................................................33

**The Award Package** ....................................................................................................................**34**

Administrative and National Policy Requirements .......................................................................34

Terms, Conditions, and Award Requirements ..............................................................................34

**Administrative Actions and Legal Remedies Related to Federal Awards**..............................**35**

Remedies for Noncompliance .......................................................................................................35

Federal Awarding Agency Contact(s) ............................................................................................36

Freedom of Information Act and Privacy Act (5 U.S.C. §§ 552 and 552a) ....................................36

Feedback to the COPS Office .........................................................................................................37

**COPS Office Other Information**..................................................................................................**37**

Reporting, monitoring, and evaluation requirements ..................................................................37

**Financial Management and System of Internal Controls** ......................................................**39**

**Audit Requirement** ..................................................................................................................**39**

    Civil Rights .............................................................................................................................39

    Funding to Faith-Based Organizations ..................................................................................40

    Section 508 of the Rehabilitation Act...................................................................................40

    Public Reporting Burden: Paperwork Reduction Act Notice ................................................40

    Performance Measures .........................................................................................................41

    Application Checklist .............................................................................................................41

# Program Description

The Office of Community Oriented Policing Services (COPS Office) is the component of the U.S. Department of Justice responsible for advancing the practice of community policing by the nation's state, local, territorial, and tribal law enforcement agencies through information and grant resources. The COPS Office has been appropriated more than $20 billion to advance community policing, including grants awarded to more than 13,000 state, local and tribal law enforcement agencies to fund the hiring and redeployment of more than 136,000 officers. COPS Office information resources, covering a wide range of community policing topics such as school and campus safety, violent crime, and officer safety and wellness, can be downloaded via the COPS Office's home page, https://cops.usdoj.gov.

Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as violent crime, nonviolent crime, and fear of crime. To read an overview of the principles of community policing, please see the COPS Office publication Community Policing Defined.

# Statutory Authority

The COPS Office Program is authorized under the Omnibus Crime Control and Safe Streets Act of 1968, as amended, and the Violent Crime Control and Law Enforcement Act of 1994, Title I, Part Q, Public Law 103-322, 34 U.S.C. § 10381 et seq.

# Program-Specific Information

## FY25 Community Policing Development Microgrants

### Program Goal and Objectives

Goal: Increase the use of community policing principles to address public safety problems facing communities and law enforcement agencies through innovative strategies and projects.

- Objective 1: Fund law enforcement agencies to develop and implement innovative projects that use common sense policing strategies in addressing public safety issues.

- Objective 2: Increase awareness of innovative projects and promising practices among the broader law enforcement field.

### Background

CPD Microgrants program funds are used to fund novel or innovative approaches to problem solving by local, state, tribal, and territorial law enforcement agencies that help develop law enforcement's community policing capacity through the implementation of common sense policing strategies. When properly applied, community policing improves the identification and prioritization of community problems; builds trust and relationships between law enforcement and the communities they serve; and enables an agency to build a culture toward accountability, transparency, open communication, and mutual trust.

Applicants are invited to propose demonstration or pilot projects to be implemented in their agency offering creative ideas that advance crime fighting, community engagement, problem solving, or organizational changes in support of community policing in one of seven engagement areas: (1) uplifting the image of the law enforcement profession, (2) officer recruitment, hiring and retention, (3) violent crime prevention (to include street gangs, gun violence and the enforcement of gun laws, federal task force engagement, child trafficking or other violent crime issues, (4) immigration and border security, (5) opioids and drug market interruption, (6) homelessness and squatting, (7) open for innovative projects not fitting in any other category. The COPS Office encourages law enforcement agencies to partner with community groups, institutions of higher education, and other stakeholders to implement the proposed project so that they may collaborate to develop shared goals that will enhance the collective safety of the community. The COPS Office also encourages agencies to propose partnerships with other law enforcement entities through taskforces and other formal operational arrangements to address the chosen area of focus.

The COPS Office also encourages agencies to consider including evaluation components based on the type of activities undertaken through the grant. Applicants should explain in their application how their approach is novel or innovative.

Applicants may submit multiple applications, but you must submit a separate application for each project. Any application that does not clearly state the solicitation, and where applicable, the subcategory on the cover page of the project narrative (if applicable) or selects the incorrect subcategory may not pass the basic minimum requirement phase of the review process.

Under this solicitation, the COPS Office will fund projects in the following subcategories:

- Uplifting the Image of the Law Enforcement Profession
- Officer Recruitment, Hiring and Retention
- Violent Crime Prevention
  - Street Gangs
  - Gun Violence and the enforcement of gun laws
  - Federal law enforcement task force engagement
  - Child trafficking
  - Other
- Immigration and Border Security
- Opioids and Drug Market Interruption
- Homelessness and Squatting
- Open

## Uplifting the Image of the Law Enforcement Profession

The role of law enforcement has never been more vital in fostering safe and thriving communities. The dynamic between law enforcement agencies and the communities they serve has been a longstanding and complex issue and is often challenged by high-profile incidents and evolving societal expectations. In recent years, the proliferation of smartphone technology and social media has amplified public scrutiny and tend to primarily highlight negative images and perceptions of police. These dynamics have highlighted the importance of addressing police image and reputation, particularly in the context of declining recruitment and rising officer attrition.

Under this subtopic area, the COPS Office seeks law enforcement agencies to develop or implement innovative and collaborative projects aimed at uplifting law enforcement as a profession and promote the importance and nobility of those who take on these heroic roles.

Applicants should identify a list of activities and strategies that take an innovative approach to address the complexities surrounding public perception of law enforcement and a focus on demonstrating the positive impacts policing can make on their communities across the nation. Such projects could focus on publicizing stories that highlight positive law enforcement engagement with their communities, developing local marketing campaigns to target applicants whose values are in harmony with the agency's mission and values, or establishing pipeline programs (such as cadet and explorer programs) to encourage young people to consider law enforcement careers while simultaneously promoting police officers as positive role models and demonstrating the human side of policing, breaking down negative stereotypes and fostering goodwill. Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Violent Crime Prevention

The National Crime Victimization Survey, which the Justice Department conducts annually, shows a 43% increase in violent crime between the 2020 survey and the 2022 survey, the most recent available. Under this subcategory, the COPS Office is seeking projects for local law enforcement agencies to partner with community organizations to address and reduce violent crime within their communities. These projects aim to combat pressing issues such as street gang violence, gun violence, enforcement of gun laws, federal law enforcement engagement, child trafficking, and other serious criminal activities. Successful proposals will demonstrate innovative, data-driven approaches and a commitment to community-based solutions to improve public safety and reduce violent crime rates. The COPS Office also encourages agencies to propose partnerships with other law enforcement entities through taskforces and other formal operational arrangements to address the chosen area of focus.

The COPS Office seeks demonstration or pilot projects with creative methods for combatting violent crime that include quantitative measures of success. Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Officer Recruitment, Hiring and Retention

Recruitment and hiring are essential functions of law enforcement agencies to attract and retain the best law enforcement candidates who represent a variety of backgrounds, knowledge, and experiences. This topic is of special interest to the COPS Office not only because much of our funding is geared towards the hiring of officers and deputies but also because the recruitment, selection, and retention of officers and deputies are among the most important elements to advancing community policing within an agency. In addition to reflecting the communities they serve, new officers and deputies must have strong analytical and problem-solving skills, good communication skills, adaptability, an understanding of agency policies and procedures, and training.

