Exhibit H

**Standard Applicant Information**

**Project Information**

| Project Title | Proposed Project Start Date | Proposed Project End Date |
|---|---|---|
| FY25 COPS Hiring Program | 10/1/25 | 9/30/30 |
| **Federal Estimated Funding (Federal Share)** | **Applicant Estimated Funding (Non-Federal Share)** | **Program Income Estimated Funding** |
| 6250000.0 | 18064100 | 0.0 |
| **Total Estimated Funding** | | |
| 24314100 | | |

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

**Type Of Applicant**

**Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

**Type of Applicant 2: Select Applicant Type:**

B: County Government

**Type of Applicant 3: Select Applicant Type:**

——

**Other (specify):**

——

**Application Submitter Contact Information**

**Application POC Prefix Name**

——

| **Application POC First Name** | **Application POC Middle Name** | **Application POC Last Name** |
|---|---|---|
| (b) (6) | —— | (b) (6) |

**Application POC Suffix Name**

——

| **Organizational Affiliation** | **Title** | **Email ID** |
|---|---|---|
| —— | Grants Manager | (b) (6) |

| **Phone Number** | **Fax Number** | |
|---|---|---|

415-837-7212

**ORINumber**

——

**Executive Order and Delinquent Debt Information**

Is Application Subject to Review by State Under Executive Order 12372? *

a. This application was made available to the State under the Executive Order 12372 Process for review on: **State Review Available Date**

06/20/2025

**Is the Applicant Delinquent on Federal Debt?**

No

**SF424 Attachments  (4)**

| Name | Date Added |
|------|------------|
| manifest.txt | 9/30/25 |
| Form SF424_4_0-V4.0.pdf | 6/20/25 |
| SF424_4_0-1234-California US Districts.docx | 6/20/25 |
| GrantApplication.xml | 6/20/25 |

## Authorized Representative

**Law Enforcement Executive Information**

**Title**

SFPD Interim Chief of Police

**Prefix Name**

——

| First Name | Middle Name | Last Name |
|------------|-------------|-----------|
| Paul | —— | Yep |

**Suffix Name**

——

**Government Executive Information**

**Title**

Chief Financial Officer

**Prefix Name**

——

| First Name | Middle Name | Last Name |
|------------|-------------|-----------|
| Kimmie | —— | Wu |

**Suffix Name**

——

## Verify Legal Name, Doing Business As, and Legal Address

**Legal Name**                                    **Doing Business As**
**CITY & COUNTY OF SAN FRANCISCO**

**DUNS**                                          **UEI**
**120802983**                                     **SRZKDWN293M2**

**Legal Address**
**Street 1**
1245 3RD ST
**Street 2**
FL 6

| **City** | **State** | **Zip/Postal Code** |
|---|---|---|
| SAN FRANCISCO | CA | 94158 |

| **CongressionalDistrict** | **Country** |
|---|---|
| 11 | USA |

**Certification**

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.

1. If this information is correct confirm/acknowledge to continue with completion of this application.

      **I confirm this is the correct entity.**

      **Signer Name**
      (b) (6)

      **Certification Date / Time**
      06/27/2025 03:39 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
    a. Contact your Entity Administrator.
    b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.

3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.

**Proposal Abstract**

**Data Requested with Application**

   ⌄ **CHP NOFO FY2025**

     Agency Eligibility

      1. Type of Agency (check one)

      Law Enforcement

1a. From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities:

Municipal Police

2. Are you a state or local governmental entity applying for this funding opportunity?

Yes

2a. If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.  For additional information, please see the appendices in the FY 2025 CHP Application Resource Guide.

Yes

3. Please indicate if your jurisdiction is primarily considered rural, urban or suburban.

Urban

Instructions:  We will ask you several questions about your law enforcement agency operations and authority to determine your eligibility to apply for a COPS Hiring Program (CHP) award. Please note that CHP applicants must have a law enforcement agency that is operational by the close of this Notice of Funding Opportunity (NOFO) or receive services through an existing contract for law enforcement services or a new contract for law enforcement services that is in place by the close of this NOFO. Applicants must also maintain primary law enforcement authority for the population to be served. In addition, if funds under this program are to be used as part of a written contracting arrangement for law enforcement services (e.g., a town which contracts with a neighboring sheriff's office to receive services), the government agency wishing to receive law enforcement services must be the legal applicant in this application.  A law enforcement agency is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget.  4. Is your agency established and currently operational?

Yes

4a. Which of the following best describes your law enforcement agency? (check one)

____

4b. Will your law enforcement agency be operational as of the closing date of this NOFO?

____

4c. Has your jurisdiction passed legislation which authorizes the creation of a new law enforcement agency?

____

5. If awarded, does your agency plan to use funds awarded under this award to establish or supplement a written contract for law enforcement services (e.g., a town contracting for services with a nearby sheriff's department)?

No

Instructions: An agency may apply for funds under this program to be used as part of a written contracting arrangement for law enforcement services (e.g., a town which contracts with a neighboring sheriff's department to receive services). However, the agency wishing to receive law enforcement services must be the legal applicant in this application (although we will ask you to supply some information about the contract service provider later). Important Note: Two entities involved in a contracting relationship may not separately apply for funding to support the same officer position(s).  5a. Is the legal applicant listed in this COPS Hiring Program (CHP) application and on the SF-424 the entity that will be receiving law enforcement services?

____

5b. What is the legal name of the law enforcement agency that will be providing law enforcement services to your jurisdiction?

____

Instructions: An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only: respond to or investigate specific type(s) of crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support or only some combination of these. 6. Based on the definition above, does your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services have primary law enforcement authority for the population to be served?]

Yes

7. Please select your U.S. Attorney's District Office from the below drop-down options.

California, Northern

Executive & Contact Information

Please provide the name and contact information for the highest-ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest-ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g., executive director, chief executive officer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. 8a. Title:

Interim Chief of Police

8b. First name:

(b) (6)

8c. Last name:

(b) (6)

8d. Phone:

415-837-7000

8e. Email address:

(b) (6)

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Instructions for Government Agencies: For law enforcement agencies, this is the highest-ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent). Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. 9a. Title:

Chief Financial Officer

9b. First name:

(b) (6)

9c. Last name:

(b) (6)

9d. Phone:

415-837-7213

9e. Email address:

(b) (6)

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information. 10a. Title:

Grants Manager

10b. First name:

(b) (6)

10c. Last name:

(b) (6)

10d. Phone:

415-837-7212

10e. Email address:

(b) (6)

CHP Officer Request

Instructions: Number of actual sworn officers employed by your agency as of the date of this application. The actual number of sworn officer positions is the actual number of sworn positions employed by your agency as of the date of this application. Do not include funded but currently vacant positions or unpaid positions.

——

11a. Full-Time:

1896

11b. Part-Time:

——

Instructions: Enter the Budgeted Sworn Force Strength as of the date of application (the current fiscal year) below. The budgeted number of sworn officer positions is the number of sworn positions funded in your agency's budget, including funded but frozen positions, as well as state, Bureau of Indian Affairs, or locally funded vacancies. Do not include unfunded vacancies or unpaid/reserve officers. Do not include non-sworn personnel such as dispatch, court personnel, correctional officers, or police technicians. For agencies currently funded by a COPS Hiring Program (CHP) award, do not include in your budgeted force strength any COPS-funded officers whose salaries are currently being covered by the 36-months of COPS funding. Number of budgeted sworn officers as of the date of this application, using instructions above.
12a. Full-Time:

2337

12b. Part-Time:

——

13. Is your agency operating below its current budgeted sworn force strength?

Yes

Understaffed Law Enforcement Agencies Operating Below Budgeted Strength Instructions: A law enforcement agency operating below its budgeted strength is eligible to apply for funding under CHP so long as the applicant attests that awarded funds will be used in compliance with the nonsupplanting requirement and not used to supplant state, local, or Bureau of Indian Affairs funds that are already budgeted for sworn law enforcement officer positions.

