# Exhibit I

**Standard Applicant Information**

**Project Information**

| Project Title | Proposed Project Start Date | Proposed Project End Date |
|---|---|---|
| Promoting Blue Resilience: Strengthening Mental Health Training and Support in Law Enforcement | 10/1/25 | 9/30/27 |

**Applicant Estimated Funding (Non-Federal Share)**

0.0

**Program Income Estimated Funding**

0.0

**Federal Estimated Funding (Federal Share)**

200000.0

**Total Estimated Funding**

200000.0

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

**Type Of Applicant**

**Type of Applicant 1: Select Applicant Type:**

B: County Government

**Type of Applicant 2: Select Applicant Type:**

——

**Type of Applicant 3: Select Applicant Type:**

——

**Other (specify):**

——

**Application Submitter Contact Information**

**Application POC Prefix Name**

Mr.

| Application POC First Name | Application POC Middle Name | Application POC Last Name |
|---|---|---|
| (b) (6) | —— | (b) (6) |

**Application POC Suffix Name**

——

| Organizational Affiliation | Title | Email ID |
|---|---|---|
| County of Santa Clara Office of the Sheriff | Program Manager | (b) (6) |

**Phone Number**

408-808-4903

**Fax Number**

——

**ORINumber**

——

**Executive Order and Delinquent Debt Information**

Is Application Subject to Review by State Under Executive Order 12372? ⭐

c. Program is not covered by E.O. 12372.

---

**Is the Applicant Delinquent on Federal Debt?**

No

**SF424 Attachments  (3)**

| Name | Date Added |
|------|------------|
| manifest.txt | 5/28/25 |
| Form SF424_4_0-V4.0.pdf | 5/28/25 |
| GrantApplication.xml | 5/28/25 |

**Authorized Representative**

| **Law Enforcement Executive Information** | **Government Executive Information** |
|---|---|
| **Title** | **Title** |
| Sheriff | County Executive |
| **Prefix Name** | **Prefix Name** |
| —— | Mr. |
| **First Name   Middle Name   Last Name** | **First Name   Middle Name   Last Name** |
| Robert       ——        Jonsen | James       ——        Williams |
| **Suffix Name** | **Suffix Name** |
| —— | —— |

**Verify Legal Name, Doing Business As, and Legal Address**

| Legal Name | Doing Business As |
|---|---|

**COUNTY OF SANTA CLARA**

| DUNS | UEI |
|---|---|
| 155922172 | JNECJW88ML98 |

**Legal Address**
**Street 1**
55 W YOUNGER AVE
**Street 2**

| City | State | Zip/Postal Code |
|---|---|---|
| SAN JOSE | CA | 95110 |

| CongressionalDistrict | Country |
|---|---|
| 18 | USA |

**Certification**

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.

1. If this information is correct confirm/acknowledge to continue with completion of this application.

    **I confirm this is the correct entity.**

       **Signer Name**
       <span style="color:red">(b) (6)</span>

       **Certification Date / Time**
       06/24/2025 03:54 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
   a. Contact your Entity Administrator.
   b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.

3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.

**Proposal Abstract**   *

**A Mission that Promotes Blue Resilience**

The Santa Clara County Sheriff's Office is committed to building a resilient, mission-ready workforce through a comprehensive wellness strategy that supports both fitness for duty and long-term quality of life. Law enforcement professionals experience elevated rates of depression, PTSD, substance use, and suicide compared to the general population. National data from the Ruderman Foundation and Blue H.E.L.P. reports that officer suicides consistently outpace line-of-duty deaths, while surveys show that up to 35% of officers exhibit symptoms of PTSD. Compared to other law enforcement agencies, data from Concern show Sheriff's Office staff underutilize available county mental health services, suggesting a need for culturally tailored, trust-based interventions.

To meet these needs, the Office proposes a three-part expansion of its current wellness program:

### 1. Chaplaincy Program

We will contract a part-time law enforcement chaplain (20 hours/week for 2 years) to offer emotional, moral, and spiritual support to deputies, professional staff, and their families. Chaplains will provide confidential counseling, referrals, critical incident response, and non-denominational spiritual care. We will also recruit and coordinate a team of volunteer chaplains to cover patrol and custodial divisions. The program will establish weekly office hours, host "Coffee with the Chaplain" sessions, and support ceremonial and community events.

**Expected Outcomes:** Increase in staff-reported access to trusted support resources, enhanced engagement in post-critical incident support, and establishment of a standing chaplain presence in all divisions.

