# Exhibit K

**Standard Applicant Information**

**Project Information**

| Project Title | Proposed Project Start Date | Proposed Project End Date |
|---|---|---|
| Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking | 10/1/25 | 9/30/27 |
| **Federal Estimated Funding (Federal Share)** | **Applicant Estimated Funding (Non-Federal Share)** | **Program Income Estimated Funding** |
| 175000.0 | 0.0 | 0.0 |
| **Total Estimated Funding** | | |
| 175000.0 | | |

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

**Type Of Applicant**

**Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

**Type of Applicant 2: Select Applicant Type:**

——

**Type of Applicant 3: Select Applicant Type:**

——

**Other (specify):**

——

**Application Submitter Contact Information**

**Application POC Prefix Name**

——

| Application POC First Name | Application POC Middle Name | Application POC Last Name |
|---|---|---|
| (b) (6) | —— | (b) (6) |

**Application POC Suffix Name**

——

| Organizational Affiliation | Title | Email ID |
|---|---|---|
| Tucson Police Department | Grant Manager | (b) (6) |
| **Phone Number** | **Fax Number** | |
| 520-837-7763 | —— | |

**ORINumber**

———

**Executive Order and Delinquent Debt Information**

Is Application Subject to Review by State Under Executive Order 12372? ∗

b. Program is subject to E.O. 12372 but has not been selected by the State for review

**Is the Applicant Delinquent on Federal Debt?**

No

**SF424 Attachments  (4)**

| **Name** | **Date Added** |
|---|---|
| manifest.txt | 9/30/25 |
| Tucson PD SF-LLL | 6/24/25 |
| Form SF424_4_0-V4.0.pdf | 6/16/25 |
| GrantApplication.xml | 6/16/25 |

## Authorized Representative

| Law Enforcement Executive Information | Government Executive Information |
|---|---|
| **Title** | **Title** |
| Chief of Police | City Manager |
| **Prefix Name** | **Prefix Name** |
| Mr. | ——— |
| **First Name  Middle Name  Last Name** | **First Name  Middle Name  Last Name** |
| Chad    Eugene    Kasmar | Timothy    Michael    Thomure |
| **Suffix Name** | **Suffix Name** |
| ——— | ——— |

## Verify Legal Name, Doing Business As, and Legal Address

**Legal Name**                                             **Doing Business As**
CITY OF TUCSON

**DUNS**                                                   **UEI**
072450869                                                  X487LACQEQN6

**Legal Address**
**Street 1**
255 W ALAMEDA ST

**Street 2**

**City**                         **State**                      **Zip/Postal Code**
TUCSON                           AZ                              85701

**CongressionalDistrict**        **Country**
07                               USA

### Certification

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.

1. If this information is correct confirm/acknowledge to continue with completion of this application.

   **I confirm this is the correct entity.**

      **Signer Name**
      <span style="color:red">(b) (6)</span>

      **Certification Date / Time**
      06/30/2025 12:46 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
   a. Contact your Entity Administrator.
   b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.

3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.

### Proposal Abstract                                                                                      *

Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

The Tucson, Arizona, Police Department (TPD) is pursuing the CPD Officer Recruitment, Hiring, and Retention Microgrant to enhance TPD's workforce by: (1) expanding the recruiting footprint for the department across the United States, primarily through participation in targeted job fair events, digital and social media campaigns, and traditional advertising, (2) recruiting a candidate pool from diverse backgrounds to expand efforts and attract qualified candidates and (3) by developing and encouraging a pathway for TPD's non-sworn, including Community Service Officers (CSOs), Professional Staff Investigators (PSIs), and Professional Staff to become sworn officers. The requested funding would be used to build new efforts and enhance strategies currently underway at TPD centered around marketing, and the internal Pathway to Policing (P2P) program.  Specifically, we propose this award to fund marketing tactics, marketing materials, and travel for targeted recruitment efforts.

The TPD Recruiting Unit ensures the Tucson Police Department, both sworn and professional staff positions, are adequately filled with the most qualified applicants.

According to the US Bureau of Labor Statistics 70% of agencies reported recruitment as more difficult now compared to five years ago. Currently, the Tucson Police sworn personnel are understaffed, having 772 filled positions of the 871 authorized by the City of Tucson. In addition, there are 181 officers eligible to retire (23.4%). This does not include the professional staff within the department. The Recruiting Unit has developed a Strategic Plan to support critical hiring needs, which includes digital and online advertising to targeting areas throughout the United States, traveling to areas throughout the country to Military bases, and University / Community College job fairs, to attract qualified candidates to fill open, and soon to be open, positions for the city. The success of the Recruiting Unit to fulfill the anticipated job openings have a direct impact on Public Safety and the residents of Tucson.

