DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-3915
Facsimile:  (415) 437-4644
E-Mail:  Jesse.Lanier@sfcityatty.org
         Karun.Tilak@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>      Defendants. | Case No. 3:25-cv-09277-JD<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, SARAH L. GUTIERREZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On November 6, 2025, I served the following document(s):

- **First Amended Complaint for Declaratory and Injunctive Relief**

on the following persons at the locations specified:

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | THE OFFICE OF COMMUNITY ORIENTED POLICING SERVICES<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| PAMELA BONDI<br>Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | CORY D. RANDOLPH, COPS Acting Director<br>Office of Justice Programs<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

in the manner indicaelow:

☒ **BY UNITED STATES CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:
Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 6, 2025, at San Francisco, California.

_____
SARAH L. GUTIERREZ

## AMENDED PROOF OF SERVICE

I, SARAH L. GUTIERREZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On November 6, 2025, I served the following document(s):

- **Summons**
- **Complaint for Declaratory and Injunctive Relief**
- **First Amended Complaint for Declaratory and Injunctive Relief**
- **Standing Order for All Judges of the Northern District of California**
- **Judge Donato's CMC Order**
- **Judge Donato's Standing Order Civil**
- **U.S. Northern District of California – ECF Registration Information**
- **AO 398 Notice of a Lawsuit and Request to Waive Service of Summons**
- **AO 399 Waiver of Service of Summons (2 copies)**

on the following persons at the locations specified:

UNITED STATES OF AMERICA
c/o United States Attorney for the Northern
District of California
450 Golden Gate Avenue, Eleventh Floor
San Francisco, CA 94102

in the manner indicated below:

☒ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 6, 2025, at San Francisco, California.

_____
SARAH L. GUTIERREZ

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES OF AMERICA
was received by me on *(date)* 11/06/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kathy Terry, Senior Paralegal , who is
designated by law to accept service of process on behalf of *(name of organization)* United States of America c/o
United States Attorney for the Northern District of California on *(date)* 11/06/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/02/2025

*Server's signature*

JOSEPH HELLBENDER
*Printed name and title*

P.O. BOX 78154
SAN FRANCISCO, CA 94107
*Server's address*

Additional information regarding attempted service, etc: