CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>      Defendants. | Case No. 3:25-cv-09277-JD<br><br>**STIPULATION REGARDING RESPONSE DEADLINE**<br><br>The Honorable James Donato |

       Plaintiffs and Defendants, through their undersigned counsel of record, hereby stipulate pursuant to Local Civil Rule 6-1(a) as follows:

       The Parties have met and conferred and agree that Defendants' deadline to respond to Plaintiffs' First Amended Complaint should be continued up to and including January 30, 2026.

DATED: December 23, 2025             Respectfully submitted,

                                CRAIG H. MISSAKIAN
                                United States Attorney

1
                                            */s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI

2
Assistant United States Attorney

3
Attorneys for Defendants

4
DAVID CHIU
City Attorney

5
YVONNE R. MERÉ
Chief Deputy City Attorney

6
MOLLIE M. LEE
Chief of Strategic Advocacy

7
SARA J. EISENBERG
Chief of Complex and Affirmative

8
Litigation
KARUN A. TILAK

9
JESSE E. LANIER
Deputy City Attorneys

10
By:  */s/ Jesse E. Lanier*

11
JESSE E. LANIER
Deputy City Attorney

12
Attorneys for Plaintiff

13
CITY AND COUNTY OF SAN
FRANCISCO

14

15
TONY LOPRESTI, SBN 289269
County Counsel

16
By:  */s/ Bill Nguyen*
BILL NGUYEN

17
Deputy County Counsel

18
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel

19
MEREDITH A. JOHNSON, SBN
291018

20
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671

21
Deputy County Counsel
70 W. Hedding Street, East Wing,

22
9th Floor
San José, CA 95110

23
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240

24
E-Mail:
          tony.lopresti@cco.sccgov.org

25
Attorneys for Plaintiff

26
COUNTY OF SANTA CLARA

27

28

ROI I. LUSK
City Attorney

By:   */s/ Regina L. Nassen*
REGINA L. NASSEN, Ariz. Bar No. 014574*
Principal Assistant City Attorney
Tucson City Attorney's Office
255 W. Alameda, 7th Floor
P.O. Box 27210
Tucson, Arizona 85726-7210
Telephone: (520)837-4207
Facsimile: (520)623-9803
E-Mail: regina.nassen@tucsonaz.gov

ERIN B. BERNSTEIN, SBN 231539
PRIANKA MUNGALE, SBN 348165
Bradley Bernstein Sands, LLP
1212 Broadway, Suite 1100
Oakland, California 94612
Telephone: (510) 380-5801
E-Mail: ebernstein@bradleybernstein.com

Attorneys for Plaintiff
CITY OF TUCSON

*Admitted *pro hac vice*

HEATHER FERBERT, SBN 246759
City Attorney

By: */s/ Jennifer Martin*
JENNIFER MARTIN
Deputy City Attorney

JEAN JORDAN, SBN 155009
Acting Assistant City Attorney
JULIE RAU, SBN 317658
Lead Deputy City Attorney
JENNIFER MARTIN, SBN 322048
Deputy City Attorney
1200 Third Avenue, Suite 1620
San Diego, CA 92101
Telephone:     (619) 236-6220
Facsimile:     (619) 236-7215
E-Mail:     Jrau@sandiego.org
             martinjm@sandiego.org
Attorneys for Plaintiffs
CITY OF SAN DIEGO