# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: December 18, 2025                                    Judge:  Hon. James Donato

Time: 16 Minutes

Case No.      **3:25-cv-09277-JD**
Case Name   **City and County of San Francisco et al. v. United States Department of
                Justice et al.**

Attorney for Plaintiffs:          Jessie Lanier
Attorney for Defendants:       Jevechius Bernardoni

Deputy Clerk:  Lisa R. Clark                            Court Reporter: Kendra Steppler

### PROCEEDINGS

Motion hearing -- Held.

### NOTES AND ORDERS

Plaintiffs' application for a preliminary injunction, Dkt. No. 20, is taken under submission.  The
Court will issue a written order.