DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail: Jesse.Lanier@sfcityatty.org
        Karun.Tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | Case No. 3:25-cv-09277-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 5, 2026**<br><br>Judge:       Hon. James Donato<br>Place:       Courtroom 11, 19th Floor<br><br>Date Filed:  October 28, 2025<br>Trial Date:  Not Set |

    Pursuant to the Local Rules for the Northern District of California and Paragraph 7 of this Court's Standing Order for Civil Cases, the parties stipulate as follows:

    WHEREAS, a case management conference is currently set for January 29, 2026;

1  WHEREAS, the parties' joint case management statement is currently due January 22, 2026;

2  WHEREAS, briefing is complete on Plaintiffs' motion for preliminary injunction and the Court heard argument on the same on December 18, 2025;

3  WHEREAS, the Court has yet to issue a ruling on Plantiffs' motion for preliminary injunction;

4  WHEREAS, the deadline for Plaintiffs to respond to the grant awards at issue in this case is January 23, 2026; and

5  WHEREAS, the parties have met and conferred and believe that a continuance of the case management conference would faciliate an efficient use of the Court's and the parties' resources by allowing the parties sufficient time to review and synthesize the Court's ruling and, accordingly, a more meaningful opportunity to meet and confer and propose an appropriate plan for case management in light of that ruling.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that:

1. The case management conference is continued from January 29, 2026 to March 5, 2026, or subsequent date convenient to the Court, at 10:00 a.m.

2. The parties' joint case management statement is due February 26, 2026.

Dated: January 20, 2026

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
KARUN A. TILAK
JESSE E. LANIER
Deputy City Attorneys

By: /s/ *Jesse E. Lanier*
JESSE E. LANIER
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel

By: /s/ Bill Nguyen
BILL NGUYEN
Deputy County Counsel

KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-Mail:       tony.lopresti@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

ROI I. LUSK
City Attorney

By: /s/ Regina L. Nassen
REGINA L. NASSEN, Ariz. Bar No. 014574*
Principal Assistant City Attorney

Tucson City Attorney's Office
255 W. Alameda, 7th Floor
P.O. Box 27210
Tucson, Arizona 85726-7210
Telephone: (520)837-4207
Facsimile: (520)623-9803
E-Mail: regina.nassen@tucsonaz.gov

ERIN B. BERNSTEIN, SBN 231539
PRIANKA MUNGALE, SBN 348165
Bradley Bernstein Sands, LLP
1212 Broadway, Suite 1100
Oakland, California 94612
Telephone: (510)380-5801
E-Mail: ebernstein@bradleybernstein.com

Attorneys for Plaintiff
CITY OF TUCSON

*Admitted pro hac vice

HEATHER FERBERT, SBN 246759
City Attorney

By: */s/ Jennifer Martin*
JENNIFER MARTIN
Deputy City Attorney

JEAN JORDAN, SBN 155009
Acting Assistant City Attorney
JULIE RAU, SBN 317658
Lead Deputy City Attorney
JENNIFER MARTIN, SBN 322048
Deputy City Attorney
1200 Third Avenue, Suite 1620
San Diego, CA 92101
Telephone:    (619) 236-6220
Facsimile:    (619) 236-7215
E-Mail:       Jrau@sandiego.org
              MartinJM@sandiego.org

Attorneys for Plaintiffs
CITY OF SAN DIEGO

CRAIG H. MISSAKIAN
United States Attorney

By: */s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys For Defendants

**FILER'S ATTESTATION**

I, JESSE E. LANIER, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 5, 2026, I hereby attest that the other above-named signatories concur in this filing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

**[PROPOSED] ORDER**

Good cause having been shown, the Court GRANTS the parties' Stipulation to Continue the Case Management Conference to March 5, 2026 at 10:00 a.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco. The parties' joint case management statement will be due February 26, 2026.

**IT IS SO ORDERED.**

Dated: _____        _____
                             HON. JAMES DONATO
                             United States District Judge
                             U.S. District Court, Northern District of California