DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail: Jesse.Lanier@sfcityatty.org
        Karun.Tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | Case No. 3:25-cv-09277-JD<br><br>**JOINT STATUS REPORT**<br><br>Judge:      Hon. James Donato<br>Place:      Courtroom 11, 19th Floor<br><br>Date Filed: October 28, 2025<br>Trial Date: Not Set |

Pursuant to the Court's Order dated January 21, 2026 (ECF No. 49), the Parties to the above-captioned matter have met and conferred and submit this Joint Status Report.

The Parties propose the following case schedule.

| Date | Case Event |
|---|---|
| March 20, 2026 | Production of administrative record |
| April 17, 2026 | **Plaintiffs'** motion for summary judgment |
| May 15, 2026 | **Defendants'** cross motion for summary judgment and opposition to Plaintiffs' motion for summary judgment |
| June 12, 2026 | **Plaintiffs'** opposition to Defendants' cross motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment |
| July 10, 2026 | **Defendants'** reply in support of Defendants' cross motion for summary judgment |
| August 20, 2026 | **Hearing** on summary judgment[1] |

The Parties agree that this case is appropriately resolved on cross-motions for summary judgment.

Dated: February 4, 2026

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
KARUN A. TILAK
JESSE E. LANIER
Deputy City Attorneys

By:  /s/ *Jesse E. Lanier*
JESSE E. LANIER
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

---

[1] It is Defendants' position that the cross-motions for summary judgment can be submitted for decision by the Court without oral argument.

TONY LOPRESTI, SBN 289269
County Counsel

By: */s/ Bill Nguyen*
BILL NGUYEN
Deputy County Counsel

KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:   (408) 299-5900
Facsimile:   (408) 292-7240
E-Mail:   bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

ROI I. LUSK
City Attorney

By: */s/ Regina L. Nassen*
REGINA L. NASSEN, Ariz. Bar No. 014574*
Principal Assistant City Attorney

Tucson City Attorney's Office
255 W. Alameda, 7th Floor
P.O. Box 27210
Tucson, Arizona 85726-7210
Telephone: (520)837-4207
Facsimile: (520)623-9803
E-Mail: regina.nassen@tucsonaz.gov

ERIN B. BERNSTEIN, SBN 231539
PRIANKA MUNGALE, SBN 348165
Bradley Bernstein Sands, LLP
1212 Broadway, Suite 1100
Oakland, California 94612
Telephone: (510)380-5801
E-Mail: ebernstein@bradleybernstein.com

Attorneys for Plaintiff
CITY OF TUCSON

*Admitted pro hac vice*

HEATHER FERBERT, SBN 246759
City Attorney

By: */s/ Jennifer Martin*
JENNIFER MARTIN
Deputy City Attorney

JEAN JORDAN, SBN 155009
Acting Assistant City Attorney
JULIE RAU, SBN 317658
Lead Deputy City Attorney
JENNIFER MARTIN, SBN 322048
Deputy City Attorney
1200 Third Avenue, Suite 1620
San Diego, CA 92101
Telephone:   (619) 236-6220
Facsimile:   (619) 236-7215
E-Mail:   Jrau@sandiego.org
           MartinJM@sandiego.org

Attorneys for Plaintiffs
CITY OF SAN DIEGO


CRAIG H. MISSAKIAN
United States Attorney

By: */s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

**FILER'S ATTESTATION**

I, JESSE E. LANIER, am the ECF user whose identification and password are being used to file this JOINT STATUS REPORT, I hereby attest that the other above-named signatories concur in this filing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.