CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>     Defendants. | Case No. 3:25-cv-09277-JD<br><br>**CERTIFIED ADMINISTRATIVE RECORD**<br><br>The Honorable James Donato |

Defendants United States Department of Justice ("DOJ"), Pamela J. Bondi in her official capacity ("Bondi"), Office of Community Oriented Policing Services ("COPS"), and Cory D. Randolph in his official capacity ("Randolph," and together with DOJ, Bondi, and COPS, "Defendants"), file the attached Administrative Record for the above-captioned case.

//

//

//

//

//

//

CERTIFIED ADMINISTRATIVE RECORD
No. 3:25-cv-09277-JD                1

DATED:  March 20, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| City and County of San Francisco, *et al.;*<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Justice, *et al.*;<br><br>Defendants. | No. 3:25-cv-9277 |

## DESIGNATION AND CERTIFICATION OF ADMINISTRATIVE RECORD

I, Cory Randolph, Deputy Director of the Office of Community Oriented Policing Services (COPS Office), hereby certify that, to the best of my knowledge (including my personal knowledge and information made available to me in the course of performing my official duties), the materials in the attached Administrative Record constitute a true and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the COPS Office's decision to include the challenged conditions and the funding restriction notice in the COPS Office FY 2025 applicable Notice of Funding Opportunity.

Executed on March 20, 2026, at Washington, D.C.

_____   Digitally signed by CORY
                            RANDOLPH
                            Date: 2026.03.20 15:08:54 -04'00'

Cory Randolph

1

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| City and County of San Francisco, *et al.;*<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Justice, *et al.*;<br><br>Defendants. | No. 3:25-cv-9277 |

**Administrative Record Index**

| Document Title/Description | Bates Number Range |
|---|---|
| **Volume I** | |
| FY 2025 COPS Hiring Program (CHP) NOFO<br><br>https://cops.usdoj.gov/pdf/2025ProgramDocs/chp/nofo.pdf | COPS-AR-0001–COPS-AR-0035 |
| FY 2025 Community Policing Development (CPD) Microgrants (CPD Microgrants) NOFO https://cops.usdoj.gov/pdf/2025ProgramDocs/cpdmicrograms/nofo.pdf | COPS-AR-0036-COPS-AR-0076 |
| **Volume II** | |
| FY 2025 Law Enforcement Mental Health and Wellness Act (LEMHWA) NOFO<br><br>https://cops.usdoj.gov/pdf/2025ProgramDocs/lemhwa/nofo.pdf | COPS-AR-0077 COPS-AR-0112 |
| FY 2025 Safer Outcomes: Enhancing De-Escalation and Crisis Response Training for Law Enforcement (Safer Outcomes) NOFO<br><br>https://cops.usdoj.gov/pdf/2025ProgramDocs/saferoutcomes/support_nofo.pdf | COPS-AR-0113-COPS-AR-0147 |
| **Volume III** | |
| FY 2025 COPS Hiring Program Application Resource Guide<br><br>https://cops.usdoj.gov/pdf/2025ProgramDocs/GAD_Resource_Guide.pdf | COPS-AR-0148-COPS-AR-0183 |
| FY 2025 Resource Guide for Community Policing Advancement (CPA) Programs | COPS-AR-0184- |

1

| | |
|---|---|
| https://cops.usdoj.gov/pdf/2025ProgramDocs/CPA_Resource_Guide.pdf | COPS-AR-0227 |
| **Volume IV** | |
| City and County of San Francisco's FY 2025 CHP application | COPS-AR-0228-<br>COPS-AR-0275 |
| City and County of San Francisco's FY 2025 CHP award package | COPS-AR-0276-<br>COPS-AR-0292 |
| County of Santa Clara's FY 2025 LEMHWA application | COPS-AR-0293-<br>COPS-AR-0338 |
| County of Santa Clara's FY 2025 LEMHWA award package | COPS-AR-0339-<br>COPS-AR-0355 |
| City of San Diego's FY 2025 CHP application | COPS-AR-0356-<br>COPS-AR-0405 |
| City of San Diego's FY 2025 CHP award package | COPS-AR-0406-<br>COPS-AR-0422 |
| City of San Diego's FY 2025 Safer Outcomes application | COPS-AR-0423-<br>COPS-AR-0458 |
| City of San Diego's FY 2025 Safer Outcomes award package | COPS-AR-0459-<br>COPS-AR-0474 |
| City of Tucson's FY 2025 CPD Microgrants application | COPS-AR-0475-<br>COPS-AR-0518 |
| City of Tucson's FY 2025 CPD Microgrants award package | COPS-AR-0519-<br>COPS-AR-0537 |
| FY 2024 COPS Hiring Program Award Owner's Manual<br>https://cops.usdoj.gov/pdf/2024AwardDocs/chp/AOM.pdf | COPS-AR-0538-<br>COPS-AR-0631 |
| U.S. Department of Justice's Certified Standard Assurances<br>https://www.ojp.gov/sites/g/files/xyckuh241/files/media/document/standardassurances.pdf | COPS-AR-0632-<br>COPS-AR-0634 |
| Executive Order 14214 Keeping Education Accessible and Ending Covid-19 Vaccine | COPS-AR-0635- |

2

| | |
|---|---|
| Mandates in Schools – The White House, February 14, 2025. | COPS-AR-0638 |
| Executive Order 14168 Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House, January 20, 2025. | COPS-AR-0639-<br>COPS-AR-0645 |
| Executive Order 14173 Ending Illegal Discrimination And Restoring Merit-Based Opportunity – The White House, January 21, 2025. | COPS-AR-0646-<br>COPS-AR-0652 |
| Executive Order 14189 Celebrating America's 250th Birthday – The White House, January 29, 2025. | COPS-AR-0653-<br>COPS-AR-0657 |
| Executive Order 13933 https://www.federalregister.gov/documents/2020/07/02/2020-14509/protecting-american-monuments-memorials-and-statues-and-combating-recent-criminal-violence, July 2, 2020. | COPS-AR-0658-<br>COPS-AR-0664 |

3