The COPS Office seeks projects with novel or creative methods for recruitment and retention in law enforcement that include quantitative measures of success. Applicants should identify a list of activities and strategies that take an innovative approach to recruiting and hiring of law enforcement officers, such as ways of reaching new talent pools or engaging with candidates who may not have previously considered working in law enforcement. Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Immigration and Border Security

Federal law enforcement enforces our nation's laws every day, including our immigration laws. State, and local law enforcement play a critical role in coordinating with federal law enforcement, particularly in ensuring that the illegal immigrants they encounter who are engaged in violent behavior are removed from the streets of this nation. Increasing coordination between local and federal law enforcement in the areas of immigration enforcement and border security is critical to this work. This subtopic seeks to fund projects that gather insights and best practices from local law enforcement agencies to identify successful models of collaboration with federal agencies, including the Department of Homeland Security (DHS), U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and the Federal Bureau of Investigation (FBI). Specific focus on the following areas is encouraged. The purpose of this work is to provide assistance in implementing or advancing innovative programs and documenting the experiences and success stories so that other agencies can learn from these efforts.

- **Interagency Collaboration:** Successful examples of local law enforcement working alongside federal agencies on immigration-related cases, border security operations, and public safety initiatives.

- **Data Sharing & Information Networks:** Exploring the role of technology and secure information sharing between local and federal law enforcement agencies in tracking and managing immigration enforcement efforts.

- **Training & Resources:** Effective training programs for local law enforcement officers to address immigration enforcement while ensuring due process and protecting civil liberties.

- **Challenges and Barriers:** Identifying challenges faced by local law enforcement in coordinating with federal agencies, such as jurisdictional issues, resource constraints, or political concerns.

- **Innovative Solutions and Best Practices:** New approaches or methodologies that have improved the outcomes of local-federal partnerships in border security and immigration enforcement.

Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Opioid and Drug Market Interruption

The opioid epidemic and expanding drug markets continue to present significant challenges to public safety across the nation. Empowering law enforcement with the resources necessary to address the opioid crisis and the impact drug markets, particularly "open-air" drug markets, have on public safety is critical to the safety of our communities. In response to this issue, the subtopic seeks to fund initiatives that will enhance law enforcement capacity to interrupt opioid distribution networks, dismantle drug trafficking organizations, employ effective enforcement strategies, promote interagency and cross-jurisdictional collaboration, promote intelligence sharing, community engagement, and innovative methods for opioid-related crime prevention and intervention. Specific focus on the following areas is encouraged. The purpose of this work is to provide assistance in implementing or advancing innovative programs and documenting the experiences and success stories such that other agencies can learn from these efforts.

- **Targeted Operations:** Projects focused on investigating and dismantling drug trafficking organizations responsible for distributing opioids.

- **Advanced Technology Integration:** Projects focused on the use of technology for monitoring, data analysis, and intelligence sharing between agencies to identify drug hotspots and trafficking patterns.

- **Community-Led Prevention and Education:** Initiatives that engage communities, schools, and local organizations in drug prevention and harm reduction programs.

- **Cross-Jurisdictional Task Forces:** Collaborative projects between multiple jurisdictions to address regional drug markets and cross-border trafficking operations.

- **Comprehensive Treatment and Diversion Programs:** Programs that include alternative approaches, such as diversion for individuals with substance use disorders, as part of law enforcement strategies.

Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Homelessness and Squatting

Homelessness and squatting present significant challenges to public safety. As these issues continue to grow, law enforcement agencies are increasingly tasked with addressing the intersection of homelessness, illegal squatting, and public safety concerns. To address these concerns, this subtopic seeks to fund innovative and collaborative programs that will enable law enforcement agencies to address the negative impacts of homelessness and squatting, with an emphasis on enforcement, prevention, and community collaboration. Specific focus on the following areas is encouraged. The purpose of this work is to provide assistance in implementing or advancing innovative programs and documenting the experiences and success stories so that other agencies can learn from these efforts.

- **Law Enforcement Training on Homelessness Response:** Initiatives that provide law enforcement officers with training on best practices for addressing homelessness and squatting, focusing on alternatives to arrests and criminalization.

- **Interagency Coordination and Outreach:** Projects that create or expand collaborative efforts between law enforcement and social service providers to respond to homelessness, including street outreach and connecting individuals with housing resources.

- **Squatter Prevention & Eviction Programs:** Projects that work collaboratively with property owners, local governments, and community partners to prevent the illegal occupation of vacant properties while offering supportive services to individuals experiencing homelessness.

Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Open Topic Area

Law enforcement agencies are invited to propose projects that offer highly innovative solutions to address complex, locally identified community issues. Proposed project objectives and findings should prove useful to other law enforcement agencies nationally facing similar challenges. Proposed projects should NOT fit within other identified microgrant categories, nor should they be projects eligible for funding under other COPS Office grant programs (such as, but not exclusively, the Law Enforcement Mental Health and Wellness Act (LEMHWA) or Safer Outcomes programs). Successful projects should be replicable by peer agencies, and as such should include a toolkit, training, or other deliverable that assists with replication of the grantee's efforts. Applicants are also encouraged to incorporate an evaluation and report component that can assist other law enforcement agencies in implementing similar programs.

## Projects out of Scope

- Applicants that are not state, local, tribal, or territorial law enforcement agencies will not be considered.

- Applicants that do not have primary law enforcement authority for their jurisdiction will not be considered.

- Projects to fund the salaries and benefits of new local law enforcement officers and deputies will not be considered. If you are seeking this type of funding, please visit the COPS Office website for updates on the COPS Hiring Program (CHP).

- Projects that exclusively seek to purchase technology, software or mobile applications, or equipment without offering broader training, programming, or services to support those tools will not be considered.

- Projects that budget the majority of their funding for generally unallowable costs such as vehicles, food, exercise and recreational equipment, and promotional items such as gifts and souvenirs, as outlined in this solicitation, will not be considered.

## Requirements

The primary goal of these projects is to provide law enforcement agencies funding for demonstration or pilot projects that increase their capacity to implement innovative projects that engage the community on a broad range of public safety issues and increase engagement between law enforcement and the communities they serve. These projects should offer creative ideas using common sense policing strategies to advance crime fighting, community engagement, problem solving, and organizational changes to support community policing.

The project description should also address the following:

- How will the proposed program activities be used to increase engagement?

- Identify a list of activities and strategies and the intended service area and size of the program (e.g., one agency, more than one agency, one population group, or multiple population groups).

- What is the subject matter expertise of the project leadership or partners?

- The applicant should clearly source each activity and strategy in the application questions. What will be the reported outcomes of the program activities?

## Deliverables

The project deliverable(s) should be clearly identified and described in the application questions. The deliverable should document the applicants' efforts, lessons learned, and promising practices that can be shared with the broader law enforcement field. These deliverables can be articles, conference presentations, webinars, brief reports or summaries, and other tools (videos, toolkits, podcasts, etc.) that benefit other law enforcement agencies.

These deliverables may be published (including development assistance, editing, design, and distribution) by the COPS Office at no expense to the award recipient (see Camden County Police Department: Crime Analysis, Technical Assistance, and Consultation; Salt Lake City Police Department Homeless Outreach Service Team (HOST) Program Overview; Park Ridge's Success Story on Going Beyond Crisis Intervention Team Training: Building Whole-Community Responses to Mental Health; and Mitakuye Oyasin (We Are All Related) video for examples).