——

13a. By checking the box, the applicant attests that awarded funds will be used in compliance with the nonsupplanting requirement and not used to supplant (replace) state or local funds, or, in the case of Indian Tribal governments, funds supplied by the Bureau of Indian Affairs that are already budgeted for sworn law enforcement officer positions.

true

Instructions: Number of budgeted civilian positions as of the date of this application using instructions above. 14a. Full-Time:

695

14b. Part-Time:

——

Instructions: The following section will ask about the "population served" by your jurisdiction. The crime data you will enter in this application will be based on crimes occurring among the "actual population served". Population served counts must not be adjusted upward to account for daytime business/shopping visitors, highway traffic passing through a jurisdiction, nor should it include annual visitor totals. Parks and transit agencies should report average daily visitors/riders rather than annual totals. This may or may not be the same as your census population. For example, a service population may be the census population minus incorporated towns and cities that have their own law enforcement agency within your geographic boundaries. An agency with primary law enforcement authority is defined as having first responder responsibility to calls for service for all types of criminal incidents within its jurisdiction. 15. What is the actual population your department serves as the primary law enforcement entity?

827526

16. Enter the total population of the government entity applying for this award using the latest census estimate available at https://data.census.gov. If the population of the entity applying for this award is not represented by census figures (e.g. colleges, special agencies, school police departments), please indicate the size of the population as of the latest available estimate.

827526

16a. If applicable, please explain why the "population served" differs from the population of the government entity (from census figures or other estimates). [Please limit your response to a maximum of 125 words.]

——

Instructions:  Agencies should apply for the number of officer positions necessary to support their proposed community policing strategy. CHP awards cover up to 75 percent of the entry-level salary and fringe benefits for each approved position up to a maximum of $125,000 total for each position over three years. Note: this is NOT $125,000 per year, rather, it is $125,000 spread over three years for each position. There is a minimum 25 percent local cash match (cost share) requirement unless a waiver is approved. Any additional costs for higher than entry-level salaries and fringe benefits will be the responsibility of the recipient agency. Please keep in mind that there is a 12-month retention requirement for each officer position funded. See NOFO document for full details.  The number of officers you request cannot exceed 20% of your agency's current actual sworn force, with a maximum of 50 officers for any agency. Agencies with fewer than 10 officers may request one officer. The COPS Office will fund as many positions as possible for successful applicants; however, the number of officer positions requested by an agency may be reduced based on the availability of funding and other programmatic considerations.  IMPORTANT: Please ensure this number matches the number of sworn positions you requested in the detailed budget section of JustGrants.  17. How many entry-level, full-time sworn officer positions is your agency requesting in this application?

50

18. In question 11a, you entered your agency's actual full-time sworn force levels. Please confirm that you are not asking for more than the 20% cap. For example, if you have 1-9 officers on staff, you may request 1 COPS Office-funded officer. If you have 10-14 officers, you may request a maximum of 2 officers. If you have 50 officers, you may request a maximum of 10.

I confirm that we are not asking for more than the 20% cap.

19. Referencing the web-based budget in this NOFO, please indicate if there was increase in sworn office base salary in years 2 and 3. If so, indicate why. (check all that apply)

COLA

——

Step Raises

Yes

Change in benefit costs

——

Not applicable

——

Instructions:  IMPORTANT: Next, your agency must allocate the number of positions requested under each of the three hiring categories described below based on your agency's current needs at the time of this application. Be mindful of your agency's ability to fill and retain the officer positions awarded, while following your agency's established hiring policies and procedures. CHP awards will be made for officer positions requested in each of the three hiring categories, and recipients are required to use awarded funds for the specific categories awarded.  It is imperative that your agency understand that the COPS Office statutory nonsupplanting requirement mandates that award funds may only be used to supplement (increase) a recipient's law enforcement budget for sworn officer positions and may not supplant (replace) state, local, or tribal funds that a recipient otherwise would have spent on officer positions if it had not received an award. This means that if your agency plans to: (a) Hire new officer positions (including filling existing vacancies that are no longer funded in your agency's budget): It must hire these new additional positions on or after the official award start date, above its current budgeted (funded) level of sworn officer positions, and otherwise comply with the nonsupplanting requirement as described in the award owner's manual.  (b) Rehire officers who have been laid off by any jurisdiction as a result of state, local, or tribal budget reductions: It must rehire the officers on or after the official award start date, maintain documentation showing the date(s) that the positions were laid off and rehired, and otherwise comply with the nonsupplanting requirement as described in detail in the award owner's manual.  (c) Rehire officers who are (at the time of application) currently scheduled to be laid off (by your jurisdiction) on a specific future date as a result of state, local, or tribal budget reductions: It must continue to fund the officers with its own funds from the award start date until the date of the scheduled layoff (for example, if the CHP award start date is September 1 and the layoffs are scheduled for November 1, then the CHP funds may not be used to fund the officers until November 1, the date of the scheduled layoff); identify the number and date(s) of the scheduled layoff(s) in this application (see below); maintain documentation showing the date(s) and reason(s) for the layoff; and otherwise comply with the nonsupplanting requirement as described in detail in the award owner's manual. [Please note that as long as your agency can document the date that the layoff(s) would occur if CHP funds were not available, it may transfer the officers to the CHP funding on or immediately after the

date of the layoff without formally completing the administrative steps associated with a layoff for each individual officer.] Documentation that may be used to prove that scheduled layoffs are occurring for local economic reasons that are unrelated to the availability of CHP award

funds may include (but are not limited to) council or departmental meeting minutes, memoranda, notices, or orders discussing the lay-offs; notices provided to the individual officers regarding the date(s) of the lay-offs; or budget documents ordering departmental or jurisdiction-wide budget reductions. These records must be maintained with your agency's CHP award records during the award period and for three years following the date of the submission of the final expenditure report in the event of an audit, monitoring, or other evaluation of your award compliance. If your agency's request is funded, your agency will have the opportunity after the award announcement to request an award modification to move awarded funding into the category or categories that meet your agency's law enforcement needs at that time (including updating the dates of future scheduled layoffs).

—

Category A: New, additional officer positions (including filling existing vacancies no longer funded in your agency's budget). 20a. Category A Request:

50

Category B: Rehire officers laid off (from any jurisdiction) as a result of state or local budget reductions. 20b. Category B Request:

—

Category C: Rehire officers scheduled to be laid off (at the time of the application) on a specific future date as a result of state or local budget reductions. 20c. Category C Request:

—

Instructions: We also need some information about when the layoff of officers in this category is scheduled to occur. In the space below, please indicate when the officer(s) specified in this category are scheduled to be laid off. 21a. Number of Officers:

—

21b. Date these officers are scheduled to be laid off:

—

21c. Number of Officers:

—

21d. Date these officers are scheduled to be laid off:

—

21e. Number of Officers:

—

21f. Date these officers are scheduled to be laid off:

—

21g. Number of Officers:

—

21h. Date these officers are scheduled to be laid off:

—

22. Since your agency plans to use CHP funds to rehire officers who are currently scheduled to be laid off on a future date (under Category C above), please certify (by checking the appropriate boxes) to the following Certification:

My agency has and will maintain documentation showing the date(s) of the scheduled lay-off(s) and demonstrating that the scheduled lay-off(s) is/are occurring for fiscal reasons that are unrelated to the availability or receipt of CHP award funds.

—

My agency will use its own funds to continue funding these officers until the scheduled date(s) of the lay-off(s) and will use CHP funds to rehire these officers only on or after the scheduled date of the lay-off(s).

—

My agency recognizes that the CHP program provides funding based on our entry-level salary and benefits package and that any additional costs for rehired officers beyond entry-level are our responsibility to pay with other sources of funding.

—

Instructions: Although hiring military veterans as new hires is not an award requirement, applicants who commit to hiring or rehiring at least one military veteran will receive additional consideration for CHP funding. If your agency checks "yes" to the question below, your agency will be required to maintain documentation that it made every effort possible (consistent with your internal procedures and policies) to hire at least one military veteran. Under this NOFO, a military veteran is defined as a person who served in the active military, naval, or air service, and who was discharged or released there from under conditions other than dishonorable. 23. Does your agency commit to hire and/or rehire at least one military veteran (as defined in the Application Guide) for the officer position(s) you have requested?