### 2. Courageous Heart Training

Developed by the Compassion Institute in partnership with Stanford Medicine's Department of Psychiatry and Behavioral Sciences, Courageous Heart is an evidence-based training that strengthens compassion, emotional regulation, and resilience. Over the grant period, we will deliver six training sessions to high-risk Sheriff's Office personnel—including those in SWAT, sex crimes, jail mental health, and pre-retirement—as well as key stakeholders from the District Attorney and Probation departments.

**Expected Outcomes:** At least 120 personnel trained, pre/post evaluations showing increased self-awareness, improved emotional regulation, and greater openness to seeking support, and stronger cross-agency wellness alignment.

### 3. 30-Minute Wellness Check Pilot Program

We will pilot a voluntary wellness check program for sworn staff, conducted by 2–3 licensed therapists with experience in first responder mental health. These 30-minute confidential check-ins will be conducted on-site or virtually using HIPAA-compliant platforms. The program will begin with executive staff (Phase 1) and expand to high-risk and volunteer staff (Phase 2). Participation data will be de-identified and aggregated to protect privacy while informing future program development.

**Expected Outcomes:** 150–200 personnel receiving wellness checks, increased EAP referrals and early interventions, and creation of a sustainable model for a mandatory wellness check program in future budget cycles.

Together, these integrated strategies aim to reduce mental health stigma, increase access to timely and culturally competent care, and strengthen individual and organizational resilience across the agency. By investing in the well-being of our personnel, the Santa Clara County Sheriff's Office ensures that our staff can continue to serve our diverse community with strength, integrity, and compassion.

#### Data Requested with Application ⭐

##### ⌄ FY25 LEMHWA Grants Elig

Applicant Eligibility

Type of Agency (select one)
Law Enforcement

From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities
Sheriff

Are you a state or local governmental entity applying for this funding opportunity?
Yes

If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official. For additional information, please see the appendices in the FY25 Resource Guide for CPA Programs.
Yes

A law enforcement agency is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget. Based on this definition, is your agency established and currently operational?
Yes

An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only respond to or investigate specific type(s) of

crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support, or only some combination of these. Based on this definition, does

your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services?]

Yes

Did your agency receive LEMHWA funding in 2023?

No

Did your agency receive LEMHWA funding in 2024?

No

## ⌄ FY25 LEMHWA Grants App Quest

### Agency Demographics

Please indicate if your jurisdiction is primarily considered rural, urban, or suburban.

Suburban

Please indicate the size of your agency

Large Agency: More thank 200 full-time sworn officers

Instructions: Number of actual sworn officers employed by your agency as of the date of this application. The actual number of sworn officer positions is the actual number of sworn positions employed by your agency as of the date of this application. Do not include funded but currently vacant positions or unpaid positions.

——

Part-Time:

0

Full-Time:

1324

Instructions: Number of budgeted civilian positions employed by your agency as of the date of this application.

——

Part-Time:

0

Full-Time:

478

### Agency Need and Current Funding

All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 1,000 characters.]

Due to budgetary constraints and limited local funding, our agency cannot support the expansion of the Chaplaincy Program, the Courageous Heart Program, or wellness checks. Local and state resources have been redirected to other community priorities like education, infrastructure, and public health. Political pressures and public opinion have deprioritized law enforcement wellness initiatives, especially those without immediate, measurable outcomes. Internally, we must balance core operational needs such as training, equipment, and technology against more aspirational needs like wellness. A current downturn in the economy and rising service demands further stretch our capacity. Federal funding is essential to launch and sustain these programs, which support officer well-being and community trust and safety.

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as

inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has

a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application.

‒‒‒‒

Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and description of how this project differs from the application for COPS office funding.

‒‒‒‒

Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.

‒‒‒‒


Agency Mental Health Related Data Collection

Does your agency collect data on the number of officer suicides in your agency?

Yes

In the past 12 months, how many officer suicides have you recorded in your agency?

0

Does your agency have a suicide prevention training program?

Yes

Does your agency track officers that have been exposed to 'critical incidents' such as murder, suicide, and domestic violence?

Yes


Current Efforts and Proposed LEMHWA Program

LEMHWA awards must be used to support state, local, tribal, or territorial law enforcement agencies seeking to implement new or enhance existing programs that offer training and services on officer emotional and mental health, peer mentoring, suicide prevention, stress reduction, and support services for officers and their families Proposed projects may serve one agency, a consortium of agencies, or personnel from agencies located within a county or state. In this section you will be asked a series of questions on your proposed LEMHWA program and how it will initiate or enhance your agency's capacity to implement mental health and wellness programming.