 TPD has recruited talent through its CSO and PSI programs. Few agencies have CSOs that function as closely to sworn roles as TPD and even fewer have as many CSOs as TPD does, with 144 CSOs employed of which 70% have been in the position for 0-4 years. The PSI program has 31 employees . These cohorts represent a diverse pool of talent that commonly expresses interest in becoming a sworn officer. Both make up an ideal pool of police officer recruits due to their existing training and experience and the diverse backgrounds of the current CSO/ PSI employees. COPS funding will permit TPD to expand the current mentor system that proactively identifies, prepares, and promotes interested staff into sworn roles by increasing the marketing efforts to these individuals to join the TPD Pathway to Policing (P2P) preparation program which includes an assigned officer mentor. The findings of this mentorship program will provide critical information to the field of policing as CSOs / PSIs, and other professional staff roles increase in popularity.

The proposed initiative will be led by the TPD Recruiting Unit with partnership support from the Analysis Division, the Deputy Chief, and from the City of Tucson Human Resources Recruiting Team. Expected outcomes include improving: (1) the number of applicants; (2) the quality of the applicant pool by having more diverse backgrounds ; (3) internal marketing efforts to TPD's CSO's, PSIs, and Professional staff interested in becoming a sworn officer.

## Data Requested with Application

### ⌄ FY25 CPD MG Eligibility

Applicant Eligibility

Type of Agency (select one)

Law Enforcement

From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities

Municipal Police

Are you a state or local governmental entity applying for this funding opportunity?

Yes

If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.  For additional information, please see the appendices in the FY25 Resource Guide for CPA Programs.

Yes

An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only: respond to or investigate specific type(s) of crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support or only some combination of these. Based on this definition, does your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services have primary law enforcement authority for the population to be served?

yes

A law enforcement is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget. Based on the definition above, is your agency established and currently operational?

Yes

Please indicate if your jurisdiction is primarily considered rural, urban, or suburban.

Urban

Enter the current number of sworn officers for your agency below:

840

Program Selection

Instructions: Applicants for the Community Policing Development (CPD) Microgrants program must select one subcategory from the below list. Please select the CPD Microgrants subcategory that you are applying under:

Officer Recruitment, Hiring and Retention

If you selected the Violent Crime Prevention - Other subcategory, please describe your proposed topic in the field below.

——

If you selected the Open subcategory, please describe your proposed topic in the field below.

——

Based on your selection in the previous question, please describe the specific audience in the following text box. (max 250 words) Please note when describing the specific audience: For the purposes of the community, the COPS Office includes community groups, other government agencies, nonprofit, businesses, and general residents as part of the audience. For the purposes of the youth/student audience, the COPS Office includes all individuals under the age of 18 as well as specific subpopulations of youth including high-risk, justice involved, future officer, or in school-based settings. Finally, for the purposes of law enforcement audience, the COPS Office includes prospective officers as well.

Military installations, universities, colleges, general public.

## FY25 CPD MG App Quest

Problem Identification and Problem Description

What are the major activities that your agency will implement if funded? (max 250 words)

Enhance recruiting efforts through travel to military installations, targeted university/college locations for career fairs, workshops and classroom presentations. Increase targeted national advertising via digital and streaming. Test sponsored job post advertising through Indeed. Develop more supporting marketing material for department recruiting as well as the TPD P2P program.

What is novel or innovative about the approach or how will your agency build on prior program success? Novel or innovative means new, creative, not previously attempted (by your agency or generally across your region or the nation). Please include information on whether the approach has been previously practiced or tested by another agency. (max. 250 words)

TPD has not previously recruited at military installations outside the Tucson Area. The last month TPD did a pilot trip to Camp Pendleton career fair and received over a dozen potential applicants who will be applying on our next (July) hiring process. The Recruiting Unit learned other agencies successfully use this strategy to enhance and increase applicants and recruits. In March TPD funded a trip to John Jay University (NYC) that has a very strong Criminal Justice program. TPD received ten applicants for open positions this spring. There are over 50 police agencies that attend this career fair, and they shared that each year they successfully recruit multiple applicants. Both these efforts support TPD's desire to expand travel to targeted military bases and specific colleges for recruiting.

During the spring 2025 hiring process window, TPD tested targeted digital advertising and sponsored ads on Spotify, Snap Chat, Instagram, and Facebook, that all performed well in increasing traffic to the TPD Recruiting website. There are more opportunities to expand these marketing and advertising efforts including advertising on TV, streaming and radio. Other local agencies already run ads here, but TPD has not had the funds to test this. Finally, the Recruiting Unit wants to run a pilot test with Indeed for sponsored job posts since they are the largest proactive job search website in the US. This will allow TPD to be visible to more potential applicants who are seeking a new career. The Indeed representatives have shared that other law enforcement agencies are testing their platform options and have seen an increase in applicants and job fill rates.

What are the final deliverables of the project? How do they contribute to the notice of funding opportunity goals and requirements? (max 250 words)

The final deliverable for the project is TPD will increase the number of applicants, which will increase the number of qualified applicants who pass the background process and are able to be seated in the TPD Academies. The goal is to increase each of our three TPD academy police officer recruit classes from 25 to 50 recruits. Ultimately being able to fill open positions as officers retire or leave for other opportunities.