Successful applicants will have the opportunity to participate in a community of practice with other award recipients to promote the exchange of promising practices and help the COPS Office share ideas and lessons learned with the broader field.

# Federal Award Information: Awards, Amounts and Durations

## Anticipated Number of Awards

63

## Anticipated Maximum Dollar Amount of Awards

$175,000 per award

## Period of Performance Start Date

October 1, 2025

## Period of Performance Duration (months)

24 Months

## Anticipated Total Amount to be Awarded under Notice of Funding Opportunity

$8,850,000.00

## Federal Award Information

Depending on the quality of applications received and the availability of funding, the COPS Office may not fund every topic or subcategory or may make additional or larger awards under one or more topic area or subcategory. In addition, the COPS Office reserves the right to revise the scope of the project in an application submission and modify the associated budget proposal accordingly.

All awards are subject to the availability of appropriated funds and any modifications or additional requirements that may be imposed by law. With limited funding, the COPS Office expects a competitive notice of funding opportunity.

## Length of Award

The COPS Office expects to make the project period for all grants 24 months.

## Type of Award

The COPS Office expects to make this award in the form of a grant, which does not provide for substantial involvement between the federal awarding agency and the nonfederal entity in carrying out the activity contemplated by the federal award. Grant recipients will be responsible for day-to-day project management and may reach out to the COPS Office with assistance in implementing the award.

## Cost Sharing or Match

For this opportunity, match is not required.

## Eligibility Information

Eligibility for the FY25 Community Policing Development Microgrants program is restricted to local, state, tribal, and territorial law enforcement agencies.

State and local governmental entities must comply with 8 U.S.C. §1373, which provides that state and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a state or local government entity or official. For additional information, please see the appendices in the FY25 Resource Guide for Community Policing Advancement (CPA) Programs.

# Application and Submission Information

The complete application package (that is, this NOFO, including links to additional documents) is available on Grants.gov and on the COPS Office website https://cops.usdoj.gov/. Completing an application under this program is a two-step process.

## Before You Begin: SAM.gov Registration and Unique Entity Identifiers (UEIs)

To submit an application, your entity must have an active registration in the System for Award Management (SAM.gov). SAM.gov assigns entities a unique entity identifier (UEI) that is required for the entity to apply for federal funding. You will enter the entity's UEI in the application. Award recipients must then maintain an active UEI for the duration of their award. Visit SAM.gov for details and resources for first-time registration or renewal of an existing registration.

The registration and renewal processes can take several weeks. Start these processes at least 30 days prior to the Grants.gov deadline. Applicants who do not begin the registration or renewal process at least 10 business days prior to the Grants.gov deadline may not be able to complete the process in time and will not be considered for a technical waiver that allows for late submission.

## Step One: Grants.gov

**Application for Federal Assistance (SF-424):** Applicants must register via https://www.grants.gov and complete an Application for Federal Assistance, Standard Form 424 (SF-424). The SF-424 is a required standard form that collects the applicant's name, address, and UEI; the funding opportunity number; and the proposed project title, among other information. It is used as a cover sheet for submission of pre-applications, applications, and related information under discretionary programs. Applicants must complete and submit the SF-424 via https://www.grants.gov using the information provided on that site. The SF-424 must be signed by the Grants.gov authorized organizational representative.

**Section 8F – Applicant Point of Contact**: Enter the name and contact information of the individual who will complete application materials in JustGrants. JustGrants will use this information to assign the application to this user in JustGrants.

**Section 19 – Intergovernmental Review**: This funding opportunity is subject to Executive Order (E.O.) 12372 (Intergovernmental Review). States that participate in the Intergovernmental Review process have an opportunity to review the applicant's submission. Find the names and addresses of state Single Points of Contact (SPOCs) for Intergovernmental Review at the following website: https://www.ojp.gov/IntergovernmentalReviewSPOCList.pdf. If the applicant's state appears on the SPOC list:

- Contact the state SPOC for information and follow the state's process under E.O. 12372.

- On the SF-424, make the appropriate selection for question 19 once the applicant has complied with its state E.O. 12372 process.

If the applicant's state does not appear on the SPOC list:

- Answer question 19 by selecting, "Program is subject to E.O. 12372 but has not been selected by the state for review."

Applicants are strongly encouraged to register immediately on https://www.grants.gov. Any delays in registering with Grants.gov or submitting the SF-424 may result in insufficient time for processing your application through JustGrants. Refer to the U.S. Department of Justice (DOJ) Application Submission Checklist for additional details.

**For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to support@Grants.gov, or consult the Grants.gov Organization Applicant User Guide. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.**

## Step Two: JustGrants Application

The remainder of the application will be completed through the Justice Grants System (JustGrants) at https://justicegrants.usdoj.gov/. No other form of application will be accepted. Applications with errors or missing information may be disqualified or rated accordingly. Please note that the application system will not accept incomplete applications or applications with errors.

## Content and Form of Application

This section describes in detail what an application must include. Failure to submit an application that contains all of the specified elements may negatively affect the review of its application; and should a decision be made to make an award; such failure may result in the inclusion of award conditions that prevent the recipient from accessing or using award funds until the recipient satisfies the special conditions and the COPS Office makes the funds available. Applicants must comply with any word and field limit requirements described in this notice of funding opportunity.

Moreover, applicants should anticipate that an application that the COPS Office determines does not address the scope of the solicitation or does not include the application elements that the COPS Office has designated to be critical will neither proceed to peer review nor receive further consideration. For this notice of funding opportunity, the COPS Office has designated the following application elements as mandatory:

- Proposal Abstract (must be brief high-level project description that summarizes the proposed project in 5–6 sentences / 500 words or less)

- Application Questions (must respond to the application questions under the "Data Requested with Application" section)

- Budget Narrative (must be submitted as an attachment in the "Budget/Financial Attachments" section)

- Budget Detail Worksheets (must use the web-based forms in "Budget and Associated Documentation" section)

- Timeline of project deliverables, milestones, activities and who will complete the activities. (must be submitted as an attachment in the "Additional Application Components" section)

- Résumés/Curricula Vitae of Key Personnel (must be submitted as an attachment in the "Additional Application Components" section)

- Letters of support, if applicable (must be submitted as an attachment in the "Additional Application Components" section) -**Optional**

## Proposal Abstract

The proposal abstract is entered into a text box in JustGrants. Briefly summarize (in 5–6 sentences / 500 words or less) how your agency intends to use this award to achieve the stated program goals, if funded. The abstract should include names of applicant and partners, project title, purpose of the project (including goal and intended outcome), primary activities for which funds are requested, key partners, and who will benefit (including geographic area to be served). The abstract should be coherent, concise, and able to stand alone as a project summary. The abstract will not be scored but is used throughout the review process.

Write your project abstract for a general public audience without any personally identifiable or law enforcement sensitive information. Avoid using acronyms or terminology unfamiliar to a general public audience. This abstract, along with other federal award information, may be published on publicly available government-wide websites.

## Data Requested with Application

Applicants must complete the survey questions in the "Data Requested with Application" section of the JustGrants application. A copy of the survey questions required for this NOFO can be found at https://cops.usdoj.gov/cpdmicrogrants.