No

23a. If Yes, how many position(s)?

____

24. Is your agency requesting that all or some of these officer positions will be deployed as school resource officers (SRO's)?

No

SRO Instructions: If your agency requests officers to be deployed as school resource officers (SRO), please do not request more officer positions than your agency can expect to deploy in this capacity. According to the COPS Office statute, a school resource officer is "a career law enforcement officer, with sworn authority, deployed in community-oriented policing, and assigned by the employing police department or agency to work in collaboration with schools and community-based organizations— (A) to address crime and disorder problems, gangs, and drug activities affecting or occurring in or around an elementary or secondary schools; (B) to develop or expand crime prevention efforts for students; (C) to educate likely school-age victims in crime prevention and safety; (D) to develop or expand community justice initiatives for students; (E) to train students in conflict resolution, restorative justice, and crime awareness; (F) to assist in the identification of physical changes in the environment that may reduce crime in or around the school; and (G) to assist in developing school policy that addresses crime and to recommend procedural changes." 34 U,.S.C. 10389(4). There must be an increase in the level of community policing activities performed in and around primary or secondary schools in the agency's jurisdiction as a result of the award. The time commitment of the funded officers must be above and beyond the amount of time that the agency devoted to the schools before receiving the award. The COPS Office recommends that an SRO have a minimum of three years of experience as a police officer. Because COPS Office funds must be used for entry level positions, you may deploy experienced police officers to serve as SROs and implement the community policing strategy after hiring the additional entry-level officers with COPS Office award funds. The COPS Office award funds must be used for the newly hired/rehired/scheduled to be laid off position and not that of the veteran/experienced officer. Recipients applying under CHP funding to hire or deploy SROs into schools must submit to the COPS Office a signed memorandum of understanding (MOU) between the law enforcement agency and the school partner(s) before obligating or drawing down funds under this award. An MOU is not required at the time of application; however, if the law enforcement agency already has an MOU in place that is applicable to the partnership, the MOU can be uploaded as an attachment in the section of the application titled "MOUs and other Supporting Documents". The MOU must contain the following: the purpose of the MOU; clearly defined roles and responsibilities of the school district and the law enforcement agency focusing officers' roles on safety, information sharing, supervision responsibility; chain of command for the SRO; and signatures. If awarded, a recipient must submit an MOU to the COPS Office within 90 days from the date shown on the award congratulatory letter. Implementation of the CHP award without submission and acceptance of the required MOU may result in expenditures not being reimbursed by the COPS Office and/or award de-obligation.

____

24a. If Yes, how many of your requested positions in this application will be deployed as school resource officers (SROs)?

____

25. For tribal applicants in Alaska only: Check the box below if you are requesting funds for an entry-level career law enforcement Village Police Officer or entry-level career law enforcement Tribal Police Officer.

false

Community Policy Strategy 1

Instructions for Community Policing Strategy: COPS Office funding must be used to reorient the mission and activities of law enforcement agencies through initiating community policing or enhancing their involvement in community policing with the officers hired under this program or an equal number of veteran officers who have been redeployed to implement this plan after hiring the entry-level COPS Office-funded officers. If awarded funds, your narrative responses in the text boxes below will constitute your agency's community policing strategy under this award. Your organization may be audited or monitored to ensure that it is initiating or enhancing community policing in accordance with this strategy. The COPS Office may also use this information to understand the needs of the field, and potentially provide for training, technical assistance, problem solving and community policing implementation tools. Please note that the COPS Office recognizes that your COPS Office-funded officer(s) (or an equal number of veteran officers who are redeployed after hiring the entry-level COPS Office funded officers) will engage in a variety of community policing activities and strategies, including participating in some or all aspects of your identified community policing strategy. Your community-policing strategy may be influenced and impacted by others within and outside of your organization; this is considered beneficial to your community policing efforts. At any time during your award period, you should be prepared to demonstrate (1) that community policing activities engaged in prior to the award that are detailed in this application and (2) how the award funds and award-funded officers (or an equal number of redeployed veteran officers) were specifically used to enhance (increase) or initiate community policing activities according to your community policing strategy contained in this application. Community policing needs may

change during the life of your award. Minor changes to this strategy may be made without prior approval of the COPS Office; however, the recipient will be required to report on progress or changes to the community policing strategy (if any) through required progress reports. If your agency's community policing strategy changes significantly, you must submit those changes to the COPS Office for approval. Changes are significant if they deviate from the specific crime problems originally identified and approved in the community policing strategy submitted with the application. In some cases, in reviewing progress reports, the COPS Office may identify significant changes in community policing strategies that require explanation and request for approval. Applicants that choose problem areas that receive additional priority consideration will not be able to change from these problem/focus areas if awarded CHP funding. The following is the COPS Office definition of community policing that emphasizes the primary components of community partnerships, organizational transformation, and problem solving. Please refer to the COPS Office web site (https://cops.usdoj.gov) for further information regarding this definition. Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem solving techniques to proactively address the immediate conditions that give rise to public safety issues, such as violent crime, non-violent crime, and fear of crime. The COPS Office has developed the following list of primary sub-elements of community policing. Please refer to the COPS Office web site Community Policing Defined publication for further information regarding these sub-elements. Community Partnerships: Collaborative partnerships between the law enforcement agency and the individuals and organizations they serve to both develop solutions to problems and increase trust in police. Other Government Agencies Community Members/Groups Non-Profits/Service Providers Private Businesses Media Organizational Transformation: The alignment of organizational management, structure, personnel and information systems to support community partnerships and proactive problem solving efforts. Agency Management Climate and culture Leadership Labor relations Decision-making Strategic planning Policies Organizational evaluations Transparency Organizational Structure Geographic assignment of officers Despecialization Resources and finances Personnel Recruitment, hiring and selection Personnel supervision/evaluations Training Information Systems (Technology) Communication/access to data Quality and accuracy of data Problem Solving: The process of engaging in the proactive and systematic examination of identified problems to develop effective responses that are rigorously evaluated. Scanning: Identifying and prioritizing problems Analysis: Analyzing problems Response: Responding to problems Assessment: Assessing problem-solving initiatives Using the Crime Triangle to focus on immediate conditions (Victim/Offender/Location)

——

Instructions for Current Organizational Commitment to Community Policing:  For each of the following statements, please answer in terms of existing agency policies and practices as they relate to collaborative partnerships and problem-solving activities. (Check all that apply)  26. Which of the following internal management practices does your agency currently employ? (check all that apply)

Assignment of officers to specific neighborhoods or areas for longer periods of time to enhance customer service and facilitate more contact between police and citizens.

Yes

Assignment of officers to geographic hot spots that are defined statistically by creating incident maps to identify geographic clustering of crime and disorder.

Yes

Early Intervention Systems that help identify officers who may be showing signs of stress, personal problem, and questionable work conduct.

Yes

None of the above.

——

27. Which of the following do you count/measure to annually assess your agency's overall performance? (check all that apply)

Response times

Yes

Problem solving outcomes

Yes

Department employee satisfaction

Yes

Reduction of crime in identified hot spots

Yes

Social disorder/nuisance problems (e.g., graffiti, panhandling, loitering)

Yes

Satisfaction with police services

Yes

Fear of crime

Yes

Victimization (i.e, non-reported crime)

Yes

Community meetings held/attended

Yes

Use of force incidents

Yes

Meeting the priorities as identified in your agency strategic plan

Yes

My agency does not conduct annual assessments of overall performance

_____

28. Through which of the following does your agency routinely share information with community members? (check all that apply)

Neighborhood, beat, and/or school meetings

Yes

Local media outlets

Yes

Agency newsletter

Yes

Neighborhood newsletters

Yes

Agency website

Yes

Social networking (Blogs, Twitter feeds, Facebook pages, etc.)

Yes

Citizen alert system (telephone, email, text, etc.)