‒‒‒‒

CURRENT EFFORTS Existing Mental Health and Wellness Polices and Procedures Please select the existing mental health and wellness related policies and procedures currently employed by your agency. Select all that apply.    Early Intervention Systems

Yes

Routine Mental Health Screenings

No

Mandated Critical Incident De-briefings

Yes

Post-Incident Psychological Evaluations

No

Mandated Rest Periods

No

Flexible Shifts and Post-Trauma Leave Options

No

Trauma-Informed Leadership

Yes

Suicide Prevention Policies

No

Support for Substance Use Disorders

No

Existing Mental Health and Wellness Programming Please select the existing mental health and wellness programming your agency currently provides. Select all that apply Employee Assistance Programs

Yes

Counseling/Clinical Services (does not include sports psychologists or life coaches)

Yes

Peer Support Services/Training

Yes

Non-Clinical Therapeutic Programming (services in partnership with a mental health professional)

Yes

Suicide Prevention Services/Training

Yes

Stress Management and Resilience Services/Training

Yes

Chaplaincy/Spiritual Services/Support

Yes

Critical Incident Stress Management (CISM) Teams/ Training

Yes

Family Support Services/Training

No

Trauma-Informed Leadership Training

Yes

Financial Literacy Services/Training

Yes

Retirement Readiness Services

No

Dietician/Nutrition Services

Yes

Yoga/Mindfulness Instruction

Yoga/Mindfulness Instruction

Yes

Mental Health Technology and Software

Yes

PROPOSED LEMHWA PROGRAM PROGRAM FOCUS LEMHWA funding must be used for new programming or to expand on existing mental health and wellness efforts. From the list below, please select the specific activities or services that your agency would implement or provide if awarded funding. Please choose the option that best fits the purpose of your project. You may select more than one focus area to address through this award funding. Selection(s) below must be detailed in the program focus section of the "Proposed LEMHWA Program - Additional Details" application component below, and included in your program budget as validation for your selection(s). Failure to do so will negatively impact the final score of your application. Employee Assistance Programs

Yes

Peer Support Services/Training

Yes

Counseling/Clinical Services (does not include sports psychologists or life coaches)

Yes

Non-Clinical Therapeutic Programming (services must be provided by a mental health professional)

Yes

Suicide Prevention Services/Training

Yes

Stress Management and Resilience Services/Training

Yes

Chaplaincy/Spiritual Services/Support

Yes

Critical Incident Stress Management (CISM) Teams/ Training

Yes

Family Support Services/Training

Yes

Trauma-Informed Leadership Training

Yes

Financial Literacy Services/Training

No

Retirement Readiness Services

Yes

Dietician/Nutrition Services

No

Yoga/Mindfulness Instruction

Yes

Mental Health Technology and Software

No

PROGRAM IMPACT Please indicate which of the following components will be included to increase the reach and impact of your proposed LEMHWA program. Please check all that apply. Selection(s) below must be detailed in the program impact section of the "Proposed LEMHWA Program - Additional Details" application component, and included in your program budget (when applicable) as validation for your selection(s). Failure to do so will negatively impact the final score of your application. Multi-Jurisdictional Partnerships – projects that incorporate multiple agencies and/or include regional partnerships to increase services and coordination to provide services to other agencies in the field.

Yes

Sworn and Non-Sworn Services- projects that offers both sworn and non-sworn mental health and wellness programming

Yes

Family Support Services- projects that offers mental health wellness programming for families of sworn and non-sworn personnel.

Yes

Participant Confidentiality- projects that includes appropriate steps to ensure confidentiality of participants and service recipients

Yes

Leadership Support for Project– projects that demonstrate leadership support to increase reach and impact of program

Yes

Evaluation Plan- projects that identifies specific program outcomes and includes a plan to track or measure the success of the program.

Yes

Please answer the following questions regarding community support, impact on the jurisdiction, public safety need, and community policing and engagement efforts of your proposed initiative. Explain how the proposed activities address a specific public safety need. (max 125 words)

Law enforcement personnel face increasing mental health challenges due to chronic stress, trauma, and the demands of the profession. To support ongoing wellness, the Sheriff's Office seeks to expand its wellness program with three key programs: a Chaplaincy Program to provide confidential, faith- and values-based support, the Courageous Hearts Program to build emotional resilience and compassion training, and 30-minute wellness checks utilizing culturally competent therapists from our current EAP (Concern) to promote early intervention and normalize seeking help. These preventative strategies strengthen emotional well-being, improve morale, and help retain and recruit a resilient, mission-ready workforce.