Project Reach and Impact

Identify any current governmental and community initiatives that complement or will be coordinated with the proposal. (max 250 words)

This recruiting project expands awareness of law enforcement career opportunities in the US. Nationally, 70% of agencies have reported that hiring officers is more difficult than in 2019. Thus, positive proactive messaging and face to face networking will help to reduce the hiring shortage. These recruiting efforts will also provide more opportunities to participate in community events and build stronger community partnerships.

Describe the potential impact of the project, if successful, to the law enforcement field as a whole or to a specific subset of the law enforcement field. (max. 250 words)

By recruiting quality applicants that have diverse skills and backgrounds, TPD department personnel and officers will be more relatable to the Tucson community which helps to grow trust and build stronger partnerships.

By having more officers on patrol, the Tucson community will be safer and have shorter officer response time to service calls. People who are in crisis or need police response want personal interactions and quick response so they can know their issues are being resolved. Both these help the overall positive relationships and value the community feels TPD provides Tucson.

What specific outcomes does your agency expect to accomplish with this funding and how will the project team track or measure them? (e.g. What data will you gather in order to assist with evaluating the effectiveness of the program?  Why did you choose that data?)  (max 250 words)

Some of the outcomes the Tucson Police Department will be able to track include 1) change in applicant pool size based on the number of applicants each hiring process, 2) the number of TPD applicants in each TPD police officer recruit academy, 3) number of TPD Pathway to Policing participants who become officers.

Please describe how these efforts will be sustained once the award ends. (max 250 words)

Tucson Police Department will continue to seek opportunities to fund expanded recruiting efforts through various grants (governmental, non-governmental, local) until the department budget is able to be expanded to support recruiting efforts. Being an older department, with over 23% of TPD personnel eligible to retire, the department will need to continue innovative efforts to seek out potential applicants, especially targeting military personnel and college students who have an interest in joining a law enforcement agency.

## Management and Implementation

Describe the overall management and implementation plan for the project. Note: You will need to upload a timeline of project deliverables, activities, and milestones in the "Additional Application Components" section.  (max 250 words)

The funds will be managed by the TPD Recruiting Unit by following the approved strategic plan budget which provides specific tactics and target audiences. Funds will be allocated by quarter based on how the available Career Fair opportunities align with the hiring processes. At the end of each hiring process there will be an after-action evaluation of effort effectiveness so the funds can be adjusted as needed if some efforts are not performing to expectation.

Please identify key project staff and their experience as well as the agency capacity to carry out the project. (max 250 words)

Key Project Staff:
Recruiting Unit Manager (b) (6)        - over 30 years experience leading and managing department budgets including the development and implementation of advertising and marketing campaigns.
Recruiting Unit Staff (3 personnel) - 2 Officers and 1 CSO will support the project efforts by creating content, placing video content and ads on social media, set up social media sponsored ads, attend recruiting networking at career fairs and community events.
Public Information Office (PIO) Video Producers- each have 10+ years of experience capturing video content and creating video for advertising including 15 and 30 second ads.
Grants Finance Manager (b) (6)        - Oversees the TPD grands and ensures spending allocations are within the acceptable funding categories and that we meet all grant requirements and timelines.

## Cooperation with Federal Immigration Officials

Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A  law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.

Yes

My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.

____

None of the above.

____

## ⌄ CPA Gen Solicitation Quest

### Research and Development

Instructions: For the purposes of this solicitation, R&D as defined by 2 C.F.R. §200.87 means all research activities, both basic and applied, and all development activities that are performed by nonfederal entities. The term "research" also includes activities involving the training of individuals in research techniques where such activities use the same facilities as other research and development activities and where such activities are not included in the instruction function. "Research" is defined as a systematic study directed toward fuller scientific knowledge or understanding of the subject studied. "Development" is the systematic use of knowledge and understanding gained from research directed toward the production of useful materials, devices, systems, or methods, including design and development of prototypes and processes. Please select "yes" if any part of your project could be considered R&D or "no" if no portion of your project would support R&D.

_____

Could any portion of your project be considered research and development (R&D) as defined by 2 C.F.R. §200.87?

No

### Youth-Centered Project

Instructions: For the purposes of this solicitation, please select "yes" if a purpose of some or all of the activities to be carried out under the award (whether by the recipient, or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age. NOTE: A special award condition will apply to all youth-centered awards. This condition will require recipients and subrecipients to make determinations of suitability before certain covered individuals interact with participating minors under the age of 18 years old in the course of activities funded under the award.

_____

Could any activities under your project involve interactions with minors under the age of 18 years?