Please refer to the following steps to help guide you through initiating, completing, modifying, and obtaining the status of notice of funding opportunity surveys in the JustGrants system:

- To **initiate** a survey, please click on the **survey title** to open.

- When you have **completed** the survey, please click the **"Finish"** button on the lower right corner of the screen. The system will direct you to a review screen displaying your survey responses.

- To go back to the initial **list of surveys**, go to the **"Actions"** menu at the top right corner of the screen and select **"Close"** to exit the survey review screen. The survey you just completed will still display an **"Open"** status.

- To **confirm the completed status** of your survey, go back to the **"Actions"** menu and select "**Refresh."** The status of your completed survey will change to **"Resolved-Completed."**

- If you would like to **verify** the survey responses of a completed survey, you may click the **survey title** to reopen the selected survey and **view** your saved responses.

- If you would like to **change and/or update** the survey responses of a completed survey, you may click the **"Re-open"** option to **update** your saved responses.

- Remember, to **confirm the status** of a completed survey, you will need to click the **"Actions"** menu and **"Refresh."**

## Budget and Associated Documentation

Applicants must complete the web-based budget worksheet form in JustGrants, providing narrative entries in the "additional narrative" field to describe and justify each proposed cost.

The information in the "additional narrative" field(s) should be mathematically sound and correspond clearly with the information provided in the budget detail worksheets. The narrative should explain how the applicant estimated and calculated all costs and how those costs are necessary to the completion of the proposed project and demonstrate the efficient use of funding in achieving program goals.

Note: Costs incurred by the applicant prior to the start date of the period of performance of the federal award are unallowable. Requests for reimbursement of items purchased or expenses incurred prior to the award start date (i.e., pre-agreement costs) will not be approved by the COPS Office.

Note: For-profit organizations (as well as other recipients) must forgo any profit or management fee.

Budget requests may be made in the following categories:

- Civilian personnel (base salary and fringe benefits)
- Travel
- Equipment
- Supplies
- Sub-awards
- Procurement contracts
- Other costs
- Indirect costs

## Allowable and Unallowable Costs

Definitions for each budget category, as well as information on frequent requests as well as typically allowable and unallowable costs can be found at https://cops.usdoj.gov/cpdmicrogrants. Before preparing your budget, please refer to the detailed list of allowable and unallowable costs for this program. Please note: The unallowable lists are not exhaustive and are generally considered unallowable for the entire notice of funding opportunity, irrespective of where the applicant adds the requested item in the budget. **The COPS Office reserves the right to deny funding for any items that may not be included in this notice of funding opportunity.**

Please be advised that COPS Office funding must not be used for the following:

1. To directly or indirectly support or subsidize an educational service agency, state educational agency, local educational agency, elementary school, secondary school, or institution of higher education that requires students to have received a COVID-19 vaccination to attend any in-person education program.

2. To promote gender ideology.

3. For projects that provide or advance diversity, equity, inclusion, and accessibility, or environmental justice programs, services, or activities.

4. State and local governments and law enforcement agencies that have failed to protect public monuments, memorials, and statues from destruction or vandalism.

**If awarded, and it is determined that the applicant is not in compliance with the funding restrictions, the COPS Office may place a hold on the award and/or take other remedial action.**

## Budget Narrative

Applicants must also complete and attach a separate budget narrative in the "Budget and Associated Documentation" section. The budget narrative provides a space for further elaboration on project activities detailed in the applicant's responses to application questions. Deliverables and activities that are solely listed in the budget narrative and not described in the applicant's application questions (and vice versa) will be scored negatively during the initial review process. All items will be reviewed on a case-by-case basis and in the context of the allowable and unallowable costs list. The budget narrative should do the following:

- List all requested budget items necessary for completion of the proposed project.

- Match and describe every category of expense listed in the budget detail worksheet.

- Clearly explain the links between specific project activities and the requested budget item(s) needed to implement those activities.

- Be mathematically sound and explain how the applicant estimated and calculated all costs.

- Be complete, cost effective, efficient, and allowable (e.g., reasonable, allocable, and necessary for project activities).

- Describe costs by year and cover the full project period.

The COPS Office provides a template for the budget narrative that can be used as a voluntary tool to assist your organization in developing this required document. You will be able to access the template (Microsoft Word document) on the How to Apply web page under the Notice of Funding Opportunity Resources section. (Please delete the template instructions before submitting.)

The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and file contents to ensure that reviewers can easily locate application documents. Recommended file formats are Adobe PDF, Microsoft Word, and Microsoft Excel.

## Other Budget Documentation

### Noncompetitive Justification

Applicants should attach the noncompetitive justification or sole source justification as applicable. Additional guidance can be found in the Sole Source Justification Fact Sheet.

### Indirect Cost Rate Agreement (if applicable)

If the budget includes indirect costs calculated using a current, federally approved indirect cost rate, applicants should attach the indirect cost rate agreement. Additional guidance can be found in the Indirect Cost Rate for COPS Office Awards Fact Sheet.

**Consultant Rate**

Applicants should attach the consultant rate justification as applicable. Additional guidance can be found in the Consultant/Contractor Rate Information for COPS Office Awards Fact Sheet.

The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and the file contents to ensure that reviewers can easily locate application documents. Recommended file formats are Adobe PDF, Microsoft Word, and Microsoft Excel.

# Other Supporting Documentation

As applicable, applicants will attach the following additional application attachments in this section:

- Curriculum Vitae or résumés
- Memoranda of Understanding (MOU)
- Letters of Support
- Project Timeline

The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and the file contents to ensure that reviewers can easily locate application documents. All other attachments—such as letters of support and résumés—should use descriptive file names identified on the attachment(s) such as "[Applicant]. Resume." Recommended file formats are PDF, Microsoft Word, and Microsoft Excel. The system may reject applications with other formats. If an applicant submits multiple versions of the same document, the COPS Office will review only the most recent system-validated version submitted.

## Curricula Vitae or Résumés

As applicable, applicants will attach a curriculum vitae or résumé for up to three key project staff detailing work experience and educational history and highlighting any experience that is relevant to their ability to successfully carry out assigned project activities.

## Memoranda of Understanding (MOU)

For each named partner, include a signed Memorandum of Understanding (MOU) or a letter of intent that confirms the partner's agreement to support the project through commitments of staff time, space, services, or other project needs.

Each MOU should include the following:

- Names of the organizations involved in the agreement
- What service(s) and other work will be performed under the agreement by each organization
- Duration of the agreement

Submit all MOUs together as one attachment to the application. Unsigned draft MOUs may be submitted with the application, but the applicant should describe in a cover page to the attachment why they are unsigned.

## Letters of Support

In this section, applicants will attach letters of support from partners such as other law enforcement agencies, community organizations, government officials, or other stakeholders as applicable.

Each letter of support may include descriptions of the following:

- Relationship between the applicant and the supporting entity.

- Need for and benefits that would be gained from the project.

- Applicant's capacity to complete the proposed projects.

Submit letters of support together as one attachment. The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and the file contents to ensure that reviewers can easily locate application documents. Recommended file formats are PDF, Microsoft Word, and Microsoft Excel.

## Project Timeline

Applicants must attach a separate timeline of activities mapped to the goals and objectives of the proposed project. The timeline must list key activities and milestones and the months/quarters during which they will take place. The timeline attachment should be uploaded in the "Additional Application Components" section of the application.