Yes

Citizen alert system that is geographically targeted, based on updated hot spots

Yes

Public access television/radio

Yes

Community organization board membership

Yes

Public forums with chief/sheriff/command staff

Yes

Posters, billboards, flyers

Yes

None of the above

_____


29. Through which of the following ways does your agency formally involve community members in influencing agency practices and operations? (check all that apply)

Citizen police academies

Yes

Volunteer activities

Yes

Auxiliary police programs

Yes

Civilian review boards (i.e. disciplinary review boards)

Yes

Citizen advisory groups (i.e. informal advisory function)

Involvement in hiring decisions (interview panels, selection boards, etc.)

____

Involvement in contributing to annual line officer performance reviews

____

Representation on promotional boards

____

Participation in accountability and performance reporting and tracking meetings

Yes

Participation in complaint resolution process (formal mediation, disciplinary boards, etc.)

Yes

None of the above

____


Instructions for Proposed Common Sense Policing Strategy: Problem Solving and Partnerships COPS Office awards must be used to initiate or enhance community policing activities with either the newly hired officers funded by this award program or an equivalent number of veteran officers who are redeployed to implement this community policing strategy after hiring the additional entry-level officers with COPS Office award funds. In this section you will be asked to identify the crime and disorder problem or a focus area and the partners to be engaged through your requested COPS Office funding. Identifying the specific problem/focus area and partnerships that your agency plans to focus on is important to ensure that you satisfy the requirements for COPS Office funding under this program and to ensure that ultimately the additional award-funded officers (or equivalent number of redeployed veteran officers) will initiate or enhance your agency's capacity to implement community policing strategies and approaches. Using the following list, select a problem/focus area that will be addressed by the officers requested in this application. Please choose the option that best fits your problem. You may only select one problem/focus area to address through this award funding. When identifying a problem, it is important to think about the nature of similar incidents that taken together comprise the problem and accordingly describe it in precise, specific terms (e.g. "robbery of retail establishments", rather than just "robbery"). In doing this, it can be helpful to consider all aspects of the problem, including the likely offenders, the suitable targets/victims, and how these come together in time and space. Additional consideration will be given to applicants who propose a community-based approach to one of the five following problem/ focus areas. Applicants who choose one of the common sense policing problems or priority focus areas listed here must devote 100% of their funded positions to that focus area, and will not be allowed to change their choice once the award has been issued. Violent Crime - Applicant will employ common sense policing strategies to address a range of violent crime problems. Applicants committed to aggressively enforcing gun laws, human trafficking, criminal gangs, drug manufacturing/dealing/trafficking, dismantling gangs, street crews, and drug networks, or cracking down on the open use of illegal drugs subcategory will receive additional consideration. Squatting and Encampment Enforcement - Applicants will focus on ending squatting by collaborating with federal law enforcement/task forces to end the epidemic of squatters and public encampments that create safe havens for drugs, crime, and human trafficking.   Homeland & Border Security - Applicants will cooperate with federal law enforcement to combat illegal immigration (e.g., information sharing, 287(g) partnerships, task forces, and honoring detainers), protecting critical infrastructures, and information/intelligence problems. Nuisance Abatement and Quality of Life - Applicants will focus on aggressive and strict enforcement of nuisance abatement and blight including, among other things, petty larceny, and criminal damage to property.   School Based Policing - Applicants will focus on deploying School Resource Officers (SRO) to protect elementary or secondary schools, expand crime prevention efforts, identify changes to reduce crime in and around schools, and other activities to increase school safety.

____


30. Problem/Focus Area

LE_CPStPSPCrack


30a. Describe the problem/focus area you have selected above (i.e. location, severity, type of crime [if applicable], impact of issue on community).  [Please limit your response to a maximum of 125 words.]

The CHP grant will assist SFPD in hiring additional officers which will improve the capacity of SFPD to address one of San Franciscans' most concerning crime problems – drug dealing/trafficking and open use of drugs. As in most major cities, drug dealing has existed for many decades in San Francisco, with the occasional open drug use, concentrated into two primary neighborhoods. That open drug use skyrocketed in the early 2020s along with the many individuals in the streets experiencing the effects, in particular of opioids. San Francisco has seen some improvement in some neighborhoods, while displacement has taken over other neighborhoods. Meanwhile, SFPD is understaffed by approximately 500 sworn personnel, making multi-site operations much more difficult.


30b. Please include the number of aggravated assaults with a firearm in your jurisdiction during the last calendar year (2024):

____

Please include the number of reported shootings in your jurisdiction during the last two years (2024 and 2023). 30c. Number of Reported Shootings (2024):

——

30d. Number of Reported Shootings (2023):

——

31. Which of the following information sources did you use to prioritize this problem/focus area as a problem/focus area to address through this award program (check all that apply):

Police department data (e.g. police reports, calls for service, crime data, citizen complaints)

Yes

Agency personnel (e.g. officer feedback, command staff priorities)

Yes

Other local non-law enforcement government agency data

Yes

Community based organizations (e.g. faith based, non-profits, social service providers)

Yes

Local businesses

Yes

Individual community members/community meetings

Yes

Community survey

Yes

Local government officials

Yes

None of the above

——

32. If awarded funds, my agency will improve our understanding of this problem/focus area by examining (check all that apply):

Routinely collected law enforcement data/information related to the problem (e.g. arrest, incident reports, calls for service)

Yes

The location and/or time aspects of the problem/focus area (e.g. mapping)

Yes

The conditions and environmental factors related to the problem/focus area

Yes

The strengths and limitations of current responses to the problem/focus area

Yes

Non-law enforcement data/information related to the problem/focus area (e.g. insurance crash data, other government agency data, census data, survey data)

Yes

Existing research and best practices related to the problem/focus area

Yes

Data/information from the community related to the problem/focus area (e.g. resident associations, business groups, non-profit community service organizations)

Yes

Information about offenders contributing to the problem/focus area (e.g. offender interview, arrest records)

Yes

Information about victims affected by the problem/focus area (e.g. crime reports, victim interviews)

Yes

Strengths and weaknesses of previous responses to the problem/focus area

Yes

None of the above

____

33. If awarded funds my agency will use the following information sources to assess our response to this problem/focus area to determine whether the response was implemented and achieved the desired outcomes (check all that apply):

Routinely collected law enforcement data/information related to the problem/focus area (e.g. arrests, incident reports, calls for service)

Yes

Data/information regarding whether the response was implemented as planned

Yes

Police data collected for this specific problem/focus area (e.g. problem-specific surveys, field interview contact cards)

Yes

Non-police data/information related to the problem/focus area(e.g. insurance crash data, other government agency data, census data, survey data)

Yes

Data/information from the community related to the problem/focus area (e.g. resident associations, business groups, non-profit community service organizations)

Yes

Information about offenders contributing to the problem/focus area (e.g. offender interview, arrest records, probation/parole data)

Information about victims and/or stake holders affected by the problem/focus area (e.g. crime reports, victim interviews)

Yes

None of the above

\_\_\_\_

34. To the best of your ability at this time, please select from the below list what your primary goals are in responding to your selected problem/focus area (select up to 3):

Reducing the number of incidents

Yes

Increasing public trust in your agency

\_\_\_\_

Reducing the seriousness of the incidents or the amount of harm

Yes

Reducing the number of victims and repeat victims

\_\_\_\_

Reducing the number of offenders and repeat offenders

Yes

Getting other agencies and stake holders to assume responsibility for the problem/focus area

\_\_\_\_

Improving the response to the problem/focus area (i.e. more comprehensive and coordinated way of dealing with the problem/focus area, providing better services to victims, or greater efficiency in dealing with the problem/focus area)

Yes

Improving citizen perceptions of the problem/focus area

\_\_\_\_

None of the above

\_\_\_\_

35. An important part of a comprehensive community policing strategy is the formation of partnerships, such as working with other public agencies, private organizations, or participation in regional law enforcement partnerships. If awarded funds, will your agency and the award funded officers (or an equivalent number of redeployed veteran officers) initiate or enhance a partnership with an external group/organization to develop responses to this problem/focus area?

Yes

35a. If yes, how many external groups/organizations will your agency initiate or enhance a partnership with to develop responses to this problem/focus area?