Explain how the proposed activities will be utilized to reorient any affected law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. (max 125 words)

The Santa Clara County Sheriff's Office is dedicated to the principles of community policing through innovative, community-focused services grounded in the core values of integrity and respect. To uphold these principles and support our team, we are expanding wellness initiatives that strengthen both personal and professional growth. Our Chaplaincy Program offers confidential, faith-based support to personnel, their families, and community members. The Courageous Hearts Program builds emotional resilience and compassion enabling personnel to meet public safety challenges with compassion. Culturally competent therapists provide promote mental and emotional well-being, enhance morale, and ensure our staff are fit to protect lives and property with respect and integrity. Together these three programs establish a culture where emotional intelligence and shared humanity an integral to all community interactions.

To what extent is there community support in your jurisdiction for implementing the proposed community policing strategy?

Moderate level of support

If awarded funds, to what extent will the community policing strategy impact the other components of the criminal justice system in your jurisdiction?

Potentially increased impact

PROGRAM IMPLEMENTATION Partnerships An important part of a comprehensive mental health and wellness strategy is the formation of partnerships, such as working with community groups, public agencies, private organizations, or participation in regional law enforcement partnerships. Please answer the questions below about partnerships that will be implemented or enhanced for your proposed program.
____

Identify any current governmental, community or agency initiatives that complement or will be coordinated with the proposed activities. (max 125 words words)

The Santa Clara County Sheriff's Office Chaplaincy Program is currently led by a volunteer chaplain. This grant will allow us to expand these essential services and support our existing peer support team. The agency currently provides limited Courageous Heart training. Funding will support expansion of this training to reach more Sheriff's Office staff and expand the program to key personnel in the county District Attorney and Probation departments. The Sheriff's Office currently offers Concern, an EAP program specific for first responders. The current usage rate is low compared to other law enforcement agencies in our area. To promote early intervention and normalize seeking help, 30-minute wellness checks will introduce therapy in a more informal context.

Identify any key community or other stakeholder partnerships (community groups, private and/or public agencies) that will play a role in the implementation of the proposed activities. (max 125 words)

Our proposed activities will be anchored in strong partnerships with community organizations and trusted providers. The Chaplaincy Program will grow through collaboration with local interfaith leaders who reflect the cultural and spiritual diversity of those we serve. We will also continue and expand our partnership with the Compassion Institute, which works directly with Stanford Medicine's Department of Psychiatry and Behavioral Sciences, to deliver the Courageous Heart Training. This evidence-based program fosters deeper connection and understanding, even in the face of conflict, by strengthening awareness of our shared humanity. In addition, we will collaborate with local

Grant Package

understanding, even in the face of conflict, by strengthening awareness of our shared humanity. In addition, we will collaborate with local licensed therapists and mental health organizations that specialize in culturally responsive, trauma-informed care to offer 30-minute wellness checks. These partnerships are critical to ensuring effective outreach, high-quality service delivery, and programs that are accessible, inclusive, and deeply responsive to community needs.

Describe the strategy to consult with any community groups and appropriate private and public agencies in the implementation of the proposed activities. (max 125 words)

To guide the expansion of our Chaplaincy Program, we will actively consult with local interfaith councils, faith-based organizations, and community leaders through regular meetings. These partners will help us identify spiritual care needs, ensure cultural and religious inclusivity, and shape service delivery that resonates with the diverse populations we serve. We will also engage public health agencies and hospitals to align our efforts with broader wellness initiatives and coordinate referrals. This collaborative approach ensures the program remains responsive, community-informed, and effectively integrated into existing support networks.

Name the most important external groups/organizations that your agency will initiate or enhance a partnership to support your proposed program (maximum of three partners). Note: you may attach optional letters of this support from any or all of these prospective partners. You will be limited to listing no more than three partners.

_____

Partner Name1:

(b) (6)

For this partner, please indicate the statement that best characterizes this partner:

Community based organizations (e.g., faith based, community redevelopment groups, social service providers, resident associations)

Partner Name2:

Concern

For this partner, please indicate the statement that best characterizes this partner:

Businesses operating in the community

Partner Name3:

Compassion Institute (Courageous Heart Program)

For this partner, please indicate the statement that best characterizes this partner:

Community based organizations (e.g., faith based, community redevelopment groups, social service providers, resident associations)

Marketing From the list below, please select the marketing strategies you plan to implement to raise awareness of your proposed program. Please select all that apply.