No

### Training

Instructions: The COPS Office defines training as the teaching and learning activities carried out for the primary purpose of helping members of an organization other than your own acquire and apply the knowledge, skills, abilities, and attitudes needed by a particular job or organization. Training is driven by specific goals and objectives; it is not a single event but rather an ongoing process that requires continuous self-reflection and evaluation. Guides, webinars, articles, conference presentations, toolkits, podcasts, videos, blogs, and news feeds (to provide a few examples) can serve as support material in trainings or as standalone materials to increase knowledge, but on their own they are not defined as training by the COPS Office. Please select "yes" if any part of your project fits within the definition of training or "no" if no portion of your project fits within the definition of tra ning.

_____

Could any portion of your project be considered training?

No

### U.S. Attorney's District Office

Please select your U.S. Attorney's District Office from the below drop-down options.

Arizona

### Law Enforcement Executive/Program Official Contact Information

Please provide the name and contact information for the highest ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g.,

executive director, chief executive officer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable.

Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.

‾‾

First name:

(b) (6)

Last name:

(b) (6)

Phone:

520-791-4444

Email address:

(b) (6)


Government Executive/Financial Official Contact Information

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Instructions for Law Enforcement Agencies: For law enforcement agencies, this is the highest ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies and Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.

‾‾

First name:

(b) (6)

Last name:

(b) (6)

Phone:

520-589-8673

Email address:

(b) (6)


Application Submitter Contact Information

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information.

‾‾

First name:

(b) (6)

Last name:

(b) (6)

Phone:

520-345-8455

Email address:

(b) (6)

Law Enforcement and Community Policing Strategy

Instructions: The following is the COPS Office definition of community policing that emphasizes the primary components of community partnerships, organizational transformation, and problem solving: Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem solving techniques to proactively address the immediate conditions that give rise to public safety issues  such as crime, social disorder, and fear of crime. Please refer to the COPS Office website (https://cops.usdoj.gov/RIC/ric.php?page=detail&id=COPS-P157) for further information regarding this definition and its sub-elements. Please answer the following questions regarding your community support and impact on the jurisdiction.

——

To what extent is there community support in your jurisdiction for implementing the proposed award activities?

High level of support

If awarded, to what extent will the award activities impact the other components of the criminal justice system in your jurisdiction?

Potentially decreased impact

Explain how the proposed activities address a specific public safety need. (max 250 words)

By broadening the recruiting strategies, the department will be engaged in proactive recruitment of Tucson Police Department personnel, specifically to increase the number Police Officer Recruits. This will allow the Tucson Police Department to replace officers who are retiring and ultimately have additional active-duty Tucson Police Officers patrolling the streets and out in the community. Through this action the department should experience a decrease in service call response times, as well as provide more visible officers throughout the city. As more officers are available there will be increased community engagement with supports community policing efforts, ultimately decreasing criminal activity and violent crime.
Another benefit of expanding recruiting efforts is to expand the applicant pool and ultimately the quality of the recruits so the officers can create stronger connections and partnerships within the Tucson community.

Explain how the proposed activities will be utilized to reorient any affected law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. (max 250 words)

The mission of the Tucson Police Department is to serve the public in partnership with our community, to protect life and property, prevent crime, and resolve problems. By developing hiring tactics that increase the number of officers as well as have officers that have diverse backgrounds that are relatable to our community, we will be able to expand our community-policing efforts through building valuable partnerships that lead to a safer environment.

Identify any current governmental, community or agency initiatives that complement or will be coordinated with the proposed activities. (max 250 words)

None

Identify any key community or other stakeholder partnerships (community groups, private and/or public agencies) that will play a role in the implementation of the proposed activities. (max 250words)

None

Describe the strategy to consult with any community groups and appropriate private and public agencies in the implementation of the proposed activities. (max 250 words)

We are currently interfacing and sharing recruiting tactics with other police agencies (Phoenix PD, Mesa PD) to develop best practices and interactions that are successful.

Explanation of Need for Financial Assistance

All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 1,000 characters.]

Tucson is the 33rd largest metropolitan city in the United States, and its close proximity to the US/Mexico border, lead to higher crime due to drug and human trafficking activities, as well as an increased homeless population. Unfortunately, decreased Federal and State funding availability, has required the City of Tucson to provide Tucson Police Department limited budget funds. The budget is unable to fund all the proposed requests for equipment, technology, vehicle, and personnel. Without increased recruiting efforts the department will not fill positions that are open due to retirements or people leaving for other opportunities. Ultimately, placing the department at risk since our current staff will be overworked and unable to provide the community safety efforts required and expected by the Tucson residents.

Continuation of Support After Federal Funding Ends

Instructions: The questions in this section will be used for programs without a retention requirement to report any plans to continue the program or activity after the conclusion of federal funding.

Does your agency or organization plan to obtain necessary support and continue the program, project, or activity following the conclusion of federal

support?