If funding is awarded, the information provided in the timeline attachment will be used in performance reporting and recipients will have to provide updates on the goals, objectives, and deliverables mentioned in the timeline. The COPS Office encourages applicants to review and link their goals and objectives to the program goals and objectives listed in the Program Description section of this NOFO.

The COPS Office provides a template for the project timeline that can be used as a voluntary tool to assist your organization in developing this required document. You will be able to access the template (Microsoft Word document) on the How to Apply web page under the Notice of Funding Opportunity Resources section. (Please delete the template instructions before submitting.)

Performance reporting for this award occurs semiannually in March and August. Applicants are encouraged to create an efficient timeline with that aligns milestones and objectives with these performance reporting dates is encouraged.

# Disclosures and Assurances

## Lobbying Activities

JustGrants will prompt each applicant to indicate if it is required to complete and submit a lobbying disclosure under 31 U.S.C. § 1352.

The applicant is required by law to complete and submit a lobbying disclosure form (Standard Form/SF-LLL) if it has paid or will pay any person to lobby in connection with the award for which it is applying AND this application is for an award in excess of $100,000. This disclosure requirement is not applicable to such payments by an Indian Tribe, Tribal organization, or any other Indian organization that are permitted by other federal law.

For this requirement, lobbying means influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress.[1] Note: Most applicants do not engage in activities that trigger this disclosure requirement.

An applicant that is not required by law[2] to complete and submit a lobbying disclosure should enter "No." By doing so, the applicant is affirmatively asserting (under applicable penalties) that it has nothing to disclose under 31 U.S.C. § 1352 with regard to the application for the award at issue.

## U.S. Department of Justice (DOJ) Certified Standard Assurances

Review and accept the DOJ Certified Standard Assurances in JustGrants. See the FY25 Resource Guide for Community Policing Advancement (CPA) Programs for additional information.

## DOJ Certifications

Review the DOJ document Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Law Enforcement and Community Policing. Sign the certification document. See the FY25 Resource Guide for Community Policing Advancement (CPA) Programs for more information.

# Standard Applicant Information

To begin the JustGrants application, applicants must first complete a web-based form in JustGrants which is pre-populated with the SF-424 data submitted in Grants.gov. Applicants are required to confirm the two Authorized Representatives (see following) and verify the legal name, address, and enter the ZIP code(s) for the areas affected by the project. For statewide or nationwide projects, the applicant should enter "State" or "National" in this field.

---

[1] See 31 U.S.C. 1352; 28 C.F.R. part 69.
[2] Law referenced is 31 U.S.C. 1352.

The Authorized Representatives are the officials who have ultimate and final responsibility for all programmatic and financial decisions regarding this COPS Office application as representatives of the legal recipient (e.g., your agency or organization).

**Who should be assigned as Authorized Representatives?**

For **law enforcement agencies,** COPS Office awards require that both the top law enforcement executive (e.g., chief of police, sheriff, or equivalent) and the top government executive (e.g., mayor, board chairman, or equivalent) sign the application, and (if awarded funding) accept the award package. Both the top law enforcement executive and the top government executive must be assigned the role of Authorized Representative in JustGrants.

For **non–law enforcement agencies,** (institutions of higher education, school districts, private organizations, etc.), COPS Office awards require that both the programmatic official (e.g., executive director, chief executive officer, or equivalent) and financial official (e.g., chief financial officer, treasurer, or equivalent) sign the application, and (if awarded funding) accept the award package. These two officials must have the ultimate signatory authority to sign contracts on behalf of your organization. Both the programmatic official and the financial official must be assigned the role of Authorized Representative in Just Grants. Please note that nonexecutive positions (e.g., clerks, trustees) are not acceptable Authorized Representatives.

Before applicants can complete this section, the two Authorized Representatives must have established accounts in JustGrants after the Grants.gov portion of the application was submitted. **Please note: Users assigned as Authorized Representatives must log into the JustGrants system to activate their account. Users will not be visible in JustGrants until they have successfully logged into JustGrants.**

For further assistance with accessing JustGrants, please visit the [JustGrants website](#). For further assistance with submitting an application in JustGrants, please visit the [JustGrants Training web page](#).

## Federal Civil Rights and Award Review

Please be advised that an application may not be funded and, if awarded, a hold may be placed on the award if it is deemed that the applicant is not in compliance with federal civil rights laws, is not cooperating with an ongoing federal civil rights investigation, or is not cooperating with a U.S. Department of Justice award review or audit.

## How to Apply

The COPS Office highly recommends applicants work through the [JustGrants DOJ Application Submission Checklist](#) before submitting an application for review. This checklist details each step required to prepare a complete and accurate application submission.

## Submission Dates and Time

Completed applications and all mandatory application components must be submitted in JustGrants June 30, 2025, by 4:59 Eastern Standard Time. Please note that technical support will not be available after 5:00 p.m. E.T.

To maintain the integrity of the competitive notice of funding opportunity process, the COPS Office can provide publicly available technical assistance regarding the mechanics of the application but cannot evaluate the merits of an application during the open notice of funding opportunity period.

**For technical support with the Justice Grants System (JustGrants) application, please contact JustGrants Support at JustGrants.Support@usdoj.gov or 833-872-5175.** JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at https://justicegrants.usdoj.gov/training-resources.

## Late Submissions

The COPS Office will review on a case-by-case basis requests for late submission due to unforeseen technical issues or extraordinary events such as extreme weather emergencies or mass casualty events.

- Requests for an extension of the Grants.gov deadline must be received no later than **June 24, 2025, by 4:59 p.m. ET**
- Requests for an extension of the JustGrants deadline must be received no later than **June 30, 2025, by 4:59 pm. ET**

No late submission requests will be considered after the extension requests deadline. Extension of deadlines is rare and is not guaranteed.

To be considered for an extension, applicants must contact the COPS Office Response Center via email at AskCopsRC@usdoj.gov detailing the technical/extraordinary issues that impact application submission. This email must be submitted prior to the deadline for which the applicant is requesting an extension. The applicant's email must include the following information:

- UEI number
- Organization name
- Point of contact name and information
- Application ID
- Nature of the issue/disaster and how it affected the applicant's ability to submit the application on time

The email subject line should read "[Insert Program] Extraordinary Circumstances: [UEI number, Agency Name, Application ID]", with your UEI number and organization name and details filled in. **The COPS Office reserves the right to not consider late submission requests that do not include all of the required information listed above.**

The COPS Office will respond to each applicant as soon as possible with either an approval and instructions for submission or a rejection. If the technical issues you reported cannot be validated, the application will be rejected.

The following conditions are not valid reasons to request an extension:

- Failure to begin the registration process in sufficient time

- Failure to follow instructions on Grants.gov or JustGrants

- Failure of the two assigned Authorized Representatives, with the proper authority, to activate accounts in JustGrants prior to application submission

- Failure to follow all the instructions in the notice of funding opportunity

- Failure to register or update information on the SAM website

- Failure to register or complete the SF-424 in grants.gov

Late submissions may be considered for review at the discretion of the COPS Office on a case-by-case basis due to unforeseen technical issues or extraordinary events such as extreme weather emergencies or mass casualty events.