5

Name the most important external groups/organizations that your agency will initiate or enhance a partnership with to develop responses to this problem/focus area (maximum of three partners). Note: you may attach optional letters of this support from any or all of these prospective partners. You will be limited to listing no more than three partners per public safety problem/focus area. 36. Partner Name1:

San Francisco Department of Public Health

36a. For this partner, please indicate the statement that best characterizes this partner:

Local government agencies (non-law enforcement, e.g., probation/parole, parks and recreation, code enforcement)

37. Partner Name2:

San Francisco Human Services Agency

37a. For this partner, please indicate the statement that best characterizes this partner:

Local government agencies (non-law enforcement, e.g., probation/parole, parks and recreation, code enforcement)

38. Partner Name3:

San Francisco Fire Department - EMS

38a. For this partner, please indicate the statement that best characterizes this partner:

Local government agencies (non-law enforcement, e.g., probation/parole, parks and recreation, code enforcement)


Community Policing Strategy 2

Instructions for Proposed Community Policing Strategy: Organizational Transformation COPS Office awards must be used to initiate or enhance community policing activities. In this section you will be asked to identify the organizational change(s) that your agency plans to focus on through your requested COPS Office funding. Identifying the specific organizational change(s) that your agency plans to focus on is important to ensure that you satisfy the requirements for COPS Office funding under this program, and to ensure that ultimately the use of these funds will initiate or enhance your agency's capacity to implement community policing approaches. If awarded funds, will your agency initiate or enhance any of the following internal changes to personnel management? (Select no more than 2 internal changes to personnel management that will be addressed with these award funds.) 39. Flexibility in officer shift assignments to facilitate addressing specific problems.

true

39a. Please explain.

SFPD will not initiate this activity - it is already in place.

40. Assignment of officers to specific neighborhoods or areas for longer periods of time to enhance customer service and facilitate more contact between police and citizens.

true

40a. Please explain.

SFPD will not initiate this activity - it is already in place.

41. Recruitment and hiring practices that reflect an orientation towards problem solving and community engagement.

true

41a. Please explain.

SFPD will not initiate this activity - it is already in place.

42. In-service training for officers on basic and advanced community policing principles.

true

42a. Please explain.

SFPD will not initiate this activity - it is already in place.

43. Field training officer (FTO) programs that teach and test problem solving, community engagement, and critical thinking skills.

true

43a. Please explain.

SFPD will not initiate this activity - it is already in place.

44. Measure and include non-enforcement proactive community engagement efforts as part of officer performance evaluations.

true

44a. Please explain.

SFPD will not initiate this activity - it is already in place.

45. Early intervention systems that help identify officers who may be showing early signs of stress, personal problems, and questionable work conduct.

45a. Please explain.

SFPD will not initiate this activity - it is already in place.

46. Career development and/or promotional processes (i.e. sergeant exams) that reinforce problem solving and community engagement.

true

46a. Please explain.

SFPD will not initiate this activity - it is already in place.

47. Implement specific programs to improve the safety and wellness of personnel throughout your organization.

true

47a. Please explain.

SFPD will not initiate this activity - it is already in place.

48. None of the above.

true

49. If awarded funds, in addition to the internal changes proposed above, will your agency initiate or enhance screening and counseling programs to identify and prevent the radicalization of applicants and personnel who endorse violent and hateful extremist movements?

No

49a. If Yes, please explain.

——

If awarded funds, will your agency initiate or enhance any of the following internal changes to agency management? (Select up to 2 internal changes to agency management that will be addressed with these award funds.)

——

50. Agency strategic plan that outlines the goals and objectives around community policing and other departmental priorities.

true

50a. Please explain.

SFPD developed and published, in 2018-2022, in collaboration with San Francisco residents, businesses, service providers, activists, and other stakeholders, a community policing Strategic Plan and Community Policing Department Manual. These guiding documents provide clear guidance and specific and actionable steps for officers to take in engaging the community and conducting community problem solving. Using the CHP grant to increase personnel in the Department, SFPD will be able to realize the lofty goals and objectives set out in those documents.

51. Organizational performance measurement systems that include community policing metrics, and conduct annual assessments of agency performance.

false

51a. Please explain.

——

52. Technology systems that provide officers, analysts, and the community better and more timely access to data and information.

false

52a. Please explain.

——

53. Mediation strategies to resolve citizen complaints.

false

53a. Please explain.

——

54. Collection, analysis, and use of crime data and information in support of problem solving goals.

false

54a. Please explain.
____

55. Formal accreditation process.
false

55a. Please explain.
____

56. System to capture and track problem solving and partnership efforts and activities.
false

56a. Please explain.
____

57. An organizational assessment of community policing.
false

57a. Please explain.
____

58. None of the above.
true

59. Did your agency consult with any of the following groups/organizations on the development of this community policing strategy? (check all that apply)

Local government agencies (non-law enforcement, e.g. probation/parole, parks and recreation, code enforcement)
Yes

Community based organizations (e.g. faith based, community redevelopment groups, social service providers, resident associations)
Yes

Businesses operating in the community
Yes

Tribal law enforcement agencies (outside your jurisdiction)
____

Other Federal, state, or local law enforcement agencies
____

Multi-jurisdictional or regional task forces/partnerships
____

Local educational institutions (schools/colleges/universities)
____

Local government officials
____

Individual stakeholders residing, working or with an interest in the community and/or problem
Yes

None of the above
____

60. To what extent are there related governmental and/or community initiatives that complement your agency's proposed community policing strategy?

There are a significant number of related initiatives

61. To what extent is there community support in your jurisdiction for implementing the proposed community policing strategy?

High level of support

62. If awarded funds, to what extent will the community policing strategy impact the other components of the criminal justice system in your jurisdiction?

Potentially increased impact

Problem Area Narrative

63. Describe how your agency will use award funds to address the problem/focus area you selected. Describe your approach, including a long-term strategy and detailed implementation plan that reflects consultation with community groups and appropriate private and public agencies. Explain how the grant will be utilized to reorient your law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. [Please limit your response to a maximum of 500 words.]

Funds will be used to hire officers who will work patrol addressing the open use and trafficking of illegal drugs in San Francisco. This will enhance the San Francisco Police Department's (SFPD) ability to combat drug-related crime while centering its efforts around community policing principles.

Using the community policing efforts of coordinating law enforcement and other public agencies providing health, emergency medical response, cleanup, and other services, as well as collaborating with private community members, groups, and businesses, SFPD will work to reduce the harmful effects of drug activity and restore community well-being. This initiative builds on our community policing practices that emphasize proactive engagement, collaborative problem-solving, and accountability to the communities we serve.

Our approach is grounded in four interconnected pillars—prevention, harm reduction, treatment, and enforcement—and guided by community policing strategies designed to build trust, foster collaboration, and co-produce public safety. These strategies include:
1. Community Engagement: Officers will deepen relationships with residents, local businesses, and community-based organizations through town hall meetings, community forums, foot patrols, and one-on-one outreach. By actively listening to community concerns and incorporating them into operational strategies, SFPD ensures that interventions are both locally informed and broadly supported.
2. Partnerships: SFPD will work alongside public and private sector partners including health departments, social service agencies, nonprofit organizations, and harm reduction providers to address the root causes of drug use and associated criminal activity.
3. Training and Capacity Building: Personnel will receive training in crisis intervention and substance use awareness. Additional emphasis will be placed on cultural competence, language access, and conflict de-escalation, ensuring officers are prepared to serve diverse communities with empathy and effectiveness.
4. Data-Driven Policing: Using data and geographic analysis, SFPD will identify problem areas, deploy resources efficiently, and measure the impact of interventions. Crime data and performance metrics will be shared with the public to promote transparency and inform collaborative decision-making.
5. Public Awareness Campaigns: SFPD will complement enforcement with community outreach that educates the public on treatment, support services, and pathways to recovery. Messaging will also target those involved in drug sales to highlight the consequences of illegal activity and the department's commitment to long-term enforcement and accountability.

By prioritizing collaboration, transparency, and accountability, our effort has yielded positive results in neighborhoods hardest hit by the opioid crisis. However, to maintain progress and respond to emerging challenges, especially as drug activity shifts across the city, SFPD requires additional personnel to expand its efforts. At the core of this method are community desires to make changes and seek relief from the constant poor conditions and tragic results of opioid crisis. Residents consistently express a desire for clean, safe streets and coordinated solutions to drug-related harm. In listening to and involving community members in the decision-making process, community problem-solving and policing is in place in its purest form. By fulfilling commitments and addressing community concerns, SFPD builds trust and relationships.