_____

Internal Communication (i.e. poster, flyers, email newsletters)

Yes

External Promotion for Families (i.e. use of social media channels to promote available family services)

Yes

Leadership Promotion and Peer Advocacy (i.e. senior leadership "importance of mental health and wellness" discussion with rank and file, Peer or Wellness champions, share officers' success stories who've benefited from wellness initiatives)

Yes

Use of Technology and Apps (i.e. marketing through wellness and resource apps, promotion through informational webinars)

Yes

Wellness Stations or Centers (i.e. dedicated wellness spaces or wellness hours for staff)

Yes

Confidentiality and Anonymity Emphasis (stress confidentiality of programming, advertisement of anonymous mental health resources like hotlines, apps and virtual counseling sessions)

Yes

Agency Incentives and Camaraderie Challenges (i.e. earn rewards and create comraderie through agency and unity wellness challenges)

Yes

PROGRAM SUSTAINABILITY Instructions: The questions in this section will be used to determine how your agency plans to continue the program or activity after the conclusion of federal funding.

____

Does your agency or organization plan to obtain necessary support and continue the program, project, or activity following the conclusion of federal support?

Yes

Please identify the source(s) of funding that your agency plans to utilize to continue the program, project, or activity following the conclusion of federal support: General funds

Yes

Issue bonds or raise taxes

No

Private sources and donations

Yes

Non-federal asset forfeiture funds (subject to approval from the state or local oversight agency)

Yes

State, local, or other non-federal grant funding

Yes

Fundraising efforts

Yes

Other

Yes

If "other" is selected in the above question, please provide a brief description of the source(s) of funding.

Redistribution of funding from other wellness programs and resources

Proposed LEMHWA Program - Additional Details

PROGRAM FOCUS Please describe the specific activities or services that your agency would implement or provide if awarded LEMHWA funding. (max 125 words)

The Santa Clara County Sheriff's Office will greatly enhance its wellness program by expanding the Chaplaincy Program, offering Courageous Heart training, and providing 30-minute Wellness Checks. A full-time chaplain will serve staff, their families, and the community while recruiting POST-trained volunteer chaplains. Courageous Heart training will target higher-risk personnel including those nearing retirement, working in sex crimes, critical incidents, SWAT, and jail mental health units. The training will also be offered to interested staff and key District Attorney and Probation personnel. Two culturally competent therapists will provide anonymous, 30-minute wellness checks, both onsite and virtually. These services will be available to all agency personnel, with outreach focused on administrators and high-risk staff.

PROGRAM IMPACT Please describe your program deliverable(s) and what outcomes your agency expects to accomplish with this funding and how will the project team track or measure them? The information you collect should demonstrate the viability of the project and the need for continued funding (e.g., internal survey(s) of work-related stress, job satisfaction, etc., community survey(s) of topics such as trust in or satisfaction with the agency, change in rates of use of force, number of people using services, or other–please describe). (max 125 words)

A part-time chaplain will be hired to work with our peer support team, provide chaplaincy services to Sheriff's Office personnel, their families, and community members, and recruit 5 or more POST-trained volunteer chaplains. The Courageous Heart Program will be provided to 550 Sheriff Office personnel and key District Attorney and Probation personnel. 300 Sheriff Office personnel will complete a 30-minute wellness check with a culturally competent therapist. Outcomes for programs will be measured through anonymous pre- and post-program surveys and questionnaires, recruitment and retention, stress related injuries, EAP usage, number of chaplaincy and wellness checks provided, and the number of volunteer chaplains recruited.

PROGRAM IMPLEMENTATION Please describe the overall management and implementation plan for the project. This should include the key team members from your agency and any community or stakeholder partnerships (community groups, private or public agencies) who will support this project. Applicant must detail the capacity of the agency and partners who will carry out the proposed activities. Please describe how the agency will ensure appropriate confidentiality for participants and service recipients. Where applicable, please provide evidence that

providers are appropriately licensed or certified; and that clinicians are certified mental health providers. Applicant should include résumés or vitae for key program staff and any contracted clinicians and/or mental health providers. Please Note: A timeline of project deliverables,

activities and who will complete the activities, and milestones will need to be uploaded in the "Additional Application Components" section. (max 125 words)