Yes

Please identify the source(s) of funding that your agency plans to utilize to continue the program, project, or activity following the conclusion of federal support:General funds

Yes

Issue bonds or raise taxes

Yes

Private sources and donations

No

Non-federal asset forfeiture funds (subject to approval from the state or local oversight agency)

No

State, local, or other non-federal grant funding

Yes

Fundraising efforts

No

Other

No

If "other" is selected in the above question, please provide a brief description of the source(s) of funding.

____


## ⌄ CPA Information FY25

Type of Agency of Organization

Type of Agency (select one)
Law Enforcement

From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities
Municipal Police

From the list below, please select the type of agency which best describes the applicant. Non-Law Enforcement Entities
____


Duplication Of Funding

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application.

____

Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

Yes

If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and description of how this project

differs from the application for COPS office funding.

15PBJA-23-GG-03085-JAGX
FY23 Edward Byrne Memorial Justice Assistance Grant
10/1/2022-9/30/2026
Total Award $410,760
Allocated to similar project (Recruiting) $35,579
The remaining funding from this award funds recruiting advertising and recruiting swag. This application will focus in-person recruiting strategies and job fairs as well as enhancing marketing and advertising strategies.

Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.
____

Certification of Review of 28 CFR Part23/Criminal Intelligence

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. Please review the CPA Resource Guide for additional information. Please chec  one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.

Certification of Review and Representation of Compliance

By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

Acknowledgment of Electronic Signatures

By checking the box below, the app icant indicates that he or she understands that the use of typed names in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form, constitute electronic signatures and that the electronic signatures are the legal equivalent of handwritten signatures. I understand

true

**Proposal Narrative**

**Budget and Associated Documentation**

### Budget Summary

| Budget Category | Total Cost |
|---|---|
| Sworn Officer Positions: | $0.00 |

| | |
|---|---|
| Civilian or Non-Sworn Personnel: | $0.00 |
| Travel: | $66,312.00 |
| Equipment: | $3,700.00 |
| Supplies: | $54,988.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $40,000.00 |
| Other Costs: | $10,000.00 |
| Total Direct Costs: | $175,000.00 |
| Indirect Costs: | $0.00 |
| Total Project Costs: | $175,000.00 |
| Federal Funds: | $175,000.00 |
| Match Amount: | $0.00 |
| Program Income: | $0.00 |

**Budget / Financial Attachments**

**Non-competitive Justification**

No documents have been uploaded for Non-Competitive Justification

**Indirect Cost Rate Agreement**

No documents have been uploaded for Indirect Cost Rate Agreement

**Consultant Rate Justification**

No documents have been uploaded for Consultant Rate Justification

**Additional Attachments**



| **Name** | **Category** | **Created by** | **Date Added** |
|---|---|---|---|
| Tucson PD Recruit Budget narrative.docx | Budget Narrative | Lynn Erbe | 06/24/2025 |

**Budget and Associated Documentation**

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA, AND _____
TRAINING ACTIVITIES?

**Base Salary and Fringe Benefits for Sworn Officer**

—

**Position**

**Position Title**                                **Position Description**

**Number of Positions**

———

∨  **Salary per Officer**

| Salary | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| | ——— | ——— | ——— |

∨  **Fringe Benefits per Officer**

| | | Year 1 | Year 2 | Year 3 |
|---|---|---|---|---|
| **Social Security** | ———  ———  ——— | ——— | ——— | |
| **Medicare** | ———  ———  ——— | ——— | ——— | |
| **Health Insurance** | | ——— | ——— | ——— |
| **Life Insurance** | | ——— | ——— | ——— |
| **Vacation** Included in Salary?  Hours  ——— | ——— | ——— | ——— | |
| **Sick Leave** Included in Salary?  Hours  ——— | ——— | ——— | ——— | |
| **Retirement** | ——— | ——— | ——— | ——— |
| **Workers Compensation** | ——— | ——— | ——— | ——— |
| **Unemployment Insurance** | ——— | ——— | ——— | ——— |
| **Other Benefit** | ——— | ——— | ——— | ——— |

**Other Benefit**

———                                        ———                        ———                                ———

———

———

**Other Benefit**

———                                        ———                        ———                                ———

———

———

**Summary Totals**

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Benefits per Officer | $0.00 | $0.00 | $0.00 |
| Salary per Officer | ——— | ——— | ——— |
| Total per Officer | $0.00 | $0.00 | $0.00 |

**Total per Officer All Years**

$0

**Total Salary and Benefits**

$0

## Personnel

**Instructions**

List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

**Year 1**

**Year 1**
**Personnel Detail**

| Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost |
|------|----------|--------|------|-------------|------------------------|------------|
| No items | | | | | | |

**Personnel Total Cost**
$0
**Additional Narrative**

## Fringe Benefits

**Instructions**

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

**Year 1**

**Fringe Benefit Detail**

| Name | Base | Rate (%) | Total Cost |
|------|------|----------|------------|
| No items | | | |