## Application Review Information

### Review Process

The COPS Office is committed to ensuring a fair process for making awards. The COPS Office will review the application to make sure that the information presented is reasonable, understandable, measurable, achievable, and consistent with the notice of funding opportunity. Applications will undergo a standard review and selection process, which includes a review of basic minimum requirements, review panel ratings, administrative compliance review, a COPS Office senior leadership review and recommendation panel, and the COPS Office Director's selection. A description of each phase is provided in the following sections. Applicants are encouraged to review their own application prior to submission, with particular attention given to the Basic Minimum Requirements and each of the Review Criteria specified in the descriptions that follow.

### Basic Minimum Requirements Review

Once the NOFO closes, COPS Office staff screen and evaluate applications for compliance with basic minimum requirements (BMR).

## BMR Review Criteria

Applications that are missing any of the following basic minimum requirements will be disqualified, without exception, and therefore not scored by review panels.

1. Applicant must respond to all application questions.

2. Applicant must provide a separate budget narrative that is 60 percent or more allowable.

3. Applicant must be a state, local, tribal, or territorial law enforcement agency

4. The proposed project must be within scope of the solicitation.

## Peer Review

A team of reviewers will evaluate applications that meet the eligibility basic minimum requirements. The COPS Office may use internal reviewers, external reviewers, or a combination to assess applications on technical merit using the NOFO's review criteria. An external reviewer is an expert in the subject matter of a given topic area who is not a current federal employee. An internal reviewer is a current federal employee who is well-versed or has expertise in the subject matter of the subcategory. Feedback is advisory only, although reviewer views are considered carefully. Reviewers will be asked to review applications based on the application subcategory and the NOFO's stated purpose for the funding. Reviewers will also be asked to consider the subcategory-specific solicited goals, requirements, and deliverables described in the NOFO language.

Upon completion of their reviews, reviewers will recommend applications that should advance to the next round of review.

## Review Criteria

Applications are reviewed based on the overall quality of the responses to the following elements, with no one element varying in importance.

### Problem identification and project description

- Clearly identifies how the project fulfils a specific public safety need.

- Describes the major activities the agency will undertake if funded.

- Identifies how the proposed project will assist their agency in implementing or institutionalizing community policing.

- Describes how the approach is innovative and how the agency will build on prior program success, including information on whether the approach has been previously practiced or tested by another agency.

- Describes the final deliverables of the project and how they contribute to the solicitation goals and requirements.

### Project reach and impact

- Identifies any current governmental, community or agency initiatives that complement or will be coordinated with the proposed activities.

- Describes the potential impact of the project to the law enforcement field as a whole.

- Identifies specific outcomes the agency expects to accomplish with the funding and how will the project team track or measure them.

- Describes how these efforts could be sustained once the award ends.

### Management and implementation

- Describes the overall management and implementation plan for the project, including identification of any key community or other stakeholder partnerships (community groups, private and/or public agencies) that will play a role in the implementation of this project.

- Identifies key project staff and their experience as well as the agency capacity to carry out the project.

### Budget

- Provides a detailed budget narrative with costs that are allowable, appropriate, and reasonable relative to the level of effort and critical to the completion of the project.

- Provides a budget narrative that adequately justifies the budget and matches the feasibility and intent of the proposed project.

- Provides a detailed budget that matches the tasks and deliverable(s) outlined in the application.

- Provides detailed breakdowns of each budget category and justification for total costs, such as per unit over time or reasonable estimate at time of application submission.

- Provides appropriate budget justification documentation which may include a current indirect cost rate agreement, sole source justification, and consultant rate justification.

- Identifies how strategy makes use of time- and cost-saving methods for conducting project work to achieving goals and objectives while not sacrificing quality outcomes.

## Cooperation with Federal Immigration Officials

In addition to the criteria listed earlier, the COPS Office will provide priority consideration to state or local law enforcement applicants that respond affirmatively to the application question related to cooperation with federal immigration officials.

Any applicable priority consideration(s) is only one of many factors in making COPS Office funding decisions and does not guarantee an award.

## Administrative Compliance Review

All advancing applications will undergo an administrative compliance review. Past financial and programmatic performance with U.S. Department of Justice (DOJ) award funding will be considered in this review process. Past performance may affect the overall rating and ranking of an application. Factors that may be included in the past performance review include the following:

- Applicant adherence to all special conditions in prior awards

- Applicant compliance with programmatic and financial reporting requirements

- Applicant completion of closeout for prior awards in a timely manner

- Whether the applicant has received financial clearances in a timely manner

- Applicant timely resolution of issues identified in an audit or monitoring review

- Applicant adherence to single audit requirements

- Applicant timely completion of work and use of funds in prior awards

Pursuant to 2 C.F.R. Part 200 ("Uniform Guidance"), before award decisions are made, the COPS Office also reviews information related to the degree of risk posed by applicants. Among other things to help assess whether an applicant with one or more prior federal awards has a satisfactory record with respect to performance, integrity, and business ethics, the COPS Office checks whether the applicant is listed in SAM as excluded from receiving a federal award.

The COPS Office must also review and  consider any information about the applicant that appears in the nonpublic segment of the integrity and performance system accessible through SAM (currently, the Federal Awardee Performance and Integrity Information System, "FAPIIS"). Applicants may review and comment on any information about their organization or agency in SAM that a federal awarding agency previously entered in the designated integrity and performance system, and such applicant comments will also be reviewed and considered.

The COPS Office may contact applicants regarding budget and financial questions as part of the review process. Contact is not indicative of an award decision. Based on risk findings, the COPS Office may remove an applicant from consideration or apply additional post-award conditions for oversight of the award should it be selected for funding.

## Senior Leadership Review

Applications advancing from the initial review undergo a second review conducted by a separate team of federal employees. Evaluation at this stage includes administrative compliance review, alignment with Administration priorities, past performance, project scope, availability of funding, and budget cost-effectiveness.

## Director's Selection

Absent explicit statutory authorization or written delegation of authority to the contrary, all final award decisions will be made by the Director of the COPS Office, who may also give consideration to factors including prior funding history, current award balances, underserved populations, population served, geographic variety, strategic priorities, past performance, significant concerns regarding ability of the applicant to administer federal funds, and available funding when making awards.

## Federal Award Notices

It is anticipated that awards will be announced on or after **October 1, 2025**. Any public announcements will be posted on the COPS Office website. **All award decisions are final and not subject to appeal.**

Notice of award will be sent electronically from JustGrants to the Application Submitter, Authorized Representative, and Entity Administrator. Please note that this notice of award is NOT an authorization to begin performance. This award notification will include instructions on accessing the official award package in JustGrants, enrolling in Automated Standard Application for Payments (ASAP), and accepting the award. The notice of award will contain details about the award including start and end dates, funding amounts, and award conditions. Recipients will be required to log into JustGrants to review, sign, and accept the award package. Applicants not selected for award will receive notification after all award recipients have been notified.

To officially accept and begin your award, your organization must access your award package at https://justgrants.usdoj.gov/. Once you access your account, two Authorized Representatives will review and electronically sign the award document (including award terms and conditions and, if applicable, any special award conditions or high-risk conditions) within **45 days of the date shown on the award congratulatory letter**, unless an extension is requested and granted.

The two assigned Authorized Representatives (Law Enforcement Executive / Programmatic Official and Government Executive / Financial Official), as described in the Application Contents and Format section, are required to sign the award package. If either or both Authorized Representatives change between application submission and award receipt, the Entity Administrator will need to update the Authorized Representative(s) in JustGrants.