Ending Deadly Sanctuary City Policies

Cooperation with Federal Immigration Officials Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

64a. My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.

_____

64b. My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.

_____

64c. None of the above.

Yes

## Data Collection

65. Does your agency collect data on the number of officer suicides in your agency?

Yes

65a. In the past 12 months, how many officer suicides have you recorded in your agency?

1

66. Does your agency have a suicide prevention training program?

Yes

67. Does your agency track officers that have been exposed to 'critical incidents' such as murder, suicide, and domestic violence?

No

68. Does your community experience high rates of youth suicide (For the purposes of this question, high is defined as 10 suicides per 100,000 residents aged 10-19)?

No

69. Using UCR crime definitions, does your agency regularly (i.e., daily, weekly, monthly, or quarterly) post crime data on a publicly accessible website?

Yes

69a. If yes, please provide the website address:

https://www.sanfranciscopolice.org & https://datasf.org/opendata/

## Duplication Of Funding

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application. 70. Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

No

70a. If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and

description of how this project differs from the application for COPS office funding.

——

71. Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

71a. If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.

——

Fiscal Health

72. All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 500 words.]

San Francisco has faced a slow recovery from the Pandemic, which has suppressed City revenue growth. SFPD's current personnel budget is dedicated to paying for existing personnel in the form of salaries or overtime. Due to staffing shortages, current officers are required to work an excessive amount of overtime. Overtime expenditures have skyrocketed from $23 million in FY18-19 to $100 million in FY23-24. In FY18-19, SFPD had not experienced any need to mandate overtime of officers to ensure that patrol shifts were staffed and SFPD met minimum staffing requirements. Unexpected absences were covered with on duty resources within a District Station or from other District Stations. Currently, one-third of overtime hours, or approximately 200,000 hours, goes to cover shifts at stations that lack sufficient personnel to meet minimum staffing requirements and to backfill shifts for officers who are unable to work their scheduled shifts.

Recruit officers are also paid during their tenure in the Police Academy. And, due to the City's sluggish economic recovery, the General Fund cannot absorb both the full amount of overtime costs needed to meet minimum community demands and the full amount of salaries to hire the number of officers needed to increase staffing to levels that don't require backfill. In other words, while SFPD has vacancies in numbers sufficient to hire enough personnel, savings from position vacancies are being redirected to cover overtime costs.

As a result, existing resources are being used to pay for overtime hours that only serve to meet baseline staffing needs, leaving no room to allocate funds for new personnel salaries. Hiring and paying new personnel would require funding both the officers currently on the job, who are working beyond their regular duties, and the officers who are in the Police Academy.

CHP funds will help alleviate the constant choice of hiring or meeting the community's demand for services. Increasing staffing levels will help relieve not only budgetary pressures, but also overtime need and staffing pressures. With high enough staffing levels, SFPD will realize the goal of dedicating at least 30% of officer time to proactive community policing activities. The CHP grant is essential to provide the necessary resources to begin to build the capacity to reach that goals and improve community trust and public safety in San Francisco.

Instructions: Enter your law enforcement agency's total operating budget for the current AND the previous fiscal year. Note, this is the operating budget that your locality sets aside specifically for law enforcement and does not include other city/county/state services. The operating budget generally includes salaries as well as operations. Please note: All figures must be rounded to the nearest whole dollar.  73. CURRENT FISCAL YEAR:

822835972

74. PREVIOUS FISCAL YEAR:

774911711

Instructions: The U.S. Census Bureau American Community Survey (ACS) provides multi-year poverty rate estimates for communities. Please go to the U.S. Census Bureau (https://data.census.gov) to determine the percentage of individuals in poverty in your jurisdiction. For jurisdictions not included in the census (e.g., schools, universities, transit, parks), please check the box for "Not Applicable." Please note: All figures must be rounded to the nearest whole percent. 75. Percentage of Individuals in Poverty

11

75a. Not Applicable

false

Instructions:  The Bureau of Labor Statistics' Local Area Unemployment Statistics (LAUS) program provides monthly estimates of unemployment for communities. Please go to the Bureau of Labor Statistics' LAUS website (http://www.bls.gov/lau/data.htm) to find detailed instructions for looking up your local area's unemployment rate. It may be necessary to select the nearest best match to your jurisdiction (for example, a city of fewer than 25,000 people may report their county level rate). For jurisdictions not included in the census (e.g., schools, universities, transit, parks), please check the box for "Not Applicable". Please note: All figures must be rounded to the nearest whole percent. 76. Percentage (%) unemployed for October 2024:

4

76a. Not Applicable

false

77. Since January 1, 2025, has your agency taken on additional law enforcement duties and responsibilities resulting from an agency merger or the disbanding of a neighboring law enforcement agency (which did not result in a new or supplemented funded contract to provide these law enforcement services)?

No

Instructions: If your agency has faced an unanticipated catastrophic event that had a significant impact on the delivery of law enforcement services or have experienced an unusually large increase in the number of homicides in the past year, please check the box below. Examples of unanticipated catastrophic events includes mass shootings, terrorist attacks, natural disasters, or other events leading to mass casualties that would not necessarily be reflected in the UCR/NIBRS crime statistics previously reported. Please note that if your jurisdiction is faced with an unanticipated catastrophic event (e.g., mass shooting, terrorist attack, other mass casualty event) after submission of this application, but before the application closing date, you should contact the COPS Office immediately at AskCOPSRC@usdoj.gov to update your application to include this information. 78. If your agency experienced a major disaster or catastrophic event in the time period from January 1, 2024 to present, check this box.

false

Please describe the major disaster or catastrophic event and include the following bulleted information. Description of event (including number of casualties) Type of event (major disaster, mass shooting, bombing, etc.) Impact of the event on delivery of law enforcement services Duration of the event (how long will law enforcement services be impacted by the event until recovery) Law enforcement response and recovery efforts 78a. Please specify (Please limit your response to a maximum of 125 words.)

____

Instructions: Using UCR crime definitions, enter the actual number of incidents reported to your agency in the previous two calendar years (2024 and 2023) for the following crime types. Note that only those incidents for which your agency had primary response authority should be provided. Please enter 0 (zero) to indicate no incidents in a particular year/type. Do not enter N/A if no incidents were reported -- enter 0 (zero). Do not enter N/A if data is not available – enter an estimate based on historical data. 79. Criminal Homicide (2024):

35

80. Criminal Homicide (2023):

51

81. Rape (2024):

249

82. Rape (2023):

254

83. Robbery (2024):

2153

84. Robbery (2023):

2751

85. Burglary (2024):

5162

86. Burglary (2023):

5708

87. Aggravated Assault (2024):

2339

88. Aggravated Assault (2023):

2494

89. Motor Vehicle Theft (2024):

5437

90. Motor Vehicle Theft (2023):

6749

91. Larceny (except motor vehicle theft) (2024):

21192

92. Larceny (except motor vehicle theft) (2023):

32560

Instructions: Agency Profile Questions (these questions are for information purposes only and will not be scored): 93. Does your agency have a wellness policy or program for officers?