The Sheriff's Office Health and Wellness Coordinator, **(b) (6)**          , and Peer Support Coordinator, **(b) (6)**          , will manage and monitor all program activities. **(b) (6)**          will be hired to provide chaplaincy services, work with the peer support team and community groups, and recruit POST-trained volunteer chaplains. **(b) (6)**          will collaborate with **(b) (6)**          (Executive Director) and **(b) (6)**          (Program Director) of the Compassion Institute, as well as leaders from the Sheriff's Office, District Attorney's Office, and Probation Department, to schedule and implement the Courageous Heart Program. **(b) (6)**  will also coordinate with our EAP program's (Concern) licensed therapists **(b) (6)**          , LMFT, and **(b) (6)**          , LMFT, to promote and schedule voluntary, anonymous 30-minute wellness checks. Sessions will be offered onsite and virtually through a HIPAA-compliant portal, with confidential scheduling via an online calendar.

PROGRAM SUSTAINABILITY Please describe how your proposed LEMHWA program will be sustained once the award ends. (max 125 words)

Our objective is to demonstrate the value of three key wellness initiatives: 30-minute wellness checks, the Courageous Heart resiliency and compassion training, and the Sheriff's Office Chaplaincy Program. Our long-term goal is to integrate these programs into the department's operating budget. We plan to achieve this through the following strategies:
1. Expand our existing Employee Assistance Program (EAP) contract with Concern to include the 30-minute wellness checks.
2. Partner with the Compassion Institute, a nonprofit, to seek ongoing grant funding for the Courageous Heart Program and or redirect funding from another funded wellness program or resource.
3. Establish a contract with **(b) (6)**          , funded through the general fund or "extra help" staffing resources.


Cooperation with Federal Immigration Officials

Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A  law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.

____

My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.

____

None of the above.

Yes


CPA Information

Youth-Centered Project Instructions: For the purposes of this solicitation, please select "yes" if a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age. NOTE: A special award condition will apply to all youth-centered awards. This condition will require recipients and subrecipients to make determinations of suitability before certain covered individuals interact with participating minors under the age of 18 years old in the course of activities funded under the award.

____

Could any activities under your project involve interactions with minors under the age of 18 years?

No

Instructions: The COPS Office defines training as the teaching and learning activities carried out for the primary purpose of helping members of an organization other than your own acquire and apply the knowledge, skills, abilities, and attitudes needed by a particular job or organization. Training is driven by specific goals and objectives; it is not a single event but rather an ongoing process that requires continuous self-reflection and evaluation. Guides, webinars, articles, conference presentations, toolkits, podcasts, videos, blogs, and news feeds (to provide a few examples) can serve as support material in trainings or as standalone materials to increase knowledge, but on their own they are not defined as training by the COPS Office. Please select "yes" if any part of your project fits within the definition of training or "no" if no portion of your project fits within the definition of training.

____

Could any portion of your project be considered training?

Yes

Executive and Contact Information

Please select your U.S. Attorney's District Office from the below drop-down options.

California, Northern

Please provide the name and contact information for the highest-ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest-ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g., executive director, chief executive officer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.  Title:

Sheriff

First name:

(b) (6)

Last name:

(b) (6)

Phone:

4088084914

Email address:

(b) (6)

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Instructions for Government Agencies: For law enforcement agencies, this is the highest-ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent). Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.  Title:

Mr.

First name:

(b) (6)

Last name:

(b) (6)

Phone:

4082995102

Email address:

(b) (6)

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information. Title:

Mr.

First name:

(b) (6)

Last name:

(b) (6)

Phone:

4084979678

Email address:

(b) (6)

Certifications and Acknowledgement of Electronic Signatures

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. Please review the FY25 Resource Guide for CPA Programs. Please check one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.

Certification of Review and Representation of Compliance: By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

Acknowledgement of Electronic Signatures: By checking the box, the applicant indicates that he or she understands that the use of typed names in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form, constitute electronic signatures and that the electronic signatures are the legal equivalent of handwritten signatures.

true

## Proposal Narrative

## Budget and Associated Documentation

### Budget Summary

| Budget Category | Total Cost |
|---|---|
| Sworn Officer Positions: | $0.00 |
| Civilian or Non-Sworn Personnel: | $100,000.00 |
| Travel: | $0.00 |
| Equipment: | $0.00 |
| Supplies: | $0.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $0.00 |
| Other Costs: | $100,000.00 |
| Total Direct Costs: | $200,000.00 |
| Indirect Costs: | $0.00 |
| Total Project Costs: | $200,000.00 |
| Federal Funds: | $200,000.00 |
| Match Amount: | $0.00 |
| Program Income: | $0.00 |

**Budget / Financial Attachments**

**Non-competitive Justification**

No documents have been uploaded for Non-Competitive Justification

**Indirect Cost Rate Agreement**

No documents have been uploaded for Indirect Cost Rate Agreement

**Consultant Rate Justification**

No documents have been uploaded for Consultant Rate Justification

**Additional Attachments**



| **Name** | **Category** | **Created by** | **Date Added** |
|---|---|---|---|
| Proposed Budget.docx | Budget Narrative | (b) (6) | 06/16/2025 |

## Budget and Associated Documentation

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA, _____
AND TRAINING ACTIVITIES?