**Fringe Benefits Total Cost**
$0
**Additional Narrative**

## Travel

**Instructions**

Itemize travel expenses of staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence. In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; or if unknown, indicate "location to be determined." Indicate whether applicant's formal written travel policy or the Federal Travel Regulations are followed. Note: Travel expenses for consultants should be included in the "Consultant Travel" data fields under the "Subawards (Subgrants)/Procurement Contracts" category. For each Purpose Area applied for, the budget should include the estimated cost for travel and accommodations for two staff to attend two three-day long meetings, with one in Washington D.C. and one in their region, with the exception of Purpose Area 1, which should budget for one meeting in Washington D.C., and Purpose Areas 6 and 7, which should budget for 3 meetings within a 3 year period, with 2 in Washington D.C, and 1 within their region. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

#### Travel Detail

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|---|---|
| Job Fair | Rutgers University | Transportation | Round-Trip | $650.00 | 1.00 | 2.00 | 2.00 | $2,600.00 | | $2,600.00 |
| Job Fair | Rutgers University- Bag Fee | Other | N/A | $80.00 | 1.00 | 2.00 | 2.00 | $320.00 | | $320.00 |
| Job Fair | Rutgers University | Lodging | Night | $122.00 | 2.00 | 2.00 | 2.00 | $976.00 | | $976.00 |
| Job Fair | Rutgers University | Meals | Day | $80.00 | 2.00 | 2.00 | 2.00 | $640.00 | | $640.00 |
| Job Fair | Rutgers University- Car Rental | Local Travel | N/A | $250.00 | 1.00 | 1.00 | 2.00 | $500.00 | | $500.00 |
| Job Fair | Rutgers- Registration | Other | N/A | $500.00 | 1.00 | 1.00 | 2.00 | $1,000.00 | | $1,000.00 |
| Job Fairs | NAU - AZ | Lodging | Night | $110.00 | 2.00 | 2.00 | 4.00 | $1,760.00 | | $1,760.00 |
| Job Fair | NAU - AZ | Meals | Day | $68.00 | 2.00 | 2.00 | 4.00 | $1,088.00 | | $1,088.00 |
| Job Fair | NAU AZ | Mileage | Mile | $182.00 | 1.00 | 1.00 | 4.00 | $728.00 | | $728.00 |
| Job Fair | NAU AZ- Registration Fee | Other | N/A | $450.00 | 1.00 | 1.00 | 4.00 | $1,800.00 | | $1,800.00 |
| Job Fairs | ASU & GCU Universities AZ | Mileage | Mile | $140.00 | 1.00 | 1.00 | 8.00 | $1,120.00 | | $1,120.00 |
| Job Fairs | ASU & GCU Registration Fee | Other | N/A | $450.00 | 1.00 | 1.00 | 8.00 | $3,600.00 | | $3,600.00 |
| Job Fairs | UA & Comm Colleges- Reg Fees | Other | N/A | $280.00 | 1.00 | 1.00 | 12.00 | $3,360.00 | | $3,360.00 |
| Job Fair | New Mexico State | Lodging | Night | $110.00 | 1.00 | 2.00 | 2.00 | $440.00 | | $440.00 |
| Job Fair | New Mexico State | Mileage | Mile | $280.00 | 1.00 | 1.00 | 2.00 | $560.00 | | $560.00 |
| Job Fair | New Mexico State | Meals | Day | $68.00 | 2.00 | 2.00 | 2.00 | $544.00 | | $544.00 |
| Job Fair | New Mexico State- Registration fees | Other | N/A | $400.00 | 1.00 | 1.00 | 2.00 | $800.00 | | $800.00 |