**Your organization will not be able to draw down award funds until the COPS Office receives your signed award document.** For more information on accepting your award, please visit the JustGrants Training page for step-by-step instructions.

# The Award Package

The federal award package is the document indicating your official award funding amount, the award number, the award terms and conditions, and award start and end dates. The award start date indicated in the award package means that your organization may be reimbursed for any allowable costs incurred on or after this date. The duration of award is 24 months.

Your FY25 award number is in the following format: 15JCOPS-25-XX-XXXXX-XXXX. The COPS Office tracks award information using this number; therefore, it is important to have your award number readily available when corresponding with the COPS Office.

The award terms and conditions are listed in the award package. In limited circumstances, your award package may include additional award conditions or high-risk conditions that prevent your organization from drawing down or accessing award funds until the COPS Office determines that these conditions have been satisfied. Acceptance of the award is an acknowledgement that you are obtaining federal funds from the COPS Office. As part of that agreement, your organization acknowledges that it will comply with all applicable award terms and conditions, including any award or high-risk conditions.

## Administrative and National Policy Requirements

In addition to implementing the funded project consistent with the approved project proposal and budget, the recipient must also comply with award terms, conditions, and other legal requirements including, but not limited to, Office of Management and Budget (OMB), U.S. Department of Justice (DOJ), or other federal regulations that will be included in the award or incorporated into the award by reference or applicability.

The COPS Office strongly encourages applicants to review applicable requirements and terms and conditions prior to submitting an application. Terms and conditions for COPS Office awards are available on the COPS Office website in the [FY25 Resource Guide for Community Policing Advancement (CPA) Programs](#) and conditions are subject to change before the award is issued. The [FY25 Resource Guide for Community Policing Advancement (CPA) Programs](#) also contains additional requirements which apply to this application and award, including audit requirements, suspension, and termination requirements.

## Terms, Conditions, and Award Requirements

Please review carefully the [FY25 Resource Guide for Community Policing Advancement (CPA) Programs](#) for a full description of each of the listed terms, conditions, and other requirements for this COPS Office program. By submitting your application, your organization assures the COPS Office that you agree to the terms, conditions, and requirements. If awarded funds, by accepting your COPS Office award, your organization agrees to comply with all terms, conditions, and other requirements in your award package and any additional special or high-risk conditions that may be imposed on your award.

# Administrative Actions and Legal Remedies Related to Federal Awards

Please be advised that an application may not be funded or, if awarded, a hold may be placed on this application if it is deemed that the applicant is not in compliance with federal civil rights laws, is not cooperating with an ongoing federal civil rights investigation, or is not cooperating with a U.S. Department of Justice award review or audit.

Misuse of COPS Office funds or failure to comply with all COPS Office award requirements may result in legal sanctions including suspension and termination of award funds, the repayment of expended funds, ineligibility to receive additional COPS Office funding, designation on the U.S. Department of Justice (DOJ) High Risk List, and other remedies available by law.

Under the False Claims Act, any credible evidence that a person has submitted a false claim or has committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct involving COPS Office funds may be referred to the Office of Inspector General (OIG). The OIG may be contacted at **oig.hotline@usdoj.gov**, https://oig.justice.gov/hotline/index.htm, or 800-869-4499.

## Remedies for Noncompliance

Under 2 C.F.R. § 200.339, if the recipient fails to comply with award terms and conditions, the Federal awarding agency may impose additional conditions or take one or more of the following actions as appropriate in the circumstances:

- Temporarily withhold cash payments pending correction of the deficiency by the non-Federal entity or more severe enforcement action by the Federal awarding agency or pass-through entity.

- Disallow (that is, deny both use of funds and any applicable matching credit for) all or part of the cost of the activity or action not in compliance.

- Wholly or partly suspend or terminate the Federal award.

- Initiate suspension or debarment proceedings as authorized under 2 C.F.R. Part 180 and Federal awarding agency regulations (or, in the case of a pass-through entity, recommend such a proceeding be initiated by a Federal awarding agency).

- Withhold further Federal awards for the project or program.

- Take other remedies that may be legally available.

Prior to imposing sanctions, the COPS Office will provide reasonable notice to the recipient of its intent to impose sanctions and will attempt to resolve the problem informally. Appeal procedures will follow those in the U.S. Department of Justice regulations in 28 C.F.R. Part 18. Awards terminated due to noncompliance with the federal statutes, regulations, or award terms and conditions will be reported to the integrity and performance system accessible through SAM (currently FAPIIS).

False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and any other remedy available by law.

Please be advised that recipients may not use COPS Office funding for the same item or service also funded by another U.S. Department of Justice award.

## Federal Awarding Agency Contact(s)

For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to **support@Grants.gov**, or consult the Grants.gov Organization Applicant User Guide. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.

For technical support with the Justice Grants System (JustGrants) application, please contact JustGrants Support at **JustGrants.Support@usdoj.gov** or 833-872-5175. JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at https://justicegrants.usdoj.gov/training-resources.

For programmatic assistance with the requirements of this program, please call the COPS Office Response Center at 800-421-6770 or send questions via email to **AskCopsRC@usdoj.gov**. The COPS Office Response Center operates Monday through Friday, 9:00 a.m. to 5:00 p.m. ET, except on federal holidays.

## Freedom of Information Act and Privacy Act (5 U.S.C. §§ 552 and 552a)

All applications submitted to the COPS Office (including all attachments to applications) are subject to the federal Freedom of Information Act (FOIA) and to the Privacy Act. By law, DOJ may withhold information that is responsive to a request if DOJ determines that the responsive information is protected from disclosure under the Privacy Act or falls within the scope of one or more of the nine statutory exemptions under FOIA. DOJ cannot agree not to release some or all portions of an application/award file in advance of a request pursuant to the FOIA.

In its review of records that are responsive to a FOIA request, the COPS Office will withhold information in those records that plainly falls within the scope of the Privacy Act or one of the statutory exemptions under FOIA. Some examples include certain types of information in budgets and names and contact information for project staff other than certain key personnel. In appropriate circumstances, the COPS Office will request the views of the applicant/recipient that submitted a responsive document.

## Feedback to the COPS Office

The COPS Office welcomes applicant feedback on this notice of funding opportunity, the application submission process, and the application review process. Provide feedback via email to **AskCopsRC@usdoj.gov** (Subject line: "FY25 CPD Microgrants Feedback").

**Important:** This email is for feedback and suggestions only. Replies are not sent from this mailbox. If you have specific questions on any program or technical aspect of the notice of funding opportunity, you must contact the COPS Office Response Center at **AskCopsRC@usdoj.gov**.

# COPS Office Other Information

## Reporting, monitoring, and evaluation requirements

### Reporting

If awarded funds, your organization will be required to submit quarterly Standard Form 425 (SF-425) and Federal Financial Reports (FFR) and semiannual Programmatic Performance Reports (see the **FY25 Resource Guide for Community Policing Advancement (CPA) Programs** for details on performance reporting). Recipients should be prepared to track and report program award funding separately from other funding sources (including other COPS Office federal awards) to ensure accurate financial and programmatic reporting on a timely basis.

Recipients should ensure that they have financial internal controls in place to monitor the use of program funding and ensure that its use is consistent with the award terms and conditions. Good stewardship in this area includes written accounting practices, use of an accounting system that tracks all award drawdowns and expenditures, and the ability to track when award-funded positions are filled or approved purchases are made.