Yes

93a. If yes, which groups does it cover: (check all that apply)

Sworn Officers/Deputies

Yes

Civilian Staff

Yes

Retired Officers/Deputies

‌‌‌‌

Retired Staff

‌‌‌‌

Correctional Officers/Staff

‌‌‌‌

Family Members/Significant Others

Yes

Other

‌‌‌‌

94. Does your agency report crime data to the National Incident-Based Reporting System (NIBRS)?

No

95. Does your agency utilize the National Integrated Ballistic Information Network (NIBIN)?

Yes

Continuation of Project

Instructions for the Continuation of Project after Federal Funding Ends: Applicants must plan to retain all sworn officer positions awarded under your COPS Office hiring award for a minimum of 12 months at the conclusion of 36 months of federal funding for each position. The retained COPS Office-funded positions should be added to your agency's law enforcement budget with state and/or local funds at the end of award funding, over and above the number of locally-funded sworn officer positions that would have existed in the absence of the award. These additional position(s) must be retained using state, local, or other nonfederal funding only. The retention period may begin during the five year period of performance of the award, and may extend beyond the end date of the award. You may not use funds awarded by other federal awards to cover the costs of retention. At the time of award application, applicants must affirm that they plan to retain the positions and identify the planned source(s) of retention funding. We understand that your agency's source(s) of retention funding may change during the life of the award. Your agency should maintain proper documentation of any changes in the event of an audit, monitoring or other evaluation of your award compliance. Please refer to the frequently asked questions on retention which can be found here https://cops.usdoj.gov/chp. Note: Agencies that do not plan to retain all the positions awarded under this award are ineligible to receive CHP funding. 96. Will your agency plan to retain any additional positions awarded under this award for a minimum of 12 months at the conclusion of federal funding for each position?

Yes

96a. Please identify the source(s) of funding that your agency plans to utilize to cover the costs of retention: (check all that apply)

General funds

Yes

Raise bond/tax issue

——

Private sources/donations

——

Nonfederal asset forfeiture funds (subject to approval from the state or local oversight agency)

——

Fundraising efforts

——

State, local, or other nonfederal award funding

——

Other

——

96b. If other, please provide a brief description of the source(s) of funding not to exceed 500 characters.

——

97. If your agency received CHP funding prior to October 1, 2021, please certify that your agency has, is, or will be retaining any CHP-funded officers for the required 12-month retention period.

Has or Is Retaining

Official Partner(s)

Instructions: An official "partner" under the award may be a governmental, private, school district, or other applicable entity that has established a legal, contractual, or other agreement with the applicant for the purpose of supporting and working together for mutual benefits of the award. Partner 1 98a. Title:

——

98b. First Name:

——

98c. Last Name:

——

98d. Name of Partner Agency (e.g., Smithville Community Center):

——

98e. Type of Partner Agency (e.g., School District):

——

98f. Street1:

——

98g. Street2:

——

98h. City:

98i. State:
——

98j. Zip/Postal Code:
——

98k. Phone:
——

98l. Email Address:
——

Partner 2 99a. Title:
——

99b. First Name:
——

99c. Last Name:
——

99d. Name of Partner Agency (e.g., Smithville Community Center):
——

99e. Type of Partner Agency (e.g., School District):
——

99f. Street1:
——

99g. Street2:
——

99h. City:
——

99i. State:
——

99j. Zip/Postal Code:
——

99k. Phone:
——

99l. Email Address:
——

Partner 3 100a. Title:
——

100b. First Name:
——

100c. Last Name:
——

100d. Name of Partner Agency (e.g., Smithville Community Center):

100e. Type of Partner Agency (e.g., School District):

‾‾‾

100f. Street1:

‾‾‾

100g. Street2:

‾‾‾

100h. City:

‾‾‾

100i. State:

‾‾‾

100j. Zip/Postal Code:

‾‾‾

100k. Phone:

‾‾‾

100l. Email Address:

‾‾‾


Criminal Intelligence

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. 101. Please check one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.


Certification of Review and Representation of Compliance

102. By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

103. By checking the box, the applicant indicates he or she provide a certification that: 1. the programs to be funded by the grant meet all the requirements of the COPS Office statute (34 U.S.C. &#167; 10381, et seq.) ; 2. all the information contained in the application is correct; and 3. the applicant will comply with all provisions of the COPS Office statute (34 U.S.C. &#167; 10381, et seq.) and all other applicable Federal laws.

true

104. By checking the box, the applicant indicates that he or she understands that the COPS Office may require your agency to review, confirm and/or update specific data items in the submitted application and failure to respond may eliminate the application from funding consideration.

true

Data Verification The COPS Office requires your agency to correct or verify identified data provided in the application. This certification is required upon resubmission. 104a. By checking the box, the applicant indicates that: 1. the applicant has reviewed, confirmed, and/or updated the specific data items identified by the COPS Office, and certifies that the information is true and accurate; 2. the application

updated the specific data items identified by the COPS Office, and certifies that the information is true and accurate; 2. the application submitter is authorized by the appropriate governing body to act on behalf of the applicant entity to make changes to this COPS Office application which will be considered for funding; 3. the applicant understands that the information provided in this application, including any amendments, shall be treated as material representations of facts upon which reliance will be placed when the Department of Justice determines whether to fund the covered award; 4. the applicant understands that the "Declaration and Certification to the U.S. Department of Justice as to this Application Submission" it signed at the time of the initial application submission is incorporated by reference into this certification and that by signing this certification, the applicant agrees to abide by all the terms of the Declaration and Certification; and 5. the applicant understands that false statements or claims made in connection with COPS Office programs may result in fines, imprisonment, debarment from participating in federal grants, cooperative agreements, or contracts, and/or any other remedy available by law to the federal government.

true

Electronic Signature

By checking the box, the applicant indicates that he or she understands that "clicking to agree" in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form are just as legally enforceable as physical signatures.

____

105. I understand.

true

**Proposal Narrative**

**Budget and Associated Documentation**

### Budget Summary

| Budget Category | Total Cost |
| --- | --- |
| Sworn Officer Positions: | $24,314,100.00 |
| Civilian or Non-Sworn Personnel: | $0.00 |
| Travel: | $0.00 |
| Equipment: | $0.00 |
| Supplies: | $0.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $0.00 |
| Other Costs: | $0.00 |
| Total Direct Costs: | $24,314,100.00 |
| Indirect Costs: | $0.00 |
| Total Project Costs: | $24,314,100.00 |
| Federal Funds: | $6,250,000.00 |
| Match Amount: | $18,064,100.00 |
| Program Income: | $0.00 |

**Local Match Details**

**Local Match Progression Table**

As part of the local match requirement for the COPS Hiring Program, grantees must assume a progressively larger share of the cost of the grant with local funds over the three-year grant period. This means that your local match must increase each year, while the federal share must decrease.

Please project in the chart below how your agency plans to assume a progressively larger share of the grant cost during each year of the program. The chart is only a projection of your plans. While your agency may deviate from these specific projects during the grant period, it must still ensure that the federal share decreases and the local share increases.

|  | Year 1 | Year 2 | Year 3 | Total | Total from Budget |
|---|---|---|---|---|---|
| Local Match | $1,650,367 | $8,112,936 | $8,300,796 | $18,064,100 | $18,064,100 |
| Federal Share | $6,250,000 | —— | —— | $6,250,000 | $6,250,000 |
| Total | $7,900,367.48 | $8,112,936.35 | $8,300,796.17 | $24,314,100 | $24,314,100 |

**Waiver of Local Match**

The COPS Office may waive some or all of a grantee's local match requirement based on severe fiscal distress. During the application review process, your agency's waiver request will be evaluated based on the availability of funding, a demonstration of sever fiscal distress as reflected through the fiscal health data provided in the application, and a comparison of your fiscal health data with that of the overall applicant pool.