**Base Salary and Fringe Benefits for Sworn Officer**

—

**Position**

**Position Title**          **Position Description**

——                           ——

**Number of Positions**

——

⌄ **Salary per Officer**

Salary                        Year 1          Year 2          Year 3

——                            ——              ——

⌄ **Fringe Benefits per Officer**

                              Year 1          Year 2          Year 3

**Social Security**

——            ——        ——              ——              ——

**Medicare**
_____    _____    _____       _____       _____

**Health Insurance**
_____             _____       _____       _____

**Life Insurance**
_____             _____       _____       _____

**Vacation**
**Included in Salary?**   **Hours**   _____       _____       _____
_____    _____

**Sick Leave**
**Included in Salary?**   **Hours**   _____       _____       _____
_____    _____

**Retirement**
_____             _____       _____       _____

**Workers Compensation**
_____             _____       _____       _____

**Unemployment Insurance**
_____             _____       _____       _____

**Other Benefit**
               _____       _____       _____
_____
_____

**Other Benefit**
               _____       _____       _____
_____
_____

**Other Benefit**

\_\_\_\_                           \_\_\_\_              \_\_\_\_              \_\_\_\_

\_\_\_\_

\_\_\_\_

**Summary Totals**

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Benefits per Officer | $0.00 | $0.00 | $0.00 |
| Salary per Officer | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
| Total per Officer | $0.00 | $0.00 | $0.00 |

**Total per Officer All Years**

$0

**Total Salary and Benefits**

$0

## Personnel

### Instructions

List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

Year 1

**Year 1**
**Personnel Detail**

| Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Personnel Total Cost**

$0

**Additional Narrative**

## Fringe Benefits

### Instructions

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

Year 1

**Fringe Benefit Detail**

| Name | Base | Rate (%) | Total Cost |
|------|------|----------|------------|

No items

**Fringe Benefits Total Cost**
$0

**Additional Narrative**

**Travel**

**Instructions**

Itemize travel expenses of staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence). In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; or if unknown, indicate "location to be determined." Indicate whether applicant's formal written travel policy or the Federal Travel Regulations are followed. Note: Travel expenses for consultants should be included in the "Consultant Travel" data fields under the "Subawards (Subgrants)/Procurement Contracts" category. For each Purpose Area applied for, the budget should include the estimated cost for travel and accommodations for two staff to attend two three-day long meetings, with one in Washington D.C. and one in their region, with the exception of Purpose Area 1, which should budget for one meeting in Washington D.C., and Purpose Areas 6 and 7, which should budget for 3 meetings within a 3 year period, with 2 in Washington D.C, and 1 within their region. All requested information must be included in the budget detail worksheet and budget narrative.

Year 1

**Travel Detail**

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|-------------------|----------|-----------------|-------|------|----------|-----------|-----------|------------|--------------------------|-----------------|

No items

**Travel Total Cost**
$0

## Equipment

**Instructions**

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

**Equipment Detail**

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Equipment Total Cost**
$0

## Supply Items

**Instructions**

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

**Supply Item Detail**

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Supplies Total Cost**
$0

## Construction

**Instructions**

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

**Construction Detail**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Construction Total Cost**

$0

---

## Subawards

**Instructions**

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

**Year 1**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Subawards Total Cost**

$0

**Add Consultant Travel**

____

---

**Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.**

**Instructions**

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are

encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Written prior approval and additional justification is required for consultant fees in excess of the DOJ grant-making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

---

⌄ **Procurement Contract Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Do you need Consultant Travel?**
No

**Procurement Cost**
$0

---

## Other Direct Costs

**Instructions**

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

---

**Other Cost Detail**

| Description | Quantity | Basis | Costs | Length of Time | Total Costs | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|
| Reallocate-Book "Why We Sleep" | 550.00 | per book | $10.00 | 1.00 | $5,500.00 | | $5,500.00 |
| Wellness Check Program | 300.00 | sessions | $150.00 | 1.00 | $45,000.00 | | $45,000.00 |
| Courageous Heart Training Fee | 550.00 | Participants | $90.00 | 1.00 | $49,500.00 | | $49,500.00 |

**Other Costs Total Cost**
$100,000

**Additional Narrative**

Wellness Check Program will be 30 minutes per session at $150 fee per participant. Estimated number of staff participating is 300.