| Job Fair | John Jay University- Reg Fee | Other | N/A | $400.00 | 1.00 | 1.00 | 2.00 | $800.00 | $800.00 |
|---|---|---|---|---|---|---|---|---|---|
| Job Fair | John Jay University | Lodging | Night | $342.00 | 4.00 | 2.00 | 2.00 | $5,472.00 | $5,472.00 |
| Job Fairs | John Jay University | Transportation | Round-Trip | $400.00 | 1.00 | 2.00 | 2.00 | $1,600.00 | $1,600.00 |
| Job Fair | John Jay University- Bag Fee | Other | N/A | $80.00 | 1.00 | 2.00 | 2.00 | $320.00 | $320.00 |
| Job Fair | John Jay University | Local Travel | N/A | $186.00 | 1.00 | 1.00 | 2.00 | $372.00 | $372.00 |
| Job Fair | John Jay University | Meals | Day | $92.00 | 4.00 | 2.00 | 2.00 | $1,472.00 | $1,472.00 |
| Job Fair | Pennsylvania State University | Lodging | Night | $124.00 | 1.00 | 2.00 | 2.00 | $496.00 | $496.00 |
| Job Fair | Pennsylvania State University | Meals | Day | $74.00 | 1.00 | 2.00 | 2.00 | $296.00 | $296.00 |
| Job Fair | Penn State Registration Fee | Other | N/A | $400.00 | 1.00 | 1.00 | 2.00 | $800.00 | $800.00 |
| Job Fair | Military Bases | Meals | Day | $86.00 | 3.00 | 2.00 | 8.00 | $4,128.00 | $4,128.00 |
| Job Fair | Military Bases | Lodging | Night | $200.00 | 3.00 | 2.00 | 8.00 | $9,600.00 | $9,600.00 |
| Job Fairs | Military Bases | Transportation | Round-Trip | $500.00 | 1.00 | 2.00 | 4.00 | $4,000.00 | $4,000.00 |
| Job Fairs | Military Bases | Local Travel | N/A | $288.00 | 1.00 | 1.00 | 8.00 | $2,304.00 | $2,304.00 |
| Job Fairs | Military Base- Registration Fees | Other | N/A | $300.00 | 1.00 | 1.00 | 8.00 | $2,400.00 | $2,400.00 |
| Job Fair | Military Base Bag Fee | Other | N/A | $80.00 | 1.00 | 2.00 | 4.00 | $640.00 | $640.00 |
| Recruiting Conference | TBD- St Louis MO | Transportation | Round-Trip | $450.00 | 1.00 | 2.00 | 2.00 | $1,800.00 | $1,800.00 |
| Recruiting Conference | TBD- St Louis MO | Lodging | Night | $150.00 | 3.00 | 2.00 | 2.00 | $1,800.00 | $1,800.00 |
| Recruiting Conference | TBD- St Louis MO | Meals | Day | $86.00 | 4.00 | 2.00 | 2.00 | $1,376.00 | $1,376.00 |
| Recruiting Conference | TBD- St Louis MO- Registration | Other | N/A | $1,150.00 | 1.00 | 2.00 | 2.00 | $4,600.00 | $4,600.00 |
| Recruiting Conference | TBD- St Louis MO | Local Travel | N/A | $100.00 | 1.00 | 1.00 | 2.00 | $200.00 | $200.00 |

**Travel Total Cost**

$66,312

**Additional Narrative**

Each of these Job Fairs will allow TPD to connect in-person and broaden the reach of potential applicants who might be willing to apply at TPD.
Also the Recruiting Conference will be a prime opportunity for the Recruiting team (most of which have been in their assignment for less than 1 year, to gain knowledge and new successful recruiting strategy ideas from other leading police agencies. Thus improving techniques used to connect with potential applicants and increasing the diversity and positive outcomes of TPD recruiting practices.

## Equipment

### Instructions

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

#### Equipment Detail

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| Sigma 24-70 mm lens | 1.00 | $1,350.00 | $1,350.00 | | $1,350.00 |
| Camera Backpack bag | 1.00 | $50.00 | $50.00 | | $50.00 |
| Sony Digital Camera | 1.00 | $2,300.00 | $2,300.00 | | $2,300.00 |

#### Equipment Total Cost

$3,700

#### Additional Narrative

The camera set will be used at events and for personnel interviews to capture content for social media and digital advertising used to engage with prospective applicants and inspire others to want to be a part of a law enforcement career.

## Supply Items

### Instructions

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

#### Supply Item Detail

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| Online & Digital Advertising | 1.00 | $42,988.00 | $42,988.00 | | $42,988.00 |
| Indeed Sponsored Job Advertising | 4.00 | $3,000.00 | $12,000.00 | | $12,000.00 |

#### Supplies Total Cost

$54,988

#### Additional Narrative

Supply items will include:

Online & Digital Advertising includes national sponsored advertising on Spotify, YouTube, Instagram, Snap Chat, Facebook

Indeed Sponsored Job Ads are run 2x each year during POR hiring times to ensure our job postings are at the top of Indeed job listings

SWAG give-away items to give to potential applicants and public. This will include silicone bracelets, pens, key chains, cooling towels, etc.

## Construction

### Instructions

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

### Year 1

**Construction Detail**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Construction Total Cost**

$0

## Subawards

### Instructions

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

### Year 1

**Subaward (Subgrant) Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Subawards Total Cost**

$0

**Add Consultant Travel**

——

**Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.**

**Instructions**

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Written prior approval and additional justification is required for consultant fees in excess of the DOJ grant-making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

**Procurement Contract Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| TV & Print Advertising | Includes Streaming OTT TV, local Newspaper, local Magazine advertising/marketing | No | United States | Arizona | Tucson | $20,000.00 | | $20,000.00 |
| All-Star Talent | Annual CRM Subscription Fee | No | United States | Arizona | Tucson | $10,000.00 | | $10,000.00 |
| Advertising Materials & Pamphlets | Posters, Job Pamphlets, banners | No | United States | Arizona | Tucson | $10,000.00 | | $10,000.00 |

**Do you need Consultant Travel?**
No

**Procurement Cost**
$40,000

**Additional Narrative**

TV and Print Advertising include Streaming TV and local newspaper/magazine ads.