**Failure to submit complete reports or submit reports in a timely manner will result in the suspension and possible termination of a recipient's COPS Office award funding or other remedial actions (see the Post Award Requirements & Award Administration section for details).**

## Monitoring

Federal law requires that agencies receiving federal funding from the COPS Office be monitored to ensure compliance with their award conditions and other applicable statutory regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice.

In addition to required performance and financial reporting, awarded organizations will be responsible for the timely submission of a final Closeout Report and any other required final reports. All COPS Office recipients will be required to participate in such award monitoring activities of any part of the U.S. Department of Justice, including but not limited to the COPS Office, the Office of the Inspector General, or any entity designated by the COPS Office.

Please note that the COPS Office may take a number of monitoring approaches, such as site visits, enhanced office-based award reviews, alleged noncompliance reviews, and periodic surveys to gather information and ensure compliance. The COPS Office may seek information including, but not limited to, your organizational compliance with non-supplanting programmatic, and financial requirements of the award, and your progress toward achieving your community policing strategy.

The COPS Office is particularly interested in confirming that the purchase of items and/or services is consistent with the applicant's approved award budget.

If awarded funds, you agree to cooperate with and respond to any requests for information pertaining to your award in preparation for any of the above-referenced award monitoring activities. Please feel free to contact your COPS Office Grant Manager to discuss any questions or concerns you may have regarding the monitoring, reporting, and evaluation requirements.

## Program Evaluation

Though a formal assessment is not a requirement, awarded organizations are strongly encouraged to conduct an independent assessment of their respective award-funded projects. Project evaluations have proven to be valuable tools in helping organizations identify areas in need of improvement, providing data about successful processes, and reducing vulnerabilities.

Selected award recipients shall be evaluated on the local level or as part of a national evaluation, pursuant to guidelines established by the Attorney General. Such evaluations may include assessments of individual program implementations. In select jurisdictions that can support outcome evaluations, measurement of the effectiveness of funded programs, projects, and activities may be required. Outcome measures may include crime and victimization indicators, quality of life measures, community perceptions, and police perceptions of their own work.

# Financial Management and System of Internal Controls

Award recipients and subrecipients must, as set out in the Uniform Guidance at 2 C.F.R. § 200.303, do the following:

- Establish, document, and maintain effective internal control over the federal award that provides reasonable assurance that the recipient or subrecipient is managing the federal award in compliance with federal statutes, regulations, and the terms and conditions of the federal award. These internal controls should align with guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States and the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

- Comply with the U.S. Constitution, federal statutes, regulations, and the terms and conditions of the federal award.

- Evaluate and monitor the recipient's or subrecipient's compliance with statutes, regulations, and the terms and conditions of federal awards.

- Take prompt action when instances of noncompliance are identified.

- Take reasonable cybersecurity and other measures to safeguard protected personally identifiable information (PII) and other information. This also includes information the the federal awarding agency or pass-through entity designates as sensitive or other information the recipient or subrecipient considers sensitive and is consistent with applicable federal, state, local, and tribal laws regarding privacy and responsibility over confidentiality.

# Audit Requirement

The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards at 2 C.F.R. Part 200, Subpart F – Audit Requirements, available at https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F, establish the requirements for organizational audits that apply to COPS Office award recipients. Recipients must arrange for the required organization-wide (not award-by-award) audit in accordance with the requirements of Subpart F.

## Civil Rights

All recipients are required to comply with nondiscrimination requirements contained in various federal laws. A memorandum addressing federal civil rights statutes and regulations from the Office for Civil Rights, Office of Justice Programs will be included in the award package for award recipients. All applicants should consult the Assurances form to understand the applicable legal and administrative requirements.

## Funding to Faith-Based Organizations

Faith-based organizations may apply for this award on the same basis as any other organization, as set forth at, and subject to the protections and requirements of, this part and any applicable constitutional and statutory requirements, including 42 U.S.C. 2000bb *et seq.* The Department of Justice will not, in the selection of recipients, discriminate for or against an organization on the basis of the organization's religious character, motives, or affiliation, or lack thereof, or on the basis of conduct that would not be considered grounds to favor or disfavor a similarly situated secular organization.

A faith-based organization that participates in this program will retain its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

An organization may not use direct Federal financial assistance from the Department of Justice to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. An organization receiving Federal financial assistance also may not, in providing services funded by the Department of Justice, or in their outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

For additional guidance, please visit Civil Rights | Partnerships with Faith-Based and Other Neighborhood Organizations | Office of Justice Programs (ojp.gov).

## Section 508 of the Rehabilitation Act

If you are an applicant using assistive technology and you encounter difficulty when applying, please contact the COPS Office Response Center at **AskCopsRC@usdoj.gov**. The department is committed to ensuring equal access to all applicants and will assist any applicant who may experience difficulties with assistive technology when applying for awards using the JustGrants System.

You are not required to respond to this collection of information unless it displays a valid OMB control number. The OMB control number for this application is 1103-0098, and the expiration date is 05/30/2025.

## Public Reporting Burden: Paperwork Reduction Act Notice

The public reporting burden for this collection of information is estimated to be up to 11.3 hours per response, depending upon the COPS Office program being applied for, which includes time for reviewing instructions. Send comments regarding this burden estimate or any other aspects of the collection of this information, including suggestions for reducing this burden, to the Office of Community Oriented

Policing Services, U.S. Department of Justice, 145 N Street NE, Washington, DC 20530; and to the Public Use Reports Project, Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503. For any questions or comments, please contact Donald Lango, COPS Office Paperwork Reduction Act Program Manager, at **Donald.Lango@usdoj.gov**.

## Performance Measures

To assist in fulfilling the U.S. Department of Justice's responsibilities under the Government Performance and Results Act Modernization Act (GPRA Modernization Act) of 2010, P.L. 111–352), recipients who receive funding from the Federal Government must measure the results of the work that funding supports. This act specifically requires the COPS Office and other federal agencies to set program goals, measure performance against those goals, and publicly report progress in the form of funding spent, resources used, activities performed, services delivered, and results achieved.

Performance measures for this program will include the following:

- Extent to which COPS Office award funding (e.g., for officers, equipment, training, technical assistance) has increased your agency's community policing capacity
- Extent to which COPS Office knowledge resources (e.g., publications, podcasts, training) have increased your agency's community policing capacity

The objective of these performance measures is to increase the capacity of law enforcement agencies to implement community policing strategies that strengthen partnerships for safer communities and enhance law enforcement's capacity to prevent, solve, and control crime through funding for personnel, technology, equipment, and training.

Recipients will rate the effectiveness of the COPS Office funding in increasing its community policing capacity. Data will be collected on a periodic basis through performance reports.

COPS Office awards target increasing recipient capacity to implement community policing strategies within the three primary elements of community policing: (1) problem solving, (2) partnerships, and (3) organizational transformation. The COPS Office requires all applicants to describe how the personnel, technology, equipment, supplies, travel, or training requested will assist the applicant in implementing community policing strategies.

The performance measures for this program can be found at Compliance and Reporting | COPS OFFICE.

As part of the programmatic performance reports, all recipients will be required to report on their progress toward implementing community policing strategies. Based on the data collected from recipients, the COPS Office may make improvements to the program to better meet the program's objective and law enforcement agency needs.

## Application Checklist

Please refer to the JustGrants DOJ Application Submission Checklist.