No

**Budget / Financial Attachments**

**Additional Attachments**

No documents have been uploaded for Additional Attachments

## Budget and Associated Documentation

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA, AND TRAINING ACTIVITIES? —— 

**Base Salary and Fringe Benefits for Sworn Officer**

**Sworn Officer**

**Position**

| **Position Title** | **Position Description** |
|---|---|
| Sworn Officer | Entry level officer |

**Number of Positions**

50

⌄ **Salary per Officer**

| Salary | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
|  | $119,251.00 | $122,706.00 | $125,759.00 |

⌄ **Fringe Benefits per Officer**

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|

**Social Security**

| 6.2% | 6.20% | $7,393.56 | $7,607.77 | $7,797.06 |
|---|---|---|---|---|

**Medicare**

| 1.45% | 1.45% | $1,729.14 | $1,779.24 | $1,823.51 |
|-------|-------|-----------|-----------|-----------|

**Health Insurance**

| Fixed Amount | $9,836.00 | $9,836.00 | $9,836.00 |
|--------------|-----------|-----------|-----------|
|  | $9,836.00 | $9,836.00 | $9,836.00 |

**Life Insurance**

| Exempt | $0.00 | $0.00 | $0.00 |
|--------|-------|-------|-------|

**Vacation**

| Included in Salary? | Hours | | | |
|---------------------|-------|-------|-------|-------|
| No | —— | $0.00 | $0.00 | $0.00 |

**Sick Leave**

| Included in Salary? | Hours | | | |
|---------------------|-------|-------|-------|-------|
| No | —— | $0.00 | $0.00 | $0.00 |

**Retirement**

| Fixed Rate | $18,364.65 | $18,896.72 | $19,366.89 |
|------------|------------|------------|------------|
|  | 15.40% | 15.40% | 15.40% |

**Workers Compensation**

| Exempt | $0.00 | $0.00 | $0.00 |
|--------|-------|-------|-------|

**Unemployment Insurance**

| Exempt | $0.00 | $0.00 | $0.00 |
|--------|-------|-------|-------|

**Other Benefit**

|  | $1,433.00 | $1,433.00 | $1,433.00 |
|--|-----------|-----------|-----------|

Dental Insurance

Fixed Amount

|  | $1,433.00 | $1,433.00 | $1,433.00 |
|--|-----------|-----------|-----------|

**Other Benefit**

|  | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

None

**Other Benefit**

|  | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

None

**Summary Totals**

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Benefits per Officer | $38,756.35 | $39,552.73 | $40,256.46 |
| Salary per Officer | $119,251.0 | $122,706. | $125,759. |
| Total per Officer | 0 | 00 | 00 |
|  | $158,007.3 | $162,258.7 | $166,015.4 |

**Total per Officer All Years**

$486,282

**Total Salary and Benefits**

$24,314,100

**Personnel**

**Instructions**

List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

**Year 1**

**Year 1**
**Personnel Detail**

| Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Personnel Total Cost**

$0

**Additional Narrative**

## Fringe Benefits

### Instructions

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

**Year 1**

**Fringe Benefit Detail**

| Name | Base | Rate (%) | Total Cost |
|------|------|----------|------------|
| No items | | | |

**Fringe Benefits Total Cost**
$0

**Additional Narrative**

## Travel

### Instructions

Itemize travel expenses of staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence). In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; or if unknown, indicate "location to be determined." Indicate whether applicant's formal written travel policy or the Federal Travel Regulations are followed. Note: Travel expenses for consultants should be included in the "Consultant Travel" data fields under the "Subawards (Subgrants)/Procurement Contracts" category. For each Purpose Area applied for, the budget should include the estimated cost for travel and accommodations for two staff to attend two three-day long meetings, with one in Washington D.C. and one in their region, with the exception of Purpose Area 1, which should budget for one meeting in Washington D.C., and Purpose Areas 6 and 7, which should budget for 3 meetings within a 3 year period, with 2 in Washington D.C, and 1 within their region. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

**Travel Detail**

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|-------------------|----------|-----------------|-------|------|----------|------------|------------|------------|--------------------------|-----------------|
| No items | | | | | | | | | | |

**Travel Total Cost**
$0

## Equipment

### Instructions

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

#### Equipment Detail

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

#### Equipment Total Cost
$0

## Supply Items

### Instructions

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

#### Supply Item Detail

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

#### Supplies Total Cost
$0

## Construction

### Instructions

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

**Construction Detail**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Construction Total Cost**
$0

## Subawards

**Instructions**

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

**Year 1**

**Subaward (Subgrant) Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Subawards Total Cost**
$0
**Add Consultant Travel**
___

**Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.**

**Instructions**

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are

estimate of the cost. Indicate whether the applicant's formal, written "procurement" policy or the "Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Written prior approval and additional justification is required for consultant fees in excess of the DOJ grant-making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

Year 1

| ⌄ **Procurement Contract Detail** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Purpose** | **Consultant** | **Country** | **State/U.S. Territory** | **City** | **Total Cost** | **Non-Federal Contribution** | **Federal Request** |
| No items | | | | | | | | |

**Do you need Consultant Travel?**
No
**Procurement Cost**
    $0

## Other Direct Costs

### Instructions

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

Year 1

| **Other Cost Detail** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Quantity** | **Basis** | **Costs** | **Length of Time** | **Total Costs** | **Non-Federal Contribution** | **Federal Request** |
| No items | | | | | | | |

**Other Costs Total Cost**
    $0

## Indirect Costs

### Instructions

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a

current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a

rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

Year 1

### Indirect Cost Detail

| Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Indirect Costs Total Cost**
$0

**Additional Narrative**

## Memoranda of Understanding (MOUs) and Other Supportive Documents

### Memoranda of Understanding (MOUs) and Other Supportive Documents



The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

## Additional Application Components

### Letters of Support

No documents have been uploaded for Letters of Support

#### Additional Attachments

No documents have been uploaded for Additional Attachments

## Disclosures and Assurances

### No Lobbying Activities

**The applicant is not required to submit a lobbying disclosure under 31 U.S.C. 1352 for this application.**

No documents have been uploaded for Disclosure of Lobbying Activities

### DOJ Certified Standard Assurances

*

#### U.S. DEPARTMENT OF JUSTICE

#### CERTIFIED STANDARD ASSURANCES

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application--

     a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;
     b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and
     c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition--

     a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d; section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);
     b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;
     c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and
     d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological

and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance--

    a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United States; and

    b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

    a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

    b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge ⁎

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/25/25 7:04 PM

**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing**

U.S. DEPARTMENT OF JUSTICE

CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS; COORDINATION WITH AFFECTED AGENCIES

Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form. The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of      Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or      cooperative agreement;

(b) If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any      agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form - LLL, "Disclosure of      Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

(c) The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) funded with Federal award funds and shall ensure that any certifications      or lobbying disclosures required of recipients of such subgrants and procurement contracts (or their subcontractors) are made and filed in accordance with 31 U.S.C. § 1352.

2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals--

(a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

(b) has within a three-year period preceding this application been convicted of a felony criminal violation under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal offense in      connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or local) transaction or private agreement or transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery,      bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense indicating a lack of business

integrity or business       honesty that seriously and directly affects its (or its principals') present
responsibility;

(c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity
(Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of
this certification; and/or

(d) has within a three-year period preceding this application had one or more public transactions
(Federal, State, tribal, or local) terminated for cause or default.

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall
attach an explanation to this application. Where the Applicant or any of its principals was convicted,
within a three-year period preceding this application, of a felony criminal violation under any Federal
law, the Applicant also must disclose such felony criminal conviction in writing to the Department (for
OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at
OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov), unless such disclosure has
already been made.


3. FEDERAL TAXES


A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax
liability that has been assessed, for which all judicial and administrative remedies have been exhausted or
have lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority
responsible for collecting the tax liability, or (2) the corporation has provided written notice of such an
unpaid tax liability (or liabilities) to the Department (for OJP Applicants, to OJP at
Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants,
to COPS at AskCOPSRC@usdoj.gov).

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an
explanation to this application.


4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for
grantees, as defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

(a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing,
possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that
will be taken against employees for     violation of such prohibition;

(b) Establishing an on-going drug-free awareness program to inform employees about--

(1) The dangers of drug abuse in the workplace;
(2) The Applicant's policy of maintaining a drug-free workplace;
(3) Any available drug counseling, rehabilitation, and employee assistance programs; and
(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the
workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the award be given a
copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment
under the award, the employee will--

(1) Abide by the terms of the statement; and
(2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug
statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under
subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of
convicted employees must provide notice,     including position title of any such convicted employee to the
Department, as follows:

Department, as follows:

For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

Notice shall include the identification number(s) of each affected award;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

5.  COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award.  Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge ★

Certified

**SignerID**

(b) (6)

**Signing Date / Time**

6/25/25 7:05 PM

**Other Disclosures and Assurances**

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

By [taking this action], I --

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant: (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge ⭐

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/25/25 7:06 PM

**Other**

No documents have been uploaded for Other

Certified

Case 3:25-cv-09277-JD    Document 33-8    Grant Package    Filed 12/02/25    Page 44 of 44