Courageous Heart training will be administered by Compassion Institute and will have a fee of $90 per participant. Goal is to enlist 550 individuals.

---

**Indirect Costs**

**Instructions**

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

Year 1

---

**Indirect Cost Detail**

| Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Indirect Costs Total Cost**

$0

**Additional Narrative**

---

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**



The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

**Additional Application Components**

**Curriculum Vitae or Resumes**

| | Name | Category | Created by | Date Added |
|---|---|---|---|---|
|  | (b) (6)          Resume CISM consultant.doc | Curriculum Vitae or Resumes | (b) (6) | 06/12/2025 |

| | **Name** | **Category** | **Created by** | **Date Added** |
|---|---|---|---|---|
| | (b) (6)    Resume<br>2025 Counseling<br>Consultant.pdf | Curriculum Vitae or<br>Resumes | (b) (6) | 06/12/2025 |

| | **Name** | **Category** | **Created by** | **Date Added** |
|---|---|---|---|---|
| | (b) (6)    Resume<br>Chaplain.pdf | Curriculum Vitae or<br>Resumes | (b) (6) | 06/12/2025 |

**Letters of Support**

No documents have been uploaded for Letters of Support

**Additional Attachments**

No documents have been uploaded for Additional Attachments

## Disclosures and Assurances

### No Lobbying Activities

The applicant is not required to submit a lobbying disclosure under 31 U.S.C. 1352 for this application.

No documents have been uploaded for Disclosure of Lobbying Activities

### DOJ Certified Standard Assurances    *

**U.S. DEPARTMENT OF JUSTICE**

**CERTIFIED STANDARD ASSURANCES**

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application–

     a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;

     b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and

     c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition--

    a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);

    b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;

    c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and

    d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance--

    a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United States; and

    b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

    a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

    b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge *

Signed

**SignerID**
(b) (6)
**Signing Date / Time**
6/12/25 8:44 PM

**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing**

U.S. DEPARTMENT OF JUSTICE

CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS; COORDINATION WITH AFFECTED AGENCIES

Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form. The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of  Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or  cooperative agreement;

(b) If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any  agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form - LLL, "Disclosure of  Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

(c) The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) funded with Federal award funds and shall ensure that any certifications  or lobbying disclosures required of recipients of such subgrants and procurement contracts (or their subcontracts) are made and filed in accordance with 31 U.S.C.

§ 1352.

2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals--

   (a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

   (b) has within a three-year period preceding this application been convicted of a felony criminal violation under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal offense in        connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or local) transaction or private agreement or transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery,  bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense indicating a lack of business integrity or business       honesty that seriously and directly affects its (or its principals') present responsibility;

   (c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and/or

   (d) has within a three-year period preceding this application had one or more public transactions (Federal, State, tribal, or local) terminated for cause or default.


 B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.  Where the Applicant or any of its principals was convicted, within a three-year period preceding this application, of a felony criminal violation under any Federal law, the Applicant also must disclose such felony criminal conviction in writing to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov), unless such disclosure has already been made.


3. FEDERAL TAXES


A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, or (2) the corporation has provided written notice of such an unpaid tax liability (or liabilities) to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov).

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.


4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees, as defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

   (a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against employees for     violation of such prohibition;

   (b) Establishing an on-going drug-free awareness program to inform employees about--

(1) The dangers of drug abuse in the workplace.

(2) The Applicant's policy of maintaining a drug-free workplace;

(3) Any available drug counseling, rehabilitation, and employee assistance programs; and

(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will--

(1) Abide by the terms of the statement; and

(2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice,    including position title of any such convicted employee to the Department, as follows:

   For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

   For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

   Notice shall include the identification number(s) of each affected award;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).


5.  COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award.  Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.


Please Acknowledge ⭐

Certified

**SignerID**

(b) (6)

**Signing Date / Time**

6/12/25 8:44 PM

**Other Disclosures and Assurances**

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

By [taking this action], I --

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge ⭑

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/12/25 8:44 PM

Case 3:25-cv-09277-JD    Document 33-9    Filed 12/02/25    Page 31 of 31

**Other**

No documents have been uploaded for Other

Certified