Annual CRM Subscription is to renew our subscription that was previously funded via another federal grant to the All-Star Talent CRM program that we use to track applicants progress through the hiring funnel. We also use this as a tool to reach out and connect with applicants as well as to answer any individual questions.

Advertising Materials and job pamphlets include print posters, banners, informational fliers, job pamphlets.

## Other Direct Costs

### Instructions

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

**Other Cost Detail**

| Description | Quantity | Basis | Costs | Length of Time | Total Costs | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|
| SWAG | 1.00 | 1 | $10,000.00 | 1.00 | $10,000.00 | | $10,000.00 |

**Other Costs Total Cost**
$10,000

**Additional Narrative**

SWAG give-away items to give to potential applicants and public.  This will include silicone bracelets, pens, key chains, cooling towels, etc.

## Indirect Costs

### Instructions

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

### Year 1

**Indirect Cost Detail**

| Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Indirect Costs Total Cost**
$0

**Additional Narrative**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

Upload

The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

**Additional Application Components**

**Curriculum Vitae or Resumes**

| | **Name** | | **Category** | **Created by** | **Date Added** |
|---|---|---|---|---|---|
| 📕 | (b) (6) | CV.pdf | Curriculum Vitae or Resumes | (b) (6) | 06/24/2025 |
| 📘 | (b) (6) | 2025.doc | Curriculum Vitae or Resumes | (b) (6) | 06/23/2025 |

**Letters of Support**

No documents have been uploaded for Letters of Support

**Additional Attachments**

No documents have been uploaded for Additional Attachments

**Disclosures and Assurances**

**Applicant has Lobbying Activities**

The applicant must download the SF-LLL, complete it, and upload it to the application package. The application cannot be submitted until this form is uploaded.

| | **Name** | **Category** | **Created by** | **Date Added** |
|---|---|---|---|---|
| 📕 | Tucson PD SF-LLL.pdf | LobbyingActivitiesDisclosure | (b) (6) | 06/24/2025 |

**DOJ Certified Standard Assurances**    ✱

**U.S. DEPARTMENT OF JUSTICE**

## CERTIFIED STANDARD ASSURANCES

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application--

    a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;
    b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and
    c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition--

    a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681; and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);
    b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;
    c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and
    d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance--

    a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United States; and
    b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

    a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and
    b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C.

10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C.

§§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge *

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/20/25 2:48 PM

**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing**                                                                    *

U.S. DEPARTMENT OF JUSTICE

CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS; COORDINATION WITH AFFECTED AGENCIES

Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form. The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of     Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or     cooperative agreement;

(b) If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any     agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form - LLL, "Disclosure of     Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

(c) The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) paid with Federal award funds and shall ensure that any

certifications      or lobbying disclosures required of recipients of such subgrants and procurement contracts (or their
subcontractors) are made and filed in accordance with 31 U.S.C. § 1352.


2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and
to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier
"covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals--

   (a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal
benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or
agency;

   (b) has within a three-year period preceding this application been convicted of a felony criminal violation under
any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal
offense in         connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or
local) transaction or private agreement or transaction; violation of Federal or State antitrust statutes or commission
of embezzlement, theft, forgery,      bribery, falsification or destruction of records, making false statements, tax
evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense
indicating a lack of business integrity or business       honesty that seriously and directly affects its (or its
principals') present responsibility;

   (c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal,
State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification;
and/or

   (d) has within a three-year period preceding this application had one or more public transactions (Federal,
State, tribal, or local) terminated for cause or default.


B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an
explanation to this application.  Where the Applicant or any of its principals was convicted, within a three-year
period preceding this application, of a felony criminal violation under any Federal law, the Applicant also must
disclose such felony criminal conviction in writing to the Department (for OJP Applicants, to OJP at
Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS
at AskCOPSRC@usdoj.gov), unless such disclosure has already been made.


3. FEDERAL TAXES


A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax liability
that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, that is
not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax
liability, or (2) the corporation has provided written notice of such an unpaid tax liability (or liabilities) to the
Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at
OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov).

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an
explanation to this application.


4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees, as
defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

   (a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession,
or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against
employees for      violation of such prohibition;

   (b) Establishing an on-going drug-free awareness program to inform employees about--

      (1) The dangers of drug abuse in the workplace;
      (2) The Applicant's policy of maintaining a drug-free workplace;
      (3) Any available drug counseling, rehabilitation, and employee assistance programs; and
      (4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will--

(1) Abide by the terms of the statement; and
(2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice,     including position title of any such convicted employee to the Department, as follows:

For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

Notice shall include the identification number(s) of each affected award;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or
(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).


5. COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award.  Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.


Please Acknowledge ✶

Certified


**SignerID**

(b) (6)

**Signing Date / Time**

6/20/25 2:48 PM

**Other Disclosures and Assurances**

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

By [taking this action], I --

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant: (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge ★

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/23/25 7:34 PM

**Other**

No documents have been uploaded for Other

Certified