CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-09277-JD<br><br>**CERTIFIED ADMINISTRATIVE RECORD: VOLUME IV**<br><br>The Honorable James Donato |

**Standard Applicant Information**

**Project Information**

| Project Title | Proposed Project Start Date | Proposed Project End Date |
|---|---|---|
| FY25 COPS Hiring Program | 10/1/25 | 9/30/30 |
| **Federal Estimated Funding (Federal Share)** | **Applicant Estimated Funding (Non-Federal Share)** | **Program Income Estimated Funding** |
| 6250000.0 | 18064100 | 0.0 |
| **Total Estimated Funding** | | |
| 24314100 | | |

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

**Type Of Applicant**

**Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

**Type of Applicant 2: Select Applicant Type:**

B: County Government

**Type of Applicant 3: Select Applicant Type:**

‗‗‗

**Other (specify):**

‗‗‗

**Application Submitter Contact Information**

**Application POC Prefix Name**

‗‗‗

| Application POC First Name | Application POC Middle Name | Application POC Last Name |
|---|---|---|
| Fannie | ‗‗‗ | Yeung |

**Application POC Suffix Name**

‗‗‗

| Organizational Affiliation | Title | Email ID |
|---|---|---|
| ‗‗‗ | Grants Manager | (b) (6) |
| **Phone Number** | **Fax Number** | |

COPS-AR-0228

(b) (6)

‾‾‾‾

**ORINumber**

‾‾‾‾

**Executive Order and Delinquent Debt Information**

Is Application Subject to Review by State Under Executive Order 12372? ★

a. This application was made available to the State under the Executive Order 12372 Process for review on: **State Review Available Date**

06/20/2025

---

**Is the Applicant Delinquent on Federal Debt?**

No

**SF424 Attachments  (4)**

| | Name | Date Added |
|---|---|---|
| | manifest.txt | 9/30/25 |
| | Form SF424_4_0-V4.0.pdf | 6/20/25 |
| | SF424_4_0-1234-California US Districts.docx | 6/20/25 |
| | GrantApplication.xml | 6/20/25 |

## Authorized Representative

| **Law Enforcement Executive Information** | **Government Executive Information** |
|---|---|
| **Title** | **Title** |
| SFPD Interim Chief of Police | Chief Financial Officer |
| **Prefix Name** | **Prefix Name** |
| ‾‾‾‾ | ‾‾‾‾ |
| **First Name**  **Middle Name**  **Last Name** | **First Name**  **Middle Name**  **Last Name** |
| Paul     ‾‾‾‾     Yep | Kimmie     ‾‾‾‾     Wu |
| **Suffix Name** | **Suffix Name** |
| ‾‾‾‾ | ‾‾‾‾ |

COPS-AR-0229

## Verify Legal Name, Doing Business As, and Legal Address

**Legal Name**                                    **Doing Business As**
**CITY & COUNTY OF SAN FRANCISCO**

**DUNS**                                          **UEI**
**120802983**                                     **SRZKDWN293M2**

**Legal Address**
**Street 1**
1245 3RD ST
**Street 2**
FL 6

| City | State | Zip/Postal Code |
|------|-------|-----------------|
| SAN FRANCISCO | CA | 94158 |

| CongressionalDistrict | Country |
|-----------------------|---------|
| 11 | USA |


**Certification**

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.


1. If this information is correct confirm/acknowledge to continue with completion of this application.


**I confirm this is the correct entity.**

**Signer Name**
FANNIE YEUNG

**Certification Date / Time**
06/27/2025 03:39 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
     a. Contact your Entity Administrator.
     b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.


3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.


**Proposal Abstract**

**Data Requested with Application**

    ⌄ **CHP NOFO FY2025**

    Agency Eligibility

        1. Type of Agency (check one)

        Law Enforcement

COPS-AR-0230

1a. From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities:

Municipal Police

2. Are you a state or local governmental entity applying for this funding opportunity?

Yes

2a. If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.  For additional information, please see the appendices in the FY 2025 CHP Application Resource Guide.

Yes

3. Please indicate if your jurisdiction is primarily considered rural, urban or suburban.

Urban

Instructions:  We will ask you several questions about your law enforcement agency operations and authority to determine your eligibility to apply for a COPS Hiring Program (CHP) award. Please note that CHP applicants must have a law enforcement agency that is operational by the close of this Notice of Funding Opportunity (NOFO) or receive services through an existing contract for law enforcement services or a new contract for law enforcement services that is in place by the close of this NOFO. Applicants must also maintain primary law enforcement authority for the population to be served. In addition, if funds under this program are to be used as part of a written contracting arrangement for law enforcement services (e.g., a town which contracts with a neighboring sheriff's office to receive services), the government agency wishing to receive law enforcement services must be the legal applicant in this application.  A law enforcement agency is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget.  4. Is your agency established and currently operational?

Yes

4a. Which of the following best describes your law enforcement agency? (check one)

____

4b. Will your law enforcement agency be operational as of the closing date of this NOFO?

____

4c. Has your jurisdiction passed legislation which authorizes the creation of a new law enforcement agency?

____

5. If awarded, does your agency plan to use funds awarded under this award to establish or supplement a written contract for law enforcement services (e.g., a town contracting for services with a nearby sheriff's department)?

No

Instructions: An agency may apply for funds under this program to be used as part of a written contracting arrangement for law enforcement services (e.g., a town which contracts with a neighboring sheriff's department to receive services). However, the agency wishing to receive law enforcement services must be the legal applicant in this application (although we will ask you to supply some information about the contract service provider later). Important Note: Two entities involved in a contracting relationship may not separately apply for funding to support the same officer position(s).  5a. Is the legal applicant listed in this COPS Hiring Program (CHP) application and on the SF-424 the entity that will be receiving law enforcement services?

____

5b. What is the legal name of the law enforcement agency that will be providing law enforcement services to your jurisdiction?

____

Instructions: An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only: respond to or investigate specific type(s) of crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support or only some combination of these. 6. Based on the definition above, does your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services have primary law enforcement authority for the population to be served?]

Yes

7. Please select your U.S. Attorney's District Office from the below drop-down options.

California, Northern

COPS-AR-0231

Executive & Contact Information

Please provide the name and contact information for the highest-ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest-ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g., executive director, chief executive officer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. 8a. Title:

Interim Chief of Police

8b. First name:

Paul

8c. Last name:

Yep

8d. Phone:

(b) (6)

8e. Email address:

(b) (6)

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Instructions for Government Agencies: For law enforcement agencies, this is the highest-ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent). Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. 9a. Title:

Chief Financial Officer

9b. First name:

Kimmie

9c. Last name:

Wu

9d. Phone:

(b) (6)

9e. Email address:

(b) (6)

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information. 10a. Title:

Grants Manager

10b. First name:

Fannie

10c. Last name:

Yeung

10d. Phone:

(b) (6)

COPS-AR-0232

10e. Email address:

(b) (6)

CHP Officer Request

Instructions: Number of actual sworn officers employed by your agency as of the date of this application. The actual number of sworn officer positions is the actual number of sworn positions employed by your agency as of the date of this application. Do not include funded but currently vacant positions or unpaid positions.

——

11a. Full-Time:

1896

11b. Part-Time:

——

Instructions: Enter the Budgeted Sworn Force Strength as of the date of application (the current fiscal year) below. The budgeted number of sworn officer positions is the number of sworn positions funded in your agency's budget, including funded but frozen positions, as well as state, Bureau of Indian Affairs, or locally funded vacancies. Do not include unfunded vacancies or unpaid/reserve officers. Do not include non-sworn personnel such as dispatch, court personnel, correctional officers, or police technicians. For agencies currently funded by a COPS Hiring Program (CHP) award, do not include in your budgeted force strength any COPS-funded officers whose salaries are currently being covered by the 36-months of COPS funding. Number of budgeted sworn officers as of the date of this application, using instructions above. 12a. Full-Time:

2337

12b. Part-Time:

——

13. Is your agency operating below its current budgeted sworn force strength?

Yes

Understaffed Law Enforcement Agencies Operating Below Budgeted Strength Instructions: A law enforcement agency operating below its budgeted strength is eligible to apply for funding under CHP so long as the applicant attests that awarded funds will be used in compliance with the nonsupplanting requirement and not used to supplant state, local, or Bureau of Indian Affairs funds that are already budgeted for sworn law enforcement officer positions.

——

13a. By checking the box, the applicant attests that awarded funds will be used in compliance with the nonsupplanting requirement and not used to supplant (replace) state or local funds, or, in the case of Indian Tribal governments, funds supplied by the Bureau of Indian Affairs that are already budgeted for sworn law enforcement officer positions.

true

Instructions: Number of budgeted civilian positions as of the date of this application using instructions above. 14a. Full-Time:

695

14b. Part-Time:

——

Instructions: The following section will ask about the "population served" by your jurisdiction. The crime data you will enter in this application will be based on crimes occurring among the "actual population served". Population served counts must not be adjusted upward to account for daytime business/shopping visitors, highway traffic passing through a jurisdiction, nor should it include annual visitor totals. Parks and transit agencies should report average daily visitors/riders rather than annual totals. This may or may not be the same as your census population. For example, a service population may be the census population minus incorporated towns and cities that have their own law enforcement agency within your geographic boundaries. An agency with primary law enforcement authority is defined as having first responder responsibility to calls for service for all types of criminal incidents within its jurisdiction.  15. What is the actual population your department serves as the primary law enforcement entity?

827526

COPS-AR-0233

16. Enter the total population of the government entity applying for this award using the latest census estimate available at https://data.census.gov. If the population of the entity applying for this award is not represented by census figures (e.g. colleges, special agencies, school police departments), please indicate the size of the population as of the latest available estimate.

827526

16a. If applicable, please explain why the "population served" differs from the population of the government entity (from census figures or other estimates). [Please limit your response to a maximum of 125 words.]

——

Instructions:  Agencies should apply for the number of officer positions necessary to support their proposed community policing strategy. CHP awards cover up to 75 percent of the entry-level salary and fringe benefits for each approved position up to a maximum of $125,000 total for each position over three years. Note: this is NOT $125,000 per year, rather, it is $125,000 spread over three years for each position. There is a minimum 25 percent local cash match (cost share) requirement unless a waiver is approved. Any additional costs for higher than entry-level salaries and fringe benefits will be the responsibility of the recipient agency. Please keep in mind that there is a 12-month retention requirement for each officer position funded. See NOFO document for full details.  The number of officers you request cannot exceed 20% of your agency's current actual sworn force, with a maximum of 50 officers for any agency. Agencies with fewer than 10 officers may request one officer. The COPS Office will fund as many positions as possible for successful applicants; however, the number of officer positions requested by an agency may be reduced based on the availability of funding and other programmatic considerations.  IMPORTANT: Please ensure this number matches the number of sworn positions you requested in the detailed budget section of JustGrants.  17. How many entry-level, full-time sworn officer positions is your agency requesting in this application?

50

18. In question 11a, you entered your agency's actual full-time sworn force levels. Please confirm that you are not asking for more than the 20% cap. For example, if you have 1-9 officers on staff, you may request 1 COPS Office-funded officer. If you have 10-14 officers, you may request a maximum of 2 officers. If you have 50 officers, you may request a maximum of 10.

I confirm that we are not asking for more than the 20% cap.

19. Referencing the web-based budget in this NOFO, please indicate if there was increase in sworn office base salary in years 2 and 3. If so, indicate why. (check all that apply)

COLA

——

Step Raises

Yes

Change in benefit costs

——

Not applicable

——

Instructions:  IMPORTANT: Next, your agency must allocate the number of positions requested under each of the three hiring categories described below based on your agency's current needs at the time of this application. Be mindful of your agency's ability to fill and retain the officer positions awarded, while following your agency's established hiring policies and procedures. CHP awards will be made for officer positions requested in each of the three hiring categories, and recipients are required to use awarded funds for the specific categories awarded.  It is imperative that your agency understand that the COPS Office statutory nonsupplanting requirement mandates that award funds may only be used to supplement (increase) a recipient's law enforcement budget for sworn officer positions and may not supplant (replace) state, local, or tribal funds that a recipient otherwise would have spent on officer positions if it had not received an award. This means that if your agency plans to:  (a) Hire new officer positions (including filling existing vacancies that are no longer funded in your agency's budget): It must hire these new additional positions on or after the official award start date, above its current budgeted (funded) level of sworn officer positions, and otherwise comply with the nonsupplanting requirement as described in detail in the award owner's manual.  (b) Rehire officers who have been laid off by any jurisdiction as a result of state, local, or tribal budget reductions: It must rehire the officers on or after the official award start date, maintain documentation showing the date(s) that the positions were laid off and rehired, and otherwise comply with the nonsupplanting requirement as described in detail in the award owner's manual.  (c) Rehire officers who are (at the time of application) currently scheduled to be laid off (by your jurisdiction) on a specific future date as a result of state, local, or tribal budget reductions: It must continue to fund the officers with its own funds from the award start date until the date of the scheduled layoff (for example, if the CHP award start date is September 1 and the layoffs are scheduled for November 1, then the CHP funds may not be used to fund the officers until November 1, the date of the scheduled layoff); identify the number and date(s) of the scheduled layoff(s) in this application (see below); maintain documentation showing the date(s) and reason(s) for the layoff; and otherwise comply with the nonsupplanting requirement as described in detail in the award owner's manual. [Please note that as long as your agency can document the date that the layoff(s) would occur if CHP funds were not available, it may transfer the officers to the CHP funding on or immediately after the

COPS-AR-0234

date of the layoff without formally completing the administrative steps associated with a layoff for each individual officer.] Documentation that may be used to prove that scheduled layoffs are occurring for local economic reasons that are unrelated to the availability of CHP award

funds may include (but are not limited to) council or departmental meeting minutes, memoranda, notices, or orders discussing the lay-offs; notices provided to the individual officers regarding the date(s) of the lay-offs; or budget documents ordering departmental or jurisdiction-wide budget reductions. These records must be maintained with your agency's CHP award records during the award period and for three years following the date of the submission of the final expenditure report in the event of an audit, monitoring, or other evaluation of your award compliance. If your agency's request is funded, your agency will have the opportunity after the award announcement to request an award modification to move awarded funding into the category or categories that meet your agency's law enforcement needs at that time (including updating the dates of future scheduled layoffs).

_____

Category A: New, additional officer positions (including filling existing vacancies no longer funded in your agency's budget). 20a. Category A Request:

50

Category B: Rehire officers laid off (from any jurisdiction) as a result of state or local budget reductions. 20b. Category B Request:

_____

Category C: Rehire officers scheduled to be laid off (at the time of the application) on a specific future date as a result of state or local budget reductions. 20c. Category C Request:

_____

Instructions: We also need some information about when the layoff of officers in this category is scheduled to occur. In the space below, please indicate when the officer(s) specified in this category are scheduled to be laid off. 21a. Number of Officers:

_____

21b. Date these officers are scheduled to be laid off:

_____

21c. Number of Officers:

_____

21d. Date these officers are scheduled to be laid off:

_____

21e. Number of Officers:

_____

21f. Date these officers are scheduled to be laid off:

_____

21g. Number of Officers:

_____

21h. Date these officers are scheduled to be laid off:

_____

22. Since your agency plans to use CHP funds to rehire officers who are currently scheduled to be laid off on a future date (under Category C above), please certify (by checking the appropriate boxes) to the following Certification:

My agency has and will maintain documentation showing the date(s) of the scheduled lay-off(s) and demonstrating that the scheduled lay-off(s) is/are occurring for fiscal reasons that are unrelated to the availability or receipt of CHP award funds.

_____

My agency will use its own funds to continue funding these officers until the scheduled date(s) of the lay-off(s) and will use CHP funds to rehire these officers only on or after the scheduled date of the lay-off(s).

_____

My agency recognizes that the CHP program provides funding based on our entry-level salary and benefits package and that any additional costs for rehired officers beyond entry-level are our responsibility to pay with other sources of funding.

_____

COPS-AR-0235

Instructions: Although hiring military veterans as new hires is not an award requirement, applicants who commit to hiring or rehiring at least one military veteran will receive additional consideration for CHP funding. If your agency checks "yes" to the question below, your agency will be required to maintain documentation that it made every effort possible (consistent with your internal procedures and policies) to hire at least one military veteran. Under this NOFO, a military veteran is defined as a person who served in the active military, naval, or air service, and who was discharged or released there from under conditions other than dishonorable. 23. Does your agency commit to hire and/or rehire at least one military veteran (as defined in the Application Guide) for the officer position(s) you have requested?

No

23a. If Yes, how many position(s)?

____

24. Is your agency requesting that all or some of these officer positions will be deployed as school resource officers (SRO's)?

No

SRO Instructions: If your agency requests officers to be deployed as school resource officers (SRO), please do not request more officer positions than your agency can expect to deploy in this capacity. According to the COPS Office statute, a school resource officer is "a career law enforcement officer, with sworn authority, deployed in community-oriented policing, and assigned by the employing police department or agency to work in collaboration with schools and community-based organizations— (A) to address crime and disorder problems, gangs, and drug activities affecting or occurring in or around an elementary or secondary schools; (B) to develop or expand crime prevention efforts for students; (C) to educate likely school-age victims in crime prevention and safety; (D) to develop or expand community justice initiatives for students; (E) to train students in conflict resolution, restorative justice, and crime awareness; (F) to assist in the identification of physical changes in the environment that may reduce crime in or around the school; and (G) to assist in developing school policy that addresses crime and to recommend procedural changes." 34 U,.S.C. 10389(4). There must be an increase in the level of community policing activities performed in and around primary or secondary schools in the agency's jurisdiction as a result of the award. The time commitment of the funded officers must be above and beyond the amount of time that the agency devoted to the schools before receiving the award.  The COPS Office recommends that an SRO have a minimum of three years of experience as a police officer. Because COPS Office funds must be used for entry level positions, you may deploy experienced police officers to serve as SROs and implement the community policing strategy after hiring the additional entry-level officers with COPS Office award funds. The COPS Office award funds must be used for the newly hired/rehired/scheduled to be laid off position and not that of the veteran/experienced officer.  Recipients using CHP funding to hire or deploy SROs into schools must submit to the COPS Office a signed memorandum of understanding (MOU) between the law enforcement agency and the school partner(s) before obligating or drawing down funds under this award. An MOU is not required at the time of application; however, if the law enforcement agency already has an MOU in place that is applicable to the partnership, the MOU can be uploaded as an attachment in the section of the application titled "MOUs and other Supporting Documents".  The MOU must contain the following: the purpose of the MOU; clearly defined roles and responsibilities of the school district and the law enforcement agency focusing officers' roles on safety, information sharing, supervision responsibility; chain of command for the SRO; and signatures. If awarded, a recipient must submit an MOU to the COPS Office within 90 days from the date shown on the award congratulatory letter. Implementation of the CHP award without submission and acceptance of the required MOU may result in expenditures not being reimbursed by the COPS Office and/or award de-obligation.

____

24a. If Yes, how many of your requested positions in this application will be deployed as school resource officers (SROs)?

____

25. For tribal applicants in Alaska only: Check the box below if you are requesting funds for an entry-level career law enforcement Village Police Officer or entry-level career law enforcement Tribal Police Officer.

false

Community Policy Strategy 1

Instructions for Community Policing Strategy: COPS Office funding must be used to reorient the mission and activities of law enforcement agencies through initiating community policing or enhancing their involvement in community policing with the officers hired under this award program or an equal number of veteran officers who have been redeployed to implement this plan after hiring the entry-level COPS Office-funded officers. If awarded funds, your narrative responses in the text boxes below will constitute your agency's community policing strategy under this award. Your organization may be audited or monitored to ensure that it is initiating or enhancing community policing in accordance with this strategy. The COPS Office may also use this information to understand the needs of the field, and potentially provide for training, technical assistance, problem solving and community policing implementation tools. Please note that the COPS Office recognizes that your COPS Office-funded officer(s) (or an equal number of veteran officers who are redeployed after hiring the entry-level COPS Office funded officers) will engage in a variety of community policing activities and strategies, including participating in some or all aspects of your identified community policing strategy. Your community-policing strategy may be influenced and impacted by others within and outside of your organization; this is considered beneficial to your community policing efforts. At any time during your award period, you should be prepared to demonstrate (1) the community policing activities engaged in prior to the award that are detailed in this application and (2) how the award funds and award-funded officers (or an equal number of redeployed veteran officers) were specifically used to enhance (increase) or initiate community policing activities according to your community policing strategy contained in this application. Community policing needs may

COPS-AR-0236

change during the life of your award. Minor changes to this strategy may be made without prior approval of the COPS Office; however, the recipient will be required to report on progress or changes to the community policing strategy (if any) through required progress reports. If your agency's community policing strategy changes significantly, you must submit those changes to the COPS Office for approval. Changes are significant if they deviate from the specific crime problems originally identified and approved in the community policing strategy submitted with the application. In some cases, in reviewing progress reports, the COPS Office may identify significant changes in community policing strategies that require explanation and request for approval.  Applicants that choose problem areas that receive additional priority consideration will not be able to change from these problem/focus areas if awarded CHP funding. The following is the COPS Office definition of community policing that emphasizes the primary components of community partnerships, organizational transformation, and problem solving. Please refer to the COPS Office web site (https://cops.usdoj.gov) for further information regarding this definition. Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem solving techniques to proactively address the immediate conditions that give rise to public safety issues, such as violent crime, non-violent crime, and fear of crime. The COPS Office has developed the following list of primary sub-elements of community policing. Please refer to the COPS Office web site Community Policing Defined publication for further information regarding these sub-elements. Community Partnerships: Collaborative partnerships between the law enforcement agency and the individuals and organizations they serve to both develop solutions to problems and increase trust in police. Other Government Agencies Community Members/Groups Non-Profits/Service Providers Private Businesses Media Organizational Transformation: The alignment of organizational management, structure, personnel and information systems to support community partnerships and proactive problem solving efforts. Agency Management Climate and culture Leadership Labor relations Decision-making Strategic planning Policies Organizational evaluations Transparency Organizational Structure Geographic assignment of officers Despecialization Resources and finances Personnel Recruitment, hiring and selection Personnel supervision/evaluations Training Information Systems (Technology) Communication/access to data Quality and accuracy of data Problem Solving: The process of engaging in the proactive and systematic examination of identified problems to develop effective responses that are rigorously evaluated. Scanning: Identifying and prioritizing problems Analysis: Analyzing problems Response: Responding to problems Assessment: Assessing problem-solving initiatives Using the Crime Triangle to focus on immediate conditions (Victim/Offender/Location)

——

Instructions for Current Organizational Commitment to Community Policing:  For each of the following statements, please answer in terms of existing agency policies and practices as they relate to collaborative partnerships and problem-solving activities. (Check all that apply)  26. Which of the following internal management practices does your agency currently employ? (check all that apply)

Assignment of officers to specific neighborhoods or areas for longer periods of time to enhance customer service and facilitate more contact between police and citizens.

Yes

Assignment of officers to geographic hot spots that are defined statistically by creating incident maps to identify geographic clustering of crime and disorder.

Yes

Early Intervention Systems that help identify officers who may be showing signs of stress, personal problem, and questionable work conduct.

Yes

None of the above.

——

27. Which of the following do you count/measure to annually assess your agency's overall performance? (check all that apply)

Response times

Yes

Problem solving outcomes

Yes

Department employee satisfaction

Yes

Reduction of crime in identified hot spots

Yes

Social disorder/nuisance problems (e.g., graffiti, panhandling, loitering)

Yes

Satisfaction with police services

COPS-AR-0237

Yes

Fear of crime

Yes

Victimization (i.e, non-reported crime)

Yes

Community meetings held/attended

Yes

Use of force incidents

Yes

Meeting the priorities as identified in your agency strategic plan

Yes

My agency does not conduct annual assessments of overall performance

‾‾‾

28. Through which of the following does your agency routinely share information with community members? (check all that apply)

COPS-AR-0238

Neighborhood, beat, and/or school meetings

Yes

Local media outlets

Yes

Agency newsletter

Yes

Neighborhood newsletters

Yes

Agency website

Yes

Social networking (Blogs, Twitter feeds, Facebook pages, etc.)

Yes

Citizen alert system (telephone, email, text, etc.)

Yes

Citizen alert system that is geographically targeted, based on updated hot spots

Yes

Public access television/radio

Yes

Community organization board membership

Yes

Public forums with chief/sheriff/command staff

Yes

Posters, billboards, flyers

Yes

None of the above

_____

29. Through which of the following ways does your agency formally involve community members in influencing agency practices and operations? (check all that apply)

Citizen police academies

Yes

Volunteer activities

Yes

Auxiliary police programs

Yes

Civilian review boards (i.e. disciplinary review boards)

Yes

Citizen advisory groups (i.e. informal advisory function)

Yes

COPS-AR-0239

Involvement in hiring decisions (interview panels, selection boards, etc.)

____

Involvement in contributing to annual line officer performance reviews

____

Representation on promotional boards

____

Participation in accountability and performance reporting and tracking meetings

Yes

Participation in complaint resolution process (formal mediation, disciplinary boards, etc.)

Yes

None of the above

____


Instructions for Proposed Common Sense Policing Strategy: Problem Solving and Partnerships COPS Office awards must be used to initiate or enhance community policing activities with either the newly hired officers funded by this award program or an equivalent number of veteran officers who are redeployed to implement this community policing strategy after hiring the additional entry-level officers with COPS Office award funds. In this section you will be asked to identify the crime and disorder problem or a focus area and the partners to be engaged through your requested COPS Office funding. Identifying the specific problem/focus area and partnerships that your agency plans to focus on is important to ensure that you satisfy the requirements for COPS Office funding under this program and to ensure that ultimately the additional award-funded officers (or equivalent number of redeployed veteran officers) will initiate or enhance your agency's capacity to implement community policing strategies and approaches. Using the following list, select a problem/focus area that will be addressed by the officers requested in this application. Please choose the option that best fits your problem. You may only select one problem/focus area to address through this award funding. When identifying a problem, it is important to think about the nature of similar incidents that taken together comprise the problem and accordingly describe it in precise, specific terms (e.g. "robbery of retail establishments", rather than just "robbery"). In doing this, it can be helpful to consider all aspects of the problem, including the likely offenders, the suitable targets/victims, and how these come together in time and space. Additional consideration will be given to applicants who propose a community-based approach to one of the five following problem/ focus areas. Applicants who choose one of the common sense policing problems or priority focus areas listed here must devote 100% of their funded positions to that focus area, and will not be allowed to change their choice once the award has been issued. Violent Crime - Applicant will employ common sense policing strategies to address a range of violent crime problems. Applicants committed to aggressively enforcing gun laws, human trafficking, criminal gangs, drug manufacturing/dealing/trafficking, dismantling gangs, street crews, and drug networks, or cracking down on the open use of illegal drugs subcategory will receive additional consideration. Squatting and Encampment Enforcement - Applicants will focus on ending squatting by collaborating with federal law enforcement/task forces to end the epidemic of squatters and public encampments that create safe havens for drugs, crime, and human trafficking.   Homeland & Border Security - Applicants will cooperate with federal law enforcement to combat illegal immigration (e.g., information sharing, 287(g) partnerships, task forces, and honoring detainers), protecting critical infrastructures, and information/intelligence problems. Nuisance Abatement and Quality of Life - Applicants will focus on aggressive and strict enforcement of nuisance abatement and blight including, among other things, petty larceny, and criminal damage to property.   School Based Policing - Applicants will focus on deploying School Resource Officers (SRO) to protect elementary or secondary schools, expand crime prevention efforts, identify changes to reduce crime in and around schools, and other activities to increase school safety.

____


30. Problem/Focus Area

LE_CPStPSPCrack

30a. Describe the problem/focus area you have selected above (i.e. location, severity, type of crime [if applicable], impact of issue on community).  [Please limit your response to a maximum of 125 words.]

The CHP grant will assist SFPD in hiring additional officers which will improve the capacity of SFPD to address one of San Franciscans' most concerning crime problems – drug dealing/trafficking and open use of drugs. As in most major cities, drug dealing has existed for many decades in San Francisco, with the occasional open drug use, concentrated into two primary neighborhoods. That open drug use skyrocketed in the early 2020s along with the many individuals in the streets experiencing the effects, in particular of opioids. San Francisco has seen some improvement in some neighborhoods, while displacement has taken over other neighborhoods. Meanwhile, SFPD is understaffed by approximately 500 sworn personnel, making multi-site operations much more difficult.

30b. Please include the number of aggravated assaults with a firearm in your jurisdiction during the last calendar year (2024):

____

COPS-AR-0240

Please include the number of reported shootings in your jurisdiction during the last two years (2024 and 2023). 30c. Number of Reported Shootings (2024):

____

30d. Number of Reported Shootings (2023):

____

31. Which of the following information sources did you use to prioritize this problem/focus area as a problem/focus area to address through this award program (check all that apply):

Police department data (e.g. police reports, calls for service, crime data, citizen complaints)

Yes

Agency personnel (e.g. officer feedback, command staff priorities)

Yes

Other local non-law enforcement government agency data

Yes

Community based organizations (e.g. faith based, non-profits, social service providers)

Yes

Local businesses

Yes

Individual community members/community meetings

Yes

Community survey

Yes

Local government officials

Yes

None of the above

____

32. If awarded funds, my agency will improve our understanding of this problem/focus area by examining (check all that apply):

COPS-AR-0241

Routinely collected law enforcement data/information related to the problem (e.g. arrest, incident reports, calls for service)

Yes

The location and/or time aspects of the problem/focus area (e.g. mapping)

Yes

The conditions and environmental factors related to the problem/focus area

Yes

The strengths and limitations of current responses to the problem/focus area

Yes

Non-law enforcement data/information related to the problem/focus area (e.g. insurance crash data, other government agency data, census data, survey data)

Yes

Existing research and best practices related to the problem/focus area

Yes

Data/information from the community related to the problem/focus area (e.g. resident associations, business groups, non-profit community service organizations)

Yes

Information about offenders contributing to the problem/focus area (e.g. offender interview, arrest records)

Yes

Information about victims affected by the problem/focus area (e.g. crime reports, victim interviews)

Yes

Strengths and weaknesses of previous responses to the problem/focus area

Yes

None of the above

____

33. If awarded funds my agency will use the following information sources to assess our response to this problem/focus area to determine whether the response was implemented and achieved the desired outcomes (check all that apply):

Routinely collected law enforcement data/information related to the problem/focus area (e.g. arrests, incident reports, calls for service)

Yes

Data/information regarding whether the response was implemented as planned

Yes

Police data collected for this specific problem/focus area (e.g. problem-specific surveys, field interview contact cards)

Yes

Non-police data/information related to the problem/focus area(e.g. insurance crash data, other government agency data, census data, survey data)

Yes

Data/information from the community related to the problem/focus area (e.g. resident associations, business groups, non-profit community service organizations)

Yes

Information about offenders contributing to the problem/focus area (e.g. offender interview, arrest records, probation/parole data)

Yes

COPS-AR-0242

Yes

Information about victims and/or stake holders affected by the problem/focus area (e.g. crime reports, victim interviews)

Yes

None of the above

——

34. To the best of your ability at this time, please select from the below list what your primary goals are in responding to your selected problem/focus area (select up to 3):

Reducing the number of incidents

Yes

Increasing public trust in your agency

——

Reducing the seriousness of the incidents or the amount of harm

Yes

Reducing the number of victims and repeat victims

——

Reducing the number of offenders and repeat offenders

Yes

Getting other agencies and stake holders to assume responsibility for the problem/focus area

——

Improving the response to the problem/focus area (i.e. more comprehensive and coordinated way of dealing with the problem/focus area, providing better services to victims, or greater efficiency in dealing with the problem/focus area)

Yes

Improving citizen perceptions of the problem/focus area

——

None of the above

——

35. An important part of a comprehensive community policing strategy is the formation of partnerships, such as working with other public agencies, private organizations, or participation in regional law enforcement partnerships. If awarded funds, will your agency and the award funded officers (or an equivalent number of redeployed veteran officers) initiate or enhance a partnership with an external group/organization to develop responses to this problem/focus area?

Yes

35a. If yes, how many external groups/organizations will your agency initiate or enhance a partnership with to develop responses to this problem/focus area?

5

Name the most important external groups/organizations that your agency will initiate or enhance a partnership with to develop responses to this problem/focus area (maximum of three partners). Note: you may attach optional letters of this support from any or all of these prospective partners. You will be limited to listing no more than three partners per public safety problem/focus area. 36. Partner Name1:

San Francisco Department of Public Health

36a. For this partner, please indicate the statement that best characterizes this partner:

Local government agencies (non-law enforcement, e.g., probation/parole, parks and recreation, code enforcement)

37. Partner Name2:

COPS-AR-0243

San Francisco Human Services Agency

37a. For this partner, please indicate the statement that best characterizes this partner:

Local government agencies (non-law enforcement, e.g., probation/parole, parks and recreation, code enforcement)

38. Partner Name3:

San Francisco Fire Department - EMS

38a. For this partner, please indicate the statement that best characterizes this partner:

Local government agencies (non-law enforcement, e.g., probation/parole, parks and recreation, code enforcement)


Community Policing Strategy 2

Instructions for Proposed Community Policing Strategy: Organizational Transformation COPS Office awards must be used to initiate or enhance community policing activities. In this section you will be asked to identify the organizational change(s) that your agency plans to focus on through your requested COPS Office funding. Identifying the specific organizational change(s) that your agency plans to focus on is important to ensure that you satisfy the requirements for COPS Office funding under this program, and to ensure that ultimately the use of these funds will initiate or enhance your agency's capacity to implement community policing approaches. If awarded funds, will your agency initiate or enhance any of the following internal changes to personnel management? (Select no more than 2 internal changes to personnel management that will be addressed with these award funds.) 39. Flexibility in officer shift assignments to facilitate addressing specific problems.

true

39a. Please explain.

SFPD will not initiate this activity - it is already in place.

40. Assignment of officers to specific neighborhoods or areas for longer periods of time to enhance customer service and facilitate more contact between police and citizens.

true

40a. Please explain.

SFPD will not initiate this activity - it is already in place.

41. Recruitment and hiring practices that reflect an orientation towards problem solving and community engagement.

true

41a. Please explain.

SFPD will not initiate this activity - it is already in place.

42. In-service training for officers on basic and advanced community policing principles.

true

42a. Please explain.

SFPD will not initiate this activity - it is already in place.

43. Field training officer (FTO) programs that teach and test problem solving, community engagement, and critical thinking skills.

true

43a. Please explain.

SFPD will not initiate this activity - it is already in place.

44. Measure and include non-enforcement proactive community engagement efforts as part of officer performance evaluations.

true

44a. Please explain.

SFPD will not initiate this activity - it is already in place.

45. Early intervention systems that help identify officers who may be showing early signs of stress, personal problems, and questionable work conduct.

true

COPS-AR-0244

45a. Please explain.

SFPD will not initiate this activity - it is already in place.

46. Career development and/or promotional processes (i.e. sergeant exams) that reinforce problem solving and community engagement.

true

46a. Please explain.

SFPD will not initiate this activity - it is already in place.

47. Implement specific programs to improve the safety and wellness of personnel throughout your organization.

true

47a. Please explain.

SFPD will not initiate this activity - it is already in place.

48. None of the above.

true

49. If awarded funds, in addition to the internal changes proposed above, will your agency initiate or enhance screening and counseling programs to identify and prevent the radicalization of applicants and personnel who endorse violent and hateful extremist movements?

No

49a. If Yes, please explain.

___

If awarded funds, will your agency initiate or enhance any of the following internal changes to agency management? (Select up to 2 internal changes to agency management that will be addressed with these award funds.)

___

50. Agency strategic plan that outlines the goals and objectives around community policing and other departmental priorities.

true

50a. Please explain.

SFPD developed and published, in 2018-2022, in collaboration with San Francisco residents, businesses, service providers, activists, and other stakeholders, a community policing Strategic Plan and Community Policing Department Manual. These guiding documents provide clear guidance and specific and actionable steps for officers to take in engaging the community and conducting community problem solving. Using the CHP grant to increase personnel in the Department, SFPD will be able to realize the lofty goals and objectives set out in those documents.

51. Organizational performance measurement systems that include community policing metrics, and conduct annual assessments of agency performance.

false

51a. Please explain.

___

52. Technology systems that provide officers, analysts, and the community better and more timely access to data and information.

false

52a. Please explain.

___

53. Mediation strategies to resolve citizen complaints.

false

53a. Please explain.

___

54. Collection, analysis, and use of crime data and information in support of problem solving goals.

COPS-AR-0245

false

54a. Please explain.

____

55. Formal accreditation process.

false

55a. Please explain.

____

56. System to capture and track problem solving and partnership efforts and activities.

false

56a. Please explain.

____

57. An organizational assessment of community policing.

false

57a. Please explain.

____

58. None of the above.

true

59. Did your agency consult with any of the following groups/organizations on the development of this community policing strategy? (check all that apply)

Local government agencies (non-law enforcement, e.g. probation/parole, parks and recreation, code enforcement)

Yes

Community based organizations (e.g. faith based, community redevelopment groups, social service providers, resident associations)

Yes

Businesses operating in the community

Yes

Tribal law enforcement agencies (outside your jurisdiction)

____

Other Federal, state, or local law enforcement agencies

____

Multi-jurisdictional or regional task forces/partnerships

____

Local educational institutions (schools/colleges/universities)

____

Local government officials

____

Individual stakeholders residing, working or with an interest in the community and/or problem

Yes

None of the above

____

COPS-AR-0246

60. To what extent are there related governmental and/or community initiatives that complement your agency's proposed community policing strategy?

There are a significant number of related initiatives

61. To what extent is there community support in your jurisdiction for implementing the proposed community policing strategy?

High level of support

62. If awarded funds, to what extent will the community policing strategy impact the other components of the criminal justice system in your jurisdiction?

Potentially increased impact

Problem Area Narrative

63. Describe how your agency will use award funds to address the problem/focus area you selected. Describe your approach, including a long-term strategy and detailed implementation plan that reflects consultation with community groups and appropriate private and public agencies. Explain how the grant will be utilized to reorient your law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. [Please limit your response to a maximum of 500 words.]

Funds will be used to hire officers who will work patrol addressing the open use and trafficking of illegal drugs in San Francisco. This will enhance the San Francisco Police Department's (SFPD) ability to combat drug-related crime while centering its efforts around community policing principles.

Using the community policing efforts of coordinating law enforcement and other public agencies providing health, emergency medical response, cleanup, and other services, as well as collaborating with private community members, groups, and businesses, SFPD will work to reduce the harmful effects of drug activity and restore community well-being. This initiative builds on our community policing practices that emphasize proactive engagement, collaborative problem-solving, and accountability to the communities we serve.

Our approach is grounded in four interconnected pillars—prevention, harm reduction, treatment, and enforcement—and guided by community policing strategies designed to build trust, foster collaboration, and co-produce public safety. These strategies include:
1. Community Engagement: Officers will deepen relationships with residents, local businesses, and community-based organizations through town hall meetings, community forums, foot patrols, and one-on-one outreach. By actively listening to community concerns and incorporating them into operational strategies, SFPD ensures that interventions are both locally informed and broadly supported.
2. Partnerships: SFPD will work alongside public and private sector partners including health departments, social service agencies, nonprofit organizations, and harm reduction providers to address the root causes of drug use and associated criminal activity.
3. Training and Capacity Building: Personnel will receive training in crisis intervention and substance use awareness. Additional emphasis will be placed on cultural competence, language access, and conflict de-escalation, ensuring officers are prepared to serve diverse communities with empathy and effectiveness.
4. Data-Driven Policing: Using data and geographic analysis, SFPD will identify problem areas, deploy resources efficiently, and measure the impact of interventions. Crime data and performance metrics will be shared with the public to promote transparency and inform collaborative decision-making.
5. Public Awareness Campaigns: SFPD will complement enforcement with community outreach that educates the public on treatment, support services, and pathways to recovery. Messaging will also target those involved in drug sales to highlight the consequences of illegal activity and the department's commitment to long-term enforcement and accountability.

By prioritizing collaboration, transparency, and accountability, our effort has yielded positive results in neighborhoods hardest hit by the opioid crisis. However, to maintain progress and respond to emerging challenges, especially as drug activity shifts across the city, SFPD requires additional personnel to expand its efforts. At the core of this method are community desires to make changes and seek relief from the constant poor conditions and tragic results of opioid crisis. Residents consistently express a desire for clean, safe streets and coordinated solutions to drug-related harm. In listening to and involving community members in the decision-making process, community problem-solving and policing is in place in its purest form. By fulfilling commitments and addressing community concerns, SFPD builds trust and relationships.

Ending Deadly Sanctuary City Policies

Cooperation with Federal Immigration Officials Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

COPS-AR-0247

64a. My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.

_____

64b. My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.

_____

64c. None of the above.

Yes

## Data Collection

65. Does your agency collect data on the number of officer suicides in your agency?

Yes

65a. In the past 12 months, how many officer suicides have you recorded in your agency?

1

66. Does your agency have a suicide prevention training program?

Yes

67. Does your agency track officers that have been exposed to 'critical incidents' such as murder, suicide, and domestic violence?

No

68. Does your community experience high rates of youth suicide (For the purposes of this question, high is defined as 10 suicides per 100,000 residents aged 10-19)?

No

69. Using UCR crime definitions, does your agency regularly (i.e., daily, weekly, monthly, or quarterly) post crime data on a publicly accessible website?

Yes

69a. If yes, please provide the website address:

https://www.sanfranciscopolice.org & https://datasf.org/opendata/

## Duplication Of Funding

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application.

70. Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

No

COPS-AR-0248

70a. If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and description of how this project differs from the application for COPS office funding.

____

71. Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

71a. If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.

____

Fiscal Health

72. All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 500 words.]

San Francisco has faced a slow recovery from the Pandemic, which has suppressed City revenue growth. SFPD's current personnel budget is dedicated to paying for existing personnel in the form of salaries or overtime. Due to staffing shortages, current officers are required to work an excessive amount of overtime. Overtime expenditures have skyrocketed from $23 million in FY18-19 to $100 million in FY23-24. In FY18-19, SFPD had not experienced any need to mandate overtime of officers to ensure that patrol shifts were staffed and SFPD met minimum staffing requirements. Unexpected absences were covered with on duty resources within a District Station or from other District Stations. Currently, one-third of overtime hours, or approximately 200,000 hours, goes to cover shifts at stations that lack sufficient personnel to meet minimum staffing requirements and to backfill shifts for officers who are unable to work their scheduled shifts.
Recruit officers are also paid during their tenure in the Police Academy. And, due to the City's sluggish economic recovery, the General Fund cannot absorb both the full amount of overtime costs needed to meet minimum community demands and the full amount of salaries to hire the number of officers needed to increase staffing to levels that don't require backfill. In other words, while SFPD has vacancies in numbers sufficient to hire enough personnel, savings from position vacancies are being redirected to cover overtime costs.
As a result, existing resources are being used to pay for overtime hours that only serve to meet baseline staffing needs, leaving no room to allocate funds for new personnel salaries. Hiring and paying new personnel would require funding both the officers currently on the job, who are working beyond their regular duties, and the officers who are in the Police Academy.
CHP funds will help alleviate the constant choice of hiring or meeting the community's demand for services. Increasing staffing levels will help relieve not only budgetary pressures, but also overtime need and staffing pressures. With high enough staffing levels, SFPD will realize the goal of dedicating at least 30% of officer time to proactive community policing activities. The CHP grant is essential to provide the necessary resources to begin to build the capacity to reach that goals and improve community trust and public safety in San Francisco.

Instructions: Enter your law enforcement agency's total operating budget for the current AND the previous fiscal year. Note, this is the operating budget that your locality sets aside specifically for law enforcement and does not include other city/county/state services. The operating budget generally includes salaries as well as operations. Please note: All figures must be rounded to the nearest whole dollar. 73. CURRENT FISCAL YEAR:

822835972

74. PREVIOUS FISCAL YEAR:

774911711

Instructions: The U.S. Census Bureau American Community Survey (ACS) provides multi-year poverty rate estimates for communities. Please go to the U.S. Census Bureau (https://data.census.gov) to determine the percentage of individuals in poverty in your jurisdiction. For jurisdictions not included in the census (e.g., schools, universities, transit, parks), please check the box for "Not Applicable." Please note: All figures must be rounded to the nearest whole percent. 75. Percentage of Individuals in Poverty

11

75a. Not Applicable

false

Instructions:  The Bureau of Labor Statistics' Local Area Unemployment Statistics (LAUS) program provides monthly estimates of unemployment for communities. Please go to the Bureau of Labor Statistics' LAUS website (http://www.bls.gov/lau/data.htm) to find detailed instructions for looking up your local area's unemployment rate. It may be necessary to select the nearest best match to your jurisdiction (for example, a city of fewer than 25,000 people may report their county level rate). For jurisdictions not included in the census (e.g., schools, universities, transit, parks), please check the box for "Not Applicable". Please note: All figures must be rounded to the nearest whole percent. 76. Percentage (%) unemployed for October 2024:

4

COPS-AR-0249

76a. Not Applicable

false

77. Since January 1, 2025, has your agency taken on additional law enforcement duties and responsibilities resulting from an agency merger or the disbanding of a neighboring law enforcement agency (which did not result in a new or supplemented funded contract to provide these law enforcement services)?

No

Instructions:  If your agency has faced an unanticipated catastrophic event that had a significant impact on the delivery of law enforcement services or have experienced an unusually large increase in the number of homicides in the past year, please check the box below. Examples of unanticipated catastrophic events includes mass shootings, terrorist attacks, natural disasters, or other events leading to mass casualties that would not necessarily be reflected in the UCR/NIBRS crime statistics previously reported.  Please note that if your jurisdiction is faced with an unanticipated catastrophic event (e.g., mass shooting, terrorist attack, other mass casualty event) after submission of this application, but before the application closing date, you should contact the COPS Office immediately at AskCOPSRC@usdoj.gov to update your application to include this information. 78. If your agency experienced a major disaster or catastrophic event in the time period from January 1, 2024 to present, check this box.

false

Please describe the major disaster or catastrophic event and include the following bulleted information. Description of event (including number of casualties) Type of event (major disaster, mass shooting, bombing, etc.) Impact of the event on delivery of law enforcement services Duration of the event (how long will law enforcement services be impacted by the event until recovery) Law enforcement response and recovery efforts 78a. Please specify (Please limit your response to a maximum of 125 words.)

____

Instructions: Using UCR crime definitions, enter the actual number of incidents reported to your agency in the previous two calendar years (2024 and 2023) for the following crime types. Note that only those incidents for which your agency had primary response authority should be provided. Please enter 0 (zero) to indicate no incidents in a particular year/type. Do not enter N/A if no incidents were reported -- enter 0 (zero). Do not enter N/A if data is not available – enter an estimate based on historical data. 79. Criminal Homicide (2024):

35

80. Criminal Homicide (2023):

51

81. Rape (2024):

249

82. Rape (2023):

254

83. Robbery (2024):

2153

84. Robbery (2023):

2751

85. Burglary (2024):

5162

86. Burglary (2023):

5708

87. Aggravated Assault (2024):

2339

88. Aggravated Assault (2023):

2494

89. Motor Vehicle Theft (2024):

5437

90. Motor Vehicle Theft (2023):

6749

COPS-AR-0250

91. Larceny (except motor vehicle theft) (2024):

21192

92. Larceny (except motor vehicle theft) (2023):

32560

Instructions: Agency Profile Questions (these questions are for information purposes only and will not be scored): 93. Does your agency have a wellness policy or program for officers?

Yes

93a. If yes, which groups does it cover: (check all that apply)

Sworn Officers/Deputies

Yes

Civilian Staff

Yes

Retired Officers/Deputies

_____

Retired Staff

_____

Correctional Officers/Staff

_____

Family Members/Significant Others

Yes

Other

_____

94. Does your agency report crime data to the National Incident-Based Reporting System (NIBRS)?

No

95. Does your agency utilize the National Integrated Ballistic Information Network (NIBIN)?

Yes

Continuation of Project

Instructions for the Continuation of Project after Federal Funding Ends: Applicants must plan to retain all sworn officer positions awarded under your COPS Office hiring award for a minimum of 12 months at the conclusion of 36 months of federal funding for each position. The retained COPS Office-funded positions should be added to your agency's law enforcement budget with state and/or local funds at the end of award funding, over and above the number of locally-funded sworn officer positions that would have existed in the absence of the award. These additional position(s) must be retained using state, local, or other nonfederal funding only. The retention period may begin during the five year period of performance of the award, and may extend beyond the end date of the award. You may not use funds awarded by other federal awards to cover the costs of retention. At the time of award application, applicants must affirm that they plan to retain the positions and identify the planned source(s) of retention funding. We understand that your agency's source(s) of retention funding may change during the life of the award. Your agency should maintain proper documentation of any changes in the event of an audit, monitoring or other evaluation of your award compliance. Please refer to the frequently asked questions on retention which can be found here https://cops.usdoj.gov/chp. Note: Agencies that do not plan to retain all the positions awarded under this award are ineligible to receive CHP funding. 96. Will your agency plan to retain any additional positions awarded under this award for a minimum of 12 months at the conclusion of federal funding for each position?

Yes

96a. Please identify the source(s) of funding that your agency plans to utilize to cover the costs of retention: (check all that apply)

COPS-AR-0251

General funds

Yes


Raise bond/tax issue

____


Private sources/donations

____


Nonfederal asset forfeiture funds (subject to approval from the state or local oversight agency)

____


Fundraising efforts

____


State, local, or other nonfederal award funding

____


Other

____


96b. If other, please provide a brief description of the source(s) of funding not to exceed 500 characters.

____


97. If your agency received CHP funding prior to October 1, 2021, please certify that your agency has, is, or will be retaining any CHP-funded officers for the required 12-month retention period.

Has or Is Retaining


Official Partner(s)

Instructions: An official "partner" under the award may be a governmental, private, school district, or other applicable entity that has established a legal, contractual, or other agreement with the applicant for the purpose of supporting and working together for mutual benefits of the award. Partner 1 98a. Title:

____


98b. First Name:

____


98c. Last Name:

____


98d. Name of Partner Agency (e.g., Smithville Community Center):

____


98e. Type of Partner Agency (e.g., School District):

____


98f. Street1:

____


98g. Street2:

____


98h. City:

COPS-AR-0252

98i. State:
____

98j. Zip/Postal Code:
____

98k. Phone:
____

98l. Email Address:
____

Partner 2 99a. Title:
____

99b. First Name:
____

99c. Last Name:
____

99d. Name of Partner Agency (e.g., Smithville Community Center):
____

99e. Type of Partner Agency (e.g., School District):
____

99f. Street1:
____

99g. Street2:
____

99h. City:
____

99i. State:
____

99j. Zip/Postal Code:
____

99k. Phone:
____

99l. Email Address:
____

Partner 3 100a. Title:
____

100b. First Name:
____

100c. Last Name:
____

100d. Name of Partner Agency (e.g., Smithville Community Center):

COPS-AR-0253

____

100e. Type of Partner Agency (e.g., School District):

____

100f. Street1:

____

100g. Street2:

____

100h. City:

____

100i. State:

____

100j. Zip/Postal Code:

____

100k. Phone:

____

100l. Email Address:

____


Criminal Intelligence

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. 101. Please check one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.


Certification of Review and Representation of Compliance

102. By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

103. By checking the box, the applicant indicates he or she provide a certification that: 1. the programs to be funded by the grant meet all the requirements of the COPS Office statute (34 U.S.C. &#167; 10381, et seq.) ; 2. all the information contained in the application is correct; and 3. the applicant will comply with all provisions of the COPS Office statute (34 U.S.C. &#167; 10381, et seq.) and all other applicable Federal laws.

true

104. By checking the box, the applicant indicates that he or she understands that the COPS Office may require your agency to review, confirm and/or update specific data items in the submitted application and failure to respond may eliminate the application from funding consideration.

true

Data Verification The COPS Office requires your agency to correct or verify identified data provided in the application. This certification is required upon resubmission. 104a. By checking the box, the applicant indicates that: 1. the applicant has reviewed, confirmed, and/or updated the specific data items identified by the COPS Office, and certifies that the information is true and accurate; 2. the application

COPS-AR-0254

updated the specific data items identified by the COPS Office, and certifies that the information is true and accurate;  2. the application submitter is authorized by the appropriate governing body to act on behalf of the applicant entity to make changes to this COPS Office application which will be considered for funding;  3. the applicant understands that the information provided in this application, including any amendments, shall be treated as material representations of facts upon which reliance will be placed when the Department of Justice determines whether to fund the covered award;  4. the applicant understands that the "Declaration and Certification to the U.S. Department of Justice as to this Application Submission" it signed at the time of the initial application submission is incorporated by reference into this certification and that by signing this certification, the applicant agrees to abide by all the terms of the Declaration and Certification; and  5. the applicant understands that false statements or claims made in connection with COPS Office programs may result in fines, imprisonment, debarment from participating in federal grants, cooperative agreements, or contracts, and/or any other remedy available by law to the federal government.

true

Electronic Signature

By checking the box, the applicant indicates that he or she understands that "clicking to agree" in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form are just as legally enforceable as physical signatures.

_____

105. I understand.

true

**Proposal Narrative**

COPS-AR-0255

**Budget and Associated Documentation**

**Budget Summary**

| Budget Category | Total Cost |
|---|---|
| Sworn Officer Positions: | $24,314,100.00 |
| Civilian or Non-Sworn Personnel: | $0.00 |
| Travel: | $0.00 |
| Equipment: | $0.00 |
| Supplies: | $0.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $0.00 |
| Other Costs: | $0.00 |
| Total Direct Costs: | $24,314,100.00 |
| Indirect Costs: | $0.00 |
| Total Project Costs: | $24,314,100.00 |
| Federal Funds: | $6,250,000.00 |
| Match Amount: | $18,064,100.00 |
| Program Income: | $0.00 |

**Local Match Details**

**Local Match Progression Table**

As part of the local match requirement for the COPS Hiring Program, grantees must assume a progressively larger share of the cost of the grant with local funds over the three-year grant period. This means that your local match must increase each year, while the federal share must decrease.

Please project in the chart below how your agency plans to assume a progressively larger share of the grant cost during each year of the program. The chart is only a projection of your plans. While your agency may deviate from these specific projects during the grant period, it must still ensure that the federal share decreases and the local share increases.

| | Year 1 | Year 2 | Year 3 | Total | Total from Budget |
|---|---|---|---|---|---|
| Local Match | $1,650,367 | $8,112,936 | $8,300,796 | $18,064,100 | $18,064,100 |
| Federal Share | $6,250,000 | —— | —— | $6,250,000 | $6,250,000 |
| Total | $7,900,367.48 | $8,112,936.35 | $8,300,796.17 | $24,314,100 | $24,314,100 |

**Waiver of Local Match**

The COPS Office may waive some or all of a grantee's local match requirement based on severe fiscal distress. During the application review process, your agency's waiver request will be evaluated based on the availability of funding, a demonstration of sever fiscal distress as reflected through the fiscal health data provided in the application, and a comparison of your fiscal health data with that of the overall applicant pool.

No

**Budget / Financial Attachments**

COPS-AR-0256

**Additional Attachments**

No documents have been uploaded for Additional Attachments

## Budget and Associated Documentation

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA, AND TRAINING ACTIVITIES?   _____

**Base Salary and Fringe Benefits for Sworn Officer**

**Sworn Officer**

**Position**

| Position Title | Position Description |
|---|---|
| Sworn Officer | Entry level officer |

**Number of Positions**

50

**⌄ Salary per Officer**

| Salary | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| | $119,251.00 | $122,706.00 | $125,759.00 |

**⌄ Fringe Benefits per Officer**

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| **Social Security** | | | |
| 6.2%  6.20% | $7,393.56 | $7,607.77 | $7,797.06 |
| **Medicare** | | | |
| 1.45%  1.45% | $1,729.14 | $1,779.24 | $1,823.51 |
| **Health Insurance** | | | |
| Fixed Amount | $9,836.00 | $9,836.00 | $9,836.00 |
| | $9,836.00 | $9,836.00 | $9,836.00 |
| **Life Insurance** | | | |
| Exempt | $0.00 | $0.00 | $0.00 |
| **Vacation** | | | |
| Included in Salary?  Hours | $0.00 | $0.00 | $0.00 |
| No  ____ | | | |
| **Sick Leave** | | | |
| Included in Salary?  Hours | $0.00 | $0.00 | $0.00 |
| No  ____ | | | |

COPS-AR-0257

**Retirement**

| | | | |
|---|---|---|---|
| Fixed Rate | $18,364.65 | $18,896.72 | $19,366.89 |
| | 15.40% | 15.40% | 15.40% |

**Workers Compensation**

| | | | |
|---|---|---|---|
| Exempt | $0.00 | $0.00 | $0.00 |

**Unemployment Insurance**

| | | | |
|---|---|---|---|
| Exempt | $0.00 | $0.00 | $0.00 |

**Other Benefit**

| | | | |
|---|---|---|---|
| | $1,433.00 | $1,433.00 | $1,433.00 |

Dental Insurance

Fixed Amount

| | | | |
|---|---|---|---|
| | $1,433.00 | $1,433.00 | $1,433.00 |

**Other Benefit**

| | | | |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |

None

**Other Benefit**

| | | | |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |

None

**Summary Totals**

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Benefits per Officer | $38,756.35 | $39,552.73 | $40,256.46 |
| Salary per Officer | $119,251.00 | $122,706.00 | $125,759.00 |
| Total per Officer | $158,007.3 | $162,258.7 | $166,015.4 |

**Total per Officer All Years**

$486,282

**Total Salary and Benefits**

$24,314,100

COPS-AR-0258

## Personnel

### Instructions

List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

### Year 1

**Year 1**
**Personnel Detail**

| Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost |
|------|----------|--------|------|-------------|------------------------|------------|
| No items | | | | | | |

**Personnel Total Cost**
$0
**Additional Narrative**

## Fringe Benefits

### Instructions

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

### Year 1

**Fringe Benefit Detail**

| Name | Base | Rate (%) | Total Cost |
|------|------|----------|------------|
| No items | | | |

**Fringe Benefits Total Cost**
$0
**Additional Narrative**

## Travel

### Instructions

Itemize travel expenses for staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence). In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; if unknown, indicate "location/dates to be determined." In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

COPS-AR-0259



**Year 1**

**Travel Detail**

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | | | |

**Travel Total Cost**
$0

## Equipment

### Instructions

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.



**Year 1**
**Equipment Detail**

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Equipment Total Cost**
$0

## Supply Items

### Instructions

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

COPS-AR-0260

**Supply Item Detail**

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Supplies Total Cost**
$0

## Construction

**Instructions**

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**
**Construction Detail**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Construction Total Cost**
$0

## Subawards

**Instructions**

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

**Year 1**

**Subaward (Subgrant) Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Subawards Total Cost**
$0

COPS-AR-0261

**Add Consultant Travel**

Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day)) and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.

**Instructions**

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Written prior approval and additional justification is required for consultant fees in excess of the DOJ grant-making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

∨ **Procurement Contract Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Do you need Consultant Travel?**
No
**Procurement Cost**
   $0

**Other Direct Costs**

**Instructions**

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

COPS-AR-0262

Year 1

### Other Cost Detail

| Description | Quantity | Basis | Costs | Length of Time | Total Costs | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|
| No items | | | | | | | |

**Other Costs Total Cost**
$0

## Indirect Costs

### Instructions

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

Year 1

### Indirect Cost Detail

| Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Indirect Costs Total Cost**
$0

**Additional Narrative**

## Memoranda of Understanding (MOUs) and Other Supportive Documents

### Memoranda of Understanding (MOUs) and Other Supportive Documents

Upload

COPS-AR-0263

The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

## Additional Application Components

**Letters of Support**

No documents have been uploaded for Letters of Support

**Additional Attachments**

No documents have been uploaded for Additional Attachments

## Disclosures and Assurances

**No Lobbying Activities**

**The applicant is not required to submit a lobbying disclosure under 31 U.S.C. 1352 for this application.**

No documents have been uploaded for Disclosure of Lobbying Activities

## DOJ Certified Standard Assurances

\*

**U.S. DEPARTMENT OF JUSTICE**

**CERTIFIED STANDARD ASSURANCES**

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application--

 a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;
 b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and
 c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees

Case 3:25-cv-09277-JD    Document 53-4    Filed 03/20/26    Page 38 of 438

COPS-AR-0264

from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition--

    a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);

    b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;

    c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and

    d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance--

    a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United States; and

    b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

    a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

    b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

COPS-AR-0265

Please Acknowledge ★

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/25/25 7:04 PM

**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing** *

U.S. DEPARTMENT OF JUSTICE

CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS; COORDINATION WITH AFFECTED AGENCIES

Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form. The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or cooperative agreement;

(b) If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form - LLL, "Disclosure of Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

(c) The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) funded with Federal award

COPS-AR-0266

funds and shall ensure that any certifications    or lobbying disclosures required of recipients of such

subgrants and procurement contracts (or their subcontractors) are made and filed in accordance with 31 U.S.C. § 1352.

2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals--

   (a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

   (b) has within a three-year period preceding this application been convicted of a felony criminal violation under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal offense in       connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or local) transaction or private agreement or transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery,    bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense indicating a lack of business integrity or business       honesty that seriously and directly affects its (or its principals') present responsibility;

   (c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and/or

   (d) has within a three-year period preceding this application had one or more public transactions (Federal, State, tribal, or local) terminated for cause or default.

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.  Where the Applicant or any of its principals was convicted, within a three-year period preceding this application, of a felony criminal violation under any Federal law, the Applicant also must disclose such felony criminal conviction in writing to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov), unless such disclosure has already been made.

3. FEDERAL TAXES

A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, or (2) the corporation has provided written notice of such an unpaid tax liability (or liabilities) to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov).

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.

4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees, as defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

   (a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing,

COPS-AR-0267

possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against employees for    violation of such prohibition;

(b) Establishing an on-going drug-free awareness program to inform employees about--

(1) The dangers of drug abuse in the workplace;
(2) The Applicant's policy of maintaining a drug-free workplace;
(3) Any available drug counseling, rehabilitation, and employee assistance programs; and
(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will--

(1) Abide by the terms of the statement; and
(2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice,    including position title of any such convicted employee to the Department, as follows:

 For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

 For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

 Notice shall include the identification number(s) of each affected award;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or
(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

5.  COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c) (5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award.  Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge ★

Certified

**SignerID**

COPS-AR-0268

(b) (6)

**Signing Date / Time**

6/25/25 7:05 PM

**Other Disclosures and Assurances**

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

By [taking this action], I --

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant: (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge ⭐

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/25/25 7:06 PM

COPS-AR-0269

6/25/25 7:06 PM

**Other**

No documents have been uploaded for Other

Certified

COPS-AR-0270

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 06/20/2025 | CA03801 |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| 946000417 | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: |
|---|---|
| | |

**8. APPLICANT INFORMATION:**

* a. Legal Name:   City and County of San Francisco

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 946000417 | SRZKDWN293M2 |

**d. Address:**

* Street1:   1245 3rd Street
  Street2:   6th Floor
* City:   San Francisco
  County/Parish:   San Francisco
* State:   CA: California
  Province:
* Country:   USA: UNITED STATES
* Zip / Postal Code:   94158-2134

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| Police Department | |

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix:                           * First Name:   Fannie
Middle Name:
* Last Name:   Yeung
Suffix:

Title:   Grants Manager

Organizational Affiliation:

| * Telephone Number: (b) (6) | Fax Number: |
|---|---|

* Email:   (b) (6)

COPS-AR-0271

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

**Type of Applicant 2: Select Applicant Type:**

B: County Government

**Type of Applicant 3: Select Applicant Type:**

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Community Oriented Policing Services

**11. Assistance Listing Number:**

16.068

**Assistance Listing Title:**

COPS Hiring Program

**\* 12. Funding Opportunity Number:**

O-COPS-2025-172413

**\* Title:**

FY25 COPS Hiring Program

**13. Competition Identification Number:**

**Title:**

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

1234-California US Districts.docx     | Add Attachment |     | Delete Attachment |     | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

FY25 COPS Hiring Program

Attach supporting documents as specified in agency instructions.

| Add Attachments |     | Delete Attachments |     | View Attachments |

COPS-AR-0272

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

| * a. Applicant | CA-012 | * b. Program/Project | CA-012 |

Attach an additional list of Program/Project Congressional Districts if needed.

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**17. Proposed Project:**

| * a. Start Date: | 10/01/2025 | * b. End Date: | 09/30/2030 |

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 6,250,000.00 |
| * b. Applicant | 18,064,086.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 24,314,086.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on [ 06/20/2025 ].

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| Prefix: | | * First Name: | Paul |
| Middle Name: | | | |
| * Last Name: | Yep | | |
| Suffix: | | | |

| * Title: | Acting Chief of Police |

| * Telephone Number: | (b) (6) | Fax Number: | |

| * Email: | (b) (6) |

| * Signature of Authorized Representative: | Fannie Yeung | * Date Signed: | 06/20/2025 |



**California US District 12**

US Congressional districts since 2013
Source: http://nationalatlas.gov, 1 Million Scale project.

COPS-AR-0274



US Congressional districts since 2013
Source: http://nationalatlas.gov, 1 Million Scale project.

COPS-AR-0275



# Department of Justice (DOJ)

### Office of Community Oriented Policing Services (COPS Office)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | CITY & COUNTY OF SAN FRANCISCO<br>1245 3RD ST<br>FL 6 |
| **City, State and Zip:** | SAN FRANCISCO, CA 94158 |
| **Recipient UEI:** | SRZKDWN293M2 |

| | |
|---|---|
| **Project Title:** FY25 COPS Hiring Program | **Award Number:** 15JCOPS-25-GG-00974-UHPX |
| **Solicitation Title:** FY25 COPS Hiring Program | |
| **Federal Award Amount:** $6,250,000.00 | **Federal Award Date:** 10/10/25 |
| **Awarding Agency:** | Office of Community Oriented Policing Services |
| **Award Type:** | Initial |
| **Funding Instrument Type:** | Grant |
| **Opportunity Category:** D<br>**Assistance Listing:**<br>16.068 - COPS Hiring Program | |
| **Project Period Start Date:** 10/1/25 | **Project Period End Date:** 9/30/30 |
| **Budget Period Start Date:** 10/1/25 | **Budget Period End Date**: 9/30/30 |

**Project Description:**
The FY25 COPS Hiring Program (CHP) provides funding to law enforcement agencies to hire and/or rehire additional career law enforcement officers in an effort to increase their community policing capacity and crime prevention efforts. Anticipated outcomes of CHP awards include engagement in planned community partnerships, implementation of projects to analyze and assess problems, implementation of changes to personnel and agency management in support of community policing, and increased capacity of agency to engage in community policing activities

## Award Letter

October 10, 2025

Dear Paul Yep,

On behalf of Attorney General Pamela Bondi, it is my pleasure to inform you the Office of Community Oriented Policing Services (the COPS Office) has approved the application submitted by  CITY & COUNTY OF SAN FRANCISCO  for an award under the funding opportunity entitled 2025 FY25 COPS Hiring Program. The approved award amount is $6,250,000.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the

Page: 1 of 17

COPS-AR-0276

assurances and certifications, and the application as approved by the COPS Office, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.


Cory D. Randolph
COPS Acting Director
## Office for Civil Rights Notice for All Recipients

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) enforces federal civil rights laws and other provisions that prohibit discrimination by recipients of federal financial assistance from OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW).

Several civil rights laws, including Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance (recipients) to give assurances that they will comply with those laws.  Taken together, these and other civil rights laws prohibit recipients from discriminating in the provision of services and employment because of race, color, national origin, religion, disability, and sex or from discriminating in the provision of services on the bases of age.

Some recipients of DOJ financial assistance have additional obligations to comply with other applicable nondiscrimination provisions like the Omnibus Crime Control and Safe Streets Act of 1968, which prohibits discrimination on the basis of religion in addition to race, color, national origin, and sex.  Recipients may also have related requirements regarding the development and implementation of equal employment opportunity programs.

OCR provides technical assistance, training, and other resources to help recipients comply with civil rights obligations. Further, OCR administratively enforces civil rights laws and nondiscrimination provisions by investigating DOJ recipients that are the subject of discrimination complaints.  In addition, OCR conducts compliance reviews of DOJ recipients based on regulatory criteria.  These investigations and compliance reviews permit OCR to evaluate whether DOJ recipients are providing services to the public and engaging in employment practices in a nondiscriminatory manner.

For more information about OCR, your civil rights and nondiscrimination responsibilities, how to notify your employees or beneficiaries of their civil rights protections and responsibilities and how to file a complaint, as well as technical assistance, training, and other resources, please visit www.ojp.gov/program/civil-rights-office/outreach.  If you would like OCR to assist you in fulfilling your civil rights or nondiscrimination responsibilities, please contact us at askOCR@ojp.usdoj.gov or www.ojp.gov/program/civil-rights-office/about#ocr-contacts.

## Award Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

COPS-AR-0277

**Recipient Information**

**Recipient Name**
CITY & COUNTY OF SAN FRANCISCO

**UEI**
SRZKDWN293M2                    **ORI Number**

**Street 1**                    **Street 2**
1245 3RD ST                     FL 6

**City**                        **State/U.S. Territory**
SAN FRANCISCO                   California

**Zip/Postal Code**             **Country**
94158                           United States

**County/Parish**               **Province**

**Award Details**

**Federal Award Date**          **Award Type**
10/10/25                        Initial

**Award Number**                **Supplement Number**
15JCOPS-25-GG-00974-UHPX        00

**Federal Award Amount**        **Funding Instrument Type**
$6,250,000.00                   Grant

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.068 | COPS Hiring Program |

**Statutory Authority**

The Public Safety Partnership and Community Policing Act of 1994, 34 U.S.C. § 10381 et seq

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Project Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Solicitation Title**          **Awarding Agency**
2025 FY25 COPS Hiring Program   COPS

Page: 3 of 17

COPS-AR-0278

**Application Number**
GRANT14447390

| **Grant Manager Name** | **Phone Number** | **E-mail Address** |
|---|---|---|
| Tammy Richardson | (b) (6) | (b) (6) |

**Project Title**
FY25 COPS Hiring Program

**Performance Period Start Date** | **Performance Period End Date**
10/01/2025 | 09/30/2030

**Budget Period Start Date** | **Budget Period End Date**
10/01/2025 | 09/30/2030

**Project Description**
The FY25 COPS Hiring Program (CHP) provides funding to law enforcement agencies to hire and/or rehire additional career law enforcement officers in an effort to increase their community policing capacity and crime prevention efforts. Anticipated outcomes of CHP awards include engagement in planned community partnerships, implementation of projects to analyze and assess problems, implementation of changes to personnel and agency management in support of community policing, and increased capacity of agency to engage in community policing activities

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Financial Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

A financial analysis of budgeted costs has been completed. All costs listed in the approved budget below were programmatically approved based on the final proposed detailed budget and budget narratives submitted by your agency to the COPS Office. Any adjustments or edits to the proposed budget are explained below.

Budget Clearance Date:          9/15/25 1:42 PM

| **Comments** |
|---|
| No items |

**Budget Summary**

| Budget Category | Proposed Budget | Change | Approved Budget | Percentages |
|---|---|---|---|---|
| Sworn Officer Positions: | $24,314,077 | $23 | $24,314,100 | |
| Civilian or Non-Sworn Personnel: | $0 | $0 | $0 | |
| Travel: | $0 | $0 | $0 | |
| Equipment: | $0 | $0 | $0 | |

COPS-AR-0279

| | | | |
|---|---|---|---|
| Supplies: | $0 | $0 | $0 |
| SubAwards: | $0 | $0 | $0 |
| Procurement Contracts: | $0 | $0 | $0 |
| Other Costs: | $0 | $0 | $0 |
| Total Direct Costs: | $24,314,077 | $23 | $24,314,100 |
| Indirect Costs: | $0 | $0 | $0 |
| Total Project Costs: | $24,314,077 | $23 | $24,314,100 |
| Federal Funds: | $6,250,000 | $0 | $6,250,000 | 25.71% |
| Match Amount: | $18,064,100 | $0 | $18,064,100 | 74.29% |
| Program Income: | $0 | $0 | $0 | 0.00% |

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

Approved Problem Focus Area: Violent Crime: Cracking Down on the Open Use of Illegal Drugs

50 Full?Time Officers Funded

50 New Hires

0 Rehires Previously Laid Off

0 Rehires Scheduled for Lay Off

Veteran: 0

SRO&rsquo;s: 0

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Condition 1**
Restrictions on Internal Confidentiality Agreements: No recipient or subrecipient under this award, or entity that receives a contract or subcontract with any funds under this award, may require any employee or contractor to sign an

Page: 5 of 17

COPS-AR-0280

internal confidentiality agreement or statement that prohibits or otherwise restricts the lawful reporting of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Further Consolidated Appropriations Act, 2024, Public Law 118-47, Division B, Title VII, Section 742.

**Condition 2**
Compliance with 8 U.S.C. § 1373: Authority to obligate or expend contingent on compliance with this condition. State or local government entity recipients of this award, and any subrecipient of this award at any tier that is an entity of a State or of a unit of local government, must comply with 8 U.S.C. §1373, which provides that such entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.

Any obligations or expenditures of a recipient or subrecipient that are impermissible under this condition shall be unallowable costs for purposes of this award.

References to the Immigration and Naturalization Service in 8 U.S.C. 1373 are to be read, as a legal matter, as references to components of the U.S. Department of Homeland Security.

**Condition 3**
Federal Civil Rights and Nondiscrimination Laws (certification): The recipient agrees that its compliance with all applicable Federal civil rights and nondiscrimination laws is material to the government's decision to make this award and any payment thereunder, including for purposes of the False Claims Act (31 U.S.C. 3729-3730 and 3801-3812), and, by accepting this award, certifies that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws.

**Condition 4**
Federal Laws, Presidential Memoranda, and Executive Orders: Recipients of grant funding must comply with all applicable federal laws and Presidential Memoranda and all Executive Orders by the President.

**Condition 5**
Award Monitoring Activities: Federal law requires that recipients receiving federal funding from the COPS Office must be monitored to ensure compliance with their award conditions and other applicable statutes and regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice. Award monitoring activities conducted by the COPS Office include site visits, enhanced office-based grant reviews, alleged noncompliance reviews, financial and programmatic reporting, and audit resolution. As a COPS Office award recipient, you agree to cooperate with and respond to any requests for information pertaining to your award. This includes all financial records, such as general accounting ledgers and all supporting documents. All information pertinent to the implementation of the award is subject to agency review throughout the life of the award, during the close-out process and for three-years after the submission of the final expenditure report. 2 C.F.R. §§ 200.334 and 200.337, and, as applicable, 34 U.S.C. § 10385(a).

**Condition 6**
Authorized Representative Responsibility: The recipient understands that, in accepting this award, the Authorized Representatives declare and certify, among other things, that they possess the requisite legal authority to accept the award on behalf of the recipient entity and, in so doing, accept (or adopt) all material requirements throughout the period of performance under this award. The recipient further understands, and agrees, that it will not assign anyone to the role of Authorized Representative during the period of performance under the award without first ensuring that the individual has the requisite legal authority.

**Condition 7**
Contract Provision: All contracts made by the award recipients under the federal award must contain the provisions required under 2 C.F.R. Part 200, Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under

COPS-AR-0281

Federal Awards. Please see appendices in the Award Owner's Manual for a full text of the contract provisions.

**Condition 8**

Award Owner's Manual: The recipient agrees to comply with the terms and conditions in the applicable award year COPS Office Program Award Owner's Manual; DOJ Grants Financial Guide; COPS Office statute (34 U.S.C. § 10381, et seq.) as applicable; Students, Teachers, and Officers Preventing (STOP) School Violence Act of 2018 (34 U.S.C. § 10551, et seq.) as applicable; the requirements of 2 C.F.R. Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards), including subsequent changes, as adopted by the U.S. Department of Justice in 2 C.F.R. § 2800.101; 48 C.F.R. Part 31 (FAR Part 31) as applicable (Contract Cost Principles and Procedures); the Cooperative Agreement as applicable; representations made in the application; and all other applicable program requirements, laws, orders, regulations, or circulars.

Failure to comply with one or more award requirements may result in remedial action including, but not limited to, withholding award funds, disallowing costs, suspending, or terminating the award, or other legal action as appropriate.

Should any provision of a condition of this award be held to be invalid or unenforceable by its terms, then that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law (to any person or circumstance) under this award. Should it be held, instead, that a condition (or a provision thereof) is of utter invalidity or unenforceability, such condition (or such provision) shall be deemed severable from this award.

**Condition 9**

Federal Civil Rights: The recipient and any subrecipient must comply with applicable federal civil rights and nondiscrimination statutes and regulations including: Section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), as implemented in Subparts C and D of 28 C.F.R. Part 42; section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794), as implemented in Subpart G of 28 C.F.R. Part 42; section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681), as implemented in Subpart D of 28 C.F.R. Parts 42 and 54; section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102), as implemented in Subpart I of 28 C.F.R. Part 42; and section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)), as implemented in Subpart D of 28 C.F.R. Part 42. In addition to applicable federal statutes and regulations that pertain to civil rights and nondiscrimination, the recipient and any subrecipient must comply with the requirements in 28 C.F.R. Parts 22 (Confidentiality of Identifiable Research and Statistical Information); 28 C.F.R. Part 23 (Criminal Intelligence Systems Operating Policies); 28 C.F.R. Part 38 (Partnerships with Faith-Based and Other Neighborhood Organizations); and 28 C.F.R. Part 46 (Protection of Human Subjects). For an overview of the civil rights laws and nondiscrimination requirements in connection with your award, please see https://www.ojp.gov/program/civil-rights/overview.

**Condition 10**

Duplicative Funding: The recipient understands and agrees to notify the COPS Office if it receives, from any other source, funding for the same item or service also funded under this award.

**Condition 11**

Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and COPS Office authority to terminate award): The recipient and subrecipient agree to comply with the following requirements of 2 C.F.R. Part 175, Appendix A to Part 175 – Award Term:
I. Trafficking in Persons
(a) Provisions applicable to a recipient that is a private entity. (1) Under this award, the recipient, its employees, subrecipients under this award, and subrecipient's employees must not engage in:
(i) Severe forms of trafficking in persons;
(ii) The procurement of a commercial sex act during the period of time that this award or any subaward is in effect;
(iii) The use of forced labor in the performance of this award or any subaward; or
(iv) Acts that directly support or advance trafficking in persons, including the following acts:
(A) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;
(B) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

COPS-AR-0282

(1) Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreement; or

(2) The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(C) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(D) Charging recruited employees a placement or recruitment fee; or

(E) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(2) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:

(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or

(ii) Has an employee that is determined to have violated a prohibition in paragraph

(a)(1) of this this appendix through conduct that is either:

(A) Associated with the performance under this award; or

(B) Imputed to the recipient or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB

Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by DOJ at 2 C.F.R. Part 2867.

(b) Provision applicable to a recipient other than a private entity. (1) The Federal agency

may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C.

7104b(c), without penalty, if a subrecipient that is a private entity under this award:

(i) Is determined to have violated a prohibition in paragraph (a)(1) of this

appendix; or

(ii) Has an employee that is determined to have violated a prohibition in paragraph

(a)(1) of this appendix through conduct that is either:

(A) Associated with the performance under this award; or

(B) Imputed to the subrecipient using the standards and due process for imputing the

conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB

Guidelines to Agencies on Government-wide Debarment and Suspension

(Nonprocurement)," as implemented by 2 C.F.R. Part 2867.

(c) Provisions applicable to any recipient.

(1) The recipient must inform the Federal agency and the Inspector General of the Federal agency immediately of any information you receive from any source alleging a violation of a prohibition in paragraph (a)(1) of this appendix.

(2) The Federal agency's right to unilaterally terminate this award as described in paragraphs (a)(2) or (b)(1) of this appendix:

(i) Implements the requirements of 22 U.S.C. 78, and

(ii) Is in addition to all other remedies for noncompliance that are available to the Federal agency under this award.

(3) The recipient must include the requirements of paragraph (a)(1) of this award term in any subaward it makes to a private entity.

(4) If applicable, the recipient must also comply with the compliance plan and certification requirements in 2 CFR 175.105(b).

(d) Definitions. For purposes of this award term:

Employee means either:

(1) An individual employed by the recipient or a subrecipient who is engaged in the performance of the project or program under this award; or

(2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing

requirements.

Private Entity means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in 2 CFR 200.1.

The terms "severe forms of trafficking in persons," "commercial sex act," "sex trafficking," "Abuse or threatened abuse of law or legal process," "coercion," "debt bondage," and "involuntary servitude" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).

**Condition 12**
Termination: Recipient understands and agrees that the COPS Office may terminate funding, in whole or in part, for the following reasons:

COPS-AR-0283

(1) When the recipient fails to comply with the terms and conditions of a Federal award.
(2) When the recipient agrees to the termination and termination conditions.
(3) When the recipient provides the COPS Office written notification requesting termination including the reasons, effective date, and the portion of the award to be terminated. The COPS Office may terminate the entire award if the remaining portion will not accomplish the purposes of the award.
(4) Pursuant to any other award terms and conditions, including, when an award no longer effectuates the program goals or agency priorities to the extent such termination is authorized by law.
2. C.F.R. § 200.340.


**Condition 13**
Recipient Integrity and Performance Matters: For awards over $500,000, the recipient agrees to comply with the following requirements of 2 C.F.R. Part 200, Appendix XII to Part 200 – Award Term and Condition for Recipient Integrity and Performance Matters:
I. Reporting of Matters Related to Recipient Integrity and Performance
(a) General Reporting Requirement.
(1) If the total value of your active grants, cooperative agreements, and procurement contracts from all Federal agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings described in paragraph (b) of this award term is current and complete. This is a statutory requirement under section 872 of Public Law 110–417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111– 212, all information posted in responsibility/qualification records in SAM.gov on or after April 15, 2011 (except past performance reviews required for Federal procurement contracts) will be publicly available.
(b) Proceedings About Which You Must Report.
(1) You must submit the required information about each proceeding that—
(i) Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;
(ii) Reached its final disposition during the most recent five-year period; and
(iii) Is one of the following—
(A) A criminal proceeding that resulted in a conviction;
(B) A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;
(C) An administrative proceeding that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or
(D) Any other criminal, civil, or administrative proceeding if—
(1) It could have led to an outcome described in paragraph (b)(1)(iii)(A) through (C);
(2) It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and
(3) The requirement in this award term to disclose information about the proceeding does not conflict with applicable laws and regulations.
(c) Reporting Procedures. Enter the required information in SAM.gov for each proceeding described in paragraph (b) of this award term. You do not need to submit the information a second time under grants and cooperative agreements that you received if you already provided the information in SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.
(d) Reporting Frequency. During any period of time when you are subject to the requirement in paragraph (a) of this award term, you must report proceedings information in SAM.gov for the most recent five-year period, either to report new information about a proceeding that you have not reported previously or affirm that there is no new information to report. If you have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000, you must disclose semiannually any information about the criminal, civil, and administrative proceedings.
(e) Definitions. For purposes of this award term—
Administrative proceeding means a nonjudicial process that is adjudicatory in nature to make a determination of fault or liability (for example, Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with the performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.
Conviction means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere. Total value of currently active grants, cooperative agreements, and procurement contracts includes the value of the Federal share already received plus any anticipated Federal share under those awards (such as continuation funding).

COPS-AR-0284

**Condition 14**

Reporting Subawards and Executive Compensation: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 170, Appendix A to Part 170 – Award Term:

I. Reporting Subawards and Executive Compensation

(a) Reporting of first-tier subawards—(1) Applicability. Unless the recipient is exempt as provided in paragraph (d) of this award term, the recipient must report each subaward that equals or exceeds $30,000 in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000. All reported subawards should reflect the total amount of the

subaward.

(2) Reporting Requirements. (i) The entity or Federal agency must report each subaward

described in paragraph (a)(1) of this award term to the Federal Funding Accountability

and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov.

(ii) For subaward information, report no later than the end of the month following the month in which the subaward was issued. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).

(b) Reporting total compensation of recipient executives for entities—(1) Applicability. The recipient must report the total compensation for each of the recipient's five most highly compensated executives for the preceding completed fiscal year if:

(i) The total Federal funding authorized to date under this Federal award equals or

exceeds $30,000;

(ii) in the preceding fiscal year, the recipient received:

(A) 80 percent or more of the recipient's annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. The recipient must report executive total compensation described in paragraph (b)(1) of this appendix:

(i) As part of the recipient's registration profile at https://www.sam.gov.

(ii) No later than the month following the month in which this Federal award is made, and annually after that. (For example, if this Federal award was made on November 7,

2025, the executive total compensation must be reported by no later than December 31,

2025.)

(c) Reporting of total compensation of subrecipient executives—(1) Applicability. Unless a first-tier subrecipient is exempt as provided in paragraph (d) of this appendix, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

(i) The total Federal funding authorized to date under the subaward equals or exceeds

$30,000;

(ii) In the subrecipient's preceding fiscal year, the subrecipient received:

(A) 80 percent or more of its annual gross revenues from Federal procurement contracts

(and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see

the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. Subrecipients must report to the recipient their executive total compensation described in paragraph

(c)(1) of this appendix. The recipient is required to submit this information to the

Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov no

Page: 10 of 17

COPS-AR-0285

later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).

(d) Exemptions. (1) A recipient with gross income under $300,000 in the previous tax year is exempt from the requirements to report:

(i) Subawards, and

(ii) The total compensation of the five most highly compensated executives of any subrecipient.

(e) Definitions. For purposes of this award term:

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR200.1.

Subrecipient has the meaning given in 2CFR 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR 229.402(c)(2).


**Condition 15**

Assurances and Certifications: The recipient acknowledges its agreement to comply with the Assurances and Certifications forms that were signed as part of its application.


**Condition 16**

Conflict of Interest: Recipients and subrecipients must disclose in writing to the COPS Office or pass-through entity, as applicable, any potential conflict of interest affecting the awarded federal funding in 2 C.F.R. § 200.112.


**Condition 17**

Debarment and Suspension: The recipient agrees not to award federal funds under this program to any party which is debarred or suspended from participation in federal assistance programs. 2 C.F.R. Part 180 (Government-wide Nonprocurement Debarment and Suspension) and 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension).


**Condition 18**

Equal Employment Opportunity Plan (EEOP): Please see the Office for Civil Rights website https://www.ojp.gov/eeop-notice for current information on the recipient's responsibilities related to the federal regulations pertaining to the development and implementation of an Equal Employment Opportunity Plan.


**Condition 19**

Employment Eligibility: The recipient agrees to complete and keep on file, as appropriate, the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) Employment Eligibility Verification Form (I-9). This form is to be used by recipients of federal funds to verify that persons are eligible to work in the United States. Immigration Reform and Control Act of 1986 (IRCA), Public Law 99-603.


**Condition 20**

Enhancement of Contractor Protection from Reprisal for Disclosure of Certain Information: Recipients and subrecipients agree not to discharge, demote, or otherwise discriminate against an employee as reprisal for the employee disclosing information that he or she reasonably believes is evidence of gross mismanagement of a federal

COPS-AR-0286

contract or award, a gross waste of federal funds, an abuse of authority relating to a federal contract or award, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or award. Recipients and subrecipients also agree to provide to their employees in writing (in the predominant native language of the workforce) of the rights and remedies provided in 41 U.S.C. § 4712. Please see appendices in the Award Owner's Manual for a full text of the statute.

**Condition 21**
False Statements: False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and/or any other remedy available by law. 31 U.S.C. § 3729-3733.

**Condition 22**
Mandatory Disclosure: Recipients and subrecipients must timely disclose in writing to the Federal awarding agency or pass-through entity, as applicable, all federal criminal law violations involving fraud, bribery, or gratuity that may potentially affect the awarded federal funding. Recipients that receive an award over $500,000 must also report certain civil, criminal, or administrative proceedings in SAM and are required to comply with the Term and Condition for Recipient Integrity and Performance Matters as set out in 2 C.F.R. Part 200, Appendix XII to Part 200. Failure to make required disclosures can result in any of the remedies, including suspension and debarment, described in 2 C.F.R. § 200.339. 2 C.F.R. § 200.113.

**Condition 23**
Reports/Performance Goals: To assist the COPS Office in monitoring and tracking the performance of your award, your agency will be responsible for submitting semi-annual programmatic performance reports that describe project activities during the reporting period and quarterly Federal Financial Reports using Standard Form 425 (SF-425). 2 C.F.R. §§ 200.328 - 200.329. The performance report is used to track your agency's progress in implementing the award, and, as applicable, community policing strategies including gauging the effectiveness of your agency's community policing capacity. The Federal Financial Report is used to track the expenditures of the recipient's award funds on a cumulative basis throughout the life of the award.

**Condition 24**
System for Award Management (SAM.gov) and Universal Identifier Requirements: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 25, Appendix A to Part 25 – Award Term:
I. System for Award Management (SAM.gov) and Universal Identifier Requirements
(a) Requirement for System for Award Management. (1) Unless exempt from this requirement under 2 CFR 25.110, the recipient must maintain a current and active registration in SAM.gov. The recipient's registration must always be current and active until the recipient submits all final reports required under this Federal award or receives the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.
(b) Requirement for Unique Entity Identifier (UEI). (1) If the recipient is authorized to make subawards under this Federal award, the recipient:
(i) Must notify potential subrecipients that no entity may receive a subaward until the entity has provided its UEI to the recipient.
(ii) Must not make a subaward to an entity unless the entity has provided its UEI to the recipient. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.
(c) Definitions. For the purposes of this award term:
System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at https://www.sam.gov).
Unique entity identifier means the universal identifier assigned by SAM.gov to uniquely identify an entity.
Entity is defined at 2 CFR 25.400 and includes all of the following types as defined in 2 CFR 200.1:
(1) Non-Federal entity;
(2) Foreign organization;
(3) Foreign public entity;

Page: 12 of 17

COPS-AR-0287

(4) Domestic for-profit organization; and
(5) Federal agency.
Subaward has the meaning given in 2 CFR 200.1.
Subrecipient has the meaning given in 2 CFR 200.1.


**Condition 25**
Additional High-Risk Recipient Requirements: The recipient agrees to comply with any additional requirements that may be imposed during the award performance period if the awarding agency determines that the recipient is a high-risk recipient. 2 C.F.R. § 200.208.


**Condition 26**
Evaluations: The COPS Office may conduct monitoring or sponsor national evaluations of its award programs. The recipient agrees to cooperate with the monitors and evaluators. 34 U.S.C. § 10385(b).


**Condition 27**
Background Investigations: Recipients agree to ensure that each officer(s) hired with CHP funding will be subject to a background investigation, notify the COPS Office upon completion of the background investigation for each officer hired under the CHP award, and cooperate with the COPS Office and provide updates on the status of background investigations upon request. 2 C.F.R. § 200.208
If the COPS Office determines that CHP funds are being used to pay the salary and fringe benefits of an officer who has not undergone a background investigation, the COPS Office may temporarily suspend grant funds in accordance with 2 C.F.R. §200.339 until the agency can demonstrate the background investigation has been completed.


**Condition 28**
Retention: At the time of award application, your agency committed to retaining all sworn officer positions awarded under the CHP award with state and/or local funds for a minimum of 12 months following the conclusion of 36 months of federal funding for each position, over and above the number of locally-funded sworn officer positions that would have existed in the absence of the award. Your agency cannot satisfy the retention requirement by using CHP-funded positions to fill locally-funded vacancies resulting from attrition. 34 U.S.C. § 10382 (c)(8).


**Condition 29**
Allowable Costs Condition: The funding under this project is for the payment of three years (36 months) of approved full-time entry-level salaries and fringe benefits during the five-year (60 months) period of performance. The maximum federal share is $125,000 per officer position (unless a local match waiver is approved) for career law enforcement officer positions hired and/or rehired on or after the official award start date. Any salary and fringe benefit costs higher than entry-level that your agency pays a CHP-funded officer must be paid with local funds. Your agency is required to use CHP award funds for the specific hiring categories awarded. In accordance with 2 C.F.R. § 200.400(g), the recipient or subrecipient must not earn or keep any profit resulting from the award. Funding under this program may be used for the following categories:
• Hiring new officers, which includes filling existing officer vacancies that are no longer funded in your agency's budget;
• Rehiring officers laid off by any jurisdiction as a result of state, local, or Bureau of Indian Affairs (BIA) budget reductions; and/or
• Rehiring officers who were, at the time of award application, scheduled to be laid off (by your jurisdiction) on a specific future date as a result of state, local, or BIA budget reductions.
If your agency's local fiscal conditions have changed and your agency needs to change one or more of the funded hiring categories, your agency should request an award modification and receive prior approval before spending CHP funding under the new category. The approved budget in the award package specifies the amount of CHP funds awarded to your agency. Please note that the salary and fringe benefit costs requested in your CHP application may have been adjusted or removed. Your agency may only be reimbursed for the approved cost categories up to the amounts specified in the approved budget. Only actual allowable costs incurred during the award period will be eligible for reimbursement and drawdown. If your agency experiences any cost savings over the course of the award (for example, your award application overestimated the total entry-level officer salary and fringe benefits package), your agency may not use that excess funding to continue salary payments to the officers beyond 36 months. Any funds remaining after your agency has drawn down for the costs of approved salaries and fringe benefits incurred for each awarded position during the 36-month funding period will be deobligated during the closeout process and should not be spent by your agency.

COPS-AR-0288

**Condition 30**

Advancing Department of Justice Priority Problem Focus Areas: This condition applies to agencies that selected one of the following priority crime problem/focus areas to address in their COPS Hiring Program (CHP) application:
• Violent Crime
• Squatting and Encampment Enforcement
• Homeland and Border Security
• Nuisance and Abatement and Quality of Life
• School Based Policing
Your agency understands and agrees to the following: Your agency will implement the one specific community policing plan identified in your CHP award application?

Your agency will address its specific priority crime problem throughout the entire CHP award period?

Your agency will implement any organizational changes identified in its CHP award application;
Your agency will cooperate with any award monitoring by the COPS Office to ensure that it is initiating or enhancing its community policing efforts to address its priority crime problem, which may include your agency having to respond to additional or modified reporting requirements.

**Condition 31**

Supplementing, not Supplanting: State, local, and tribal government recipients must use award funds to supplement, and not supplant, state, local, or Bureau of Indian Affairs (BIA) funds that are already committed or otherwise would have been committed for award purposes (hiring, training, purchases, and/or activities) during the award period. In other words, state, local, and tribal government recipients may not use COPS Office funds to supplant (replace) state, local, or BIA funds that would have been dedicated to the COPS Office-funded item(s) in the absence of the COPS Office award. 34 U.S.C. § 10384(a).

**Condition 32**

Career Law Enforcement Officer: Officer hiring funds may only be used to pay entry-level salaries and fringe benefits for full-time "career law enforcement officers" for 36 months. The COPS Office's statute defines a "career law enforcement officer" as "a person hired on a permanent basis who is authorized by law or by a State or local public agency to engage in or supervise the prevention, detection, or investigation of violations of criminal laws." 34 U.S.C. §10389(1). A recipient agency may use officer hiring funds to pay the salary and benefits of recruits while in academy training to become "career law enforcement officers" if it is the standard practice of the agency to do so with locally-funded recruits. The State of Alaska, and any Indian tribe or tribal organization in that State, may also use officer hiring funds for a "village public safety officer" defined as "an individual employed as a village public safety officer under the program established by the State pursuant to Alaska Statute 18.65.670." Tribal Law and Order Act of 2010, Pub. L. 111-211, title II, § 247 (a)(2).

**Condition 33**

Local Match: COPS Hiring Program award recipients are required to contribute a local match of at least 25 percent towards the total cost of the approved award project, unless waived in writing by the COPS Office. The local match must be a cash match from funds not previously budgeted for law enforcement purposes and must be paid during the award period. The local match contribution must be made on an increasing basis during each year of the three-year award period, with the federal share decreasing accordingly. 34 U.S.C. § 10381(g).

**Condition 34**

Modifications: Occasionally, a change in an agency's fiscal or law enforcement situation necessitates a change in its COPS Office CHP award. Award modifications under CHP are evaluated on a case-by-case basis in accordance with 2 C.F.R. § 200.308(i). For federal awards in excess of the simplified acquisition threshold (currently $250,000), any modification request involving the reallocation of funding between budget categories that exceed or are expected to exceed 10 percent (10%) of the total approved budget requires prior written approval by the COPS Office. Regardless of the federal award amount or budget modification percentage, any reallocation of funding is limited to approved budget categories. In addition, any budget modification that changes the scope of the project requires prior written approval by the COPS Office. In addition, please be aware that the COPS Office will not approve any modification request that results in an increase of federal funds.

In addition, modification requests should be submitted to the COPS Office when an agency determines that it will need

COPS-AR-0289

to shift officer positions awarded in one hiring category into a different hiring category and/or reduce the total number of positions awarded. For example, if an agency was awarded CHP funding for two new, additional sworn officer positions, but due to fiscal distress/constraints the agency needs to change the hiring category from the new hire category to the rehire category for officers laid off or scheduled for layoff on a specific future date post-application, the agency would have to request a modification. The COPS Office will only consider a modification request after an agency makes final, approved budget and/or personnel decisions. An agency may implement the modified award following written approval from the COPS Office. Please be aware that the COPS Office will not approve any modification request that results in an increase of federal funds.

During the CHP award period, it may become necessary for an agency to modify its CHP award due to changes in an agency's fiscal or law enforcement situation. Modification requests should be submitted to the COPS Office when an agency determines that it will need to shift officer positions awarded in one hiring category into a different hiring category, reduce the total number of positions awarded, shift funds among benefit categories, and/or reduce the entry-level salary and fringe benefit amounts. For example, an agency may have been awarded CHP funding for 10 new, additional full-time sworn officer positions, but due to severe fiscal distress/constraints, the agency determines it is unable to sustain all 10 positions and must reduce its request to five full-time positions; or an agency may have been awarded CHP funding for two new, additional sworn officer positions, but due to fiscal distress/constraints the agency needs to change the hiring category from the new hire category to the rehire category for officers laid off or scheduled for layoff on a specific future date post-application. Award modifications under CHP are evaluated on a case-by-case basis. The COPS Office will only consider a modification request after an agency makes final, approved budget and/or personnel decisions. An agency may implement the modified award following written approval from the COPS Office. Please be aware that the COPS Office will not approve any modification request that results in an increase of federal funds.

**Condition 35**
School Resource Officer (SRO) Training Requirement: COPS Office-funded SROs are required to complete a 40-hour basic SRO training course from a list of COPS Office-approved providers. Training must be completed no later than nine months after the date shown on the award congratulatory letter or six months from the date of the SRO's hire, whichever comes first. If a COPS Office-funded SRO leaves the recipient agency after completing the training, the recipient agrees to pay for the new SRO, who is assigned to backfill this position, to attend a 40-hour basic training course. The new SRO must complete the training no later than nine months after being placed in the school. If the officer has completed 40-hour basic training within the last 12 months prior to the award date, the condition has been fulfilled. Any longer than 12 months will require the officer to retake the course. The agency must coordinate with the training provider to secure funding to cover registration and travel expenses.

If your agency fails to comply with the SRO basic training within the specified timeframe, the COPS Office may temporarily suspend grant funds or take other remedial actions in accordance with 2 C.F.R. §200.339 until your agency complies with this requirement.

**Condition 36**
Extensions: Your agency may request an extension of the 60-month award performance period to receive additional time to implement your award program. Such extensions do not provide additional funding. Any request for an extension will be evaluated on a case-by-case basis. Only those recipients that can provide a reasonable justification for delays will be granted no-cost extensions. Reasonable justifications may include difficulties in filling COPS Office-funded positions, officer turnover, or other circumstances that interrupt the 36-month funding period. An extension allows your agency to compensate for such delays by providing additional time to complete the full 36 months of funding for each position awarded. 2 C.F.R. §§ 200.308(f)(10) and 200.309. Extension requests must be received prior to the end date of the award.

**Condition 37**
Contracts and/or MOUs with other Jurisdictions: Sworn law enforcement officer positions awarded must be used for law enforcement activities or services that benefit your agency and the population that it serves. The items funded under the CHP award cannot be utilized by other agencies unless the items benefit the population that your agency serves. Your agency may use items funded under the CHP award to assist other law enforcement agencies under a resource sharing, mutual aid, or other agreement to address multi-jurisdictional issues as described in the agreement.

**Condition 38**
Community Policing: Community policing activities to be initiated or enhanced by your agency and the officers funded by this award program were identified and described in your CHP award application. Your agency developed a

Page: 15 of 17

COPS-AR-0290

community policing plan for the CHP award with specific reference to a crime or disorder problem and the following elements of community policing: (a) problem solving—your agency's plan to assess and respond to the problem identified; (b) community partnerships and support, including related governmental and community initiatives that complement your agency's proposed use of CHP funding; and (c) organizational transformation—how your agency will use the funds to reorient its mission to community policing or enhance its involvement in and commitment to community policing. Throughout the CHP award period, your agency is required to implement the community policing plan it set forth in the CHP award application.

The COPS Office defines community policing as a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, social disorder, and fear of crime. CHP awards through the specific officers funded (or an equal number of redeployed veteran officers) must be used to initiate or enhance community policing activities. All newly hired additional or rehired officers (or an equal number of redeployed veteran officers) funded under CHP must implement your agency's approved community policing plan, which you described in your award application.

**Condition 39**
Memorandum of Understanding Requirement (for School Resource Officers only)
Recipients using award funding to hire and/or deploy School Resource Officers into schools understand and agree to the following:
• Your agency must submit a signed Memorandum of Understanding (MOU) between the law enforcement agency and the school partner(s) to the COPS Office before obligating or drawing down funds under this award. The MOU must be submitted to the COPS Office within 90 days of the date shown on the award letter. If your agency fails to submit the MOU within the 90 days, the COPS Office may temporarily suspend grant funds in accordance with 2 C.F.R. §200.339 until your agency submits the MOU.
• Your agency's MOU must contain the following information?

o The purpose of the MOU
o Clearly defined roles and responsibilities of the school district and the law enforcement agency, focusing officers' roles on safety
o Information sharing
o Supervision responsibility and chain of command for the SRO
o Signatures
Note: Please refer to the MOU Fact Sheet for a detailed explanation of the requirements under each of the bullets.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand

COPS-AR-0291

that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

## Agency Approval

| Title of Approving Official | Name of Approving Official | Signed Date And Time |
|---|---|---|
| COPS Acting Director | Cory D. Randolph | 9/29/25 1:32 AM |

## Authorized Representative

☑ Declaration and Certification (Law Enforcement Executive/Program Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
Chief of Police

**Name of Authorized Entity Official**
Derrick Lew

**Signed Date And Time**
1/23/2026 3:23 PM

☑ Declaration and Certification (Government Executive/Financial Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
Chief Financial Officer

**Name of Authorized Entity Official**
Kimmie Wu

**Signed Date And Time**
1/23/2026 3:27 PM

Page: 17 of 17

COPS-AR-0292

## Standard Applicant Information

### Project Information

| Project Title | Proposed Project Start Date | Proposed Project End Date |
|---|---|---|
| Promoting Blue Resilience: Strengthening Mental Health Training and Support in Law Enforcement | 10/1/25 | 9/30/27 |
| | **Applicant Estimated Funding (Non-Federal Share)** | **Program Income Estimated Funding** |
| **Federal Estimated Funding (Federal Share)** | 0.0 | 0.0 |
| 200000.0 | | |
| **Total Estimated Funding** | | |
| 200000.0 | | |

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

### Type Of Applicant

**Type of Applicant 1: Select Applicant Type:**

B: County Government

**Type of Applicant 2: Select Applicant Type:**

——

**Type of Applicant 3: Select Applicant Type:**

——

**Other (specify):**

——

### Application Submitter Contact Information

**Application POC Prefix Name**

Mr.

| Application POC First Name | Application POC Middle Name | Application POC Last Name |
|---|---|---|
| Martin | —— | Coronel |

**Application POC Suffix Name**

——

| Organizational Affiliation | Title | Email ID |
|---|---|---|
| County of Santa Clara Office of the Sheriff | Program Manager | (b) (6) |

COPS-AR-0293

**Phone Number**

(b) (6)

**Fax Number**

——

**ORINumber**

——

## Executive Order and Delinquent Debt Information

Is Application Subject to Review by State Under Executive Order 12372? ★

c. Program is not covered by E.O. 12372.

**Is the Applicant Delinquent on Federal Debt?**

No

**SF424 Attachments (3)**

| Name | Date Added |
|------|------------|
| manifest.txt | 5/28/25 |
| Form SF424_4_0-V4.0.pdf | 5/28/25 |
| GrantApplication.xml | 5/28/25 |

## Authorized Representative

| Law Enforcement Executive Information | Government Executive Information |
|---------------------------------------|--------------------------------|
| **Title** | **Title** |
| Sheriff | County Executive |
| **Prefix Name** | **Prefix Name** |
| —— | Mr. |
| **First Name** **Middle Name** **Last Name** | **First Name** **Middle Name** **Last Name** |
| Robert —— Jonsen | James —— Williams |
| **Suffix Name** | **Suffix Name** |
| —— | —— |

## Verify Legal Name, Doing Business As, and Legal Address

COPS-AR-0294

| Legal Name | Doing Business As |
|---|---|

**COUNTY OF SANTA CLARA**

| DUNS | UEI |
|---|---|
| 155922172 | JNECJW88ML98 |

**Legal Address**

**Street 1**

55 W YOUNGER AVE

**Street 2**

| City | State | Zip/Postal Code |
|---|---|---|
| SAN JOSE | CA | 95110 |

| ConaressionalDistrict | Country |
|---|---|
| 18 | USA |

**Certification**

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.

1. If this information is correct confirm/acknowledge to continue with completion of this application.

**I confirm this is the correct entity.**

**Signer Name**

Martin Coronel

**Certification Date / Time**

06/24/2025 03:54 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
   a. Contact your Entity Administrator.
   b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.

3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.

**Proposal Abstract**                                                                                        ✱

**A Mission that Promotes Blue Resilience**

The Santa Clara County Sheriff's Office is committed to building a resilient, mission-ready workforce through a comprehensive wellness strategy that supports both fitness for duty and long-term quality of life. Law enforcement professionals experience elevated rates of depression, PTSD, substance use, and suicide compared to the general population. National data from the Ruderman Foundation and Blue H.E.L.P. reports that officer suicides consistently outpace line-of-duty deaths, while surveys show that up to 35% of officers exhibit symptoms of PTSD. Compared to other law enforcement agencies, data from Concern show Sheriff's Office staff underutilize available county mental health services, suggesting a need for culturally tailored, trust-based interventions.

To meet these needs, the Office proposes a three-part expansion of its current wellness program:

COPS-AR-0295

### 1. Chaplaincy Program

We will contract a part-time law enforcement chaplain (20 hours/week for 2 years) to offer emotional, moral, and spiritual support to deputies, professional staff, and their families. Chaplains will provide confidential counseling, referrals, critical incident response, and non-denominational spiritual care. We will also recruit and coordinate a team of volunteer chaplains to cover patrol and custodial divisions. The program will establish weekly office hours, host "Coffee with the Chaplain" sessions, and support ceremonial and community events.

**Expected Outcomes:** Increase in staff-reported access to trusted support resources, enhanced engagement in post-critical incident support, and establishment of a standing chaplain presence in all divisions.

### 2. Courageous Heart Training

Developed by the Compassion Institute in partnership with Stanford Medicine's Department of Psychiatry and Behavioral Sciences, Courageous Heart is an evidence-based training that strengthens compassion, emotional regulation, and resilience. Over the grant period, we will deliver six training sessions to high-risk Sheriff's Office personnel—including those in SWAT, sex crimes, jail mental health, and pre-retirement—as well as key stakeholders from the District Attorney and Probation departments.

**Expected Outcomes:** At least 120 personnel trained, pre/post evaluations showing increased self-awareness, improved emotional regulation, and greater openness to seeking support, and stronger cross-agency wellness alignment.

### 3. 30-Minute Wellness Check Pilot Program

We will pilot a voluntary wellness check program for sworn staff, conducted by 2–3 licensed therapists with experience in first responder mental health. These 30-minute confidential check-ins will be conducted on-site or virtually using HIPAA-compliant platforms. The program will begin with executive staff (Phase 1) and expand to high-risk and volunteer staff (Phase 2). Participation data will be de-identified and aggregated to protect privacy while informing future program development.

**Expected Outcomes:** 150–200 personnel receiving wellness checks, increased EAP referrals and early interventions, and creation of a sustainable model for a mandatory wellness check program in future budget cycles.

Together, these integrated strategies aim to reduce mental health stigma, increase access to timely and culturally competent care, and strengthen individual and organizational resilience across the agency. By investing in the well-being of our personnel, the Santa Clara County Sheriff's Office ensures that our staff can continue to serve our diverse community with strength, integrity, and compassion.

**Data Requested with Application**                                                                      *

  **˅  FY25 LEMHWA Grants Elig**

  Applicant Eligibility

    Type of Agency (select one)
    Law Enforcement

    From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities
    Sheriff

    Are you a state or local governmental entity applying for this funding opportunity?
    Yes

    If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official. For additional information, please see the appendices in the FY25 Resource Guide for CPA Programs.
    Yes

    A law enforcement agency is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget. Based on this definition, is your agency established and currently operational?
    Yes

    An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only respond to or investigate specific type(s) of

COPS-AR-0296

crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support, or only some combination of these. Based on this definition, does your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services?]

Yes

Did your agency receive LEMHWA funding in 2023?

No

Did your agency receive LEMHWA funding in 2024?

No

## ∨ FY25 LEMHWA Grants App Quest

Agency Demographics

Please indicate if your jurisdiction is primarily considered rural, urban, or suburban.

Suburban

Please indicate the size of your agency

Large Agency: More thank 200 full-time sworn officers

Instructions: Number of actual sworn officers employed by your agency as of the date of this application. The actual number of sworn officer positions is the actual number of sworn positions employed by your agency as of the date of this application. Do not include funded but currently vacant positions or unpaid positions.
_____

Part-Time:

0

Full-Time:

1324

Instructions: Number of budgeted civilian positions employed by your agency as of the date of this application.
_____

Part-Time:

0

Full-Time:

478

Agency Need and Current Funding

All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 1,000 characters.]

Due to budgetary constraints and limited local funding, our agency cannot support the expansion of the Chaplaincy Program, the Courageous Heart Program, or wellness checks. Local and state resources have been redirected to other community priorities like education, infrastructure, and public health. Political pressures and public opinion have deprioritized law enforcement wellness initiatives, especially those without immediate, measurable outcomes. Internally, we must balance core operational needs such as training, equipment, and technology against more aspirational needs like wellness. A current downturn in the economy and rising service demands further stretch our capacity. Federal funding is essential to launch and sustain these programs, which support officer well-being and community trust and safety.

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging

COPS-AR-0297

multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has

a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application.

____

Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and description of how this project differs from the application for COPS office funding.

____

Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.

____

Agency Mental Health Related Data Collection

Does your agency collect data on the number of officer suicides in your agency?

Yes

In the past 12 months, how many officer suicides have you recorded in your agency?

0

Does your agency have a suicide prevention training program?

Yes

Does your agency track officers that have been exposed to 'critical incidents' such as murder, suicide, and domestic violence?

Yes

Current Efforts and Proposed LEMHWA Program

LEMHWA awards must be used to support state, local, tribal, or territorial law enforcement agencies seeking to implement new or enhance existing programs that offer training and services on officer emotional and mental health, peer mentoring, suicide prevention, stress reduction, and support services for officers and their families Proposed projects may serve one agency, a consortium of agencies, or personnel from agencies located within a county or state. In this section you will be asked a series of questions on your proposed LEMHWA program and how it will initiate or enhance your agency's capacity to implement mental health and wellness programming.

____

CURRENT EFFORTS Existing Mental Health and Wellness Polices and Procedures Please select the existing mental health and wellness related policies and procedures currently employed by your agency. Select all that apply.    Early Intervention Systems

Yes

Routine Mental Health Screenings

No

Mandated Critical Incident De-briefings

Yes

COPS-AR-0298

Post-Incident Psychological Evaluations

No

Mandated Rest Periods

No

Flexible Shifts and Post-Trauma Leave Options

No

Trauma-Informed Leadership

Yes

Suicide Prevention Policies

No

Support for Substance Use Disorders

No

Existing Mental Health and Wellness Programming Please select the existing mental health and wellness programming your agency currently provides. Select all that apply Employee Assistance Programs

Yes

Counseling/Clinical Services (does not include sports psychologists or life coaches)

Yes

Peer Support Services/Training

Yes

Non-Clinical Therapeutic Programming (services in partnership with a mental health professional)

Yes

Suicide Prevention Services/Training

Yes

Stress Management and Resilience Services/Training

Yes

Chaplaincy/Spiritual Services/Support

Yes

Critical Incident Stress Management (CISM) Teams/ Training

Yes

Family Support Services/Training

No

Trauma-Informed Leadership Training

Yes

Financial Literacy Services/Training

Yes

Retirement Readiness Services

No

Dietician/Nutrition Services

Yes

Yoga/Mindfulness Instruction

COPS-AR-0299

Yoga/Mindfulness Instruction

Yes

Mental Health Technology and Software

Yes

PROPOSED LEMHWA PROGRAM PROGRAM FOCUS LEMHWA funding must be used for new programming or to expand on existing mental health and wellness efforts. From the list below, please select the specific activities or services that your agency would implement or provide if awarded funding. Please choose the option that best fits the purpose of your project. You may select more than one focus area to address through this award funding. Selection(s) below must be detailed in the program focus section of the "Proposed LEMHWA Program - Additional Details" application component below, and included in your program budget as validation for your selection(s). Failure to do so will negatively impact the final score of your application. Employee Assistance Programs

Yes

Peer Support Services/Training

Yes

Counseling/Clinical Services (does not include sports psychologists or life coaches)

Yes

Non-Clinical Therapeutic Programming (services must be provided by a mental health professional)

Yes

Suicide Prevention Services/Training

Yes

Stress Management and Resilience Services/Training

Yes

Chaplaincy/Spiritual Services/Support

Yes

Critical Incident Stress Management (CISM) Teams/ Training

Yes

Family Support Services/Training

Yes

Trauma-Informed Leadership Training

Yes

Financial Literacy Services/Training

No

Retirement Readiness Services

Yes

Dietician/Nutrition Services

No

Yoga/Mindfulness Instruction

Yes

Mental Health Technology and Software

No

PROGRAM IMPACT Please indicate which of the following components will be included to increase the reach and impact of your proposed LEMHWA program. Please check all that apply. Selection(s) below must be detailed in the program impact section of the "Proposed LEMHWA Program - Additional Details" application component, and included in your program budget (when applicable) as validation for your selection(s). Failure to do so will negatively impact the final score of your application. Multi-Jurisdictional Partnerships – projects that incorporate multiple agencies and/or include regional partnerships to increase services and coordination to provide services to other agencies in the field.

COPS-AR-0300

Yes

Sworn and Non-Sworn Services- projects that offers both sworn and non-sworn mental health and wellness programming

Yes

Family Support Services- projects that offers mental health wellness programming for families of sworn and non-sworn personnel.

Yes

Participant Confidentiality- projects that includes appropriate steps to ensure confidentiality of participants and service recipients

Yes

Leadership Support for Project– projects that demonstrate leadership support to increase reach and impact of program

Yes

Evaluation Plan- projects that identifies specific program outcomes and includes a plan to track or measure the success of the program.

Yes

Please answer the following questions regarding community support, impact on the jurisdiction, public safety need, and community policing and engagement efforts of your proposed initiative. Explain how the proposed activities address a specific public safety need. (max 125 words)

Law enforcement personnel face increasing mental health challenges due to chronic stress, trauma, and the demands of the profession. To support ongoing wellness, the Sheriff's Office seeks to expand its wellness program with three key programs: a Chaplaincy Program to provide confidential, faith- and values-based support, the Courageous Hearts Program to build emotional resilience and compassion training, and 30-minute wellness checks utilizing culturally competent therapists from our current EAP (Concern) to promote early intervention and normalize seeking help. These preventative strategies strengthen emotional well-being, improve morale, and help retain and recruit a resilient, mission-ready workforce.

Explain how the proposed activities will be utilized to reorient any affected law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. (max 125 words)

The Santa Clara County Sheriff's Office is dedicated to the principles of community policing through innovative, community-focused services grounded in the core values of integrity and respect. To uphold these principles and support our team, we are expanding wellness initiatives that strengthen both personal and professional growth. Our Chaplaincy Program offers confidential, faith-based support to personnel, their families, and community members. The Courageous Hearts Program builds emotional resilience and compassion enabling personnel to meet public safety challenges with compassion. Culturally competent therapists provide promote mental and emotional well-being, enhance morale, and ensure our staff are fit to protect lives and property with respect and integrity. Together these three programs establish a culture where emotional intelligence and shared humanity an integral to all community interactions.

To what extent is there community support in your jurisdiction for implementing the proposed community policing strategy?

Moderate level of support

If awarded funds, to what extent will the community policing strategy impact the other components of the criminal justice system in your jurisdiction?

Potentially increased impact

PROGRAM IMPLEMENTATION Partnerships An important part of a comprehensive mental health and wellness strategy is the formation of partnerships, such as working with community groups, public agencies, private organizations, or participation in regional law enforcement partnerships. Please answer the questions below about partnerships that will be implemented or enhanced for your proposed program.

____

Identify any current governmental, community or agency initiatives that complement or will be coordinated with the proposed activities. (max 125 words words)

The Santa Clara County Sheriff's Office Chaplaincy Program is currently led by a volunteer chaplain. This grant will allow us to expand these essential services and support our existing peer support team. The agency currently provides limited Courageous Heart training. Funding will support expansion of this training to reach more Sheriff's Office staff and expand the program to key personnel in the county District Attorney and Probation departments. The Sheriff's Office currently offers Concern, an EAP program specific for first responders. The current usage rate is low compared to other law enforcement agencies in our area. To promote early intervention and normalize seeking help, 30-minute wellness checks will introduce therapy in a more informal context.

Identify any key community or other stakeholder partnerships (community groups, private and/or public agencies) that will play a role in the implementation of the proposed activities. (max 125 words)

Our proposed activities will be anchored in strong partnerships with community organizations and trusted providers. The Chaplaincy Program will grow through collaboration with local interfaith leaders who reflect the cultural and spiritual diversity of those we serve. We will also continue and expand our partnership with the Compassion Institute, which works directly with Stanford Medicine's Department of Psychiatry and Behavioral Sciences, to deliver the Courageous Heart Training. This evidence-based program fosters deeper connection and understanding, even in the face of conflict, by strengthening awareness of our shared humanity. In addition, we will collaborate with local

COPS-AR-0301

understanding, even in the face of conflict, by strengthening awareness of our shared humanity. In addition, we will collaborate with local licensed therapists and mental health organizations that specialize in culturally responsive, trauma-informed care to offer 30-minute wellness

checks. These partnerships are critical to ensuring effective outreach, high-quality service delivery, and programs that are accessible, inclusive, and deeply responsive to community needs.

Describe the strategy to consult with any community groups and appropriate private and public agencies in the implementation of the proposed activities. (max 125 words)

To guide the expansion of our Chaplaincy Program, we will actively consult with local interfaith councils, faith-based organizations, and community leaders through regular meetings. These partners will help us identify spiritual care needs, ensure cultural and religious inclusivity, and shape service delivery that resonates with the diverse populations we serve. We will also engage public health agencies and hospitals to align our efforts with broader wellness initiatives and coordinate referrals. This collaborative approach ensures the program remains responsive, community-informed, and effectively integrated into existing support networks.

Name the most important external groups/organizations that your agency will initiate or enhance a partnership to support your proposed program (maximum of three partners). Note: you may attach optional letters of this support from any or all of these prospective partners. You will be limited to listing no more than three partners.

——

Partner Name1:

(b) (6)

For this partner, please indicate the statement that best characterizes this partner:

Community based organizations (e.g., faith based, community redevelopment groups, social service providers, resident associations)

Partner Name2:

Concern

For this partner, please indicate the statement that best characterizes this partner:

Businesses operating in the community

Partner Name3:

Compassion Institute (Courageous Heart Program)

For this partner, please indicate the statement that best characterizes this partner:

Community based organizations (e.g., faith based, community redevelopment groups, social service providers, resident associations)

Marketing From the list below, please select the marketing strategies you plan to implement to raise awareness of your proposed program. Please select all that apply.

——

Internal Communication (i.e. poster, flyers, email newsletters)

Yes

External Promotion for Families (i.e. use of social media channels to promote available family services)

Yes

Leadership Promotion and Peer Advocacy (i.e. senior leadership "importance of mental health and wellness" discussion with rank and file, Peer or Wellness champions, share officers' success stories who've benefited from wellness initiatives)

Yes

Use of Technology and Apps (i.e. marketing through wellness and resource apps, promotion through informational webinars)

Yes

Wellness Stations or Centers (i.e. dedicated wellness spaces or wellness hours for staff)

Yes

Confidentiality and Anonymity Emphasis (stress confidentiality of programming, advertisement of anonymous mental health resources like hotlines, apps and virtual counseling sessions)

Yes

Agency Incentives and Camaraderie Challenges (i.e. earn rewards and create comraderie through agency and unity wellness challenges)

Yes

COPS-AR-0302

PROGRAM SUSTAINABILITY Instructions: The questions in this section will be used to determine how your agency plans to continue the program or activity after the conclusion of federal funding.
___

Does your agency or organization plan to obtain necessary support and continue the program, project, or activity following the conclusion of federal support?

Yes

Please identify the source(s) of funding that your agency plans to utilize to continue the program, project, or activity following the conclusion of federal support: General funds

Yes

Issue bonds or raise taxes

No

Private sources and donations

Yes

Non-federal asset forfeiture funds (subject to approval from the state or local oversight agency)

Yes

State, local, or other non-federal grant funding

Yes

Fundraising efforts

Yes

Other

Yes

If "other" is selected in the above question, please provide a brief description of the source(s) of funding.

Redistribution of funding from other wellness programs and resources

Proposed LEMHWA Program - Additional Details

PROGRAM FOCUS Please describe the specific activities or services that your agency would implement or provide if awarded LEMHWA funding. (max 125 words)

The Santa Clara County Sheriff's Office will greatly enhance its wellness program by expanding the Chaplaincy Program, offering Courageous Heart training, and providing 30-minute Wellness Checks. A full-time chaplain will serve staff, their families, and the community while recruiting POST-trained volunteer chaplains. Courageous Heart training will target higher-risk personnel including those nearing retirement, working in sex crimes, critical incidents, SWAT, and jail mental health units. The training will also be offered to interested staff and key District Attorney and Probation personnel. Two culturally competent therapists will provide anonymous, 30-minute wellness checks, both onsite and virtually. These services will be available to all agency personnel, with outreach focused on administrators and high-risk staff.

PROGRAM IMPACT Please describe your program deliverable(s) and what specific outcomes your agency expects to accomplish with this funding and how will the project team track or measure them? The information you collect should demonstrate the viability of the project and the need for continued funding (e.g., internal survey(s) of work-related stress, job satisfaction, etc., community survey(s) of topics such as trust in or satisfaction with the agency, change in rates of use of force, number of people using services, or other–please describe).  (max 125 words)

A part-time chaplain will be hired to work with our peer support team, provide chaplaincy services to Sheriff's Office personnel, their families, and community members, and recruit 5 or more POST-trained volunteer chaplains. The Courageous Heart Program will be provided to 550 Sheriff Office personnel and key District Attorney and Probation personnel. 300 Sheriff Office personnel will complete a 30-minute wellness check with a culturally competent therapist. Outcomes for programs will be measured through anonymous pre- and post-program surveys and questionnaires, recruitment and retention, stress related injuries, EAP usage, number of chaplaincy and wellness checks provided, and the number of volunteer chaplains recruited.

PROGRAM IMPLEMENTATION Please describe the overall management and implementation plan for the project. This should include the key team members from your agency and any community or stakeholder partnerships (community groups, private or public agencies) who will support this project.  Applicant must detail the capacity of the agency and partners who will carry out the proposed activities. Please describe how the agency will ensure appropriate confidentiality for participants and service recipients. Where applicable, please provide evidence that

COPS-AR-0303

providers are appropriately licensed or certified; and that clinicians are certified mental health providers. Applicant should include résumés or vitae for key program staff and any contracted clinicians and/or mental health providers.  Please Note: A timeline of project deliverables, activities and who will complete the activities, and milestones will need to be uploaded in the "Additional Application Components" section. (max 125 words)

The Sheriff's Office Health and Wellness Coordinator, Danielle Kawash, and Peer Support Coordinator, Vicente Mitre, will manage and monitor all program activities. (b) (6)                    will be hired to provide chaplaincy services, work with the peer support team and community groups, and recruit POST-trained volunteer chaplains. Danielle Kawash will collaborate with Steven Butler (Executive Director) and Julie Learmond-Criqui (Program Director) of the Compassion Institute, as well as leaders from the Sheriff's Office, District Attorney's Office, and Probation Department, to schedule and implement the Courageous Heart Program. Kawash will also coordinate with our EAP program's (Concern) licensed therapists (b) (6)          , LMFT, and Matthew (b) (6)            to promote and schedule voluntary, anonymous 30-minute wellness checks. Sessions will be offered onsite and virtually through a HIPAA-compliant portal, with confidential scheduling via an online calendar.

PROGRAM SUSTAINABILITY Please describe how your proposed LEMHWA program will be sustained once the award ends. (max 125 words)

Our objective is to demonstrate the value of three key wellness initiatives: 30-minute wellness checks, the Courageous Heart resiliency and compassion training, and the Sheriff's Office Chaplaincy Program. Our long-term goal is to integrate these programs into the department's operating budget. We plan to achieve this through the following strategies:
1. Expand our existing Employee Assistance Program (EAP) contract with Concern to include the 30-minute wellness checks.
2. Partner with the Compassion Institute, a nonprofit, to seek ongoing grant funding for the Courageous Heart Program and or redirect funding from another funded wellness program or resource.
3. Establish a contract with Chaplain Michael Burchfield, funded through the general fund or "extra help" staffing resources.

Cooperation with Federal Immigration Officials

Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A  law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.
_____

My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.
_____

None of the above.

Yes

CPA Information

COPS-AR-0304

Youth-Centered Project Instructions: For the purposes of this solicitation, please select "yes" if a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age. NOTE: A special award condition will apply to all youth-centered awards. This condition will require recipients and subrecipients to make determinations of suitability before certain covered individuals interact with participating minors under the age of 18 years old in the course of activities funded under the award.

____

Could any activities under your project involve interactions with minors under the age of 18 years?

No

Instructions: The COPS Office defines training as the teaching and learning activities carried out for the primary purpose of helping members of an organization other than your own acquire and apply the knowledge, skills, abilities, and attitudes needed by a particular job or organization. Training is driven by specific goals and objectives; it is not a single event but rather an ongoing process that requires continuous self-reflection and evaluation. Guides, webinars, articles, conference presentations, toolkits, podcasts, videos, blogs, and news feeds (to provide a few examples) can serve as support material in trainings or as standalone materials to increase knowledge, but on their own they are not defined as training by the COPS Office. Please select "yes" if any part of your project fits within the definition of training or "no" if no portion of your project fits within the definition of training.

____

Could any portion of your project be considered training?

Yes

Executive and Contact Information

Please select your U.S. Attorney's District Office from the below drop-down options.

California, Northern

Please provide the name and contact information for the highest-ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest-ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g., executive director, chief executive officer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.  Title:

Sheriff

First name:

Robert

Last name:

Jonsen

Phone:

(b) (6)

Email address:

(b) (6)

COPS-AR-0305

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Instructions for Government Agencies: For law enforcement agencies, this is the highest-ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent). Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Title:

Mr.

First name:

James

Last name:

Williams

Phone:

(b) (6)

Email address:

(b) (6)

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information. Title:

Mr.

First name:

Martin

Last name:

Coronel

Phone:

(b) (6)

Email address:

(b) (6)

Certifications and Acknowledgement of Electronic Signatures

COPS-AR-0306

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. Please review the FY25 Resource Guide for CPA Programs. Please check one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.

Certification of Review and Representation of Compliance: By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

Acknowledgement of Electronic Signatures: By checking the box, the applicant indicates that he or she understands that the use of typed names in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form, constitute electronic signatures and that the electronic signatures are the legal equivalent of handwritten signatures.

true

### Proposal Narrative

### Budget and Associated Documentation

#### Budget Summary

| Budget Category | Total Cost |
| --- | --- |
| Sworn Officer Positions: | $0.00 |
| Civilian or Non-Sworn Personnel: | $100,000.00 |
| Travel: | $0.00 |
| Equipment: | $0.00 |
| Supplies: | $0.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $0.00 |
| Other Costs: | $100,000.00 |
| Total Direct Costs: | $200,000.00 |
| Indirect Costs: | $0.00 |
| Total Project Costs: | $200,000.00 |
| Federal Funds: | $200,000.00 |
| Match Amount: | $0.00 |

COPS-AR-0307

Program Income:                                                                                                          $0.00

**Budget / Financial Attachments**

**Non-competitive Justification**

No documents have been uploaded for Non-Competitive Justification

**Indirect Cost Rate Agreement**

No documents have been uploaded for Indirect Cost Rate Agreement

**Consultant Rate Justification**

No documents have been uploaded for Consultant Rate Justification

**Additional Attachments**

| Name | Category | Created by | Date Added |
|------|----------|------------|------------|
|  Proposed Budget.docx | Budget Narrative | Martin Coronel | 06/16/2025 |

**Budget and Associated Documentation**

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA, _____
AND TRAINING ACTIVITIES?

**Base Salary and Fringe Benefits for Sworn Officer**

—

**Position**

**Position Title**                              **Position Description**

____                                            ____

**Number of Positions**

____

⌄ **Salary per Officer**

Salary                                 Year 1              Year 2              Year 3

                                       ____                ____                ____

⌄ **Fringe Benefits per Officer**

                                    Year 1              Year 2              Year 3

**Social Security**

____            ____            ____            ____            ____

Medicare

COPS-AR-0308

**Medicare**

____          ____          ____          ____          ____

**Health Insurance**

____          ____          ____          ____

**Life Insurance**

____          ____          ____          ____

**Vacation**
**Included in Salary?   Hours**          ____          ____          ____
____          ____

**Sick Leave**
**Included in Salary?   Hours**          ____          ____          ____
____          ____

**Retirement**

____          ____          ____          ____

**Workers Compensation**

____          ____          ____          ____

**Unemployment Insurance**

____          ____          ____          ____

**Other Benefit**

____          ____          ____

____

____

**Other Benefit**

____          ____          ____

____

____

**Other Benefit**

____          ____          ____

COPS-AR-0309

**Summary Totals**

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Benefits per Officer | $0.00 | $0.00 | $0.00 |
| Salary per Officer | —— | —— | —— |
| Total per Officer | $0.00 | $0.00 | $0.00 |

**Total per Officer All Years**

$0

**Total Salary and Benefits**

$0

## Personnel

**Instructions**

List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

Year 1

**Year 1**
**Personnel Detail**

| Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Personnel Total Cost**
    $0
**Additional Narrative**

## Fringe Benefits

**Instructions**

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

Year 1

COPS-AR-0310

**Fringe Benefit Detail**

| Name | Base | Rate (%) | Total Cost |
|------|------|----------|------------|
| No items | | | |

**Fringe Benefits Total Cost**
$0

**Additional Narrative**

## Travel

**Instructions**

Itemize travel expenses for staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence). In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; if unknown, indicate "location/dates to be determined." In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.



**Year 1**

**Travel Detail**

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|-------------------|----------|-----------------|-------|------|----------|-----------|-----------|-----------|--------------------------|-----------------|
| No items | | | | | | | | | | |

**Travel Total Cost**
$0

## Equipment

**Instructions**

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

**Equipment Detail**

| Equipment | # of | Cost | Total | Non-Federal | Federal |

COPS-AR-0311

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Equipment Total Cost**
$0

## Supply Items

### Instructions

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

**Supply Item Detail**

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Supplies Total Cost**
$0

## Construction

### Instructions

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

**Construction Detail**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Construction Total Cost**
$0

COPS-AR-0312

## Subawards

### Instructions

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

**Year 1**

### Subaward (Subgrant) Detail

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Subawards Total Cost**
$0

**Add Consultant Travel**

____

**Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.**

### Instructions

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project  Written prior approval and additional justification is required for consultant fees in e cess of the DOJ grant making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

### ∨ Procurement Contract Detail

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|

COPS-AR-0313

No items

**Do you need Consultant Travel?**
No
**Procurement Cost**
$0

## Other Direct Costs

**Instructions**

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

**Other Cost Detail**

| Description | Quantity | Basis | Costs | Length of Time | Total Costs | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|
| Reallocate-Book "Why We Sleep" | 550.00 | per book | $10.00 | 1.00 | $5,500.00 | | $5,500.00 |
| Wellness Check Program | 300.00 | sessions | $150.00 | 1.00 | $45,000.00 | | $45,000.00 |
| Courageous Heart Training Fee | 550.00 | Participants | $90.00 | 1.00 | $49,500.00 | | $49,500.00 |

**Other Costs Total Cost**
$100,000

**Additional Narrative**

Wellness Check Program will be 30 minutes per session at $150 fee per participant. Estimated number of staff participating is 300.

Courageous Heart training will be administered by Compassion Institute and will have a fee of $90 per participant. Goal is to enlist 550 individuals.

COPS-AR-0314

## Indirect Costs

### Instructions

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

### Year 1

**Indirect Cost Detail**

| Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Indirect Costs Total Cost**
$0

**Additional Narrative**

## Memoranda of Understanding (MOUs) and Other Supportive Documents

### Memoranda of Understanding (MOUs) and Other Supportive Documents



( Upload )

The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

## Additional Application Components

### Curriculum Vitae or Resumes

| | Name | | Category | Created by | Date Added |
|---|---|---|---|---|---|
| W | (b) (6) | Resume | Curriculum Vitae or | Martin Coronel | |

COPS-AR-0315

| | **Name** | | **Category** | **Created by** | **Date Added** |
|---|---|---|---|---|---|
| CISM consultant.doc | | | Resumes | | 06/12/2025 |

| | **Name** | | **Category** | **Created by** | **Date Added** |
|---|---|---|---|---|---|
| | (b) (6) 2025 Counseling Consultant.pdf | Resume | Curriculum Vitae or Resumes | Martin Coronel | 06/12/2025 |

| | **Name** | | **Category** | **Created by** | **Date Added** |
|---|---|---|---|---|---|
| | (b) (6) (b) (6) | Resume pdf | Curriculum Vitae or Resumes | Martin Coronel | 06/12/2025 |

**Letters of Support**

No documents have been uploaded for Letters of Support

**Additional Attachments**

No documents have been uploaded for Additional Attachments

## Disclosures and Assurances

### No Lobbying Activities

**The applicant is not required to submit a lobbying disclosure under 31 U.S.C. 1352 for this application.**

No documents have been uploaded for Disclosure of Lobbying Activities

### DOJ Certified Standard Assurances                                                                                *

**U.S. DEPARTMENT OF JUSTICE**

**CERTIFIED STANDARD ASSURANCES**

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application--

    a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;

    b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and

    c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

COPS-AR-0316

from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition--

    a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);

    b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;

    c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and

    d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance--

    a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United States; and

    b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

    a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

    b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

COPS-AR-0317

Please Acknowledge ★

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/12/25 8:44 PM

**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing**                                        ★

U.S. DEPARTMENT OF JUSTICE

CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS; COORDINATION WITH AFFECTED AGENCIES

Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form.  The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of    Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or    cooperative agreement;

(b) If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any    agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form – LLL, "Disclosure of    Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

(c) The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) funded with Federal award funds and shall ensure that any certifications    or lobbying disclosures required of recipients of such subgrants and procurement contracts (or their subcontractors) are made and filed in accordance with 31 U.S.C.

COPS-AR-0318

§ 1352.

2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals--

   (a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

   (b) has within a three-year period preceding this application been convicted of a felony criminal violation under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal offense in         connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or local) transaction or private agreement or transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery,      bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense indicating a lack of business integrity or business      honesty that seriously and directly affects its (or its principals') present responsibility;

   (c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and/or

   (d) has within a three-year period preceding this application had one or more public transactions (Federal, State, tribal, or local) terminated for cause or default.

 B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.  Where the Applicant or any of its principals was convicted, within a three-year period preceding this application, of a felony criminal violation under any Federal law, the Applicant also must disclose such felony criminal conviction in writing to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov), unless such disclosure has already been made.

3. FEDERAL TAXES

A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, or (2) the corporation has provided written notice of such an unpaid tax liability (or liabilities) to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov).

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.

4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees, as defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

   (a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against employees for     violation of such prohibition;

   (b) Establishing an on-going drug-free awareness program to inform employees about--

COPS-AR-0319

(1) The dangers of drug abuse in the workplace;

(2) The Applicant's policy of maintaining a drug-free workplace;

(3) Any available drug counseling, rehabilitation, and employee assistance programs; and

(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will--

(1) Abide by the terms of the statement; and

(2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice,     including position title of any such convicted employee to the Department, as follows:

For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

Notice shall include the identification number(s) of each affected award;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

5.  COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award.  Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge ★

Certified

**SignerID**

(b) (6)

**Signing Date / Time**

6/12/25 8:44 PM

COPS-AR-0320

**Other Disclosures and Assurances**

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

By [taking this action], I --

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge ★

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/12/25 8:44 PM

COPS-AR-0321

**Other**

No documents have been uploaded for Other

Certified

COPS-AR-0322

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 05/28/2025 | JNECJW88ML98 |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| JNECJW88ML98 | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: | CA |
|---|---|---|

### 8. APPLICANT INFORMATION:

* a. Legal Name: COUNTY OF SANTA CLARA

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 94-6000533 | JNECJW88ML98 |

**d. Address:**

| | |
|---|---|
| * Street1: | 55 W Younger Ave |
| Street2: | |
| * City: | San Jose |
| County/Parish: | Santa Clara |
| * State: | CA: California |
| Province: | |
| * Country: | USA: UNITED STATES |
| * Zip / Postal Code: | 951101721 |

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| OFFICE OF THE SHERIFF | HEALTH AND WELLNESS |

**f. Name and contact information of person to be contacted on matters involving this application:**

| | | | |
|---|---|---|---|
| Prefix: | Mr. | * First Name: | Martin |
| Middle Name: | | | |
| * Last Name: | Coronel | | |
| Suffix: | | | |

Title: Program Manager

Organizational Affiliation:

County of Santa Clara Office of the Sheriff

| * Telephone Number: | (b) (6) | Fax Number: | |
|---|---|---|---|

* Email: (b) (6)

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

B: County Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Community Oriented Policing Services

**11. Assistance Listing Number:**

16.070

Assistance Listing Title:

Law Enforcement Mental Health and Wellness Act

**\* 12. Funding Opportunity Number:**

O-COPS-2025-172386

**\* Title:**

FY25 Law Enforcement Mental Health and Wellness Act (LEMHWA) Implementation Projects

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

Promoting Blue Resilience: Strengthening Mental Health Training and Support in Law Enforcement

Attach supporting documents as specified in agency instructions.

[ Add Attachments ]  [ Delete Attachments ]  [ View Attachments ]

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

\* a. Applicant    CA-018    \* b. Program/Project    CA-018

Attach an additional list of Program/Project Congressional Districts if needed.

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**17. Proposed Project:**

\* a. Start Date:    10/01/2025    \* b. End Date:    09/30/2027

**18. Estimated Funding ($):**

| | |
|---|---|
| \* a. Federal | 200,000.00 |
| \* b. Applicant | 0.00 |
| \* c. State | 0.00 |
| \* d. Local | 0.00 |
| \* e. Other | 0.00 |
| \* f. Program Income | 0.00 |
| \* g. TOTAL | 200,000.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

[ ] a. This application was made available to the State under the Executive Order 12372 Process for review on [          ].

[ ] b. Program is subject to E.O. 12372 but has not been selected by the State for review.

[X] c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

[ ] Yes    [X] No

If "Yes", provide explanation and attach

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**21.** \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)

[X] \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: [          ]    \* First Name:    Robert

Middle Name: [          ]

\* Last Name:    Jonsen

Suffix: [          ]

\* Title:    Sheriff

\* Telephone Number:    (b) (6)    Fax Number: [          ]

\* Email:    (b) (6)

\* Signature of Authorized Representative:    Martin Coronel    \* Date Signed:    05/28/2025



**Chaplaincy Program**

Oct 1, 2025, begin 2-year contract with chaplain, begin chaplain services, continue chaplain orientation and introductions to agency (ride-alongs, briefings, agency trainings and events, visit custodial facilities)

Jan 1, 2026, begin weekly chaplain office hours

Nov 1, 2025 – January 1, 2026, provide Chaplain Coffee and Cookies informational sessions throughout agency and at the Academy

**Courageous Heart Training Program:**

Nov 1, 2025 – Sep 2027, provide Courageous Heart trainings to Santa Clara County Sheriff's Office, District Attorney's, and Probation personnel with goal of 550 people trained

**30-Minute Wellness Check Pilot Program:**

Phase 1, Oct 1, 2025 – Dec 31, 2025: Administration personnel will be the first to complete wellness checks to set an example and demonstrate leadership support, employees who volunteer

Phase 2, Jan 1, 2026 – Sep 2027: High-Risk Assignments and all other employees who volunteer with a goal of 300 visits

COPS-AR-0326

Proposed Costs:

## A Mission that Promotes Blue Resilience

The Santa Clara County Sheriff's Office is committed to building a resilient, mission-ready workforce through a comprehensive wellness strategy that supports both fitness for duty and long-term quality of life. Law enforcement professionals experience elevated rates of depression, PTSD, substance use, and suicide compared to the general population. National data from the Ruderman Foundation and Blue H.E.L.P. reports that officer suicides consistently outpace line-of-duty deaths, while surveys show that up to 35% of officers exhibit symptoms of PTSD. Compared to other law enforcement agencies, data from Concern shows Sheriff's Office staff underutilize available county mental health services, suggesting a need for culturally tailored, trust-based interventions.

To meet these needs, the Office proposes a three-part expansion of its current wellness program:

### 1. Chaplaincy Program

We will contract a part-time law enforcement chaplain (20 hours/week at $50/hour; an equivalent of $50,000/year for two years) to offer emotional, moral, and spiritual support to deputies, professional staff, and their families. Chaplains will provide confidential counseling, referrals, critical incident response, and non-denominational spiritual care. We will also recruit and coordinate a team of volunteer chaplains to cover patrol and custodial divisions. The program will establish weekly office hours, host "Coffee with the Chaplain" sessions, and support ceremonial and community events.

**Expected Outcomes:** Increase in staff-reported access to trusted support resources, enhanced engagement in post-critical incident support, and establishment of a standing chaplain presence in all divisions.

### 2. Courageous Heart Training

Developed by the Compassion Institute in partnership with Stanford Medicine's Department of Psychiatry and Behavioral Sciences, Courageous Heart is an evidence-based training that strengthens compassion, emotional regulation, and resilience. Over the grant period, we will deliver six training sessions to high-risk Sheriff's Office personnel—including those in SWAT, sex crimes, jail mental health, and pre-retirement—as well as key stakeholders from the District Attorney and Probation departments for a fee of $90 per participant with the goal of enlisting 550 individuals. A book titled "Why We Sleep" by Matthew Walker, will be distributed to the training participants at $10 each.

**Expected Outcomes:** 550 personnel trained, pre/post evaluations showing increased self-awareness, improved emotional regulation, and greater openness to seeking support, and stronger cross-agency wellness alignment.

### 3. 30-Minute Wellness Check Pilot Program

We will pilot a voluntary wellness check program for sworn staff, conducted by 2–3 licensed therapists with experience in first responder mental health. These 30-minute confidential check-ins will be conducted on-site or virtually using HIPAA-compliant platforms at a $150 fee per participant with an estimated number of staff participating at 300. The program will begin with executive staff (Phase 1) and expand to high-risk and volunteer staff (Phase 2). Participation data will be de-identified and aggregated to protect privacy while informing future program development.

**Expected Outcomes:** 300 personnel receiving wellness checks, increased EAP referrals and early interventions, and creation of a sustainable model for a mandatory wellness check program in future budget cycles.

Together, these integrated strategies aim to reduce mental health stigma, increase access to timely and culturally competent care, and strengthen individual and organizational resilience across the agency. By investing in the well-being of our personnel, the Santa Clara County Sheriff's Office ensures that our staff can continue to serve our diverse community with strength, integrity, and compassion.

(b) (6)

***Employment Goal:*** (b) (6)

### Employment Experience

***Aug 2024 to present*** (b) (6)    **Santa Clara County Sheriffs Department** (voluntarily)

***Oct 2023 to present***    **Grace Bible Church of Hollister**
*Position Held: Lead Teaching Pastor and Church Board Member*

***Sept 2008 to present*** (b) (6)    **Morgan Hill Police Department**

COPS-AR-0329

*Sept. 1, 1987 to*
*Jan. 26, 2025*          **West Hills Community Church**
                        *Positions Held: Associate Pastor, 9/1/87 to 3/4/89*
                        *Senior Pastor, 3/5/89 to Present*

*Duties as **Teaching/Lead Pastor**:  I serve as an elder, and have responsibility for preaching and teaching at the West Hills Community Church, a 600 person congregation; spiritual oversight of a multiple staff (six associate pastors and two administrative staff), prayer, shepherding/ counseling, discipleship, visitation house to house, the training of younger men for gospel ministry, weddings, and funerals.*

*Duties as **Associate Pastor** : Oversight of nursery through sixth grade and adult Christian education, oversight of the entire Church mission outreach, men's and women's ministry programs, singles ministry and small group ministry. In addition, I taught regularly and provided pulpit backup for the Senior Pastor in his absence.*

*March 1983 to*
*August 1987:*          **Action International Ministries**
                        *Positions Held: Missionary Relief, 3/83 to 12/84; Missionary Church Planter, 1/85 to 9/87*

*Duties in **Missionary Relief Work** included the planning, implementation and support development for an outreach/training program for street children in Manila, Philippines. With a team of Filipino workers, I secured grant funding for and developed a three phase ministry outreach which included a mobile street outreach, half-way house and vocational/ technical training in a provincial farm setting in order to see street children move from life on the street to being productive citizens for Christ and for their communities. The ministry is ongoing.*

*Duties as a **Missionary Church Planter** included the development and implementation of a church planting strategy among the Philippines' 6 million Muslims.*

COPS-AR-0330

*Education/Credentials*

*December 2024*  **<u>The Southern Baptist Theological Seminary</u>**
**Master of Divinity, conferred December 13, 2024**

*January 2020*  **<u>*International Conference of Police Chaplains*</u>**
*Annual Member*

*August 2015*  **<u>The Masters Seminary</u>**
**Enrolled in the distance learning program for a BTh**

*April 2011*  **<u>*P.O.S.T\* Certified Law Enforcement Chaplain*</u>**
**\*Police Officers Standards and Training**

*November 14, 1993*  **<u>Ordination</u>, Central (Cumberland   Presbyterian) Church, Memphis, Tennessee**

*September 1, 1987*  **<u>Licensed into Gospel Ministry</u>, West Hills Community Church**

*Fall 1990 to 1992*  **<u>Western Conservative Baptist Theological Seminary</u>**
**Graduate work toward Masters of Divinity (not completed)**

*1979 to 1983*  **<u>Federal Express Corporation</u>**

*1978-1979*  **<u>Mid-South Bible College</u>**
**Completed one year of study in theology and Bible**

*1976-1979*  **<u>State Technical Institute at Memphis, Tennessee</u>**
**Electronic Engineering Major**

*1972-1976*  **<u>United States Marine Corp</u>**

### *Other Positions Held*

*Nov. 2008 to present* (b) (6)                **Morgan Hill Police Department**
        **Morgan Hill, California**

*May, 2006, 2007*    **Adjunct Professor, Cornerstone Seminary**
        **Vallejo, California**

        **NOTE: I may resume teaching as an adjunct professor at this
        institution in the fall of 2025**

*Sept. 2000 to 2010*  **Chairman of the Board, Action International Ministries U.S.,**
        **Mount Lake Terrace, Washington**

*2003 to 2006*    **Administrative Board, The Vine Family Academy,**
        **Morgan Hill, California**

### *Special Courses:*

*April 2025*     **POST Certified Advanced Chaplains Course** (40 hour course)
        **Rancho Cordova, California**

*February 2025*    **Kevin Gilmartin Peer Support Training** (Feb 20 from 0830–1430)
        **Gilroy, California**

*December 2024*    **Basic and Advanced Peer Support Training** (24 hour course hosted by
        SCCSO, **Morgan Hill, California**

*January 2020*    **Foundational ICPC Chaplain Course**  (40 hour course)
        **San Bernardino, California**

*May, 2015*     **Expository Preaching Institute** (24 hour course)
        **hosted by One Passion Ministries, Walnut Creek, California**

*April 2011*     (b) (6)            **Basic Course** (40 hour course)
        **Buena Vista, California**

| | |
|---|---|
| *June 1993* | **SVCC Church Growth Conference,** <br> **Orange County, California** |
| *May 1993* | **International School of Christian Communication,** <br> **Garden Grove, California** |
| *November 1991* | **Stephen F. Olford Advanced Institute of Expository Preaching,** <br> **Memphis, Tennessee** |
| *May 1991* | **Stephen F. Olford Basic Institute of Expository Preaching,** <br> **Memphis, Tennessee** |
| *June to* <br> *August 1985* | **Samuel Zwemer Institute for Islamic Studies (Summer Course)** <br> **William Carey International University, Pasadena, California** |

### *Biographical Information*

(b) (6) **(M.Div), b. 1954 in Fontainebleau, France**

(b) (6) **(MSW), b. 1953 in Manila, Philippines (Married** (b) (6) **)**

*Children*

(b) (6)

(b) (6)

*Grandchildren*

(b) (6)

COPS-AR-0333

COPS-AR-0334

(b) (6)                                    (b) (6)

## EDUCATION
**MASTERS OF ARTS, COUNSELING PSYCHOLOGY | UNIVERSITY OF SAN FRANCISCO**                **MAY 2021**
- Marriage and Family Therapy
**BACHELORS OF SCIENNCE | SAN DIEGO STATE UNIVERSITY**                **MAY 1999**
- Criminal Justice Administration

## COUNSELING RELATED EXPERIENCE

*LMFT CONTRACTED CLINICIAN/ WOODSIDE FIRE PROTECTION DISTRICT*                **2025-PRESENT**
- Conduct yearly wellness checks, critical incident stress debriefings, training and crisis counseling for the members.
*LMFT/ CAIRN RESILIENCE COUNSELING*                **2023-PRESENT**
- Provide Psychotherapy for adults and children with a focus on the First Responder population.
- Provide Training to various Public Safety Agencies regarding Wellness and Resiliency
- Consultation with various Public Safety Agencies in the area of wellness programs and peer support.
*LMFT CONTRACTED CLINICIAN/ RESTORATION FAMILY COUNSELING*                **2023-PRESENT**
- Conduct yearly wellness checks, critical incident stress debriefings, and quarterly training and therapy sessions with contracted public safety agencies.
*LMFT/ SAN MATEO COUNTY CISM TEAM*                **2023-PRESENT**
- Provide Critical Incident Stress Management Debriefings and consultation to team members.
*LMFT/ THE COUNSELING TEAM INTERNATIONAL*                **2021- PRESENT**
- Conduct yearly wellness checks, critical incident stress debriefings, and quarterly training and therapy sessions with contracted public safety agencies.
*REGIONAL TRAINER/ UNIVERSITY OF SAN DIEG0 720 HEALTH PROGRAM*                **2023-2025**
- Provide training and support to local police departments to implement the 720 Health Wellness program developed by UCSD and California POST
*LMFT/ SOUTH SAN FRANCISCO POLICE DEPARTMENT PEER SUPPORT TEAM*                **2021-PRESENT**
- Provide trainings and consultation to support the SSFPD's Peer Support Team
*AMFT/ ONE LIFE COUNELING CENTER*                **2021- 2024**
- Conduct intake screenings, psychological assessments, and create treatment plans for clients from children to adults.
- Provide Psychotherapy for adults and children with a focus on the First Responder population.
*CLINICAL INTERN/SAN MATEO COUNTY PRE- TO-THREE*                **2020- 2021**
- Conduct intake screenings, psychological assessments, trauma informed treatment, and create treatment plans for.
*CO-FACILITATOR/JOSIE'S PLACE*                **2021 – 2022**
- Co-facilitate a bi-weekly support group for grieving parents.
*LMFT AND PEER/WEST COAST POST TRAUMA RETREAT*                **2016 – PRESENT**
- Attend week long inpatient retreat for first responders suffering from PTSD to provide peer support/ clinical support as they go through the intensive program.
- Attend peer support meetings for clients who have attended the program.

## OTHER PROFESSIONAL EXPERIENCE

*DETECTIVE/ SOUTH SAN FRANCISCO POLICE DEPARTMENT*                **2000 - 2015**
- Investigated and prepared reports for crimes specifically related to sexual assaults and crimes against children.
- Worked in collaboration with social workers, lawyers, judges to bring justice for the adult and child survivors of abuse.

## INSTRUCTOR/ SPEAKING ENGAGMENTS

- Basic Peer Support through the Counseling Team International                2024
- Hillsborough Police Department                2024
- San Mateo County Fire Academy                2023-Present
- University of San Francisco (Guest speaker- EMDR Brain Spotting)                2023
- San Mateo County Police Academy                2023
- The Overwatch Collective Podcast                2022
- San Mateo County CIT training (Wellness and Resiliency)                2022-Present
- South San Francisco Police Department (Wellness and Resiliency)                2022-2023
- San Mateo County Cyber Crimes Investigation Conference                2022

## TRAININGS/SKILLS

- Certified in Brainspotting                2024

COPS-AR-0335

- Individual/Group Crisis Intervention through ICISF    2022
- EMDR    2021
- Grief Therapy    2021
- Child Abuse investigations    2012
- Sexual Assault Investigations    2012

COPS-AR-0336

(b) (6)    **MA, MFT**                                                      (b) (6)

(b) (6)          • (b) (6)          • (b) (6)          • (b) (6)

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Mental Health/CISM Consultant | ALCO Fire Department | 2020 - present |
| Mental Health/CISM Consultant | Novato Fire Department | 2019 - present |
| Mental Health/CISM Consultant | Fremont Fire Department | 2016 - present |
| Mental Health/CISM Consultant | Berkeley Fire Department | 2016 – 2023 |
| EAP Clinician<br>Federal Occupational Health | Magellan Health Services | Feb 2016 – Mar 2019 |
| Mental Health/CISM Consultant<br>Alameda County | Paramedics Plus / Falck Ambulance<br>Emergency Services Provider | Aug 2012 - present |
| Credentialing Specialist<br>San Francisco, CA | Sutter Pacific Medical Foundation<br>Credentialing & Enrollment Department | Jun 2012 – Aug 2014 |
| Licensed Marriage & Family Therapist<br>San Jose, CA | Private Practice<br>Psychotherapy Practice | Aug 2011 – present |
| Clinician<br>EMDR Clinician | West Coast Post Trauma Retreat<br>First Responder Support Network | Aug 2009 - present |
| MFT Intern<br>Sunnyvale, CA | Community Counseling Center & Private Practice<br>Adult, Adolescent, Child, Couples Counseling | Jun 2004 – Jun 2011 |
| Credentialing Coordinator<br>Los Gatos, Palo Alto, Daly City | E3 Healthcare Management<br>Credentialing Department | Mar 2003 – Jun 2009 |
| Emergency Department Technician<br>San Jose, CA | Good Samaritan Hospital<br>Per Diem, Emergency Department | Jun 1998 – Jun 2000 |
| Credentialing Specialist<br>San Jose, CA | Good Samaritan Hospital<br>Medical Staff Services | Apr 1997 – Feb 2003 |
| Paramedic<br>Alameda County | American Medical Response<br>9-1-1 Paramedic First Responder | Dec 1991 – May 1995 |
| EMT/Paramedic<br>Los Angeles County | Crippen Ambulance Service<br>Emergency Medical Technician / Paramedic | Apr 1988 – Dec 1991 |

## TRAININGS / COMPETENCIES / PROFESSIONAL DEVELOPMENT

- International Critical Incident Stress Foundation, Inc. (ICISF) Trainings:
    - Individual Crisis Intervention and Peer Support
    - Group Crisis Intervention
    - Advanced Group Crisis Intervention: Strategies and Tactics for Complex Situations
    - Line of Duty Death:  Preparing the Best for the Worst
    - Suicide Prevention, Intervention and Postvention
    - Law Enforcement Perspectives for CISM Enhancement
- Eye Movement Desensitization and Reprocessing (EMDR)
- National Disaster Medical System, Mental Health Response Team Training

COPS-AR-0337

- Hazmat and Decontamination for Hospitals
- Domestic Violence and Suicide Prevention
- Basic Peer Support Counseling for Law Enforcement via San Francisco Police Department
- Crisis Intervention Training (CIT) via San Jose Police Department
- Member of First Responder Support Network / West Coast Post Trauma Retreat
- Anticipate, Plan & Deter Responder Resilience – Alameda County EMS
- EAP Critical Incident Response – A Multi-Systemic Resiliency Approach

## CERTIFICATIONS / LICENSES

- Marriage & Family Therapist – MFC 50324
- Certified Clinical Trauma Professional – International Association of Trauma Professionals

## PROFESSIONAL/COMMUNITY EXPERIENCE

- Alameda County Sheriff Office Critical Incident Stress Debriefings
- San Mateo County Sheriff Office Critical Incident Stress Debriefings
- California Highway Patrol Critical Incident Stress Debriefings
- East Bay Regional Parks Critical Incident Stress Debriefings
- Cal-Fire Critical Incident Stress Debriefings
- San Jose Police Department Critical Incident Stress Debriefings
- Oakland Fire Department Random Acts of Kindness
- Oakland Fire Department Critical Incident Stress Management Team
- SF Bay Area Critical Incident Stress Response Team
- Paramedics Plus Critical Incident Response Team – SF East Bay
- Court Appointed Special Advocate (CASA) – Santa Clara County
- Big Brothers, Big Sister of America – Santa Clara County
- Camp counselor for mild, moderate, and profoundly physically/mentally challenged children/adults
- Medical / psychological support for insulin dependent children at camp setting
- Organized fundraisers / participated in local community events benefitting community groups
- East Bay Stand Down

## EDUCATION

M.A., Counseling Psychology, John F Kennedy University, Campbell CA                      2006
B.S., Recreation Administration, emphasis Therapeutic Recreation, Cal Poly, Pomona, CA    1987
A.S. equivalency, Paramedic program and licensure, Mt San Antonio College, Walnut, CA    1989

COPS-AR-0338



# Department of Justice (DOJ)

### Office of Community Oriented Policing Services (COPS Office)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | COUNTY OF SANTA CLARA<br>55 W YOUNGER AVE |
| **City, State and Zip:** | SAN JOSE, CA 95110 |
| **Recipient UEI:** | JNECJW88ML98 |
| **Project Title:** FY25 Law Enforcement Mental Health and Wellness Act (LEMHWA) Implementation Projects - COUNTY OF SANTA CLARA, CA | **Award Number:** 15JCOPS-25-GG-00436-LEMH |
| **Solicitation Title:** FY25 Law Enforcement Mental Health and Wellness Act (LEMHWA) Implementation Projects | |
| **Federal Award Amount:** $200,000.00 | **Federal Award Date:** 10/10/25 |
| **Awarding Agency:** | Office of Community Oriented Policing Services |
| **Award Type:**<br>**Funding Instrument Type:** | Initial<br>Grant |
| **Opportunity Category:** D<br>**Assistance Listing:**<br>16.070 - Law Enforcement Mental Health and Wellness Act | |
| **Project Period Start Date:** 10/1/25 | **Project Period End Date:** 9/30/27 |
| **Budget Period Start Date:** 10/1/25 | **Budget Period End Date**: 9/30/27 |

**Project Description:**

The Santa Clara County Sheriff's Office is committed to building a resilient, mission-ready workforce through a comprehensive wellness strategy that supports both fitness for duty and long-term quality of life. They will contract a part-time law enforcement chaplain (20 hours/week for 2 years) to offer emotional, moral, and spiritual support to deputies, professional staff, and their families; provide evidence-based training that strengthens compassion, emotional regulation, and resilience; and launch a 30-Minute Wellness Check Pilot Program. Expected outcomes include 150-200 personnel receiving wellness checks, increased EAP referrals and early interventions, and creation of a sustainable model for a mandatory wellness check program in future budget cycles. Together, these integrated strategies aim to reduce mental health stigma, increase access to timely and culturally competent care, and strengthen individual and organizational resilience across the agency.

## Award Letter

October 10, 2025

Dear Robert Jonsen,

COPS-AR-0339

On behalf of Attorney General Pamela Bondi, it is my pleasure to inform you the Office of Community Oriented Policing Services (the COPS Office) has approved the application submitted by  COUNTY OF SANTA CLARA  for an award under the funding opportunity entitled 2025 FY25 Law Enforcement Mental Health and Wellness Act (LEMHWA) Implementation Projects. The approved award amount is $200,000.

Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by the COPS Office, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.


Cory D. Randolph
COPS Acting Director
**Office for Civil Rights Notice for All Recipients**

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) enforces federal civil rights laws and other provisions that prohibit discrimination by recipients of federal financial assistance from OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW).

Several civil rights laws, including Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance (recipients) to give assurances that they will comply with those laws.  Taken together, these and other civil rights laws prohibit recipients from discriminating in the provision of services and employment because of race, color, national origin, religion, disability, and sex or from discriminating in the provision of services on the bases of age.

Some recipients of DOJ financial assistance have additional obligations to comply with other applicable nondiscrimination provisions like the Omnibus Crime Control and Safe Streets Act of 1968, which prohibits discrimination on the basis of religion in addition to race, color, national origin, and sex.  Recipients may also have related requirements regarding the development and implementation of equal employment opportunity programs.

OCR provides technical assistance, training, and other resources to help recipients comply with civil rights obligations. Further, OCR administratively enforces civil rights laws and nondiscrimination provisions by investigating DOJ recipients that are the subject of discrimination complaints.  In addition, OCR conducts compliance reviews of DOJ recipients based on regulatory criteria.  These investigations and compliance reviews permit OCR to evaluate whether DOJ recipients are providing services to the public and engaging in employment practices in a nondiscriminatory manner.

COPS-AR-0340

For more information about OCR, your civil rights and nondiscrimination responsibilities, how to notify your employees or beneficiaries of their civil rights protections and responsibilities and how to file a complaint, as well as technical assistance, training, and other resources, please visit www.ojp.gov/program/civil-rights-office/outreach.  If you would like OCR to assist you in fulfilling your civil rights or nondiscrimination responsibilities, please contact us at askOCR@ojp.usdoj.gov or www.ojp.gov/program/civil-rights-office/about#ocr-contacts.

## Award Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

## Recipient Information

**Recipient Name**
COUNTY OF SANTA CLARA

**UEI**
JNECJW88ML98

**ORI Number**
CA04300

**Street 1**
55 W YOUNGER AVE

**Street 2**

**City**
SAN JOSE

**State/U.S. Territory**
California

**Zip/Postal Code**
95110

**Country**
United States

**County/Parish**

**Province**

## Award Details

**Federal Award Date**
10/10/25

**Award Type**
Initial

**Award Number**
15JCOPS-25-GG-00436-LEMH

**Supplement Number**
00

**Federal Award Amount**
$200,000.00

**Funding Instrument Type**
Grant

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.070 | Law Enforcement Mental Health and Wellness Act |

**Statutory Authority**

The Public Safety Partnership and Community Policing Act of 1994, 34 U.S.C. § 10381 et seq

COPS-AR-0341

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Project Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Solicitation Title**
2025 FY25 Law Enforcement Mental Health and Wellness Act (LEMHWA) Implementation Projects

**Awarding Agency**
COPS

**Application Number**
GRANT14420594

**Grant Manager Name**
Bethany Wilson

**Phone Number**
(b) (6)

**E-mail Address**
(b) (6)

**Project Title**
FY25 Law Enforcement Mental Health and Wellness Act (LEMHWA) Implementation Projects - COUNTY OF SANTA CLARA, CA

**Performance Period Start Date**
10/01/2025

**Performance Period End Date**
09/30/2027

**Budget Period Start Date**
10/01/2025

**Budget Period End Date**
09/30/2027

## Project Description

The Santa Clara County Sheriff's Office is committed to building a resilient, mission-ready workforce through a comprehensive wellness strategy that supports both fitness for duty and long-term quality of life. They will contract a part-time law enforcement chaplain (20 hours/week for 2 years) to offer emotional, moral, and spiritual support to deputies, professional staff, and their families; provide evidence-based training that strengthens compassion, emotional regulation, and resilience; and launch a 30-Minute Wellness Check Pilot Program. Expected outcomes include 150-200 personnel receiving wellness checks, increased EAP referrals and early interventions, and creation of a sustainable model for a mandatory wellness check program in future budget cycles. Together, these integrated strategies aim to reduce mental health stigma, increase access to timely and culturally competent care, and strengthen individual and organizational resilience across the agency.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Financial Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

Page: 4 of 17

COPS-AR-0342

A financial analysis of budgeted costs has been completed. All costs listed in the approved budget below were programmatically approved based on the final proposed detailed budget and budget narratives submitted by your agency to the COPS Office. Any adjustments or edits to the proposed budget are explained below.

Budget Clearance Date:              8/26/25 5:43 PM

| Comments |
| --- |
| No items |

## Budget Summary

| Budget Category | Proposed Budget | Change | Approved Budget | Percentages |
| --- | --- | --- | --- | --- |
| Sworn Officer Positions: | $0 | $0 | $0 | |
| Civilian or Non-Sworn Personnel: | $100,000 | $0 | $100,000 | |
| Travel: | $0 | $0 | $0 | |
| Equipment: | $0 | $0 | $0 | |
| Supplies: | $5,500 | -$5,500 | $0 | |
| SubAwards: | $0 | $0 | $0 | |
| Procurement Contracts: | $0 | $0 | $0 | |
| Other Costs: | $94,500 | $5,500 | $100,000 | |
| Total Direct Costs: | $200,000 | $0 | $200,000 | |
| Indirect Costs: | $0 | $0 | $0 | |
| Total Project Costs: | $200,000 | $0 | $200,000 | |
| Federal Funds: | $200,000 | $0 | $200,000 | 100.00% |
| Match Amount: | $0 | $0 | $0 | 0.00% |
| Program Income: | $0 | $0 | $0 | 0.00% |

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

No other award documents have been added.

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

Page: 5 of 17

COPS-AR-0343

**Condition 1**
Restrictions on Internal Confidentiality Agreements: No recipient or subrecipient under this award, or entity that receives a contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts the lawful reporting of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Further Consolidated Appropriations Act, 2024, Public Law 118-47, Division B, Title VII, Section 742.

**Condition 2**
Compliance with 8 U.S.C. § 1373: Authority to obligate or expend contingent on compliance with this condition. State or local government entity recipients of this award, and any subrecipient of this award at any tier that is an entity of a State or of a unit of local government, must comply with 8 U.S.C. §1373, which provides that such entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.

Any obligations or expenditures of a recipient or subrecipient that are impermissible under this condition shall be unallowable costs for purposes of this award.

References to the Immigration and Naturalization Service in 8 U.S.C. 1373 are to be read, as a legal matter, as references to components of the U.S. Department of Homeland Security.

**Condition 3**
Federal Civil Rights and Nondiscrimination Laws (certification): The recipient agrees that its compliance with all applicable Federal civil rights and nondiscrimination laws is material to the government's decision to make this award and any payment thereunder, including for purposes of the False Claims Act (31 U.S.C. 3729-3730 and 3801-3812), and, by accepting this award, certifies that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws.

**Condition 4**
Federal Laws, Presidential Memoranda, and Executive Orders: Recipients of grant funding must comply with all applicable federal laws and Presidential Memoranda and all Executive Orders by the President.

**Condition 5**
Award Monitoring Activities: Federal law requires that recipients receiving federal funding from the COPS Office must be monitored to ensure compliance with their award conditions and other applicable statutes and regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice. Award monitoring activities conducted by the COPS Office include site visits, enhanced office-based grant reviews, alleged noncompliance reviews, financial and programmatic reporting, and audit resolution. As a COPS Office award recipient, you agree to cooperate with and respond to any requests for information pertaining to your award. This includes all financial records, such as general accounting ledgers and all supporting documents. All information pertinent to the implementation of the award is subject to agency review throughout the life of the award, during the close-out process and for three-years after the submission of the final expenditure report. 2 C.F.R. §§ 200.334 and 200.337, and, as applicable, 34 U.S.C. § 10385(a).

**Condition 6**
Authorized Representative Responsibility: The recipient understands that, in accepting this award, the Authorized Representatives declare and certify, among other things, that they possess the requisite legal authority to accept the award on behalf of the recipient entity and, in so doing, accept (or adopt) all material requirements throughout the period of performance under this award. The recipient further understands, and agrees, that it will not assign anyone to the role of Authorized Representative during the period of performance under the award without first ensuring that the individual has the requisite legal authority.

COPS-AR-0344

**Condition 7**
Contract Provision: All contracts made by the award recipients under the federal award must contain the provisions required under 2 C.F.R. Part 200, Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under Federal Awards. Please see appendices in the Award Owner's Manual for a full text of the contract provisions.

**Condition 8**
Award Owner's Manual: The recipient agrees to comply with the terms and conditions in the applicable award year COPS Office Program Award Owner's Manual; DOJ Grants Financial Guide; COPS Office statute (34 U.S.C. § 10381, et seq.) as applicable; Students, Teachers, and Officers Preventing (STOP) School Violence Act of 2018 (34 U.S.C. § 10551, et seq.) as applicable; the requirements of 2 C.F.R. Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards), including subsequent changes, as adopted by the U.S. Department of Justice in 2 C.F.R. § 2800.101; 48 C.F.R. Part 31 (FAR Part 31) as applicable (Contract Cost Principles and Procedures); the Cooperative Agreement as applicable; representations made in the application; and all other applicable program requirements, laws, orders, regulations, or circulars.

Failure to comply with one or more award requirements may result in remedial action including, but not limited to, withholding award funds, disallowing costs, suspending, or terminating the
award, or other legal action as appropriate.

Should any provision of a condition of this award be held to be invalid or unenforceable by its terms, then that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law (to any person or circumstance) under this award. Should it be held, instead, that a condition (or a provision thereof) is of utter invalidity or unenforceability, such condition (or such provision) shall be deemed severable from this award.

**Condition 9**
Federal Civil Rights: The recipient and any subrecipient must comply with applicable federal civil rights and nondiscrimination statutes and regulations including: Section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), as implemented in Subparts C and D of 28 C.F.R. Part 42; section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794), as implemented in Subpart G of 28 C.F.R. Part 42; section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681), as implemented in Subpart D of 28 C.F.R. Parts 42 and 54; section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102), as implemented in Subpart I of 28 C.F.R. Part 42; and section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)), as implemented in Subpart D of 28 C.F.R. Part 42. In addition to applicable federal statutes and regulations that pertain to civil rights and nondiscrimination, the recipient and any subrecipient must comply with the requirements in 28 C.F.R. Parts 22 (Confidentiality of Identifiable Research and Statistical Information); 28 C.F.R. Part 23 (Criminal Intelligence Systems Operating Policies); 28 C.F.R. Part 38 (Partnerships with Faith-Based and Other Neighborhood Organizations); and 28 C.F.R. Part 46 (Protection of Human Subjects). For an overview of the civil rights laws and nondiscrimination requirements in connection with your award, please see https://www.ojp.gov/program/civil-rights/overview.

**Condition 10**
Duplicative Funding: The recipient understands and agrees to notify the COPS Office if it receives, from any other source, funding for the same item or service also funded under this award.

**Condition 11**
Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and COPS Office authority to terminate award): The recipient and subrecipient agree to comply with the following requirements of 2 C.F.R. Part 175, Appendix A to Part 175 – Award Term:
I. Trafficking in Persons
(a) Provisions applicable to a recipient that is a private entity. (1) Under this award, the
recipient, its employees, subrecipients under this award, and subrecipient's employees must not engage in:
(i) Severe forms of trafficking in persons;
(ii) The procurement of a commercial sex act during the period of time that this award
or any subaward is in effect;
(iii) The use of forced labor in the performance of this award or any subaward; or
(iv) Acts that directly support or advance trafficking in persons, including the following acts:
(A) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

COPS-AR-0345

(B) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(1) Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreement; or

(2) The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(C) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(D) Charging recruited employees a placement or recruitment fee; or

(E) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(2) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:

(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or

(ii) Has an employee that is determined to have violated a prohibition in paragraph (a)(1) of this this appendix through conduct that is either:

(A) Associated with the performance under this award; or

(B) Imputed to the recipient or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by DOJ at 2 C.F.R. Part 2867.

(b) Provision applicable to a recipient other than a private entity. (1) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if a subrecipient that is a private entity under this award:

(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or

(ii) Has an employee that is determined to have violated a prohibition in paragraph (a)(1) of this appendix through conduct that is either:

(A) Associated with the performance under this award; or

(B) Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by 2 C.F.R. Part 2867.

(c) Provisions applicable to any recipient.

(1) The recipient must inform the Federal agency and the Inspector General of the Federal agency immediately of any information you receive from any source alleging a violation of a prohibition in paragraph (a)(1) of this appendix.

(2) The Federal agency's right to unilaterally terminate this award as described in paragraphs (a)(2) or (b)(1) of this appendix:

(i) Implements the requirements of 22 U.S.C. 78, and

(ii) Is in addition to all other remedies for noncompliance that are available to the Federal agency under this award.

(3) The recipient must include the requirements of paragraph (a)(1) of this award term in any subaward it makes to a private entity.

(4) If applicable, the recipient must also comply with the compliance plan and certification requirements in 2 CFR 175.105(b).

(d) Definitions. For purposes of this award term:

Employee means either:

(1) An individual employed by the recipient or a subrecipient who is engaged in the performance of the project or program under this award; or

(2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.

Private Entity means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in 2 CFR 200.1.

The terms "severe forms of trafficking in persons," "commercial sex act," "sex trafficking," "Abuse or threatened abuse of law or legal process," "coercion," "debt bondage," and "involuntary servitude" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).

COPS-AR-0346

**Condition 12**

Termination: Recipient understands and agrees that the COPS Office may terminate funding, in whole or in part, for the following reasons:

(1) When the recipient fails to comply with the terms and conditions of a Federal award.

(2) When the recipient agrees to the termination and termination conditions.

(3) When the recipient provides the COPS Office written notification requesting termination including the reasons, effective date, and the portion of the award to be terminated. The COPS Office may terminate the entire award if the remaining portion will not accomplish the purposes of the award.

(4) Pursuant to any other award terms and conditions, including, when an award no longer effectuates the program goals or agency priorities to the extent such termination is authorized by law.

2. C.F.R. § 200.340.


**Condition 13**

Recipient Integrity and Performance Matters: For awards over $500,000, the recipient agrees to comply with the following requirements of 2 C.F.R. Part 200, Appendix XII to Part 200 – Award Term and Condition for Recipient Integrity and Performance Matters:

I. Reporting of Matters Related to Recipient Integrity and Performance

(a) General Reporting Requirement.

(1) If the total value of your active grants, cooperative agreements, and procurement contracts from all Federal agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings described in paragraph (b) of this award term is current and complete. This is a statutory requirement under section 872 of Public Law 110–417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111– 212, all information posted in responsibility/qualification records in SAM.gov on or after April 15, 2011 (except past performance reviews required for Federal procurement contracts) will be publicly available.

(b) Proceedings About Which You Must Report.

(1) You must submit the required information about each proceeding that—

(i) Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

(ii) Reached its final disposition during the most recent five-year period; and

(iii) Is one of the following—

(A) A criminal proceeding that resulted in a conviction;

(B) A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

(C) An administrative proceeding that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

(D) Any other criminal, civil, or administrative proceeding if—

(1) It could have led to an outcome described in paragraph (b)(1)(iii)(A) through (C);

(2) It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

(3) The requirement in this award term to disclose information about the proceeding does not conflict with applicable laws and regulations.

(c) Reporting Procedures. Enter the required information in SAM.gov for each proceeding described in paragraph (b) of this award term. You do not need to submit the information a second time under grants and cooperative agreements that you received if you already provided the information in SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.

(d) Reporting Frequency. During any period of time when you are subject to the requirement in paragraph (a) of this award term, you must report proceedings information in SAM.gov for the most recent five-year period, either to report new information about a proceeding that you have not reported previously or affirm that there is no new information to report. If you have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000, you must disclose semiannually any information about the criminal, civil, and administrative proceedings.

(e) Definitions. For purposes of this award term—

Administrative proceeding means a nonjudicial process that is adjudicatory in nature to make a determination of fault or liability (for example, Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with the performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

Conviction means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether

COPS-AR-0347

entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere. Total value of currently active grants, cooperative agreements, and procurement contracts includes the value of the Federal share already received plus any anticipated Federal share under those awards (such as continuation funding).

**Condition 14**
Reporting Subawards and Executive Compensation: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 170, Appendix A to Part 170 – Award Term:
I. Reporting Subawards and Executive Compensation
(a) Reporting of first-tier subawards—(1) Applicability. Unless the recipient is exempt as provided in paragraph (d) of this award term, the recipient must report each subaward that equals or exceeds $30,000 in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000. All reported subawards should reflect the total amount of the
subaward.
(2) Reporting Requirements. (i) The entity or Federal agency must report each subaward
described in paragraph (a)(1) of this award term to the Federal Funding Accountability
and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov.
(ii) For subaward information, report no later than the end of the month following the month in which the subaward was issued. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).
(b) Reporting total compensation of recipient executives for entities—(1) Applicability. The recipient must report the total compensation for each of the recipient's five most highly compensated executives for the preceding completed fiscal year if:
(i) The total Federal funding authorized to date under this Federal award equals or
exceeds $30,000;
(ii) in the preceding fiscal year, the recipient received:
(A) 80 percent or more of the recipient's annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and
(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,
(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)
(2) Reporting Requirements. The recipient must report executive total compensation described in paragraph (b)(1) of this appendix:
(i) As part of the recipient's registration profile at https://www.sam.gov.
(ii) No later than the month following the month in which this Federal award is made, and annually after that. (For example, if this Federal award was made on November 7,
2025, the executive total compensation must be reported by no later than December 31,
2025.)
(c) Reporting of total compensation of subrecipient executives—(1) Applicability. Unless a first-tier subrecipient is exempt as provided in paragraph (d) of this appendix, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:
(i) The total Federal funding authorized to date under the subaward equals or exceeds
$30,000;
(ii) In the subrecipient's preceding fiscal year, the subrecipient received:
(A) 80 percent or more of its annual gross revenues from Federal procurement contracts
(and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,
(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and
Federal awards (and subawards) subject to the Transparency Act; and
(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see
the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)
(2) Reporting Requirements. Subrecipients must report to the recipient their executive total compensation described in

COPS-AR-0348

paragraph
(c)(1) of this appendix. The recipient is required to submit this information to the
Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).
(d) Exemptions. (1) A recipient with gross income under $300,000 in the previous tax year is exempt from the requirements to report:
(i) Subawards, and
(ii) The total compensation of the five most highly compensated executives of any subrecipient.
(e) Definitions. For purposes of this award term:
Entity includes:
(1) Whether for profit or nonprofit:
(i) A corporation;
(ii) An association;
(iii) A partnership;
(iv) A limited liability company;
(v) A limited liability partnership;
(vi) A sole proprietorship;
(vii) Any other legal business entity;
(viii) Another grantee or contractor that is not excluded by subparagraph (2); and
(ix) Any State or locality;
(2) Does not include:
(i) An individual recipient of Federal financial assistance; or
(ii) A Federal employee.
Executive means an officer, managing partner, or any other employee holding a management position.
Subaward has the meaning given in 2 CFR200.1.
Subrecipient has the meaning given in 2CFR 200.1.
Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR 229.402(c)(2).


**Condition 15**
Assurances and Certifications: The recipient acknowledges its agreement to comply with the Assurances and Certifications forms that were signed as part of its application.


**Condition 16**
Conflict of Interest: Recipients and subrecipients must disclose in writing to the COPS Office or pass-through entity, as applicable, any potential conflict of interest affecting the awarded federal funding in 2 C.F.R. § 200.112.


**Condition 17**
Debarment and Suspension: The recipient agrees not to award federal funds under this program to any party which is debarred or suspended from participation in federal assistance programs. 2 C.F.R. Part 180 (Government-wide Nonprocurement Debarment and Suspension) and 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension).


**Condition 18**
Equal Employment Opportunity Plan (EEOP): Please see the Office for Civil Rights website https://www.ojp.gov/eeop-notice for current information on the recipient's responsibilities related to the federal regulations pertaining to the development and implementation of an Equal Employment Opportunity Plan.


**Condition 19**
Employment Eligibility: The recipient agrees to complete and keep on file, as appropriate, the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) Employment Eligibility Verification Form (I-9). This form is to be used by recipients of federal funds to verify that persons are eligible to work in the United States. Immigration Reform and Control Act of 1986 (IRCA), Public Law 99-603.


**Condition 20**

COPS-AR-0349

Enhancement of Contractor Protection from Reprisal for Disclosure of Certain Information: Recipients and subrecipients agree not to discharge, demote, or otherwise discriminate against an employee as reprisal for the employee disclosing information that he or she reasonably believes is evidence of gross mismanagement of a federal contract or award, a gross waste of federal funds, an abuse of authority relating to a federal contract or award, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or award. Recipients and subrecipients also agree to provide to their employees in writing (in the predominant native language of the workforce) of the rights and remedies provided in 41 U.S.C. § 4712. Please see appendices in the Award Owner's Manual for a full text of the statute.

**Condition 21**
False Statements: False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and/or any other remedy available by law. 31 U.S.C. § 3729-3733.

**Condition 22**
Mandatory Disclosure: Recipients and subrecipients must timely disclose in writing to the Federal awarding agency or pass-through entity, as applicable, all federal criminal law violations involving fraud, bribery, or gratuity that may potentially affect the awarded federal funding. Recipients that receive an award over $500,000 must also report certain civil, criminal, or administrative proceedings in SAM and are required to comply with the Term and Condition for Recipient Integrity and Performance Matters as set out in 2 C.F.R. Part 200, Appendix XII to Part 200. Failure to make required disclosures can result in any of the remedies, including suspension and debarment, described in 2 C.F.R. § 200.339. 2 C.F.R. § 200.113.

**Condition 23**
Reports/Performance Goals: To assist the COPS Office in monitoring and tracking the performance of your award, your agency will be responsible for submitting semi-annual programmatic performance reports that describe project activities during the reporting period and quarterly Federal Financial Reports using Standard Form 425 (SF-425). 2 C.F.R. §§ 200.328 - 200.329. The performance report is used to track your agency's progress in implementing the award, and, as applicable, community policing strategies including gauging the effectiveness of your agency's community policing capacity. The Federal Financial Report is used to track the expenditures of the recipient's award funds on a cumulative basis throughout the life of the award.

**Condition 24**
System for Award Management (SAM.gov) and Universal Identifier Requirements: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 25, Appendix A to Part 25 – Award Term:
I. System for Award Management (SAM.gov) and Universal Identifier Requirements
(a) Requirement for System for Award Management. (1) Unless exempt from this requirement under 2 CFR 25.110, the recipient must maintain a current and active registration in SAM.gov. The recipient's registration must always be current and active until the recipient submits all final reports required under this Federal award or receives the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.
(b) Requirement for Unique Entity Identifier (UEI). (1) If the recipient is authorized to make subawards under this Federal award, the recipient:
(i) Must notify potential subrecipients that no entity may receive a subaward until the entity has provided its UEI to the recipient.
(ii) Must not make a subaward to an entity unless the entity has provided its UEI to the recipient. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.
(c) Definitions. For the purposes of this award term:
System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at https://www.sam.gov).
Unique entity identifier means the universal identifier assigned by SAM.gov to uniquely identify an entity.
Entity is defined at 2 CFR 25.400 and includes all of the following types as defined in 2 CFR 200.1:

COPS-AR-0350

(1) Non-Federal entity;
(2) Foreign organization;
(3) Foreign public entity;
(4) Domestic for-profit organization; and
(5) Federal agency.
Subaward has the meaning given in 2 CFR 200.1.
Subrecipient has the meaning given in 2 CFR 200.1.


**Condition 25**
Additional High-Risk Recipient Requirements: The recipient agrees to comply with any additional requirements that may be imposed during the award performance period if the awarding agency determines that the recipient is a high-risk recipient. 2 C.F.R. § 200.208.


**Condition 26**
Allowable Costs: The funding under this award is for the payment of approved costs for program-specific purposes. The allowable costs approved for your agency's award are limited to those listed in your agency's award package. In accordance with 2 C.F.R. § 200.400(g), the recipient or subrecipient must not earn or keep any profit resulting from the award. Your agency may not use award funds for any costs not identified as allowable in the award package.


**Condition 27**
Training Guiding Principles: Any training or training materials developed or delivered with award funding provided by the Office of Community Oriented Policing Services is to adhere to the following guiding principles –

1. Trainings must comply with applicable law.
In developing and conducting training under the award, recipients (and any subrecipients) shall not violate the Constitution or any federal law, including any law prohibiting discrimination.

2. The content of trainings and training materials must be accurate, appropriately tailored, and focused.
The content of training programs must be accurate, useful to those being trained, and well matched to the program's stated objectives. Training materials used or distributed at trainings must be accurate, relevant, and consistent with these guiding principles.

3. Trainers must be well-qualified in the subject area and skilled in presenting it.
Trainers must possess the subject-matter knowledge and the subject-specific training experience necessary to meet th

4. Trainers must demonstrate the highest standards of professionalism.
Trainers must comport themselves with professionalism. While trainings will necessarily entail varying teaching styles, techniques, and degrees of formality, as appropriate to the particular training goal, professionalism demands that trainers instruct in the manner that best communicates the subject matter while conveying respect for all.


**Condition 28**
Computer Network Requirement: The recipient understands and agrees that no award funds may be used to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography. Nothing in this requirement limits the use of funds necessary for any federal, state, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Consolidated Appropriations Act, 2024, Public Law 118-42, Division C, Title V, Section 527.


**Condition 29**
Evaluations: The COPS Office may conduct monitoring or sponsor national evaluations of its award programs. The recipient agrees to cooperate with the monitors and evaluators. 34 U.S.C. § 10385(b).


**Condition 30**
Extensions: Recipients may request an extension of the award period to receive additional time to implement their award program. Such extensions do not provide additional funding. Only those recipients that can provide a reasonable justification for delays will be granted no-cost extensions. Extension requests must be received prior to the

COPS-AR-0351

end date of the award. 2 C.F.R. §§ 200.308(f)(10) and 200.309.

**Condition 31**
Human Subjects Research: The recipient agrees to comply with the provisions of the U.S. Department of Justice's common rule regarding Protection of Human Subjects, 28 C.F.R. Part 46, prior to the expenditure of Federal funds to perform such activities, if applicable. The recipient also agrees to comply with 28 C.F.R. Part 22 regarding the safeguarding of individually identifiable information collected from research participants.

**Condition 32**
Modifications: Award modifications are evaluated on a case-by-case basis in accordance with 2 C.F.R. § 200.308(i). For federal awards in excess of the simplified acquisition threshold (currently, $250,000), any modification request involving the reallocation of funding between budget categories that exceed or are expected to exceed 10 percent (10%) of the total approved budget requires prior written approval by the COPS Office. Regardless of the federal award amount or budget modification percentage, any reallocation of funding is limited to approved budget categories. In addition, any budget modification that changes the scope of the project requires prior written approval by the COPS Office.

**Condition 33**
The Paperwork Reduction Act Clearance and Privacy Act Review: Recipient agrees, if required, to submit all surveys, interview protocols, and other information collections to the COPS Office for submission to the Office of Management and Budget (OMB) for clearance under the Paperwork Reduction Act (PRA). Before submission to OMB, all information collections that request personally identifiable information must be reviewed by the COPS Office to ensure compliance with the Privacy Act. The Privacy Act compliance review and the PRA clearance process may take several months to complete. 44 U.S.C. §§ 3501-3520 and 5 U.S.C. § 552a.

**Condition 34**
Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment: Recipient agrees that it, and its subrecipients, will not use award funds to extend, renew, or enter into any contract to procure or obtain any covered telecommunication and video surveillance services or equipment as described in 2 CFR §200.216. Covered services and equipment include telecommunications or video surveillance services or equipment produced or provided by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities); Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities); or an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of China. The use of award funds on covered telecommunications or video surveillance services or equipment are unallowable.
2. C.F.R. § § 200.216 & 471. See also Section 889 of the John S. McCain National Defense Authorization Act of Fiscal Year 2019, Public Law 115-232.

**Condition 35**
Sole Source Justification: Recipients who have been awarded funding for the procurement of an item (or group of items) or service in excess of the simplified acquisition threshold (currently, $250,000) and who plan to seek approval for use of a noncompetitive procurement process must provide a written sole source justification to the COPS Office for approval prior to obligating, expending, or drawing down award funds for that item or service. 2 C.F.R. § 200.325(b)(2).

**Condition 36**
Supplementing, not Supplanting: State, local, and tribal government recipients must use award funds to supplement, and not supplant, state, local, or Bureau of Indian Affairs (BIA) funds that are already committed or otherwise would have been committed for award purposes (hiring, training, purchases, and/or activities) during the award period. In other words, state, local, and tribal government recipients may not use COPS Office funds to supplant (replace) state, local, or BIA funds that would have been dedicated to the COPS Office-funded item(s) in the absence of the COPS Office award. 34 U.S.C. § 10384(a).

**Condition 37**
Travel Costs: Travel costs for transportation, lodging and subsistence, and related items are allowable with prior

Page: 14 of 17

COPS-AR-0352

approval from the COPS Office. Payment for allowable travel costs will be in accordance with 2 C.F.R. § 200.475.

**Condition 38**
Copyright: If applicable, the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award in accordance with 2 C.F.R. § 200.315(b). The COPS Office reserves a royalty-free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use the work, in whole or in part (including create derivative works), for Federal Government purposes, and to authorize others to do so. The COPS Office also reserves the right, at its discretion, not to publish deliverables and other materials developed under this award as a U.S. Department of Justice resource.

Products and deliverables developed with award funds and published as a U.S. Department of Justice resource will contain the following copyright notice:

"This resource was developed under a federal award and may be subject to copyright. The U.S. Department of Justice reserves a royalty-free, nonexclusive, and irrevocable license to reproduce, publish, or otherwise use the work for Federal Government purposes and to authorize others to do so. This resource may be freely distributed and used for noncommercial and educational purposes only."

**Condition 39**
Requirement to report actual or imminent breach of personally identifiable information (PII).

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of a COPS Office grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to the recipient's COPS Office Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 40**
Domestic preferences for procurements: Recipient agrees that it, and its subrecipients, to the greatest extent practicable, will provide a preference for the purchase, acquisition, or use of goods, products, and materials produced in, and services offered in, the United States. 2. C.F.R. § 200.322 and Executive Order 14005, Ensuring the Future is Made in All of America by All of America's Workers, January 25, 2021.

**Condition 41**
The recipient understands that one or more cost items within the approved budget is subject to further programmatic review. The recipient agrees not to obligate, expend, or draw down funds for these specific cost items until the COPS Office issues an Award Condition Modification (ACM) which will remove this award condition and release the identified funds. The partial withholding is specific to cost items requiring further review and will not impact use of the remaining funding. For additional information on the specific cost item(s) that are pending programmatic review, please contact the COPS Office Program Manager.

**Condition 42**
Public Release Information: The recipient agrees to submit one copy of all reports and proposed publications resulting from this award ninety (90) days prior to public release. Any publications (written, curricula, visual, sound, or websites) or computer programs, whether or not published at government expense, shall contain the following statement:

"This project was supported, in whole or in part, by federal award number [YYYY-XX-XXXX] awarded to [Entity] by the U.S. Department of Justice, Office of Community Oriented Policing Services. The opinions contained herein are those of the author(s) or contributor(s) and do not necessarily represent the official position or policies of the U.S. Department of Justice. References to specific individuals, agencies, companies, products, or services should not be considered an endorsement by the author(s), contributor(s), or the U.S. Department of Justice.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

COPS-AR-0353

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
|---|---|---|
| COPS Acting Director | Cory D. Randolph | 9/29/25 3:17 PM |

## Authorized Representative

☑ Declaration and Certification (Law Enforcement Executive/Program Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
Sheriff

**Name of Authorized Entity Official**
Robert Jonsen

**Signed Date And Time**
1/27/2026 4:53 PM

☑ Declaration and Certification (Government Executive/Financial Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
County Executive

**Name of Authorized Entity Official**

Case 3:25-cv-09277-JD    Document 53-4    Filed 03/20/26    Page 128 of 438

COPS-AR-0354

James Williams

**Signed Date And Time**
2/7/2026 2:56 PM

COPS-AR-0355

**Standard Applicant Information**

**Project Information**

**Project Title**

San Diego Police Department's Community and Youth Services (CYS) Division will build capacity through outreach, recruitment, mentorship structure, training, and programs.

**Federal Estimated Funding (Federal Share)**

750000

**Total Estimated Funding**

2826390.00

**Proposed Project Start Date**

10/1/25

**Applicant Estimated Funding (Non-Federal Share)**

2076390

**Proposed Project End Date**

9/30/28

**Program Income Estimated Funding**

0.00

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

**Type Of Applicant**

**Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

**Type of Applicant 2: Select Applicant Type:**

——

**Type of Applicant 3: Select Applicant Type:**

——

**Other (specify):**

——

**Application Submitter Contact Information**

**Application POC Prefix Name**

——

**Application POC First Name**

Velina

**Application POC Middle Name**

——

**Application POC Last Name**

Hamilton

**Application POC Suffix Name**

——

**Organizational Affiliation**            **Title**                         **Email ID**

COPS-AR-0356

Program Coordinator                                    (b) (6)

**Phone Number**                    **Fax Number**

(b) (6)                              ——

**ORINumber**

——

**Executive Order and Delinquent Debt Information**

Is Application Subject to Review by State Under Executive Order 12372? ∗

a. This application was made available to the State under the Executive Order 12372 Process for review on:    **State Review Available Date**
06/11/2025

**Is the Applicant Delinquent on Federal Debt?**
No

**SF424 Attachments  (4)**

| Name | Date Added |
|------|-----------|
| manifest.txt | 9/30/25 |
| SF-LLL | 6/25/25 |
| Form SF424_4_0-V4.0.pdf | 6/11/25 |
| GrantApplication.xml | 6/11/25 |

## Authorized Representative

**Law Enforcement Executive Information**
**Title**
Chief of Police

**Prefix Name**
Mr.

**First Name   Middle Name   Last Name**
Scott          ——          Wahl

**Suffix Name**
——

**Government Executive Information**
**Title**
Mayor of San Diego

**Prefix Name**
——

**First Name   Middle Name   Last Name**
Todd           ——          Gloria

**Suffix Name**
——

COPS-AR-0357

## Verify Legal Name, Doing Business As, and Legal Address

**Legal Name**
**CITY OF SAN DIEGO**

**Doing Business As**

**DUNS**
**102848905**

**UEI**
**DBBKDE58TFT6**

**Legal Address**
**Street 1**
202 C ST
**Street 2**

| **City** | **State** | **Zip/Postal Code** |
|---|---|---|
| SAN DIEGO | CA | 92101 |

| **CongressionalDistrict** | **Country** | |
|---|---|---|
| 50 | USA | |

**Certification**

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.

1. If this information is correct confirm/acknowledge to continue with completion of this application.

**I confirm this is the correct entity.**

**Signer Name**
Velina Hamilton

**Certification Date / Time**
06/25/2025 02:33 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
   a. Contact your Entity Administrator.
   b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.

3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.

**Proposal Abstract**

**Data Requested with Application**

⌄ **CHP NOFO FY2025**

Agency Eligibility

COPS-AR-0358

Grant Package

1. Type of Agency (check one)

Law Enforcement

1a. From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities:

Municipal Police

2. Are you a state or local governmental entity applying for this funding opportunity?

Yes

2a. If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.  For additional information, please see the appendices in the FY 2025 CHP Application Resource Guide.

Yes

3. Please indicate if your jurisdiction is primarily considered rural, urban or suburban.

Urban

Instructions:  We will ask you several questions about your law enforcement agency operations and authority to determine your eligibility to apply for a COPS Hiring Program (CHP) award. Please note that CHP applicants must have a law enforcement agency that is operational by the close of this Notice of Funding Opportunity (NOFO) or receive services through an existing contract for law enforcement services or a new contract for law enforcement services that is in place by the close of this NOFO. Applicants must also maintain primary law enforcement authority for the population to be served. In addition, if funds under this program are to be used as part of a written contracting arrangement for law enforcement services (e.g., a town which contracts with a neighboring sheriff's office to receive services), the government agency wishing to receive law enforcement services must be the legal applicant in this application.  A law enforcement agency is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget.  4. Is your agency established and currently operational?

Yes

4a. Which of the following best describes your law enforcement agency? (check one)

____

4b. Will your law enforcement agency be operational as of the closing date of this NOFO?

____

4c. Has your jurisdiction passed legislation which authorizes the creation of a new law enforcement agency?

____

5. If awarded, does your agency plan to use funds awarded under this award to establish or supplement a written contract for law enforcement services (e.g., a town contracting for services with a nearby sheriff's department)?

No

Instructions: An agency may apply for funds under this program to be used as part of a written contracting arrangement for law enforcement services (e.g., a town which contracts with a neighboring sheriff's department to receive services). However, the agency wishing to receive law enforcement services must be the legal applicant in this application (although we will ask you to supply some information about the contract service provider later). Important Note: Two entities involved in a contracting relationship may not separately apply for funding to support the same officer position(s).  5a. Is the legal applicant listed in this COPS Hiring Program (CHP) application and on the SF-424 the entity that will be receiving law enforcement services?

____

5b. What is the legal name of the law enforcement agency that will be providing law enforcement services to your jurisdiction?

____

Instructions: An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only: respond to or investigate specific type(s) of crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support or only some combination of these. 6. Based on the definition above, does your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services have primary law enforcement authority for the population to be served?]

Yes

COPS-AR-0359

7. Please select your U.S. Attorney's District Office from the below drop-down options.

California, Southern

Executive & Contact Information

Please provide the name and contact information for the highest-ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest-ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g., executive director, chief executive officer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. 8a. Title:

Chief of Police

8b. First name:

Scott

8c. Last name:

Wahl

8d. Phone:

(b) (6)

8e. Email address:

(b) (6)

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Instructions for Government Agencies: For law enforcement agencies, this is the highest-ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent). Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. 9a. Title:

Mayor

9b. First name:

Todd

9c. Last name:

Gloria

9d. Phone:

(b) (6)

9e. Email address:

(b) (6)

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information. 10a. Title:

Program Coordinator

10b. First name:

Velina

10c. Last name:

COPS-AR-0360

Hamilton

10d. Phone:

(b) (6)

10e. Email address:

(b) (6)

CHP Officer Request

Instructions: Number of actual sworn officers employed by your agency as of the date of this application. The actual number of sworn officer positions is the actual number of sworn positions employed by your agency as of the date of this application. Do not include funded but currently vacant positions or unpaid positions.

____

11a. Full-Time:

1825

11b. Part-Time:

12

Instructions: Enter the Budgeted Sworn Force Strength as of the date of application (the current fiscal year) below. The budgeted number of sworn officer positions is the number of sworn positions funded in your agency's budget, including funded but frozen positions, as well as state, Bureau of Indian Affairs, or locally funded vacancies. Do not include unfunded vacancies or unpaid/reserve officers. Do not include non-sworn personnel such as dispatch, court personnel, correctional officers, or police technicians. For agencies currently funded by a COPS Hiring Program (CHP) award, do not include in your budgeted force strength any COPS-funded officers whose salaries are currently being covered by the 36-months of COPS funding. Number of budgeted sworn officers as of the date of this application, using instructions above.
12a. Full-Time:

2038

12b. Part-Time:

3

13. Is your agency operating below its current budgeted sworn force strength?

No

Understaffed Law Enforcement Agencies Operating Below Budgeted Strength Instructions: A law enforcement agency operating below its budgeted strength is eligible to apply for funding under CHP so long as the applicant attests that awarded funds will be used in compliance with the nonsupplanting requirement and not used to supplant state, local, or Bureau of Indian Affairs funds that are already budgeted for sworn law enforcement officer positions.

____

13a. By checking the box, the applicant attests that awarded funds will be used in compliance with the nonsupplanting requirement and not used to supplant (replace) state or local funds, or, in the case of Indian Tribal governments, funds supplied by the Bureau of Indian Affairs that are already budgeted for sworn law enforcement officer positions.

____

Instructions: Number of budgeted civilian positions as of the date of this application using instructions above. 14a. Full-Time:

599

14b. Part-Time:

52

Instructions: The following section will ask about the "population served" by your jurisdiction. The crime data you will enter in this application will be based on crimes occurring among the "actual population served". Population served counts must not be adjusted upward to account for daytime business/shopping visitors, highway traffic passing through a jurisdiction, nor should it include annual visitor totals. Parks and transit agencies should report average daily visitors/riders rather than annual totals. This may or may not be the same as your census population. For example, a service population may be the census population minus incorporated towns and cities that have their own law enforcement agency within your geographic boundaries. An agency with primary law enforcement authority is defined as having first responder responsibility to calls for service for all types of criminal incidents within its jurisdiction.  15. What is the actual population your department serves as the primary law enforcement entity?

1386932

COPS-AR-0361

1386932

16. Enter the total population of the government entity applying for this award using the latest census estimate available at https://data.census.gov. If the population of the entity applying for this award is not represented by census figures (e.g. colleges, special agencies, school police departments), please indicate the size of the population as of the latest available estimate.

1386932

16a. If applicable, please explain why the "population served" differs from the population of the government entity (from census figures or other estimates). [Please limit your response to a maximum of 125 words.]

____

Instructions:  Agencies should apply for the number of officer positions necessary to support their proposed community policing strategy. CHP awards cover up to 75 percent of the entry-level salary and fringe benefits for each approved position up to a maximum of $125,000 total for each position over three years. Note: this is NOT $125,000 per year, rather, it is $125,000 spread over three years for each position. There is a minimum 25 percent local cash match (cost share) requirement unless a waiver is approved. Any additional costs for higher than entry-level salaries and fringe benefits will be the responsibility of the recipient agency. Please keep in mind that there is a 12-month retention requirement for each officer position funded. See NOFO document for full details.  The number of officers you request cannot exceed 20% of your agency's current actual sworn force, with a maximum of 50 officers for any agency. Agencies with fewer than 10 officers may request one officer. The COPS Office will fund as many positions as possible for successful applicants; however, the number of officer positions requested by an agency may be reduced based on the availability of funding and other programmatic considerations.  IMPORTANT: Please ensure this number matches the number of sworn positions you requested in the detailed budget section of JustGrants.  17. How many entry-level, full-time sworn officer positions is your agency requesting in this application?

6

18. In question 11a, you entered your agency's actual full-time sworn force levels. Please confirm that you are not asking for more than the 20% cap. For example, if you have 1-9 officers on staff, you may request 1 COPS Office-funded officer. If you have 10-14 officers, you may request a maximum of 2 officers. If you have 50 officers, you may request a maximum of 10.

I confirm that we are not asking for more than the 20% cap.

19. Referencing the web-based budget in this NOFO, please indicate if there was increase in sworn office base salary in years 2 and 3. If so, indicate why. (check all that apply)

COLA

____

Step Raises

Yes

Change in benefit costs

____

Not applicable

____

Instructions:  IMPORTANT: Next, your agency must allocate the number of positions requested under each of the three hiring categories described below based on your agency's current needs at the time of this application. Be mindful of your agency's ability to fill and retain the officer positions awarded, while following your agency's established hiring policies and procedures. CHP awards will be made for officer positions requested in each of the three hiring categories, and recipients are required to use awarded funds for the specific categories awarded.  It is imperative that your agency understand that the COPS Office statutory nonsupplanting requirement mandates that award funds may only be used to supplement (increase) a recipient's law enforcement budget for sworn officer positions and may not supplant (replace) state, local, or tribal funds that a recipient otherwise would have spent on officer positions if it had not received an award. This means that if your agency plans to:  (a) Hire new officer positions (including filling existing vacancies that are no longer funded in your agency's budget): It must hire these new additional positions on or after the official award start date, above its current budgeted (funded) level of sworn officer positions, and otherwise comply with the nonsupplanting requirement as described in detail in the award owner's manual.  (b) Rehire officers who have been laid off by any jurisdiction as a result of state, local, or tribal budget reductions: It must rehire the officers on or after the official award start date, maintain documentation showing the date(s) that the positions were laid off and rehired, and otherwise comply with the nonsupplanting requirement as described in detail in the award owner's manual.  (c) Rehire officers who are (at the time of application) currently scheduled to be laid off (by your jurisdiction) on a specific future date as a result of state, local, or tribal budget reductions: It must continue to fund the officers with its own funds from the award start date until the date of the scheduled layoff (for example, if the CHP award start date is September 1 and the layoffs are scheduled for November 1, then the CHP funds may not be used to fund the officers until November 1, the date of the scheduled layoff); identify the number and date(s) of the scheduled layoff(s) in this application (see below); maintain documentation showing the date(s) and reason(s) for the layoff; and otherwise comply with the nonsupplanting requirement as described in detail in the award owner's manual. [Please note that as long as your agency can document the date that the layoff(s) would occur if CHP funds were not available, it may transfer the officers to the CHP funding on or immediately after the

COPS-AR-0362

date of the layoff without formally completing the administrative steps associated with a layoff for each individual officer.]  Documentation that may be used to prove that scheduled layoffs are occurring for local economic reasons that are unrelated to the availability of CHP award

funds may include (but are not limited to) council or departmental meeting minutes, memoranda, notices, or orders discussing the lay-offs; notices provided to the individual officers regarding the date(s) of the lay-offs; or budget documents ordering departmental or jurisdiction-wide budget reductions. These records must be maintained with your agency's CHP award records during the award period and for three years following the date of the submission of the final expenditure report in the event of an audit, monitoring, or other evaluation of your award compliance.  If your agency's request is funded, your agency will have the opportunity after the award announcement to request an award modification to move awarded funding into the category or categories that meet your agency's law enforcement needs at that time (including updating the dates of future scheduled layoffs).

\_\_\_\_

Category A: New, additional officer positions (including filling existing vacancies no longer funded in your agency's budget). 20a. Category A Request:

6

Category B: Rehire officers laid off (from any jurisdiction) as a result of state or local budget reductions. 20b. Category B Request:

\_\_\_\_

Category C: Rehire officers scheduled to be laid off (at the time of the application) on a specific future date as a result of state or local budget reductions. 20c. Category C Request:

\_\_\_\_

Instructions: We also need some information about when the layoff of officers in this category is scheduled to occur. In the space below, please indicate when the officer(s) specified in this category are scheduled to be laid off. 21a. Number of Officers:

\_\_\_\_

21b. Date these officers are scheduled to be laid off:

\_\_\_\_

21c. Number of Officers:

\_\_\_\_

21d. Date these officers are scheduled to be laid off:

\_\_\_\_

21e. Number of Officers:

\_\_\_\_

21f. Date these officers are scheduled to be laid off:

\_\_\_\_

21g. Number of Officers:

\_\_\_\_

21h. Date these officers are scheduled to be laid off:

\_\_\_\_

22. Since your agency plans to use CHP funds to rehire officers who are currently scheduled to be laid off on a future date (under Category C above), please certify (by checking the appropriate boxes) to the following Certification:

My agency has and will maintain documentation showing the date(s) of the scheduled lay-off(s) and demonstrating that the scheduled lay-off(s) is/are occurring for fiscal reasons that are unrelated to the availability or receipt of CHP award funds.

\_\_\_\_

My agency will use its own funds to continue funding these officers until the scheduled date(s) of the lay-off(s) and will use CHP funds to rehire these officers only on or after the scheduled date of the lay-off(s).

\_\_\_\_

My agency recognizes that the CHP program provides funding based on our entry-level salary and benefits package and that any additional costs for rehired officers beyond entry-level are our responsibility to pay with other sources of funding.

\_\_\_\_

COPS-AR-0363

Instructions: Although hiring military veterans as new hires is not an award requirement, applicants who commit to hiring or rehiring at least one military veteran will receive additional consideration for CHP funding. If your agency checks "yes" to the question below, your agency will be required to maintain documentation that it made every effort possible (consistent with your internal procedures and policies) to hire at least one military veteran. Under this NOFO, a military veteran is defined as a person who served in the active military, naval, or air service, and who was discharged or released there from under conditions other than dishonorable. 23. Does your agency commit to hire and/or rehire at least one military veteran (as defined in the Application Guide) for the officer position(s) you have requested?

No

23a. If Yes, how many position(s)?

____

24. Is your agency requesting that all or some of these officer positions will be deployed as school resource officers (SRO's)?

No

SRO Instructions: If your agency requests officers to be deployed as school resource officers (SRO), please do not request more officer positions than your agency can expect to deploy in this capacity. According to the COPS Office statute, a school resource officer is "a career law enforcement officer, with sworn authority, deployed in community-oriented policing, and assigned by the employing police department or agency to work in collaboration with schools and community-based organizations— (A) to address crime and disorder problems, gangs, and drug activities affecting or occurring in or around an elementary or secondary schools; (B) to develop or expand crime prevention efforts for students; (C) to educate likely school-age victims in crime prevention and safety; (D) to develop or expand community justice initiatives for students; (E) to train students in conflict resolution, restorative justice, and crime awareness; (F) to assist in the identification of physical changes in the environment that may reduce crime in or around the school; and (G) to assist in developing school policy that addresses crime and to recommend procedural changes." 34 U,.S.C. 10389(4). There must be an increase in the level of community policing activities performed in and around primary or secondary schools in the agency's jurisdiction as a result of the award. The time commitment of the funded officers must be above and beyond the amount of time that the agency devoted to the schools before receiving the award.  The COPS Office recommends that an SRO have a minimum of three years of experience as a police officer. Because COPS Office funds must be used for entry level positions, you may deploy experienced police officers to serve as SROs and implement the community policing strategy after hiring the additional entry-level officers with COPS Office award funds. The COPS Office award funds must be used for the newly hired/rehired/scheduled to be laid off position and not that of the veteran/experienced officer.  Recipients using CHP funding to hire or deploy SROs into schools must submit to the COPS Office a signed memorandum of understanding (MOU) between the law enforcement agency and the school partner(s) before obligating or drawing down funds under this award. An MOU is not required at the time of application; however, if the law enforcement agency already has an MOU in place that is applicable to the partnership, the MOU can be uploaded as an attachment in the section of the application titled "MOUs and other Supporting Documents".  The MOU must contain the following: the purpose of the MOU; clearly defined roles and responsibilities of the school district and the law enforcement agency focusing officers' roles on safety, information sharing, supervision responsibility; chain of command for the SRO; and signatures. If awarded, a recipient must submit an MOU to the COPS Office within 90 days from the date shown on the award congratulatory letter. Implementation of the CHP award without submission and acceptance of the required MOU may result in expenditures not being reimbursed by the COPS Office and/or award de-obligation.

____

24a. If Yes, how many of your requested positions in this application will be deployed as school resource officers (SROs)?

____

25. For tribal applicants in Alaska only: Check the box below if you are requesting funds for an entry-level career law enforcement Village Police Officer or entry-level career law enforcement Tribal Police Officer.

false

Community Policy Strategy 1

Instructions for Community Policing Strategy: COPS Office funding must be used to reorient the mission and activities of law enforcement agencies through initiating community policing or enhancing their involvement in community policing with the officers hired under this award program or an equal number of veteran officers who have been redeployed to implement this plan after hiring the entry-level COPS Office-funded officers. If awarded funds, your narrative responses in the text boxes below will constitute your agency's community policing strategy under this award. Your organization may be audited or monitored to ensure that it is initiating or enhancing community policing in accordance with this strategy. The COPS Office may also use this information to understand the needs of the field, and potentially provide for training, technical assistance, problem solving and community policing implementation tools. Please note that the COPS Office recognizes that your COPS Office-funded officer(s) (or an equal number of veteran officers who are redeployed after hiring the entry-level COPS Office funded officers) will engage in a variety of community policing activities and strategies, including participating in some or all aspects of your identified community policing strategy. Your community-policing strategy may be influenced and impacted by others within and outside of your organization; this is considered beneficial to your community policing efforts. At any time during your award period, you should be prepared to demonstrate (1) the community policing activities engaged in prior to the award that are detailed in this application and (2) how the award funds and award-funded officers (or an equal number of redeployed veteran officers) were specifically used to enhance (increase) or initiate community policing activities according to your community policing strategy contained in this application. Community policing needs may

COPS-AR-0364

change during the life of your award. Minor changes to this strategy may be made without prior approval of the COPS Office; however, the recipient will be required to report on progress or changes to the community policing strategy (if any) through required progress reports. If your agency's community policing strategy changes significantly, you must submit those changes to the COPS Office for approval. Changes are significant if they deviate from the specific crime problems originally identified and approved in the community policing strategy submitted with the application. In some cases, in reviewing progress reports, the COPS Office may identify significant changes in community policing strategies that require explanation and request for approval.  Applicants that choose problem areas that receive additional priority consideration will not be able to change from these problem/focus areas if awarded CHP funding. The following is the COPS Office definition of community policing that emphasizes the primary components of community partnerships, organizational transformation, and problem solving. Please refer to the COPS Office web site (https://cops.usdoj.gov) for further information regarding this definition. Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem solving techniques to proactively address the immediate conditions that give rise to public safety issues, such as violent crime, non-violent crime, and fear of crime. The COPS Office has developed the following list of primary sub-elements of community policing. Please refer to the COPS Office web site Community Policing Defined publication for further information regarding these sub-elements. Community Partnerships: Collaborative partnerships between the law enforcement agency and the individuals and organizations they serve to both develop solutions to problems and increase trust in police. Other Government Agencies Community Members/Groups Non-Profits/Service Providers Private Businesses Media Organizational Transformation: The alignment of organizational management, structure, personnel and information systems to support community partnerships and proactive problem solving efforts. Agency Management Climate and culture Leadership Labor relations Decision-making Strategic planning Policies Organizational evaluations Transparency Organizational Structure Geographic assignment of officers Despecialization Resources and finances Personnel Recruitment, hiring and selection Personnel supervision/evaluations Training Information Systems (Technology) Communication/access to data Quality and accuracy of data Problem Solving: The process of engaging in the proactive and systematic examination of identified problems to develop effective responses that are rigorously evaluated. Scanning: Identifying and prioritizing problems Analysis: Analyzing problems Response: Responding to problems Assessment: Assessing problem-solving initiatives Using the Crime Triangle to focus on immediate conditions (Victim/Offender/Location)

——

Instructions for Current Organizational Commitment to Community Policing:  For each of the following statements, please answer in terms of existing agency policies and practices as they relate to collaborative partnerships and problem-solving activities. (Check all that apply)  26. Which of the following internal management practices does your agency currently employ? (check all that apply)

Assignment of officers to specific neighborhoods or areas for longer periods of time to enhance customer service and facilitate more contact between police and citizens.
——

Assignment of officers to geographic hot spots that are defined statistically by creating incident maps to identify geographic clustering of crime and disorder.
——

Early Intervention Systems that help identify officers who may be showing signs of stress, personal problem, and questionable work conduct.
——

None of the above.
——

27. Which of the following do you count/measure to annually assess your agency's overall performance? (check all that apply)

Response times
——

Problem solving outcomes
——

Department employee satisfaction
——

Reduction of crime in identified hot spots
——

Social disorder/nuisance problems (e.g., graffiti, panhandling, loitering)
——

Satisfaction with police services

COPS-AR-0365

____

Fear of crime

____

Victimization (i.e, non-reported crime)

____

Community meetings held/attended

____

Use of force incidents

____

Meeting the priorities as identified in your agency strategic plan

____

My agency does not conduct annual assessments of overall performance

____

28. Through which of the following does your agency routinely share information with community members? (check all that apply)

COPS-AR-0366

Neighborhood, beat, and/or school meetings

Yes

Local media outlets

Yes

Agency newsletter

____

Neighborhood newsletters

____

Agency website

Yes

Social networking (Blogs, Twitter feeds, Facebook pages, etc.)

Yes

Citizen alert system (telephone, email, text, etc.)

____

Citizen alert system that is geographically targeted, based on updated hot spots

____

Public access television/radio

____

Community organization board membership

Yes

Public forums with chief/sheriff/command staff

____

Posters, billboards, flyers

Yes

None of the above

____

29. Through which of the following ways does your agency formally involve community members in influencing agency practices and operations? (check all that apply)

Citizen police academies

____

Volunteer activities

Yes

Auxiliary police programs

____

Civilian review boards (i.e. disciplinary review boards)

Yes

Citizen advisory groups (i.e. informal advisory function)

Yes

COPS-AR-0367

Involvement in hiring decisions (interview panels, selection boards, etc.)

____

Involvement in contributing to annual line officer performance reviews

____

Representation on promotional boards

____

Participation in accountability and performance reporting and tracking meetings

Yes

Participation in complaint resolution process (formal mediation, disciplinary boards, etc.)

Yes

None of the above

____

Instructions for Proposed Common Sense Policing Strategy: Problem Solving and Partnerships COPS Office awards must be used to initiate or enhance community policing activities with either the newly hired officers funded by this award program or an equivalent number of veteran officers who are redeployed to implement this community policing strategy after hiring the additional entry-level officers with COPS Office award funds. In this section you will be asked to identify the crime and disorder problem or a focus area and the partners to be engaged through your requested COPS Office funding. Identifying the specific problem/focus area and partnerships that your agency plans to focus on is important to ensure that you satisfy the requirements for COPS Office funding under this program and to ensure that ultimately the additional award-funded officers (or equivalent number of redeployed veteran officers) will initiate or enhance your agency's capacity to implement community policing strategies and approaches. Using the following list, select a problem/focus area that will be addressed by the officers requested in this application. Please choose the option that best fits your problem. You may only select one problem/focus area to address through this award funding. When identifying a problem, it is important to think about the nature of similar incidents that taken together comprise the problem and accordingly describe it in precise, specific terms (e.g. "robbery of retail establishments", rather than just "robbery"). In doing this, it can be helpful to consider all aspects of the problem, including the likely offenders, the suitable targets/victims, and how these come together in time and space. Additional consideration will be given to applicants who propose a community-based approach to one of the five following problem/ focus areas. Applicants who choose one of the common sense policing problems or priority focus areas listed here must devote 100% of their funded positions to that focus area, and will not be allowed to change their choice once the award has been issued. Violent Crime - Applicant will employ common sense policing strategies to address a range of violent crime problems. Applicants committed to aggressively enforcing gun laws, human trafficking, criminal gangs, drug manufacturing/dealing/trafficking, dismantling gangs, street crews, and drug networks, or cracking down on the open use of illegal drugs subcategory will receive additional consideration. Squatting and Encampment Enforcement - Applicants will focus on ending squatting by collaborating with federal law enforcement/task forces to end the epidemic of squatters and public encampments that create safe havens for drugs, crime, and human trafficking.   Homeland & Border Security - Applicants will cooperate with federal law enforcement to combat illegal immigration (e.g., information sharing, 287(g) partnerships, task forces, and honoring detainers), protecting critical infrastructures, and information/intelligence problems. Nuisance Abatement and Quality of Life - Applicants w ll focus on aggressive and strict enforcement of nuisance abatement and blight including, among other things, petty larceny, and criminal damage to property.   School Based Policing - Applicants will focus on deploying School Resource Officers (SRO) to protect elementary or secondary schools, expand crime prevention efforts, identify changes to reduce crime in and around schools, and other activities to increase school safety.

____

30. Problem/Focus Area

LE_CPStPSPInnovCP

30a. Describe the problem/focus area you have selected above (i.e. location, severity, type of crime [if applicable], impact of issue on community).  [Please limit your response to a maximum of 125 words.]

Focused on community partnerships, implementation of projects to analyze and assess problems, implementation of changes to personnel and agency management in support of community policing, and increased capacity of the agency to engage in community policing activities.supporting and expanding the work currently underway through the Police Department's Community and Youth Services (CYS) Division. The CYS is a centralized structure for youth engagement, mentor-ship, and pipeline development and takes a "wrap around" approach by including Youth Services, our Community Engagement Team, and Volunteer services. Essentially, establishing a one-stop shop to address each level of the communities the Department serves.

30b. Please include the number of aggravated assaults with a firearm in your jurisdiction during the last calendar year (2024):

____

COPS-AR-0368

Please include the number of reported shootings in your jurisdiction during the last two years (2024 and 2023). 30c. Number of Reported Shootings (2024):

\_\_\_\_

30d. Number of Reported Shootings (2023):

\_\_\_\_

31. Which of the following information sources did you use to prioritize this problem/focus area as a problem/focus area to address through this award program (check all that apply):

Police department data (e.g. police reports, calls for service, crime data, citizen complaints)

Yes

Agency personnel (e.g. officer feedback, command staff priorities)

Yes

Other local non-law enforcement government agency data

\_\_\_\_

Community based organizations (e.g. faith based, non-profits, social service providers)

Yes

Local businesses

\_\_\_\_

Individual community members/community meetings

Yes

Community survey

Yes

Local government officials

\_\_\_\_

None of the above

\_\_\_\_

32. If awarded funds, my agency will improve our understanding of this problem/focus area by examining (check all that apply):

COPS-AR-0369

Routinely collected law enforcement data/information related to the problem (e.g. arrest, incident reports, calls for service)

Yes

The location and/or time aspects of the problem/focus area (e.g. mapping)

Yes

The conditions and environmental factors related to the problem/focus area

Yes

The strengths and limitations of current responses to the problem/focus area

——

Non-law enforcement data/information related to the problem/focus area (e.g. insurance crash data, other government agency data, census data, survey data)

Yes

Existing research and best practices related to the problem/focus area

Yes

Data/information from the community related to the problem/focus area (e.g. resident associations, business groups, non-profit community service organizations)

Yes

Information about offenders contributing to the problem/focus area (e.g. offender interview, arrest records)

Yes

Information about victims affected by the problem/focus area (e.g. crime reports, victim interviews)

——

Strengths and weaknesses of previous responses to the problem/focus area

——

None of the above

——

33. If awarded funds my agency will use the following information sources to assess our response to this problem/focus area to determine whether the response was implemented and achieved the desired outcomes (check all that apply):

Routinely collected law enforcement data/information related to the problem/focus area (e.g. arrests, incident reports, calls for service)

Yes

Data/information regarding whether the response was implemented as planned

Yes

Police data collected for this specific problem/focus area (e.g. problem-specific surveys, field interview contact cards)

——

Non-police data/information related to the problem/focus area(e.g. insurance crash data, other government agency data, census data, survey data)

Yes

Data/information from the community related to the problem/focus area (e.g. resident associations, business groups, non-profit community service organizations)

Yes

Information about offenders contributing to the problem/focus area (e.g. offender interview, arrest records, probation/parole data)

——

COPS-AR-0370

Information about victims and/or stake holders affected by the problem/focus area (e.g. crime reports, victim interviews)

Yes

None of the above

____

34. To the best of your ability at this time, please select from the below list what your primary goals are in responding to your selected problem/focus area (select up to 3):

Reducing the number of incidents

____

Increasing public trust in your agency

Yes

Reducing the seriousness of the incidents or the amount of harm

____

Reducing the number of victims and repeat victims

____

Reducing the number of offenders and repeat offenders

____

Getting other agencies and stake holders to assume responsibility for the problem/focus area

Yes

Improving the response to the problem/focus area (i.e. more comprehensive and coordinated way of dealing with the problem/focus area, providing better services to victims, or greater efficiency in dealing with the problem/focus area)

____

Improving citizen perceptions of the problem/focus area

Yes

None of the above

____

35. An important part of a comprehensive community policing strategy is the formation of partnerships, such as working with other public agencies, private organizations, or participation in regional law enforcement partnerships. If awarded funds, will your agency and the award funded officers (or an equivalent number of redeployed veteran officers) initiate or enhance a partnership with an external group/organization to develop responses to this problem/focus area?

Yes

35a. If yes, how many external groups/organizations will your agency initiate or enhance a partnership with to develop responses to this problem/focus area?

4

Name the most important external groups/organizations that your agency will initiate or enhance a partnership with to develop responses to this problem/focus area (maximum of three partners). Note: you may attach optional letters of this support from any or all of these prospective partners. You will be limited to listing no more than three partners per public safety problem/focus area. 36. Partner Name1:

STAR/PAL

36a. For this partner, please indicate the statement that best characterizes this partner:

Community based organizations (e.g., faith based, community redevelopment groups, social service providers, resident associations)

37. Partner Name2:

COPS-AR-0371

School Safety Patrol

37a. For this partner, please indicate the statement that best characterizes this partner:

Community based organizations (e.g., faith based, community redevelopment groups, social service providers, resident associations)

38. Partner Name3:

Cadet Programs

38a. For this partner, please indicate the statement that best characterizes this partner:

Local government agencies (non-law enforcement, e.g., probation/parole, parks and recreation, code enforcement)

Community Policing Strategy 2

Instructions for Proposed Community Policing Strategy: Organizational Transformation COPS Office awards must be used to initiate or enhance community policing activities. In this section you will be asked to identify the organizational change(s) that your agency plans to focus on through your requested COPS Office funding. Identifying the specific organizational change(s) that your agency plans to focus on is important to ensure that you satisfy the requirements for COPS Office funding under this program, and to ensure that ultimately the use of these funds will initiate or enhance your agency's capacity to implement community policing approaches. If awarded funds, will your agency initiate or enhance any of the following internal changes to personnel management? (Select no more than 2 internal changes to personnel management that will be addressed with these award funds.) 39. Flexibility in officer shift assignments to facilitate addressing specific problems.

true

39a. Please explain.

Our SDPD personnel management will not change in receiving the funds.

40. Assignment of officers to specific neighborhoods or areas for longer periods of time to enhance customer service and facilitate more contact between police and citizens.

false

40a. Please explain.

____

41. Recruitment and hiring practices that reflect an orientation towards problem solving and community engagement.

false

41a. Please explain.

____

42. In-service training for officers on basic and advanced community policing principles.

false

42a. Please explain.

____

43. Field training officer (FTO) programs that teach and test problem solving, community engagement, and critical thinking skills.

false

43a. Please explain.

____

44. Measure and include non-enforcement proactive community engagement efforts as part of officer performance evaluations.

false

44a. Please explain.

____

45. Early intervention systems that help identify officers who may be showing early signs of stress, personal problems, and questionable work conduct.

false

COPS-AR-0372

45a. Please explain.

____

46. Career development and/or promotional processes (i.e. sergeant exams) that reinforce problem solving and community engagement.

false

46a. Please explain.

____

47. Implement specific programs to improve the safety and wellness of personnel throughout your organization.

false

47a. Please explain.

____

48. None of the above.

false

49. If awarded funds, in addition to the internal changes proposed above, will your agency initiate or enhance screening and counseling programs to identify and prevent the radicalization of applicants and personnel who endorse violent and hateful extremist movements?

No

49a. If Yes, please explain.

____

If awarded funds, will your agency initiate or enhance any of the following internal changes to agency management? (Select up to 2 internal changes to agency management that will be addressed with these award funds.)

____

50. Agency strategic plan that outlines the goals and objectives around community policing and other departmental priorities.

true

50a. Please explain.

Working together with the community to support and expand a trustworthy land relationship through Community Oriented Policing Services. The COPS Hiring Program (CHP) provides funding to law enforcement agencies to hire and/or rehire additional career law enforcement officers in an effort to increase their community policing capacity and crime prevention efforts. Anticipated outcomes of CHP awards include engagement in planned community partnerships, implementation of projects to analyze and assess problems, implementation of changes to personnel and agency management in support of community policing, and increased capacity of agency to engage in community policing activities.

51. Organizational performance measurement systems that include community policing metrics, and conduct annual assessments of agency performance.

false

51a. Please explain.

____

52. Technology systems that provide officers, analysts, and the community better and more timely access to data and information.

false

52a. Please explain.

____

53. Mediation strategies to resolve citizen complaints.

false

53a. Please explain.

____

54. Collection, analysis, and use of crime data and information in support of problem solving goals

COPS-AR-0373

false

54a. Please explain.

——

55. Formal accreditation process.

false

55a. Please explain.

——

56. System to capture and track problem solving and partnership efforts and activities.

false

56a. Please explain.

——

57. An organizational assessment of community policing.

true

57a. Please explain.

The assessment will provide a centralized structure for youth engagement, mentor-ship, and pipeline development and takes a "wrap around" approach by including Youth Services, our Community Engagement Team, and Volunteer services.

58. None of the above.

true

59. Did your agency consult with any of the following groups/organizations on the development of this community policing strategy? (check all that apply)

Local government agencies (non-law enforcement, e.g. probation/parole, parks and recreation, code enforcement)

Yes

Community based organizations (e.g. faith based, community redevelopment groups, social service providers, resident associations)

——

Businesses operating in the community

——

Tribal law enforcement agencies (outside your jurisdiction)

——

Other Federal, state, or local law enforcement agencies

——

Multi-jurisdictional or regional task forces/partnerships

——

Local educational institutions (schools/colleges/universities)

——

Local government officials

——

Individual stakeholders residing, working or with an interest in the community and/or problem

——

None of the above

——

COPS-AR-0374

60. To what extent are there related governmental and/or community initiatives that complement your agency's proposed community policing strategy?

There are a significant number of related initiatives

61. To what extent is there community support in your jurisdiction for implementing the proposed community policing strategy?

High level of support

62. If awarded funds, to what extent will the community policing strategy impact the other components of the criminal justice system in your jurisdiction?

No change in impact

Problem Area Narrative

63. Describe how your agency will use award funds to address the problem/focus area you selected. Describe your approach, including a long-term strategy and detailed implementation plan that reflects consultation with community groups and appropriate private and public agencies. Explain how the grant will be utilized to reorient your law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. [Please limit your response to a maximum of 500 words.]

The COPS Hiring grant could serve as an ideal next step in supporting and expanding the work currently underway through the Police Department's Community and Youth Services (CYS) Division. The CYS is a centralized structure for youth engagement, mentor-ship, and pipeline development and takes a "wrap around" approach by including Youth Services, our Community Engagement Team, and Volunteer services. Essentially, establishing a one-stop shop to address each level of the communities the Department serves.
CYS has allowed for focus and cohesion in our School Safety Patrol and Cadet programs, a partnership with CBOs and non-profits such as STAR/PAL, and the development of new programming in the form of our pilot Junior Cadet Program. All of which are highlighted in the grant requirements as key examples of strategies that "uplift the profession and build long-term trust". These programs reflect Police Department values in action: developing leadership in young people, creating early positive contact with law enforcement, and shaping a future workforce that reflects the communities served.
The challenge is scale. CYS is showing real promise, but does not currently have funding allocated to support its expansion. This grant would allow us to build capacity through outreach, recruitment, mentor-ship structure, training, and program visibility without pulling resources from other units. The Department is seeking to hire Law Enforcement Personnel to reinforce positive connections and help raise awareness of our programs in community settings. It's not duplicative of any current funding, but rather a natural evolution of the same vision: strengthening community policing by investing in the next generation and showing the public who we are beyond the badge.

Ending Deadly Sanctuary City Policies

Cooperation with Federal Immigration Officials Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

64a. My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.

_____

64b. My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.

_____

64c. None of the above.

Yes

COPS-AR-0375

Data Collection

65. Does your agency collect data on the number of officer suicides in your agency?

Yes

65a. In the past 12 months, how many officer suicides have you recorded in your agency?

0

66. Does your agency have a suicide prevention training program?

Yes

67. Does your agency track officers that have been exposed to 'critical incidents' such as murder, suicide, and domestic violence?

Yes

68. Does your community experience high rates of youth suicide (For the purposes of this question, high is defined as 10 suicides per 100,000 residents aged 10-19)?

No

69. Using UCR crime definitions, does your agency regularly (i.e., daily, weekly, monthly, or quarterly) post crime data on a publicly accessible website?

Yes

69a. If yes, please provide the website address:

www.arjis.org

Duplication Of Funding

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application. 70. Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

No

70a. If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and description of how this project differs from the application for COPS office funding.

____

71. Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

71a. If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.

____

Fiscal Health

COPS-AR-0376

72. All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 500 words.]

Despite the best efforts of our elected officials and SDPD's command staff, our police department has needed to reduce its budgeted staffing sworn officers over the past several years due to an ongoing structural budget deficit that is nearly 258 million dollars in FY2026. This has resulted in SDPD being the second-lowest staffed police department among our nation's largest cities (above 500k residents) and hampered its ability to meet many community expectations that negatively impact how communities perceive their safety and trust in its police department.

Instructions: Enter your law enforcement agency's total operating budget for the current AND the previous fiscal year. Note, this is the operating budget that your locality sets aside specifically for law enforcement and does not include other city/county/state services. The operating budget generally includes salaries as well as operations. Please note: All figures must be rounded to the nearest whole dollar.  73. CURRENT FISCAL YEAR:

679999361

74. PREVIOUS FISCAL YEAR:

628101403

Instructions: The U.S. Census Bureau American Community Survey (ACS) provides multi-year poverty rate estimates for communities. Please go to the U.S. Census Bureau (https://data.census.gov) to determine the percentage of individuals in poverty in your jurisdiction. For jurisdictions not included in the census (e.g., schools, universities, transit, parks), please check the box for "Not Applicable." Please note: All figures must be rounded to the nearest whole percent. 75. Percentage of Individuals in Poverty

10

75a. Not Applicable

false

Instructions:  The Bureau of Labor Statistics' Local Area Unemployment Statistics (LAUS) program provides monthly estimates of unemployment for communities. Please go to the Bureau of Labor Statistics' LAUS website (http://www.bls.gov/lau/data.htm) to find detailed instructions for looking up your local area's unemployment rate. It may be necessary to select the nearest best match to your jurisdiction (for example, a city of fewer than 25,000 people may report their county level rate). For jurisdictions not included in the census (e.g., schools, universities, transit, parks), please check the box for "Not Applicable". Please note: All figures must be rounded to the nearest whole percent. 76. Percentage (%) unemployed for October 2024:

4

76a. Not Applicable

false

77. Since January 1, 2025, has your agency taken on additional law enforcement duties and responsibilities resulting from an agency merger or the disbanding of a neighboring law enforcement agency (which did not result in a new or supplemented funded contract to provide these law enforcement services)?

No

Instructions:  If your agency has faced an unanticipated catastrophic event that had a significant impact on the delivery of law enforcement services or have experienced an unusually large increase in the number of homicides in the past year, please check the box below. Examples of unanticipated catastrophic events includes mass shootings, terrorist attacks, natural disasters, or other events leading to mass casualties that would not necessarily be reflected in the UCR/NIBRS crime statistics previously reported.  Please note that if your jurisdiction is faced with an unanticipated catastrophic event (e.g., mass shooting, terrorist attack, other mass casualty event) after submission of this application, but before the application closing date, you should contact the COPS Office immediately at AskCOPSRC@usdoj.gov to update your application to include this information. 78. If your agency experienced a major disaster or catastrophic event in the time period from January 1, 2024 to present, check this box.

false

Please describe the major disaster or catastrophic event and include the following bulleted information. Description of event (including number of casualties) Type of event (major disaster, mass shooting, bombing, etc.) Impact of the event on delivery of law enforcement services Duration of the event (how long will law enforcement services be impacted by the event until recovery) Law enforcement response and recovery efforts 78a. Please specify (Please limit your response to a maximum of 125 words.)

____

Instructions: Using UCR crime definitions, enter the actual number of incidents reported to your agency in the previous two calendar years (2024 and 2023) for the following crime types. Note that only those incidents for which your agency had primary response authority should be provided. Please enter 0 (zero) to indicate no incidents in a particular year/type. Do not enter N/A if no incidents were reported -- enter 0 (zero). Do not enter N/A if data is not available – enter an estimate based on historical data. 79. Criminal Homicide (2024):

COPS-AR-0377

30

80. Criminal Homicide (2023):

44

81. Rape (2024):

399

82. Rape (2023):

413

83. Robbery (2024):

1054

84. Robbery (2023):

1149

85. Burglary (2024):

2487

86. Burglary (2023):

2584

87. Aggravated Assault (2024):

4347

88. Aggravated Assault (2023):

4177

89. Motor Vehicle Theft (2024):

5332

90. Motor Vehicle Theft (2023):

6455

91. Larceny (except motor vehicle theft) (2024):

16568

92. Larceny (except motor vehicle theft) (2023):

15392

Instructions: Agency Profile Questions (these questions are for information purposes only and will not be scored): 93. Does your agency have a wellness policy or program for officers?

Yes

93a. If yes, which groups does it cover: (check all that apply)

Sworn Officers/Deputies

Yes

Civilian Staff

Yes

Retired Officers/Deputies

____

Retired Staff

____

Correctional Officers/Staff

COPS-AR-0378

Family Members/Significant Others

Yes

Other

——

94. Does your agency report crime data to the National Incident-Based Reporting System (NIBRS)?

Yes

95. Does your agency utilize the National Integrated Ballistic Information Network (NIBIN)?

Yes

Continuation of Project

Instructions for the Continuation of Project after Federal Funding Ends: Applicants must plan to retain all sworn officer positions awarded under your COPS Office hiring award for a minimum of 12 months at the conclusion of 36 months of federal funding for each position. The retained COPS Office-funded positions should be added to your agency's law enforcement budget with state and/or local funds at the end of award funding, over and above the number of locally-funded sworn officer positions that would have existed in the absence of the award. These additional position(s) must be retained using state, local, or other nonfederal funding only. The retention period may begin during the five year period of performance of the award, and may extend beyond the end date of the award. You may not use funds awarded by other federal awards to cover the costs of retention. At the time of award application, applicants must affirm that they plan to retain the positions and identify the planned source(s) of retention funding. We understand that your agency's source(s) of retention funding may change during the life of the award. Your agency should maintain proper documentation of any changes in the event of an audit, monitoring or other evaluation of your award compliance. Please refer to the frequently asked questions on retention which can be found here https://cops.usdoj.gov/chp. Note: Agencies that do not plan to retain all the positions awarded under this award are ineligible to receive CHP funding. 96. Will your agency plan to retain any additional positions awarded under this award for a minimum of 12 months at the conclusion of federal funding for each position?

Yes

96a. Please identify the source(s) of funding that your agency plans to utilize to cover the costs of retention: (check all that apply)

General funds

Yes

Raise bond/tax issue

——

Private sources/donations

——

Nonfederal asset forfeiture funds (subject to approval from the state or local oversight agency)

——

Fundraising efforts

——

State, local, or other nonfederal award funding

——

Other

——

96b. If other, please provide a brief description of the source(s) of funding not to exceed 500 characters.

——

COPS-AR-0379

97. If your agency received CHP funding prior to October 1, 2021, please certify that your agency has, is, or will be retaining any CHP-funded officers for the required 12-month retention period.

Not Applicable

Official Partner(s)

Instructions: An official "partner" under the award may be a governmental, private, school district, or other applicable entity that has established a legal, contractual, or other agreement with the applicant for the purpose of supporting and working together for mutual benefits of the award. Partner 1 98a. Title:

NA

98b. First Name:

NA

98c. Last Name:

NA

98d. Name of Partner Agency (e.g., Smithville Community Center):

NA

98e. Type of Partner Agency (e.g., School District):

NA

98f. Street1:

NA

98g. Street2:

NA

98h. City:

____

98i. State:

____

98j. Zip/Postal Code:

____

98k. Phone:

____

98l. Email Address:

____

Partner 2 99a. Title:

____

99b. First Name:

____

99c. Last Name:

____

99d. Name of Partner Agency (e.g., Smithville Community Center):

____

99e. Type of Partner Agency (e.g., School District):

COPS-AR-0380

___

99f. Street1:

___

99g. Street2:

___

99h. City:

___

99i. State:

___

99j. Zip/Postal Code:

___

99k. Phone:

___

99l. Email Address:

___

Partner 3 100a. Title:

___

100b. First Name:

___

100c. Last Name:

___

100d. Name of Partner Agency (e.g., Smithville Community Center):

___

100e. Type of Partner Agency (e.g., School District):

___

100f. Street1:

___

100g. Street2:

___

100h. City:

___

100i. State:

___

100j. Zip/Postal Code:

___

100k. Phone:

___

100l. Email Address:

___

COPS-AR-0381

Criminal Intelligence

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. 101. Please check one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.

Certification of Review and Representation of Compliance

102. By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

103. By checking the box, the applicant indicates he or she provide a certification that: 1. the programs to be funded by the grant meet all the requirements of the COPS Office statute (34 U.S.C. &#167; 10381, et seq.) ; 2. all the information contained in the application is correct; and 3. the applicant will comply with all provisions of the COPS Office statute (34 U.S.C. &#167; 10381, et seq.) and all other applicable Federal laws.

true

104. By checking the box, the applicant indicates that he or she understands that the COPS Office may require your agency to review, confirm and/or update specific data items in the submitted application and failure to respond may eliminate the application from funding consideration.

true

Data Verification The COPS Office requires your agency to correct or verify identified data provided in the application. This certification is required upon resubmission. 104a. By checking the box, the applicant indicates that: 1. the applicant has reviewed, confirmed, and/or updated the specific data items identified by the COPS Office, and certifies that the information is true and accurate; 2. the application submitter is authorized by the appropriate governing body to act on behalf of the applicant entity to make changes to this COPS Office application which will be considered for funding; 3. the applicant understands that the information provided in this application, including any amendments, shall be treated as material representations of facts upon which reliance will be placed when the Department of Justice determines whether to fund the covered award; 4. the applicant understands that the "Declaration and Certification to the U.S. Department of Justice as to this Application Submission" it signed at the time of the initial application submission is incorporated by reference into this certification and that by signing this certification, the applicant agrees to abide by all the terms of the Declaration and Certification; and 5. the applicant understands that false statements or claims made in connection with COPS Office programs may result in fines, imprisonment, debarment from participating in federal grants, cooperative agreements, or contracts, and/or any other remedy available by law to the federal government.

true

Electronic Signature

By checking the box, the applicant indicates that he or she understands that "clicking to agree" in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form are just as legally enforceable as physical signatures.
____

105. I understand.

true

COPS-AR-0382

**Proposal Narrative**

**Budget and Associated Documentation**

### Budget Summary

| Budget Category | Total Cost |
|---|---|
| Sworn Officer Positions: | $2,826,390.00 |
| Civilian or Non-Sworn Personnel: | $0.00 |
| Travel: | $0.00 |
| Equipment: | $0.00 |
| Supplies: | $0.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $0.00 |
| Other Costs: | $0.00 |
| Total Direct Costs: | $2,826,390.00 |
| Indirect Costs: | $0.00 |
| Total Project Costs: | $2,826,390.00 |
| Federal Funds: | $750,000.00 |
| Match Amount: | $2,076,390.00 |
| Program Income: | $0.00 |

### Local Match Details

#### Local Match Progression Table

As part of the local match requirement for the COPS Hiring Program, grantees must assume a progressively larger share of the cost of the grant with local funds over the three-year grant period. This means that your local match must increase each year, while the federal share must decrease.

Please project in the chart below how your agency plans to assume a progressively larger share of the grant cost during each year of the program. The chart is only a projection of your plans. While your agency may deviate from these specific projects during the grant period, it must still ensure that the federal share decreases and the local share increases.

| | Year 1 | Year 2 | Year 3 | Total | Total from Budget |
|---|---|---|---|---|---|
| Local Match | $642,130 | $692,130 | $742,130 | $2,076,390 | $2,076,390 |
| Federal Share | $350,000 | $250,000 | $150,000 | $750,000 | $750,000 |
| Total | $992,130.00 | $942,130.00 | $892,130.00 | $2,826,390 | $2,826,390 |

#### Waiver of Local Match

The COPS Office may waive some or all of a grantee's local match requirement based on severe fiscal distress. During the application review process, your agency's waiver request will be evaluated based on the availability of funding, a demonstration of sever fiscal distress as reflected through the fiscal health data provided in the application, and a comparison of your fiscal health data with that of the overall applicant pool.

Yes

Enter the maximum Local Match you would be able to contribute, if any.  $2,076,390.00

COPS-AR-0383

Should we continue to consider the application if the waiver request is not granted?  Yes

**Budget / Financial Attachments**

**Additional Attachments**

No documents have been uploaded for Additional Attachments

# Budget and Associated Documentation

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA, _____ AND TRAINING ACTIVITIES?

**Base Salary and Fringe Benefits for Sworn Officer**

**Sworn Officer**

**Position**

| **Position Title** | **Position Description** |
|---|---|
| Sworn Officer | Police Officer 1 |

**Number of Positions**

6

**∨ Salary per Officer**

| Salary | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| | $145,863.00 | $145,863.00 | $145,863.00 |

**∨ Fringe Benefits per Officer**

| | | Year 1 | Year 2 | Year 3 |
|---|---|---|---|---|
| **Social Security** | | | | |
| 6.2% | 6.20% | $9,043.51 | $9,043.51 | $9,043.51 |
| **Medicare** | | | | |
| 1.45% | 1.45% | $2,115.01 | $2,115.01 | $2,115.01 |
| **Health Insurance** | | | | |
| Exempt | | $0.00 | $0.00 | $0.00 |
| **Life Insurance** | | | | |
| Fixed Rate | | $0.00 | $0.00 | $0.00 |
| | | _____ | _____ | _____ |

COPS-AR-0384

**Vacation**

| Included in Salary? | Hours | | | |
|---|---|---|---|---|
| | | $0.00 | $0.00 | $0.00 |
| No | —— | | | |

**Sick Leave**

| Included in Salary? | Hours | | | |
|---|---|---|---|---|
| | | $0.00 | $0.00 | $0.00 |
| No | —— | | | |

**Retirement**

| | | | |
|---|---|---|---|
| Exempt | $0.00 | $0.00 | $0.00 |

**Workers Compensation**

| | | | |
|---|---|---|---|
| Exempt | $0.00 | $0.00 | $0.00 |

**Unemployment Insurance**

| | | | |
|---|---|---|---|
| Exempt | $0.00 | $0.00 | $0.00 |

**Other Benefit**

| | | | |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |
| None | | | |

**Other Benefit**

| | | | |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |
| None | | | |

**Other Benefit**

| | | | |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |
| None | | | |

COPS-AR-0385

**Summary Totals**

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Benefits per Officer | $11,158.52 | $11,158.52 | $11,158.52 |
| Salary per Officer | $145,863.00 | $145,863.00 | $145,863.00 |
| Total per Officer | $157,021.5 | $157,021.5 | $157,021.5 |

**Total per Officer All Years**

$471,065

**Total Salary and Benefits**

$2,826,390

## Personnel

### Instructions

List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

### Year 1

**Year 1**
**Personnel Detail**

| Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Personnel Total Cost**

$0

**Additional Narrative**

## Fringe Benefits

### Instructions

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

### Year 1

**Fringe Benefit Detail**

| Name | Base | Rate (%) | Total Cost |
|---|---|---|---|
| No items | | | |

COPS-AR-0386

**Fringe Benefits Total Cost**
           $0
**Additional Narrative**

## Travel

**Instructions**

Itemize travel expenses for staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence). In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; if unknown, indicate "location/dates to be determined." In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.



### Year 1

**Travel Detail**

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | | | |

**Travel Total Cost**
           $0

## Equipment

**Instructions**

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.



**Year 1**
**Equipment Detail**

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

COPS-AR-0387

**Equipment Total Cost**

$0

## Supply Items

### Instructions

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

**Supply Item Detail**

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Supplies Total Cost**

$0

## Construction

### Instructions

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

### Year 1

**Construction Detail**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Construction Total Cost**

$0

COPS-AR-0388

**Subawards**

**Instructions**

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

**Year 1**

**Subaward (Subgrant) Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Subawards Total Cost**
$0

**Add Consultant Travel**
____

**Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.**

**Instructions**

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Written prior approval and additional justification is required for consultant fees in excess of the DOJ grant-making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

⌄ **Procurement Contract Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|

COPS-AR-0389

No items

**Do you need Consultant Travel?**
No
**Procurement Cost**
$0

## Other Direct Costs

**Instructions**

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

**Other Cost Detail**

| Description | Quantity | Basis | Costs | Length of Time | Total Costs | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|
| No items | | | | | | | |

**Other Costs Total Cost**
$0

## Indirect Costs

**Instructions**

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

**Year 1**

**Indirect Cost Detail**

COPS-AR-0390

| Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Indirect Costs Total Cost**
$0

**Additional Narrative**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

( Upload )

The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

**Additional Application Components**

**Letters of Support**

No documents have been uploaded for Letters of Support

**Additional Attachments**

No documents have been uploaded for Additional Attachments

**Disclosures and Assurances**

**Applicant has Lobbying Activities**

The applicant must download the SF-LLL, complete it, and upload it to the application package. The application cannot be submitted until this form is uploaded.



| | Name | Category | Created by | Date Added |
|---|---|---|---|---|
| | SF-LLL.pdf | LobbyingActivitiesDisclosure | Velina Hamilton | 06/25/2025 |

COPS-AR-0391

**DOJ Certified Standard Assurances**                                                                              *

**U.S. DEPARTMENT OF JUSTICE**


**CERTIFIED STANDARD ASSURANCES**

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application--

   a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;
   b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and
   c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.


(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition--

   a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);
   b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;
   c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and
   d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance--

   a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United

COPS-AR-0392

States; and

b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge *

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/25/25 1:29 PM

**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing**    *

U.S. DEPARTMENT OF JUSTICE

CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS: COORDINATION WITH AFFECTED AGENCIES

COPS-AR-0393

Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form.  The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a)No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of    Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or    cooperative agreement;

(b)If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any    agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form - LLL, "Disclosure of    Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

(c) The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) funded with Federal award funds and shall ensure that any certifications    or lobbying disclosures required of recipients of such subgrants and procurement contracts (or their subcontractors) are made and filed in accordance with 31 U.S.C. § 1352.

2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals--

(a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

(b) has within a three-year period preceding this application been convicted of a felony criminal violation under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal offense in           connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or local) transaction or private agreement or transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery,    bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense indicating a lack of business integrity or business    honesty that seriously and directly affects its (or its principals') present responsibility;

(c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and/or

(d) has within a three-year period preceding this application had one or more public transactions (Federal, State, tribal, or local) terminated for cause or default.

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.  Where the Applicant or any of its principals was convicted, within a three-year period preceding this application, of a felony criminal violation under any Federal

COPS-AR-0394

law, the Applicant also must disclose such felony criminal conviction in writing to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov), unless such disclosure has already been made.

3. FEDERAL TAXES

A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, or (2) the corporation has provided written notice of such an unpaid tax liability (or liabilities) to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov).

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.

4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees, as defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

(a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against employees for     violation of such prohibition;

(b) Establishing an on-going drug-free awareness program to inform employees about--

(1) The dangers of drug abuse in the workplace;
(2) The Applicant's policy of maintaining a drug-free workplace;
(3) Any available drug counseling, rehabilitation, and employee assistance programs; and
(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will--

(1) Abide by the terms of the statement; and
(2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice,     including position title of any such convicted employee to the Department, as follows:

For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

Notice shall include the identification number(s) of each affected award;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or
(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation

COPS-AR-0395

program approved for such purposes by a federal, State, or local health, law enforcement, or other appropriate agency; and

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

5.   COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award.  Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge *

Certified

**SignerID**

(b) (6)

**Signing Date / Time**

6/25/25 1:30 PM

**Other Disclosures and Assurances**

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

COPS-AR-0396

By [taking this action], I –

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant: (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge *

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/25/25 1:31 PM

**Other**



| | Name | Category | Created by | Date Added |
|---|---|---|---|---|
| | SF-424.pdf | Other Attachments | Velina Hamilton | 06/25/2025 |

Certified

COPS-AR-0397

## WORKSPACE FORM

GRANTS.GOV™

1-800-518-4726
SUPPORT@GRANTS.GOV

This Workspace form is one of the forms you need to complete prior to submitting your Application Package. This form can be completed in its entirety offline using Adobe Reader. You can save your form by clicking the "Save" button and see any errors by clicking the "Check For Errors" button. In-progress and completed forms can be uploaded at any time to Grants.gov using the Workspace feature.

When you open a form, required fields are highlighted in yellow with a red border. Optional fields and completed fields are displayed in white. If you enter invalid or incomplete information in a field, you will receive an error message. Additional instructions and FAQs about the Application Package can be found in the Grants.gov Applicants tab.

### OPPORTUNITY & PACKAGE DETAILS:

| | |
|---|---|
| Opportunity Number: | O-COPS-2025-172413 |
| Opportunity Title: | FY25 COPS Hiring Program |
| Opportunity Package ID: | PKG00290704 |
| Assistance Listing Number: | 16.068 |
| Assistance Listing Title: | COPS Hiring Program |
| Competition ID: | |
| Competition Title: | |
| Opening Date: | 05/08/2025 |
| Closing Date: | 06/25/2025 |
| Agency: | Community Oriented Policing Services |
| Contact Information: | COPS Office Response Center |

### APPLICANT & WORKSPACE DETAILS:

| | |
|---|---|
| Workspace ID: | WS01529268 |
| Application Filing Name: | FY 25 COPS Hiring Program |
| UEI: | DBBKDE58TFT6 |
| Organization: | CITY OF SAN DIEGO |
| Form Name: | Application for Federal Assistance (SF-424) |
| Form Version: | 4.0 |
| Requirement: | Mandatory |
| Download Date/Time: | Jun 25, 2025 01:33:45 PM EDT |
| Form State: | No Errors |

### FORM ACTIONS:

COPS-AR-0398

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**
Completed by Grants.gov upon submission.

**4. Applicant Identifier:**
City of San Diego

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:** California

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** City of San Diego

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):**
956000774

**\* c. UEI:**
DBBKDE58TFT6

**d. Address:**

| | |
|---|---|
| \* Street1: | 202 C Street |
| Street2: | MS 725 |
| \* City: | San Diego County |
| County/Parish: | California |
| \* State: | CA: California |
| Province: | |
| \* Country: | USA: UNITED STATES |
| \* Zip / Postal Code: | 92101-5710 |

**e. Organizational Unit:**

**Department Name:**
City of San Diego

**Division Name:**
Police Department

**f. Name and contact information of person to be contacted on matters involving this application:**

| | |
|---|---|
| Prefix: | |
| \* First Name: | Velina |
| Middle Name: | |
| \* Last Name: | Hamilton |
| Suffix: | |

Title: Program Coordinator

Organizational Affiliation:

**\* Telephone Number:** (b) (6)

**Fax Number:**

**\* Email:** (b) (6)

COPS-AR-0399

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Community Oriented Policing Services

**11. Assistance Listing Number:**

16.068

Assistance Listing Title:

COPS Hiring Program

**\* 12. Funding Opportunity Number:**

O-COPS-2025-172413

**\* Title:**

FY25 COPS Hiring Program

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

San Diego Police Department's Community and Youth Services (CYS) Division will build capacity through outreach, recruitment, mentorship structure, training, and programs.

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

COPS-AR-0400

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant    50    * b. Program/Project    50

Attach an additional list of Program/Project Congressional Districts if needed.

[ ]    Add Attachment    Delete Attachment    View Attachment

**17. Proposed Project:**

* a. Start Date:    10/01/2025    * b. End Date:    09/30/2028

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 750,000.00 |
| * b. Applicant | 2,740,157.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 3,490,157.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

[X] a. This application was made available to the State under the Executive Order 12372 Process for review on    06/11/2025  .

[ ] b. Program is subject to E.O. 12372 but has not been selected by the State for review.

[ ] c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

[ ] Yes    [X] No

If "Yes", provide explanation and attach

[ ]    Add Attachment    Delete Attachment    View Attachment

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

[X] \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix:    [ ]    * First Name:    Velina

Middle Name:    [ ]

* Last Name:    Hamilton

Suffix:    [ ]

* Title:    San Diego Police Department

* Telephone Number:    (b) (6)    Fax Number:    [ ]

* Email:    (b) (6)

* Signature of Authorized Representative:    Completed by Grants.gov upon submission.    * Date Signed:    Completed by Grants.gov upon submission.

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 06/11/2025 | City of San Diego |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: | California |
|---|---|---|

**8. APPLICANT INFORMATION:**

* a. Legal Name:  City of San Diego

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 956000774 | DBBKDE58TFT6 |

**d. Address:**

* Street1: 202 C Street
  Street2: MS 725
* City: San Diego County
  County/Parish: California
* State: CA: California
  Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 92101-5710

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| City of San Diego | Police Department |

**f. Name and contact information of person to be contacted on matters involving this application:**

| Prefix: | * First Name: | Velina |
|---|---|---|
| Middle Name: | | |
| * Last Name: | Hamilton | |
| Suffix: | | |

Title: Program Coordinator

Organizational Affiliation:

| * Telephone Number: | (b) (6) | Fax Number: | |
|---|---|---|---|

* Email: (b) (6)

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Community Oriented Policing Services

**11. Assistance Listing Number:**

16.068

Assistance Listing Title:

COPS Hiring Program

**\* 12. Funding Opportunity Number:**

O-COPS-2025-172413

**\* Title:**

FY25 COPS Hiring Program

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

San Diego Police Department's Community and Youth Services (CYS) Division will build capacity through outreach, recruitment, mentorship structure, training, and programs.

Attach supporting documents as specified in agency instructions.

[ Add Attachments ]  [ Delete Attachments ]  [ View Attachments ]

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

| * a. Applicant | 50 | * b. Program/Project | 50 |
|---|---|---|---|

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**17. Proposed Project:**

| * a. Start Date: | 10/01/2025 | * b. End Date: | 09/30/2028 |
|---|---|---|---|

**18. Estimated Funding ($):**

| * a. Federal | 750,000.00 |
|---|---|
| * b. Applicant | 2,740,157.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 3,490,157.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on `06/11/2025` .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| Prefix: | | * First Name: | Velina |
|---|---|---|---|
| Middle Name: | | | |
| * Last Name: | Hamilton | | |
| Suffix: | | | |

| * Title: | San Diego Police Department |
|---|---|

| * Telephone Number: | (b) (6) | Fax Number: | |
|---|---|---|---|

| * Email: | (b) (6) |
|---|---|

| * Signature of Authorized Representative: | Velina Hamilton | * Date Signed: | 06/11/2025 |
|---|---|---|---|

# DISCLOSURE OF LOBBYING ACTIVITIES

**View Burden Statement**

Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352

OMB Number: 4040-0013
Expiration Date: 02/28/2025

Review Public Burden Disclosure Statement

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract<br>☒ b. grant<br>☐ c. cooperative agreement<br>☐ d. loan<br>☐ e. loan guarantee<br>☐ f. loan insurance | ☐ a. bid/offer/application<br>☒ b. initial award<br>☐ c. post-award | ☒ a. initial filing<br>☐ b. material change |

**4. Name and Address of Reporting Entity:**

☒ Prime    ☐ SubAwardee

* Name: City of San Diego

* Street 1: 1401 Broadway    Street 2:

* City: San Diego    State: Califiornia    Zip: 92101

Congressional District, if known:

**5. If Reporting Entity in No.4 is Subawardee, Enter Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| US Department of Justice | FY25 COPS Hiring Program<br>CFDA Number, if applicable: |

| 8. Federal Action Number, *if known*: | 9. Award Amount, *if known*: |
|---|---|
| | $ 750,000 |

**10. a. Name and Address of Lobbying Registrant:**

Prefix:    * First Name: Not Applicable    Middle Name:

* Last Name: Not Applicable    Suffix:

* Street 1:    Street 2:

* City:    State:    Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:    * First Name: Not Applicable    Middle Name:

* Last Name: Not Applicable    Suffix:

* Street 1:    Street 2:

* City:    State:    Zip:

**11.** Information requested through this form is authorized by title 31 U.S.C. section 1352. This disclosure of lobbying activities is a material representation of fact upon which reliance was placed by the tier above when the transaction was made or entered into. This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection. Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and

* Signature: (b) (6)

*Name: Prefix:    * First Name: Veling    Middle Name:

* Last Name: Hamilton    Suffix:

Title: Program Coordinator    Telephone No.: (b) (6)    Date: 6/25/2025

**Federal Use Only:**

Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

COPS-AR-0405



# Department of Justice (DOJ)

### Office of Community Oriented Policing Services (COPS Office)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | CITY OF SAN DIEGO<br>202 C ST |
| **City, State and Zip:** | SAN DIEGO, CA 92101 |
| **Recipient UEI:** | DBBKDE58TFT6 |

| | |
|---|---|
| **Project Title:** FY25 COPS Hiring Program | **Award Number:** 15JCOPS-25-GG-00789-UHPX |
| **Solicitation Title:** FY25 COPS Hiring Program | |
| **Federal Award Amount:** $750,000.00 | **Federal Award Date:** 10/10/25 |
| **Awarding Agency:** | Office of Community Oriented Policing Services |
| **Award Type:**<br>**Funding Instrument Type:** | Initial<br>Grant |
| **Opportunity Category:** D<br>**Assistance Listing:**<br>16.068 - COPS Hiring Program | |
| **Project Period Start Date:** 10/1/25 | **Project Period End Date:** 9/30/30 |
| **Budget Period Start Date:** 10/1/25 | **Budget Period End Date**: 9/30/30 |

**Project Description:**
The FY25 COPS Hiring Program (CHP) provides funding to law enforcement agencies to hire and/or rehire additional career law enforcement officers in an effort to increase their community policing capacity and crime prevention efforts. Anticipated outcomes of CHP awards include engagement in planned community partnerships, implementation of projects to analyze and assess problems, implementation of changes to personnel and agency management in support of community policing, and increased capacity of agency to engage in community policing activities

## Award Letter

October 10, 2025

Dear Scott Wahl,

On behalf of Attorney General Pamela Bondi, it is my pleasure to inform you the Office of Community Oriented Policing Services (the COPS Office) has approved the application submitted by  CITY OF SAN DIEGO  for an award under the funding opportunity entitled 2025 FY25 COPS Hiring Program. The approved award amount is $750,000.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by the COPS Office, so that they understand the award

requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.

Cory D. Randolph
COPS Acting Director
**Office for Civil Rights Notice for All Recipients**

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) enforces federal civil rights laws and other provisions that prohibit discrimination by recipients of federal financial assistance from OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW).

Several civil rights laws, including Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance (recipients) to give assurances that they will comply with those laws.  Taken together, these and other civil rights laws prohibit recipients from discriminating in the provision of services and employment because of race, color, national origin, religion, disability, and sex or from discriminating in the provision of services on the bases of age.

Some recipients of DOJ financial assistance have additional obligations to comply with other applicable nondiscrimination provisions like the Omnibus Crime Control and Safe Streets Act of 1968, which prohibits discrimination on the basis of religion in addition to race, color, national origin, and sex.  Recipients may also have related requirements regarding the development and implementation of equal employment opportunity programs.

OCR provides technical assistance, training, and other resources to help recipients comply with civil rights obligations. Further, OCR administratively enforces civil rights laws and nondiscrimination provisions by investigating DOJ recipients that are the subject of discrimination complaints.  In addition, OCR conducts compliance reviews of DOJ recipients based on regulatory criteria.  These investigations and compliance reviews permit OCR to evaluate whether DOJ recipients are providing services to the public and engaging in employment practices in a nondiscriminatory manner.

For more information about OCR, your civil rights and nondiscrimination responsibilities, how to notify your employees or beneficiaries of their civil rights protections and responsibilities and how to file a complaint, as well as technical assistance, training, and other resources, please visit www.ojp.gov/program/civil-rights-office/outreach.  If you would like OCR to assist you in fulfilling your civil rights or nondiscrimination responsibilities, please contact us at askOCR@ojp.usdoj.gov or www.ojp.gov/program/civil-rights-office/about#ocr-contacts.

**Award Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Recipient Information**

COPS-AR-0407

**Recipient Name**
CITY OF SAN DIEGO

**UEI**
DBBKDE58TFT6                    **ORI Number**

**Street 1**
202 C ST                        **Street 2**

**City**                        **State/U.S. Territory**
SAN DIEGO                       California

**Zip/Postal Code**             **Country**
92101                           United States

**County/Parish**               **Province**

**Award Details**

**Federal Award Date**          **Award Type**
10/10/25                        Initial

**Award Number**                **Supplement Number**
15JCOPS-25-GG-00789-UHPX        00

**Federal Award Amount**        **Funding Instrument Type**
$750,000.00                     Grant

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.068 | COPS Hiring Program |

**Statutory Authority**

The Public Safety Partnership and Community Policing Act of 1994, 34 U.S.C. § 10381 et seq

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Project Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Solicitation Title**          **Awarding Agency**
2025 FY25 COPS Hiring Program   COPS

**Application Number**
GRANT14436077

COPS-AR-0408

| **Grant Manager Name** | **Phone Number** | **E-mail Address** |
|---|---|---|
| Tammy Richardson | (b) (6) | (b) (6) |

**Project Title**
FY25 COPS Hiring Program

| **Performance Period Start Date** | **Performance Period End Date** |
|---|---|
| 10/01/2025 | 09/30/2030 |

| **Budget Period Start Date** | **Budget Period End Date** |
|---|---|
| 10/01/2025 | 09/30/2030 |

**Project Description**
The FY25 COPS Hiring Program (CHP) provides funding to law enforcement agencies to hire and/or rehire additional career law enforcement officers in an effort to increase their community policing capacity and crime prevention efforts. Anticipated outcomes of CHP awards include engagement in planned community partnerships, implementation of projects to analyze and assess problems, implementation of changes to personnel and agency management in support of community policing, and increased capacity of agency to engage in community policing activities

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Financial Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

A financial analysis of budgeted costs has been completed. All costs listed in the approved budget below were programmatically approved based on the final proposed detailed budget and budget narratives submitted by your agency to the COPS Office. Any adjustments or edits to the proposed budget are explained below.

Budget Clearance Date:          9/15/25 3:20 PM

| **Comments** |
|---|
| No items |

**Budget Summary**

| Budget Category | Proposed Budget | Change | Approved Budget | Percentages |
|---|---|---|---|---|
| Sworn Officer Positions: | $2,826,387 | $3 | $2,826,390 | |
| Civilian or Non-Sworn Personnel: | $0 | $0 | $0 | |
| Travel: | $0 | $0 | $0 | |
| Equipment: | $0 | $0 | $0 | |
| Supplies: | $0 | $0 | $0 | |

Page: 4 of 17

COPS-AR-0409

| | | | | |
|---|---|---|---|---|
| SubAwards: | $0 | $0 | $0 | |
| Procurement Contracts: | $0 | $0 | $0 | |
| Other Costs: | $0 | $0 | $0 | |
| Total Direct Costs: | $2,826,387 | $3 | $2,826,390 | |
| Indirect Costs: | $0 | $0 | $0 | |
| Total Project Costs: | $2,826,387 | $3 | $2,826,390 | |
| Federal Funds: | $750,000 | $0 | $750,000 | 26.54% |
| Match Amount: | $2,076,390 | $0 | $2,076,390 | 73.46% |
| Program Income: | $0 | $0 | $0 | 0.00% |

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

Approved Problem Focus Area: Other Innovations in Common Sense Policing

6 Full?Time Officers Funded

6 New Hires

0 Rehires Previously Laid Off

0 Rehires Scheduled for Lay Off

Veteran: 0

SRO&rsquo;s: 0

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Condition 1**
Restrictions on Internal Confidentiality Agreements: No recipient or subrecipient under this award, or entity that receives a contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts the lawful reporting of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Further Consolidated Appropriations Act, 2024, Public Law 118-47, Division B, Title VII, Section 742.

**Condition 2**

COPS-AR-0410

Compliance with 8 U.S.C. § 1373: Authority to obligate or expend contingent on compliance with this condition. State or local government entity recipients of this award, and any subrecipient of this award at any tier that is an entity of a State or of a unit of local government, must comply with 8 U.S.C. §1373, which provides that such entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.

Any obligations or expenditures of a recipient or subrecipient that are impermissible under this condition shall be unallowable costs for purposes of this award.

References to the Immigration and Naturalization Service in 8 U.S.C. 1373 are to be read, as a legal matter, as references to components of the U.S. Department of Homeland Security.

**Condition 3**
Federal Civil Rights and Nondiscrimination Laws (certification): The recipient agrees that its compliance with all applicable Federal civil rights and nondiscrimination laws is material to the government's decision to make this award and any payment thereunder, including for purposes of the False Claims Act (31 U.S.C. 3729-3730 and 3801-3812), and, by accepting this award, certifies that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws.

**Condition 4**
Federal Laws, Presidential Memoranda, and Executive Orders: Recipients of grant funding must comply with all applicable federal laws and Presidential Memoranda and all Executive Orders by the President.

**Condition 5**
Award Monitoring Activities: Federal law requires that recipients receiving federal funding from the COPS Office must be monitored to ensure compliance with their award conditions and other applicable statutes and regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice. Award monitoring activities conducted by the COPS Office include site visits, enhanced office-based grant reviews, alleged noncompliance reviews, financial and programmatic reporting, and audit resolution. As a COPS Office award recipient, you agree to cooperate with and respond to any requests for information pertaining to your award. This includes all financial records, such as general accounting ledgers and all supporting documents. All information pertinent to the implementation of the award is subject to agency review throughout the life of the award, during the close-out process and for three-years after the submission of the final expenditure report. 2 C.F.R. §§ 200.334 and 200.337, and, as applicable, 34 U.S.C. § 10385(a).

**Condition 6**
Authorized Representative Responsibility: The recipient understands that, in accepting this award, the Authorized Representatives declare and certify, among other things, that they possess the requisite legal authority to accept the award on behalf of the recipient entity and, in so doing, accept (or adopt) all material requirements throughout the period of performance under this award. The recipient further understands, and agrees, that it will not assign anyone to the role of Authorized Representative during the period of performance under the award without first ensuring that the individual has the requisite legal authority.

**Condition 7**
Contract Provision: All contracts made by the award recipients under the federal award must contain the provisions required under 2 C.F.R. Part 200, Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under Federal Awards. Please see appendices in the Award Owner's Manual for a full text of the contract provisions.

**Condition 8**
Award Owner's Manual: The recipient agrees to comply with the terms and conditions in the applicable award year COPS Office Program Award Owner's Manual; DOJ Grants Financial Guide; COPS Office statute (34 U.S.C. § 10381, et seq.) as applicable; Students, Teachers, and Officers Preventing (STOP) School Violence Act of 2018 (34 U.S.C. §

COPS-AR-0411

10551, et seq.) as applicable; the requirements of 2 C.F.R. Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards), including subsequent changes, as adopted by the U.S. Department of Justice in 2 C.F.R. § 2800.101; 48 C.F.R. Part 31 (FAR Part 31) as applicable (Contract Cost Principles and Procedures); the Cooperative Agreement as applicable; representations made in the application; and all other applicable program requirements, laws, orders, regulations, or circulars.

Failure to comply with one or more award requirements may result in remedial action including, but not limited to, withholding award funds, disallowing costs, suspending, or terminating the
award, or other legal action as appropriate.

Should any provision of a condition of this award be held to be invalid or unenforceable by its terms, then that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law (to any person or circumstance) under this award. Should it be held, instead, that a condition (or a provision thereof) is of utter invalidity or unenforceability, such condition (or such provision) shall be deemed severable from this award.

**Condition 9**
Federal Civil Rights: The recipient and any subrecipient must comply with applicable federal civil rights and nondiscrimination statutes and regulations including: Section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), as implemented in Subparts C and D of 28 C.F.R. Part 42; section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794), as implemented in Subpart G of 28 C.F.R. Part 42; section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681), as implemented in Subpart D of 28 C.F.R. Parts 42 and 54; section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102), as implemented in Subpart I of 28 C.F.R. Part 42; and section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)), as implemented in Subpart D of 28 C.F.R. Part 42. In addition to applicable federal statutes and regulations that pertain to civil rights and nondiscrimination, the recipient and any subrecipient must comply with the requirements in 28 C.F.R. Parts 22 (Confidentiality of Identifiable Research and Statistical Information); 28 C.F.R. Part 23 (Criminal Intelligence Systems Operating Policies); 28 C.F.R. Part 38 (Partnerships with Faith-Based and Other Neighborhood Organizations); and 28 C.F.R. Part 46 (Protection of Human Subjects). For an overview of the civil rights laws and nondiscrimination requirements in connection with your award, please see https://www.ojp.gov/program/civil-rights/overview.

**Condition 10**
Duplicative Funding: The recipient understands and agrees to notify the COPS Office if it receives, from any other source, funding for the same item or service also funded under this award.

**Condition 11**
Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and COPS Office authority to terminate award): The recipient and subrecipient agree to comply with the following requirements of 2 C.F.R. Part 175, Appendix A to Part 175 – Award Term:
I. Trafficking in Persons
(a) Provisions applicable to a recipient that is a private entity. (1) Under this award, the
recipient, its employees, subrecipients under this award, and subrecipient's employees must not engage in:
(i) Severe forms of trafficking in persons;
(ii) The procurement of a commercial sex act during the period of time that this award
or any subaward is in effect;
(iii) The use of forced labor in the performance of this award or any subaward; or
(iv) Acts that directly support or advance trafficking in persons, including the following acts:
(A) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;
(B) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:
(1) Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreement; or
(2) The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;
(C) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;
(D) Charging recruited employees a placement or recruitment fee; or

COPS-AR-0412

(E) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(2) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:

(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or

(ii) Has an employee that is determined to have violated a prohibition in paragraph (a)(1) of this this appendix through conduct that is either:

(A) Associated with the performance under this award; or

(B) Imputed to the recipient or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by DOJ at 2 C.F.R. Part 2867.

(b) Provision applicable to a recipient other than a private entity. (1) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if a subrecipient that is a private entity under this award:

(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or

(ii) Has an employee that is determined to have violated a prohibition in paragraph (a)(1) of this appendix through conduct that is either:

(A) Associated with the performance under this award; or

(B) Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by 2 C.F.R. Part 2867.

(c) Provisions applicable to any recipient.

(1) The recipient must inform the Federal agency and the Inspector General of the Federal agency immediately of any information you receive from any source alleging a violation of a prohibition in paragraph (a)(1) of this appendix.

(2) The Federal agency's right to unilaterally terminate this award as described in paragraphs (a)(2) or (b)(1) of this appendix:

(i) Implements the requirements of 22 U.S.C. 78, and

(ii) Is in addition to all other remedies for noncompliance that are available to the Federal agency under this award.

(3) The recipient must include the requirements of paragraph (a)(1) of this award term in any subaward it makes to a private entity.

(4) If applicable, the recipient must also comply with the compliance plan and certification requirements in 2 CFR 175.105(b).

(d) Definitions. For purposes of this award term:

Employee means either:

(1) An individual employed by the recipient or a subrecipient who is engaged in the performance of the project or program under this award; or

(2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.

Private Entity means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in 2 CFR 200.1.

The terms "severe forms of trafficking in persons," "commercial sex act," "sex trafficking," "Abuse or threatened abuse of law or legal process," "coercion," "debt bondage," and "involuntary servitude" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).


**Condition 12**
Termination: Recipient understands and agrees that the COPS Office may terminate funding, in whole or in part, for the following reasons:

(1) When the recipient fails to comply with the terms and conditions of a Federal award.

(2) When the recipient agrees to the termination and termination conditions.

(3) When the recipient provides the COPS Office written notification requesting termination including the reasons, effective date, and the portion of the award to be terminated. The COPS Office may terminate the entire award if the remaining portion will not accomplish the purposes of the award.

(4) Pursuant to any other award terms and conditions, including, when an award no longer effectuates the program goals or agency priorities to the extent such termination is authorized by law.

COPS-AR-0413

2. C.F.R. § 200.340.

**Condition 13**

Recipient Integrity and Performance Matters: For awards over $500,000, the recipient agrees to comply with the following requirements of 2 C.F.R. Part 200, Appendix XII to Part 200 – Award Term and Condition for Recipient Integrity and Performance Matters:

I. Reporting of Matters Related to Recipient Integrity and Performance

(a) General Reporting Requirement.

(1) If the total value of your active grants, cooperative agreements, and procurement contracts from all Federal agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings described in paragraph (b) of this award term is current and complete. This is a statutory requirement under section 872 of Public Law 110–417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111– 212, all information posted in responsibility/qualification records in SAM.gov on or after April 15, 2011 (except past performance reviews required for Federal procurement contracts) will be publicly available.

(b) Proceedings About Which You Must Report.

(1) You must submit the required information about each proceeding that—

(i) Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

(ii) Reached its final disposition during the most recent five-year period; and

(iii) Is one of the following—

(A) A criminal proceeding that resulted in a conviction;

(B) A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

(C) An administrative proceeding that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

(D) Any other criminal, civil, or administrative proceeding if—

(1) It could have led to an outcome described in paragraph (b)(1)(iii)(A) through (C);

(2) It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

(3) The requirement in this award term to disclose information about the proceeding does not conflict with applicable laws and regulations.

(c) Reporting Procedures. Enter the required information in SAM.gov for each proceeding described in paragraph (b) of this award term. You do not need to submit the information a second time under grants and cooperative agreements that you received if you already provided the information in SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.

(d) Reporting Frequency. During any period of time when you are subject to the requirement in paragraph (a) of this award term, you must report proceedings information in SAM.gov for the most recent five-year period, either to report new information about a proceeding that you have not reported previously or affirm that there is no new information to report. If you have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000, you must disclose semiannually any information about the criminal, civil, and administrative proceedings.

(e) Definitions. For purposes of this award term—

Administrative proceeding means a nonjudicial process that is adjudicatory in nature to make a determination of fault or liability (for example, Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with the performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

Conviction means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere. Total value of currently active grants, cooperative agreements, and procurement contracts includes the value of the Federal share already received plus any anticipated Federal share under those awards (such as continuation funding).

**Condition 14**

Reporting Subawards and Executive Compensation: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 170, Appendix A to Part 170 – Award Term:

I. Reporting Subawards and Executive Compensation

(a) Reporting of first-tier subawards—(1) Applicability. Unless the recipient is exempt as provided in paragraph (d) of

Page: 9 of 17

COPS-AR-0414

this award term, the recipient must report each subaward that equals or exceeds $30,000 in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000. All reported subawards should reflect the total amount of the subaward.

(2) Reporting Requirements. (i) The entity or Federal agency must report each subaward described in paragraph (a)(1) of this award term to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov.

(ii) For subaward information, report no later than the end of the month following the month in which the subaward was issued. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).

(b) Reporting total compensation of recipient executives for entities—(1) Applicability. The recipient must report the total compensation for each of the recipient's five most highly compensated executives for the preceding completed fiscal year if:

(i) The total Federal funding authorized to date under this Federal award equals or exceeds $30,000;

(ii) in the preceding fiscal year, the recipient received:

(A) 80 percent or more of the recipient's annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. The recipient must report executive total compensation described in paragraph (b)(1) of this appendix:

(i) As part of the recipient's registration profile at https://www.sam.gov.

(ii) No later than the month following the month in which this Federal award is made, and annually after that. (For example, if this Federal award was made on November 7, 2025, the executive total compensation must be reported by no later than December 31, 2025.)

(c) Reporting of total compensation of subrecipient executives—(1) Applicability. Unless a first-tier subrecipient is exempt as provided in paragraph (d) of this appendix, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

(i) The total Federal funding authorized to date under the subaward equals or exceeds $30,000;

(ii) In the subrecipient's preceding fiscal year, the subrecipient received:

(A) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. Subrecipients must report to the recipient their executive total compensation described in paragraph (c)(1) of this appendix. The recipient is required to submit this information to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).

(d) Exemptions. (1) A recipient with gross income under $300,000 in the previous tax year is exempt from the requirements to report:

(i) Subawards, and

(ii) The total compensation of the five most highly compensated executives of any subrecipient.

Page: 10 of 17

(e) Definitions. For purposes of this award term:
Entity includes:
(1) Whether for profit or nonprofit:
(i) A corporation;
(ii) An association;
(iii) A partnership;
(iv) A limited liability company;
(v) A limited liability partnership;
(vi) A sole proprietorship;
(vii) Any other legal business entity;
(viii) Another grantee or contractor that is not excluded by subparagraph (2); and
(ix) Any State or locality;
(2) Does not include:
(i) An individual recipient of Federal financial assistance; or
(ii) A Federal employee.
Executive means an officer, managing partner, or any other employee holding a management position.
Subaward has the meaning given in 2 CFR200.1.
Subrecipient has the meaning given in 2CFR 200.1.
Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR 229.402(c)(2).


**Condition 15**
Assurances and Certifications: The recipient acknowledges its agreement to comply with the Assurances and Certifications forms that were signed as part of its application.


**Condition 16**
Conflict of Interest: Recipients and subrecipients must disclose in writing to the COPS Office or pass-through entity, as applicable, any potential conflict of interest affecting the awarded federal funding in 2 C.F.R. § 200.112.


**Condition 17**
Debarment and Suspension: The recipient agrees not to award federal funds under this program to any party which is debarred or suspended from participation in federal assistance programs. 2 C.F.R. Part 180 (Government-wide Nonprocurement Debarment and Suspension) and 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension).


**Condition 18**
Equal Employment Opportunity Plan (EEOP): Please see the Office for Civil Rights website https://www.ojp.gov/eeop-notice for current information on the recipient's responsibilities related to the federal regulations pertaining to the development and implementation of an Equal Employment Opportunity Plan.


**Condition 19**
Employment Eligibility: The recipient agrees to complete and keep on file, as appropriate, the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) Employment Eligibility Verification Form (I-9). This form is to be used by recipients of federal funds to verify that persons are eligible to work in the United States. Immigration Reform and Control Act of 1986 (IRCA), Public Law 99-603.


**Condition 20**
Enhancement of Contractor Protection from Reprisal for Disclosure of Certain Information: Recipients and subrecipients agree not to discharge, demote, or otherwise discriminate against an employee as reprisal for the employee disclosing information that he or she reasonably believes is evidence of gross mismanagement of a federal contract or award, a gross waste of federal funds, an abuse of authority relating to a federal contract or award, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or award. Recipients and subrecipients also agree to provide to their employees in writing (in the predominant native language of the workforce) of the rights and remedies provided in 41 U.S.C. § 4712. Please see appendices in the Award Owner's Manual for a full text of the statute.

COPS-AR-0416

**Condition 21**

False Statements: False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and/or any other remedy available by law. 31 U.S.C. § 3729-3733.

**Condition 22**

Mandatory Disclosure: Recipients and subrecipients must timely disclose in writing to the Federal awarding agency or pass-through entity, as applicable, all federal criminal law violations involving fraud, bribery, or gratuity that may potentially affect the awarded federal funding. Recipients that receive an award over $500,000 must also report certain civil, criminal, or administrative proceedings in SAM and are required to comply with the Term and Condition for Recipient Integrity and Performance Matters as set out in 2 C.F.R. Part 200, Appendix XII to Part 200. Failure to make required disclosures can result in any of the remedies, including suspension and debarment, described in 2 C.F.R. § 200.339. 2 C.F.R. § 200.113.

**Condition 23**

Reports/Performance Goals: To assist the COPS Office in monitoring and tracking the performance of your award, your agency will be responsible for submitting semi-annual programmatic performance reports that describe project activities during the reporting period and quarterly Federal Financial Reports using Standard Form 425 (SF-425). 2 C.F.R. §§ 200.328 - 200.329. The performance report is used to track your agency's progress in implementing the award, and, as applicable, community policing strategies including gauging the effectiveness of your agency's community policing capacity. The Federal Financial Report is used to track the expenditures of the recipient's award funds on a cumulative basis throughout the life of the award.

**Condition 24**

System for Award Management (SAM.gov) and Universal Identifier Requirements: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 25, Appendix A to Part 25 – Award Term:
I. System for Award Management (SAM.gov) and Universal Identifier Requirements
(a) Requirement for System for Award Management. (1) Unless exempt from this requirement under 2 CFR 25.110, the recipient must maintain a current and active registration in SAM.gov. The recipient's registration must always be current and active until the recipient submits all final reports required under this Federal award or receives the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.
(b) Requirement for Unique Entity Identifier (UEI). (1) If the recipient is authorized to make subawards under this Federal award, the recipient:
(i) Must notify potential subrecipients that no entity may receive a subaward until the entity has provided its UEI to the recipient.
(ii) Must not make a subaward to an entity unless the entity has provided its UEI to the recipient. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.
(c) Definitions. For the purposes of this award term:
System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at https://www.sam.gov).
Unique entity identifier means the universal identifier assigned by SAM.gov to uniquely identify an entity.
Entity is defined at 2 CFR 25.400 and includes all of the following types as defined in 2 CFR 200.1:
(1) Non-Federal entity;
(2) Foreign organization;
(3) Foreign public entity;
(4) Domestic for-profit organization; and
(5) Federal agency.
Subaward has the meaning given in 2 CFR 200.1.
Subrecipient has the meaning given in 2 CFR 200.1.

**Condition 25**

COPS-AR-0417

Additional High-Risk Recipient Requirements: The recipient agrees to comply with any additional requirements that may be imposed during the award performance period if the awarding agency determines that the recipient is a high-risk recipient. 2 C.F.R. § 200.208.

**Condition 26**
Evaluations: The COPS Office may conduct monitoring or sponsor national evaluations of its award programs. The recipient agrees to cooperate with the monitors and evaluators. 34 U.S.C. § 10385(b).

**Condition 27**
Background Investigations: Recipients agree to ensure that each officer(s) hired with CHP funding will be subject to a background investigation, notify the COPS Office upon completion of the background investigation for each officer hired under the CHP award, and cooperate with the COPS Office and provide updates on the status of background investigations upon request. 2 C.F.R. § 200.208
If the COPS Office determines that CHP funds are being used to pay the salary and fringe benefits of an officer who has not undergone a background investigation, the COPS Office may temporarily suspend grant funds in accordance with 2 C.F.R. §200.339 until the agency can demonstrate the background investigation has been completed.

**Condition 28**
Retention: At the time of award application, your agency committed to retaining all sworn officer positions awarded under the CHP award with state and/or local funds for a minimum of 12 months following the conclusion of 36 months of federal funding for each position, over and above the number of locally-funded sworn officer positions that would have existed in the absence of the award. Your agency cannot satisfy the retention requirement by using CHP-funded positions to fill locally-funded vacancies resulting from attrition. 34 U.S.C. § 10382 (c)(8).

**Condition 29**
Allowable Costs Condition: The funding under this project is for the payment of three years (36 months) of approved full-time entry-level salaries and fringe benefits during the five-year (60 months) period of performance. The maximum federal share is $125,000 per officer position (unless a local match waiver is approved) for career law enforcement officer positions hired and/or rehired on or after the official award start date. Any salary and fringe benefit costs higher than entry-level that your agency pays a CHP-funded officer must be paid with local funds. Your agency is required to use CHP award funds for the specific hiring categories awarded. In accordance with 2 C.F.R. § 200.400(g), the recipient or subrecipient must not earn or keep any profit resulting from the award. Funding under this program may be used for the following categories:
• Hiring new officers, which includes filling existing officer vacancies that are no longer funded in your agency's budget;
• Rehiring officers laid off by any jurisdiction as a result of state, local, or Bureau of Indian Affairs (BIA) budget reductions; and/or
• Rehiring officers who were, at the time of award application, scheduled to be laid off (by your jurisdiction) on a specific future date as a result of state, local, or BIA budget reductions.
If your agency's local fiscal conditions have changed and your agency needs to change one or more of the funded hiring categories, your agency should request an award modification and receive prior approval before spending CHP funding under the new category. The approved budget in the award package specifies the amount of CHP funds awarded to your agency. Please note that the salary and fringe benefit costs requested in your CHP application may have been adjusted or removed. Your agency may only be reimbursed for the approved cost categories up to the amounts specified in the approved budget. Only actual allowable costs incurred during the award period will be eligible for reimbursement and drawdown. If your agency experiences any cost savings over the course of the award (for example, your award application overestimated the total entry-level officer salary and fringe benefits package), your agency may not use that excess funding to continue salary payments to the officers beyond 36 months. Any funds remaining after your agency has drawn down for the costs of approved salaries and fringe benefits incurred for each awarded position during the 36-month funding period will be deobligated during the closeout process and should not be spent by your agency.

**Condition 30**
Advancing Department of Justice Priority Problem Focus Areas: This condition applies to agencies that selected one of the following priority crime problem/focus areas to address in their COPS Hiring Program (CHP) application:
• Violent Crime
• Squatting and Encampment Enforcement
• Homeland and Border Security

COPS-AR-0418

• Nuisance and Abatement and Quality of Life
• School Based Policing

Your agency understands and agrees to the following: Your agency will implement the one specific community policing plan identified in your CHP award application?

Your agency will address its specific priority crime problem throughout the entire CHP award period?

Your agency will implement any organizational changes identified in its CHP award application;
Your agency will cooperate with any award monitoring by the COPS Office to ensure that it is initiating or enhancing its community policing efforts to address its priority crime problem, which may include your agency having to respond to additional or modified reporting requirements.

**Condition 31**
Supplementing, not Supplanting: State, local, and tribal government recipients must use award funds to supplement, and not supplant, state, local, or Bureau of Indian Affairs (BIA) funds that are already committed or otherwise would have been committed for award purposes (hiring, training, purchases, and/or activities) during the award period. In other words, state, local, and tribal government recipients may not use COPS Office funds to supplant (replace) state, local, or BIA funds that would have been dedicated to the COPS Office-funded item(s) in the absence of the COPS Office award. 34 U.S.C. § 10384(a).

**Condition 32**
Career Law Enforcement Officer: Officer hiring funds may only be used to pay entry-level salaries and fringe benefits for full-time "career law enforcement officers" for 36 months. The COPS Office's statute defines a "career law enforcement officer" as "a person hired on a permanent basis who is authorized by law or by a State or local public agency to engage in or supervise the prevention, detection, or investigation of violations of criminal laws." 34 U.S.C. §10389(1). A recipient agency may use officer hiring funds to pay the salary and benefits of recruits while in academy training to become "career law enforcement officers" if it is the standard practice of the agency to do so with locally-funded recruits. The State of Alaska, and any Indian tribe or tribal organization in that State, may also use officer hiring funds for a "village public safety officer" defined as "an individual employed as a village public safety officer under the program established by the State pursuant to Alaska Statute 18.65.670." Tribal Law and Order Act of 2010, Pub. L. 111-211, title II, § 247 (a)(2).

**Condition 33**
Local Match: COPS Hiring Program award recipients are required to contribute a local match of at least 25 percent towards the total cost of the approved award project, unless waived in writing by the COPS Office. The local match must be a cash match from funds not previously budgeted for law enforcement purposes and must be paid during the award period. The local match contribution must be made on an increasing basis during each year of the three-year award period, with the federal share decreasing accordingly. 34 U.S.C. § 10381(g).

**Condition 34**
Modifications: Occasionally, a change in an agency's fiscal or law enforcement situation necessitates a change in its COPS Office CHP award. Award modifications under CHP are evaluated on a case-by-case basis in accordance with 2 C.F.R. § 200.308(i). For federal awards in excess of the simplified acquisition threshold (currently $250,000), any modification request involving the reallocation of funding between budget categories that exceed or are expected to exceed 10 percent (10%) of the total approved budget requires prior written approval by the COPS Office. Regardless of the federal award amount or budget modification percentage, any reallocation of funding is limited to approved budget categories. In addition, any budget modification that changes the scope of the project requires prior written approval by the COPS Office. In addition, please be aware that the COPS Office will not approve any modification request that results in an increase of federal funds.

In addition, modification requests should be submitted to the COPS Office when an agency determines that it will need to shift officer positions awarded in one hiring category into a different hiring category and/or reduce the total number of positions awarded. For example, if an agency was awarded CHP funding for two new, additional sworn officer positions, but due to fiscal distress/constraints the agency needs to change the hiring category from the new hire category to the rehire category for officers laid off or scheduled for layoff on a specific future date post-application, the agency would have to request a modification. The COPS Office will only consider a modification request after an agency makes final, approved budget and/or personnel decisions. An agency may implement the modified award following written approval from the COPS Office. Please be aware that the COPS Office will not approve any

COPS-AR-0419

modification request that results in an increase of federal funds.

During the CHP award period, it may become necessary for an agency to modify its CHP award due to changes in an agency's fiscal or law enforcement situation. Modification requests should be submitted to the COPS Office when an agency determines that it will need to shift officer positions awarded in one hiring category into a different hiring category, reduce the total number of positions awarded, shift funds among benefit categories, and/or reduce the entry-level salary and fringe benefit amounts. For example, an agency may have been awarded CHP funding for 10 new, additional full-time sworn officer positions, but due to severe fiscal distress/constraints, the agency determines it is unable to sustain all 10 positions and must reduce its request to five full-time positions; or an agency may have been awarded CHP funding for two new, additional sworn officer positions, but due to fiscal distress/constraints the agency needs to change the hiring category from the new hire category to the rehire category for officers laid off or scheduled for layoff on a specific future date post-application. Award modifications under CHP are evaluated on a case-by-case basis. The COPS Office will only consider a modification request after an agency makes final, approved budget and/or personnel decisions. An agency may implement the modified award following written approval from the COPS Office. Please be aware that the COPS Office will not approve any modification request that results in an increase of federal funds.

**Condition 35**

School Resource Officer (SRO) Training Requirement: COPS Office-funded SROs are required to complete a 40-hour basic SRO training course from a list of COPS Office-approved providers. Training must be completed no later than nine months after the date shown on the award congratulatory letter or six months from the date of the SRO's hire, whichever comes first. If a COPS Office-funded SRO leaves the recipient agency after completing the training, the recipient agrees to pay for the new SRO, who is assigned to backfill this position, to attend a 40-hour basic training course. The new SRO must complete the training no later than nine months after being placed in the school. If the officer has completed 40-hour basic training within the last 12 months prior to the award date, the condition has been fulfilled. Any longer than 12 months will require the officer to retake the course. The agency must coordinate with the training provider to secure funding to cover registration and travel expenses.

If your agency fails to comply with the SRO basic training within the specified timeframe, the COPS Office may temporarily suspend grant funds or take other remedial actions in accordance with 2 C.F.R. §200.339 until your agency complies with this requirement.

**Condition 36**

Extensions: Your agency may request an extension of the 60-month award performance period to receive additional time to implement your award program. Such extensions do not provide additional funding. Any request for an extension will be evaluated on a case-by-case basis. Only those recipients that can provide a reasonable justification for delays will be granted no-cost extensions. Reasonable justifications may include difficulties in filling COPS Office-funded positions, officer turnover, or other circumstances that interrupt the 36-month funding period. An extension allows your agency to compensate for such delays by providing additional time to complete the full 36 months of funding for each position awarded. 2 C.F.R. §§ 200.308(f)(10) and 200.309. Extension requests must be received prior to the end date of the award.

**Condition 37**

Contracts and/or MOUs with other Jurisdictions: Sworn law enforcement officer positions awarded must be used for law enforcement activities or services that benefit your agency and the population that it serves. The items funded under the CHP award cannot be utilized by other agencies unless the items benefit the population that your agency serves. Your agency may use items funded under the CHP award to assist other law enforcement agencies under a resource sharing, mutual aid, or other agreement to address multi-jurisdictional issues as described in the agreement.

**Condition 38**

Community Policing: Community policing activities to be initiated or enhanced by your agency and the officers funded by this award program were identified and described in your CHP award application. Your agency developed a community policing plan for the CHP award with specific reference to a crime or disorder problem and the following elements of community policing: (a) problem solving—your agency's plan to assess and respond to the problem identified; (b) community partnerships and support, including related governmental and community initiatives that complement your agency's proposed use of CHP funding; and (c) organizational transformation—how your agency will use the funds to reorient its mission to community policing or enhance its involvement in and commitment to community policing. Throughout the CHP award period, your agency is required to implement the community policing plan it set forth in the CHP award application.

COPS-AR-0420

The COPS Office defines community policing as a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, social disorder, and fear of crime. CHP awards through the specific officers funded (or an equal number of redeployed veteran officers) must be used to initiate or enhance community policing activities. All newly hired additional or rehired officers (or an equal number of redeployed veteran officers) funded under CHP must implement your agency's approved community policing plan, which you described in your award application.

**Condition 39**
Memorandum of Understanding Requirement (for School Resource Officers only)
Recipients using award funding to hire and/or deploy School Resource Officers into schools understand and agree to the following:
• Your agency must submit a signed Memorandum of Understanding (MOU) between the law enforcement agency and the school partner(s) to the COPS Office before obligating or drawing down funds under this award. The MOU must be submitted to the COPS Office within 90 days of the date shown on the award letter. If your agency fails to submit the MOU within the 90 days, the COPS Office may temporarily suspend grant funds in accordance with 2 C.F.R. §200.339 until your agency submits the MOU.
• Your agency's MOU must contain the following information?

o The purpose of the MOU
o Clearly defined roles and responsibilities of the school district and the law enforcement agency, focusing officers' roles on safety
o Information sharing
o Supervision responsibility and chain of command for the SRO
o Signatures
Note: Please refer to the MOU Fact Sheet for a detailed explanation of the requirements under each of the bullets.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

COPS-AR-0421

**Agency Approval**

| Title of Approving Official | Name of Approving Official | Signed Date And Time |
|---|---|---|
| COPS Acting Director | Cory D. Randolph | 9/26/25 4:26 PM |

## Authorized Representative

☑ Declaration and Certification (Law Enforcement Executive/Program Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
Chief of Police

**Name of Authorized Entity Official**
Scott Wahl

**Signed Date And Time**
1/23/2026 7:05 PM

☑ Declaration and Certification (Government Executive/Financial Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
Mayor of San Diego

**Name of Authorized Entity Official**
Todd Gloria

**Signed Date And Time**
1/23/2026 7:16 PM

COPS-AR-0422

## Standard Applicant Information

### Project Information

| **Project Title** | **Proposed Project Start Date** | **Proposed Project End Date** |
|---|---|---|
| FY25 Safer Outcomes: Enhancing De-Escalation and Crisis Response Training for Law Enforcement – Support for Law Enforcement Agencies | 10/1/25 | 9/30/27 |

**Applicant Estimated Funding (Non-Federal Share)**

0.0

**Program Income Estimated Funding**

0.0

**Federal Estimated Funding (Federal Share)**

500000.0

**Total Estimated Funding**

500000.0

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

### Type Of Applicant

**Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

**Type of Applicant 2: Select Applicant Type:**

___

**Type of Applicant 3: Select Applicant Type:**

___

**Other (specify):**

___

### Application Submitter Contact Information

**Application POC Prefix Name**

Mr.

| **Application POC First Name** | **Application POC Middle Name** | **Application POC Last Name** |
|---|---|---|
| Daniel | Robert | Holguin |

**Application POC Suffix Name**

___

| **Organizational Affiliation** | **Title** | **Email ID** |
|---|---|---|

COPS-AR-0423

City of San Diego Police Department        Associate Management Analyst        (b) (6)

**Phone** (b) (6)                          **Fax Number**

619-533-5788                               ——

**ORINumber**

——

**Executive Order and Delinquent Debt Information**

Is Application Subject to Review by State Under Executive Order 12372? *

a. This application was made available to the State under the Executive Order 12372 Process for review on: **State Review Available Date**

06/24/2025

---

**Is the Applicant Delinquent on Federal Debt?**

No

**SF424 Attachments  (4)**

| | Name | Date Added |
|---|---|---|
| | manifest.txt | 9/30/25 |
| | SF-LLL | 6/30/25 |
| | Form SF424_4_0-V4.0.pdf | 6/24/25 |
| | GrantApplication.xml | 6/24/25 |

## Authorized Representative

| **Law Enforcement Executive Information** | **Government Executive Information** |
|---|---|
| **Title** | **Title** |
| Chief of Police | Mayor of San Diego |
| **Prefix Name** | **Prefix Name** |
| Mr. | —— |
| **First Name  Middle Name  Last Name** | **First Name  Middle Name  Last Name** |
| Scott    ——    Wahl | Todd    ——    Gloria |
| **Suffix Name** | **Suffix Name** |
| —— | —— |

COPS-AR-0424

## Verify Legal Name, Doing Business As, and Legal Address

**Legal Name**
**CITY OF SAN DIEGO**

**Doing Business As**

**DUNS**
**102848905**

**UEI**
**DBBKDE58TFT6**

**Legal Address**
**Street 1**
202 C ST
**Street 2**

| City | State | Zip/Postal Code |
|---|---|---|
| SAN DIEGO | CA | 92101 |

| CongressionalDistrict | Country |
|---|---|
| 50 | USA |

### Certification

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.

1. If this information is correct confirm/acknowledge to continue with completion of this application.

**I confirm this is the correct entity.**

**Signer Name**
Danny Holguin

**Certification Date / Time**
06/30/2025 02:40 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
   a. Contact your Entity Administrator.
   b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.

3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.

### Proposal Abstract

*

SDPD seeks federal funding to implement a virtual reality training system for immersive, scenario-based instruction in de-escalation, crisis intervention, mental health crisis response, and disability awareness. In addition, a mixed reality system will be used to support tactical team training. Together, these tools will improve officer performance and build trust with San Diego's diverse communities.

COPS-AR-0425

**Data Requested with Application**    *

   ∨ **FY25 Safer Outcomes LEA Elig**

   Applicant Eligibility

   Type of Agency (select one)

   Law Enforcement

   From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities

   Municipal Police

   Are you a state or local governmental entity applying for this funding opportunity?

   Yes

   If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.  For additional information, please see the appendices in the FY25 Resource Guide for CPA Programs.

   Yes

   An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only: respond to or investigate specific type(s) of crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support or only some combination of these. Based on this definition, does your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services have primary law enforcement authority for the population to be served?

   yes

   A law enforcement is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget. Based on the definition above, is your agency established and currently operational?

   Yes

   Please indicate if your jurisdiction is primarily considered rural, urban, or suburban.

   Urban

   Enter the current number of sworn officers for your agency below:

   1825

   ∨ **FY25 Safer Outcome LE Grants**

   Problem Identification

COPS-AR-0426

Describe your agency's overall philosophy toward de-escalation and responding to persons in crisis, and how this project will enhance the ability to perform in accordance with that philosophy.

The San Diego Police Department (SDPD) serves a diverse population that includes many individuals experiencing mental illness, homelessness, substance use disorders, and other behavioral health challenges. Officers routinely respond to complex, high-stress situations where decisions can have life-or-death consequences. While SDPD has long prioritized de-escalation and crisis response, the department faces a critical need for tools that can enhance decision-making and provide consistent, high-quality training in realistic environments. Federal funding is essential to implement a modern, scalable solution that goes beyond traditional classroom instruction and field training.
SDPD's agency-wide philosophy emphasizes de-escalation, communication, and safe resolution in all encounters—especially those involving persons in crisis. Officers are expected to approach each situation with empathy and professionalism, and to use force only when absolutely necessary. This mindset is reinforced through policy, leadership, and ongoing training. However, maintaining this standard across shifts, divisions, and experience levels requires more immersive, high-impact training.
Through this project, SDPD will deploy Street Smarts VR to provide dynamic scenario-based training in de-escalation, active shooter response, and crisis intervention, along with Chimera XR to train officers in high-stress coordination and judgment. These systems offer repeatable, adaptive scenarios with real-time feedback, allowing officers to practice safe outcomes in a controlled environment. By embedding these tools across the department, SDPD will improve officer readiness, reduce use-of-force incidents, and strengthen public trust in its commitment to humane, community-focused policing.

Project Description

Instructions: Supported training programs must address one or more of the following areas of focus. Proposals may address multiple areas of focus but there is no prioritization of proposals that do so. Descriptions of these areas can be found in the section titled Areas of Focus. De-escalation tactics and alternatives to use of force. Safely responding to an individual experiencing a mental or behavioral health or suicidal crisis. Safe encounters with individuals with disabilities. Successfully participating on a crisis intervention team. Making referrals to community-based services and support.

___

Does this project propose training on de-escalation tactics and alternatives to use of force (as defined in the Areas of Focus section of the solicitation documents)?

Yes

Please provide a comprehensive description of the training proposed on de-escalation tactics and alternatives to use of force. Include detailed information on proposed curriculum(s), vendor(s), instructor qualifications, training modalities, frequency and duration of training, and intended training participants (i.e. number, rank, and position).

Using Street Smarts VR, officers will engage in simulations such as domestic disturbances, emotionally disturbed persons, traffic stops, and public altercations. These modules require officers to read verbal and non-verbal cues, employ time-distance strategies, and resolve situations through communication rather than force.
Learning Objectives
● Recognize early indicators of escalation
● Apply communication strategies to reduce tension
● Use distance, cover, and time to avoid force
● Resolve volatile encounters using least intrusive means

Does this project propose training on safely responding to an individual experiencing a mental or behavioral health or suicidal crisis (as defined in the Areas of Focus section of the solicitation documents)?

Yes

Please provide a comprehensive description of the training proposed on safely responding to an individual experiencing a mental or behavioral health or suicidal crisis. Include detailed information on proposed curriculum(s), vendor(s), instructor qualifications, training modalities, frequency and duration of training, and intended training participants (i.e. number, rank, and position).

Street Smarts VR includes dynamic mental health scenarios involving suicidal subjects, individuals experiencing psychosis, and dual-diagnosis cases. Officers will practice scene containment, communication under stress, and safe intervention methods aligned with crisis intervention principles.
Learning Objectives
● Identify signs of mental or behavioral crisis
● Utilize empathy and rapport-building to reduce harm
● Prioritize stabilization and voluntary compliance
● Safely delay action when appropriate until resources arrive

Does this project propose training on safe encounters with individuals with disabilities (as defined in the Areas of Focus section of the solicitation documents)?

Yes

COPS-AR-0427

Please provide a comprehensive description of the training proposed on safe encounters with individuals with disabilities. Include detailed information on proposed curriculum(s), vendor(s), instructor qualifications, training modalities, frequency and duration of training, and intended training participants (i.e. number, rank, and position).

Modules feature encounters with individuals with autism, cognitive disabilities, and physical impairments. Officers must respond appropriately to nontraditional behaviors while ensuring the individual's dignity and safety.
Learning Objectives
● Recognize behaviors that may indicate a disability
● Adjust verbal and physical tactics to prevent escalation
● Avoid interpreting lack of eye contact or unusual movements as defiance
● Use respectful language and positioning to reduce fear

Does this project propose training on successfully participating on a crisis intervention team (as defined in the Areas of Focus section of the solicitation documents)?

Yes

Please provide a comprehensive description of the training proposed on successfully participating on a crisis intervention team. Include detailed information on proposed curriculum(s), vendor(s), instructor qualifications, training modalities, frequency and duration of training, and intended training participants (i.e. number, rank, and position).

VR scenarios designed to reinforce CIT coordination include multi-officer and co-responder deployments. Officers will practice information sharing, communication strategy, and managing the scene collaboratively with behavioral health partners.
Learning Objectives
● Demonstrate teamwork with clinicians and co-responders
● Apply CIT principles during high-stakes situations
● Practice scene leadership, containment, and referral
● Navigate crises while prioritizing mental health resources

Does this project propose training on making referrals to community-based services and support (as defined in the Areas of Focus section of the solicitation documents)?

Yes

Please provide a comprehensive description of the training proposed on making referrals to community-based services and support. Include detailed information on proposed curriculum(s), vendor(s), instructor qualifications, training modalities, frequency and duration of training, and intended training participants (i.e. number, rank, and position).

Each scenario concludes with a decision-making phase where officers choose whether to cite, arrest, or refer the individual to services. Debriefings will include referral mapping and resource guides, building officers' knowledge of available support systems.

What are the learning objectives of the training program proposed? If multiple trainings are proposed, include all learning objectives, and indicate what training they are linked to.

Learning Objectives
● Identify calls suitable for diversion or support
● Match individual needs with appropriate services
● Incorporate referral decision-making into standard response
● Normalize alternatives to custody-based outcomes

Does the proposed project include the purchase of equipment or technology to support training?

Yes

Please identify the type of equipment or technology proposed for purchase.

Street Smarts is a nationally recognized public safety training vendor that specializes in immersive, law enforcement-specific content. Street Smarts VR delivers a scenario-based virtual reality program that is integrated into a POST-certified curriculum in Nevada and is currently being implemented by the New Hampshire Police Training and Standards Council—demonstrating its growing acceptance as a best practice in police training. The content is informed by mental health professionals, legal experts, and experienced law enforcement instructors, ensuring that training scenarios are both realistic and aligned with national standards for safe and effective policing. The MR product that Street Smarts has offers a mixed reality platform designed specifically for tactical training, allowing SDPD to rehearse complex incidents in a high-fidelity, multi-user environment.
SDPD's training cadre is led by instructors with extensive operational experience and specialized certification. Sergeant DaFoe is a 30-year SDPD veteran, former SWAT team member and sniper, and lead instructor at the Regional Academy for Active Shooter, Chemical Agents, and Crimes in Progress. He is POST-certified in Use of Force and De-Escalation and regularly trains both recruits and in-service officers. Sergeant Michael Miranda has 21 years of service, including 6 years in SWAT and 4 in In-Service Training. He is certified in Defensive Tactics, Firearms, TASER, Chemical Agents, and simulator-based Use of Force. Officer Joshua Hodge has 14 years of experience and serves in SDPD's In-Service Training Unit and as an instructor at the Regional Academy. He specializes in scenario-based instruction, simulation training, and de-escalation.

Please identify the vendor(s) of equipment or technology proposed. If not yet known, please type "unknown."

This proposal includes the purchase of both the Street Smarts VR training system and the Chimera XR mixed reality system. These tools will allow SDPD to deliver realistic, scalable training with measurable outcomes. Street Smarts VR will focus on de-escalation, mental health, and

COPS-AR-0428

community-focused scenarios, while Chimera XR will be used to train officers in high-stress, multi-officer incidents requiring advanced coordination.

By providing officers with real-time feedback and repeatable, immersive experiences, the proposed technology will significantly enhance SDPD's ability to maintain a department-wide culture of professionalism, empathy, and safe outcomes.

Please identify, in specific terms, how the proposed equipment or technology purchase will contribute to the development or enhancement of a larger de-escalation training program.

The San Diego Police Department (SDPD) is fully committed to implementing this training initiative as a cornerstone of its department-wide strategy to reduce use-of-force incidents and improve outcomes in crisis response. The project is supported at the highest levels, endorsing the integration of virtual and mixed reality tools into the department's ongoing training strategy. Command staff view this investment as essential to modernizing SDPD's approach to de-escalation, mental health crisis intervention, and tactical readiness.

Management and Implementation

COPS-AR-0429

Will participant learning, participant satisfaction, knowledge retention, and/or skill usage be assessed?

Yes

Explain how participant learning, participant satisfaction, knowledge retention, and/or skill usage be assessed.

SDPD will implement a three-part evaluation framework:
1. Participant Learning Assessment – Officers will complete a pre- and post-training knowledge quiz focused on scenario strategies, legal considerations, and outcome evaluation.
2. Participant Satisfaction Surveys – Anonymous surveys will gather feedback on scenario realism, clarity of instruction, and confidence in applying learned techniques.
3. Community Feedback and Transparency
To ensure public accountability, SDPD will engage community stakeholders for feedback sessions. During these meetings, SDPD will share training goals, aggregate assessment findings, and select VR/MR scenario content for demonstration. Community participants will be invited to observe select training sessions and participate to offer perspective on how the training is reflected in field operations.
A brief community-facing survey will also be distributed via SDPD's public channels to gather input on perceptions of officer professionalism, communication, and response to individuals in crisis. This input will help gauge how well the training translates to improved public interactions and build a feedback loop that informs future training cycles.
Together, this assessment framework ensures the program not only drives internal change but also earns and sustains community trust.
Timeline
SDPD will initiate the project within 30 days of award notification, beginning with the procurement of the Street Smarts VR and Chimera XR systems in accordance with the City of San Diego's established purchasing policies and procedures. By March, 2026, department instructors will complete onboarding and vendor-led train-the-trainer sessions to ensure proper integration and scenario facilitation. Officer training will launch in May 2026, beginning with a pilot group of patrol officers and expanding to include all patrol officer, field training officers, and supervisors.
By August, 2026, SDPD will deliver its first internal evaluation report, summarizing pre- and post-assessment data, participant feedback, and early indicators of knowledge retention. A curriculum review will take place in October, 2026, allowing project staff and community partners to make any necessary adjustments to content emphasis or delivery methods. A second round of post-training assessments will be conducted in March, 2027 to evaluate mid- and long-term learning outcomes. In the final two months of the grant period, SDPD will conduct a final training push to reach any remaining participants, collect closing data, and finalize deliverables. All required reporting and documentation will be submitted by the end of the grant period, ensuring a complete and timely closeout of the performance period.

Has the proposed training been certified by a nationally recognized certification program, a state POST, or developed by the U.S. Department of Justice?

Yes

Identify relevant certification or development of the proposed training.

The VR system is currently utilized in POST-certified training in Nevada and is being implemented by the New Hampshire Police Standards and Training Council, underscoring its credibility and relevance. The VR system will provide officers with tactical training in existing San Diego buildings.

Does the proposed training have support from agency leadership?

Yes

Describe how agency leadership has demonstrated support for the proposed training.

The project is supported at the highest levels, endorsing the integration of virtual and mixed reality tools into the department's ongoing training strategy. Command staff view this investment as essential to modernizing SDPD's approach to de-escalation, mental health crisis intervention, and tactical readiness.

Please identify key staff who will be responsible for implementing this project, including a brief description of their experience and current role.

The project will be led by Lieutenant Carbajal, who oversees the department's Training Division. Lt. Carbajal brings over 15 years of law enforcement experience and has managed several large-scale training programs.
Implementation will be coordinated by Officer Harbin, a POST-certified instructor with advanced certifications in use-of-force instruction. Officer Harbin will be responsible for scenario scheduling, instructor coordination, and performance monitoring.

Please identify any deliverables expected to result from this project. Deliverables might include training deliveries (agencies will be required to report on the number of individuals trained during each performance period), training curriculum development; training aides created (e.g., videos, toolkits, presentations), reports generated as the result of data analysis or after-action review, policies created or revised, or presentations or reports of findings relevant to the projects funded through this grant.

SDPD will initiate the project within 30 days of award notification, beginning with the procurement of the Street Smarts VR and Chimera XR systems in accordance with the City of San Diego's established purchasing policies and procedures. By March, 2026, department instructors will complete onboarding and vendor-led train-the-trainer sessions to ensure proper integration and scenario facilitation. Officer training will launch in May 2026, beginning with a pilot group of patrol officers and expanding to include all patrol officer, field training officers, and supervisors.
By August, 2026, SDPD will deliver its first internal evaluation report, summarizing pre- and post-assessment data, participant feedback, and early indicators of knowledge retention. A curriculum review will take place in October, 2026, allowing project staff and community partners to

COPS-AR-0430

early indicators of knowledge retention. A curriculum review will take place in October, 2026, allowing project staff and community partners to make any necessary adjustments to content emphasis or delivery methods. A second round of post-training assessments will be conducted in March, 2027 to evaluate mid- and long-term learning outcomes. In the final two months of the grant period, SDPD will conduct a final training push to reach any remaining participants, collect closing data, and finalize deliverables. All required reporting and documentation will be submitted by the end of the grant period, ensuring a complete and timely closeout of the performance period.

Please explain how the expected outcomes of this project will be sustained after the performance period of the award has ended.

This will improve officer readiness, reduce use-of-force incidents, and strengthen public trust in the command's commitment to humane, community-focused policing. The command is committed to de-scalation tech and training and will continue implementing training programs after the grant period ends.

Cooperation with Federal Immigration Officials

Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.

‗‗‗

My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.

‗‗‗

None of the above

Yes

## CPA Gen Solicitation Quest

Research and Development

Instructions: For the purposes of this solicitation, R&D as defined by 2 C.F.R. §200.87 means all research activities, both basic and applied, and all development activities that are performed by nonfederal entities. The term "research" also includes activities involving the training of individuals in research techniques where such activities use the same facilities as other research and development activities and where such activities are not included in the instruction function. "Research" is defined as a systematic study directed toward fuller scientific knowledge or understanding of the subject studied. "Development" is the systematic use of knowledge and understanding gained from research directed toward the production of useful materials, devices, systems, or methods, including design and development of prototypes and processes. Please select "yes" if any part of your project could be considered R&D or "no" if no portion of your project would support R&D.

‗‗‗

Could any portion of your project be considered research and development (R&D) as defined by 2 C.F.R. §200.87?

No

COPS-AR-0431

Youth-Centered Project

Instructions: For the purposes of this solicitation, please select "yes" if a purpose of some or all of the activities to be carried out under the award (whether by the recipient, or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age. NOTE: A special award condition will apply to all youth-centered awards. This condition will require recipients and subrecipients to make determinations of suitability before certain covered individuals interact with participating minors under the age of 18 years old in the course of activities funded under the award.

____

Could any activities under your project involve interactions with minors under the age of 18 years?

No

Training

Instructions: The COPS Office defines training as the teaching and learning activities carried out for the primary purpose of helping members of an organization other than your own acquire and apply the knowledge, skills, abilities, and attitudes needed by a particular job or organization. Training is driven by specific goals and objectives; it is not a single event but rather an ongoing process that requires continuous self-reflection and evaluation. Guides, webinars, articles, conference presentations, toolkits, podcasts, videos, blogs, and news feeds (to provide a few examples) can serve as support material in trainings or as standalone materials to increase knowledge, but on their own they are not defined as training by the COPS Office. Please select "yes" if any part of your project fits within the definition of training or "no" if no portion of your project fits within the definition of training.

____

Could any portion of your project be considered training?

Yes

U.S. Attorney's District Office

Please select your U.S. Attorney's District Office from the below drop-down options.

California, Southern

Law Enforcement Executive/Program Official Contact Information

Please provide the name and contact information for the highest ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g., executive director, chief executive officer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.

____

First name:

Scott

Last name:

Wahl

Phone:

(b) (6)

Email address:

(b) (6)

COPS-AR-0432

Government Executive/Financial Official Contact Information

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Instructions for Law Enforcement Agencies: For law enforcement agencies, this is the highest ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies and Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.
____

First name:

Todd

Last name:

Gloria

Phone:

(b) (6)

Email address:

(b) (6)

Application Submitter Contact Information

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information.
____

First name:

Velina

Last name:

Hamilton

Phone:

(b) (6)

Email address:

(b) (6)

Law Enforcement and Community Policing Strategy

COPS-AR-0433

Instructions: The following is the COPS Office definition of community policing that emphasizes the primary components of community partnerships, organizational transformation, and problem solving: Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem solving techniques to proactively address the immediate conditions that give rise to public safety issues  such as crime, social disorder, and fear of crime. Please refer to the COPS Office website (https://cops.usdoj.gov/RIC/ric.php?page=detail&id=COPS-P157) for further information regarding this definition and its sub-elements. Please answer the following questions regarding your community support and impact on the jurisdiction.

____

To what extent is there community support in your jurisdiction for implementing the proposed award activities?

High level of support

If awarded, to what extent will the award activities impact the other components of the criminal justice system in your jurisdiction?

No change in impact

Explain how the proposed activities address a specific public safety need. (max 250 words)

SDPD serves a diverse population that includes many individuals experiencing mental illness, homelessness, substance use disorders, and other behavioral health challenges. Officers routinely respond to complex, high-stress situations where decisions can have life-or-death consequences.

Explain how the proposed activities will be utilized to reorient any affected law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. (max 250 words)

The virtual reality training system for immersive, scenario-based instruction in de-escalation, crisis intervention, mental health crisis response, and disability awareness these tools will improve officer performance and build trust with San Diego's diverse communities.

Identify any current governmental, community or agency initiatives that complement or will be coordinated with the proposed activities. (max 250 words)

SDPD's agency-wide philosophy emphasizes de-escalation, communication, and safe resolution in all encounters—especially those involving persons in crisis. Officers are expected to approach each situation with empathy and professionalism, and to use force only when absolutely necessary. This investment will provide SDPD with a sustainable, repeatable training solution that enhances officer decision-making under stress and aligns with national best practices.

Identify any key community or other stakeholder partnerships (community groups, private and/or public agencies) that will play a role in the implementation of the proposed activities. (max 250words)

To ensure public accountability, SDPD will engage community stakeholders for feedback sessions. During these meetings, SDPD will share training goals, aggregate assessment findings, and select VR/MR scenario content for demonstration. Community participants will be invited to observe select training sessions and participate to offer perspective on how the training is reflected in field operations.

Describe the strategy to consult with any community groups and appropriate private and public agencies in the implementation of the proposed activities. (max 250 words)

Community Feedback and Transparency
To ensure public accountability, SDPD will engage community stakeholders for feedback sessions. During these meetings, SDPD will share training goals, aggregate assessment findings, and select VR/MR scenario content for demonstration. Community participants will be invited to observe select training sessions and participate to offer perspective on how the training is reflected in field operations.

A brief community-facing survey will also be distributed via SDPD's public channels to gather input on perceptions of officer professionalism, communication, and response to individuals in crisis. This input will help gauge how well the training translates to improved public interactions and build a feedback loop that informs future training cycles.
Together, this assessment framework ensures the program not only drives internal change but also earns and sustains community trust.

Explanation of Need for Financial Assistance

All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 1,000 characters.]

Federal funding is essential to implement a modern, scalable solution that goes beyond traditional classroom instruction and field training. While SDPD has long prioritized de-escalation and crisis response, the department faces a critical need for tools that can enhance decision-making and provide consistent, high-quality training in realistic environments is needed to complete the goal.

Continuation of Support After Federal Funding Ends

COPS-AR-0434

Instructions: The questions in this section will be used for programs without a retention requirement to report any plans to continue the program or activity after the conclusion of federal funding.

——

Does your agency or organization plan to obtain necessary support and continue the program, project, or activity following the conclusion of federal support?

Yes

Please identify the source(s) of funding that your agency plans to utilize to continue the program, project, or activity following the conclusion of federal support:General funds

Yes

Issue bonds or raise taxes

No

Private sources and donations

No

Non-federal asset forfeiture funds (subject to approval from the state or local oversight agency)

Yes

State, local, or other non-federal grant funding

Yes

Fundraising efforts

No

Other

No

If "other" is selected in the above question, please provide a brief description of the source(s) of funding.

——

## ⌄ CPA Information FY25

Type of Agency of Organization

Type of Agency (select one)

Law Enforcement

From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities

Municipal Police

From the list below, please select the type of agency which best describes the applicant. Non-Law Enforcement Entities

——

Duplication Of Funding

COPS-AR-0435

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application.

____

Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and description of how this project differs from the application for COPS office funding.

____

Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.

____

Certification of Review of 28 CFR Part23/Criminal Intelligence

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. Please review the CPA Resource Guide for additional information. Please check one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.

Certification of Review and Representation of Compliance

By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

Acknowledgment of Electronic Signatures

By checking the box below, the applicant indicates that he or she understands that the use of typed names in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form, constitute electronic signatures and that the electronic signatures are the legal equivalent of handwritten signatures. I understand

true

COPS-AR-0436

**Proposal Narrative**

**Budget and Associated Documentation**

**Budget Summary**

| Budget Category | Total Cost |
| --- | --- |
| Sworn Officer Positions: | $0.00 |
| Civilian or Non-Sworn Personnel: | $0.00 |
| Travel: | $0.00 |
| Equipment: | $85,440.00 |
| Supplies: | $0.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $299,560.00 |
| Other Costs: | $115,000.00 |
| Total Direct Costs: | $500,000.00 |
| Indirect Costs: | $0.00 |
| Total Project Costs: | $500,000.00 |
| Federal Funds: | $500,000.00 |
| Match Amount: | $0.00 |
| Program Income: | $0.00 |

**Budget / Financial Attachments**

**Non-competitive Justification**

No documents have been uploaded for Non-Competitive Justification

**Indirect Cost Rate Agreement**

No documents have been uploaded for Indirect Cost Rate Agreement

**Consultant Rate Justification**

No documents have been uploaded for Consultant Rate Justification

**Additional Attachments**

| | Name | Category | Created by | Date Added |
| --- | --- | --- | --- | --- |
|  | COPS De-Escalation budget.pdf | Budget Narrative | Velina Hamilton | 06/30/2025 |

COPS-AR-0437

## Budget and Associated Documentation

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA,    ____
AND TRAINING ACTIVITIES?

**Base Salary and Fringe Benefits for Sworn Officer**

—

**Position**

| **Position Title** | **Position Description** |
|---|---|
| ___ | ___ |

**Number of Positions**
___

∨ **Salary per Officer**

| Salary | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| | ___ | ___ | ___ |

∨ **Fringe Benefits per Officer**

| | | | Year 1 | Year 2 | Year 3 |
|---|---|---|---|---|---|
| **Social Security** | | | | | |
| ___ | ___ | ___ | ___ | ___ | |
| **Medicare** | | | | | |
| ___ | ___ | ___ | ___ | ___ | |
| **Health Insurance** | | | | | |
| ___ | | | ___ | ___ | ___ |
| **Life Insurance** | | | | | |
| ___ | | | ___ | ___ | ___ |

**Vacation**

| **Included in Salary?** | **Hours** | | | |
|---|---|---|---|---|
| ___ | ___ | ─── | ─── | ─── |

**Sick Leave**

| **Included in Salary?** | **Hours** | | | |
|---|---|---|---|---|
| ___ | ___ | ─── | ─── | ─── |

COPS-AR-0438

**Retirement**

___                                    ___              ___                      ___

**Workers Compensation**

___                                    ___              ___                      ___

**Unemployment Insurance**

___                                    ___              ___                      ___

**Other Benefit**

___                                                      ___              ___                      ___

___

**Other Benefit**

___                                                      ___              ___                      ___

___

**Other Benefit**

___                                                      ___              ___                      ___

___

**Summary Totals**

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Benefits per Officer | $0.00 | $0.00 | $0.00 |
| Salary per Officer | ___ | ___ | ___ |
| Total per Officer | $0.00 | $0.00 | $0.00 |

**Total per Officer All Years**

$0

**Total Salary and Benefits**

$0

COPS-AR-0439

## Personnel

### Instructions

List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

### Year 1

**Year 1**
**Personnel Detail**

| Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost |
|------|----------|--------|------|-------------|------------------------|------------|
| No items | | | | | | |

**Personnel Total Cost**
$0

**Additional Narrative**

## Fringe Benefits

### Instructions

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

### Year 1

**Fringe Benefit Detail**

| Name | Base | Rate (%) | Total Cost |
|------|------|----------|------------|
| No items | | | |

**Fringe Benefits Total Cost**
$0

**Additional Narrative**

## Travel

### Instructions

Itemize travel expenses for staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence). In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; if unknown, indicate "location/dates to be determined." In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

COPS-AR-0440

**Year 1**

**Travel Detail**

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | | | |

**Travel Total Cost**
$0

## Equipment

### Instructions

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

**Equipment Detail**

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| Hardware - Street Smarts VR Systems | 4.00 | $21,360.00 | $85,440.00 | | $85,440.00 |

**Equipment Total Cost**
$85,440

**Additional Narrative**

Hardware for the Street Smarts VR-  4   R systems, and 4 MR headsets.

## Supply Items

### Instructions

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

COPS-AR-0441

**Year 1**

**Supply Item Detail**

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Supplies Total Cost**
$0

## Construction

**Instructions**

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

**Construction Detail**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Construction Total Cost**
$0

## Subawards

**Instructions**

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

**Year 1**

**Subaward (Subgrant) Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

COPS-AR-0442

**Subawards Total Cost**
　　$0
**Add Consultant Travel**
___

**Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.**

**Instructions**

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Written prior approval and additional justification is required for consultant fees in excess of the DOJ grant-making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

### ⌄ Procurement Contract Detail

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| Services Cost | Covers shipping costs, and the cost for the Train-the-Trainer | No | United States | California | San Diego | $12,700.00 | | $12,700.00 |
| Software Costs | Software provided with the Street Smarts VR system | No | United States | California | San Diego | $286,860.00 | | $286,860.00 |

**Do you need Consultant Travel?**
No
**Procurement Cost**
　　$299,560
**Additional Narrative**

**Software Costs – $286,860**
The Software provided with the Street Smarts VR system will be used to deliver high-fidelity training scenarios in de-escalation, crisis intervention, mental health response, and disability awareness. The cost includes scenario library access, licensing, software updates,

COPS-AR-0443

technical support, and onboarding services. This investment will provide SDPD with a sustainable, repeatable training solution that enhances officer decision-making under stress and aligns with national best practices. The VR system is currently utilized in POST-certified training in Nevada and is being implemented by the New Hampshire Police Standards and Training Council, underscoring its credibility and relevance. The VR system will provide officers with tactical training in existing San Diego buildings.

**Services Costs – $12,700**

Covers shipping costs, and the cost for the Train-the-Trainer.

## Other Direct Costs

### Instructions

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

### Other Cost Detail

| Description | Quantity | Basis | Costs | Length of Time | Total Costs | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|
| Officer Overtime Costs | 1.00 | 1 | $115,000.00 | 1.00 | $115,000.00 | | $115,000.00 |

**Other Costs Total Cost**
$115,000

### Additional Narrative

**Officer Overtime Costs:** The total projected cost for officer overtime associated with training is $1,152,000, based on 1,800 officers participating in 4 hours of VR training annually over two years at an overtime rate of $80 per hour. SDPD is requesting $115,000 in grant funding to support a portion of these costs. SDPD proposes 4 hours of VR scenario-based training per officer per year for two years. Training hours will be paid for using overtime. These funds will support officer participation in training covering all five Safer Outcomes program areas, including de-escalation, crisis response, and community referrals.

## Indirect Costs

### Instructions

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

COPS-AR-0444

**Year 1**

**Indirect Cost Detail**

| Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Indirect Costs Total Cost**

$0

**Additional Narrative**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

( Upload )

The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

**Additional Application Components**

**Curriculum Vitae or Resumes**

No documents have been uploaded for Curriculum Vitae or Resumes

**Letters of Support**

No documents have been uploaded for Letters of Support

**Additional Attachments**

No documents have been uploaded for Additional Attachments

COPS-AR-0445

**Disclosures and Assurances**

**Applicant has Lobbying Activities**

The applicant must download the SF-LLL, complete it, and upload it to the application package. The application cannot be submitted until this form is uploaded.



| **Name** | **Category** | **Created by** | **Date Added** |
|---|---|---|---|
| SF-LLL.pdf | LobbyingActivitiesDisclosure | Velina Hamilton | 06/30/2025 |

**DOJ Certified Standard Assurances**

*

**U.S. DEPARTMENT OF JUSTICE**

**CERTIFIED STANDARD ASSURANCES**

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application–

a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;
b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and
c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition–

a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);
b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;
c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and
d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22

COPS-AR-0446

application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22

(confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance--

   a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United States; and
   b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

   a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and
   b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge *

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/30/25 2:05 PM

COPS-AR-0447

**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing**

*

U.S. DEPARTMENT OF JUSTICE

CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS; COORDINATION WITH AFFECTED AGENCIES

Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form.  The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of    Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or    cooperative agreement;

(b) If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any    agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form - LLL, "Disclosure of    Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

(c) The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) funded with Federal award funds and shall ensure that any certifications    or lobbying disclosures required of recipients of such subgrants and procurement contracts (or their subcontractors) are made and filed in accordance with 31 U.S.C. § 1352.

2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals--

(a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

(b) has within a three-year period preceding this application been convicted of a felony criminal violation under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal offense in        connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or local) transaction or private agreement or transaction;

COPS-AR-0448

violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense indicating a lack of business integrity or business honesty that seriously and directly affects its (or its principals') present responsibility;

(c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and/or

(d) has within a three-year period preceding this application had one or more public transactions (Federal, State, tribal, or local) terminated for cause or default.

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application. Where the Applicant or any of its principals was convicted, within a three-year period preceding this application, of a felony criminal violation under any Federal law, the Applicant also must disclose such felony criminal conviction in writing to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov), unless such disclosure has already been made.

3. FEDERAL TAXES

A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, or (2) the corporation has provided written notice of such an unpaid tax liability (or liabilities) to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov).

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.

4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees, as defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

(a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against employees for violation of such prohibition;

(b) Establishing an on-going drug-free awareness program to inform employees about--

(1) The dangers of drug abuse in the workplace;
(2) The Applicant's policy of maintaining a drug-free workplace;
(3) Any available drug counseling, rehabilitation, and employee assistance programs; and
(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will--

(1) Abide by the terms of the statement; and
(2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under

COPS-AR-0449

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice,    including position title of any such convicted employee to the Department, as follows:

  For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

  For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

 Notice shall include the identification number(s) of each affected award;

  (f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

    (1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

    (2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

  (g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).


5.  COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award.  Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.


Please Acknowledge ⭑

Certified

**SignerID**

(b) (6)

**Signing Date / Time**

6/30/25 2:06 PM


**Other Disclosures and Assurances**

COPS-AR-0450

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

By [taking this action], I --

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge ★

Signed

**SignerID**

(b) (6)

**Signing Date / Time**

6/30/25 2:07 PM

**Other**

No documents have been uploaded for Other

COPS-AR-0451

Certified

COPS-AR-0452

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- ☐ Preapplication
- ☒ Application
- ☐ Changed/Corrected Application

**\* 2. Type of Application:**
- ☒ New
- ☐ Continuation
- ☐ Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:** 06/24/2025

**4. Applicant Identifier:** City of San Diego Police Dept

**5a. Federal Entity Identifier:** NA

**5b. Federal Award Identifier:** NA

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:** NA

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** City of San Diego

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 956000774

**\* c. UEI:** DBBKDE58TFT6

**d. Address:**

**\* Street1:** 202 C Street
**Street2:** MS 725
**\* City:** San Diego County
**County/Parish:** California
**\* State:** CA: California
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 92101-5710

**e. Organizational Unit:**

**Department Name:** City of San Diego

**Division Name:** Police Department

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Mr.
**\* First Name:** Daniel
**Middle Name:** Robert
**\* Last Name:** Holguin
**Suffix:**

**Title:** Associate Management Analyst

**Organizational Affiliation:** City of San Diego Police Department

**\* Telephone Number:** (b) (6)
**Fax Number:**

**\* Email:** (b) (6)

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Community Oriented Policing Services

**11. Assistance Listing Number:**

16.710

Assistance Listing Title:

Public Safety Partnership and Community Policing Grants

**\* 12. Funding Opportunity Number:**

O-COPS-2025-172387

**\* Title:**

FY25 Safer Outcomes: Enhancing De-Escalation and Crisis Response Training for Law Enforcement –
Support for Law Enforcement Agencies

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

FY25 Safer Outcomes: Enhancing De-Escalation and Crisis Response Training for Law Enforcement –
Support for Law Enforcement Agencies

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant `52`    * b. Program/Project `52`

Attach an additional list of Program/Project Congressional Districts if needed.

[                    ] [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**17. Proposed Project:**

* a. Start Date: `10/01/2025`    * b. End Date: `09/30/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 500,000.00 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 500,000.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on `06/24/2025`.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

[                    ] [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: | * First Name: `Daniel` |
| Middle Name: | |
| * Last Name: `Holguin` | |
| Suffix: | |

* Title: `Associate Management Analyst`

* Telephone Number: (b) (6)    Fax Number: 

* Email: (b) (6)

* Signature of Authorized Representative: `Daniel Holguin`    * Date Signed: `06/24/2025`

**Timeline**

SDPD will initiate the project within 30 days of award notification, beginning with the procurement of the Street Smarts VR and Chimera XR systems in accordance with the City of San Diego's established purchasing policies and procedures.  By March, 2026, department instructors will complete onboarding and vendor-led train-the-trainer sessions to ensure proper integration and scenario facilitation. Officer training will launch in May 2026, beginning with a pilot group of patrol officers and expanding to include all patrol officer, field training officers, and supervisors.

By August, 2026, SDPD will deliver its first internal evaluation report, summarizing pre- and post-assessment data, participant feedback, and early indicators of knowledge retention. A curriculum review will take place in October, 2026, allowing project staff and community partners to make any necessary adjustments to content emphasis or delivery methods. A second round of post-training assessments will be conducted in March, 2027 to evaluate mid- and long-term learning outcomes. In the final two months of the grant period, SDPD will conduct a final training push to reach any remaining participants, collect closing data, and finalize deliverables. All required reporting and documentation will be submitted by the end of the grant period, ensuring a complete and timely closeout of the performance period.

# BUDGET

**Costs:**

- **Hardware Cost: $85,440**
- **Other Costs**
    - **Software Costs:** $286,860
    - **Services Costs:** $12,700
    - **Officer Overtime Costs: $115,000**
- **Total Project Cost: $500,000**

## I. Equipment

**Street Smarts VR System – $85,440**

San Diego Police Department (SDPD) seeks federal funding to purchase hardware that runs the Street Smarts VR system.  The department will purchase 4 VR systems, and 4 MR headsets to add to our training capabilities.

## II. Other Costs

**Software Costs – $286,860**

The Software provided with the Street Smarts VR system will be used to deliver high-fidelity training scenarios in de-escalation, crisis intervention, mental health response, and disability awareness. The cost includes scenario library access, licensing, software updates, technical support, and onboarding services. This investment will provide SDPD with a sustainable, repeatable training solution that enhances officer decision-making under stress and aligns with national best practices. The VR system is currently utilized in POST-certified training in Nevada and is being implemented by the New Hampshire Police Standards and Training Council, underscoring its credibility and relevance.  The VR system will provide officers with tactical training in existing San Diego buildings.

**Services Costs – $12,700**

Covers shipping costs, and the cost for the Train-the-Trainer.

**Personnel Costs:**

**Officer Overtime Costs:** The total projected cost for officer overtime associated with training is $1,152,000, based on 1,800 officers participating in 4 hours of VR training annually over two years at an overtime rate of $80 per hour. SDPD is requesting $111,000 in grant funding to support a portion of these costs.  MR training will be wholly funded by the departmental training budget.

SDPD proposes 4 hours of VR scenario-based training per officer per year for two years. Training hours will be paid for using overtime.  These funds will support officer participation in training covering all five Safer Outcomes program areas, including de-escalation, crisis response, and community referrals.

**IV. Total amount requested: $500,000**

COPS-AR-0458



# Department of Justice (DOJ)

### Office of Community Oriented Policing Services (COPS Office)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | CITY OF SAN DIEGO<br>202 C ST |
| **City, State and Zip:** | SAN DIEGO, CA 92101 |
| **Recipient UEI:** | DBBKDE58TFT6 |

| | |
|---|---|
| **Project Title:** FY25 Safer Outcomes LE Grants- CITY OF SAN DIEGO, CA | **Award Number:** 15JCOPS-25-GG-00875-DETX |

**Solicitation Title:** FY25 Safer Outcomes: Enhancing De-Escalation and Crisis Response Training for Law Enforcement – Support for Law Enforcement Agencies

| | |
|---|---|
| **Federal Award Amount:** $500,000.00 | **Federal Award Date:** 10/10/25 |

| | |
|---|---|
| **Awarding Agency:** | Office of Community Oriented Policing Services |
| **Award Type:**<br>**Funding Instrument Type:** | Initial<br>Grant |

**Opportunity Category:** D
**Assistance Listing:**
16.710 - Public Safety Partnership and Community Policing Grants

| | |
|---|---|
| **Project Period Start Date:** 10/1/25 | **Project Period End Date:** 9/30/27 |
| **Budget Period Start Date:** 10/1/25 | **Budget Period End Date**: 9/30/27 |

**Project Description:**

SDPD seeks federal funding to implement a virtual reality training system for immersive, scenario-based instruction in de-escalation, crisis intervention, mental health crisis response, and disability awareness. In addition, a mixed reality system will be used to support tactical team training. Together, these tools will improve officer performance and build trust with San Diego's diverse communities.

## Award Letter

October 10, 2025

Dear Scott Wahl,

On behalf of Attorney General Pamela Bondi, it is my pleasure to inform you the Office of Community Oriented Policing Services (the COPS Office) has approved the application submitted by  CITY OF SAN DIEGO  for an award under the funding opportunity entitled 2025 FY25 Safer Outcomes: Enhancing De-Escalation and Crisis Response Training for Law Enforcement – Support for Law Enforcement Agencies. The approved award amount is $500,000.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Page: 1 of 16

COPS-AR-0459

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by the COPS Office, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.

Cory D. Randolph
COPS Acting Director

**Office for Civil Rights Notice for All Recipients**

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) enforces federal civil rights laws and other provisions that prohibit discrimination by recipients of federal financial assistance from OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW).

Several civil rights laws, including Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance (recipients) to give assurances that they will comply with those laws. Taken together, these and other civil rights laws prohibit recipients from discriminating in the provision of services and employment because of race, color, national origin, religion, disability, and sex or from discriminating in the provision of services on the bases of age.

Some recipients of DOJ financial assistance have additional obligations to comply with other applicable nondiscrimination provisions like the Omnibus Crime Control and Safe Streets Act of 1968, which prohibits discrimination on the basis of religion in addition to race, color, national origin, and sex. Recipients may also have related requirements regarding the development and implementation of equal employment opportunity programs.

OCR provides technical assistance, training, and other resources to help recipients comply with civil rights obligations. Further, OCR administratively enforces civil rights laws and nondiscrimination provisions by investigating DOJ recipients that are the subject of discrimination complaints. In addition, OCR conducts compliance reviews of DOJ recipients based on regulatory criteria. These investigations and compliance reviews permit OCR to evaluate whether DOJ recipients are providing services to the public and engaging in employment practices in a nondiscriminatory manner.

For more information about OCR, your civil rights and nondiscrimination responsibilities, how to notify your employees or beneficiaries of their civil rights protections and responsibilities and how to file a complaint, as well as technical assistance, training, and other resources, please visit www.ojp.gov/program/civil-rights-office/outreach. If you would like OCR to assist you in fulfilling your civil rights or nondiscrimination responsibilities, please contact us at askOCR@ojp.usdoj.gov or www.ojp.gov/program/civil-rights-office/about#ocr-contacts.

**Award Information**

COPS-AR-0460

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

## Recipient Information

**Recipient Name**
CITY OF SAN DIEGO

**UEI**
DBBKDE58TFT6

**ORI Number**

**Street 1**
202 C ST

**Street 2**

**City**
SAN DIEGO

**State/U.S. Territory**
California

**Zip/Postal Code**
92101

**Country**
United States

**County/Parish**

**Province**

## Award Details

**Federal Award Date**
10/10/25

**Award Type**
Initial

**Award Number**
15JCOPS-25-GG-00875-DETX

**Supplement Number**
00

**Federal Award Amount**
$500,000.00

**Funding Instrument Type**
Grant

| Assistance Listing Number | Assistance Listings Program Title |
| --- | --- |
| 16.710 | Public Safety Partnership and Community Policing Grants |

**Statutory Authority**

The Public Safety Partnership and Community Policing Act of 1994, 34 U.S.C. § 10381 et seq

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Project Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

COPS-AR-0461

| **Solicitation Title** | **Awarding Agency** |
|---|---|
| 2025 FY25 Safer Outcomes: Enhancing De-Escalation and Crisis Response Training for Law Enforcement – Support for Law Enforcement Agencies | COPS |

**Application Number**
GRANT14448685

| **Grant Manager Name** | **Phone Number** | **E-mail Address** |
|---|---|---|
| Linda Braswell | (b) (6) | (b) (6) |

**Project Title**
FY25 Safer Outcomes LE Grants- CITY OF SAN DIEGO, CA

| **Performance Period Start Date** | **Performance Period End Date** |
|---|---|
| 10/01/2025 | 09/30/2027 |

| **Budget Period Start Date** | **Budget Period End Date** |
|---|---|
| 10/01/2025 | 09/30/2027 |

**Project Description**

SDPD seeks federal funding to implement a virtual reality training system for immersive, scenario-based instruction in de-escalation, crisis intervention, mental health crisis response, and disability awareness. In addition, a mixed reality system will be used to support tactical team training. Together, these tools will improve officer performance and build trust with San Diego's diverse communities.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Financial Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

A financial analysis of budgeted costs has been completed. All costs listed in the approved budget below were programmatically approved based on the final proposed detailed budget and budget narratives submitted by your agency to the COPS Office. Any adjustments or edits to the proposed budget are explained below.

Budget Clearance Date:          8/28/25 2:34 PM

| **Comments** |
|---|
| No items |

**Budget Summary**

| Budget Category | Proposed Budget | Change | Approved Budget | Percentages |
|---|---|---|---|---|
| Sworn Officer Positions: | $0 | $0 | $0 | |

Page: 4 of 16

COPS-AR-0462

| | | | |
|---|---|---|---|
| Civilian or Non-Sworn Personnel: | $0 | $0 | $0 |
| Travel: | $0 | $0 | $0 |
| Equipment: | $85,440 | $0 | $85,440 |
| Supplies: | $0 | $0 | $0 |
| SubAwards: | $0 | $0 | $0 |
| Procurement Contracts: | $299,560 | $0 | $299,560 |
| Other Costs: | $115,000 | $0 | $115,000 |
| Total Direct Costs: | $500,000 | $0 | $500,000 |
| Indirect Costs: | $0 | $0 | $0 |
| Total Project Costs: | $500,000 | $0 | $500,000 |
| Federal Funds: | $500,000 | $0 | $500,000 | 100.00% |
| Match Amount: | $0 | $0 | $0 | 0.00% |
| Program Income: | $0 | $0 | $0 | 0.00% |

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

No other award documents have been added.

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Condition 1**
Restrictions on Internal Confidentiality Agreements: No recipient or subrecipient under this award, or entity that receives a contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts the lawful reporting of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Further Consolidated Appropriations Act, 2024, Public Law 118-47, Division B, Title VII, Section 742.

**Condition 2**
Compliance with 8 U.S.C. § 1373: Authority to obligate or expend contingent on compliance with this condition. State or local government entity recipients of this award, and any subrecipient of this award at any tier that is an entity of a State or of a unit of local government, must comply with 8 U.S.C. §1373, which provides that such entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.

COPS-AR-0463

Any obligations or expenditures of a recipient or subrecipient that are impermissible under this condition shall be unallowable costs for purposes of this award.

References to the Immigration and Naturalization Service in 8 U.S.C. 1373 are to be read, as a legal matter, as references to components of the U.S. Department of Homeland Security.

**Condition 3**
Federal Civil Rights and Nondiscrimination Laws (certification): The recipient agrees that its compliance with all applicable Federal civil rights and nondiscrimination laws is material to the government's decision to make this award and any payment thereunder, including for purposes of the False Claims Act (31 U.S.C. 3729-3730 and 3801-3812), and, by accepting this award, certifies that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws.

**Condition 4**
Federal Laws, Presidential Memoranda, and Executive Orders: Recipients of grant funding must comply with all applicable federal laws and Presidential Memoranda and all Executive Orders by the President.

**Condition 5**
Award Monitoring Activities: Federal law requires that recipients receiving federal funding from the COPS Office must be monitored to ensure compliance with their award conditions and other applicable statutes and regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice. Award monitoring activities conducted by the COPS Office include site visits, enhanced office-based grant reviews, alleged noncompliance reviews, financial and programmatic reporting, and audit resolution. As a COPS Office award recipient, you agree to cooperate with and respond to any requests for information pertaining to your award. This includes all financial records, such as general accounting ledgers and all supporting documents. All information pertinent to the implementation of the award is subject to agency review throughout the life of the award, during the close-out process and for three-years after the submission of the final expenditure report. 2 C.F.R. §§ 200.334 and 200.337, and, as applicable, 34 U.S.C. § 10385(a).

**Condition 6**
Authorized Representative Responsibility: The recipient understands that, in accepting this award, the Authorized Representatives declare and certify, among other things, that they possess the requisite legal authority to accept the award on behalf of the recipient entity and, in so doing, accept (or adopt) all material requirements throughout the period of performance under this award. The recipient further understands, and agrees, that it will not assign anyone to the role of Authorized Representative during the period of performance under the award without first ensuring that the individual has the requisite legal authority.

**Condition 7**
Contract Provision: All contracts made by the award recipients under the federal award must contain the provisions required under 2 C.F.R. Part 200, Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under Federal Awards. Please see appendices in the Award Owner's Manual for a full text of the contract provisions.

**Condition 8**
Award Owner's Manual: The recipient agrees to comply with the terms and conditions in the applicable award year COPS Office Program Award Owner's Manual; DOJ Grants Financial Guide; COPS Office statute (34 U.S.C. § 10381, et seq.) as applicable; Students, Teachers, and Officers Preventing (STOP) School Violence Act of 2018 (34 U.S.C. § 10551, et seq.) as applicable; the requirements of 2 C.F.R. Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards), including subsequent changes, as adopted by the U.S. Department of Justice in 2 C.F.R. § 2800.101; 48 C.F.R. Part 31 (FAR Part 31) as applicable (Contract Cost Principles and Procedures); the Cooperative Agreement as applicable; representations made in the application; and all other applicable program requirements, laws, orders, regulations, or circulars.

Failure to comply with one or more award requirements may result in remedial action including, but not limited to,

Page: 6 of 16

COPS-AR-0464

withholding award funds, disallowing costs, suspending, or terminating the
award, or other legal action as appropriate.

Should any provision of a condition of this award be held to be invalid or unenforceable by its terms, then that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law (to any person or circumstance) under this award. Should it be held, instead, that a condition (or a provision thereof) is of utter invalidity or unenforceability, such condition (or such provision) shall be deemed severable from this award.

**Condition 9**
Federal Civil Rights: The recipient and any subrecipient must comply with applicable federal civil rights and nondiscrimination statutes and regulations including: Section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), as implemented in Subparts C and D of 28 C.F.R. Part 42; section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794), as implemented in Subpart G of 28 C.F.R. Part 42; section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681), as implemented in Subpart D of 28 C.F.R. Parts 42 and 54; section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102), as implemented in Subpart I of 28 C.F.R. Part 42; and section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)), as implemented in Subpart D of 28 C.F.R. Part 42. In addition to applicable federal statutes and regulations that pertain to civil rights and nondiscrimination, the recipient and any subrecipient must comply with the requirements in 28 C.F.R. Parts 22 (Confidentiality of Identifiable Research and Statistical Information); 28 C.F.R. Part 23 (Criminal Intelligence Systems Operating Policies); 28 C.F.R. Part 38 (Partnerships with Faith-Based and Other Neighborhood Organizations); and 28 C.F.R. Part 46 (Protection of Human Subjects). For an overview of the civil rights laws and nondiscrimination requirements in connection with your award, please see https://www.ojp.gov/program/civil-rights/overview.

**Condition 10**
Duplicative Funding: The recipient understands and agrees to notify the COPS Office if it receives, from any other source, funding for the same item or service also funded under this award.

**Condition 11**
Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and COPS Office authority to terminate award): The recipient and subrecipient agree to comply with the following requirements of 2 C.F.R. Part 175, Appendix A to Part 175 – Award Term:
I. Trafficking in Persons
(a) Provisions applicable to a recipient that is a private entity. (1) Under this award, the
recipient, its employees, subrecipients under this award, and subrecipient's employees must not engage in:
(i) Severe forms of trafficking in persons;
(ii) The procurement of a commercial sex act during the period of time that this award
or any subaward is in effect;
(iii) The use of forced labor in the performance of this award or any subaward; or
(iv) Acts that directly support or advance trafficking in persons, including the following acts:
(A) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;
(B) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:
(1) Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreement; or
(2) The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;
(C) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;
(D) Charging recruited employees a placement or recruitment fee; or
(E) Providing or arranging housing that fails to meet the host country's housing and safety standards.
(2) The Federal agency may unilaterally terminate this award or take any remedial
actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:
(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or
(ii) Has an employee that is determined to have violated a prohibition in paragraph
(a)(1) of this this appendix through conduct that is either:
(A) Associated with the performance under this award; or

Page: 7 of 16

COPS-AR-0465

(B) Imputed to the recipient or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, ''OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement),'' as implemented by DOJ at 2 C.F.R. Part 2867.

(b) Provision applicable to a recipient other than a private entity. (1) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if a subrecipient that is a private entity under this award:

(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or

(ii) Has an employee that is determined to have violated a prohibition in paragraph (a)(1) of this appendix through conduct that is either:

(A) Associated with the performance under this award; or

(B) Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, ''OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement),'' as implemented by 2 C.F.R. Part 2867.

(c) Provisions applicable to any recipient.

(1) The recipient must inform the Federal agency and the Inspector General of the Federal agency immediately of any information you receive from any source alleging a violation of a prohibition in paragraph (a)(1) of this appendix.

(2) The Federal agency's right to unilaterally terminate this award as described in paragraphs (a)(2) or (b)(1) of this appendix:

(i) Implements the requirements of 22 U.S.C. 78, and

(ii) Is in addition to all other remedies for noncompliance that are available to the Federal agency under this award.

(3) The recipient must include the requirements of paragraph (a)(1) of this award term in any subaward it makes to a private entity.

(4) If applicable, the recipient must also comply with the compliance plan and certification requirements in 2 CFR 175.105(b).

(d) Definitions. For purposes of this award term:

Employee means either:

(1) An individual employed by the recipient or a subrecipient who is engaged in the performance of the project or program under this award; or

(2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.

Private Entity means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in 2 CFR 200.1.

The terms ''severe forms of trafficking in persons,'' ''commercial sex act,'' ''sex trafficking,'' ''Abuse or threatened abuse of law or legal process,'' ''coercion,'' ''debt bondage,'' and ''involuntary servitude'' have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).

**Condition 12**

Termination: Recipient understands and agrees that the COPS Office may terminate funding, in whole or in part, for the following reasons:

(1) When the recipient fails to comply with the terms and conditions of a Federal award.

(2) When the recipient agrees to the termination and termination conditions.

(3) When the recipient provides the COPS Office written notification requesting termination including the reasons, effective date, and the portion of the award to be terminated. The COPS Office may terminate the entire award if the remaining portion will not accomplish the purposes of the award.

(4) Pursuant to any other award terms and conditions, including, when an award no longer effectuates the program goals or agency priorities to the extent such termination is authorized by law.

2. C.F.R. § 200.340.

**Condition 13**

Recipient Integrity and Performance Matters: For awards over $500,000, the recipient agrees to comply with the following requirements of 2 C.F.R. Part 200, Appendix XII to Part 200 – Award Term and Condition for Recipient Integrity and Performance Matters:

Page: 8 of 16

COPS-AR-0466

I. Reporting of Matters Related to Recipient Integrity and Performance
(a) General Reporting Requirement.
(1) If the total value of your active grants, cooperative agreements, and procurement contracts from all Federal agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings described in paragraph (b) of this award term is current and complete. This is a statutory requirement under section 872 of Public Law 110–417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111– 212, all information posted in responsibility/qualification records in SAM.gov on or after April 15, 2011 (except past performance reviews required for Federal procurement contracts) will be publicly available.
(b) Proceedings About Which You Must Report.
(1) You must submit the required information about each proceeding that—
(i) Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;
(ii) Reached its final disposition during the most recent five-year period; and
(iii) Is one of the following—
(A) A criminal proceeding that resulted in a conviction;
(B) A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;
(C) An administrative proceeding that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or
(D) Any other criminal, civil, or administrative proceeding if—
(1) It could have led to an outcome described in paragraph (b)(1)(iii)(A) through (C);
(2) It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and
(3) The requirement in this award term to disclose information about the proceeding does not conflict with applicable laws and regulations.
(c) Reporting Procedures. Enter the required information in SAM.gov for each proceeding described in paragraph (b) of this award term. You do not need to submit the information a second time under grants and cooperative agreements that you received if you already provided the information in SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.
(d) Reporting Frequency. During any period of time when you are subject to the requirement in paragraph (a) of this award term, you must report proceedings information in SAM.gov for the most recent five-year period, either to report new information about a proceeding that you have not reported previously or affirm that there is no new information to report. If you have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000, you must disclose semiannually any information about the criminal, civil, and administrative proceedings.
(e) Definitions. For purposes of this award term—
Administrative proceeding means a nonjudicial process that is adjudicatory in nature to make a determination of fault or liability (for example, Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with the performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.
Conviction means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere. Total value of currently active grants, cooperative agreements, and procurement contracts includes the value of the Federal share already received plus any anticipated Federal share under those awards (such as continuation funding).


**Condition 14**
Reporting Subawards and Executive Compensation: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 170, Appendix A to Part 170 – Award Term:
I. Reporting Subawards and Executive Compensation
(a) Reporting of first-tier subawards—(1) Applicability. Unless the recipient is exempt as provided in paragraph (d) of this award term, the recipient must report each subaward that equals or exceeds $30,000 in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000. All reported subawards should reflect the total amount of the subaward.
(2) Reporting Requirements. (i) The entity or Federal agency must report each subaward described in paragraph (a)(1) of this award term to the Federal Funding Accountability

COPS-AR-0467

and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov.

(ii) For subaward information, report no later than the end of the month following the month in which the subaward was issued. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).

(b) Reporting total compensation of recipient executives for entities—(1) Applicability. The recipient must report the total compensation for each of the recipient's five most highly compensated executives for the preceding completed fiscal year if:

(i) The total Federal funding authorized to date under this Federal award equals or exceeds $30,000;

(ii) in the preceding fiscal year, the recipient received:

(A) 80 percent or more of the recipient's annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. The recipient must report executive total compensation described in paragraph (b)(1) of this appendix:

(i) As part of the recipient's registration profile at https://www.sam.gov.

(ii) No later than the month following the month in which this Federal award is made, and annually after that. (For example, if this Federal award was made on November 7, 2025, the executive total compensation must be reported by no later than December 31, 2025.)

(c) Reporting of total compensation of subrecipient executives—(1) Applicability. Unless a first-tier subrecipient is exempt as provided in paragraph (d) of this appendix, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

(i) The total Federal funding authorized to date under the subaward equals or exceeds $30,000;

(ii) In the subrecipient's preceding fiscal year, the subrecipient received:

(A) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. Subrecipients must report to the recipient their executive total compensation described in paragraph (c)(1) of this appendix. The recipient is required to submit this information to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).

(d) Exemptions. (1) A recipient with gross income under $300,000 in the previous tax year is exempt from the requirements to report:

(i) Subawards, and

(ii) The total compensation of the five most highly compensated executives of any subrecipient.

(e) Definitions. For purposes of this award term:

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

COPS-AR-0468

(v) A limited liability partnership;
(vi) A sole proprietorship;
(vii) Any other legal business entity;
(viii) Another grantee or contractor that is not excluded by subparagraph (2); and
(ix) Any State or locality;
(2) Does not include:
(i) An individual recipient of Federal financial assistance; or
(ii) A Federal employee.
Executive means an officer, managing partner, or any other employee holding a management position.
Subaward has the meaning given in 2 CFR200.1.
Subrecipient has the meaning given in 2CFR 200.1.
Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR 229.402(c)(2).

**Condition 15**
Assurances and Certifications: The recipient acknowledges its agreement to comply with the Assurances and Certifications forms that were signed as part of its application.

**Condition 16**
Conflict of Interest: Recipients and subrecipients must disclose in writing to the COPS Office or pass-through entity, as applicable, any potential conflict of interest affecting the awarded federal funding in 2 C.F.R. § 200.112.

**Condition 17**
Debarment and Suspension: The recipient agrees not to award federal funds under this program to any party which is debarred or suspended from participation in federal assistance programs. 2 C.F.R. Part 180 (Government-wide Nonprocurement Debarment and Suspension) and 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension).

**Condition 18**
Equal Employment Opportunity Plan (EEOP): Please see the Office for Civil Rights website https://www.ojp.gov/eeop-notice for current information on the recipient's responsibilities related to the federal regulations pertaining to the development and implementation of an Equal Employment Opportunity Plan.

**Condition 19**
Employment Eligibility: The recipient agrees to complete and keep on file, as appropriate, the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) Employment Eligibility Verification Form (I-9). This form is to be used by recipients of federal funds to verify that persons are eligible to work in the United States. Immigration Reform and Control Act of 1986 (IRCA), Public Law 99-603.

**Condition 20**
Enhancement of Contractor Protection from Reprisal for Disclosure of Certain Information: Recipients and subrecipients agree not to discharge, demote, or otherwise discriminate against an employee as reprisal for the employee disclosing information that he or she reasonably believes is evidence of gross mismanagement of a federal contract or award, a gross waste of federal funds, an abuse of authority relating to a federal contract or award, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or award. Recipients and subrecipients also agree to provide to their employees in writing (in the predominant native language of the workforce) of the rights and remedies provided in 41 U.S.C. § 4712. Please see appendices in the Award Owner's Manual for a full text of the statute.

**Condition 21**
False Statements: False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and/or any other remedy available by law. 31 U.S.C. § 3729-3733.

**Condition 22**

COPS-AR-0469

Mandatory Disclosure: Recipients and subrecipients must timely disclose in writing to the Federal awarding agency or pass-through entity, as applicable, all federal criminal law violations involving fraud, bribery, or gratuity that may potentially affect the awarded federal funding. Recipients that receive an award over $500,000 must also report certain civil, criminal, or administrative proceedings in SAM and are required to comply with the Term and Condition for Recipient Integrity and Performance Matters as set out in 2 C.F.R. Part 200, Appendix XII to Part 200. Failure to make required disclosures can result in any of the remedies, including suspension and debarment, described in 2 C.F.R. § 200.339. 2 C.F.R. § 200.113.

**Condition 23**

Reports/Performance Goals: To assist the COPS Office in monitoring and tracking the performance of your award, your agency will be responsible for submitting semi-annual programmatic performance reports that describe project activities during the reporting period and quarterly Federal Financial Reports using Standard Form 425 (SF-425). 2 C.F.R. §§ 200.328 - 200.329. The performance report is used to track your agency's progress in implementing the award, and, as applicable, community policing strategies including gauging the effectiveness of your agency's community policing capacity. The Federal Financial Report is used to track the expenditures of the recipient's award funds on a cumulative basis throughout the life of the award.

**Condition 24**

System for Award Management (SAM.gov) and Universal Identifier Requirements: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 25, Appendix A to Part 25 – Award Term:
I. System for Award Management (SAM.gov) and Universal Identifier Requirements
(a) Requirement for System for Award Management. (1) Unless exempt from this requirement under 2 CFR 25.110, the recipient must maintain a current and active registration in SAM.gov. The recipient's registration must always be current and active until the recipient submits all final reports required under this Federal award or receives the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.
(b) Requirement for Unique Entity Identifier (UEI). (1) If the recipient is authorized to make subawards under this Federal award, the recipient:
(i) Must notify potential subrecipients that no entity may receive a subaward until the entity has provided its UEI to the recipient.
(ii) Must not make a subaward to an entity unless the entity has provided its UEI to the
recipient. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.
(c) Definitions. For the purposes of this award term:
System for Award Management (SAM.gov) means the Federal repository into which a
recipient must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at https://www.sam.gov).
Unique entity identifier means the universal identifier assigned by SAM.gov to uniquely identify an entity.
Entity is defined at 2 CFR 25.400 and includes all of the following types as defined
in 2 CFR 200.1:
(1) Non-Federal entity;
(2) Foreign organization;
(3) Foreign public entity;
(4) Domestic for-profit organization; and
(5) Federal agency.
Subaward has the meaning given in 2 CFR 200.1.
Subrecipient has the meaning given in 2 CFR 200.1.

**Condition 25**

Additional High-Risk Recipient Requirements: The recipient agrees to comply with any additional requirements that may be imposed during the award performance period if the awarding agency determines that the recipient is a high-risk recipient. 2 C.F.R. § 200.208.

**Condition 26**

Allowable Costs: The funding under this award is for the payment of approved costs for program-specific purposes.

COPS-AR-0470

The allowable costs approved for your agency's award are limited to those listed in your agency's award package. In accordance with 2 C.F.R. § 200.400(g), the recipient or subrecipient must not earn or keep any profit resulting from the award. Your agency may not use award funds for any costs not identified as allowable in the award package.

**Condition 27**

Training Guiding Principles: Any training or training materials developed or delivered with award funding provided by the Office of Community Oriented Policing Services is to adhere to the following guiding principles –

1. Trainings must comply with applicable law.
In developing and conducting training under the award, recipients (and any subrecipients) shall not violate the Constitution or any federal law, including any law prohibiting discrimination.

2. The content of trainings and training materials must be accurate, appropriately tailored, and focused.
The content of training programs must be accurate, useful to those being trained, and well matched to the program's stated objectives. Training materials used or distributed at trainings must be accurate, relevant, and consistent with these guiding principles.

3. Trainers must be well‑qualified in the subject area and skilled in presenting it.
Trainers must possess the subject‑matter knowledge and the subject‑specific training experience necessary to meet th

4. Trainers must demonstrate the highest standards of professionalism.
Trainers must comport themselves with professionalism. While trainings will necessarily entail varying teaching styles, techniques, and degrees of formality, as appropriate to the particular training goal, professionalism demands that trainers instruct in the manner that best communicates the subject matter while conveying respect for all.

**Condition 28**

Computer Network Requirement: The recipient understands and agrees that no award funds may be used to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography. Nothing in this requirement limits the use of funds necessary for any federal, state, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Consolidated Appropriations Act, 2024, Public Law 118-42, Division C, Title V, Section 527.

**Condition 29**

Evaluations: The COPS Office may conduct monitoring or sponsor national evaluations of its award programs. The recipient agrees to cooperate with the monitors and evaluators. 34 U.S.C. § 10385(b).

**Condition 30**

Extensions: Recipients may request an extension of the award period to receive additional time to implement their award program. Such extensions do not provide additional funding. Only those recipients that can provide a reasonable justification for delays will be granted no-cost extensions. Extension requests must be received prior to the end date of the award. 2 C.F.R. §§ 200.308(f)(10) and 200.309.

**Condition 31**

Human Subjects Research: The recipient agrees to comply with the provisions of the U.S. Department of Justice's common rule regarding Protection of Human Subjects, 28 C.F.R. Part 46, prior to the expenditure of Federal funds to perform such activities, if applicable. The recipient also agrees to comply with 28 C.F.R. Part 22 regarding the safeguarding of individually identifiable information collected from research participants.

**Condition 32**

Modifications: Award modifications are evaluated on a case-by-case basis in accordance with 2 C.F.R. § 200.308(i). For federal awards in excess of the simplified acquisition threshold (currently, $250,000), any modification request involving the reallocation of funding between budget categories that exceed or are expected to exceed 10 percent (10%) of the total approved budget requires prior written approval by the COPS Office. Regardless of the federal award amount or budget modification percentage, any reallocation of funding is limited to approved budget categories. In addition, any budget modification that changes the scope of the project requires prior written approval by the COPS

Page: 13 of 16

COPS-AR-0471

Office.

**Condition 33**
The Paperwork Reduction Act Clearance and Privacy Act Review: Recipient agrees, if required, to submit all surveys, interview protocols, and other information collections to the COPS Office for submission to the Office of Management and Budget (OMB) for clearance under the Paperwork Reduction Act (PRA). Before submission to OMB, all information collections that request personally identifiable information must be reviewed by the COPS Office to ensure compliance with the Privacy Act. The Privacy Act compliance review and the PRA clearance process may take several months to complete. 44 U.S.C. §§ 3501-3520 and 5 U.S.C. § 552a.

**Condition 34**
Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment: Recipient agrees that it, and its subrecipients, will not use award funds to extend, renew, or enter into any contract to procure or obtain any covered telecommunication and video surveillance services or equipment as described in 2 CFR §200.216. Covered services and equipment include telecommunications or video surveillance services or equipment produced or provided by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities); Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities); or an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of China. The use of award funds on covered telecommunications or video surveillance services or equipment are unallowable.
2. C.F.R. § § 200.216 & 471. See also Section 889 of the John S. McCain National Defense Authorization Act of Fiscal Year 2019, Public Law 115-232.

**Condition 35**
Sole Source Justification: Recipients who have been awarded funding for the procurement of an item (or group of items) or service in excess of the simplified acquisition threshold (currently, $250,000) and who plan to seek approval for use of a noncompetitive procurement process must provide a written sole source justification to the COPS Office for approval prior to obligating, expending, or drawing down award funds for that item or service. 2 C.F.R. § 200.325(b)(2).

**Condition 36**
Supplementing, not Supplanting: State, local, and tribal government recipients must use award funds to supplement, and not supplant, state, local, or Bureau of Indian Affairs (BIA) funds that are already committed or otherwise would have been committed for award purposes (hiring, training, purchases, and/or activities) during the award period. In other words, state, local, and tribal government recipients may not use COPS Office funds to supplant (replace) state, local, or BIA funds that would have been dedicated to the COPS Office-funded item(s) in the absence of the COPS Office award. 34 U.S.C. § 10384(a).

**Condition 37**
Travel Costs: Travel costs for transportation, lodging and subsistence, and related items are allowable with prior approval from the COPS Office. Payment for allowable travel costs will be in accordance with 2 C.F.R. § 200.475.

**Condition 38**
Copyright: If applicable, the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award in accordance with 2 C.F.R. § 200.315(b). The COPS Office reserves a royalty-free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use the work, in whole or in part (including create derivative works), for Federal Government purposes, and to authorize others to do so. The COPS Office also reserves the right, at its discretion, not to publish deliverables and other materials developed under this award as a U.S. Department of Justice resource.

Products and deliverables developed with award funds and published as a U.S. Department of Justice resource will contain the following copyright notice:

"This resource was developed under a federal award and may be subject to copyright. The U.S. Department of Justice reserves a royalty-free, nonexclusive, and irrevocable license to reproduce, publish, or otherwise use the work for Federal Government purposes and to authorize others to do so. This resource may be freely distributed and used for

COPS-AR-0472

noncommercial and educational purposes only."

**Condition 39**
Requirement to report actual or imminent breach of personally identifiable information (PII).

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of a COPS Office grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to the recipient's COPS Office Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 40**
Domestic preferences for procurements: Recipient agrees that it, and its subrecipients, to the greatest extent practicable, will provide a preference for the purchase, acquisition, or use of goods, products, and materials produced in, and services offered in, the United States. 2. C.F.R. § 200.322 and Executive Order 14005, Ensuring the Future is Made in All of America by All of America's Workers, January 25, 2021.

**Condition 41**
Public Release Information: The recipient agrees to submit one copy of all reports and proposed publications resulting from this award ninety (90) days prior to public release. Any publications (written, curricula, visual, sound, or websites) or computer programs, whether or not published at government expense, shall contain the following statement:

"This project was supported, in whole or in part, by federal award number [YYYY-XX-XXXX] awarded to [Entity] by the U.S. Department of Justice, Office of Community Oriented Policing Services. The opinions contained herein are those of the author(s) or contributor(s) and do not necessarily represent the official position or policies of the U.S. Department of Justice. References to specific individuals, agencies, companies, products, or services should not be considered an endorsement by the author(s), contributor(s), or the U.S. Department of Justice.

**Condition 42**
The recipient understands that one or more cost items within the approved budget is subject to further programmatic review. The recipient agrees not to obligate, expend, or draw down funds for these specific cost items until the COPS Office issues an Award Condition Modification (ACM) which will remove this award condition and release the identified funds. The partial withholding is specific to cost items requiring further review and will not impact use of the remaining funding. For additional information on the specific cost item(s) that are pending programmatic review, please contact the COPS Office Program Manager.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after,

COPS-AR-0473

or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
|---|---|---|
| COPS Acting Director | Cory D. Randolph | 9/29/25 4:35 PM |

**Authorized Representative**

☑ Declaration and Certification (Law Enforcement Executive/Program Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
Chief of Police

**Name of Authorized Entity Official**
Scott Wahl

**Signed Date And Time**
1/23/2026 6:52 PM

☑ Declaration and Certification (Government Executive/Financial Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
Mayor of San Diego

**Name of Authorized Entity Official**
Todd Gloria

**Signed Date And Time**
1/23/2026 7:12 PM

COPS-AR-0474

Grant Package

## Standard Applicant Information

### Project Information

| | | |
|---|---|---|
| **Project Title** | **Proposed Project Start Date** | **Proposed Project End Date** |
| Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking | 10/1/25 | 9/30/27 |
| | **Applicant Estimated Funding (Non-Federal Share)** | **Program Income Estimated Funding** |
| **Federal Estimated Funding (Federal Share)** | 0.0 | 0.0 |
| 175000.0 | | |
| **Total Estimated Funding** | | |
| 175000.0 | | |

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

### Type Of Applicant

**Type of Applicant 1: Select Applicant Type:**

C: City or Township Government

**Type of Applicant 2: Select Applicant Type:**

——

**Type of Applicant 3: Select Applicant Type:**

——

**Other (specify):**

——

### Application Submitter Contact Information

**Application POC Prefix Name**

——

| | | |
|---|---|---|
| **Application POC First Name** | **Application POC Middle Name** | **Application POC Last Name** |
| Lynn | —— | Erbe |

**Application POC Suffix Name**

——

| | | |
|---|---|---|
| **Organizational Affiliation** | **Title** | **Email ID** |
| Tucson Police Department | Grant Manager | (b) (6) |
| **Phone Number** | **Fax Number** | |
| 520-837-7763 | —— | |

COPS-AR-0475

ORINumber

——

### Executive Order and Delinquent Debt Information

Is Application Subject to Review by State Under Executive Order 12372? *

b. Program is subject to E.O. 12372 but has not been selected by the State for review

---

**Is the Applicant Delinquent on Federal Debt?**
No

**SF424 Attachments (4)**

| Name | Date Added |
|---|---|
| manifest.txt | 9/30/25 |
| Tucson PD SF-LLL | 6/24/25 |
| Form SF424_4_0-V4.0.pdf | 6/16/25 |
| GrantApplication.xml | 6/16/25 |

## Authorized Representative

| Law Enforcement Executive Information | Government Executive Information |
|---|---|
| **Title**<br>Chief of Police | **Title**<br>City Manager |
| **Prefix Name**<br>Mr. | **Prefix Name**<br>—— |

| First Name | Middle Name | Last Name |  | First Name | Middle Name | Last Name |
|---|---|---|---|---|---|---|
| Chad | Eugene | Kasmar |  | Timothy | Michael | Thomure |

| **Suffix Name**<br>—— | **Suffix Name**<br>—— |
|---|---|

## Verify Legal Name, Doing Business As, and Legal Address

COPS-AR-0476

**Legal Name**                                          **Doing Business As**
CITY OF TUCSON

**DUNS**                                                 **UEI**
072450869                                               X487LACQEQN6

**Legal Address**
**Street 1**
255 W ALAMEDA ST
**Street 2**

**City**                         **State**                                **Zip/Postal Code**
TUCSON                           AZ                                       85701

**CongressionalDistrict**        **Country**
07                               USA

---

**Certification**

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.

1. If this information is correct confirm/acknowledge to continue with completion of this application.

**I confirm this is the correct entity.**

**Signer Name**
Lynn Erbe

**Certification Date / Time**
06/30/2025 12:46 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
   a. Contact your Entity Administrator.
   b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.

3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.

**Proposal Abstract**                                                                                    ⭑

Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

The Tucson, Arizona, Police Department (TPD) is pursuing the CPD Officer Recruitment, Hiring, and Retention Microgrant to enhance TPD's workforce by: (1) expanding the recruiting footprint for the department across the United States, primarily through participation in targeted job fair events, digital and social media campaigns, and traditional advertising, (2) recruiting a candidate pool from diverse backgrounds to expand efforts and attract qualified candidates and (3) by developing and encouraging a pathway for TPD's non-sworn, including Community Service Officers (CSOs), Professional Staff Investigators (PSIs), and Professional Staff to become sworn officers. The requested funding would be used to build new efforts and enhance strategies currently underway at TPD centered around marketing, and the internal Pathway to Policing (P2P) program. Specifically, we propose this award to fund marketing tactics, marketing materials, and travel for targeted recruitment efforts.

The TPD Recruiting Unit ensures the Tucson Police Department, both sworn and professional staff positions, are adequately filled with the most qualified applicants. According to the US Bureau of Labor Statistics 70% of agencies reported recruitment as more difficult now compared to five years ago. Currently, the Tucson Police sworn personnel are understaffed, having 772 filled positions of the 871 authorized by the City of Tucson. In addition, there are 181 officers eligible to retire (23.4%)

COPS-AR-0477

sworn personnel are understaffed, having 772 filled positions of the 971 authorized by the City of Tucson. In addition, there are 181 officers eligible to retire (23.7%). This does not include the professional staff within the department. The Recruiting Unit has developed a Strategic Plan to support critical hiring needs, which includes digital and online advertising to targeting areas throughout the United States, traveling to areas throughout the country to Military bases, and University / Community College job fairs, to attract qualified candidates to fill open, and soon to be open, positions for the city. The success of the Recruiting Unit to fulfill the anticipated job openings have a direct impact on Public Safety and the residents of Tucson.

TPD has recruited talent through its CSO and PSI programs. Few agencies have CSOs that function as closely to sworn roles as TPD and even fewer have as many CSOs as TPD does, with 144 CSOs employed of which 70% have been in the position for 0-4 years. The PSI program has 31 employees . These cohorts represent a diverse pool of talent that commonly expresses interest in becoming a sworn officer. Both make up an ideal pool of police officer recruits due to their existing training and experience and the diverse backgrounds of the current CSO/ PSI employees. COPS funding will permit TPD to expand the current mentor system that proactively identifies, prepares, and promotes interested staff into sworn roles by increasing the marketing efforts to these individuals to join the TPD Pathway to Policing (P2P) preparation program which includes an assigned officer mentor. The findings of this mentorship program will provide critical information to the field of policing as CSOs / PSIs, and other professional staff roles increase in popularity.

The proposed initiative will be led by the TPD Recruiting Unit with partnership support from the Analysis Division, the Deputy Chief, and from the City of Tucson Human Resources Recruiting Team. Expected outcomes include improving: (1) the number of applicants; (2) the quality of the applicant pool by having more diverse backgrounds ; (3) internal marketing efforts to TPD's CSO's, PSIs, and Professional staff interested in becoming a sworn officer.

## Data Requested with Application

### ⌄ FY25 CPD MG Eligibility

Applicant Eligibility

Type of Agency (select one)

Law Enforcement

From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities

Municipal Police

Are you a state or local governmental entity applying for this funding opportunity?

Yes

If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.  For additional information, please see the appendices in the FY25 Resource Guide for CPA Programs.

Yes

An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only: respond to or investigate specific type(s) of crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support or only some combination of these. Based on this definition, does your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services have primary law enforcement authority for the population to be served?

yes

A law enforcement is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget. Based on the definition above, is your agency established and currently operational?

Yes

Please indicate if your jurisdiction is primarily considered rural, urban, or suburban.

Urban

Enter the current number of sworn officers for your agency below:

840

Program Selection

COPS-AR-0478

Instructions: Applicants for the Community Policing Development (CPD) Microgrants program must select one subcategory from the below list. Please select the CPD Microgrants subcategory that you are applying under:

Officer Recruitment, Hiring and Retention

If you selected the Violent Crime Prevention - Other subcategory, please describe your proposed topic in the field below.

——

If you selected the Open subcategory, please describe your proposed topic in the field below.

——

Based on your selection in the previous question, please describe the specific audience in the following text box. (max 250 words) Please note when describing the specific audience: For the purposes of the community, the COPS Office includes community groups, other government agencies, nonprofit, businesses, and general residents as part of the audience. For the purposes of the youth/student audience, the COPS Office includes all individuals under the age of 18 as well as specific subpopulations of youth including high-risk, justice involved, future officer, or in school-based settings. Finally, for the purposes of law enforcement audience, the COPS Office includes prospective officers as well.

Military installations, universities, colleges, general public.

## ∨ FY25 CPD MG App Quest

Problem Identification and Problem Description

What are the major activities that your agency will implement if funded? (max 250 words)

Enhance recruiting efforts through travel to military installations, targeted university/college locations for career fairs, workshops and classroom presentations. Increase targeted national advertising via digital and streaming. Test sponsored job post advertising through Indeed. Develop more supporting marketing material for department recruiting as well as the TPD P2P program.

What is novel or innovative about the approach or how will your agency build on prior program success? Novel or innovative means new, creative, not previously attempted (by your agency or generally across your region or the nation). Please include information on whether the approach has been previously practiced or tested by another agency. (max. 250 words)

TPD has not previously recruited at military installations outside the Tucson Area. The last month TPD did a pilot trip to Camp Pendleton career fair and received over a dozen potential applicants who will be applying on our next (July) hiring process. The Recruiting Unit learned other agencies successfully use this strategy to enhance and increase applicants and recruits. In March TPD funded a trip to John Jay University (NYC) that has a very strong Criminal Justice program. TPD received ten applicants for open positions this spring. There are over 50 police agencies that attend this career fair, and they shared that each year they successfully recruit multiple applicants. Both these efforts support TPD's desire to expand travel to targeted military bases and specific colleges for recruiting.

During the spring 2025 hiring process window, TPD tested targeted digital advertising and sponsored ads on Spotify, Snap Chat, Instagram, and Facebook, that all performed well in increasing traffic to the TPD Recruiting website. There are more opportunities to expand these marketing and advertising efforts including advertising on TV, streaming and radio. Other local agencies already run ads here, but TPD has not had the funds to test this. Finally, the Recruiting Unit wants to run a pilot test with Indeed for sponsored job posts since they are the largest proactive job search website in the US. This will allow TPD to be visible to more potential applicants who are seeking a new career. The Indeed representatives have shared that other law enforcement agencies are testing their platform options and have seen an increase in applicants and job fill rates.

What are the final deliverables of the project? How do they contribute to the notice of funding opportunity goals and requirements? (max 250 words)

The final deliverable for the project is TPD will increase the number of applicants, which will increase the number of qualified applicants who pass the background process and are able to be seated in the TPD Academies. The goal is to increase each of our three TPD academy police officer recruit classes from 25 to 50 recruits. Ultimately being able to fill open positions as officers retire or leave for other opportunities.

Project Reach and Impact

Identify any current governmental and community initiatives that complement or will be coordinated with the proposal. (max 250 words)

This recruiting project expands awareness of law enforcement career opportunities in the US. Nationally, 70% of agencies have reported that hiring officers is more difficult than in 2019. Thus, positive proactive messaging and face to face networking will help to reduce the hiring shortage. These recruiting efforts will also provide more opportunities to participate in community events and build stronger community partnerships.

Describe the potential impact of the project, if successful, to the law enforcement field as a whole or to a specific subset of the law enforcement field. (max. 250 words)

By recruiting quality applicants that have diverse skills and backgrounds, TPD department personnel and officers will be more relatable to the Tucson community which helps to grow trust and build stronger partnerships.

COPS-AR-0479

By having more officers on patrol, the Tucson community will be safer and have shorter officer response time to service calls. People who are in crisis or need police support want personal interactions and quick response so they can know their issues are being resolved. Both these help the overall positive relationships and value the community feels TPD provides Tucson.

What specific outcomes does your agency expect to accomplish with this funding and how will the project team track or measure them? (e.g. What data will you gather in order to assist with evaluating the effectiveness of the program? Why did you choose that data?) (max 250 words)

Some of the outcomes the Tucson Police Department will be able to track include 1) change in applicant pool size based on the number of applicants each hiring process, 2) the number of TPD applicants in each TPD police officer recruit academy, 3) number of TPD Pathway to Policing participants who become officers.

Please describe how these efforts will be sustained once the award ends. (max 250 words)

Tucson Police Department will continue to seek opportunities to fund expanded recruiting efforts through various grants (governmental, non-governmental, local) until the department budget is able to be expanded to support recruiting efforts. Being an older department, with over 23% of TPD personnel eligible to retire, the department will need to continue innovative efforts to seek out potential applicants, especially targeting military personnel and college students who have an interest in joining a law enforcement agency.

Management and Implementation

Describe the overall management and implementation plan for the project. Note: You will need to upload a timeline of project deliverables, activities, and milestones in the "Additional Application Components" section. (max 250 words)

The funds will be managed by the TPD Recruiting Unit by following the approved strategic plan budget which provides specific tactics and target audiences. Funds will be allocated by quarter based on how the available Career Fair opportunities align with the hiring processes. At the end of each hiring process there will be an after-action evaluation of effort effectiveness so the funds can be adjusted as needed if some efforts are not performing to expectation.

Please identify key project staff and their experience as well as the agency capacity to carry out the project. (max 250 words)

Key Project Staff:
Recruiting Unit Manager (Leslie Lenhart)- over 30 years experience leading and managing department budgets including the development and implementation of advertising and marketing campaigns.
Recruiting Unit Staff (3 personnel) - 2 Officers and 1 CSO will support the project efforts by creating content, placing video content and ads on social media, set up social media sponsored ads, attend recruiting networking at career fairs and community events.
Public Information Office (PIO) Video Producers- each have 10+ years of experience capturing video content and creating video for advertising including 15 and 30 second ads.
Grants Finance Manager (Lynn Erbe) - Oversees the TPD grands and ensures spending allocations are within the acceptable funding categories and that we meet all grant requirements and timelines.

Cooperation with Federal Immigration Officials

Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.

Yes

My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.

____

None of the above.

____

COPS-AR-0480

### ⌄ CPA Gen Solicitation Quest

Research and Development

Instructions: For the purposes of this solicitation, R&D as defined by 2 C.F.R. §200.87 means all research activities, both basic and applied, and all development activities that are performed by nonfederal entities. The term "research" also includes activities involving the training of individuals in research techniques where such activities use the same facilities as other research and development activities and where such activities are not included in the instruction function. "Research" is defined as a systematic study directed toward fuller scientific knowledge or understanding of the subject studied. "Development" is the systematic use of knowledge and understanding gained from research directed toward the production of useful materials, devices, systems, or methods, including design and development of prototypes and processes. Please select "yes" if any part of your project could be considered R&D or "no" if no portion of your project would support R&D.

___

Could any portion of your project be considered research and development (R&D) as defined by 2 C.F.R. §200.87?

No

Youth-Centered Project

Instructions: For the purposes of this solicitation, please select "yes" if a purpose of some or all of the activities to be carried out under the award (whether by the recipient, or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age. NOTE: A special award condition will apply to all youth-centered awards. This condition will require recipients and subrecipients to make determinations of suitability before certain covered individuals interact with participating minors under the age of 18 years old in the course of activities funded under the award.

___

Could any activities under your project involve interactions with minors under the age of 18 years?

No

Training

Instructions: The COPS Office defines training as the teaching and learning activities carried out for the primary purpose of helping members of an organization other than your own acquire and apply the knowledge, skills, abilities, and attitudes needed by a particular job or organization. Training is driven by specific goals and objectives; it is not a single event but rather an ongoing process that requires continuous self-reflection and evaluation. Guides, webinars, articles, conference presentations, toolkits, podcasts, videos, blogs, and news feeds (to provide a few examples) can serve as support material in trainings or as standalone materials to increase knowledge, but on their own they are not defined as training by the COPS Office. Please select "yes" if any part of your project fits within the definition of training or "no" if no portion of your project fits within the definition of tra ning.

___

Could any portion of your project be considered training?

No

U.S. Attorney's District Office

Please select your U.S. Attorney's District Office from the below drop-down options.

Arizona

Law Enforcement Executive/Program Official Contact Information

Please provide the name and contact information for the highest ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies

COPS-AR-0481

and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g.,

executive director, chief executive officer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.

——

First name:

Chad

Last name:

Kasmar

Phone:

(b) (6)

Email address:

(b) (6)

Government Executive/Financial Official Contact Information

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Instructions for Law Enforcement Agencies: For law enforcement agencies, this is the highest ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies and Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent).  Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.

——

First name:

Lynn

Last name:

Erbe

Phone:

(b) (6)

Email address:

(b) (6)

Application Submitter Contact Information

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information.

——

First name:

Leslie

Last name:

Lenhart

Phone:

(b) (6)

Email address:

(b) (6)

COPS-AR-0482

Law Enforcement and Community Policing Strategy

Instructions: The following is the COPS Office definition of community policing that emphasizes the primary components of community partnerships, organizational transformation, and problem solving: Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem solving techniques to proactively address the immediate conditions that give rise to public safety issues  such as crime, social disorder, and fear of crime. Please refer to the COPS Office website (https://cops.usdoj.gov/RIC/ric.php?page=detail&id=COPS-P157) for further information regarding this definition and its sub-elements. Please answer the following questions regarding your community support and impact on the jurisdiction.

____

To what extent is there community support in your jurisdiction for implementing the proposed award activities?

High level of support

If awarded, to what extent will the award activities impact the other components of the criminal justice system in your jurisdiction?

Potentially decreased impact

Explain how the proposed activities address a specific public safety need. (max 250 words)

By broadening the recruiting strategies, the department will be engaged in proactive recruitment of Tucson Police Department personnel, specifically to increase the number Police Officer Recruits. This will allow the Tucson Police Department to replace officers who are retiring and ultimately have additional active-duty Tucson Police Officers patrolling the streets and out in the community. Through this action the department should experience a decrease in service call response times, as well as provide more visible officers throughout the city. As more officers are available there will be increased community engagement with supports community policing efforts, ultimately decreasing criminal activity and violent crime.
Another benefit of expanding recruiting efforts is to expand the applicant pool and ultimately the quality of the recruits so the officers can create stronger connections and partnerships within the Tucson community.

Explain how the proposed activities will be utilized to reorient any affected law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. (max 250 words)

The mission of the Tucson Police Department is to serve the public in partnership with our community, to protect life and property, prevent crime, and resolve problems. By developing hiring tactics that increase the number of officers as well as have officers that have diverse backgrounds that are relatable to our community, we will be able to expand our community-policing efforts through building valuable partnerships that lead to a safer environment.

Identify any current governmental, community or agency initiatives that complement or will be coordinated with the proposed activities. (max 250 words)

None

Identify any key community or other stakeholder partnerships (community groups, private and/or public agencies) that will play a role in the implementation of the proposed activities. (max 250words)

None

Describe the strategy to consult with any community groups and appropriate private and public agencies in the implementation of the proposed activities. (max 250 words)

We are currently interfacing and sharing recruiting tactics with other police agencies (Phoenix PD, Mesa PD) to develop best practices and interactions that are successful.

Explanation of Need for Financial Assistance

All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 1,000 characters.]

Tucson is the 33rd largest metropolitan city in the United States, and its close proximity to the US/Mexico border, lead to higher crime due to drug and human trafficking activities, as well as an increased homeless population. Unfortunately, decreased Federal and State funding availability, has required the City of Tucson to provide Tucson Police Department limited budget funds. The budget is unable to fund all the proposed requests for equipment, technology, vehicle, and personnel. Without increased recruiting efforts the department will not fill positions that are open due to retirements or people leaving for other opportunities. Ultimately, placing the department at risk since our current staff will be overworked and unable to provide the community safety efforts required and expected by the Tucson residents.

Continuation of Support After Federal Funding Ends

Instructions: The questions in this section will be used for programs without a retention requirement to report any plans to continue the program or activity after the conclusion of federal funding.

____

Does your agency or organization plan to obtain necessary support and continue the program, project, or activity following the conclusion of federal

COPS-AR-0483

Does your agency or organization plan to obtain necessary support and continue the program, project, or activity following the conclusion of federal support?

Yes

Please identify the source(s) of funding that your agency plans to utilize to continue the program, project, or activity following the conclusion of federal support:General funds

Yes

Issue bonds or raise taxes

Yes

Private sources and donations

No

Non-federal asset forfeiture funds (subject to approval from the state or local oversight agency)

No

State, local, or other non-federal grant funding

Yes

Fundraising efforts

No

Other

No

If "other" is selected in the above question, please provide a brief description of the source(s) of funding.

_____

## CPA Information FY25

Type of Agency of Organization

Type of Agency (select one)
Law Enforcement

From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities
Municipal Police

From the list below, please select the type of agency which best describes the applicant. Non-Law Enforcement Entities

_____

Duplication Of Funding

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application.

_____

Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

Yes

If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state

COPS-AR-0484

agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and description of how this project differs from the application for COPS office funding.

15PBJA-23-GG-03085-JAGX
FY23 Edward Byrne Memorial Justice Assistance Grant
10/1/2022-9/30/2026
Total Award $410,760
Allocated to similar project (Recruiting) $35,579
The remaining funding from this award funds recruiting advertising and recruiting swag. This application will focus in-person recruiting strategies and job fairs as well as enhancing marketing and advertising strategies.

Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.
_____

Certification of Review of 28 CFR Part23/Criminal Intelligence

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. Please review the CPA Resource Guide for additional information. Please chec  one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.

Certification of Review and Representation of Compliance

By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

Acknowledgment of Electronic Signatures

By checking the box below, the app icant indicates that he or she understands that the use of typed names in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form, constitute electronic signatures and that the electronic signatures are the legal equivalent of handwritten signatures. I understand

true

**Proposal Narrative**

**Budget and Associated Documentation**

### Budget Summary

| Budget Category | Total Cost |
|---|---|
| Sworn Officer Positions: | $0.00 |

COPS-AR-0485

| | |
|---|---|
| Sworn Officer Positions: | $0.00 |
| Civilian or Non-Sworn Personnel: | $0.00 |
| Travel: | $66,312.00 |
| Equipment: | $3,700.00 |
| Supplies: | $54,988.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $40,000.00 |
| Other Costs: | $10,000.00 |
| Total Direct Costs: | $175,000.00 |
| Indirect Costs: | $0.00 |
| Total Project Costs: | $175,000.00 |
| Federal Funds: | $175,000.00 |
| Match Amount: | $0.00 |
| Program Income: | $0.00 |

## Budget / Financial Attachments
### Non-competitive Justification
No documents have been uploaded for Non-Competitive Justification

### Indirect Cost Rate Agreement
No documents have been uploaded for Indirect Cost Rate Agreement

### Consultant Rate Justification
No documents have been uploaded for Consultant Rate Justification

### Additional Attachments



| | Name | Category | Created by | Date Added |
|---|---|---|---|---|
| W | Tucson PD Recruit Budget narrative.docx | Budget Narrative | Lynn Erbe | 06/24/2025 |

## Budget and Associated Documentation

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA, AND TRAINING ACTIVITIES?    ____

**Base Salary and Fringe Benefits for Sworn Officer**



**Position**

COPS-AR-0486

**Position Title**
——

**Position Description**
——

**Number of Positions**
——

⌄ **Salary per Officer**

| Salary | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| | —— | —— | —— |

⌄ **Fringe Benefits per Officer**

| | | | Year 1 | Year 2 | Year 3 |
|---|---|---|---|---|---|
| **Social Security** ——  | —— | —— | —— | —— | |
| **Medicare** —— | —— | —— | —— | —— | |
| **Health Insurance** —— | | | —— | —— | —— |
| **Life Insurance** —— | | | —— | —— | —— |

**Vacation**

| **Included in Salary?** —— | **Hours** —— | —— | —— | —— | |
|---|---|---|---|---|---|

**Sick Leave**

| **Included in Salary?** —— | **Hours** —— | —— | —— | —— | |
|---|---|---|---|---|---|

| **Retirement** —— | | | —— | —— | —— |
|---|---|---|---|---|---|
| **Workers Compensation** —— | | | —— | —— | —— |
| **Unemployment Insurance** —— | | | —— | —— | —— |
| **Other Benefit** | | | —— | —— | —— |

COPS-AR-0487

————

————

**Other Benefit**

————

————

————                    ————                    ————

**Other Benefit**

————

————

————                    ————                    ————

**Summary Totals**

|                      | Year 1   | Year 2   | Year 3   |
|----------------------|----------|----------|----------|
| Benefits per Officer | $0.00    | $0.00    | $0.00    |
| Salary per Officer   | ————     | ————     | ————     |
| Total per Officer    | $0.00    | $0.00    | $0.00    |

**Total per Officer All Years**

$0

**Total Salary and Benefits**

$0

## Personnel

**Instructions**

List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

Year 1

**Year 1**

**Personnel Detail**

| Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost |
|------|----------|--------|------|-------------|------------------------|------------|
| No items | | | | | | |

**Personnel Total Cost**

$0

**Additional Narrative**

COPS-AR-0488

## Fringe Benefits

### Instructions

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

### Year 1

#### Fringe Benefit Detail

| Name | Base | Rate (%) | Total Cost |
|------|------|----------|------------|
| No items | | | |

**Fringe Benefits Total Cost**
$0

**Additional Narrative**

## Travel

### Instructions

Itemize travel expenses for staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence). In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; if unknown, indicate "location/dates to be determined." In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

### Year 1

#### Travel Detail

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|-------------------|----------|-----------------|-------|------|----------|------------|------------|------------|--------------------------|-----------------|
| Job Fair | Rutgers University | Transportation | Round-Trip | $650.00 | 1.00 | 2.00 | 2.00 | $2,600.00 | | $2,600.00 |
| Job Fair | Rutgers University-Bag Fee | Other | N/A | $80.00 | 1.00 | 2.00 | 2.00 | $320.00 | | $320.00 |
| Job Fair | Rutgers University | Lodging | Night | $122.00 | 2.00 | 2.00 | 2.00 | $976.00 | | $976.00 |
| Job Fair | Rutgers University | Meals | Day | $80.00 | 2.00 | 2.00 | 2.00 | $640.00 | | $640.00 |
| Job Fair | Rutgers University-Car Rental | Local Travel | N/A | $250.00 | 1.00 | 1.00 | 2.00 | $500.00 | | $500.00 |
| Job Fair | Rutgers- | Other | N/A | $500.00 | 1.00 | 1.00 | 2.00 | $1,000.00 | | $1,000.00 |

COPS-AR-0489

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Registration | | | $ | | | 2.00 | $1,880.00 | $1,880.00 |
| Job Fairs | NAU - AZ | Lodging | Night | $110.00 | 2.00 | 2.00 | 4.00 | $1,760.00 | $1,760.00 |
| Job Fair | NAU - AZ | Meals | Day | $68.00 | 2.00 | 2.00 | 4.00 | $1,088.00 | $1,088.00 |
| Job Fair | NAU AZ | Mileage | Mile | $182.00 | 1.00 | 1.00 | 4.00 | $728.00 | $728.00 |
| Job Fair | NAU AZ- Registration Fee | Other | N/A | $450.00 | 1.00 | 1.00 | 4.00 | $1,800.00 | $1,800.00 |
| Job Fairs | ASU & GCU Universities AZ | Mileage | Mile | $140.00 | 1.00 | 1.00 | 8.00 | $1,120.00 | $1,120.00 |
| Job Fairs | ASU & GCU Registration Fee | Other | N/A | $450.00 | 1.00 | 1.00 | 8.00 | $3,600.00 | $3,600.00 |
| Job Fairs | UA & Comm Colleges- Reg Fees | Other | N/A | $280.00 | 1.00 | 1.00 | 12.00 | $3,360.00 | $3,360.00 |
| Job Fair | New Mexico State | Lodging | Night | $110.00 | 1.00 | 2.00 | 2.00 | $440.00 | $440.00 |
| Job Fair | New Mexico State | Mileage | Mile | $280.00 | 1.00 | 1.00 | 2.00 | $560.00 | $560.00 |
| Job Fair | New Mexico State | Meals | Day | $68.00 | 2.00 | 2.00 | 2.00 | $544.00 | $544.00 |
| Job Fair | New Mexico State- Registration fees | Other | N/A | $400.00 | 1.00 | 1.00 | 2.00 | $800.00 | $800.00 |
| Job Fair | John Jay University- Reg Fee | Other | N/A | $400.00 | 1.00 | 1.00 | 2.00 | $800.00 | $800.00 |
| Job Fair | John Jay University | Lodging | Night | $342.00 | 4.00 | 2.00 | 2.00 | $5,472.00 | $5,472.00 |
| Job Fairs | John Jay University | Transportation | Round-Trip | $400.00 | 1.00 | 2.00 | 2.00 | $1,600.00 | $1,600.00 |
| Job Fair | John Jay University- Bag Fee | Other | N/A | $80.00 | 1.00 | 2.00 | 2.00 | $320.00 | $320.00 |
| Job Fair | John Jay University | Local Travel | N/A | $186.00 | 1.00 | 1.00 | 2.00 | $372.00 | $372.00 |
| Job Fair | John Jay University | Meals | Day | $92.00 | 4.00 | 2.00 | 2.00 | $1,472.00 | $1,472.00 |
| Job Fair | Pennsylvania State University | Lodging | Night | $124.00 | 1.00 | 2.00 | 2.00 | $496.00 | $496.00 |
| Job Fair | Pennsylvania State University | Meals | Day | $74.00 | 1.00 | 2.00 | 2.00 | $296.00 | $296.00 |
| Job Fair | Penn State Registration Fee | Other | N/A | $400.00 | 1.00 | 1.00 | 2.00 | $800.00 | $800.00 |
| Job Fair | Military Bases | Meals | Day | $86.00 | 3.00 | 2.00 | 8.00 | $4,128.00 | $4,128.00 |
| Job Fair | Military Bases | Lodging | Night | $200.00 | 3.00 | 2.00 | 8.00 | $9,600.00 | $9,600.00 |
| Job Fairs | Military Bases | Transportation | Round-Trip | $500.00 | 1.00 | 2.00 | 4.00 | $4,000.00 | $4,000.00 |
| Job Fairs | Military Bases | Local Travel | N/A | $288.00 | 1.00 | 1.00 | 8.00 | $2,304.00 | $2,304.00 |
| Job Fairs | Military Base- Registration Fees | Other | N/A | $300.00 | 1.00 | 1.00 | 8.00 | $2,400.00 | $2,400.00 |
| Job Fair | Military Base Bag Fee | Other | N/A | $80.00 | 1.00 | 2.00 | 4.00 | $640.00 | $640.00 |

COPS-AR-0490

| Recruiting Conference | TBD- St Louis MO | Transportation | Round-Trip | $450.00 | 1.00 | 2.00 | 2.00 | $1,800.00 | $1,800.00 |
|---|---|---|---|---|---|---|---|---|---|
| Recruiting Conference | TBD- St Louis MO | Lodging | Night | $150.00 | 3.00 | 2.00 | 2.00 | $1,800.00 | $1,800.00 |
| Recruiting Conference | TBD- St Louis MO | Meals | Day | $86.00 | 4.00 | 2.00 | 2.00 | $1,376.00 | $1,376.00 |
| Recruiting Conference | TBD- St Louis MO- Registration | Other | N/A | $1,150.00 | 1.00 | 2.00 | 2.00 | $4,600.00 | $4,600.00 |
| Recruiting Conference | TBD- St Louis MO | Local Travel | N/A | $100.00 | 1.00 | 1.00 | 2.00 | $200.00 | $200.00 |

**Travel Total Cost**

$66,312

**Additional Narrative**

Each of these Job Fairs will allow TPD to connect in-person and broaden the reach of potential applicants who might be willing to apply at TPD.

Also the Recruiting Conference will be a prime opportunity for the Recruiting team (most of which have been in their assignment for less than 1 year, to gain knowledge and new successful recruiting strategy ideas from other leading police agencies.  Thus improving techniques used to connect with potential applicants and increasing the diversity and positive outcomes of TPD recruiting practices.

## Equipment

### Instructions

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

**Equipment Detail**

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| Sigma 24-70 mm lens | 1.00 | $1,350.00 | $1,350.00 | | $1,350.00 |
| Camera Backpack bag | 1.00 | $50.00 | $50.00 | | $50.00 |
| Sony Digital Camera | 1.00 | $2,300.00 | $2,300.00 | | $2,300.00 |

**Equipment Total Cost**

$3,700

**Additional Narrative**

The camera set will be used at events and for personnel interviews to capture content for social media and digital advertising used to engage with prospective applicants and inspire others to want to be a part of a law enforcement career.

COPS-AR-0491

## Supply Items

### Instructions

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

#### Supply Item Detail

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| Online & Digital Advertising | 1.00 | $42,988.00 | $42,988.00 | | $42,988.00 |
| Indeed Sponsored Job Advertising | 4.00 | $3,000.00 | $12,000.00 | | $12,000.00 |

#### Supplies Total Cost
$54,988

#### Additional Narrative

Supply items will include:
Online & Digital Advertising includes national sponsored advertising on Spotify, YouTube, Instagram, Snap Chat, Facebook
Indeed Sponsored Job Ads are run 2x each year during POR hiring times to ensure our job postings are at the top of Indeed job listings
SWAG give-away items to give to potential applicants and public.  This will include silicone bracelets, pens, key chains, cooling towels, etc.

## Construction

### Instructions

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

### Year 1

#### Construction Detail

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

#### Construction Total Cost
$0

## Subawards

### Instructions

COPS-AR-0492

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

Year 1

### Subaward (Subgrant) Detail

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Subawards Total Cost**
$0

**Add Consultant Travel**
——

**Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.**

Instructions

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Written prior approval and additional justification is required for consultant fees in excess of the DOJ grant-making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

Year 1

### ∨ Procurement Contract Detail

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| TV & Print Advertising | Includes Streaming OTT TV, local Newspaper, local Magazine advertising/marketing | No | United States | Arizona | Tucson | $20,000.00 | | $20,000.00 |
| All-Star Talent | Annual CRM Subscription Fee | No | United States | Arizona | Tucson | $10,000.00 | | $10,000.00 |
| Advertising Materials & Pamphlets | Posters, Job Pamphlets, banners | No | United States | Arizona | Tucson | $10,000.00 | | $10,000.00 |

COPS-AR-0493

**Do you need Consultant Travel?**

No

**Procurement Cost**

$40,000

**Additional Narrative**

TV and Print Advertising include Streaming TV and local newspaper/magazine ads.

Annual CRM Subscription is to renew our subscription that was previously funded via another federal grant to the All-Star Talent CRM program that we use to track applicants progress through the hiring funnel. We also use this as a tool to reach out and connect with applicants as well as to answer any individual questions.

Advertising Materials and job pamphlets include print posters, banners, informational fliers, job pamphlets.

## Other Direct Costs

### Instructions

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

### Year 1

**Other Cost Detail**

| Description | Quantity | Basis | Costs | Length of Time | Total Costs | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|
| SWAG | 1.00 | 1 | $10,000.00 | 1.00 | $10,000.00 | | $10,000.00 |

**Other Costs Total Cost**

$10,000

**Additional Narrative**

SWAG give-away items to give to potential applicants and public. This will include silicone bracelets, pens, key chains, cooling towels, etc.

## Indirect Costs

### Instructions

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

### Year 1

**Indirect Cost Detail**

| Description | Base | Indirect Cost | Non-Federal | Federal |
|---|---|---|---|---|

COPS-AR-0494

| | Rate | Total Cost | Contribution | Request |
|---|---|---|---|---|

No items

**Indirect Costs Total Cost**
$0
**Additional Narrative**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

( Upload )

The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

**Additional Application Components**

**Curriculum Vitae or Resumes**

| | Name | Category | Created by | Date Added |
|---|---|---|---|---|
| (b) (6) | CV.pdf | Curriculum Vitae or Resumes | Lynn Erbe | 06/24/2025 |
| (b) (6) | Resume2025.doc | Curriculum Vitae or Resumes | Leslie Lenhart | 06/23/2025 |

**Letters of Support**

No documents have been uploaded for Letters of Support

**Additional Attachments**

No documents have been uploaded for Additional Attachments

**Disclosures and Assurances**

**Applicant has Lobbying Activities**

The applicant must download the SF-LLL, complete it, and upload it to the application package. The application cannot be submitted until this form is uploaded.

COPS-AR-0495

| | Name | Category | Created by | Date Added |
|---|---|---|---|---|
|  | Tucson PD SF-LLL.pdf | LobbyingActivitiesDisclosure | Lynn Erbe | 06/24/2025 |

**DOJ Certified Standard Assurances**

U.S. DEPARTMENT OF JUSTICE

CERTIFIED STANDARD ASSURANCES

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application–

    a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;
    b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and
    c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition–

    a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);
    b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;
    c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and
    d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance–

COPS-AR-0496

  a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United States; and

  b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

  a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

  b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.


Please Acknowledge *

Signed


**SignerID**

(b) (6)

**Signing Date / Time**

6/20/25 2:48 PM


**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing**                                                                                     *


U.S. DEPARTMENT OF JUSTICE


CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS; COORDINATION WITH AFFECTED AGENCIES


Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form.  The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

COPS-AR-0497

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a)No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of    Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or    cooperative agreement;

(b)If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any    agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form - LLL, "Disclosure of    Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

(c) The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) funded with Federal award funds and shall ensure that any certifications    or lobbying disclosures required of recipients of such subgrants and procurement contracts (or their subcontractors) are made and filed in accordance with 31 U.S.C. § 1352.

2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals--

(a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

(b) has within a three-year period preceding this application been convicted of a felony criminal violation under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal offense in         connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or local) transaction or private agreement or transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery,    bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense indicating a lack of business integrity or business    honesty that seriously and directly affects its (or its principals') present responsibility;

(c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and/or

(d) has within a three-year period preceding this application had one or more public transactions (Federal, State, tribal, or local) terminated for cause or default.

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.  Where the Applicant or any of its principals was convicted, within a three-year period preceding this application, of a felony criminal violation under any Federal law, the Applicant also must disclose such felony criminal conviction in writing to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov), unless such disclosure has already been made.

3. FEDERAL TAXES

A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, or (2) the corporation has provided written notice of such an unpaid tax liability (or liabilities) to the Department (for OJP Applicants, to OJP at Ojpcompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov).

COPS-AR-0498

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an

explanation to this application.


4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees, as defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

     (a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against employees for     violation of such prohibition;

     (b) Establishing an on-going drug-free awareness program to inform employees about--

        (1) The dangers of drug abuse in the workplace;
        (2) The Applicant's policy of maintaining a drug-free workplace;
        (3) Any available drug counseling, rehabilitation, and employee assistance programs; and
        (4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

     (c) Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

     (d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will--

        (1) Abide by the terms of the statement; and
        (2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

     (e) Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice,     including position title of any such convicted employee to the Department, as follows:

       For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

       For OJP and OVW award recipients – U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

      Notice shall include the identification number(s) of each affected award;

     (f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

        (1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or
        (2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

     (g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).


5.  COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award.  Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

COPS-AR-0499

Please Acknowledge *

Certified

**SignerID**

(b) (6)

**Signing Date / Time**

6/20/25 2:48 PM

**Other Disclosures and Assurances**

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

By [taking this action], I --

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge *

Signed

**SignerID**

(b) (6)

Signing Date / Time

COPS-AR-0500

**Signing Date / Time**

6/23/25 7:34 PM

**Other**

No documents have been uploaded for Other

Certified

COPS-AR-0501

# DISCLOSURE OF LOBBYING ACTIVITIES
Complete this form to disclose lobbying activities pursuant to 31 U.S.C. 1352
(See reverse for public burden disclosure.)

Approved by OMB
0348-0046

| 1. Type of Federal Action: | 2. Status of Federal Action: | 3. Report Type: |
|---|---|---|
| **b** a. contract<br>b. grant<br>c. cooperative agreement<br>d. loan<br>e. loan guarantee<br>f. loan insurance | **a** a. bid/offer/application<br>b. initial award<br>c. post-award | **a** a. initial filing<br>b. material change<br>**For Material Change Only:**<br>year _____ quarter _____<br>date of last report _____ |

**4. Name and Address of Reporting Entity:**
☑ Prime   ☐ Subawardee
Tier _____ , *if known*:

City of Tucson
255 West Alameda
Tucson, AZ 85701

**Congressional District**, *if known*:

**5. If Reporting Entity in No. 4 is a Subawardee, Enter Name and Address of Prime:**

**Congressional District**, *if known*:

**6. Federal Department/Agency:**

US Department of Justice

**7. Federal Program Name/Description:**
FY25 Community Policing Development Microgrants

CFDA Number, *if applicable*: 16.710

**8. Federal Action Number,** *if known*:

**9. Award Amount,** *if known*:
$ 175,000.00

**10. a. Name and Address of Lobbying Registrant**
(*if individual, last name, first name, MI*):

Bracy Tucker Brown & Valanzano
1615 L Street NW
Washington, DC 20036

**b. Individuals Performing Services** (*including address if different from No. 10a*)
(*last name, first name, MI*):

Tucker, Tracy

**11.** Information requested through this form is authorized by title 31 U.S.C. section 1352. This disclosure of lobbying activities is a material representation of fact upon which reliance was placed by the tier above when this transaction was made or entered into. This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection. Any person who fails to file the required disclosure shall be subject to a civil penalty of not less that $10,000 and not more than $100,000 for each such failure.

Signature: Lynn Erbe

Print Name: Lynn Erbe

Title: Grant Manager

Telephone No.: **(b) (6)** _____   Date: 6/24/2025

**Federal Use Only:**

Authorized for Local Reproduction
Standard Form LLL (Rev. 7-97)

COPS-AR-0502

## INSTRUCTIONS FOR COMPLETION OF SF-LLL, DISCLOSURE OF LOBBYING ACTIVITIES

This disclosure form shall be completed by the reporting entity, whether subawardee or prime Federal recipient, at the initiation or receipt of a covered Federal action, or a material change to a previous filing, pursuant to title 31 U.S.C. section 1352. The filing of a form is required for each payment or agreement to make payment to any lobbying entity for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a covered Federal action. Complete all items that apply for both the initial filing and material change report. Refer to the implementing guidance published by the Office of Management and Budget for additional information.

1. Identify the type of covered Federal action for which lobbying activity is and/or has been secured to influence the outcome of a covered Federal action.

2. Identify the status of the covered Federal action.

3. Identify the appropriate classification of this report. If this is a followup report caused by a material change to the information previously reported, enter the year and quarter in which the change occurred. Enter the date of the last previously submitted report by this reporting entity for this covered Federal action.

4. Enter the full name, address, city, State and zip code of the reporting entity. Include Congressional District, if known. Check the appropriate classification of the reporting entity that designates if it is, or expects to be, a prime or subaward recipient. Identify the tier of the subawardee, e.g., the first subawardee of the prime is the 1st tier. Subawards include but are not limited to subcontracts, subgrants and contract awards under grants.

5. If the organization filing the report in item 4 checks "Subawardee," then enter the full name, address, city, State and zip code of the prime Federal recipient. Include Congressional District, if known.

6. Enter the name of the Federal agency making the award or loan commitment. Include at least one organizational level below agency name, if known. For example, Department of Transportation, United States Coast Guard.

7. Enter the Federal program name or description for the covered Federal action (item 1). If known, enter the full Catalog of Federal Domestic Assistance (CFDA) number for grants, cooperative agreements, loans, and loan commitments.

8. Enter the most appropriate Federal identifying number available for the Federal action identified in item 1 (e.g., Request for Proposal (RFP) number; Invitation for Bid (IFB) number; grant announcement number; the contract, grant, or loan award number; the application/proposal control number assigned by the Federal agency). Include prefixes, e.g., "RFP-DE-90-001."

9. For a covered Federal action where there has been an award or loan commitment by the Federal agency, enter the Federal amount of the award/loan commitment for the prime entity identified in item 4 or 5.

10. (a) Enter the full name, address, city, State and zip code of the lobbying registrant under the Lobbying Disclosure Act of 1995 engaged by the reporting entity identified in item 4 to influence the covered Federal action.

    (b) Enter the full names of the individual(s) performing services, and include full address if different from 10 (a). Enter Last Name, First Name, and Middle Initial (MI).

11. The certifying official shall sign and date the form, print his/her name, title, and telephone number.

According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is OMB No. 0348-0046. Public reporting burden for this collection of information is estimated to average 10 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (0348-0046), Washington, DC 20503.

COPS-AR-0503

# FY25 CPA Budget

## Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

FY25 Community Policing Development (CPD)

Officer Recruitment, Hiring, and Retention

Tucson Police Department

Budget Narrative

6/30/2025

COPS-AR-0504

Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

# Travel

Travel- $66,312

### Job Fairs- Military installations $23,072

Travel costs for attendance at five military base locations one time each year and include estimates for two TPD Recruiting Unit personnel to attend the job fair events, do in-person networking and recruit for service personnel who are in the process of moving into their civilian work life. According to the U.S. Department of Labor, approximately 200,000 men and women leave military service each year, and it is noted that military personnel and their families are more likely to move to another state to pursue a new civilian career. Military service members tend to be attracted to law enforcement careers since many of the values, skills, organizational structure, and the commitment to serve the community, align with what they experienced in their military career.  Plus, the military is comprised of people from a very diverse communities and backgrounds of men and women who will be a focus for recruitment efforts to support the needs of the City of Tucson. Identified Military installations include Marine Corps Camp Pendleton, Maine Corp Air Station Miramar, Naval Base San Diego, Naval Base Point Loma, US Army Yuma, Marine Corp Yuma, Kirtland AFB NM. When there are several military bases in the same area, we would visit multiple bases in the same trip.

Transportation airfare estimates from Tucson, AZ to San Diego, CA or Albuquerque, NM are $4,000 ($500 per person), plus baggage fee estimate of $640.

The events take place over three days and two nights.  Lodging estimates will total $9,600 at $200 per night.  We will have two people to a room to minimize costs unless there is a male and female recruiter in which case separate rooms are required.

Per diem is an estimated total of $4,128 (M&IE = $86, first and last day of travel is = $64.50).

Ground transportation is estimated at $2,304 ($288 to/from military base and airport).

Event registration fee is estimated $2,400 ($300 average per event).

The total cost for attending job fairs at military bases is 23,072.

### Job Fairs- John Jay Criminal Justice University $10,036

Travel costs for attendance to John Jay Criminal Justice University one time each year and include estimates for two TPD Recruiting Unit personnel to attend the job fair events, do in-person networking and recruiting for students who are graduating and seeking employment opportunities.  John Jay is considered one of the top ranked universities for Criminal Justice Studies and has numerous students who go into law enforcement careers.

Transportation airfare estimates from Tucson, AZ to New York, NY are $1,600 ($400 per person), plus estimated baggage fee of $320.

COPS-AR-0505

Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

The events take place over four days and three nights.  Lodging estimates will total $5,472 at $342 per night.  We will have two people to a room to minimize costs unless there is a male and female recruiter in which case separate rooms are required.

Per diem is an estimated total of $1,472 (M&IE = $92, first and last day of travel is = $69).

Ground transportation is estimated at $372 ($186 to/from La Guardia airport).

Event registration fee is estimated at $800 ($400/ event)

The total cost for attending the John Jay Career fair is $10,036.

### Job Fairs-Penn State University & Rutgers University (trip combined) $7,628

Travel costs for attendance at Penn State University and Rutgers University Job Fairs would be combined since they both occur during the same week and are within driving distance.  Penn State does not have a large airport nearby, so it is more efficient to combine this trip. The trip is once each year and includes estimates for two TPD Recruiting Unit personnel to attend the job fair events, do in-person networking and recruiting for students who are graduating and seeking employment opportunities.  Penn State University and Rutgers University are each considered one of the top-ranked universities for Criminal Justice Studies and students that go into law enforcement careers.

Transportation airfare estimates from Tucson, AZ to Newark, NJ are $2,600 ($650 per person), plus baggage fees of $320.

Each event takes place on one day but due to location and driving the trip will be over four days and three nights.  Lodging estimates for Rutgers is $976 at $122 per night and Lodging at Penn State will be $496 at $124 per night.  We will have two people to a room to minimize costs unless there is a male and female recruiter in which case separate rooms are required.

Per diem for Rutgers University is an estimated total of $640 (M&IE = $80, first and last day of travel is = $60). Per diem for Penn State is an estimated total of $296 (M&IE = $74, first and last day of travel is = $55).

Ground transportation for car rental is estimated at $500 ($250 per trip).

Event registration fees are estimated at $1000 for Rutgers University ($500/Event), and Penn State University is estimated at $800 ($400/event).

The total cost for attending job fairs at Rutgers & Penn State is $7,628.

### Job Fairs-Northern Arizona University (NAU) $5,376

Travel costs for attendance at Northern Arizona University Career Fairs two times each year and includes estimates for two TPD Recruiting Unit personnel to attend the job fair events, do in-person networking

COPS-AR-0506

Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

and recruiting for students who are graduating and seeking employment opportunities.  NAU has a strong criminal Justice program as well as an AZPOST certification program.

Since this is in-state, travel would be by car, thus mileage reimbursement would be $728.

Each event takes place on one day but due to location and driving the trip will be over a two-day period.  Lodging estimate for NAU is $1,760 at $110 per night.  We will have two people to a room to minimize costs unless there is a male and female recruiter in which case separate rooms are required.

Per diem is an estimated total of $1088 (M&IE = $68, first and last day of travel is = $60).

Event registration is estimated at $1,800 ($450 per event).

The total cost for attending job fairs at Northern Arizona University is $5,376.

**Job Fairs-New Mexico State University $2,344**

Travel costs for attendance at New Mexico State University Career Fairs one time each year and includes estimates for two TPD Recruiting Unit personnel to attend the job fair events, do in-person networking and recruiting for students who are graduating and seeking employment opportunities.

Since this is in-state, travel would be by car, thus mileage reimbursement would be $560.

Each event takes place on one day but due to location and driving the trip will be over a two-day period.  Lodging estimate for NMSU is $440 at $110 per night.  We will have two people to a room to minimize costs unless there is a male and female recruiter in which case separate rooms are required.

Per diem is an estimated total of $544 (M&IE = $68, first and last day of travel is = $60).

Event registration is estimated at $800 ($400 per event).

The total cost for attending job fairs at New Mexico State University is $2,344.

**Job Fairs-Arizona State University (ASU) and Grand Canyon State University (GCU) $4,720**

Travel costs for attendance at Arizona State University and Grand Canyon State University are combined since they are both located in the Phoenix, AZ area and have multiple events opportunities to engage students each year.  TPD is estimating four events each year and includes estimates for two TPD Recruiting Unit personnel to attend the job fair events, do in-person networking and recruiting for students who are graduating and seeking employment opportunities.

Since this is in-state, travel would be by car, thus mileage reimbursement would be $1,120.

Each event takes place on one day so there is no lodging or Per Diem.

Event registration is estimated at $3,600 (an average of $450 per event).

COPS-AR-0507

Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

The total cost for attending job fairs at Arizona State University and Grand Canyon State University is $4,720.

## Job Fairs-University of Arizona and Arizona Community Colleges $4,720

University of Arizona and most community colleges are in the Tucson vicinity so only events registration fees apply.  These events offer numerous opportunities for the recruiting team to engage with student athletes as well as those studying criminal justice or have an interest in law enforcement careers. TPD estimates six events each year and includes estimates for two TPD Recruiting Unit personnel to attend the job fair events, do in-person networking and recruiting for students who are graduating and seeking employment opportunities.

Event registration is estimated at $3,360 (an average of $280 per event).

The total cost for attending job fairs at Arizona State University and Grand Canyon State University is $3,360.

## Law Enforcement Recruiting and Retention Conference $9,776

Travel costs for attendance at the annual Law Enforcement Recruiting and Retention Conference will provide opportunities for learning for the TPD Recruiting team. This annual event includes agencies throughout the United States and there are workshops and speakers sharing their successes on how their agency has increased hiring and improved officer retention. The TPD Recruiting team will benefit from this conference since most have been a part of the unit for less than a year. Thus, exposure to innovative strategies will allow TPD to more quickly impact overall applicants. The expectation is to have two staff members attend each year. This conference changes locations each year so estimates are based on the 2025 conference location of St. Louis, MO.

Transportation airfare estimates from Tucson, AZ to St. Lous, MO are $1,800 ($400 per person).

 The events take place over four days and three nights.  Lodging estimates will total $1,800 at $150 per night.  We will have two people to a room to minimize costs unless there is a male and female recruiter in which case separate rooms are required.

Per diem is an estimated total of $1,376 (M&IE = $86, first and last day of travel is = $64.).

Ground transportation is estimated at $200 ($100 to/from airport).

Event registration Fee is estimated at $4,600 ($1,150/ event).

The total cost for attending the Law Enforcement Recruiting and Retention Conference is $9,776.

COPS-AR-0508

Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

## Equipment - $3,700

Purchase a digital camera, lens and carrying bag for the Recruiting Unit.  This will enhance the unit's ability to collect content (photos and video) used in advertising materials, as well as engaging with the community at various events.  Currently the unit uses their cell phones to collect content which isno as high quality as required, or they request the Public Information Office videographer to attend the event and share the content with us or help in advertising and video creation.  By having a camera specifically allocated to the Recruiting unit, the unit will be more autonomous and can capture high quality usable content at all events to be used in videos, social media reels, posters, and print materials.  The camera package will have a useful life at a minimum of 3-5 years with the estimates of:
1 Sony Digital Camera - $2,300
1 Sigma 24-70mm Lens = $1,350
1 Camera Backpack = $50
Total = $3,700

## Supplies - $64,988

Online and Digital Advertising - $42,988

- TPD will use these funds to expand advertising exposure on various social media and digital media platforms. This includes, but is not limited to, Spotify, YouTube, Facebook, Instagram, Snap Chat, and TikTok. The goal is to reach potential applicants age 20-45 who are not in our traditional applicant audience. These funds will be used to target audiences and the efforts will be analyzed and evaluated to ensure we are reaching and increasing our engagement and applicant pools.

Indeed Sponsored Job Advertising - $12,000

- Indeed is the largest proactive job application platform used in the United States. TPD would like to test 2-month Sponsored Job Advertising 2x each year during Police Officer Recruit open application processes.  Other law enforcement agencies throughout the United States have begun to test this application and are seeing success with increasing applicant pools by 30%+. Since the Job posting will be at the top of the Indeed search results, potential applicants will see our posting prior to other results, increasing the potential for them to click on the post and explore the job opportunity.  Results will be analyzed and evaluated to ensure we are seeing increased applicant clicks.

SWAG - $10,000

- TPD SWAG give-away items are shared at every public event and job fair.  These are used to provide memorable take-away gifts to give to potential applicants and the public.  There are numerous SWAG items, but the most desired items include silicone bracelets, pens, key chains,

COPS-AR-0509

Enhancing Tucson Police Department Recruitment through Innovative Strategies and Networking

cooling towels, stress balls, etc.  Annually we spend $5,000-$10,000 on purchasing give-away items.

## Procurement Contracts - $40,000

TV and Print Advertising - $20,000

- TPD will increase its ability to advertise on various television and TV streaming applications.  The goal is to reach beyond our traditional applicant audience.  This may include fees associated with local television stations, national streaming networks (ie Hulu, HGTV, Fox network), as well as local newspapers, transit stations, and billboards.  These funds will be used to target audiences, and the efforts will be analyzed and evaluated to ensure we are reaching and increasing our engagement and applicant pools.

Annual CRM Subscription Fee - $10,000

- The Annual CRM Subscription is to renew our current subscription that has been paid for via another federal grant ($5,000 annually) to the All-Star Talent CRM program that we use to track applicant progress through the hiring funnel.  We also use this as a tool to reach out and connect with applicants via email, text, and voicemail.  Applicants can also respond to messages and ask individual questions, which the TPD Recruiting team answers.  The advantage being all communications are saved within the CRM tool, so we can review the connections and update as needed.  This also allows TPD to reach out to past applicants who did not finish the hiring process and encourage them to re-apply.  This tool has become very important to the recruiting unit and improved communication effectiveness.

Advertising Materials & Pamphlets - $10,000

- Each year the Recruiting unit prints advertising posters for each hiring process, as well as develops updated job pamphlets that are handed out at Job fairs and community events.  The materials contain important information and dates, as well as links to the Recruiting website.  Pamphlets are developed for Police Officer Recruits, Community Service Officers, Professional Staff Investigators, Explorers (Youth volunteer program).  The Recruiting Unit attends over 200 events each year, so it is necessary to replenish and update the materials as supplies run low.

COPS-AR-0510

**Applicant** Tucson Police Department     **State** Arizona

# Timeline of Project Deliverables

**Project Abstract** Provide a brief summary of the project in 2,000 characters or less. It can be the same as your application abstract. Upload this PDF in the "Additional Application Components" section of the application.

Diversifying Tucson Police Department Recruitment through Innovative Strategies and Networking

The Tucson, Arizona, Police Department (TPD) is pursuing the CPD Officer Recruitment, Hiring, and Retention Microgrant to increase the diversity of TPD's workforce by: (1) expanding the recruiting footprint for the department across the United States, primarily through participation in targeted job fair events, digital and social media campaigns, and traditional advertising, (2) identifying and providing sworn, female candidates with support before, during, and after the hiring process and (3) by developing and encouraging a pathway for TPD's non-sworn, including Community Service Officers (CSOs), Professional Staff Investigators (PSIs), and Professional Staff to become sworn officers. The requested funding would be used to build new efforts and advance strategies currently underway at TPD centered around marketing, the 30x30 Initiative, and the internal Pathway to Policing (P2P) program. Specifically, we propose this award to fund marketing tactics, marketing materials, and travel for targeted recruitment efforts.

The TPD Recruiting Unit ensures the Tucson Police Department, both sworn and professional staff positions, are adequately filled with the most qualified applicants. According to the US Bureau of Labor Statistics 70% of agencies reported recruitment as more difficult now compared to 5 years ago. Currently, the Tucson Police sworn personnel are understaffed by approximately 37 officers, having 772 filled positions of the 871 authorized by the City of Tucson. In addition, there are 181 officers eligible to retire (23.4%), which does not

**GOAL:** A major aspiration that the organization intends to achieve that aligns with the goals of the grant program for which you are applying. You can determine your goals by asking **"What does success look like?"** for this project.

**OBJECTIVES:** Measurable milestones on the way to achieving a GOAL. Each goal may have several objectives.

**ACTIVITIES:** Specific steps that must be taken to reach the OBJECTIVE. Each objective may have several supporting activities.

**DELIVERABLES:** Goods or services that will result from completion of the activity. You can leave the field blank if there is no deliverable.

**Goal #EXAMPLE:** Increase the wellness of law enforcement personnel by reducing barriers to accessing mental health services for personnel and their families.

| Objectives | Activities | RP1 10/1/2025 – 1/31/2026 | RP2 2/1/2026 – 7/31/2026 | RP3 8/1/2026 – 1/31/2027 | RP4 2/1/2027 – 7/31/2027 | Responsible Party | Deliverables |
|---|---|---|---|---|---|---|---|
| Familiarize law enforcement personnel with a mental health provider to increase use if the need for structured services arises. | Create and disseminate a baseline anonymous survey on how to access mental health services. | ✓ | | | | Wellness Team | 100% of personnel will have completed wellness check-ins by Dec. 31. |
| (See above) | Establish policies and procedures to mandate annual wellness check-ins provided by a licensed behavioral health provider. | ✓ | | | | Command Staff | Policy and procedure manual |
| (See above) | Secure a procurement contract with a mental health provider to provide services. | | ✓ | | | Finance Team | |

page 1

COPS-AR-0511

# Timeline of Project Deliverables    Applicant    Tucson Police Department

| Goal #1: | Increase the number of potential applicants for each hiring pool. | | | | | | |
|---|---|---|---|---|---|---|---|
| **Objectives** | **Activities** | **RP1** 10/1/2025 – 1/31/2026 | **RP2** 2/1/2026 – 7/31/2026 | **RP3** 8/1/2026 – 1/31/2027 | **RP4** 2/1/2027 – 7/31/2027 | **Responsible Party** | **Deliverables** |
| Familiarize and provide recruiting application and hiring information to all TPD personnel. | Create and disseminate sticker that will be attached to each patrol vehicle with the Recruiting website QR code | ✔ | | ✔ | | Recruiting Unit | All TPD Patrol cars have the Join TPD recruiting sticker on the back window. |
| (See above) | Meet with each patrol unit leadership each quarter to refamiliarize them with the process and tools that were provided in Fall 2024, and updated as needed. Focus on the "Everyone is a recruiter" philosophy. | ✔ | ✔ | ✔ | ✔ | Recruiting Unit | 100% of patrol personnel will be aware and share hiring opportunities |
| (See above) | Attend job fairs outside of Arizona at targeted Universities and military bases | ✔ | ✔ | ✔ | ✔ | Recruiting Unit | Develop quarterly reporting summarizing job fairs and applicants from outside of Arizona and military backgrounds. |
| (See above) | Attend job fairs throughout Arizona at targeted Universities and military bases | ✔ | ✔ | ✔ | ✔ | Recruiting Unit | Develop quarterly reporting summarizing job fairs and applicants from AZ colleges and military bases. |
| (See above) | Increase Digital and streaming advertising platform to targeted locations throughout the US | ✔ | ✔ | ✔ | ✔ | Recruiting Unit | Annual Report of platform KPIs and log potential applicants from targeted areas attend Information sessions |
| (See above) | Distribute updated job brochures and hiring posters to each event attended | ✔ | | ✔ | | Recruiting Unit | Increase awareness of job openings and annual KPI reports highlighting visits to the TPD Recruiting website from targeted areas of the country. |

page 2

COPS-AR-0512

**Timeline of Project Deliverables**    Applicant    Tucson Police Department

| Goal #2: | Increase each POR applicant pool to have 600-700 applicants, which will increase the number of qualified applicants to attend the TPD Academy to 35-50 recruits. | | | | | | |
|---|---|---|---|---|---|---|---|
| **Objectives** | **Activities** | **RP1** 10/1/2025 – 1/31/2026 | **RP2** 2/1/2026 – 7/31/2026 | **RP3** 8/1/2026 – 1/31/2027 | **RP4** 2/1/2027 – 7/31/2027 | **Responsible Party** | **Deliverables** |
| Increase the POR Job pool applicants. | Attend job fairs outside of Arizona at targeted Universities and military bases | ✔ | ✔ | ✔ | ✔ | Recruiting Unit | Develop CRM Tracking report with applicants from outside of Arizona and military backgrounds. |
| (See above) | Attend community college job fairs and classroom interactions within az | ✔ | ✔ | ✔ | ✔ | Recruiting Unit | Develop CRM Tracking report with applicants from community college interst forms. |
| (See above) | Start Sponsored Job Posts on Indeed that coordinate with hiring prosses. | ✔ | ✔ | ✔ | ✔ | Recruiting Unit | See increased clicks to TPD Recruiting website and POR Job Application analytics from Indeed. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

page 3

COPS-AR-0513

**Timeline of Project Deliverables**    Applicant  Tucson Police Department

| Goal #3: | Increase the number of visitors to the TPD Recruiting Website | | | | | | |
|---|---|---|---|---|---|---|---|
| **Objectives** | **Activities** | **RP1** 10/1/2025 – 1/31/2026 | **RP2** 2/1/2026 – 7/31/2026 | **RP3** 8/1/2026 – 1/31/2027 | **RP4** 2/1/2027 – 7/31/2027 | **Responsible Party** | **Deliverables** |
| Update the recruiting website to be a responsive platform | Funding approved and migrate site to Granicus platform no later than January 2026 | ✔ | ✔ | | | Recruiting Unit, COT IT, COT HR | TPD Recruiting website is updated and new videos and layout are functional. |
| (See above) | Regularly update the content and videos on the recruiting website to make it fresh and represent the current department goals | | | ✔ | ✔ | Recruiting Unit | Annual report on website page views and time on pages and videos |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

page 4

COPS-AR-0514

**Timeline of Project Deliverables**    Applicant ___Tucson Police Department___

| Goal #4: | Increase the number of TPD Personnel that participate in the Pathway to Policing program. | | | | | | |
|---|---|---|---|---|---|---|---|
| **Objectives** | **Activities** | **RP1** 10/1/2025 – 1/31/2026 | **RP2** 2/1/2026 – 7/31/2026 | **RP3** 8/1/2026 – 1/31/2027 | **RP4** 2/1/2027 – 7/31/2027 | **Responsible Party** | **Deliverables** |
| Ensure all TPD personnel is aware of the Pathway to Policing program | Create marketing brochures with information about the program | ✔ | | ✔ | | Recrutiing Unit and COT HR | Brochure created and shared with all TPD staff via email and available in each division |
| (see above) | Ensure updated P2P program information is available on the internal OneTeam employee website | ✔ | | ✔ | | Recrutiing Unit | Update the P2P program informaiton on the One Team Annually (July) |
| (See Above) | Ensure P2P information is included in new employee orientation | ✔ | ✔ | ✔ | ✔ | COT HR | Brochres are handed our and information provided in TPD New Hire orientation packet. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

page 5

COPS-AR-0515

**Timeline of Project Deliverables**    Applicant    Tucson Police Department

## Additional Information Use this page if more space is needed.

COPS-AR-0516

(b) (6)

Phone (b) (6)                                          Email: (b) (6)

***Professional Background***

**City of Tucson,** Tucson, Arizona                                          **8/26/2013 to Present**

<u>Grant and Compliance Manager– Tucson Police Department</u>                    *4 /2023* to Present

Provide accountability, transparency and consistency for grants awarded to the Tucson Police Department (TPD). Responsible for seeking out and preparing a grant program plan to align with the strategic plan of TPD and City of Tucson's Plan Tucson to identify potential grants to pursue for application. Provide grant writing and grant application support, service and advice.

Oversee the programmatic and accounting functions for all TPD state and federal grants, intergovernmental agreements (IGAs), memorandum of understanding (MOUs), local and tribal grants, as well as TPDs restricted and donation funds. Maintain a full understanding of the contracts and requirements associated with each grant, IGA, MOU, and restricted fund. Give direction and support for BSD and TPD staff managing grants.

Maintain professional knowledge on federal grant guidelines, compliance and 2 CFR (Code of Federal Regulations) section 200 Grant Management, through online training and other educational opportunities. Continue to be a resource for other departments for grant questions, advice and application support. Assisted with various departments, including but not limited to, Environmental and General Services, Housing, Department of Transportation.

Current Federal Grant List:

| | |
|---|---|
| 15PBJA-23-GG-01216-DNAX | 15PBJA-21-GG-04309-MENT |
| 15PBJA-24-GG-02599-DNAX | 15PBJA-24-GG-03963-BSCI |
| 15PBJA-23-GG-00705-JAGP | 15PBJA-22-GG-03777-SAKI |
| 15PBJA-24-GG-04440-COAP | 15PBJA-24-GG-05423-SAKI |
| 15PBJA-24-GG-03281-COVE | 15PBJA-23-GG-04159-JAGP |
| 15PBJA-22-GG-04713-CVIP | 15JCOPS-24-GG-03480-UHPX |
| 15PBJA-21-GG-01165-JAGX | 15JCOPS-23-GG-01794-LEMH |
| 15PBJA-22-GG-02213-JAGX | 15JCOPS-24-GG-01437-LEMH |
| 15PBJA-23GG-03085-JAGX | 15JCOPS-24-GG-02548-PPSE |
| 15PBJA-24-GG-05324-JAGX | |

<u>Grants Finance Manager – Business Services Department - Grants Unit</u>          *3/2021* to 4/2023

Provide accountability, transparency and consistency for grants within the City of Tucson.  Provide grant writing and grant application support, service and advice. Oversee grant accounting functions, including preparing the annual Schedule of Expenditures of Federal Award (SEFA).

Responsible for set up and management of the American Rescue Plan Act (ARPA) City grant of $135 million. Researched requirements, prepared reports, including revenue replacement analysis. Set up templates for tracking and reporting expenses for Federal Treasury and internal executive leadership. Set up, prepared process for community applications and initiated subaward agreements for community projects.

Direct Federal Grant oversight:
Coronavirus State and Local Fiscal Recovery Funds (SLFRF) - 21.027 - State and Local Fiscal Recovery Funds (ARPA)

<u>Finance Manager – TPD and BSD - Police Finance Satellite</u>                    *12/2017* to 3/2021

Provide financial/budgetary support for Tucson Police Department's $182 million budget that consists of $163 million general fund budget, various restricted funds, to include Crime Lab Assessment fund, Impounds fund, Anti-racketeering and Forfeiture funds, as well as over $16 million in state, federal and miscellaneous grants. Review and approve purchase orders, personnel change requests, budget change requests, purchases and other items; Monitor and verify that expenditures are within budget; Prepare expenditure projections; Assist department with preparing and creating projections for personnel, operating and capital budgets.

(b) (6)
Phone (b) (6)                                                    Email:  (b) (6)

Budget Analyst                                                          *1/6/2017* to 12/23/2017

Senior Account Clerk/Management Analyst II - TPD                          8/2013 to 1/6/2017
    Financial management of up to 45 federal, state and local grants, intergovernmental agreements and memorandum of understanding - Assist in grant application process, prepare budget and narrative, submit application, review award and monitor compliance, track expenses for compliance and budget, reconcile expenses and revenues, prepare and file financial reports with governmental agencies, create and monitor billing of non-grant related expenditures, oversee procurement of commodities, close out grants with agency and prepare files for retention, create reports for grant program managers, analyze and create projections for overtime and related benefits, respond to information requests, report internally to command staff.

### *Education and Certificates*

| | |
|---|---|
| University of Phoenix | Tucson, Arizona |
| Bachelors of Science in Business Management | 7/2002 |

| | |
|---|---|
| Pima Community College: Fraud Examination Certificate | 8/2016 |
| Management Concepts: Grants Management Certificate | 2/2016 |
| Tucson Police: Leadership Career Enhancement Course | 10/2016 |
| New Horizons: Communication Strategies | 12/2017 |
| New Horizons: Project Management Fundamentals | 12/2017 |
| Financial Management of HIDTA Funds for Fiduciary | 4/2018 |
| Ignite Leadership Summit | 12/2018 |
| Ignite Supervisor Academy | 1/2019 |
| Government Finance Officers Association: Annual Conference – 19 CPE credits | 5/2019 |
| Major Cities Chiefs Association: Finance Managers Conference | 8/2019 |
| Eller Executive Education: Advanced Leadership Certificate | 9/2019 |
| Center for Community Dialog and Training: Basic and Advanced Mediation Certificates | 1/2020 |
| DOJ Grants Financial Management Training | 8/2020 |
| Government Finance Officers Association Arizona: Budget Forum – 6 CPE credits | 10-11/2020 |
| Government Finance Officers Association: GAAP Update – 4 CPE credits | 11/2020 |
| Eller Executive Education: High Impact Leadership Certificate | 12/2020 |
| Competitive Government Grant Proposal Bids That Save Time and Money | 1/2021 |
| How States Can Make the Most of Every Grant Dollar Through Indirect Costs | 2/2021 |
| Organizational Emotional Intelligence | 2/2021 |
| ECivis: Top Pain Points and Best Practices for Managing CDBG Grants | 4/2021 |
| Federal Grants Update 2020-2021 | 5/2021 |
| GFOAZ Annual Conference | 8/2021 |
| How to Effectively Navigate Your ARPA Funds | 9/2021 |
| Federal Grants Update and Refresher` | 7/2023 |
| Performance Measurement for Federal Grants Under 2 CFR 200 | 7/2023 |
| Writing Successful Federal Grant Applications Workshop | 6/2024 |
| DOJ Grants Financial Management Training | 3/2025 |



# Department of Justice (DOJ)

### Office of Community Oriented Policing Services (COPS Office)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | CITY OF TUCSON<br>255 W ALAMEDA ST |
| **City, State and Zip:** | TUCSON, AZ 85701 |
| **Recipient UEI:** | X487LACQEQN6 |

| | |
|---|---|
| **Project Title:** FY25 CPD Microgrants - CITY OF TUCSON, AZ | **Award Number:** 15JCOPS-25-GG-01048-PPSE |

**Solicitation Title:** FY25 Community Policing Development Microgrants

| | |
|---|---|
| **Federal Award Amount:** $175,000.00 | **Federal Award Date:** 10/10/25 |

| | |
|---|---|
| **Awarding Agency:** | Office of Community Oriented Policing Services |
| **Award Type:**<br>**Funding Instrument Type:** | Initial<br>Grant |

**Opportunity Category:** D
**Assistance Listing:**
16.710 - Public Safety Partnership and Community Policing Grants

| | |
|---|---|
| **Project Period Start Date:** 10/1/25 | **Project Period End Date:** 9/30/27 |
| **Budget Period Start Date:** 10/1/25 | **Budget Period End Date**: 9/30/27 |

**Project Description:**
The Tucson Police Department (TPD) will enhance their workforce by: (1) expanding the recruiting footprint for the department across the United States, primarily through participation in targeted job fair events, digital and social media campaigns, and traditional advertising, (2) recruiting a candidate pool from diverse backgrounds to expand efforts and attract qualified candidates and (3) by developing and encouraging a pathway for TPD's non-sworn, including Community Service Officers (CSOs), Professional Staff Investigators (PSIs), and Professional Staff to become sworn officers. The requested funding would be used to build new efforts and enhance strategies currently underway at TPD centered around marketing, and the internal Pathway to Policing (P2P) program. Specifically, funding will address marketing tactics, marketing materials, and travel for targeted recruitment efforts.

## Award Letter

October 10, 2025

Dear Chad Kasmar,

On behalf of Attorney General Pamela Bondi, it is my pleasure to inform you the Office of Community Oriented Policing Services (the COPS Office) has approved the application submitted by  CITY OF TUCSON  for an award under the funding opportunity entitled 2025 FY25 Community Policing Development Microgrants. The approved award amount is $175,000.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by the COPS Office, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.

Cory D. Randolph
COPS Acting Director

## Office for Civil Rights Notice for All Recipients

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) enforces federal civil rights laws and other provisions that prohibit discrimination by recipients of federal financial assistance from OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW).

Several civil rights laws, including Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance (recipients) to give assurances that they will comply with those laws.  Taken together, these and other civil rights laws prohibit recipients from discriminating in the provision of services and employment because of race, color, national origin, religion, disability, and sex or from discriminating in the provision of services on the bases of age.

Some recipients of DOJ financial assistance have additional obligations to comply with other applicable nondiscrimination provisions like the Omnibus Crime Control and Safe Streets Act of 1968, which prohibits discrimination on the basis of religion in addition to race, color, national origin, and sex.  Recipients may also have related requirements regarding the development and implementation of equal employment opportunity programs.

OCR provides technical assistance, training, and other resources to help recipients comply with civil rights obligations. Further, OCR administratively enforces civil rights laws and nondiscrimination provisions by investigating DOJ recipients that are the subject of discrimination complaints.  In addition, OCR conducts compliance reviews of DOJ recipients based on regulatory criteria.  These investigations and compliance reviews permit OCR to evaluate whether DOJ recipients are providing services to the public and engaging in employment practices in a nondiscriminatory manner.

For more information about OCR, your civil rights and nondiscrimination responsibilities, how to notify your employees or beneficiaries of their civil rights protections and responsibilities and how to file a complaint, as well as technical assistance, training, and other resources, please visit www.ojp.gov/program/civil-rights-office/outreach.  If you would like OCR to assist you in fulfilling your civil rights or nondiscrimination responsibilities, please contact us at askOCR@ojp.usdoj.gov or www.ojp.gov/program/civil-rights-office/about#ocr-contacts.

## Award Information

Page: 2 of 19

COPS-AR-0520

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

## Recipient Information

**Recipient Name**
CITY OF TUCSON

**UEI**
X487LACQEQN6                           **ORI Number**

**Street 1**
255 W ALAMEDA ST                       **Street 2**

**City**                               **State/U.S. Territory**
TUCSON                                 Arizona

**Zip/Postal Code**                    **Country**
85701                                  United States

**County/Parish**                      **Province**

## Award Details

**Federal Award Date**                 **Award Type**
10/10/25                               Initial

**Award Number**                       **Supplement Number**
15JCOPS-25-GG-01048-PPSE               00

**Federal Award Amount**               **Funding Instrument Type**
$175,000.00                            Grant

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.710 | Public Safety Partnership and Community Policing Grants |

**Statutory Authority**

The Public Safety Partnership and Community Policing Act of 1994, 34 U.S.C. § 10381 et seq

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Project Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

COPS-AR-0521

| **Solicitation Title** | **Awarding Agency** |
|---|---|
| 2025 FY25 Community Policing Development Microgrants | COPS |

**Application Number**
GRANT14443112

| **Grant Manager Name** | **Phone Number** | **E-mail Address** |
|---|---|---|
| Ebonyque Taylor | (b) (6) | (b) (6) |

**Project Title**
FY25 CPD Microgrants - CITY OF TUCSON, AZ

| **Performance Period Start Date** | **Performance Period End Date** |
|---|---|
| 10/01/2025 | 09/30/2027 |

| **Budget Period Start Date** | **Budget Period End Date** |
|---|---|
| 10/01/2025 | 09/30/2027 |

**Project Description**

The Tucson Police Department (TPD) will enhance their workforce by: (1) expanding the recruiting footprint for the department across the United States, primarily through participation in targeted job fair events, digital and social media campaigns, and traditional advertising, (2) recruiting a candidate pool from diverse backgrounds to expand efforts and attract qualified candidates and (3) by developing and encouraging a pathway for TPD's non-sworn, including Community Service Officers (CSOs), Professional Staff Investigators (PSIs), and Professional Staff to become sworn officers. The requested funding would be used to build new efforts and enhance strategies currently underway at TPD centered around marketing, and the internal Pathway to Policing (P2P) program. Specifically, funding will address marketing tactics, marketing materials, and travel for targeted recruitment efforts.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Financial Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

A financial analysis of budgeted costs has been completed. All costs listed in the approved budget below were programmatically approved based on the final proposed detailed budget and budget narratives submitted by your agency to the COPS Office. Any adjustments or edits to the proposed budget are explained below.

Budget Clearance Date:          9/8/25 1:02 PM

| **Comments** |
|---|
| No items |

## Budget Summary

COPS-AR-0522

| Budget Category | Proposed Budget | Change | Approved Budget | Percentages |
|---|---|---|---|---|
| Sworn Officer Positions: | $0 | $0 | $0 | |
| Civilian or Non-Sworn Personnel: | $0 | $0 | $0 | |
| Travel: | $66,312 | $0 | $66,312 | |
| Equipment: | $3,700 | $0 | $3,700 | |
| Supplies: | $64,988 | -$10,000 | $54,988 | |
| SubAwards: | $0 | $0 | $0 | |
| Procurement Contracts: | $40,000 | $0 | $40,000 | |
| Other Costs: | $0 | $10,000 | $10,000 | |
| Total Direct Costs: | $175,000 | $0 | $175,000 | |
| Indirect Costs: | $0 | $0 | $0 | |
| Total Project Costs: | $175,000 | $0 | $175,000 | |
| Federal Funds: | $175,000 | $0 | $175,000 | 100.00% |
| Match Amount: | $0 | $0 | $0 | 0.00% |
| Program Income: | $0 | $0 | $0 | 0.00% |

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

No other award documents have been added.

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Condition 1**
Restrictions on Internal Confidentiality Agreements: No recipient or subrecipient under this award, or entity that receives a contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts the lawful reporting of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Further Consolidated Appropriations Act, 2024, Public Law 118-47, Division B, Title VII, Section 742.

**Condition 2**
Compliance with 8 U.S.C. § 1373: Authority to obligate or expend contingent on compliance with this condition. State or local government entity recipients of this award, and any subrecipient of this award at any tier that is an entity of a State or of a unit of local government, must comply with 8 U.S.C. §1373, which provides that such entities may not

COPS-AR-0523

prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.

Any obligations or expenditures of a recipient or subrecipient that are impermissible under this condition shall be unallowable costs for purposes of this award.

References to the Immigration and Naturalization Service in 8 U.S.C. 1373 are to be read, as a legal matter, as references to components of the U.S. Department of Homeland Security.

**Condition 3**
Federal Civil Rights and Nondiscrimination Laws (certification): The recipient agrees that its compliance with all applicable Federal civil rights and nondiscrimination laws is material to the government's decision to make this award and any payment thereunder, including for purposes of the False Claims Act (31 U.S.C. 3729-3730 and 3801-3812), and, by accepting this award, certifies that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws.

**Condition 4**
Federal Laws, Presidential Memoranda, and Executive Orders: Recipients of grant funding must comply with all applicable federal laws and Presidential Memoranda and all Executive Orders by the President.

**Condition 5**
Award Monitoring Activities: Federal law requires that recipients receiving federal funding from the COPS Office must be monitored to ensure compliance with their award conditions and other applicable statutes and regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice. Award monitoring activities conducted by the COPS Office include site visits, enhanced office-based grant reviews, alleged noncompliance reviews, financial and programmatic reporting, and audit resolution. As a COPS Office award recipient, you agree to cooperate with and respond to any requests for information pertaining to your award. This includes all financial records, such as general accounting ledgers and all supporting documents. All information pertinent to the implementation of the award is subject to agency review throughout the life of the award, during the close-out process and for three-years after the submission of the final expenditure report. 2 C.F.R. §§ 200.334 and 200.337, and, as applicable, 34 U.S.C. § 10385(a).

**Condition 6**
Authorized Representative Responsibility: The recipient understands that, in accepting this award, the Authorized Representatives declare and certify, among other things, that they possess the requisite legal authority to accept the award on behalf of the recipient entity and, in so doing, accept (or adopt) all material requirements throughout the period of performance under this award. The recipient further understands, and agrees, that it will not assign anyone to the role of Authorized Representative during the period of performance under the award without first ensuring that the individual has the requisite legal authority.

**Condition 7**
Contract Provision: All contracts made by the award recipients under the federal award must contain the provisions required under 2 C.F.R. Part 200, Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under Federal Awards. Please see appendices in the Award Owner's Manual for a full text of the contract provisions.

**Condition 8**
Award Owner's Manual: The recipient agrees to comply with the terms and conditions in the applicable award year COPS Office Program Award Owner's Manual; DOJ Grants Financial Guide; COPS Office statute (34 U.S.C. § 10381, et seq.) as applicable; Students, Teachers, and Officers Preventing (STOP) School Violence Act of 2018 (34 U.S.C. § 10551, et seq.) as applicable; the requirements of 2 C.F.R. Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards), including subsequent changes, as adopted by the U.S. Department of Justice in 2 C.F.R. § 2800.101; 48 C.F.R. Part 31 (FAR Part 31) as applicable (Contract Cost Principles

COPS-AR-0524

and Procedures); the Cooperative Agreement as applicable; representations made in the application; and all other applicable program requirements, laws, orders, regulations, or circulars.

Failure to comply with one or more award requirements may result in remedial action including, but not limited to, withholding award funds, disallowing costs, suspending, or terminating the award, or other legal action as appropriate.

Should any provision of a condition of this award be held to be invalid or unenforceable by its terms, then that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law (to any person or circumstance) under this award. Should it be held, instead, that a condition (or a provision thereof) is of utter invalidity or unenforceability, such condition (or such provision) shall be deemed severable from this award.

**Condition 9**
Federal Civil Rights: The recipient and any subrecipient must comply with applicable federal civil rights and nondiscrimination statutes and regulations including: Section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), as implemented in Subparts C and D of 28 C.F.R. Part 42; section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794), as implemented in Subpart G of 28 C.F.R. Part 42; section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681), as implemented in Subpart D of 28 C.F.R. Parts 42 and 54; section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102), as implemented in Subpart I of 28 C.F.R. Part 42; and section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)), as implemented in Subpart D of 28 C.F.R. Part 42. In addition to applicable federal statutes and regulations that pertain to civil rights and nondiscrimination, the recipient and any subrecipient must comply with the requirements in 28 C.F.R. Parts 22 (Confidentiality of Identifiable Research and Statistical Information); 28 C.F.R. Part 23 (Criminal Intelligence Systems Operating Policies); 28 C.F.R. Part 38 (Partnerships with Faith-Based and Other Neighborhood Organizations); and 28 C.F.R. Part 46 (Protection of Human Subjects). For an overview of the civil rights laws and nondiscrimination requirements in connection with your award, please see https://www.ojp.gov/program/civil-rights/overview.

**Condition 10**
Duplicative Funding: The recipient understands and agrees to notify the COPS Office if it receives, from any other source, funding for the same item or service also funded under this award.

**Condition 11**
Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and COPS Office authority to terminate award): The recipient and subrecipient agree to comply with the following requirements of 2 C.F.R. Part 175, Appendix A to Part 175 – Award Term:
I. Trafficking in Persons
(a) Provisions applicable to a recipient that is a private entity. (1) Under this award, the recipient, its employees, subrecipients under this award, and subrecipient's employees must not engage in:
(i) Severe forms of trafficking in persons;
(ii) The procurement of a commercial sex act during the period of time that this award or any subaward is in effect;
(iii) The use of forced labor in the performance of this award or any subaward; or
(iv) Acts that directly support or advance trafficking in persons, including the following acts:
(A) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;
(B) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:
(1) Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreement; or
(2) The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;
(C) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;
(D) Charging recruited employees a placement or recruitment fee; or
(E) Providing or arranging housing that fails to meet the host country's housing and safety standards.
(2) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:

Page: 7 of 19

COPS-AR-0525

(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or
(ii) Has an employee that is determined to have violated a prohibition in paragraph
(a)(1) of this this appendix through conduct that is either:
(A) Associated with the performance under this award; or
(B) Imputed to the recipient or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by DOJ at 2 C.F.R. Part 2867.
(b) Provision applicable to a recipient other than a private entity. (1) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if a subrecipient that is a private entity under this award:
(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or
(ii) Has an employee that is determined to have violated a prohibition in paragraph
(a)(1) of this appendix through conduct that is either:
(A) Associated with the performance under this award; or
(B) Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by 2 C.F.R. Part 2867.
(c) Provisions applicable to any recipient.
(1) The recipient must inform the Federal agency and the Inspector General of the Federal agency immediately of any information you receive from any source alleging a violation of a prohibition in paragraph (a)(1) of this appendix.
(2) The Federal agency's right to unilaterally terminate this award as described in paragraphs (a)(2) or (b)(1) of this appendix:
(i) Implements the requirements of 22 U.S.C. 78, and
(ii) Is in addition to all other remedies for noncompliance that are available to the Federal agency under this award.
(3) The recipient must include the requirements of paragraph (a)(1) of this award term in any subaward it makes to a private entity.
(4) If applicable, the recipient must also comply with the compliance plan and certification requirements in 2 CFR 175.105(b).
(d) Definitions. For purposes of this award term:
Employee means either:
(1) An individual employed by the recipient or a subrecipient who is engaged in the performance of the project or program under this award; or
(2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.
Private Entity means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in 2 CFR 200.1.
The terms "severe forms of trafficking in persons," "commercial sex act," "sex trafficking," "Abuse or threatened abuse of law or legal process," "coercion," "debt bondage," and "involuntary servitude" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).


**Condition 12**
Termination: Recipient understands and agrees that the COPS Office may terminate funding, in whole or in part, for the following reasons:
(1) When the recipient fails to comply with the terms and conditions of a Federal award.
(2) When the recipient agrees to the termination and termination conditions.
(3) When the recipient provides the COPS Office written notification requesting termination including the reasons, effective date, and the portion of the award to be terminated. The COPS Office may terminate the entire award if the remaining portion will not accomplish the purposes of the award.
(4) Pursuant to any other award terms and conditions, including, when an award no longer effectuates the program goals or agency priorities to the extent such termination is authorized by law.
2. C.F.R. § 200.340.

COPS-AR-0526

**Condition 13**

Recipient Integrity and Performance Matters: For awards over $500,000, the recipient agrees to comply with the following requirements of 2 C.F.R. Part 200, Appendix XII to Part 200 – Award Term and Condition for Recipient Integrity and Performance Matters:

I. Reporting of Matters Related to Recipient Integrity and Performance

(a) General Reporting Requirement.

(1) If the total value of your active grants, cooperative agreements, and procurement contracts from all Federal agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings described in paragraph (b) of this award term is current and complete. This is a statutory requirement under section 872 of Public Law 110–417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111– 212, all information posted in responsibility/qualification records in SAM.gov on or after April 15, 2011 (except past performance reviews required for Federal procurement contracts) will be publicly available.

(b) Proceedings About Which You Must Report.

(1) You must submit the required information about each proceeding that—

(i) Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

(ii) Reached its final disposition during the most recent five-year period; and

(iii) Is one of the following—

(A) A criminal proceeding that resulted in a conviction;

(B) A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

(C) An administrative proceeding that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

(D) Any other criminal, civil, or administrative proceeding if—

(1) It could have led to an outcome described in paragraph (b)(1)(iii)(A) through (C);

(2) It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

(3) The requirement in this award term to disclose information about the proceeding does not conflict with applicable laws and regulations.

(c) Reporting Procedures. Enter the required information in SAM.gov for each proceeding described in paragraph (b) of this award term. You do not need to submit the information a second time under grants and cooperative agreements that you received if you already provided the information in SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.

(d) Reporting Frequency. During any period of time when you are subject to the requirement in paragraph (a) of this award term, you must report proceedings information in SAM.gov for the most recent five-year period, either to report new information about a proceeding that you have not reported previously or affirm that there is no new information to report. If you have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000, you must disclose semiannually any information about the criminal, civil, and administrative proceedings.

(e) Definitions. For purposes of this award term—

Administrative proceeding means a nonjudicial process that is adjudicatory in nature to make a determination of fault or liability (for example, Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with the performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

Conviction means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere. Total value of currently active grants, cooperative agreements, and procurement contracts includes the value of the Federal share already received plus any anticipated Federal share under those awards (such as continuation funding).


**Condition 14**

Reporting Subawards and Executive Compensation: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 170, Appendix A to Part 170 – Award Term:

I. Reporting Subawards and Executive Compensation

(a) Reporting of first-tier subawards—(1) Applicability. Unless the recipient is exempt as provided in paragraph (d) of this award term, the recipient must report each subaward that equals or exceeds $30,000 in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000. All reported subawards should reflect the total amount

COPS-AR-0527

of the subaward.

(2) Reporting Requirements. (i) The entity or Federal agency must report each subaward described in paragraph (a)(1) of this award term to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov.

(ii) For subaward information, report no later than the end of the month following the month in which the subaward was issued. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).

(b) Reporting total compensation of recipient executives for entities—(1) Applicability. The recipient must report the total compensation for each of the recipient's five most highly compensated executives for the preceding completed fiscal year if:

(i) The total Federal funding authorized to date under this Federal award equals or exceeds $30,000;

(ii) in the preceding fiscal year, the recipient received:

(A) 80 percent or more of the recipient's annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. The recipient must report executive total compensation described in paragraph (b)(1) of this appendix:

(i) As part of the recipient's registration profile at https://www.sam.gov.

(ii) No later than the month following the month in which this Federal award is made, and annually after that. (For example, if this Federal award was made on November 7, 2025, the executive total compensation must be reported by no later than December 31, 2025.)

(c) Reporting of total compensation of subrecipient executives—(1) Applicability. Unless a first-tier subrecipient is exempt as provided in paragraph (d) of this appendix, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

(i) The total Federal funding authorized to date under the subaward equals or exceeds $30,000;

(ii) In the subrecipient's preceding fiscal year, the subrecipient received:

(A) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. Subrecipients must report to the recipient their executive total compensation described in paragraph (c)(1) of this appendix. The recipient is required to submit this information to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).

(d) Exemptions. (1) A recipient with gross income under $300,000 in the previous tax year is exempt from the requirements to report:

(i) Subawards, and

(ii) The total compensation of the five most highly compensated executives of any subrecipient.

(e) Definitions. For purposes of this award term:

Entity includes:

(1) Whether for profit or nonprofit:

Page: 10 of 19

COPS-AR-0528

(i) A corporation;
(ii) An association;
(iii) A partnership;
(iv) A limited liability company;
(v) A limited liability partnership;
(vi) A sole proprietorship;
(vii) Any other legal business entity;
(viii) Another grantee or contractor that is not excluded by subparagraph (2); and
(ix) Any State or locality;
(2) Does not include:
(i) An individual recipient of Federal financial assistance; or
(ii) A Federal employee.
Executive means an officer, managing partner, or any other employee holding a management position.
Subaward has the meaning given in 2 CFR200.1.
Subrecipient has the meaning given in 2CFR 200.1.
Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR 229.402(c)(2).

**Condition 15**
Assurances and Certifications: The recipient acknowledges its agreement to comply with the Assurances and Certifications forms that were signed as part of its application.

**Condition 16**
Conflict of Interest: Recipients and subrecipients must disclose in writing to the COPS Office or pass-through entity, as applicable, any potential conflict of interest affecting the awarded federal funding in 2 C.F.R. § 200.112.

**Condition 17**
Debarment and Suspension: The recipient agrees not to award federal funds under this program to any party which is debarred or suspended from participation in federal assistance programs. 2 C.F.R. Part 180 (Government-wide Nonprocurement Debarment and Suspension) and 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension).

**Condition 18**
Equal Employment Opportunity Plan (EEOP): Please see the Office for Civil Rights website https://www.ojp.gov/eeop-notice for current information on the recipient's responsibilities related to the federal regulations pertaining to the development and implementation of an Equal Employment Opportunity Plan.

**Condition 19**
Employment Eligibility: The recipient agrees to complete and keep on file, as appropriate, the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) Employment Eligibility Verification Form (I-9). This form is to be used by recipients of federal funds to verify that persons are eligible to work in the United States. Immigration Reform and Control Act of 1986 (IRCA), Public Law 99-603.

**Condition 20**
Enhancement of Contractor Protection from Reprisal for Disclosure of Certain Information: Recipients and subrecipients agree not to discharge, demote, or otherwise discriminate against an employee as reprisal for the employee disclosing information that he or she reasonably believes is evidence of gross mismanagement of a federal contract or award, a gross waste of federal funds, an abuse of authority relating to a federal contract or award, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or award. Recipients and subrecipients also agree to provide to their employees in writing (in the predominant native language of the workforce) of the rights and remedies provided in 41 U.S.C. § 4712. Please see appendices in the Award Owner's Manual for a full text of the statute.

**Condition 21**
False Statements: False statements or claims made in connection with COPS Office awards may result in fines,

COPS-AR-0529

imprisonment, debarment from participating in federal awards or contracts, and/or any other remedy available by law. 31 U.S.C. § 3729-3733.

**Condition 22**
Mandatory Disclosure: Recipients and subrecipients must timely disclose in writing to the Federal awarding agency or pass-through entity, as applicable, all federal criminal law violations involving fraud, bribery, or gratuity that may potentially affect the awarded federal funding. Recipients that receive an award over $500,000 must also report certain civil, criminal, or administrative proceedings in SAM and are required to comply with the Term and Condition for Recipient Integrity and Performance Matters as set out in 2 C.F.R. Part 200, Appendix XII to Part 200. Failure to make required disclosures can result in any of the remedies, including suspension and debarment, described in 2 C.F.R. § 200.339. 2 C.F.R. § 200.113.

**Condition 23**
Reports/Performance Goals: To assist the COPS Office in monitoring and tracking the performance of your award, your agency will be responsible for submitting semi-annual programmatic performance reports that describe project activities during the reporting period and quarterly Federal Financial Reports using Standard Form 425 (SF-425). 2 C.F.R. §§ 200.328 - 200.329. The performance report is used to track your agency's progress in implementing the award, and, as applicable, community policing strategies including gauging the effectiveness of your agency's community policing capacity. The Federal Financial Report is used to track the expenditures of the recipient's award funds on a cumulative basis throughout the life of the award.

**Condition 24**
System for Award Management (SAM.gov) and Universal Identifier Requirements: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 25, Appendix A to Part 25 – Award Term:
I. System for Award Management (SAM.gov) and Universal Identifier Requirements
(a) Requirement for System for Award Management. (1) Unless exempt from this requirement under 2 CFR 25.110, the recipient must maintain a current and active registration in SAM.gov. The recipient's registration must always be current and active until the recipient submits all final reports required under this Federal award or receives the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.
(b) Requirement for Unique Entity Identifier (UEI). (1) If the recipient is authorized to make subawards under this Federal award, the recipient:
(i) Must notify potential subrecipients that no entity may receive a subaward until the entity has provided its UEI to the recipient.
(ii) Must not make a subaward to an entity unless the entity has provided its UEI to the recipient. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.
(c) Definitions. For the purposes of this award term:
System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at https://www.sam.gov).
Unique entity identifier means the universal identifier assigned by SAM.gov to uniquely identify an entity.
Entity is defined at 2 CFR 25.400 and includes all of the following types as defined in 2 CFR 200.1:
(1) Non-Federal entity;
(2) Foreign organization;
(3) Foreign public entity;
(4) Domestic for-profit organization; and
(5) Federal agency.
Subaward has the meaning given in 2 CFR 200.1.
Subrecipient has the meaning given in 2 CFR 200.1.

**Condition 25**
Additional High-Risk Recipient Requirements: The recipient agrees to comply with any additional requirements that may be imposed during the award performance period if the awarding agency determines that the recipient is a high-

COPS-AR-0530

risk recipient. 2 C.F.R. § 200.208.

**Condition 26**
Allowable Costs: The funding under this award is for the payment of approved costs for program-specific purposes. The allowable costs approved for your agency's award are limited to those listed in your agency's award package. In accordance with 2 C.F.R. § 200.400(g), the recipient or subrecipient must not earn or keep any profit resulting from the award. Your agency may not use award funds for any costs not identified as allowable in the award package.

**Condition 27**
Training Guiding Principles: Any training or training materials developed or delivered with award funding provided by the Office of Community Oriented Policing Services is to adhere to the following guiding principles –

1. Trainings must comply with applicable law.
In developing and conducting training under the award, recipients (and any subrecipients) shall not violate the Constitution or any federal law, including any law prohibiting discrimination.

2. The content of trainings and training materials must be accurate, appropriately tailored, and focused.
The content of training programs must be accurate, useful to those being trained, and well matched to the program's stated objectives. Training materials used or distributed at trainings must be accurate, relevant, and consistent with these guiding principles.

3. Trainers must be well-qualified in the subject area and skilled in presenting it.
Trainers must possess the subject-matter knowledge and the subject-specific training experience necessary to meet th

4. Trainers must demonstrate the highest standards of professionalism.
Trainers must comport themselves with professionalism. While trainings will necessarily entail varying teaching styles, techniques, and degrees of formality, as appropriate to the particular training goal, professionalism demands that trainers instruct in the manner that best communicates the subject matter while conveying respect for all.

**Condition 28**
Computer Network Requirement: The recipient understands and agrees that no award funds may be used to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography. Nothing in this requirement limits the use of funds necessary for any federal, state, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Consolidated Appropriations Act, 2024, Public Law 118-42, Division C, Title V, Section 527.

**Condition 29**
Evaluations: The COPS Office may conduct monitoring or sponsor national evaluations of its award programs. The recipient agrees to cooperate with the monitors and evaluators. 34 U.S.C. § 10385(b).

**Condition 30**
Extensions: Recipients may request an extension of the award period to receive additional time to implement their award program. Such extensions do not provide additional funding. Only those recipients that can provide a reasonable justification for delays will be granted no-cost extensions. Extension requests must be received prior to the end date of the award. 2 C.F.R. §§ 200.308(f)(10) and 200.309.

**Condition 31**
Human Subjects Research: The recipient agrees to comply with the provisions of the U.S. Department of Justice's common rule regarding Protection of Human Subjects, 28 C.F.R. Part 46, prior to the expenditure of Federal funds to perform such activities, if applicable. The recipient also agrees to comply with 28 C.F.R. Part 22 regarding the safeguarding of individually identifiable information collected from research participants.

**Condition 32**
Modifications: Award modifications are evaluated on a case-by-case basis in accordance with 2 C.F.R. § 200.308(i).

COPS-AR-0531

For federal awards in excess of the simplified acquisition threshold (currently, $250,000), any modification request involving the reallocation of funding between budget categories that exceed or are expected to exceed 10 percent (10%) of the total approved budget requires prior written approval by the COPS Office. Regardless of the federal award amount or budget modification percentage, any reallocation of funding is limited to approved budget categories. In addition, any budget modification that changes the scope of the project requires prior written approval by the COPS Office.

**Condition 33**
The Paperwork Reduction Act Clearance and Privacy Act Review: Recipient agrees, if required, to submit all surveys, interview protocols, and other information collections to the COPS Office for submission to the Office of Management and Budget (OMB) for clearance under the Paperwork Reduction Act (PRA). Before submission to OMB, all information collections that request personally identifiable information must be reviewed by the COPS Office to ensure compliance with the Privacy Act. The Privacy Act compliance review and the PRA clearance process may take several months to complete. 44 U.S.C. §§ 3501-3520 and 5 U.S.C. § 552a.

**Condition 34**
Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment: Recipient agrees that it, and its subrecipients, will not use award funds to extend, renew, or enter into any contract to procure or obtain any covered telecommunication and video surveillance services or equipment as described in 2 CFR §200.216. Covered services and equipment include telecommunications or video surveillance services or equipment produced or provided by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities); Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities); or an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of China. The use of award funds on covered telecommunications or video surveillance services or equipment are unallowable.
2. C.F.R. § § 200.216 & 471. See also Section 889 of the John S. McCain National Defense Authorization Act of Fiscal Year 2019, Public Law 115-232.

**Condition 35**
Sole Source Justification: Recipients who have been awarded funding for the procurement of an item (or group of items) or service in excess of the simplified acquisition threshold (currently, $250,000) and who plan to seek approval for use of a noncompetitive procurement process must provide a written sole source justification to the COPS Office for approval prior to obligating, expending, or drawing down award funds for that item or service. 2 C.F.R. § 200.325(b)(2).

**Condition 36**
Supplementing, not Supplanting: State, local, and tribal government recipients must use award funds to supplement, and not supplant, state, local, or Bureau of Indian Affairs (BIA) funds that are already committed or otherwise would have been committed for award purposes (hiring, training, purchases, and/or activities) during the award period. In other words, state, local, and tribal government recipients may not use COPS Office funds to supplant (replace) state, local, or BIA funds that would have been dedicated to the COPS Office-funded item(s) in the absence of the COPS Office award. 34 U.S.C. § 10384(a).

**Condition 37**
Travel Costs: Travel costs for transportation, lodging and subsistence, and related items are allowable with prior approval from the COPS Office. Payment for allowable travel costs will be in accordance with 2 C.F.R. § 200.475.

**Condition 38**
Copyright: If applicable, the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award in accordance with 2 C.F.R. § 200.315(b). The COPS Office reserves a royalty-free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use the work, in whole or in part (including create derivative works), for Federal Government purposes, and to authorize others to do so. The COPS Office also reserves the right, at its discretion, not to publish deliverables and other materials developed under this award as a U.S. Department of Justice resource.

Products and deliverables developed with award funds and published as a U.S. Department of Justice resource will

COPS-AR-0532

contain the following copyright notice:

"This resource was developed under a federal award and may be subject to copyright. The U.S. Department of Justice reserves a royalty-free, nonexclusive, and irrevocable license to reproduce, publish, or otherwise use the work for Federal Government purposes and to authorize others to do so. This resource may be freely distributed and used for noncommercial and educational purposes only."

**Condition 39**
Requirement to report actual or imminent breach of personally identifiable information (PII).

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of a COPS Office grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to the recipient's COPS Office Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 40**
Domestic preferences for procurements: Recipient agrees that it, and its subrecipients, to the greatest extent practicable, will provide a preference for the purchase, acquisition, or use of goods, products, and materials produced in, and services offered in, the United States. 2. C.F.R. § 200.322 and Executive Order 14005, Ensuring the Future is Made in All of America by All of America's Workers, January 25, 2021.

**Condition 41**
Public Release Information: The recipient agrees to submit one copy of all reports and proposed publications resulting from this award ninety (90) days prior to public release. Any publications (written, curricula, visual, sound, or websites) or computer programs, whether or not published at government expense, shall contain the following statement:

"This project was supported, in whole or in part, by federal award number [YYYY-XX-XXXX] awarded to [Entity] by the U.S. Department of Justice, Office of Community Oriented Policing Services. The opinions contained herein are those of the author(s) or contributor(s) and do not necessarily represent the official position or policies of the U.S. Department of Justice. References to specific individuals, agencies, companies, products, or services should not be considered an endorsement by the author(s), contributor(s), or the U.S. Department of Justice.

**Condition 42**
Determination of suitability required, in advance, for certain individuals who may interact with participating minors.

SCOPE. This condition applies to this award if it is indicated –- in the application for the award (as approved by DOJ)(or in the application for any subaward, at any tier), the DOJ funding announcement (solicitation), or an associated federal statute –- that a purpose of some or all of the activities to be carried out under the award (whether by the recipient, or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age.

The recipient, and any subrecipient at any tier, must make determinations of suitability before certain individuals may interact with participating minors. This requirement applies regardless of an individual's employment status.

1. Advance determination regarding suitability. The recipient (and any subrecipient at any tier) may not permit any covered individual to interact with any participating minor in the course of activities under the award, unless the recipient or subrecipient first has made a written determination of the suitability of that individual to interact with participating minors, based on current and appropriate information as described in paragraph 3.E., and taking into account the factors and considerations described in paragraph 4.

2. Updates and reexaminations

A. The recipient (or subrecipient) must, at least every five years, update the searches described in paragraph 3.E.1. and 2., reexamine the covered individual's suitability determination in light of those search results, and, if appropriate, modify or withdraw that determination.

Page: 15 of 19

COPS-AR-0533

B. The recipient also must reexamine a covered individual's suitability determination upon learning of information that reasonably may suggest unsuitability and, if appropriate, modify or withdraw that determination.

3. Definitions

A. "Covered individual" means any individual (other than a participating minor, as defined in this condition, or a client of the recipient (or subrecipient)) who is expected, or reasonably likely, to interact with any participating minor (other than the individual's own minor children). A covered individual need not have any particular employment status or legal relationship with the recipient (or subrecipient). Such an individual might be an employee of a recipient (or subrecipient), but also might be (for example) a consultant, contractor, employee of a contractor, trainee, volunteer, or teacher.

B. "Participating minor." All individuals under 18 years of age within the set of individuals described in the scope section of this condition as it appears on the award document are participating minors.

C. "Interaction" includes physical contact, oral and written communication, and the transmission of images and sound, and may be in person or by electronic (or similar) means. But "interaction" does not include--

(1) brief contact that is both unexpected by the recipient (or subrecipient) and unintentional on the part of the covered individual -- such as might occur when a postal carrier delivers mail to an administrative office.

(2) personally-accompanied contact -- that is, infrequent or occasional contact (for example, by someone who comes to make a presentation) in the presence of an accompanying adult, pursuant to written policies and procedures of the recipient (or subrecipient) that are designed to ensure that -- throughout the contact -- an appropriate adult who has been determined to be suitable pursuant to this condition will closely and personally accompany, and remain continuously within view and earshot of, the covered individual.

D. "Activities under the award." Whether paid for with federal funds from the award, "matching" funds included in the COPS Office-approved budget for the award, or "program income" for the award as defined by the (DOJ) Part 200 Uniform Requirements), activities under the award include both --

(1) activities carried out under the award by the recipient (or subrecipient); and

(2) actions taken by an entity or individual pursuant to a procurement contract under the award or to a procurement contract under a subaward at any tier.

E. "Current and appropriate information"

In addition to information resulting from checks or screening required by applicable federal, state, tribal, or local law, and/or by the recipient's (or subrecipient's) written policies and procedures, current and appropriate information includes the results of all required searches listed below, each of which must be completed no earlier than six months before the determination regarding suitability.

(1) Public sex offender and child abuse websites/registries

A search (by current name, and, if applicable, by previous name(s) or aliases), of the pertinent and reasonably-accessible federal, state, and (if applicable) local and tribal sex offender and child abuse websites/public registries, including--

(a) the Dru Sjodin National Sex Offender Public Website (www.nsopw.gov);

(b) the website/public registry for each state (and/or tribe, if applicable) in which the individual lives, works, or goes to school, or has lived, worked, or gone to school at any time during the past five years; and

(c) the website/public registry for each state (and/or tribe, if applicable) in which the individual is expected to, or reasonably likely to, interact with a participating minor in the course of activities under the award.

(2) Criminal history registries and similar repositories of criminal history records

Page: 16 of 19

COPS-AR-0534

For each individual at least 18 years of age who is a covered individual under this award, a fingerprint search (or, if the recipient or subrecipient documents that a fingerprint search is not legally available, a name-based search, using current and, if applicable, previous names and aliases) (-- encompassing at least the time period beginning five calendar years preceding the date of the search request -- of pertinent state (and, if applicable, local and tribal) criminal history registries or similar repositories, including--

(a) the criminal history registry for each state in which the individual lives, works, or goes to school, or has lived, worked, or gone to school at any time during the past five years; and

(b) the criminal history registry for each state in which he or she is expected to, or reasonably likely to, interact with a participating minor in the course of activities under the award.

4. Factors and considerations in determinations regarding suitability

In addition to the factors and considerations that must or may be considered under applicable federal, state, tribal, or local law, and under the recipient's (or subrecipient's) written policies and procedures, in making a determination regarding suitability, the recipient (or subrecipient) must consider the current and appropriate information described in paragraph 3.E.

In particular (unless applicable law precludes it), with respect to either an initial determination of suitability or a subsequent reexamination, the recipient (or subrecipient) may not determine that a covered individual is suitable to interact with participating minors in the course of activities under the award if the covered individual--

A. Withholds consent to a criminal history search required by this condition;

B. Knowingly makes (or made) a false statement that affects, or is intended to affect, any search required by this condition;

C. Is listed as a registered sex offender on the Dru Sjodin National Sex Offender Public Website;

D. To the knowledge of the recipient (or subrecipient), has been convicted -- whether as a felony or misdemeanor -- under federal, state, tribal, or local law of any of the following crimes (or any substantially equivalent criminal offense, regardless of the specific words by which it may be identified in law):

(1) sexual or physical abuse, neglect, or endangerment of an individual under the age of 18 at the time of the offense;
(2) rape/sexual assault, including conspiracy to commit rape/sexual assault;
(3) sexual exploitation, such as through child pornography or sex trafficking;
(4) kidnapping;
(5) voyeurism; or

E. Is determined by a federal, state, tribal, or local government agency not to be suitable.

5. Administration; rule of construction

A. The requirements of this condition are among those that must be included in any subaward (at any tier), and must be monitored. They apply as of the date of acceptance of this award, and throughout the remainder of the period of performance.

B. The recipient is to contact the DOJ awarding agency with any questions regarding the requirements of this condition and must not allow a covered individual to interact with a participating minor until such questions are answered.

C. Award funds may be obligated for the reasonable, necessary, and allocable costs (if any) of actions designed to ensure compliance with this condition, provided that such funds would not supplant non-federal funds that would otherwise be available for such costs.

D. Nothing in this condition shall be understood to authorize or require any recipient, any subrecipient at any tier, or any person or other entity, to violate any federal, state, tribal, or local law, including any applicable civil rights or nondiscrimination law.

COPS-AR-0535

**Condition 43**

The recipient understands that one or more cost items within the approved budget is subject to further programmatic review. The recipient agrees not to obligate, expend, or draw down funds for these specific cost items until the COPS Office issues an Award Condition Modification (ACM) which will remove this award condition and release the identified funds. The partial withholding is specific to cost items requiring further review and will not impact use of the remaining funding. For additional information on the specific cost item(s) that are pending programmatic review, please contact the COPS Office Program Manager.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

### Declaration and Certification to the U.S. Department of Justice as to Acceptance

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
|---|---|---|
| COPS Acting Director | Cory D. Randolph | 9/29/25 4:08 PM |

## Authorized Representative

☑ Declaration and Certification (Law Enforcement Executive/Program Official)

**Entity Acceptance**

## Title of Authorized Entity Official
Chief of Police

## Name of Authorized Entity Official
Chad Kasmar

COPS-AR-0536

**Signed Date And Time**
1/23/2026 11:29 AM

☑ Declaration and Certification (Government Executive/Financial Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
City Manager

**Name of Authorized Entity Official**
Timothy Thomure

**Signed Date And Time**
1/23/2026 5:36 PM

Case 3:25-cv-09277-JD    Document 53-4    Filed 03/20/26    Page 311 of 438

COPS-AR-0537



# 2024 COPS Hiring Program (CHP)

## Award Owner's Manual

# 2024 COPS Office CHP Award Owner's Manual

This manual was created to assist COPS Office award recipients with the administrative and financial matters associated with their award.

For more information about your award, please contact your COPS Office Grant Manager. If you do not know the name or telephone number of your COPS Office Grant Manager, please contact the COPS Office Response Center at **AskCOPSRC@usdoj.gov** or 800-421-6770.



U.S. Department of Justice
Office of Community Oriented Policing Services
145 N Street NE
Washington, DC 20530
Visit the COPS Office online: **cops.usdoj.gov**
Published October 2024

COPS-AR-0539

2024 COPS Hiring Program (CHP) Award Owner's Manual

# Contents

Getting Started ...................................................................................................................................1

I. Award Acceptance, Terms, and Conditions ....................................................................................3

    Award package ...............................................................................................................................3

    Accepting the award ......................................................................................................................4

    Who should sign the award document for our agency? .................................................................4

    By when must the award document be signed?.............................................................................5

    What are the specific rules regarding termination of award funding? ...........................................5

    Award terms and conditions .........................................................................................................6

II. Accessing Award Funds...............................................................................................................43

    Payment method..........................................................................................................................43

    Additional payment questions .....................................................................................................44

III. Procurement Process.................................................................................................................46

    2024 SAFECOM Guidance on Emergency Communications Grants (SAFECOM Guidance)....................46

IV. Financial Record Maintenance ...................................................................................................47

    What accounting systems are required?.......................................................................................47

    What records must be kept?.........................................................................................................47

    How long must records be kept? ..................................................................................................47

    What if we have more than one award?........................................................................................48

    Who may access our records?......................................................................................................48

V. Federal Audit Requirements.......................................................................................................49

    Single Audit Act (SAA) requirements............................................................................................49

    Office of Inspector General (OIG) recipient audits........................................................................50

    Typical audit findings...................................................................................................................51

VI. Reporting Requirements ...........................................................................................................53

    Federal Financial Reports ............................................................................................................53

    Performance Reports ...................................................................................................................55

    Contact points to obtain technical assistance and report violations ..............................................57

COPS-AR-0540

2024 COPS Hiring Program (CHP) Award Owner's Manual

VII. When the Award Period Has Ended ...................................................................................................................58

    Final Federal Financial Report (SF-425) ...........................................................................................................58

    Final Performance (Closeout) Report...............................................................................................................58

VIII. Conclusion ....................................................................................................................................................60

Appendices ...........................................................................................................................................................61

    Appendix A. List of source documents ...........................................................................................................61

    Appendix B. U.S. Department of Justice Certified Standard Assurances ..........................................................62

    Appendix C. U.S. Department of Justice Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Law Enforcement and Community Policing ..........64

    Appendix D. Community policing defined.........................................................................................................68

    Appendix E. Enhancement of contractor protection from reprisal for disclosure of certain information (41 U.S.C. § 4712)............................................................................................................................................................75

    Appendix F. 2 C.F.R. Appendix II to Part 200: Contract provisions for nonfederal entity contracts under federal awards ...........................................................................................................................................................79

    Appendix G. Remittance of Interest Earned Amounts .....................................................................................81

    Appendix H. Additional resources for grant recipients ....................................................................................82

    COPS Office Resources ...................................................................................................................................82

Glossary of Terms ................................................................................................................................................84

COPS-AR-0541

2024 COPS Hiring Program (CHP) Award Owner's Manual

# Getting Started

Congratulations on receiving an award from the U.S. Department of Justice, Office of Community Oriented Policing Services (COPS Office). COPS Hiring Program (CHP) awards provide funding directly to law enforcement agencies to hire or rehire career law enforcement officers for the advancement of public safety through an increase in their community policing capacity and crime prevention efforts.

FY 2024 CHP awards will cover up to 75 percent of the entry-level salary and fringe benefits for each approved position for a three-year funding period, based on the applicant's current entry level salary levels for full-time officers. There is a minimum 25 percent local cash match (cost share) requirement unless a waiver is approved. The maximum federal share per officer position is $125,000 over the three-year period, (not $125,000 per year) unless a local match waiver is approved. Any additional costs for higher than entry-level salaries and fringe benefits will be the responsibility of the recipient agency.

Funding under this program will support three years of officer or deputy salaries within a five-year period of performance to accommodate time needed for recruitment and hiring. Agencies are required to fill the grant funded position for a term of 36-months. If a position funded by the CHP award becomes vacant during the performance period, your agency is required to take active and timely steps consistent with your agency's hiring policies and procedures to fill the position with a new officer to complete the remainder of the 36-month term. Each CHP funded position must be retained for a minimum of 12 months following the three years of federal funding. The additional officer positions should be added to your agency's law enforcement budget with state and/or local funds over and above the number of locally funded officer positions that would have existed in the absence of the award. Absorbing CHP-funded positions through attrition (rather than adding the extra positions to your budget with additional funding) does not meet the retention requirement.

The allowable uses of your agency's award are specified in the Award Package, and further details are available in the "Allowable Costs" section of this manual. If your agency's local fiscal conditions have changed since submitting the award application and your agency wishes to modify its award to reprogram awarded funding into a different hiring funding category, please refer to "Modification conditions" in this manual for detailed information on requesting a post-award modification.

Compliance with this Award Owner's Manual is a condition of your award, and this manual is binding guidance. This Award Owner's Manual will assist your agency with the administrative and financial matters associated with your award. It was developed by the COPS Office to ensure that all recipients clearly understand and meet the requirements of their award. Please review this manual carefully, because a failure to follow award requirements can have serious ramifications. Please do not hesitate to contact your COPS Office grant manager or the COPS Office Response Center at **AskCopsRC@usdoj.gov** if you need assistance with the implementation of your award.

The Uniform Administrative Requirements, Cost Principles, and Audit requirements for Federal Awards (known as the "Uniform Guidance" or "Part 200"), have been updated. The updates will be codified in the Code of Federal Regulations at 2 C.F.R. Part 200 on October 1, 2024. The U.S. Department of Justice (DOJ) adopted the Uniform Guidance, first promulgated in 2013, via regulation at 2 C.F.R. Part 2800 and it includes "any subsequent changes" to Part 200.

COPS-AR-0542

2024 COPS Hiring Program (CHP) Award Owner's Manual

DOJ is continuing to assess the impact of the OMB updates on its recipients of federal financial assistance. To the extent practicable, revisions to 2 C.F.R. Part 200 are incorporated into this Award Owner's Manual but may be subject to additional clarifications. Recipients remain responsible for complying with all Part 200 revisions, published in the Federal Register :: Guidance for Federal Financial Assistance at **https://www.federalregister.gov/documents/2024/04/22/2024-07496/guidance-for-federal-financial-assistance**.

Thank you for providing us with the opportunity to work in partnership with your community.

COPS-AR-0543

# I. Award Acceptance, Terms, and Conditions

Your entity must successfully set up their JustGrants account and enroll in the Automated Standard Application for Payments (ASAP) to accept and manage their award. Accepting or declining an award can only be done through the Justice Grants System (JustGrants). In JustGrants, you may print the PDF of the award for reference.

Prior to accepting an award, the entity administrator must assign a financial manager, a grant administrator, and two Authorized Representatives for each award in JustGrants. COPS Office recipients will have two Authorized Representatives assigned to each award; both are required to accept the award. When the Authorized Representative(s) log(s) into their JustGrants account, they can view accepted awards and awards that need to be accepted. An email notification will also be sent to the Application Submitter, the Authorized Representatives, and the Entity Administrator to sign and accept their award.

**To officially accept your award,** you must carefully review and electronically sign **the Award Package (which includes your Award Information, Financial Information, Award Conditions, and Other Award Documents including the cooperative agreement) within 45 days from the date shown on the award letter.** Please see the JustGrants training: <u>Grant Award Acceptance</u> for detailed information on accepting your award.

Your organization will **not** be able to draw down award funds until the COPS Office receives your signed award package and you have completed all steps in the ASAP system. For more information on drawing down award funds, please see the section titled "Accessing Award Funds" in this manual.

## Award package

The award package indicates your official award funding amount, the award number, the award terms and conditions, and the award start and end dates.

Be sure to familiarize yourself with all terms, conditions, and requirements of your award before signing the award package. Print and retain a copy of the award package including the award terms and conditions, the financial information, and the cooperative agreement and any other award documents for your records.

The Project Period start date on the award package means that your organization may be reimbursed for any allowable costs incurred on or after this date. The Project Period end date shows the last date that allowable costs may be incurred.

Your award number is in the following format: 15JCOPS-24-GG-XXXXX-XXXX as shown in figure 1 on page 4. The COPS Office tracks award information based upon this number. Therefore, it is important to have your organization's award number (or your organization's System for Award Management (SAM) Unique Entity Identifier (UEI) number) readily available when corresponding with the COPS Office.

COPS-AR-0544

**Figure 1. Award number example**



## Accepting the award

After you have reviewed the conditions of your award and your organization agrees with these conditions, you are ready to accept the award. The Director of the COPS Office or designee has signed the award package indicating approval of your award, an obligation of federal funds to your organization, and our commitment to the award. As stated at the beginning of this section, to officially begin your award and draw down your funds, the authorized representatives (see the Glossary of Terms following the appendices) of your organization must access the JustGrants website to log in, review, and electronically sign the award package and, if applicable, the special award conditions or high risk conditions in the award package supplement within 45 days of the date shown on the award letter.

Refer to the Job Aid Reference Guide titled ***Grantee Acceptance***, which will walk you through the necessary steps to follow in accepting an award package.

## Who should sign the award document for our agency?

The authorized representatives are the authorized officials who have ultimate and final responsibility for all programmatic and financial decisions regarding this award as representatives of the legal recipient and those possessing the ultimate signatory authority to sign contracts on behalf of your organization. Typically, these are the same executives who signed the forms in your COPS Office application.

For law enforcement agencies, COPS Office awards require that both the top law enforcement executive (e.g., chief of police, sheriff, or equivalent) and the top government executive (e.g., mayor, board chairman, or equivalent) sign the award document. For non-law enforcement agencies (universities, etc.), the authorized officials are the programmatic and financial officials who have the ultimate signatory authority to sign contracts on behalf of your organization. If you have any questions as to who should sign the award, please contact your jurisdiction's local legal advisor.

If the Authorized Representatives change between the time of application submission and award receipt, the Entity Administrator (EA) will need to update the Authorized Representative in JustGrants.

COPS-AR-0545

## By when must the award document be signed?

Please electronically sign the award document within 45 days of date on the award letter. Award funds will not be released until we have received your agency's signed award document, your budget has received final clearance, and any other relevant award conditions particular to your agency have been satisfied. Failure to electronically sign your award document within the 45-day award acceptance period may result in your award being withdrawn and the funds deobligated without additional notification. If your agency requires an extension for accepting the award beyond the 45-day acceptance timeframe, please contact your COPS Office grant manager. Be sure to explain the circumstances that prevent your agency from signing the award document within the 45-day period and identify the date by which the award document will be electronically signed. The COPS Office will review such requests on a case-by-case basis. The COPS Office reserves the right to deny requests to extend the 45-day award acceptance period. If you have any questions, please contact your COPS Office grant manager at **AskCopsRC@usdoj.gov**.

## What are the specific rules regarding termination of award funding?

The COPS Office may suspend, in whole or in part, or terminate funding or impose other sanctions on a recipient for the following reasons:

- Failure to substantially comply with the requirements or objectives of the Public Safety Partnership and Community Policing Act of 1994, program guidelines, or other provisions of federal law
- Failure to make satisfactory progress toward the goals or strategies set forth in the recipient's application
- Failure to adhere to award agreement requirements or special conditions
- Proposing substantial plan changes to the extent that, if originally submitted, would have resulted in the application not being selected for funding
- Failure to submit required or requested reports
- Filing a false statement or certification in this application or other report or document
- Other good cause shown

Prior to imposing sanctions, the COPS Office will provide reasonable notice to the recipient of its intent to impose sanctions and will attempt to resolve the problem informally. Appeal procedures will follow those in the U.S. Department of Justice regulations in 28 C.F.R. Part 18.

Awards terminated because of noncompliance with the federal statutes, regulations, or award terms and conditions will be reported to the integrity and performance system accessible through SAM.gov under Entity Information, Responsibility/Qualification (formerly FAPIIS.gov).

False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and any other remedy available by law.

Please be advised that recipients may not use COPS Office funding for the same item or service also funded by another U.S. Department of Justice award.

COPS-AR-0546

# Award terms and conditions

The award terms and conditions are included in the award package. By accepting this award, you are obtaining federal funds from the COPS Office. As part of that agreement, your organization acknowledges that it will comply with these terms and conditions (and, if applicable, any additional special or high-risk conditions specific to your organization). The section that follows describes, in detail, all of the award conditions, their rationales, and their implications. It also addresses many frequently asked questions. If you have additional questions concerning any of these award conditions, please contact your COPS Office Grant Manager.

In limited circumstances, your award may be subject to special conditions that prevent your organization from drawing down or accessing award funds until the special conditions are satisfied as determined by the COPS Office. Any special or high-risk conditions will be included in the award conditions section of the award package. If you have questions about the special or high-risk conditions, please contact your assigned COPS Office Grant Manager.

## Reasons for award terms and conditions

The requirements of your award are established within

- the Public Safety Partnership and Community Policing Act of 1994, which established the COPS Office;
- the Students, Teachers, and Officers Preventing (STOP) School Violence Act of 2018 (34 U.S.C. § 10551, et seq.) as applicable;
- the applicable rules, regulations and policies issued by the U.S. Department of Justice, Office of Management and Budget (OMB), the Government Accountability Office (GAO), and the United States Treasury;
- the specific programmatic requirements established by the COPS Office.

A list of source documents for this manual is provided in the appendices. You may request copies of any source reference document from

**Office of Administration, Publication Unit**
**New Executive Office Building**
**725 17th Street NW, Room G 236**
**Washington, D.C. 20503**

COPS Office–specific documents may be requested directly from the COPS Office by contacting your COPS Office Grant Manager.

COPS-AR-0547

## Review of award terms and conditions

By signing the award package to accept this award, your organization agrees to abide by the following award terms and conditions:

*1. Restrictions on Internal Confidentiality Agreements*

**Condition:**

*No recipient or subrecipient under this award, or entity that receives a contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts the lawful reporting of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information. Further Consolidated Appropriations Act, 2024, Public Law, 118-47 Division B, Title VII, Section 742.*

**Why this condition:**

Under the Appropriations Act, neither the recipient, subrecipient, nor any entity that receives a contract or subcontract with any funds under this or any other Act may require its employees or contractors to sign an internal confidentiality agreement or statement prohibiting or otherwise restricting their lawful reporting of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency. This provision protects the public interest and ensures the proper management and use of federal funds. This limitation is not intended and shall not be understood by the agency making this award, to contravene requirements applicable to Standard Form 312 (which relates to classified information), Form 4414 (which relates to sensitive compartmented information), or any other form issued by a federal department or agency governing the nondisclosure of classified information.

**What you should do:**

In accepting this award, the recipient

- represents that it neither requires nor has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above;

- represents that, if it learns or is notified that it is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict) reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds, will provide prompt written notification to the agency making this award, and will resume such obligations only if expressly authorized to do so by that agency.

- If the recipient does or is authorized to make subawards or contracts under this award, in accepting, the recipient

- represents that it has or will determine that no other entity that the recipient proposes may or will receive award funds (whether through a subaward, contract, or subcontract) either requires or has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above;

COPS-AR-0548

- represents that it has or will make appropriate inquiry, or otherwise has an adequate factual basis, to support this representation;

- represents that, if it learns or is notified that any subrecipient, contractor, or subcontractor entity that receives funds under this award is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict) reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds to or by that entity, will provide prompt written notification to the agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

## 2. Federal Civil Rights

**Condition:**

*The recipient and any subrecipient must comply with applicable federal civil rights and nondiscrimination statutes and regulations, including section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), as implemented in subparts C and D of 28 C.F.R. Part 42; section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794), as implemented in subpart G of 28 C.F.R. Part 42; section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681), as implemented in subpart D of 28 C.F.R. Parts 42 and 54; section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102), as implemented in subpart I of 28 C.F.R. Part 42; and section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)), as implemented in subpart D of 28 C.F.R. part 42.*

*In addition to applicable federal statutes and regulations that pertain to civil rights and nondiscrimination, the recipient and any subrecipient must comply with the requirements in 28 C.F.R. Parts 22 (Confidentiality of Identifiable Research and Statistical Information); 28 C.F.R. Part 23 (Criminal Intelligence Systems Operating Policies); 28 C.F.R. Part 38 (Partnership with Faith-Based and Other Neighborhood Organizations); and 28 C.F.R. Part 46 (Protection of Human Subjects). For an overview of the civil rights laws and nondiscrimination requirements in connection with your award, please see https://www.ojp.gov/program/civil-rights/overview.*

**Why this condition:**

In establishing financial assistance programs, Congress linked the receipt of federal funding to compliance with federal civil rights and nondiscrimination laws. As a result, recipients are required to comply with the civil rights and nondiscrimination laws referenced above. A hold may be placed on your award if it is deemed that your organization is not in compliance with federal civil rights laws or is not cooperating with an ongoing federal civil rights investigation. If a hold is placed on your award, you will not be able to obligate or draw down federal funds under your organization's COPS Office award until you comply with federal civil rights laws or cooperate with any ongoing federal civil rights investigation.

**What you should do:**

The Office for Civil Rights (OCR), Office of Justice Programs, U.S. Department of Justice has been delegated the responsibility for ensuring that recipients of federal financial assistance from the COPS Office are not engaged in discrimination prohibited by law. Included with your award package is a memorandum from the OCR, which addresses the federal civil rights statutes and regulations applicable to your award. You should review this memorandum to understand your organization's civil rights responsibilities. For an overview of the civil rights laws and nondiscrimination requirements in connection with your award, please see **https://www.ojp.gov/program/civil-rights/overview**.

COPS-AR-0549

The recipient and any subrecipient must comply with all applicable requirements of 28 C.F.R. Part 38, which includes rules that prohibit specific forms of discrimination on the basis of religion, a religious belief, a refusal to hold a religious belief, or refusal to attend or participate in a religious practice. Part 38 also sets out rules and requirements that pertain to recipients and subrecipients that engage in or conduct explicitly religious activities, as well as rules and requirements that pertain to recipients and subrecipients that are faith-based or religious organizations. Recipients and subrecipients that provide social services under this award must give written notice to beneficiaries and prospective beneficiaries prior to the provision of services (if practicable) which shall include language substantially similar to the language in 28 C.F.R. Part 38, Appendix C, sections (1) through (4). A sample written notice and other important Part 38 information may be found at **https://www.ojp.gov/program/civil-rights-office/partnerships-faith-based-and-other-neighborhood-organizations**. In addition, a faith-based recipient or subrecipient *may* consider religion in hiring *provided* it satisfies particular requirements, which can be found at **https://www.ojp.gov/funding/explore/legaloverview2024/civilrightsrequirements**.

As a recipient of federal financial assistance from the COPS Office, you are required to comply with the applicable federal civil rights and nondiscrimination laws to collect data and information sufficient to permit effective enforcement of such laws, and to cooperate with any federal civil rights investigation, which includes providing access to records, accounts, documents, information, facilities, and staff.

## 3. Award Monitoring Activities

**Condition:**

*Federal law requires that recipients receiving federal funding from the COPS Office must be monitored to ensure compliance with their award conditions and other applicable statutes and regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice. Award monitoring activities conducted by the COPS Office include site visits, enhanced office-based grant reviews, alleged noncompliance reviews, financial and programmatic reporting, and audit resolution. As a COPS Office award recipient, you agree to cooperate with and respond to any requests for information pertaining to your award. This includes all financial records, such as general accounting ledgers and all supporting documents. All information pertinent to the implementation of the award is subject to agency review throughout the life of the award, during the close-out process and for three-years after the submission of the final expenditure report. 2 C.F.R. §§ 200.334 and 200.337, and, as applicable, 34 U.S.C. § 10385(a).*

**Why this condition:**

The Public Safety Partnership and Community Policing Act of 1994 states that each award program must contain a monitoring component. The COPS Office actively monitors how recipients are complying with COPS Office award requirements. In addition, the monitoring component provides customer service and technical assistance to help ensure recipients understand how to remain in compliance while implementing their awards.

COPS-AR-0550

**What you should do:**

Your organization may be required to accommodate routine and nonroutine efforts by the COPS Office, or an entity designated by the COPS Office, to examine your organization's use of federal funds both programmatically and financially. The four primary means of ensuring recipients' compliance with the terms and conditions of their awards are as follows:

1. **Site visits.** The COPS Office strategically selects award recipients based on a variety of risk factors to conduct site visits to ensure compliance with award terms and conditions. The purpose of site visits is threefold:

    i. To review for compliance with the terms and conditions of the award

    ii. To review the recipient's community policing strategies

    iii. To provide customer service and technical assistance

    If selected, recipients will be notified in writing in advance with detailed instructions for how to prepare for the review of their COPS Office awards. This review is generally performed over a period of one to two days. Recipients will have an opportunity to resolve any identified noncompliance issues while on-site or, if necessary, following the site visit. In addition, recipients will also have an opportunity to seek customer service and/or technical assistance on the implementation of their award.

2. **Enhanced Office-Based Grant Reviews (EOBGR).** In lieu of a site visit, awards may be selected for an EOBGR conducted at the COPS Office via teleconference or video conference. EOBGRs serve as an alternative for conducting award monitoring reviews in support of the COPS Office's overall award monitoring strategy. The purpose of the EOBGR is threefold:

    i. To review for compliance with the terms and conditions of the award

    ii. To review the recipient's community policing strategies

    iii. To provide customer service and technical assistance

    If selected, the recipient will be notified in writing in advance of any EOBGR of its COPS Office awards. This review is generally performed over a one-to two-day period. Recipients will have an opportunity to resolve any identified noncompliance issues, if necessary, following the EOBGR interview. In addition, award recipients will also have an opportunity to seek customer service and/or technical assistance on the implementation of their award.

3. **Alleged Noncompliance Referral (ANCR).** An ANCR is an allegation of suspected noncompliance that originates from an internal source within the COPS Office or an external referral from one of many sources. Internal ANCRs generally originate from COPS Office Grants Administration Division, Finance Division, or the Office of General Counsel (OGC), although any COPS Office component may refer a noncompliance issue to the ANCR. External noncompliance referrals may be received from anonymous complainants, media, citizens, law enforcement agencies, other Federal agencies, or other outside sources. On a case-by-case basis, COPS Office ANCR staff members determine the appropriate course of action to take to investigate complaints of alleged noncompliance. This may include phone or letter contact or a site visit by COPS Office staff or the OIG. Each ANCR referral is resolved as a violation or nonviolation based upon the preponderance of the supporting documentation or other facts to determine if the award recipient is in compliance or noncompliance.

4. **Audit liaison.** The OIG may conduct a random audit for any recipient of a COPS Office award. In the event your organization has undergone an OIG audit and there are audit recommendations (findings) resulting from noncompliance or poor accountability practices, the COPS Office Grant Monitoring Division Audit Liaison Section will work with your organization to resolve and close these recommendations. Remedies to close recommendations may include repayment of award funds, providing adequate documentation to

COPS-AR-0551

demonstrate compliance, or providing proof of policies or procedures that were created or revised to directly address the causes for the noncompliance as a proactive preventative measure to avoid future noncompliance.

Recipients are responsible for remedying any award noncompliance that is identified during site visits, EOBGRs, and/or ANCRs. In addition, recipients are responsible for remedying noncompliance stemming from audit recommendations identified in audits of COPS Office awards conducted by the OIG and the Office of the Chief Financial Officer (OCFO). Remedies for noncompliance may include but are not limited to repayment of award funds for unallowable or unsupported costs, providing adequate documentation to demonstrate compliance, suspending active award funding, voluntary withdrawal from or involuntary termination of remaining award funds, or a restriction from receiving future COPS Office awards for a period of time. Under certain conditions, additional actions may include referral and placement on the U.S. Department of Justice's High-Risk List, which will include mandatory completion of the Office of Justice Programs Financial Management Training and being subject to increased monitoring of current and future awards while on the list. In the event of criminal misuse of award funds, recipients may also be subject to fines and imprisonment. To avoid findings of noncompliance, recipients are strongly encouraged to become familiar with the **COPS Office Grant Monitoring Division's Grant Monitoring Standards and Guidelines** and Award Owner's Manual for the year in which the award was made. Recipients should also contact their COPS Office Grant Manager at any time during the life of a COPS Office award with questions concerning award conditions, terms, or requirements to seek guidance to avoid noncompliance. It is necessary for recipients to maintain all relevant documentation (administrative, financial, and programmatic) used to develop the application and implement the award that may be necessary or required to demonstrate award compliance for a period of three-years from the date of submission of the final expenditure report. For more information, please contact the COPS Office Response Center at **AskCopsRC@usdoj.gov**.

## 4. Authorized Representative Responsibility

**Condition:**

*The recipient understands that, in accepting this award, the Authorized Representatives declare and certify, among other things, that they possess the requisite legal authority to accept the award on behalf of the recipient entity and, in so doing, accept (or adopt) all material requirements throughout the period of performance under this award. The recipient further understands, and agrees, that it will not assign anyone to the role of Authorized Representative during the period of performance under the award without first ensuring that the individual has the requisite legal authority.*

**Why this condition:**

The Authorized Representatives are responsible for reviewing and accepting a recipient's COPS Office award and must possess the legal authority to accept awards. This action binds the recipient to the award requirements.

**What you should do:**

The recipient must ensure it assigns two officials as the required Authorized Representatives for its COPS Office award who have ultimate and final responsibility for all programmatic and financial decisions for the agency, as the legal recipient. For guidance on who should be assigned as your agency's two Authorized Representatives, please see the Award Acceptance, Terms, and Conditions section of the Award Owner's Manual.

COPS-AR-0552

## 5. Contract Provision

**Condition:**

*All contracts made by the award recipients under the federal award must contain the provisions required under 2 C.F.R. Part 200, Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under Federal Awards. Please see appendices in the Award Owner's Manual for a full text of the contract provisions.*

**Why this condition:**

Federal regulations require recipients and subrecipients to comply with the necessary contract provisions in order to standardize and strengthen oversight of all contracts made under federal awards. This provision protects the public interest and ensures the proper management and use of federal funds as it relates to contracts entered into by the recipient.

**What you should do:**

The recipient should review all contracts made under the federal award to ensure that they contain the provisions required under 2 C.F.R. Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under Federal Awards in the appendices of this manual.

## 6. Award Owner's Manual

**Condition:**

*The recipient agrees to comply with the terms and conditions in the applicable award year COPS Office Program Award Owner's Manual; DOJ Grants Financial Guide; COPS Office statute (34 U.S.C. § 10381, et seq.) as applicable; Students, Teachers, and Officers Preventing (STOP) School Violence Act of 2018 (34 U.S.C. § 10551, et seq.) as applicable; the requirements of 2 C.F.R. Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards), including subsequent changes, as adopted by the U.S. Department of Justice in 2 C.F.R. § 2800.101; 48 C.F.R. Part 31 (FAR Part 31) as applicable (Contract Cost Principles and Procedures); the Cooperative Agreement as applicable; representations made in the application; and all other applicable program requirements, laws, orders, regulations, or circulars.*

*Failure to comply with one or more award requirements may result in remedial action including, but not limited to, withholding award funds, disallowing costs, suspending, or terminating the award, or other legal action as appropriate.*

*Should any provision of an award condition be deemed invalid or unenforceable by its terms, that provision will be applied to give it the maximum effect permitted by law. Should the provision be deemed invalid or unenforceable in its entirety, such provision will be severed from this award.*

**Why this condition:**

This manual has been designed to inform you of the requirements, laws, regulations, and policies that apply to your award. Your organization will be responsible for the information and rules contained in this manual and for implementing your award in compliance with the applicable terms, conditions, and regulations. Please note that in

COPS-AR-0553

accordance with 2 C.F.R. § 200.101(a)(2), the COPS Office applies 2 C.F.R. Subparts A through E to for-profit (or commercial) entities. More detailed guidance regarding any particular award requirement or your organization's specific circumstances can be requested through your COPS Office Grant Manager.

**What you should do:**

Please read the entire CHP Award Owner's Manual carefully prior to signing the award package. If you have any questions, please contact your COPS Office Grant Manager. When accepting your award, you should ensure that the proper reporting and financial systems are in place to satisfy the award requirements.

## 7. Duplicative Funding

**Condition:**

*The recipient understands and agrees to notify the COPS Office if it receives, from any other source, funding for the same item or service also funded under this award.*

**Why this condition:**

This award was made to your organization for approved project costs that are not funded with other funds, including federal, state, local, tribal, or BIA funds. Consequently, your organization may not use this funding for items or services that you already have funding for from other sources.

**What you should do:**

If your organization receives funding from another source for the same item(s) or services(s) also funded under this award, please contact your COPS Office Grant Manager. If necessary, the COPS Office will work with your organization to reprogram funding for items or services that are allowable under this award program.

## 8. Prohibited Conduct by Recipients and Subrecipients Related to Trafficking in Persons (Including Reporting Requirements and COPS Office Authority to Terminate Award)

**Condition:**

*The recipient and subrecipient agree to comply with the following requirements of 2 C.F.R. Part 175, Appendix A to Part 175) – Award Term:*

*I. Trafficking in Persons.*

*(a) Provisions applicable to a recipient that is a private entity. (1) Under this award, the recipient, its employees, subrecipients under this award, and subrecipients' employees must not engage in:*

*(i) Severe forms of trafficking in persons;*

*(ii) The procurement of a commercial sex act during the period of time that this award or any subaward is in effect;*

*(iii) The use of forced labor in the performance of this award or any subaward; or*

COPS-AR-0554

*(iv) Acts that directly support or advance trafficking in persons, including the following acts:*

*(A) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;*

*(B) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:*

*(1) Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreement; or*

*(2) The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;*

*(C) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;*

*(D) Charging recruited employees a placement or recruitment fee; or*

*(E) Providing or arranging housing that fails to meet the hose country's housing and safety standards.*

*(2) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:*

*(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or*

*(ii) Has an employee that is determined to have violated a prohibition in paragraph (a)(1) of this appendix through conduct that is either:*

*(A) Associated with performance under this award; or*

*(B) Imputed to the recipient or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 C.F.R. part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by DOJ at 2 C.F.R. Part 2867.*

*(b) Provision applicable to a recipient other than a private entity. (1) The Federal agency may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if a subrecipient that is a private entity under this award:*

*(i). Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or*

*(ii) Has an employee that is determined to have violated a prohibition in paragraph (a)(1) of this appendix through conduct that is either:*

*(A) Associated with performance under this award; or*

*(B) Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 C.F.R. part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by 2 C.F.R. Part 2867.*

COPS-AR-0555

*(c) Provisions applicable to any recipient.*

*(1) The recipient must inform the Federal agency and the Inspector General of the Federal agency immediately of any information you receive from any source alleging a violation of a prohibition in paragraph (a)(1) of this appendix.*

*(2) The Federal agency's right to unilaterally terminate this award as described in paragraphs (a)(2) or (b)(1) of this appendix:*

*(i) Implements the requirements of 22 U.S.C. 78, and*

*(ii) Is in addition to all other remedies for noncompliance that are available to the Federal agency under this award.*

*3. The recipient must include the requirements of paragraph (a)(1) of this award term in any subaward it makes to a private entity.*

*(4) If applicable, the recipient must also comply with the compliance plan and certification requirements in 2 C.F.R. 175.105(b).*

*(d) Definitions. For purposes of this award term:*

*"Employee" means either:*

*(1) An individual employed by the recipient or a subrecipient who is engaged in the performance of the project or program under this award; or*

*(2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.*

*"Private entity" means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in 2 C.F.R. 200.1.*

*The terms "severe forms of trafficking in persons," "commercial sex act," "sex trafficking," "Abuse or threatened abuse of law or legal process," "coercion," "debt bondage," and "involuntary servitude" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).*

COPS-AR-0556

**Why this condition:**

The purpose of this government-wide award term is to implement the requirement in paragraph (g) of section 106 of the Trafficking Victims Protection Act of 2000 (TVPA), as amended, (22 U.S.C. § 7104(g)). The award term authorizes the COPS Office to terminate an award to a private entity, without penalty, if the recipient or a subrecipient:

(a) Engages in severe forms of trafficking in persons during the period of time that the award is in effect;

(b) Procures a commercial sex act during the period of time that the award is in effect;

(c) Uses forced labor in the performance of the award or subawards under the award; or

(d) Acts that directly support or advance trafficking in persons as described in the award term.

2 C.F.R. § 175.105.

**What you should do:**

During the time that the award is in effect, recipients, subrecipients at any tier, and their employees must not engage in severe forms of trafficking in persons, procure commercial sex acts, use forced labor in the performance of the award, or engage in acts that directly support or advance trafficking persons. The recipient must include the above award term in any subaward to a private entity. The recipient must also promptly notify the COPS Office of any information received from any source alleging a violation of prohibited conduct described in the award term.

## 9. Termination

**Condition:**

*Recipient understands and agrees that the COPS Office may terminate funding, in whole or in part, for the following reasons:*

*(1) When the recipient fails to comply with the terms and conditions of a Federal award.*

*(2) When the recipient agrees to the termination and termination conditions.*

*(3) When the recipient provides the COPS Office written notification requesting termination including the reasons, effective date, and the portion of the award to be terminated. The COPS Office may terminate the entire award if the remaining portion will not accomplish the purposes of the award.*

*(4) Pursuant to any other award terms and conditions, including, when an award no longer effectuates the program goals or agency priorities to the extent such termination is authorized by law.*

*2. C.F.R. § 200.340.*

**Why this condition:**

This condition sets forth the circumstances under which your federal award may be terminated.

COPS-AR-0557

**What you should do:**

Carefully review the reasons for termination in this condition to ensure that your organization is aware of when award funding may be terminated. If you have any questions regarding the provisions, please contact your COPS Office Grant Manager.

*10. Recipient Integrity and Performance Matters*

**Condition:**

*For awards over $500,000, the recipient agrees to comply with the following requirements of 2 C.F.R. Part 200, Appendix XII to Part 200 – Award Term and Condition for Recipient Integrity and Performance Matters:*

*I. Reporting of Matters Related to Recipient Integrity and Performance*

*(a) General Reporting Requirement.*

*(1) If the total value of your active grants, cooperative agreements, and procurement contracts from all Federal agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings described in paragraph (b) of this award term is current and complete. This is a statutory requirement under section 872 of Public Law 110–417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111–212, all information posted in responsibility/qualification records in SAM.gov on or after April 15, 2011 (except past performance reviews required for Federal procurement contracts) will be publicly available.*

*(b) Proceedings About Which You Must Report.*

*(1) You must submit the information required about each proceeding that—*

*(i) Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;*

*(ii) Reached its final disposition during the most recent five year period; and*

*(iii) Is one of the following—*

*(A) A criminal proceeding that resulted in a conviction;*

*(B) A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;*

*(C) An administrative proceeding that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or*

*(D) Any other criminal, civil, or administrative proceeding if—*

*(1) It could have led to an outcome described in paragraph (b)(1)(iii)(A) through (C);*

*(2) It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and*

17

2024 COPS Hiring Program (CHP) Award Owner's Manual

*(3) The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.*

*(c) Reporting Procedures. Enter the required information in SAM.gov for each proceeding described in paragraph (b) of this award term. You do not need to submit the information a second time under grants and cooperative agreements that you received if you already provided the information in SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.*

*(d) Reporting Frequency. During any period of time when you are subject to the requirement in paragraph (a) of this award term, you must report proceedings information in SAM.gov for the most recent five year period, either to report new information about a proceeding that you have not reported previously or affirm that there is no new information to report. If you have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000, you must disclose semiannually any information about the criminal, civil, and administrative proceedings.*

*(3) Definitions. For purposes of this award term—*

*Administrative proceeding means a nonjudicial process that is adjudicatory in nature to make a determination of fault or liability (for example, Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.*

*Conviction means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere. Total value of currently active grants, cooperative agreements, and procurement contracts includes the value of the Federal share already received plus any anticipated Federal share under those awards (such as continuation funding).*

**Why this condition:**

Under 2 C.F.R. § 200.211(c)(1)(iii), recipients of awards in excess of $500,000 are required to report certain civil, criminal, and administrative proceedings if they have active federal grants, cooperative agreements, or contracts (or any combination of these) that total more than $10,000,000 during the COPS Office award period. The purpose is to protect the public interest and to ensure proper management in federal activities by conducting business with responsible parties.

**What you should do:**

If the total value of your active grants, cooperative agreements, and contracts from all federal awarding agencies exceeds $10,000,000 during the COPS Office award period, then you must ensure that the proceedings described in paragraph 2 of this award term that are reported in the System for Award Management (SAM) are current. The information about the reported proceedings is made available in SAM via the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)).

During the award period, you must either report for the most recent five year period new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report. You must also disclose semiannually any information about criminal, civil, and administrative proceedings.

COPS-AR-0559

## 11. Reporting Subawards and Executive Compensation

**Condition:**

*The recipient agrees to comply with the following requirements of 2 C.F.R. Part 170, Appendix A to Part 170 – Award Term:*

*I. Reporting Subawards and Executive Compensation*

*(a) Reporting of first-tier subawards— (1) Applicability. Unless the recipient is exempt as provided in paragraph (d) of this award term, the recipient must report each subaward that equals or exceeds $30,000 in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000. All reported subawards should reflect the total amount of the subaward.*

*(2) Reporting Requirements. (i) The entity or Federal agency must report each subaward described in paragraph (a)(1) of this award term to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at https://www.fsrs.gov.*

*(ii) For subaward information, report no later than the end of the month following the month in which the subaward was issued. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025.)*

*(b) Reporting total compensation of recipient executives for entities— (1) Applicability. The recipient must report the total compensation for each of the recipient's five most highly compensated executives for the preceding completed fiscal year if:*

*(i) The total Federal funding authorized to date under this Federal award equals or exceeds $30,000;*

*(ii) in the preceding fiscal year, the recipient received:*

*(A) 80 percent or more of the recipient's annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and*

*(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,*

*(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at https://www.sec.gov/answers/execomp.htm.)*

*(2) Reporting Requirements. The recipient must report executive total compensation described in paragraph (b)(1) of this appendix:*

*(i) As part of the recipient's registration profile at https://www.sam.gov.*

COPS-AR-0560

*(ii) No later than the month following the month in which this Federal award is made, and annually after that. (For example, if this Federal award was made on November 7, 2025, the executive total compensation must be reported by no later than December 31, 2025.).*

*(c) Reporting of total compensation of subrecipient executives— (1) Applicability. Unless a first-tier subrecipient is exempt as provided in paragraph (d) of this appendix, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:*

*(i) The total Federal funding authorized to date under the subaward equals or exceeds $30,000;*

*(ii) in the subrecipient's preceding fiscal year, the subrecipient received:*

*(A) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,*

*(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and*

*(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at https://www.sec.gov/answers/execomp.htm.)*

*(2) Reporting Requirements. Subrecipients must report to the recipient their executive total compensation described in paragraph (c)(1) of this appendix. The recipient is required to submit this information to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at https://www.fsrs.gov/ no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025.)*

*(d) Exemptions. (1) A recipient with gross income under $300,000 in the previous tax year is exempt from the requirements to report:*

*(i) Subawards, and*

*(ii) The total compensation of the five most highly compensated executives of any subrecipient.*

*(e) Definitions. For purposes of this award term:*

*Entity includes:*

*(1) Whether for profit or nonprofit:*

*(i) A corporation;*

*(ii) An association;*

*(iii) A partnership;*

*(iv) A limited liability company;*

COPS-AR-0561

*(v) A limited liability partnership;*

*(vi) A sole proprietorship;*

*(vii) Any other legal business entity;*

*(viii) Another grantee or contractor that is not excluded by subparagraph (2); and*

*(ix) Any State or locality;*

*(2) Does not include:*

*(i) An individual recipient of Federal financial assistance; or*

*(ii) A federal employee.*

*Executive means an officer, managing partner, or any other employee holding a management position.*

*Subaward has the meaning given in 2 C.F.R. 200.1.*

*Subrecipient has the meaning given in 2 C.F.R. 200.1.*

*Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 C.F.R. 299.402(c)(2).*

**Why this condition:**

To further federal spending transparency, the Federal Funding Accountability and Transparency Act of 2006 (FFATA) requires, among other things, that information on federal awards (federal financial assistance and expenditures) be made available to the public via a single, searchable website, which is www.USASpending.gov. Recipients are responsible for reporting their applicable executive compensation and subaward information, and the award term provides guidance to report the related information as required by FFATA.

**What you should do:**

At the time of award application, your organization was asked to ensure that it has the necessary processes and systems in place to comply with the applicable subaward and executive compensation reporting requirements should it receive funding. If your organization received awards of $30,000 or more, you are required to report award information on any first-tier subawards totaling $30,000 or more, and, in certain cases, to report information on the names and total compensation of the five most highly compensated executives of the recipient and first-tier subrecipients. The FFATA Subaward Reporting System (FSRS), accessible via the website at www.fsrs.gov, is the reporting tool that your organization will use to capture and report subaward information and any executive compensation data required by FFATA. The subaward information entered in FSRS will then be displayed on www.USASpending.gov associated with your organization's award, furthering federal spending transparency.

For additional information regarding the executive compensation and subaward reporting requirements, please see **https://www.federalregister.gov/documents/2024/04/22/2024-07496/guidance-for-federal-financial-assistance**.

COPS-AR-0562

## 12. Assurances and Certifications

**Condition:**

*The recipient acknowledges its agreement to comply with the Assurances and Certifications forms that were signed as part of its application.*

**Why this condition:**

Although the COPS Office has made every effort to simplify the process of applying for and receiving awards, several provisions of federal law require us to obtain the recipient's Assurances and Certifications regarding certain matters. Most of the Assurances and Certifications apply to all federal award programs.

**What you should do:**

Applicants to COPS Office award programs are required to sign the Assurances and Certifications forms at the time of application. Signing these documents assures the COPS Office that you have read, understood, and accepted the award terms and conditions outlined in the Assurances and Certifications. Please read these documents carefully, because signatures on these documents are treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice determines to make an award. Additional copies of the Assurances and Certifications forms are contained in the appendices of this manual. If you have any questions about the Assurances and Certifications, please contact your assigned COPS Office Grant Manager.

## 13. Conflict of Interest

**Condition:**

*Recipients and subrecipients must disclose in writing to the COPS Office or pass-through entity, as applicable, any potential conflict of interest affecting the awarded federal funding in accordance with 2 C.F.R. § 200.112.*

**Why this condition:**

Recipients and subrecipients are required to use federal funding in the best interest of their award program. Any decisions related to these funds must be free of hidden personal or organizational conflicts of interest, both in fact and in appearance.

This means that recipients and subrecipients should not participate in any award-related decisions or recommendations that involve any of the following people or groups:

- an immediate family member
- a partner
- an organization in which they are serving as an officer, director, partner, or employee
- any person or organization with whom they are negotiating or who has an arrangement concerning prospective employment, has a financial interest, or for other reasons can have less than an unbiased transaction with the recipient or subrecipient

COPS-AR-0563

This also means that recipients and subrecipients should avoid any action which might result in or create the appearance of

- using your official position for private gain;

- giving special treatment to any person;

- losing complete independence or objectivity;

- making an official decision outside official channels; or

- affecting negatively the confidence of the public in the integrity of the Federal Government or the program.

**What you should do:**

Ensure that you report in writing to the COPS Office or pass-through entity, as applicable, any potential conflict of interest that may affect your federal award.

## 14. Debarment and Suspension

**Condition:**

*The recipient agrees not to award federal funds under this program to any party which is debarred or suspended from participation in Federal assistance programs. 2 C.F.R. Part 180 (Governmentwide Nonprocurement Debarment and Suspension) and 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension).*

**Why this condition:**

Under federal regulations, recipients are required to ensure that federal funds are not given to parties that are debarred or suspended from participation in federal assistance programs. This is to protect the public interest and to ensure proper management and integrity in federal activities by conducting business only with responsible parties. For details regarding the debarment and suspension requirements, please see 2 C.F.R. Part 180 (Governmentwide Nonprocurement Debarment and Suspension), and 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension.)

**What you should do:**

If under a COPS Office award, you enter into a contract for goods or services for $25,000 or more or any subaward, you must verify that the vendor or subrecipient and their respective principals (e.g., owners, top managers) with whom you intend to do business are not excluded or disqualified from participation in federal assistance programs. In addition, you must include a term or condition in the contract or subaward requiring the vendor or subrecipient to comply with subpart C of the OMB guidance in 2 C.F.R. Part 180 (Governmentwide Nonprocurement Debarment and Suspension) and subpart C of 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension).

## 15. Equal Employment Opportunity Plan (EEOP)

**Condition:**

*All recipients of funding from the COPS Office must comply with the federal regulations pertaining to the development and implementation of an Equal Employment Opportunity Plan. 28 C.F.R. Part 42 subpart E.*

**Why this condition:**

COPS-AR-0564

It is the experience of the U.S. Department of Justice in implementing its responsibilities under the Omnibus Crime Control and Safe Streets Act of 1968 (Safe Streets Act), the statute that established the COPS Office, that "the full and equal participation of women and minority individuals in employment opportunities in the criminal justice system is a necessary component to the Safe Streets Act's program to reduce crime and delinquency in the United States" 28 C.F.R. § 42.301. The Equal Employment Opportunity Plan (EEOP) does not impose quotas or hiring requirements on recipients of federal funds.

**What you should do:**

The obligations to comply with the EEOP requirement differ depending on your organization's legal status, the number of its employees, and the amount of the award. If your organization is a government agency or private business and has received a single award for $25,000 or more and has fifty or more employees (counting both full- and part-time employees but excluding political appointees), then it has to prepare a Utilization Report and submit it to the Office for Civil Rights (OCR) within 120 days from the date of the award. Although the OCR has discretion to review all submitted Utilization Reports, it will review the Utilization Reports from recipients that receive an award of $500,000 or more.

To begin developing a Utilization Report, please consult the OCR's website at **https://ojp.gov/about/ocr/eeop.htm** and click EEOP Reporting Tool Login. Additional assistance can be found online at the bottom of the same webpage by clicking the EEO Reporting Tool Job Aid and Frequently Asked Questions.

If your organization has fewer than 50 employees or receives an award of less than $25,000 or is a nonprofit organization, a medical institution, an educational institution, or an Indian tribe, then it is exempt from the EEOP requirement. To claim the exemption, however, your organization must certify that it is exempt by logging into the EEO Reporting Tool on the OCR website at **https://ojp.gov/about/ocr/eeop.htm**, providing the contact and organizational profile information, and then submitting a Certificate of Exemption.

If you have further questions regarding the EEOP requirements, you may contact an EEOP specialist at the OCR by telephone at 202-616-1771or by email at **EEOPforms@usdoj.gov**.

## 16. Employment Eligibility

**Condition:**

*The recipient agrees to complete and keep on file, as appropriate, the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) Employment Eligibility Verification Form (I-9). This form is to be used by recipients of federal funds to verify that persons are eligible to work in the United States. Immigration Reform and Control Act of 1986 (IRCA), Public Law 99-603.*

**Why this condition:**

Under federal immigration law, all employers are required to take certain steps to ensure that persons that are hired are legally permitted to work in the United States. The United States Citizenship and Immigration Services Employment Eligibility Verification Form (I-9) outlines the types of documents that an employer should review to confirm that a new hire is eligible for employment.

COPS-AR-0565

**What you should do:**

You do not need to submit any documentation to the COPS Office to satisfy this condition. Rather, you should complete and maintain the I-9 forms for all new employees under the guidelines set forth by the United States Citizenship and Immigration Services. For further information about this requirement, please visit **https://www.uscis.gov/i-9-central**.

## 17. Enhancement of Contractor Protection from Reprisal for Disclosure of Certain Information

**Condition:**

*Recipients and subrecipients agree not to discharge, demote, or otherwise discriminate against an employee as reprisal for the employee disclosing information that he or she reasonably believes is evidence of gross mismanagement of a federal contract or award; a gross waste of federal funds; an abuse of authority relating to a federal contract or award; a substantial and specific danger to public health or safety; or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or award. Recipients and subrecipients also agree to provide to their employees in writing (in the predominant native language of the workforce) of the rights and remedies provided in 41 U.S.C. § 4712. Please see appendices in the Award Owner's Manual for a full text of the statute.*

**Why this condition:**

Under "Enhancement of contractor protection from reprisal for disclosure of certain information" (41 U.S.C. § 4712), recipients and subrecipients are prohibited from taking reprisal actions against employees for certain whistleblowing activities in connection with federal awards and contracts. The law protects the public interest and ensures the proper management and use of federal funds.

**What you should do:**

Recipients and subrecipients must not take reprisal actions against an employee for disclosing misconduct under federal contracts and awards to certain persons and entities.

Recipients and subrecipients are prohibited from discharging, demoting, or otherwise discriminating against an employee as reprisal for disclosing information that he or she reasonably believes is evidence of

- gross mismanagement of a federal contract or award;
- a gross waste of federal funds;
- an abuse of authority relating to a federal contract or award;
- a substantial and specific danger to public health or safety; or
- a violation of law, rule, or regulation related to a federal contract (including the competition for or negotiation of a contract) or award.

In addition, the disclosure must also have been made to

- a member of Congress or a representative of a committee of Congress;
- an inspector general;
- the Government Accountability Office;
- a federal employee responsible for contract or award oversight or management at the relevant agency;

COPS-AR-0566

- an authorized official of the U.S. Department of Justice or other law enforcement agency;

- a court or grand jury; or

- a management official or other employee of the contractor, subcontractor, or recipient who has the responsibility to investigate, discover, or address misconduct.

An employee is deemed to have made a protected disclosure if he or she initiates or provides evidence of misconduct in any judicial or administrative proceeding relating to waste, fraud, or abuse on a federal contract or award.

Recipients and subrecipients must inform their employees in writing, in the predominant language of the workforce, of employee whistleblower rights, protections, and remedies under 41 U.S.C. § 4712. Recipients and subrecipients who wish to use the U.S. Department of Justice, Office of Inspector General whistleblower information brochure to inform their employees of their rights, may obtain a copy at **https://oig.justice.gov/sites/default/files/2020-04/NDAA-brochure.pdf**.

Please see the appendices in this manual for a full text of the "Enhancement of contractor protection from reprisal for disclosure of certain information" (41 U.S.C. § 4712).

## 18. False Statements

**Condition:**

*False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and/or any other remedy available by law. 31 U.S.C. § 3729–3733.*

**Why this condition:**

This condition advises recipients of the consequences of submitting false claims or statements on applications, financial and programmatic reports, or other award documents.

**What you should do:**

Ensure that all documentation related to your organization's receipt and use of award funding (award applications, progress reports, Federal Financial Reports, etc.) is true and accurate.

## 19. Mandatory Disclosure

**Condition:**

*Recipients and subrecipients must timely disclose in writing to the COPS Office or pass-through entity, as applicable, all federal criminal law violations involving fraud, bribery, or gratuity that may potentially affect the awarded federal funding. Recipients that receive an award over $500,000 must also report certain civil, criminal, or administrative proceedings in SAM and are required to comply with the Term and Condition for Recipient Integrity and Performance Matters as set out in 2 C.F.R part 200, Appendix XII to Part 200. Failure to make required disclosures can result in any of the remedies, including suspension and debarment, described in 2 C.F.R. § 200.339.* 2 C.F.R. § 200.113.

COPS-AR-0567

**Why this condition:**

Federal regulations require recipients and subrecipients to report all federal violations involving fraud, bribery, or gratuity that may affect the awarded federal funds. In addition, recipients that receive an award of more than $500,000 must also report certain civil, criminal, or administrative proceedings in SAM and are required to comply with the Term and Condition for Recipient Integrity and Performance Matters as set out in 2 C.F.R. part 200, Appendix XII to Part 200. This condition advises your organization of the requirement and the consequences of failing to report such violations to the COPS Office or pass-through entity.

**What you should do:**

Ensure that you timely report in writing to the COPS Office or pass-through entity all federal violations involving fraud, bribery, or gratuity that may affect your federal award and, if applicable, report certain civil, criminal, or administrative proceedings in SAM.

## 20. Reports/Performance Goals

**Condition:**

*To assist the COPS Office in monitoring and tracking the performance of your award, your agency will be responsible for submitting semi-annual programmatic performance reports that describe project activities during the reporting period and quarterly Federal Financial Reports using Standard Form 425 (SF-425). 2 C.F.R. §§ 200.328–200.329. The performance report is used to track your agency's progress toward implementing community policing strategies and to collect data to gauge the effectiveness of increasing your agency's community policing capacity through COPS Office funding. The Federal Financial Report is used to track the expenditures of the recipient's award funds on a cumulative basis throughout the life of the award.*

**Why this condition:**

The Public Safety Partnership and Community Policing Act of 1994 and other federal regulations and policies require that financial assistance provided by the Federal Government must be monitored carefully to ensure the proper use of federal funds. In addition, the COPS Office seeks to document, on a continuing basis, the progress of our programs and recipients.

**What you should do:**

This award condition is designed to make your organization aware of reporting requirements associated with CHP awards. Semi-annual programmatic performance reports and a final programmatic performance report must be submitted directly to the COPS Office through the JustGrants system. Your organization is also required to submit quarterly Federal Financial Reports using Standard Form 425 (SF-425) within 30 days after the end of each calendar quarter. A final SF-425 will be due within120 days after the end of the award period. This report reflects the actual cumulative federal expenditures incurred during the funding period, and the remaining unobligated balance of federal funds. Under federal regulations, your organization is not permitted to draw down federal funding for costs incurred after the official award end date; however, you will have a 120-day grace period after the award end date during which you can drawdown funds for eligible expenditures incurred before the award end date. Organizations with more than one delinquent programmatic or financial report submission per fiscal year may be subject to delays in receiving reimbursement for allowable expenses and may be required to receive technical assistance to improve compliance with reporting. These reports are discussed in greater detail in the section titled "Reports" in

COPS-AR-0568

this manual. All reports should be submitted within the deadlines given to avoid suspension or possible termination of award funds or other remedial actions; failure to submit required reports may also impact future funding opportunities.

### 21. System for Award Management (SAM) and Universal Identifier Requirements

**Condition:**

The recipient agrees to comply with the following requirements of 2 C.F.R. Part 25, Appendix A to Part 25 – Award Term:

I. System for Award Management and Universal Identifier Requirements

(a) Requirement for System for Award Management. (1) Unless exempt from this requirement under 2 C.F.R. 25.110, the recipient must maintain a current and active registration in SAM.gov. The recipient's registration must always be current and active until the recipient submits all final reports required under this Federal award or receives the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.

(b) Requirement for Unique Entity Identifier (UEI). (1) If the recipient is authorized to make subawards under this Federal award, the recipient:

(i) Must notify potential subrecipients that no entity may receive a subaward until the entity has provided its UEI to the recipient.

(ii) Must not make a subaward to an entity unless the entity has provided its UEI to the recipient. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.

(c) Definitions. For the purposes of this award term:

System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at https://www.sam.gov).

Unique entity identifier means the universal identifier assigned by SAM.gov to uniquely identify an entity.

Entity is defined at 2 C.F.R. 25.400 and includes all of the following types as defined in 2 C.F.R. 200.1:

1. Non-Federal entity;

2. Foreign organization;

3. Foreign public entity;

4. Domestic for-profit organization; and

5. Federal agency.

COPS-AR-0569

2024 COPS Hiring Program (CHP) Award Owner's Manual

*Subaward has the meaning given in 2 C.F.R. 200.1.*

*Subrecipient has the meaning given in 2 C.F.R. 200.1.*

**Why this condition:**

The purpose of this standard award term is to ensure government-wide uniformity in establishing a universal unique entity identifier for federal financial assistance applicants, as well as recipients and their direct subrecipients (if applicable) and to establish the SAM as the repository for standard information about applicants and recipients.

**What you should do:**

At the time of award application, your organization was required to provide its SAM unique entity identifier and be registered in the SAM database.

Your organization should continue to use the same unique entity identifier provided in your award application and update, as needed, the information associated with that unique entity identifier. If your organization is authorized to make subawards under its award, your organization may make subawards only to entities that have unique entity identifiers.

Your organization must maintain active registration and current information in the SAM until you submit the final financial report or receive the final payment under your award, whichever is later. **Your organization must review and update its SAM information at least once per year to maintain an active registration status.** For more information about SAM registration, please visit **www.sam.gov**.

## 22. Additional High-Risk Recipient Requirements

**Condition:**

*The recipient agrees to comply with any additional requirements that may be imposed during the award performance period if the awarding agency determines that the recipient is a high-risk recipient. 2 C.F.R. § 200.208.*

**Why this condition:**

In accordance with 2 C.F.R. § 200.208, the DOJ may impose additional requirements specific to your award, as needed, when it determines that there is unsatisfactory performance, financial or administrative instability, noncompliance with award terms and conditions, or other lack of responsibility risk factors. In such cases, the DOJ may impose special conditions or restrictions that may include requiring the production of documentation, financial award administration training, on-site monitoring, prior approval for expenditure of funds, quarterly progress reports, separate bank accounts, or other requirements.

**What you should do:**

In order to obtain a COPS Office award, recipients must agree to comply with any additional requirements that may be imposed during the award performance period if the awarding agency determines that the recipient is a high-risk recipient.

COPS-AR-0570

## 23. Memorandum of Understanding Requirement (for School Resource Officers Only)

**Condition:**

*Recipients using award funding to hire and/or deploy School Resource Officers into schools understand and agree to the following:*

- *Your agency must submit a signed Memorandum of Understanding (MOU) between the law enforcement agency and the school partner(s) to the COPS Office before obligating or drawing down funds under this award. The MOU must be submitted to the COPS Office within 90 days of the date shown on the award letter.*
- *Your agency's MOU must contain the following information;*
  - *The purpose of the MOU*
  - *Clearly defined roles and responsibilities of the school district and the law enforcement agency, focusing officers' roles on safety*
  - *Information sharing*
  - *Supervision responsibility and chain of command for the SRO*
  - *Signatures*

*Note: Please refer to the MOU Fact Sheet for a detailed explanation of the requirements under each of the bullets*

*Your agency's implementation of the CHP award without submission and acceptance of the required MOU may result in expenditures not being reimbursed by the COPS Office and/or award de-obligation.*

**Why this condition:**

School Resource Officer (SRO) programs play an important role in maintaining and increasing safety in schools and neighboring communities. To effectively implement such programs, law enforcement agencies and schools are required to develop a Memorandum of Understanding (MOU) to clearly document the program's purpose, partner roles and responsibilities, requirements for information sharing, and supervision of the SRO.

**What you should do:**

Recipients are required to develop a Memorandum of Understanding (MOU) that meets the requirements of this condition. Please refer to the School Resource Office Memorandum of Understanding Fact Sheet for a detailed explanation of the above requirements in the appendices (or the **Award Management Materials web page**).

Recipients are required to submit the MOU to the COPS Office within 90 days of the date shown on the award letter before drawing down funds. The MOU must be signed and dated by both the highest ranking law enforcement executive (i.e., police chief or sheriff) and the school official(s) who will have general educational oversight and decision-making authority (i.e., board of education chairperson, superintendent, or school principal).

## 24. School Resource Officer (SRO) Training Requirement

**Condition:**

*COPS Office-funded SRO(s) are required to complete an SRO 40-hour basic training course from a list of COPS Office approved provider(s). Training must be completed no later than nine months after the date shown on the award congratulatory letter or six months from the SRO hire date; whichever comes first. If a COPS Office-funded SRO*

COPS-AR-0571

*leaves the recipient agency after completing the training, the recipient agrees to pay for the new SRO, who is assigned to backfill this position, to attend a 40-hour basic training course. The new SRO must complete the training no later than nine months after being placed in the school. If the officer has completed 40-hour basic training within the last 12 months prior to the award date, the condition has been fulfilled. Any longer than 12 months will require the officers to retake the course. The agency must coordinate with the training provider if they want funds to cover registration and travel costs.*

**Why this condition:**

This basic training course is intended not only to provide information on various important school safety topics but is also designed to promote effective collaboration and partnerships among the school, law enforcement agency and other entities. After an SRO is selected for the COPS Office–funded position, the agency should contact the NASRO office (888-31-NASRO or **COPS-SRO@usdoj.gov**) and request to speak with the COPS Office Grant Coordinator to schedule officer training. The agency will use GSA per diem rates to determine travel expenses and reimbursement standards. Any travel costs over this amount must be paid for by the recipient.

**What you should do:**

The recipient must ensure all COPS Office–funded SROs complete the 40-hour basic training no later than nine months after the date shown on the award announcement or six months from the SRO hire date; whichever comes first. If possible, SROs should complete training prior to beginning work in a partner school or school district. If a COPS Office–funded SRO leaves his or her position after completing the training, the recipient is required to pay for the new SRO who is assigned to backfill the position to attend a basic training course. The new officer backfilling the SRO position must complete the training no later than nine months after being placed in the schools. If there are less than nine months left in the award, then the officer needs to receive training prior to the end of the award. If the COPS Office–funded SRO already completed the basic training within the last 12 months prior to the award date, the condition has been fulfilled. Any longer than 12 months will require the officers to retake the course. For additional information regarding this mandatory training, view the SRO Mandatory Training Fact Sheet at the **Award Management Materials web page.**

## 25. Retention

**Condition:**
*At the time of award application, your agency committed to retaining all sworn officer positions awarded under the CHP award with state and/or local funds for a minimum of 12 months following the conclusion of 36 months of federal funding for each position, over and above the number of locally-funded sworn officer positions that would have existed in the absence of the award. Your agency cannot satisfy the retention requirement by using CHP-funded positions to fill locally-funded vacancies resulting from attrition. 34 U.S.C. § 10382 (c)(8).*

**Why this condition:**

The retention requirement ensures that the increased officer staffing level under the CHP award continues with state or local funds for a minimum of 12 months after federal funding ends.

COPS-AR-0572

**What you should do:**

At the time of award application, your agency was required to affirm that it plans to retain all sworn officer positions funded under the CHP award and identify the planned source(s) of retention funding. Your agency committed to retaining each awarded position for at least 12 months following the conclusion of 36 months of federal funding for that position. The retention period begins for an awarded officer position once that position has completed the 36-month implementation period. If an agency is awarded several officer positions, the retention period for each individual officer position begins upon completion of 36 months of funding for that position (not based on the award end date).

The retained CHP-funded position(s) must be added to your agency's law enforcement budget with state or local funds at the conclusion of award funding, over and above the number of locally funded sworn officer positions that would have existed in the absence of the award. Absorbing CHP-funded positions through attrition (rather than adding the extra positions to your budget with additional funding) does not meet the retention requirement. In addition, COPS Office award funding may not be used to retain positions awarded under a previous COPS Office hiring award.

Your agency should maintain documentation demonstrating when the 36-month award funding period expired for each awarded position and that each retained position was above and beyond the number of officer positions that your agency would have otherwise funded with state or local funds. We understand that your agency's identified source(s) of retention funding may change during the life of the award, so your agency should maintain documentation of any changes in the event of an audit, monitoring, or other evaluation of your award compliance.

Please note that your agency is required to retain the officer position(s) awarded under the CHP award and not the specific officer(s) hired to fill the award position(s). If a position funded by the CHP award becomes vacant during the retention period, your agency is required to take active and timely steps consistent with your agency's hiring policies and procedures to fill the position with a new officer to complete the remainder of the 12-month retention period. Your agency should maintain documentation demonstrating that you did not delay filling the position and that the steps your agency took to fill the position were consistent with your hiring policies and procedures.

At the conclusion of federal funding, agencies that fail to retain the sworn officer positions awarded under the CHP award may be ineligible to receive future COPS Office hiring awards for a period of one to three years. If your agency is unable to retain any of the awarded officer positions, you should contact your COPS Office Grant Manager for further review.

## 26. Background Investigations

**Condition:**

*Recipients agree to ensure that each officer(s) hired with CHP funding will be subject to a background investigation, notify the COPS Office upon completion of the background investigation for each officer hired under the CHP award, and cooperate with the COPS Office and provide updates on the status of background investigations upon request. 2 C.F.R. § 200.208*

*If the COPS Office determines that CHP funds are being used to pay the salary and fringe benefits of an officer who has not undergone a background investigation, the COPS Office may temporarily suspend grant funds in accordance with 2 C.F.R. §200.339 until the agency can demonstrate the background investigation has been completed.*

COPS-AR-0573

**Why this condition:**

The officer background investigation requirement reduces the risk of hiring officers with past convictions of domestic violence, sexual assault, and other serious crimes.

**What you should do:**

You must complete a background investigation for each officer before hiring the officer to fill a COPS Office–funded officer position. Background investigations can include, but are not limited to, criminal history checks, credit checks, resume validation, work history verification, and personal and professional references. Background investigations may be conducted by the provider of your choosing.

In addition, you should notify the COPS Office via your Grant Manager upon completion of the background investigation for each officer hired under a COPS Office award, cooperate with the COPS Office and provide updates on the status of background investigations upon request.

## 27. Supplementing, Not Supplanting

**Condition:**

*State, local, and tribal government recipients must use award funds to supplement, and not supplant, state, local, or Bureau of Indian Affairs (BIA) funds that are already committed or otherwise would have been committed for award purposes (hiring, training, purchases, and/or activities) during the award period. In other words, state, local, and tribal government recipients may not use COPS Office funds to supplant (replace) state, local, or BIA funds that would have been dedicated to the COPS Office-funded item(s) in the absence of the COPS Office award. 34 U.S.C. § 10384(a).*

**Why this condition:**

The COPS Office statutory nonsupplanting requirement mandates that award funds will not be used to replace state or local funds (or, for tribal recipients, BIA funds) that would, in the absence of federal aid, be made available for the award purposes. Instead, CHP award funds must be used to increase the total amount of funds that would otherwise be made available for hiring or rehiring law enforcement officers.

**What you should do:**

Your agency may not reduce its sworn officer budget just to take advantage of the CHP award. Any budget reductions must be for fiscal or other reasons unrelated to the receipt of CHP award funds to avoid a violation of the nonsupplanting requirement.

Your agency may not reduce its locally funded number of sworn officer positions during the three-year CHP award period as a direct result of receiving CHP funding. Reductions in locally funded sworn officer positions that occur for reasons unrelated to CHP funding—such as citywide budget reductions—do not violate the nonsupplanting requirement, but your agency must maintain documentation demonstrating the date(s) and reason(s) for the budget reductions to prove that they were unrelated to the receipt of CHP funding in the event of an audit, monitoring site visit, or other form of award compliance review.

COPS-AR-0574

Under CHP, the nonsupplanting requirement means that a recipient receiving CHP funds to hire a new officer position, including filling an existing officer vacancy that is no longer funded in the recipient's local budget, must hire the additional position on or after the official award start date, above its current budgeted (funded) level of sworn officer positions.

The nonsupplanting requirement also means that a recipient receiving CHP funds to rehire an officer laid off as a result of state, local, or BIA budget reductions must rehire the officer on or after the official award start date. The recipient must maintain documentation in its CHP award file showing the dates that the officer was laid off and rehired.

In addition, the nonsupplanting requirement means that a recipient that receives CHP funds to rehire an officer who was, at the time of award application, scheduled to be laid off on a specific future date as a result of state, local, or BIA budget reductions, must continue to fund the officer with its own funds through the award start date until the date of the scheduled layoff. [For example, if the award start date is July 1 and the layoff is scheduled for November 1, then the COPS Office funds may not be used to fund the officer until November 1, the date of the scheduled layoff.] Your agency must have identified the date(s) of the scheduled layoffs and the number of officers to be laid off in its application. Your agency must maintain documentation showing the date(s) and reason(s) for the layoffs, the number of officers laid off, the number of officers rehired, and the dates the officers were rehired. [Please note that your agency may rehire the officers scheduled for layoff with CHP funding on or immediately after the date of the scheduled layoff. Unless required by your jurisdiction, your agency is not required to formally complete the administrative steps associated with the layoff of the individual officers you are seeking to rehire so long as your agency can document that a final, approved budget decision was made to layoff those particular individual officers on the identified layoff date.]

Documentation that may be used to prove that scheduled layoffs or budget reductions are occurring for local

economic reasons that are unrelated to the availability of CHP award funds may include (but are not limited to) council or departmental meeting minutes, memoranda, notices, or orders discussing the layoffs; notices provided to the individual officers regarding the date(s) of the layoffs; or final budget documents ordering departmental or jurisdiction-wide budget reductions. These records must be maintained with your agency's CHP award records during the award period and must be retained for a period of three years from the date of submission of the final expenditure report in the event of an audit, monitoring, or other evaluation of your award compliance.

For more information regarding complying with the nonsupplanting requirement, including implementing your award when you have locally funded vacancies, please see the **Grant Monitoring Standards and Guidelines for All COPS Grants and Cooperative Agreements (usdoj.gov)**.

## 28. Modifications

**Condition:**

*Occasionally, a change in an agency's fiscal or law enforcement situation necessitates a change in its COPS Office CHP award. Award modifications under CHP are evaluated on a case-by-case basis in accordance with 2 C.F.R. § 200.308. For federal awards in excess of $250,000, any modification request involving the reallocation of funding between budget categories that exceed or are expected to exceed 10 percent (10%) of the total approved budget requires prior written approval by the COPS Office. Regardless of the federal award amount or budget modification percentage, any reallocation of funding is limited to approved budget categories. In addition, any budget*

COPS-AR-0575

2024 COPS Hiring Program (CHP) Award Owner's Manual

*modification that changes the scope of the project requires prior written approval by the COPS Office. In addition, please be aware that the COPS Office will not approve any modification request that results in an increase of federal funds.*

*In addition, modification requests should be submitted to the COPS Office when an agency determines that it will need to shift officer positions awarded in one hiring category into a different hiring category and/or reduce the total number of positions awarded. For example, if an agency was awarded CHP funding for two new, additional sworn officer positions, but due to fiscal distress/constraints the agency needs to change the hiring category from the new hire category to the rehire category for officers laid off or scheduled for layoff on a specific future date post-application, the agency would have to request a modification. The COPS Office will only consider a modification request after an agency makes final, approved budget and/or personnel decisions. An agency may implement the modified award following written approval from the COPS Office. Please be aware that the COPS Office will not approve any modification request that results in an increase of federal funds.*

*During the CHP award period, it may become necessary for an agency to modify its CHP award due to changes in an agency's fiscal or law enforcement situation. Modification requests should be submitted to the COPS Office when an agency determines that it will need to shift officer positions awarded in one hiring category into a different hiring category, reduce the total number of positions awarded, shift funds among benefit categories, and/or reduce the entry-level salary and fringe benefit amounts. For example, an agency may have been awarded CHP funding for 10 new, additional full-time sworn officer positions, but due to severe fiscal distress/constraints, the agency determines it is unable to sustain all 10 positions and must reduce its request to five full-time positions; or an agency may have been awarded CHP funding for two new, additional sworn officer positions, but due to fiscal distress/constraints the agency needs to change the hiring category from the new hire category to the rehire category for officers laid off or scheduled for layoff on a specific future date post-application. Award modifications under CHP are evaluated on a case-by-case basis. The COPS Office will only consider a modification request after an agency makes final, approved budget and/or personnel decisions. An agency may implement the modified award following written approval from the COPS Office. Please be aware that the COPS Office will not approve any modification request that results in an increase of federal funds.*

**Why this condition:**

Under federal regulations, you are required to expend federal funds only as approved in the award financial information. In addition, under CHP you are expected to expend funding only for the specific hiring categories awarded, as indicated on your Award Document. Any requests to change or alter an award should be submitted to the COPS Office for prior approval. Following written approval from the COPS Office, implementation of the modified award may begin.

**What you should do:**

You should notify the COPS Office if you determine that your agency will need to change hiring categories, reduce the total number of positions awarded, or make other changes to the entry-level salary and benefit amounts or categories. To modify your award from the new hire category to the rehire category, your agency must complete a hiring category change modification and submit supporting documentation by accessing JustGrants, providing the proposed changes, details of why the change is needed, etc.

COPS-AR-0576

For additional information about the process for submitting your specific award modification request, please contact your COPS Office Grant Manager at 800-421-6770. The COPS Office will then evaluate your request and notify your agency of our decision in writing. Implementation of the modified award may begin following written approval from the COPS Office. Please note that modification approvals for active awards will often be accompanied by a modified award document reflecting the approved changes.

## 29. Local Match

**Condition:**

*COPS Hiring Program award recipients are required to contribute a local match of at least 25 percent towards the total cost of the approved award project, unless waived in writing by the COPS Office. The local match must be a cash match from funds not previously budgeted for law enforcement purposes and must be paid during the award period. The local match contribution must be made on an increasing basis during each year of the three-year award period, with the federal share decreasing accordingly. 34 U.S.C. § 10381(g).*

**Why this condition:**

CHP provides up to 75 percent of the allowable costs of this award project (up to a maximum federal share of $125,000 per officer position). Recipients are responsible for providing at least 25 percent of the total project costs in local matching funds. The local match must be a cash match made from local, state, or other non-COPS Office funds. Federal funds (other than COPS Office funds) may be used to meet your local match only if the federal funds are authorized by statute for that purpose and approved in writing by both the federal agency providing those funds and the COPS Office.

**What you should do:**

Matching contributions must be made on an increasing basis during each year of the three-year program with the federal share decreasing accordingly. The local match must be paid in full during the active award period; payments made prior to the CHP award start date or after the award end date do not qualify as a local match. *Recipients are strongly encouraged to pay local match during each semiannual financial reporting period to avoid potential noncompliance.* If your agency must withdraw from the award period prior to the end of award funding, your agency is responsible for ensuring that the federal share of funds expended is limited to a maximum of 75 percent of the total program costs expended. If you have questions about the timing of your local match payments, please contact your COPS Office Staff Accountant at 800-421-6770.

## 30. Extensions

**Condition:**

*Your agency may request an extension of the 60-month award performance period to receive additional time to implement your award program. Such extensions do not provide additional funding. Any request for an extension will be evaluated on a case-by-case basis. Only those recipients that can provide a reasonable justification for delays will be granted no-cost extensions. Reasonable justifications may include difficulties in filling COPS Office-funded positions, officer turnover, or other circumstances that interrupt the 36-month funding period. An extension allows your agency to compensate for such delays by providing additional time to complete the full 36 months of funding for each position awarded. Extension requests must be received prior to the end date of the award.*

COPS-AR-0577

**Why this condition:**

Under federal regulations, requests to extend the award period require prior written approval from the COPS Office. Without an approved extension, your agency is not permitted to draw down federal funding for costs incurred beyond the official award end date. However, if justified, the COPS Office seeks to accommodate reasonable requests for no-cost time extensions in order to fully implement the COPS Office award.

**What you should do:**

Requests to extend the award period must be submitted online and received by the COPS Office before the official award end date. Extension requests received after the expiration date will only be considered when the recipient provides justification of extraordinary circumstances; an example of this would be an instance where an unforeseen natural disaster prevented a recipient from requesting an extension. Failure to submit a request for a no-cost time extension by the end date may result in the immediate deobligation of any remaining award funds.

If your agency has excess funds remaining at the end of the award due to salary and fringe benefit costs that were lower than anticipated, your agency may not extend award for the purpose of expending those excess funds.

Recipients are entitled to a maximum of 36 months of federal funding based on the approved salary and fringe benefit costs in the award. The COPS Office will deobligate any remaining award funds during the closeout process. If you have any additional questions regarding a no-cost time extension, please contact your COPS Office Grant Manager at 800-421-6770.

## 31. Contracts and/or MOUs with other Jurisdictions

**Condition:**

*Sworn law enforcement officer positions awarded must be used for law enforcement activities or services that benefit your agency and the population that it serves. The items funded under the CHP award cannot be utilized by other agencies unless the items benefit the population that your agency serves. Your agency may use items funded under the CHP award to assist other law enforcement agencies under a resource sharing, mutual aid, or other agreement to address multi-jurisdictional issues as described in the agreement.*

**Why this condition:**

The CHP award is intended to benefit the communities within the recipient's primary law enforcement jurisdiction. Therefore, the recipient must use the CHP award funding to benefit its own population, rather than contracting out the COPS Office–funded officer(s) to other jurisdictions.

**What you should do:**

Officers funded under the CHP award may not provide contract law enforcement services to other agencies unless they will directly benefit the recipient's jurisdiction. For example, a sheriff's department cannot use a CHP-funded officer to provide contract law enforcement services to a neighboring county but can use the CHP-funded officer to provide direct law enforcement services to towns within its own county.

COPS-AR-0578

*32. Community Policing*

**Condition:**

*Community policing activities to be initiated or enhanced by your agency and the officers funded by this award program were identified and described in your CHP award application. Your agency developed a community policing plan for the CHP award with specific reference to a crime or disorder problem and the following elements of community policing: (a) problem solving—your agency's plan to assess and respond to the problem identified; (b) community partnerships and support, including related governmental and community initiatives that complement your agency's proposed use of CHP funding; and (c) organizational transformation—how your agency will use the funds to reorient its mission to community policing or enhance its involvement in and commitment to community policing. Throughout the CHP award period, your agency is required to implement the community policing plan it set forth in the CHP award application.*

*The COPS Office defines community policing as a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, social disorder, and fear of crime. CHP awards through the specific officers funded (or an equal number of redeployed veteran officers) must be used to initiate or enhance community policing activities. All newly hired additional or rehired officers (or an equal number of redeployed veteran officers) funded under CHP must implement your agency's approved community policing plan, which you described in your award application.*

**Why this condition:**

CHP is designed to assist agencies advance public safety through the hiring and rehiring of sworn officer positions to increase their community policing capacity and crime prevention efforts. This is achieved through problem solving, community policing partnerships, and organizational transformation. It enhances police professionalism by providing officers with the skills and motivation to act in innovative ways to solve community crime-related problems. Your organization may be monitored or audited to ensure that it is initiating or enhancing community policing in accordance with your proposed plan as outlined in section VI (B) of your CHP application and that the officers hired (or an equal number of redeployed veteran officers) are used to implement this plan and advance your agency's community policing activities over the life of the award. The COPS Office may also use this information to understand the needs of the field and potentially provide for training, technical assistance, problem solving, and community policing implementation tools.

**What you should do:**

Community policing activities to be implemented or enhanced by your agency were identified in your CHP application in section VI (B). While the COPS Office recognizes that your COPS Office-funded officer(s) (or an equal number of redeployed veteran officers) will participate in some or all aspects of your identified community policing strategy and advance your agency's community policing activities over the life of the award, we also encourage your agency to move toward an organization-wide philosophy and commitment to community policing.

Your CHP semiannual progress reports will collect information related to the implementation of and progress toward those community policing activities. Your community policing strategy may be influenced and impacted by others within and outside your organization; this is considered beneficial to your community policing efforts. Your community policing needs may change during the life of your CHP award, and minor changes to this strategy may be made without prior approval of the COPS Office. Any changes to the community policing scope or strategies

COPS-AR-0579

originally identified in your CHP application should be documented within your semiannual progress report. If your agency's community policing strategy changes significantly, however, you must submit those changes to the COPS Office through the semiannual progress report for approval. Changes are significant if they deviate from the specific crime problem(s) originally identified and approved in the original community policing strategy submitted with your application. Recipients who chose priority community policing problem/focus area will not be able to change the problem/focus area of their community policing strategies post-award. Additional information about community policing may be found in the appendices of this manual.

The COPS Office requires all recipients who received funding to hire School Resource Officers (SRO) to provide contact information for each school partner where they intend to deploy the SRO(s). These recipients are also required to submit to the COPS Office a Memorandum of Understanding (MOU) between the law enforcement agency and their school partner(s) before drawing down funds. Additional information about this requirement may be found in the appendices of this manual.

## 33. Career Law Enforcement Officer

**Condition:**

*Officer hiring funds may only be used to pay entry-level salaries and fringe benefits for full-time "career law enforcement officers" for 36 months. The COPS Office's statute defines a "career law enforcement officer" as "a person hired on a permanent basis who is authorized by law or by a State or local public agency to engage in or supervise the prevention, detection, or investigation of violations of criminal laws." 34 U.S.C. §10389(1). A recipient agency may use officer hiring funds to pay the salary and benefits of recruits while in academy training to become "career law enforcement officers" if it is the standard practice of the agency to do so with locally-funded recruits. The State of Alaska, and any Indian tribe or tribal organization in that State, may also use officer hiring funds for a "village public safety officer" defined as "an individual employed as a village public safety officer under the program established by the State pursuant to Alaska Statute 18.65.670." Tribal Law and Order Act of 2010, Pub. L. 111-211, title II, § 247 (a)(2).*

**Why this condition:**

Pursuant to the related statutory authorities, COPS Office funding is for the hiring and rehiring of "career law enforcement officers" (34 U.S.C. § 10381(b)(1) – (2)) and "village public safety officers" (Tribal Law and Order Act of 2010, Pub. L. 111-211, title II, § 247(b)).

**What you should do:**

You must use COPS Office funding awarded for officer hiring to pay for the salary and benefits of "career law enforcement officers" and/or "village public safety officers." A recipient may use COPS Office funding to pay the salary and benefits of recruits while in academy training to become "career law enforcement officers" if it is the standard practice of your agency to pay those same costs for locally funded recruits.

## 34. Evaluations

**Condition:**

*The COPS Office may conduct monitoring or sponsor national evaluations of its award programs. The recipient agrees to cooperate with the monitors and evaluators. 34 U.S.C. § 10385(b).*

COPS-AR-0580

2024 COPS Hiring Program (CHP) Award Owner's Manual

**Why this condition:**

The Public Safety Partnership and Community Policing Act of 1994 states that evaluations of the program may be carried out or commissioned by the attorney general for the furtherance of the purposes of the act. The COPS Office conducts evaluations to determine which programs are working, how programs may be improved, and why certain programs are more successful than others. Specifically, the COPS Office may assess the way in which your agency implements its CHP award. In some jurisdictions, COPS Office staff members or evaluators may study the effectiveness of funded programs, projects, and activities. Evaluators may collect information about the programs' effect on crime, victims of crime, and the quality of life in communities. In addition, they may ask questions about the challenges encountered during project implementation, how residents feel about community policing, and how police feel about their work. This information will be useful to other communities and police agencies across the country.

**What you should do:**

When evaluations are undertaken, you may be contacted in writing with specific requests for information. In general, evaluators may need to speak with individuals in your department, observe activities, and obtain written reports about and from your department. You will be asked to facilitate any site visits and information gathering activities. In addition, you will be asked to provide accurate and timely information about your award activities.

You should fully comply with any requests made regarding these evaluations.

## 35. Allowable Costs

**Condition:**

*The funding under this project is for the payment of three years (36 months) of approved full-time entry-level salaries and fringe benefits during the five-year (60 months) period of performance. The maximum federal share is $125,000 per officer position (unless a local match waiver is approved) for career law enforcement officer positions hired and/or rehired on or after the official award start date. Any salary and fringe benefit costs higher than entry-level that your agency pays a CHP-funded officer must be paid with local funds.*

*Your agency is required to use CHP award funds for the specific hiring categories awarded. Funding under this program may be used for the following categories:*

- *Hiring new officers, which includes filling existing officer vacancies that are no longer funded in your agency's budget;*

- *Rehiring officers laid off by any jurisdiction as a result of state, local, or Bureau of Indian Affairs (BIA) budget reductions; and/or*

- *Rehiring officers who were, at the time of award application, scheduled to be laid off (by your jurisdiction) on a specific future date as a result of state, local, or BIA budget reductions.*

*If your agency's local fiscal conditions have changed and your agency needs to change one or more of the funded hiring categories, your agency should request an award modification and receive prior approval before spending CHP funding under the new category. The approved budget in the award package specifies the amount of CHP funds awarded to your agency. Please note that the salary and fringe benefit costs requested in your CHP application may have been adjusted or removed. Your agency may only be reimbursed for the approved cost categories up to the amounts specified in the approved budget. Only actual allowable costs incurred during the*

COPS-AR-0581

*award period will be eligible for reimbursement and drawdown. If your agency experiences any cost savings over the course of the award (for example, your award application overestimated the total entry-level officer salary and fringe benefits package), your agency may not use that excess funding to continue salary payments to the officers beyond 36 months. Any funds remaining after your agency has drawn down for the costs of approved salaries and fringe benefits incurred for each awarded position during the 36-month funding period will be deobligated during the closeout process and should not be spent by your agency.*

**Why this condition:**

CHP funds may only be used to pay for entry-level salaries and fringe benefits for 36 months for full-time career law enforcement officers hired or rehired on or after the award start date. You may use the CHP award to hire or rehire experienced officers, but award funding must be limited to paying your agency's entry-level salary and fringe benefits; any costs higher than entry-level must be paid by your agency with local funds.

**What you should do:**

All recipients should keep and maintain the most recent, approved version of your 2022 CHP application, which will contain the approved costs for this award. Refer to your award financial information for the list of approved allowable costs. As long as funds are spent during the award period on the approved salaries and benefits that were documented in your application's budget summary and were approved through the issuance of the award financial information, this award condition will be satisfied. The award number should be indicated on all budgetary documentation including purchase orders, receipts, and other documentation. All recipients should keep and maintain the most recent, approved version of their 2022 CHP application for future reference.

Refer to your award financial information for the list of approved allowable costs. Salaries covered by CHP must be based on your agency's standard entry-level salary and fringe benefits package under the laws or rules that govern hiring by your agency. Salary and fringe benefit payments must be based on payroll records supported by time and attendance records or their equivalent. Examples of the types of records your agency must keep to document allowable costs are described in the section "Financial Record Management" in this manual. Any additional costs above the approved entry-level salaries and fringe benefits are the responsibility of the recipient agency. Civilian positions, salaries and fringe benefits of part-time officer positions, overtime, training, weapons, communication equipment, and vehicles cannot be funded with your CHP award.

CHP award funding may be used to pay the approved entry-level salaries and fringe benefits of newly hired officer recruits while they are in basic academy training prior to swearing them in if it is your agency's standard practice to pay recruits while in training.

*Please be advised that recipients may not use COPS Office funding for the same item or service also funded by another U.S. Department of Justice award. See also award condition "Duplicative Funding" for more information.*

## 36. Advancing Department of Justice Priority Crime Problem Awards

**Condition:**

*This condition applies to agencies that selected one of the following priority crime problem/focus areas to address in their COPS Hiring Program (CHP) application:*

- *Building Legitimacy and Trust*
- *Violent Crime/Gun Violence*

COPS-AR-0582

2024 COPS Hiring Program (CHP) Award Owner's Manual

- *Combating Hate and Domestic Extremism*
- *Police-based Response to Persons in Crisis*

*Your agency understands and agrees to the following:*

- *Your agency will implement the one specific community policing plan identified in your CHP award application;*
- *Your agency will address its specific priority crime problem throughout the entire CHP award period;*
- *Your agency will implement any organizational changes identified in its CHP award application;*
- *Your agency will cooperate with any award monitoring by the COPS Office to ensure that it is initiating or enhancing its community policing efforts to address its priority crime problem, which may include your agency having to respond to additional or modified reporting requirements.*

**Why this condition:**

At the time of the application, your agency selected priority crime/focus areas to address with its CHP award funding. Your agency is required to use its CHP award funding to address the approved priority crime/focus area identified in your CHP award package.

**What you should do:**

Recipients are required to use CHP award funding to address the approved priority crime/focus area identified in their CHP award package. Recipients may not use CHP award funding to address a different crime/focus area that was not approved. Please contact the COPS Office Customer Care Center at 800-421-6770 if you have any question regarding this condition.

COPS-AR-0583

# II. Accessing Award Funds

This section provides answers to payment-related questions, including all the information needed to provide access to request payments from your COPS Office awards. For assistance with financial management and award administration, please contact the COPS Office Response Center at **AskCOPSRC@usdoj.gov** or visit our website at **https://cops.usdoj.gov**.

## Payment method

### What method of payment is used?

There is currently one payment system available for accessing federal award funds - The Automatic Standard Application for Payments (ASAP) which is the shared services payment system used by the Department of the Treasury. Through this platform, recipients of DOJ grant awards and other forms of federal assistance will be able to request and receive payments for grants managed through JustGrants.

To learn more about the ASAP registration process, please see the ***ASAP Registration Checklist***.

If you have questions or need help using ASAP, you can contact the OCFO Customer Service Center by email at **Ask.OCFO@usdoj.gov** or by phone at 800-458-0786.

### When should Federal Financial Reports be filed?

After your agency accepts the award, under current regulations, you are required to submit quarterly Federal Financial Reports (FFRs) using a Standard Form 425 (SF-425). This report reflects the actual monies spent and unliquidated obligations incurred by your agency. *You will not be able to make drawdowns from you ASAP account if the SF-425 for the most recent reporting quarter has not been submitted in JustGrants by the deadline date.* Recipients are required to submit their SF-425 reports in the JustGrants portal: **https://justicegrants.usdoj.gov/**

For more information on how to complete and where to submit your quarterly SF-425 report, see the section in this manual titled "Reporting Requirements."

*Filing the Federal Financial Report (SF-425) identifies your federal and local expenditures made during that calendar quarter. However, to receive actual payment, you must request it through ASAP.*

The FFR is submitted in JustGrants and can only be submitted by someone with the role of "Financial Manager." FFRs may be submitted 10 calendar days or less from a reporting period end date until the due date. Once the due date passes, a delinquent report can still be submitted by a Financial Manager. A Financial Manager also has privileges to edit and resubmit FFRs. The most recent Quarterly FFR can be reopened and resubmitted if the due date has not passed. Similarly, a Final FFR can be reopened and resubmitted up to 120 days after the project period end date. You must contact your awarding office to reopen and resubmit a final FFR anytime beyond 120 days after the award end date. Funds are frozen one day after the due date if the report is not submitted. Funds are released once the delinquent FFR is submitted.

COPS-AR-0584

# Additional payment questions

## Can we receive advances?

Yes. If you receive funds through electronic transfer, the period allowed is 10 days in advance. In general, the concept of "minimum cash on hand" applies to COPS Office awards. This concept requires that your organization request funds based upon immediate cash disbursement needs. You should time your request for payment to ensure that federal cash on hand is the minimum that you need.

There should be no excess federal award funds on hand, except for advances not exceeding 10 days, as noted above.

The Federal Government has four basic rules regarding advances. Advances can be terminated if the recipient

1.  is unwilling or unable to attain project goals;

2.  maintains excess cash on hand;

3.  does not adhere to the terms and conditions of the award;

4.  fails to submit reliable or timely reports.

## How often can we request reimbursement of costs?

There are no limitations on how often your organization may request reimbursements; however, your reimbursement requests should cover a specific time frame and include only costs that were approved in the award package. As a general guideline, most organizations request reimbursement on a monthly or quarterly basis. Also, please note that a date range for a reimbursement request can only be used once.

## Can we earn interest on our award funds?

For states, payments are governed by Treasury-State CMIA agreements and default procedures codified at 31 C.F.R. Part 205 ''Rules and Procedures for Efficient Federal-State Funds Transfers'' and TFM 4A–2000 Overall Disbursing Rules for All Federal Agencies.

For nonfederal entities other than states, payment methods must minimize the time between your drawdown of federal funds and your payment of award costs to avoid earning excess interest on your award funds. You must account for interest earned on advances of federal funds as follows:

1.  The Office of Management and Budget (OMB) uniform guidance at 2 C.F.R. § 200.305(b)(12) states that interest earned on federal advance payments deposited in interest-bearing accounts **up to $500 per year** may be retained by the nonfederal entity for administrative expenses.

2.  Any interest earned on federal advance payments deposited in interest-bearing accounts that is **in excess of $500 per year** must be remitted annually to the Department of Health and Human Services Payment Management System (PMS) through an electronic medium using either Automated Clearing House (ACH) network or a Fedwire Funds Service payment. For detailed information on remittance, please see appendices for a full text of the electronic medium remittance options. Instructions for returning interest on can be found at **https://pms.psc.gov/grant-recipients/returning-funds-interest.html**.

COPS-AR-0585

2024 COPS Hiring Program (CHP) Award Owner's Manual

3. If you do not have access to an electronic medium option, then please make a check payable to "The Department of Health and Human Services" and mail the check to Treasury-approved lockbox: HHS Program Support Center, P.O. Box 530231, Atlanta, GA 30353-0231. (Please allow 4–6 weeks for processing of a payment by check to be applied to the appropriate Payment Management System (PMS) account).

4. Please notify your COPS Office Staff Accountant in the COPS Office Finance Business Unit when any interest that is earned is remitted to the Department of Health and Human Services, Payment Management System.

COPS-AR-0586

# III. Procurement Process

If your award allows purchase of goods or services, see below.

In general, recipients are required to procure funded items through open and free competition when feasible. When conducting a procurement transaction under a Federal award, a State or Indian Tribe must follow the same policies and procedures it uses for procurements with non-Federal funds. If such policies and procedures do not exist, States and Indian Tribes must follow the procurement standards in §§ 200.318 through 200.327. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the procurement standards: §§ 200.321 (Contracting with small and minority businesses, women's business enterprises, veteran-owned businesses, and labor surplus area firms), 200.322 (Domestic preferences for procurement), and 200.323 (Procurement of recovered material) and ensure that every purchase order or other contract includes any clauses required by § 200.327 (Contract provisions). All other recipients and subrecipients, including subrecipients of a State or Indian Tribe, must follow the procurement standards in §§ 200.318 through 200.327. 2 C.F.R. § 200.317.

Consistent with the uniform administrative requirements that prohibit procurement practices that restrict competition, recipients and subrecipients may not discriminate against any person or entity on the basis of a person or entity's status as an "associate of the Federal Government" (or on the basis of a person or entity's status as a parent, affiliate, or subsidiary of an associate of the Federal Government). The term "associate of the Federal Government" means any person or entity engaged or employed (in the past or at present) by or on behalf of the Federal Government as an employee, contractor, subcontractor, award recipient, subrecipient, agent, or otherwise.

As described in the award condition titled "Sole Source Justification", recipients are required to submit a sole source justification (SSJ) request to the COPS Office for noncompetitive procurements in excess of $250,000 prior to purchasing equipment, technology, or services; obligating funding for a contract; or entering into a contract with award funds. If submitting a sole source justification request to the COPS Office, please follow the steps described in the Sole Source Justification fact sheet.

If you have any questions regarding the federal requirements that guide procurement procedures, please call the COPS Office Response Center at 800-421-6770 or visit the COPS Office online at **https://cops.usdoj.gov**.

# 2024 SAFECOM Guidance on Emergency Communications Grants (SAFECOM Guidance)

To promote consistency in emergency communications policy across the Federal Government, your agency is invited to review the annual SAFECOM Guidance on Emergency Communications Grants. This document is updated annually to provide current information on emergency communications policies, eligible costs, best practices, and technical standards for state, local, tribal, and territorial grant recipients investing federal funds in emergency communications projects.

COPS-AR-0587

# IV. Financial Record Maintenance

Your organization is required to establish and maintain accounting systems and financial records to accurately account for funds awarded and disbursed. These records must include both federal funds and any local funds contributed to this project.

## What accounting systems are required?

Your organization needs to establish and maintain accounting systems and financial records to accurately account for the funds awarded.

As required by 2 C.F.R. §§ 200.1, 200.302, and 200.303, internal controls and financial management systems must provide reasonable assurance that your organization is managing the Federal award in compliance with the U.S. Constitution, Federal statutes, regulations, and award terms and conditions, and provide full accountability for expenditures including, but not limited to:

- Transactions are properly recorded and accounted for to prepare reliable financial statements and federal reports and to maintain accountability over assets.

- Transactions are executed in compliance with all applicable federal statutes, regulations, and the award terms and conditions.

- Funds, property, and other assets are safeguarded against loss from unauthorized use or disposition.

## What records must be kept?

Your organization's fiscal control and accounting systems should enable you to make accurate, current, and complete disclosure of the financial activity under your award. Your accounting records should contain information showing expenditures under the award and must be supported by items such as payroll records, time and attendance records, canceled checks, purchase orders, or similar documents.

Your organization must adequately safeguard award funds and make sure that they are used for authorized purposes only. Your organization will be responsible for refunding any unallowable expenses.

## How long must records be kept?

All financial records and supporting documents associated with your award (including payroll, time and attendance records, canceled checks, and purchase orders) must be retained for a period of three years from the date of submission of the final expenditure report as stated in 2 C.F.R § 200.334 (Retention requirements for records).

Your organization should maintain records so that you can identify them by award year or by fiscal year, whichever you find more convenient. If any litigation, claim, negotiation, audit, or other action involving these records has been started before the end of the three-year period, the records should be kept until completion of the action. These records should be easily located and should be properly protected against fire or other damage. *Failure to maintain adequate records to document award expenditures may result in a requirement to repay all federal funds that cannot be supported with appropriate records.*

COPS-AR-0588

## What if we have more than one award?

If your organization has more than one COPS Office award or an award from another federal agency, funds received under one project may not be used to support another project without specific written authorization from the COPS Office, or in the case of an award from another agency, from both awarding agencies. Your accounting systems and financial records must reflect expenditures for each project separately.

## Who may access our records?

Authorized federal representatives, including representatives from the U.S. Department of Justice, the Comptroller General of the United States, the COPS Office, and any entity designated by the COPS Office may access these records for the purposes of conducting audits, site visits, or other examinations.

COPS-AR-0589

# V. Federal Audit Requirements

In addition to oversight by the COPS Office, your award may be subject to an audit by independent examiners. The two primary types of audit are Single Audit Act (SAA) audits and U.S. Department of Justice, Office of the Inspector General (OIG) audits.

## Single Audit Act (SAA) requirements

### What are the regulations governing SAA requirements?

The Single Audit Act (SAA) of 1984 established uniform guidelines for state and local governments, and Indian tribal governments receiving federal financial assistance. The 1984 Act was amended in July 1996, by extending these requirements to all nonprofit recipients of federal financial assistance. The Office of Management and Budget (OMB) issued final guidance for 2 C.F.R. Part 200—Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards (Uniform Guidance) on December 26, 2013. This guidance applies to all federal awards or funding increments awarded on or after December 26, 2014, and provides additional guidelines regarding the implementation of SAA requirements. 2 C.F.R. Part 200, Subpart F – Audit Requirements, available at **https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F**, establishes the requirements for organizational audits that apply to COPS Office award recipients. Recipients must arrange for the required organization-wide (not award-by-award) audit in accordance with the requirements of Subpart F.

### Who must have an SAA audit?

A recipient that expends $1,000,000 or more during the recipient's fiscal year in federal awards must have a single audit conducted in accordance with 2 C.F.R. § 200.514 (Scope of audit) except when it elects to have a program-specific audit conducted in accordance with 2 C.F.R. § 200.501(c). An auditee may be a recipient, a subrecipient, or a vendor.

SAA audits are required to be conducted annually, unless a state or local government, or Indian tribe is required (by constitution or statute that was in effect on January 1, 1987), to undergo audits less frequently than annually. The primary objective of an SAA audit is to express opinions on the recipient's financial statements, internal controls, major and nonmajor award programs, and compliance with government laws and regulations. Single Audits may also address specific compliance issues with respect to COPS Office award requirements.

In cases of continued inability or unwillingness to have an audit conducted in accordance with this part, federal agencies and pass-through entities must take appropriate action as provided in §200.339. Remedies for noncompliance. See 2 C.F.R. § 200.505.

If the Federal awarding agency or pass-through entity determines that noncompliance cannot be remedied by imposing additional conditions, the Federal awarding agency or pass-through entity may take one or more of the following actions, as appropriate in the circumstances: These sanctions under 2 C.F.R. § 200.339 could include the following:

- Temporarily withholding cash payments pending correction of the deficiency by the nonfederal entity or more severe enforcement action by the federal awarding agency or pass-through entity.

- Disallowing (that is, denying both use of funds and any applicable matching credit for) all or part of the cost of the activity or action not in compliance.

COPS-AR-0590

- Wholly or partly suspending or terminating the federal award.

- Initiating suspension or debarment proceedings as authorized under 2 C.F.R. part 180 and federal awarding agency regulations (or in the case of a pass-through entity, recommending such a proceeding be initiated by a federal awarding agency).

- Withholding further federal awards for the project or program.

- Taking other remedies that may be legally available.

**Your SAA reports should not be sent to the COPS Office.**

Your SAA reports should not be sent to the COPS Office. If the U.S. Department of Justice is your cognizant federal agency (see the Glossary of Terms in the appendices), they should be sent to the Federal Audit Clearinghouse at **https://www.fac.gov**.

The U.S. Department of Justice, Office of Justice Programs (OJP) Office of Audit Assessment and Management (OAAM) serves as the liaison between recipients and auditors in the conduct of resolving and closing SAA audits. Questions and comments regarding SAA audits may contact the OJP Customer Service Center at 800-458-0786.

# Office of Inspector General (OIG) recipient audits

## What is the role of the OIG for award audits?

The OIG is a separate component of the U.S. Department of Justice and is independent of the COPS Office. The primary objective of OIG recipient audits is to assess compliance with award terms and conditions. OIG audits are designed to prevent fraud, waste, and abuse of federal funds. The OIG audit process promotes efficiency and effectiveness in the administration and implementation of awards by evaluating compliance with the terms and conditions of awards.

## How are COPS Office awards selected for an OIG audit?

The OIG randomly selects awards to be audited or may conduct a COPS Office recipient audit in response to a referral that the OIG believes warrants further evaluation. The OIG also surveys DOJ award-making agencies on an annual basis to solicit input on suggested audit areas for the upcoming fiscal year. In most instances, however, the OIG generally selects awards to be audited based on a number of factors, including the geographical distribution of awards funded, award amount, population served, award status (active and expired), and type of award (hiring and non-hiring). As such, the fact that a recipient has been selected for an OIG audit is not necessarily indicative of a suspected concern or problem area.

## What are the steps in an OIG audit?

The COPS Office Grant Monitoring Division's Audit Liaison Section serves as the liaison between recipients and the OIG's Audit Division, which conducts the audit. The OIG steps in the audit process will determine the interactions between the OIG, the recipient, and the COPS Office Grant Monitoring Division Audit Liaison Section:

1. **Call for award data.** The OIG requests award documentation from the COPS Office.
2. **Entrance conference.** The OIG schedules to meet with the recipient to gather documentation and conduct audit.

COPS-AR-0591

3. **Draft audit report.** The OIG reviews documentation and presents initial recommendations (findings) to the recipient and copies the COPS Office. The COPS Office interacts with the recipient to coordinate any repayments and/or policy or procedure documents to be submitted to the OIG before release of the Final Audit Report.

4. **Final audit report.** The OIG has completed its direct interaction with the recipient. The COPS Office directs the recipient to formulate a Corrective Action Plan to address recommendations (findings). As each recommendation is successfully addressed by the recipient, the COPS Office requests closure on the recommendation.

5. **Closing the audit.** When all recommendations have been closed, the COPS Office requests closure on the audit from the OIG and notifies the recipient that the audit is closed.

If you have any questions regarding an OIG audit, please contact the COPS Office Grant Monitoring Division's Audit Liaison Section via the COPS Office Response Center at **AskCOPSRC@usdoj.gov**. Questions and comments regarding the administration of your COPS Office CHP award, not specifically related to an audit, should be referred to your COPS Office Grant Manager.

## Typical audit findings

The OIG has typically reported the following audit findings pertaining to awards as a result of lack of proper documentation, poor business practices, or inadequate accounting and record keeping systems:

- **Unallowable costs.** Recipient incurred costs that were not approved in the original budget or a budget modification, were in excess of the approved budget, or were charged to the award after the expiration date and an award extension was not obtained.

- **Unsupported costs.** Specific award expenditures and reimbursements could not be supported by adequate documentation (including but not limited to receipts or purchase orders), that may have been allowable under the program, but for which no prior written approval was obtained from the COPS Office, or award expenditures were in excess of actual approved award costs.

- **Lack of complete/timely programmatic and financial reporting.** Recipient failed to submit required programmatic and financial reports in a timely manner and/or had inadequate record keeping systems.

- **Failure to retain.** Recipient lacked documentation to support retention planning efforts during the award period and/or failed to demonstrate an increase in the baseline of locally funded sworn officer positions at the conclusion of federal funding, over and above what the recipient would have funded in absence of the award.

- **Supplanting.** Recipient could not document efforts to backfill vacant local sworn officer positions, or recipient could not explain reductions in local law enforcement budget or in sworn officer positions during the award period.

- **Lack of adequate community policing.** Recipient had difficulty demonstrating community policing activities.

- **Funds to better use.** Funds could be used more efficiently based on management actions such as reductions in outlays; deobligation of funds; withdrawal; costs not incurred by implementing recommended improvements; and other identified savings.

- **Questioned costs.** Costs that are questioned by the auditor because of an audit finding which resulted from a violation or possible violation of a provision of law, regulation, award terms and conditions, or other document governing the use of federal funds; or because costs incurred appear unreasonable and do not reflect the actions a prudent person would take under the same circumstances; or because costs at the time of the audit are not supported by adequate documentation.

COPS-AR-0592

- **Policy and procedure**. Weaknesses are identified in a recipient's accounting practices, fiscal stewardship, accuracy of data used in the development of the award applications, and/or inventory controls that led to the recommendation cited in the audit. The recipient is required to develop or revise policies and/or procedures consistent with their existing practices and submit to the COPS Office to forward to the OIG to close the recommendation.

After the final OIG audit report has been issued, the COPS Office Grant Monitoring Division will continue working as the liaison between your agency and the OIG to obtain closure on any audit findings. The COPS Office will issue a closure letter once all audit recommendations have been closed by the OIG. You must keep all documentation related to the audit for a period of three years following the audit's closure.

COPS-AR-0593

# VI. Reporting Requirements

Your organization will be required to submit quarterly Federal Financial Reports as well as semiannual Performance Reports. Award recipients should be prepared to track and report award funding separately from all other funding sources (including other COPS Office awards) to ensure accurate financial and programmatic reporting on a timely basis. Your organization should ensure that you have adequate financial internal controls in place to monitor the use of all funding and also to ensure that its use is consistent with the award terms and conditions. Good stewardship in this area includes written accounting practices, use of an accounting system that adequately tracks all award drawdowns and expenditures, and has the ability to track when COPS Office award–funded positions are filled or approved purchases are made. *Failure to submit complete reports or submit them in a timely manner may result in the suspension and possible termination of your organization's COPS Office award funding or other remedial actions.*

## Federal Financial Reports

As a reminder, the only role within JustGrants that can submit the Federal Financial Report (FFR) is the Financial Manager. Individuals with that role in JustGrants should review JustGrants resources online for guidance on how to complete and submit FFRs in the JustGrants system.

Your organization is required to submit a quarterly FFR using Standard Form 425 (SF-425) within 30 days after the end of each calendar quarter. A final SF-425 will be due within 120 days after the end of the award period. This report reflects the actual cumulative federal expenditures incurred during the funding period and the remaining unobligated balance of federal funds. Under federal regulations, your organization is not permitted to draw down federal funding for costs incurred after the official award end date; however, you will have a 120-day period after the award end date during which you can draw down funds for eligible expenditures incurred before the award end date.

### How do we file Federal Financial Reports?

All COPS Office award recipients are strongly encouraged to submit the required quarterly SF-425 online.

To submit an FFR, follow these steps:

1.  Navigate to the JustGrants Home link on the left-hand side.
2.  Go to your Task List.
3.  Open the FFR you want to edit/submit.

    Once the FFR opens, the Recipient Information appears, select Continue to move to the next screen. Note: The data on this page is prepopulated from the award document and the entity profile.

    The Report Information screen contains several required fields.

    (a)  Enter the Recipient Account Number.
    (b)  Select the Report Type.
    (c)  Select the Basis of Accounting. Scroll down to the Transactions section.

COPS-AR-0594

The following fields are not editable because they are not required for DOJ:

- (a) 10a. Cash Receipts
- (b) 10b. Cash Disbursements
- (c) 10c. Cash on Hand (line a minus b)

4. Enter information in the following fields as appropriate:
    - (a) 10d. Total Federal funds authorized
    - (b) 10g. Total Federal share (sum lines e & f)
    - (c) 10e. Federal share of expenditures
    - (d) 10f. Federal share of unliquidated obligations
    - (e) 10h. Unobligated balance of Federal funds (line d minus g)
    - (f) 10j. Recipient share of expenditures

Cumulative expenditures must be entered in line 10e, 10j, 10f, 10j, 10m, and 10n. Cumulative expenditures are defined as: The amount from the awards inception to the end of the reporting period.

5. Enter information in the following fields as appropriate:
    - (a) 10k. Remaining recipient share to be provided (line i minus j)
    - (b) 10l. Total Federal program income earned
    - (c) 10m. Program Income expended in accordance with the deduction alternative
    - (d) 10n. Program Income expended in accordance with the addition alternative
    - (e) 10o. Unexpended program income

6. Select Continue

    In the Remarks and Certification screen, enter text in box 12. Additional Information.

7. Note: If the figures in line 10e or 10j are less than the previous reporting period, you are required to add additional narrative in box 12 "Remarks" explaining this discrepancy. Failure to do so will result in a validation error.

8. Select Upload Supporting Documents to attach a document

9. Review the certification information. Select the Submit button.

The FFR status will be changed to "Resolved-Completed" once the FFR data is transferred to the Unified Financial Management System (UFMS).

## When are Federal Financial Reports due?

An SF-425 report must be submitted for each COPS Office award at the end of every calendar quarter and no later than 30 days after the last day of each reporting period, as detailed in table 1.

**Table 1. Due dates of SF-425 by quarter**

| Reporting quarter | SF-425 due date |
| --- | --- |
| January 1–March 31 | April 30 |
| April 1–June 30 | July 30 |
| July 1–September 30 | October 30 |
| October 1–December 31 | January 30 |

COPS-AR-0595

For your initial SF-425 submission, determine when the SF-425 reporting period that includes your award start date ended and complete an SF-425 to cover the period from the award start date to the end of that period (regardless of when the award was accepted). **You are required to submit an SF-425 even if you have not spent any money or incurred any costs during a reporting period.**

**Example:**

If your award start date is 09-01-24 and the current date is 11-15-24, then your first SF-425 would be due no later than 10-30-24 and would cover the period 09-01-24 (award start date) through 09-30-24 (end of the initial reporting quarter for this award). This SF-425 must be on file with the COPS Office before the submission deadline so that you can avoid being delinquent and successfully complete a drawdown of funds through ASAP (submit report as soon as you accept the award and have access JustGrants and ASAP).

Award recipients who do not submit an SF-425 report by the due date each quarter will be unable to draw down funds. The payment system contains a function which checks for SF-425 delinquency and will reject a drawdown attempt if the SF-425 is not current. Subsequent outreach through email or hard copy reminders may be sent to the recipient if the SF-425 is delinquent.

For general information or assistance in completing the SF-425 reports, go to **https://cops.usdoj.gov** or contact the COPS Office Response Center by phone at **AskCopsRC@usdoj.gov**.

## How will award funds be monitored?

The COPS Office and designated representatives from the Office of the Chief Financial Officer, Office of Justice Programs monitor the financial aspects of your organization's award through financial reports, on-site visits, office-based award reviews, meetings, telephone contacts, reports, audits, reviews of award change requests, and special request submissions.

# Performance Reports

Semiannual Performance Reports and a Final Performance (Closeout) Report are required to be submitted directly to the COPS Office via JustGrants. Agencies must submit a separate performance report for each award.

## How do we file a Performance Report?

Only the Grants Award Administrator for your organization will be able to view and submit a performance report. For information on assigning a Grant Award Administrator to your award, see the Entity Management Job Aid Reference Guide on the **JustGrants website**.

To submit your performance report, please log in to JustGrants and check your worklist or the "Funded Award Performance Management" tab for performance reports. The Grant Award Administrator can locate the current report question set in JustGrants in two locations: My Worklist or on the Performance Management tab of the funded award. Information on JustGrants Performance Reporting is found **here.**

If you experience issues with submitting your performance report, please contact JustGrants Support at **JustGrants.Support@usdoj.gov** or 833-872-5175.

COPS-AR-0596

Important reminder: The only role within JustGrants that can submit a performance report is the Grant Award Administrator

You should complete a final performance report within 120 days of the period of performance end date. To submit a final report, the Grants Award Administrator should locate the report question set in My Worklist or on the Performance Management tab. The report cover page will ask whether the report is interim progress report or a final report – please select "final" to view final report questions.

## When are Performance Reports due?

Semiannual performance reports are due March 2 and August 31, as shown in table 2.

**Table 2. Due dates of Performance Reports by semiannual dates**

| Reporting period | Performance Report due date |
|---|---|
| August 1 – January 31 | March 2 |
| February 1 – July 31 | August 31 |

## What kind of information will these reports require?

These reports will request information about the status of your award in terms of purchasing equipment, hiring personnel, delivering services, and progress in meeting milestones identified in the cooperative agreement, as well as general information about your organization.

## What if we make a mistake or need to modify the report after it is submitted?

You may log in to JustGrants to reopen and make edits to your Performance Report.

## Will the data that we submit be publicly available?

Performance Reports submitted to the COPS Office may be reported publicly in response to a Freedom of Information Act (FOIA) request.

If your organization has any questions regarding the submission of these required reports, please call the COPS Office Response Center at **AskCOPSRC@usdoj.gov**.

## Entity management

If you do not have the ability to submit your federal financial report or performance report, this may indicate that the Entity Administrator for your organization has not made the correct work assignment to your award. To confirm the work assignment has been properly made, the Entity Administrator should follow the steps below to confirm: 1. Log in to JustGrants. 2. Click "Awards" from the left menu. 3. Click "Show/Hide Roles." 4. Click the "Financial Manager" and "Grant Award Administrator" check boxes. 5. Click "Confirm." If the Financial Manager and Grant Award Administrator's names appear under the respective columns, then the work assignment has been properly made and those users should be able to complete and submit the reports.

COPS-AR-0597

If the names do not appear in the respective columns, the Entity Administrator should take the following steps: 1. Click the check box next to the award ID. 2. Choose a role (e.g., Financial Manager, Grant Award Administrator) from the "Choose Role" dropdown menu (bottom of the screen). 3. Choose the individual's name from the "Assign to" drop-down menu. 4. Click "Assign." Once the Entity Administrator has completed these steps, the assigned Financial Manager and Grant Award Administrator should be able to access and submit the respective reports.

## Contact points to obtain technical assistance and report violations

Any alleged violations, serious irregularities, or acts that may result in the use of public funds in a manner inconsistent with the Public Safety Partnership and Community Policing Act of 1994 or the purposes of this award may be reported to the U.S. Department of Justice. Furthermore, the COPS Office welcomes the opportunity to provide assistance regarding the implementation of award provisions to help ensure that federal award funds are spent responsibly. As such, the following contacts are provided to address noncompliance and technical assistance issues:

- If you suspect violations of a criminal nature, please contact the U.S. Department of Justice, Office of the Inspector General (OIG) at **https://oig.justice.gov/hotline**, **OIG.hotline@usdoj.gov** or 800-869-4499.

- If you suspect award violations (not criminal in nature) related to the award conditions listed in this manual, please contact the COPS Office Grant Monitoring Division at 800-421-6770.

- If you have any questions or need assistance regarding your award, please contact your COPS Office Grant Manager.

COPS-AR-0598

# VII. When the Award Period Has Ended

At the end of your organization's award period, the COPS Office is responsible for the closeout of your award. As part of this process, the COPS Office requires documentation demonstrating that your organization has met all the programmatic and financial requirements of the award.

After the end of the award period, your organization will be asked to submit a Final Federal Financial Report (SF-425) and any applicable final performance reports.

## Final Federal Financial Report (SF-425)

The final Federal Financial Report (SF-425) for your award is due to the COPS Office no later than 120 days after the end date of the award period. The final report should reflect the total amount of allowable federal expenditures that were incurred during the life of the award, as well as the amount of unobligated funds remaining, if any. The federal funds expended should reflect only the actual allowable costs incurred relative to the specific program requirements for that award. In addition, once you have completed your final drawdown, this report should reconcile with the total amount of federal funds drawn down by your organization. The final SF-425 should also include the required minimum total amount of local (recipient) cash match contributed, if applicable.

## When should all the award monies be spent?

Award funds reflecting allowable project costs must be obligated before the end of the award period. Obligated funds cover monies spent, and expenses incurred but not yet paid, for any approved items listed in the award package. Your organization has up to 120 days after the end of the award period to pay for eligible expenses previously incurred, and to request reimbursement for any remaining eligible balance.

*Please be advised that 2 C.F.R. § 200.344(b) requires recipients to submit final SF-425s within 120 days after the expiration of the award.*

It is possible that your organization may have unobligated and unspent award funds remaining in your account following the award period due to an overestimate of item costs during the application period. Your organization should review its records carefully to ensure that it draws down and expends only the amount required for actual costs incurred during the award period. Any remaining unobligated or unspent funds should remain in your account and will be deobligated during the closeout process.

## Final Performance (Closeout) Report

After your award period has ended, your organization will be sent a final performance report via JustGrants and asked to complete it. This report will serve as your organization's final programmatic report on the award, and the information your organization provides in this report will be used to make a final assessment of your award progress.

COPS-AR-0599

## Retention

If an agency is awarded several officer positions, the retention period for each individual officer position begins upon completion of 36 months of federal funding for each position (not based on the award end date). The retention period can start within the five year period of performance, or after the period of performance has ended. The additional officer positions should be added to your agency's law enforcement budget with state or local funds for at least 12 months over and above the number of locally funded officer positions that would have existed in the absence of the award. If a position becomes vacant during the retention period, your agency must take active and timely steps consistent with its hiring policies and procedures to fill the position with a new, additional officer to complete the remainder of the 12-month retention period.

Absorbing CHP-funded officers through attrition (rather than adding the extra positions to your budget with additional funding) does not meet the retention requirement. In addition, your agency may not use federal funding from other COPS Office awards to retain positions awarded under a previous COPS Office hiring award.

If you have any questions or need assistance regarding your award, please contact your COPS Office Grant Manager.

COPS-AR-0600

# VIII. Conclusion

We hope that this manual has assisted you and your organization with your award questions. We welcome and encourage any comments you have regarding the COPS Office CHP Program and the materials we have developed for its administration. If you have specific comments regarding this manual or have any questions about your award, please call your COPS Office Grant Manager.

Pursuant to Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," the COPS Office encourages recipients of U.S. Department of Justice funds to adopt and enforce policies that ban text messaging while driving and to establish workplace safety policies to decrease crashes caused by distracted drivers.

In addition, pursuant to Executive Order 13043, "Increasing Seat Belt Use in the United States," the COPS Office encourages recipients of U.S. Department of Justice funds to adopt and enforce on-the-job seat belt policies and programs for their employees when operating company-owned, rented, or personally owned vehicles.

COPS-AR-0601

# Appendices

## Appendix A. List of source documents

### A. Primary Sources

Public Safety Partnership and Community Policing Act of 1994, 34 U.S.C. § 10381 et seq.

### B. Secondary Sources

*Code of Federal Regulations (CFR)/Office of Management and Budget (OMB):*

2 C.F.R. Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards) as adopted by the U.S. Department of Justice in 2 C.F.R. § 2800.101

4 C.F.R. Parts 101-105, U.S. Department of Justice/Government Accountability Office, "Joint Federal Claims Collections Standards"

5 C.F.R. Part 1320, "Controlling Paperwork Burdens on the Public"

5 C.F.R. Part 151, "Political Activity of State and Local Officers or Employees"

28 C.F.R. Part 23, "Criminal Intelligence Systems Operating Policies"

28 C.F.R. Part 61, "Procedures for Implementing the National Environmental Policy Act"

28 C.F.R. Part83, "Government-Wide Requirements for Drug-Free Workplaces (Grants)"

28 C.F.R. Part 69, "New Restrictions on Lobbying"

31 C.F.R. Part 205, "Rules and Procedures for Efficient Federal-State Funds Transfers"

OMB Circular A-129, "Policies for Federal Credit Programs and Non-Tax Receivables"

48 C.F.R. Part 31 (Federal Acquisition Regulation), "Contract Cost Principles and Procedures"

*Executive Orders:*

Executive Order 12291, "Regulations"

Executive Order 12372, 28 C.F.R. Part 30, "Intergovernmental Review of Federal Programs"

Executive Order 12547, "Non-Procurement Debarments and Suspension"

Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving,"

Executive Order 13043, "Increasing Seat Belt Use in the United States"

COPS-AR-0602

# Appendix B. U.S. Department of Justice Certified Standard Assurances

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1)  I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2)  I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3)  I assure that, throughout the period of performance for the award (if any) made by the Department based on the application –
    a.  the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;
    b.  the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and
    c.  the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4)  The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition –
    A.  the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);
    b.  the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;
    c.  the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and
    d.  on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5)  The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

COPS-AR-0603

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application –

A. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

B. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(9) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law—including, but not limited to, the Indian Self-Determination and Education Assistance Act—seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(10) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

_____          _____

Signature of Law Enforcement Executive/Agency Executive          Date

(For your electronic signature, please type in your name)

_____          _____

Signature of Government Executive/Financial Official          Date

(For your electronic signature, please type in your name)

COPS-AR-0604

# Appendix C. U.S. Department of Justice Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Law Enforcement and Community Policing

Applicants should refer to the regulations cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations before completing this form. The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

    As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

    i. No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or cooperative agreement;

    ii. If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall complete and submit Standard Form - LLL, "Disclosure of Lobbying Activities" in accordance with its (and any DOJ awarding agency's) instructions; and

    iii. The Applicant shall require that the language of this certification be included in the award documents for all subgrants and procurement contracts (and their subcontracts) funded with Federal award funds and shall ensure that any certifications or lobbying disclosures required of recipients of such subgrants and procurement contracts (or their subcontractors) are made and filed in accordance with 31 U.S.C. § 1352.

2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

    A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part 2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its principals—

    i. is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

    has within a three-year period preceding this application been convicted of a felony criminal violation under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, tribal, or local) transaction or private agreement or transaction; violation of

64

Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property, making false claims, or obstruction of justice, or commission of any offense indicating a lack of business integrity or business honesty that seriously and directly affects its (or its principals') present responsibility;

ii.   is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and/or

iii.   has within a three-year period preceding this application had one or more public transactions (Federal, State, tribal, or local) terminated for cause or default.

B.   Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application. Where the Applicant or any of its principals was convicted, within a three-year period preceding this application, of a felony criminal violation under any Federal law, the Applicant also must disclose such felony criminal conviction in writing to the Department (for OJP Applicants, to OJP at **Ojpcompliancereporting@usdoj.gov**; for OVW Applicants, to OVW at **OVW.GFMD@usdoj.gov**; or for COPS Applicants, to COPS at **AskCOPSRC@usdoj.gov**), unless such disclosure has already been made.

3.   FEDERAL TAXES

A.   If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, or (2) the corporation has provided written notice of such an unpaid tax liability (or liabilities) to the Department (for OJP Applicants, to OJP at **Ojpcompliancereporting@usdoj.gov**; for OVW Applicants, to OVW at **OVW.GFMD@usdoj.gov**; or for COPS Applicants, to COPS at **AskCOPSRC@usdoj.gov**).

B.   Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an explanation to this application.

4.   DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees, as defined at 28 C.F.R. §§ 83.620 and 83.650:

A.   The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by—

i.   Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against employees for violation of such prohibition;

ii.   Establishing an on-going drug-free awareness program to inform employees about—

a.   The dangers of drug abuse in the workplace;

b.   The Applicant's policy of maintaining a drug-free workplace;

c.   Any available drug counseling, rehabilitation, and employee assistance programs; and

d.   The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

iii.   Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

COPS-AR-0606

iv.  Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will—

    a.  Abide by the terms of the statement; and

    b.  Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

v.  Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice, including position title of any such convicted employee to the Department, as follows:

    For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

    For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 810 h Street, N.W., Washington, D.C. 20531.

    Notice shall include the identification number(s) of each affected award;

vi.  Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

    a.  Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

    b.  Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

vii.  Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

LAW ENFORCEMENT AGENCY CERTIFICATION REQUIRED UNDER DEPARTMENT OF JUSTICE DISCRETIONARY GRANT PROGRAMS ("SAFE POLICING CERTIFICATION")

If this application is for a discretionary award pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to a State, local, college, or university law enforcement agency, the Applicant certifies that any such law enforcement agency to which funds will be made available has been certified by an approved independent credentialing body or has started the certification process. To become certified, a law enforcement agency must meet two mandatory conditions: (a) the agency's use of force policies adhere to all applicable federal, State, and local laws; and (b) the agency's use of force policies prohibit chokeholds except in situations where use of deadly force is allowed by law.

For detailed information on this certification requirement, see **https://cops.usdoj.gov/SafePolicingEO**. The Applicant acknowledges that compliance with this safe policing certification requirement does not ensure compliance with federal, state, or local law, and that such certification shall not constitute a defense in any federal lawsuit. Nothing in the safe policing certification process or safe policing requirement is intended to be (or may be) used by third parties to create liability by or against the United States or any of its officials, officers, agents or employees under any federal law. Neither the safe policing certification process nor the safe policing certification requirement is intended to (or does) confer any right on any third-person or entity seeking relief against the United States or any officer or employee thereof. No person or entity is intended to be (or is) a third-party beneficiary of the safe policing certification process, or, with respect to the safe policing certification requirement, such a beneficiary for purposes of any civil, criminal, or administrative action.

COPS-AR-0607

5.    COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS
      As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award. Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

_____          _____

Signature of Law Enforcement Executive/Agency Executive          Date

(For your electronic signature, please type in your name)

_____          _____

Signature of Government Executive/Financial Official          Date

(For your electronic signature, please type in your name)

COPS-AR-0608

# Appendix D. Community policing defined

Community policing is a philosophy that promotes organizational strategies and supports the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, fear of crime, and social disorder.

## Problem solving

Problem solving is the process of engaging in the proactive and systematic examination of identified problems to develop effective responses that are evaluated rigorously.

- Scanning: Identifying and prioritizing problems
- Analysis: Analyzing problems
- Response: Responding to problems
- Assessment: Assessing problem-solving initiatives
- Using the crime triangle to focus on immediate conditions (victim/offender/location)

Community policing emphasizes proactive problem solving in a systematic and routine fashion. Rather than responding to crime only after it occurs, community policing encourages agencies to proactively develop solutions to the immediate underlying conditions contributing to public safety problems. Problem solving must be infused into all police operations and guide decision-making efforts. Agencies are encouraged to think innovatively about their responses and view making arrests as only one of a wide array of potential responses. A major conceptual vehicle for helping officers to think about problem solving in a structured and disciplined way is the SARA (Scanning, Analysis, Response, and Assessment) problem-solving model.

### *Scanning: Identifying and prioritizing problems*

The objectives of scanning are to identify a basic problem, determine the nature of that problem, determine the scope of severity, and establish baseline measures. An inclusive list of stakeholders for the selected problem is typically identified in this phase. A problem can be thought of as two or more incidents similar in one or more ways, and that is of concern to the police and the community. Problems can be a type of behavior, a place, a person or persons, a special event or time, or a combination of any of these. The police, with input from the community, should identify and prioritize concerns.

### *Analysis: Analyzing*

Analysis is the heart of the problem-solving process. The objectives of analysis are to develop an understanding of the dynamics of the problem, develop an understanding of the limits of current responses, establish correlation, and develop an understanding of cause and effect. As part of the analysis phase, it is important to find out as much as possible about each aspect of the crime triangle by asking who? what? when? where? how? why? and why not? about the victim, offender, and crime location.

COPS-AR-0609

*Response: Responding to problems*

The response phase of the SARA model involves developing and implementing strategies to address an identified problem by searching for strategic responses that are both broad and uninhibited. The response should follow logically from the knowledge learned during the analysis and should be tailored to the specific problem. The goals of the response can range from totally eliminating the problem through substantially reducing the problem to reducing the amount of harm caused by the problem or improving the quality of community cohesion.

*Assessment: Assessing problem-solving initiatives*

Assessment attempts to determine if the response strategies were successful by determining if the problem declined and if the response contributed to the decline. This information not only assists the current effort but also gathers data that builds knowledge for the future. Strategies and programs can be assessed for process, outcomes, or both. If the responses implemented are not effective, the information gathered during analysis should be reviewed. New information may have to be collected before new solutions can be developed and tested. The entire process should be viewed as circular rather than linear.

*Using the crime triangle to focus on immediate conditions (victim/offender/location)*

To understand a problem, many problem solvers have found it useful to visualize links among the victim, offender, and location (the crime triangle) and those aspects that could have an impact on them—for example, capable guardians for victims, handlers for offenders, and managers for locations. Rather than addressing root causes of a problem, the police focus on the factors that are within their reach, such as limiting criminal opportunities and access to victims, increasing guardianship, and associating risk with unwanted behavior.

## Community partnerships

Community partnerships are collaborative partnerships between the law enforcement agency and the individuals and organizations they serve to develop solutions to problems and increase trust in police.

- Other government agencies
- Community members and groups
- Nonprofits and service providers
- Private businesses
- Media

Community policing, recognizing that police rarely can solve public safety problems alone, encourages interactive partnerships with relevant stakeholders. The range of potential partners is large, and these partnerships can be used to accomplish the two interrelated goals of developing solutions to problems through collaborative problem solving and improving public trust. The public should play a role in prioritizing public safety problems.

*Other government agencies*

Law enforcement organizations can partner with a number of other government agencies to identify community concerns and offer alternative solutions. Examples of agencies include legislative bodies, prosecutors, probation and parole departments, public works departments, neighboring law enforcement agencies, health and human services departments, child support, ordinance enforcement, and schools.

COPS-AR-0610

*Community members and groups*

Individuals who live, work, or otherwise have an interest in the community—volunteers, activists, formal and informal community leaders, residents, visitors and tourists, and commuters—are a valuable resource for identifying community concerns. Partnerships with these factions of the community can engage the community in achieving specific goals at town hall meetings, neighborhood association meetings, decentralized offices/storefronts in the community, and team beat assignments.

*Nonprofits and service providers*

Advocacy and community-based organizations that provide services to the community and advocate on its behalf can be powerful partners. These groups often work with or are composed of individuals who share certain interests and can include such entities as victims groups, service clubs, support groups, issue groups, advocacy groups, and the faith community.

*Private businesses*

For-profit businesses also have a great stake in the health of the community and can be key partners because they often bring considerable resources to bear on problems of mutual concern. Businesses can help identify problems and provide resources for responses, often including their own security apparatus and community outreach. The local chamber of commerce can also assist in disseminating information about police and business partnerships and initiatives.

*Media*

The media represent a powerful mechanism by which to communicate with the community. It can assist with publicizing community concerns and available solutions, such as services from government or community agencies or new laws or codes that will be enforced. In addition, the media can have a significant impact on public perceptions of the police, crime problems, and fear of crime.

## Organizational transformation

Organizational transformation is the alignment of organizational management, structure, personnel, and information systems to support community partnerships and proactive problem solving.

*Agency management*

- Climate and culture
- Decision making
- Despecialization
- Geographic assignment of officers
- Labor relations
- Leadership
- Organizational evaluations
- Organizational structure
- Policies

COPS-AR-0611

- Resources and finances
- Strategic planning
- Transparency

### Personnel

- Recruitment, hiring, and selection
- Personnel supervision/evaluations
- Training

### Information systems (technology)

- Communication / access to data
- Quality and accuracy of data

The community policing philosophy focuses on the way that departments are organized and managed and how the infrastructure can be changed to support the philosophical shift behind community policing. It encourages the application of modern management practices to increase efficiency and effectiveness. Community policing emphasizes changes in organizational structures to institutionalize its adoption and infuse it throughout the entire department, including the way the department is managed and organized, its personnel, and its technology.

### Agency management

Under the community policing model, police management needs to infuse community policing ideals throughout the agency by making a number of critical changes in climate and culture, leadership, formal labor relations, decentralized decision-making and accountability, strategic planning, policing and procedures, organizational evaluations, and increased transparency.

**Climate and culture**

Changing the climate and culture means supporting a proactive orientation that values systematic problem solving and partnerships. Formal organizational changes should support the informal networks and communication that take place within agencies to support this orientation.

**Leadership**

Leaders serve as role models for taking risks and building collaborative relationships to implement community policing, and they use their position to influence and educate others about it. Leaders, therefore, must constantly emphasize and reinforce community policing's vision, values, and mission within their organization and support and articulate a commitment to community policing as the dominant way of doing business.

**Labor relations**

If community policing is going to be effective, police unions and similar forms of organized labor need to be a part of the process and function as partners in the adoption of the community policing philosophy. Including labor groups in agency changes can ensure support for the changes that are imperative to community policing implementation.

COPS-AR-0612

**Decision-making**

Community policing calls for decentralization both in command structure and in decision-making. Decentralized decision-making allows front-line officers to take responsibility for their role in community policing. When an officer is able to create solutions to problems and take risks, he or she ultimately feels accountable for those solutions and assumes a greater responsibility for the well-being of the community. Decentralized decision-making involves flattening the hierarchy of the agency, increasing tolerance for risk taking in problem-solving efforts, and allowing officers discretion in handling calls. In addition, providing sufficient authority to coordinate various resources to attack a problem and allowing the officers the autonomy to establish relationships with the community will help define problems and develop possible solutions.

**Strategic planning**

The department should have a written statement reflecting a department-wide commitment to community policing and a plan that matches operational needs to available resources and expertise. If a strategic plan is to have value, the members of the organization should be well-versed in it and be able to give examples of their efforts that support the plan. Components such as the organization's mission and value statement should be simple and communicated widely. Everything should connect back to this plan.

**Policies**

Community policing affects the nature and development of department policies and procedures to ensure that community policing principles and practices have an effect on activities on the street. Problem solving and partnerships, therefore, should become institutionalized in policies, along with corresponding sets of procedures where appropriate.

**Organizational evaluations**

In addition to the typical measures of police performance (arrests, response times, tickets issued, and crime rates), community policing calls for a broadening of police outcome measures to include increased community satisfaction, less fear of crime, the alleviation of problems, and improvement in quality of life. Community policing calls for a more sophisticated approach to evaluation—one that looks not only at measured outcomes but also at how feedback information is used.

**Transparency**

Community policing involves decision-making processes that are more open than traditional policing. If the community is to be a full partner, the department needs mechanisms for readily sharing relevant information on crime and social disorder problems, as well as police operations with the community.

**Organizational structure**

It is important that the organizational structure of the agency ensures that local patrol officers have decision-making authority and are accountable for their actions. This can be achieved through long-term assignments, the development of officers who are generalists, and using special units appropriately.

COPS-AR-0613

**Geographic assignment of officers**

With community policing, there is a shift to the long-term assignment of officers in specific neighborhoods or areas. Geographic deployment plans can help enhance customer service and facilitate more contact between police and citizens, thus establishing strong relationships and mutual accountability. Beat boundaries should correspond to neighborhood boundaries, and other government services should recognize these boundaries when coordinating government public-service activities.

**Despecialization**

To achieve community policing goals, officers must be able to handle multiple responsibilities and take a team approach to collaborative problem solving and partnering with the community. Community policing encourages its adoption agency-wide, not just in special units, although there may be a need for specialist units that are tasked with identifying and solving particularly complex problems or managing complex partnerships.

**Resources and finances**

Agencies must devote the necessary human and financial resources to support community policing to ensure that problem-solving efforts are robust and that partnerships are sustainable and effective.

*Personnel*

The principles of community policing need to be infused throughout the entire personnel system of an agency, including recruitment, hiring, selection, and retention of all law enforcement agency staff including sworn officers, nonsworn officers, civilians, and volunteers, as well as personnel evaluations, supervision, and training.

**Recruitment, hiring, and selection**

Agencies need a systematic means of incorporating community policing elements into their recruitment, selection, and hiring processes. Job descriptions should recognize community policing and problem-solving responsibilities and encourage the recruitment of officers who have a spirit of service, not just a spirit of adventure. A community policing agency must also thoughtfully examine where it looks for recruits, whom it is recruiting and hiring, and what is being tested. Some community policing agencies also look for the involvement of the community in this process through the identification of competencies and participation in review boards.

**Personnel supervision/evaluations**

Tie performance evaluations to community policing principles and activities that are incorporated into job descriptions. Performance, reward, and promotional structures should support sound problem-solving activities, proactive policing and community collaboration, and citizen satisfaction with police services.

**Training**

Training at all levels—academy, field, and in-service—must support community policing principles and tactics. It also needs to encourage creative thinking, a proactive orientation, communication and analytical skills, and techniques for dealing with quality-of-life concerns and maintaining order. Officers can be trained to (a) identify and correct conditions that could lead to crime, (b) raise public awareness, and (c) engage the community in

COPS-AR-0614

finding solutions to problems. Field training officers and supervisors can encourage problem solving and help officers learn from other problem-solving initiatives. Until community policing is institutionalized within the organization, training in its fundamental principles will need to take place regularly.

## Information systems (technology)

Community policing is information-intensive and technology plays a central role in providing ready access to quality information. Accurate and timely information makes problem-solving efforts more effective and ensures that officers are informed about the crime and community conditions of their beat. In addition, technological enhancements can greatly assist with improving two-way communication with citizens and developing agency accountability systems and performance outcome measures.

### Communication / access to data

Technology provides agencies with the ability to communicate externally with the public and internally with their own staff. To communicate with the public, community policing encourages agencies to develop two-way communication systems through the Internet to provide online reports, reverse 911 and e-mail alerts, discussion forums, and feedback on interactive applications (surveys, maps), thereby creating ongoing dialogs and increasing transparency.

Technology also encourages effective internal communication through memos, reports, newsletters, e-mail and enhanced incident reporting, dispatch functions, and communications interoperability with other entities for more efficient operations. Community policing advocates the use of technology to develop accountability and performance measurement systems that are timely and contain accurate metrics and a broad array of measures and information.

Community policing also promotes the use of technology to provide officers with ready access to timely information on crime and community characteristics within their beats, either through laptop computers in their patrol cars or through personal data devices. In addition, technology can support crime/problem analysis functions by enabling agencies to gather information on greater aspects of events including more detailed information on offenders, victims, crime locations, and quality-of-life concerns, and to further enhance analysis.

### Quality and accuracy of data

Information is only as good as its source; therefore, it is not useful if it is not high quality and accurate. Community policing encourages agencies to put safeguards in place to ensure that information from various sources is collected in a systematic fashion and entered into central systems that are linked to one another and checked for accuracy so that the information can be used effectively for strategic planning, problem solving, and performance measurement.

COPS-AR-0615

# Appendix E. Enhancement of contractor protection from reprisal for disclosure of certain information (41 U.S.C. § 4712)

**(a) Prohibition of reprisals**. –

**(1) In general**. – An employee of a contractor, subcontractor, grantee, or subgrantee or personal services contractor may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing to a person or body described in paragraph (2) information that the employee reasonably believes is evidence of gross mismanagement of a Federal contract or grant, a gross waste of Federal funds, an abuse of authority relating to a Federal contract or grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or grant.

**(2) Persons and bodies covered**. – The persons and bodies described in this paragraph are the persons and bodies as follows:

**(A)** A Member of Congress or a representative of a committee of Congress.

**(B)** An Inspector General.

**(C)** The Government Accountability Office.

**(D)** A Federal employee responsible for contract or grant oversight or management at the relevant agency.

**(E)** An authorized official of the Department of Justice or other law enforcement agency.

**(F)** A court or grand jury.

**(G)** A management official or other employee of the contractor, subcontractor, or grantee who has the responsibility to investigate, discover, or address misconduct.

**(3) Rules of construction**. – For the purposes of paragraph (1) –

**(A)** an employee who initiates or provides evidence of contractor, subcontractor, or grantee misconduct in any judicial or administrative proceeding relating to waste, fraud, or abuse on a Federal contract or grant shall be deemed to have made a disclosure covered by such paragraph; and

**(B)** a reprisal described in paragraph (1) is prohibited even if it is undertaken at the request of an executive branch official, unless the request takes the form of a non-discretionary directive and is within the authority of the executive branch official making the request.

**(b) Investigation of complaints**. –

**(1) Submission of complaint**. – A person who believes that the person has been subjected to a reprisal prohibited by subsection (a) may submit a complaint to the Inspector General of the executive agency involved. Unless the Inspector General determines that the complaint is frivolous, fails to allege a violation of the prohibition in subsection (a), or has previously been addressed in another Federal or State judicial or administrative proceeding initiated by the complainant, the Inspector General shall investigate the complaint and, upon completion of such investigation, submit a report of the findings of the investigation to the person, the contractor or grantee concerned, and the head of the agency.

COPS-AR-0616

**(2)** **Inspector General action**. –

    **(A)** **Determination or submission of report on findings**. – Except as provided under subparagraph (B), the Inspector General shall make a determination that a complaint is frivolous, fails to allege a violation of the prohibition in subsection (a), or has previously been addressed in another Federal or State judicial or administrative proceeding initiated by the complainant or submit a report under paragraph (1) within 180 days after receiving the complaint.

    **(B)** Extension of time. – If the Inspector General is unable to complete an investigation in time to submit a report within the 180-day period specified in subparagraph (A) and the person submitting the complaint agrees to an extension of time, the Inspector General shall submit a report under paragraph (1) within such additional period of time, up to 180 days, as shall be agreed upon between the Inspector General and the person submitting the complaint.

**(3)** **Prohibition on disclosure**. – The Inspector General may not respond to any inquiry or disclose any information from or about any person alleging the reprisal, except to the extent that such response or disclosure is –

    **(A)** made with the consent of the person alleging the reprisal;

    **(B)** made in accordance with the provisions of section 552a of title 5 or as required by any other applicable Federal law; or

    **(C)** necessary to conduct an investigation of the alleged reprisal.

**(4)** **Time limitation**. – A complaint may not be brought under this subsection more than three years after the date on which the alleged reprisal took place.

**(c)** **Remedy and enforcement authority**. –

    **(1)** In general. – Not later than 30 days after receiving an Inspector General report pursuant to subsection (b), the head of the executive agency concerned shall determine whether there is sufficient basis to conclude that the contractor or grantee concerned has subjected the complainant to a reprisal prohibited by subsection (a) and shall either issue an order denying relief or shall take one or more of the following actions:

        **(A)** Order the contractor or grantee to take affirmative action to abate the reprisal.

        **(B)** Order the contractor or grantee to reinstate the person to the position that the person held before the reprisal, together with compensatory damages (including back pay), employment benefits, and other terms and conditions of employment that would apply to the person in that position if the reprisal had not been taken.

        **(C)** Order the contractor or grantee to pay the complainant an amount equal to the aggregate amount of all costs and expenses (including attorneys' fees and expert witnesses' fees) that were reasonably incurred by the complainant for, or in connection with, bringing the complaint regarding the reprisal, as determined by the head of the executive agency.

    **Exhaustion of remedies**. – If the head of an executive agency issues an order denying relief under paragraph (1) or has not issued an order within 210 days after the submission of a complaint under subsection (b), or in the case of an extension of time under paragraph (b)(2)(B), not later than 30 days after the expiration of the extension of time, and there is no showing that such delay is due to the bad faith of the complainant, the complainant shall be deemed to have exhausted all administrative remedies with respect to the complaint, and the complainant may bring a de novo action at law or equity against the contractor or grantee to seek compensatory damages and other relief available under this section in the appropriate district court of the United States, which shall have jurisdiction

COPS-AR-0617

over such an action without regard to the amount in controversy. Such an action shall, at the request of either party to the action, be tried by the court with a jury. An action under this paragraph may not be brought more than two years after the date on which remedies are deemed to have been exhausted.

**(2) Admissibility of evidence**. – An Inspector General determination and an agency head order denying relief under paragraph (2) shall be admissible in evidence in any de novo action at law or equity brought pursuant to this subsection.

**(3) Enforcement of orders**. – Whenever a person fails to comply with an order issued under paragraph (1), the head of the executive agency concerned shall file an action for enforcement of such order in the United States district court for a district in which the reprisal was found to have occurred. In any action brought under this paragraph, the court may grant appropriate relief, including injunctive relief, compensatory and exemplary damages, and attorney fees and costs. The person upon whose behalf an order was issued may also file such an action or join in an action filed by the head of the executive agency.

**(4) Judicial review**. – Any person adversely affected or aggrieved by an order issued under paragraph (1) may obtain review of the order's conformance with this subsection, and any regulations issued to carry out this section, in the United States court of appeals for a circuit in which the reprisal is alleged in the order to have occurred. No petition seeking such review may be filed more than 60 days after issuance of the order by the head of the executive agency. Review shall conform to chapter 7 of title 5. Filing such an appeal shall not act to stay the enforcement of the order of the head of an executive agency, unless a stay is specifically entered by the court.

**(5) Burdens of proof**. – The legal burdens of proof specified in section 1221(e) of title 5 shall be controlling for the purposes of any investigation conducted by an Inspector General, decision by the head of an executive agency, or judicial or administrative proceeding to determine whether discrimination prohibited under this section has occurred.

**(6) Rights and remedies not waivable**. – The rights and remedies provided for in this section may not be waived by any agreement, policy, form, or condition of employment.

**(d) Notification of employees**. – The head of each executive agency shall ensure that contractors, subcontractors, and grantees of the agency inform their employees in writing of the rights and remedies provided under this section, in the predominant native language of the workforce.

**(e) Construction**. – Nothing in this section may be construed to authorize the discharge of, demotion of, or discrimination against an employee for a disclosure other than a disclosure protected by subsection (a) or to modify or derogate from a right or remedy otherwise available to the employee.

**(f) Exceptions**. –

**(1)** This section shall not apply to any element of the intelligence community, as defined in section 3(4) of the National Security Act of 1947 (50 U.S.C. § 401a(4)).

**(2)** This section shall not apply to any disclosure made by an employee of a contractor, subcontractor, or grantee of an element of the intelligence community if such disclosure –

**(A)** relates to an activity of an element of the intelligence community; or

**(B)** was discovered during contract, subcontract, or grantee services provided to an element of the intelligence community.

COPS-AR-0618

(g) **Definitions**. – In this section:

    **(1)** The term "abuse of authority" means an arbitrary and capricious exercise of authority that is inconsistent with the mission of the executive agency concerned or the successful performance of a contract or grant of such agency.

    **(2)** The term "Inspector General" means an Inspector General appointed under the Inspector General Act of 1978 and any Inspector General that receives funding from, or has oversight over contracts or grants awarded for or on behalf of, the executive agency concerned.

(h) **Construction**. – Nothing in this section, or the amendments made by this section, 1 shall be construed to provide any rights to disclose classified information not otherwise provided by law.

**[(i) Repealed by Pub.L. 114-261, § 1(a)(3)(A)(ii), Dec. 14, 2016, 130 Stat. 1362]**

COPS-AR-0619

# Appendix F. 2 C.F.R. Appendix II to Part 200: Contract provisions for nonfederal entity contracts under federal awards

In addition to other provisions required by the Federal agency or non-Federal entity, all contracts made by the non-Federal entity under the Federal award must contain provisions covering the following, as applicable.

(A) Contracts for more than the simplified acquisition threshold, which is the inflation adjusted amount determined by the Civilian Agency Acquisition Council and the Defense Acquisition Regulations Council (Councils) as authorized by 41 U.S.C. 1908, must address administrative, contractual, or legal remedies in instances where contractors violate or breach contract terms, and provide for such sanctions and penalties as appropriate.

(B) All contracts in excess of $10,000 must address termination for cause and for convenience by the non-Federal entity including the manner by which it will be affected and the basis for settlement.

(C) Equal Employment Opportunity. Except as otherwise provided under 41 CFR Part 60, all contracts that meet the definition of "federally assisted construction contract" in 41 CFR Part 60-1.3 must include the equal opportunity clause provided under 41 CFR 60-1.4(b), in accordance with Executive Order 11246, "Equal Employment Opportunity" (30 FR 12319, 12935, 3 CFR Part, 1964-1965 Comp., p. 339), as amended by Executive Order 11375, "Amending Executive Order 11246 Relating to Equal Employment Opportunity," and implementing regulations at 41 CFR part 60, "Office of Federal Contract Compliance Programs, Equal Employment Opportunity, Department of Labor."

(D) Davis-Bacon Act, as amended (40 U.S.C. 3141-3148). When required by Federal program legislation, all prime construction contracts in excess of $2,000 awarded by non-Federal entities must include a provision for compliance with the Davis-Bacon Act (40 U.S.C. 3141-3144, and 3146-3148) as supplemented by Department of Labor regulations (29 CFR Part 5, "Labor Standards Provisions Applicable to Contracts Covering Federally Financed and Assisted Construction"). In accordance with the statute, contractors must be required to pay wages to laborers and mechanics at a rate not less than the prevailing wages specified in a wage determination made by the Secretary of Labor. In addition, contractors must be required to pay wages not less than once a week. The non-Federal entity must place a copy of the current prevailing wage determination issued by the Department of Labor in each solicitation. The decision to award a contract or subcontract must be conditioned upon the acceptance of the wage determination. The non-Federal entity must report all suspected or reported violations to the Federal awarding agency. The contracts must also include a provision for compliance with the Copeland "Anti-Kickback" Act (40 U.S.C. 3145), as supplemented by Department of Labor regulations (29 CFR Part 3, "Contractors and Subcontractors on Public Building or Public Work Financed in Whole or in Part by Loans or Grants from the United States"). The Act provides that each contractor or subrecipient must be prohibited from inducing, by any means, any person employed in the construction, completion, or repair of public work, to give up any part of the compensation to which he or she is otherwise entitled. The non-Federal entity must report all suspected or reported violations to the Federal awarding agency.

(E) Contract Work Hours and Safety Standards Act (40 U.S.C. 3701-3708). Where applicable, all contracts awarded by the non-Federal entity in excess of $100,000 that involve the employment of mechanics or laborers must include a provision for compliance with 40 U.S.C. 3702 and 3704, as supplemented by Department of Labor regulations (29 CFR Part 5). Under 40 U.S.C. 3702 of the Act, each contractor must be required to compute the wages of every mechanic and laborer on the basis of a standard work week of 40 hours. Work in excess of the standard work week is permissible provided that the worker is compensated at a rate of not less than one and a half times the basic rate of pay for all hours worked in excess of 40 hours in the work week. The requirements of

COPS-AR-0620

40 U.S.C. 3704 are applicable to construction work and provide that no laborer or mechanic must be required to work in surroundings or under working conditions which are unsanitary, hazardous or dangerous. These requirements do not apply to the purchases of supplies or materials or articles ordinarily available on the open market, or contracts for transportation or transmission of intelligence.

(F) Rights to Inventions Made Under a Contract or Agreement. If the Federal award meets the definition of "funding agreement" under 37 CFR §401.2 (a) and the recipient or subrecipient wishes to enter into a contract with a small business firm or nonprofit organization regarding the substitution of parties, assignment or performance of experimental, developmental, or research work under that "funding agreement," the recipient or subrecipient must comply with the requirements of 37 CFR Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements," and any implementing regulations issued by the awarding agency.

(G) Clean Air Act (42 U.S.C. 7401-7671q.) and the Federal Water Pollution Control Act (33 U.S.C. 1251-1387), as amended—Contracts and subgrants of amounts in excess of $150,000 must contain a provision that requires the non-Federal award to agree to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act (42 U.S.C. 7401-7671q) and the Federal Water Pollution Control Act as amended (33 U.S.C. 1251-1387). Violations must be reported to the Federal awarding agency and the Regional Office of the Environmental Protection Agency (EPA).

(H) Debarment and Suspension (Executive Orders 12549 and 12689)—A contract award (see 2 CFR 180.220) must not be made to parties listed on the government wide exclusions in the System for Award Management (SAM), in accordance with the OMB guidelines at 2 CFR 180 that implement Executive Orders 12549 (3 CFR part 1986 Comp., p. 189) and 12689 (3 CFR part 1989 Comp., p. 235), "Debarment and Suspension." SAM Exclusions contains the names of parties debarred, suspended, or otherwise excluded by agencies, as well as parties declared ineligible under statutory or regulatory authority other than Executive Order 12549.

(I) Byrd Anti-Lobbying Amendment (31 U.S.C. 1352)—Contractors that apply or bid for an award exceeding $100,000 must file the required certification. Each tier certifies to the tier above that it will not and has not used Federal appropriated funds to pay any person or organization for influencing or attempting to influence an officer or employee of any agency, a member of Congress, officer or employee of Congress, or an employee of a member of Congress in connection with obtaining any Federal contract, grant or any other award covered by 31 U.S.C. 1352. Each tier must also disclose any lobbying with non-Federal funds that takes place in connection with obtaining any Federal award. Such disclosures are forwarded from tier to tier up to the non-Federal award.

(J) See § 200.323.

(K) See § 200.216.

[78 FR 78608, Dec. 26, 201, as amended at 79 FR 75888, Dec. 19, 2014; 85 FR 49577, Aug. 13, 2020]

COPS-AR-0621

# Appendix G. Remittance of Interest Earned Amounts

## 2 CFR § 200.305 (b)(9) – Payment (remittance of interest earned)

1. *Interest earned amounts up to $500 per year may be retained by the non-federal entity for administrative expense. Any additional interest earned on federal advance payments deposited in interest-bearing accounts must be remitted annually to the Department of Health and Human Services Payment Management System (PMS) through an electronic medium using either Automated Clearing House (ACH) network or a Fedwire Funds Service payment. Remittances must include pertinent information of the payee and nature of payment in the memo area (often referred to as "addenda records" by Financial Institutions) as that will assist in the timely posting of interest earned on federal funds. Pertinent details include the Payee Account Number (PAN) if the payment originated from PMS, or Agency information if the payment originated from ASAP, NSF or another federal agency payment system. The remittance must be submitted as follows:*

    i.    For ACH Returns:

    Routing Number: 051036706
    Account number: 303000
    Bank Name and Location: Credit Gateway - ACH Receiver St. Paul, MN

    ii.   For Fedwire Returns*:

    Routing Number: 021030004
    Account number: 75010501
    Bank Name and Location: Federal Reserve Bank Treas NYC/Funds Transfer Division New York, NY

    (* Please note organization initiating payment is likely to incur a charge from your Financial Institution for this type of payment)

    iii.  For International ACH Returns:

    Beneficiary Account: Federal Reserve Bank of New York/ITS (FRBNY/ITS)
    Bank: Citibank N.A. (New York)
    Swift Code: CITIUS33
    Account Number: 36838868
    Bank Address: 388 Greenwich Street, New York, NY 10013
    Payment Details (Line 70): Agency Name (abbreviated when possible) and ALC
    Agency POC: Michelle Haney, 301-492-5065

    iv.   For recipients that do not have electronic remittance capability, please make check** payable to: "The Department of Health and Human Services."

    Mail Check to Treasury approved lockbox:
    HHS Program Support Center, P.O. Box 530231, Atlanta, GA 30353-0231

    (** Please allow 4-6 weeks for processing of a payment by check to be applied to the appropriate PMS account)

Any additional information/instructions may be found on the PMS Web site at **https://pms.psc.gov/**. Instructions for returning interest on can be found at **https://pms.psc.gov/grant-recipients/returning-funds-interest.html**.

COPS-AR-0622

# Appendix H. Additional resources for grant recipients

All recipients must follow the guidance in the financial fact sheets as outlined in this manual. The following are the fact sheets that can be found on the **Award Management Materials web page**:

- *Grant Adjustment Modifications – Budget Modification Fact Sheet*

- *Consultant Contractor Fact Sheet*

- *Indirect Costs Fact Sheet*

- *Program Income Fact Sheet*

- *Sole Source Justification Fact Sheet*

In addition to the above fact sheets, recipients should also refer to **The DOJ Grants Financial Guide**. The DOJ Grants Financial Guide (the "Guide") serves as the primary reference manual to assist OJP, OVW, and COPS Office award recipients in fulfilling their fiduciary responsibility to safeguard grant funds and ensure funds are used for the purposes for which they were awarded. It compiles a variety of laws, rules and regulations that affect the financial and administrative management of your award. There may be instances where the requirements may differ among the three grant-making components; to the extent possible, those differences are spelled out throughout the Guide. However, recipients (and subrecipients) should refer to the award terms and conditions outlined in this Award Owner's Manual to determine the specific requirements that apply to your award.

# COPS Office Resources

## Websites

COPS Office Newsletter, *Community Policing Dispatch*: **https://cops.usdoj.gov/html/dispatch/**

COPS Office Beat Podcast: **https://cops.usdoj.gov/thebeat**

Grants information: **https://cops.usdoj.gov/grants**

President's Task Force on 21st Century Policing One-Year Progress Report:

**https://portal.cops.usdoj.gov/resourcecenter/Home.aspx?page=detail&id=COPS-W0805**

SRO Resources: **https://cops.usdoj.gov/supportingsafeschools**

Updated Publication list: **https://cops.usdoj.gov/RIC/ric.php**

For more information about the U.S. Department of Justice's Tribal TTA efforts, visit:

**https://www.justice.gov/tribal** and select "training and technical assistance" on the left toolbar.

The Office of Community Oriented Policing Services (COPS Office) provides resources and training and technical assistance (TTA) to further practical and specialized knowledge used to implement and enhance justice system efforts, particularly in the law enforcement field. The COPS Office supports resources and TTA that is not only specifically geared toward tribes but also generally applies across broader topic areas such as community policing,

COPS-AR-0623

2024 COPS Hiring Program (CHP) Award Owner's Manual

drugs, gangs, and youth safety, among others. On the Tribal Community Policing Resources page, you'll find a variety of resources and courses the COPS Office offers for tribal law enforcement. These resources are constantly being updated and added to so please check back often. **https://cops.usdoj.gov/tribalpolicing.**

Publications

Intelligence-Led Community Policing, Community Prosecution, and Community Partnerships:

**https://portal.cops.usdoj.gov/resourcecenter/Home.aspx?page=detail&id=COPS-P322**

Officer-Involved Shootings: A Guide for Law Enforcement Leaders:

**https://portal.cops.usdoj.gov/resourcecenter/Home.aspx?page=detail&id=COPS-P350**

Police Perspectives: Building Trust in a Diverse Nation - No. 1. How to Increase Cultural Understanding:

**https://portal.cops.usdoj.gov/resourcecenter/Home.aspx?page=detail&id=COPS-P344**

Police Perspectives: Building Trust in a Diverse Nation - No. 2. How to Serve Diverse Communities:

**https://portal.cops.usdoj.gov/resourcecenter/Home.aspx?page=detail&id=COPS-P345**

Police Perspectives: Building Trust in a Diverse Nation - No. 3. How to Support Trust Building in Your Agency:

**https://portal.cops.usdoj.gov/resourcecenter/Home.aspx?page=detail&id=COPS-P346**

Rank and File: Leaders in Building Trust and Community Policing:

**https://portal.cops.usdoj.gov/resourcecenter/Home.aspx?page=detail&id=COPS-P351**

COPS-AR-0624

# Glossary of Terms

**allowable costs.** Allowable costs are costs that will be paid for by this award program. Upon review of your submitted budget, any unallowable costs were removed. The award financial information included in your award package specifies your allowable costs, contains the final budget category amounts for which your agency was approved, and notes any relevant revisions that were made to your original budget submission.

**assistance listing.** The assistance listing contains a description and index of all forms of federal assistance. Each program is assigned an assistance listing number, which is used by auditors to track award revenues. It is also used in participating states by State Single Points of Contact in conducting the required intergovernmental reviews under Executive Order 12372. The assistance listing number for COPS Office awards is 16.710.

**audit.** Work done by auditors, including both the Office of the Inspector General (OIG) and state or local auditors, to examine financial statements and to review

- compliance with laws and regulations;
- economy and efficiency of operations;
- effectiveness in achieving program results; and
- allowability of costs claimed against the award.

**authorized officials.** The authorized officials are the individuals in your organization who have final authority and responsibility for all programmatic and financial decisions regarding this award. At the time of award application, your agency listed the law enforcement executive (usually the chief of police, Sheriff, etc.) and the government executive (usually the mayor, board president, etc.) for your agency. These executives are listed on your award document and are understood to be your authorized officials. If any of the executive information is incorrect, please *revise* the information via JustGrants. For any assistance, please reference the **https://justicegrants.usdoj.gov/training/jarg-entity-management.pdf**.

**Automated Fingerprint Identification System (AFIS).** An AFIS system is a highly specialized biometrics system that compares a single fingerprint image with a database of fingerprint images. Fingerprint images are collected from crime scenes or are taken from criminal suspects when they are arrested. Fingerprint images may be captured by placing a finger on a scanner or by electronically scanning inked impressions on paper.

**award end date.** This is the date until which your agency is authorized to purchase items or hire positions that were approved by the COPS Office. The award end date is found on your award document. Recipients may not make any purchases or hire any positions after this date without written approval from the COPS Office.

**award number.** The award number identifies your agency's award and can be found on your award document. This number should be used as a reference when corresponding with the COPS Office. Your award number is in the following format: 15JCOPS-24-GG-02187-XXXX. The COPS Office tracks award information based upon this number.

**award start date.** This is the date on or after which your agency is authorized to purchase or hire any allowable equipment, services, personnel, or other costs that were approved by the COPS Office. The award start date is found on your award document. *Recipients may not expend funds or hire or rehire award-funded officers prior to this date without written approval from the COPS Office.*

COPS-AR-0625

**career law enforcement officer.** The COPS Office statute defines a career law enforcement officer as a person hired on a permanent basis who is authorized by law or by a state or local public agency to engage in or oversee the prevention, detection, or investigation of violations of criminal laws.

**closeout.** The process in which the awarding agency, the COPS Office, determines that all applicable administrative actions and all required work and conditions of the award have been completed and met by the recipient and awarding agency.

**cognizant federal agency.** Your cognizant federal agency is generally the federal agency that provides your agency with the most federal money. The Office of Management and Budget (OMB) may have already assigned your cognizant federal agency to you. If this is the first federal award that your organization has received, the U.S. Department of Justice is your cognizant federal agency.

**community policing.** Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, social disorder, and fear of crime.

**Computer Aided Dispatch (CAD) system.** Computer database that can track calls for service, maintain status of units available, provide various reports, produce address histories, and support electronic mail. With the installation of integrated CAD systems, officers are able to receive calls for service on their mobile data terminals rather than over the radio. Radios can then be used only for serious emergencies.

**COPS Office.** Created under the 1994 Crime Bill, the Office of Community Oriented Policing Services (COPS Office) is an independent office within the U.S. Department of Justice that is the grantor or awarding agency for your award or cooperative agreement. The COPS Office is responsible for assisting your agency with the administration and maintenance of your award for the entire award period. If you have any questions regarding the COPS office, please call the COPS Office Response Center at 800-421-6770 or visit the COPS Office website at **https://cops.usdoj.gov**.

**COPS Office Finance Staff Accountants.** The COPS Office finance staff accountants are responsible for your agency's financial and budgetary needs related to this award. A staff accountant is assigned to each state and is available to answer any questions that you may have concerning the Quarterly Financial Status Report (SF-425) and other financial aspects of your award. To identify your staff accountant, please call the COPS Office Response Center at 800-421-6770.

**criminal intelligence officer.** A criminal intelligence officer, whether working directly with a law enforcement agency or assigned to the appropriate state or regional fusion center, works in the field of criminal intelligence and may conduct data collection, research, and analysis to produce finished intelligence reports or other products designed to assist in the prevention, detection, or investigation of violations of criminal laws.

**disallowed costs.** Disallowed costs means those charges that are determined to be unallowable, in accordance with the applicable Federal statutes, regulations, or the terms and conditions of the federal award.

**Employer Identification Number (EIN) / OJP vendor number.** This number is usually your agency's nine-digit federal tax identification number as assigned to you by the Internal Revenue Service (IRS). Your accounting/bookkeeping department should have this number. In some cases, the EIN has been previously

COPS-AR-0626

assigned to another agency within your jurisdiction. In this instance, a new vendor number will be assigned to you by the Office of the Chief Financial Officer. The newly assigned number is to be used for COPS Office administrative purposes only and should not be used for IRS purposes.

**equipment.** Equipment is tangible personal property (including information technology systems) having a useful life of more than one year and a per-unit acquisition cost that equals or exceeds $5,000.

**federally recognized tribe.** Federally recognized tribes are Native American Indian tribal entities that are recognized by the Bureau of Indian Affairs (BIA) and are eligible for funding and services by virtue of their status as sovereign Native American Indian tribes. They are acknowledged to have the immunities and privileges available to federally acknowledged Indian tribes by virtue of their government-to-government relationship with the United States, as well as the responsibilities, power, limitation, and obligations of such tribes. For further information, contact: BIA, Division of Tribal Government Services, MS-4631-MIB, 1849 C Street NW, Washington, DC 20240, 202-208-2475.

**gas mask.** A gas mask is connected to a chemical air filter and is used to protect the face and lungs from toxic gases.

**Geographic Names Information System (GNIS) ID.** The Geographic Names Information System (GNIS) database is maintained by the U.S. Geological Survey, U.S. Department of the Interior. The database assigns a unique, permanent feature identifier, the feature ID, which is the only standard federal key for integrating or reconciling feature data from multiple datasets.

**global positioning system (GPS).** Global positioning systems are a series of 24 geosynchronous satellites that continuously transmit their positions. Each system is used in personal tracking, navigation, and automatic vehicle location technologies.

**grant Operations staff.** COPS Office Grant Operations staff are trained and available to assist you in addressing any compliance-related questions regarding your award. Grant Operations staff plan and conduct site visits and enhanced office-based grant reviews. During the life of your award, you may be selected for a monitoring site visit to assess your compliance with the terms and agreements of the award program, to review your community policing initiatives, and to provide technical and administrative support for your award. Please contact the COPS Office Response Center at 800-421-6770 if you have any compliance-related questions.

**grant manager.** COPS Office Grant managers are trained to assist you with implementing and maintaining your award. A Grant manager is assigned to your state and is available to answer any questions that you may have concerning the administrative aspects of your award. Your Grant manager can assist you with requesting an extension on your award or modifying the award. To obtain the name and phone number of your Grant manager, please contact the COPS Office Response Center at 800-421-6770.

**Indian tribe.** For purposes of COPS Office awards, Indian tribe means any Indian tribe, band, nation, or other organized group or community, including any Alaska Native village or regional or village corporation as defined in or established pursuant to the Alaska Native Claims Settlement Act, which is recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians. See Pub. L. 106–113, div. B, title I, §116, 113 Stat. 1501A–21.

COPS-AR-0627

**indirect costs.** If approved for your program, indirect (facilities & administrative (F&A)) costs means those costs incurred for a common or joint purpose benefitting more than one cost objective, and not readily assignable to the cost objectives specifically benefitted, without effort disproportionate to the results achieved.

**interoperable communications.** Communications interoperability refers to the ability of emergency response officials to share information via voice and data signals on demand, in real time, when needed, and as authorized. Interoperable communications policies, procedures, and technology are used to increase voice and data information sharing among the law enforcement, fire service, and emergency medical service communities.

**local budget cycle.** Your agency's fiscal year. Some common examples include January 1 to December 31, October 1 to September 30, and July 1 to June 30. Some local budget cycles may extend up to 24 months.

**matching funds.** What a locality must contribute as a cash match toward total allowable project costs over the life of the program.

**military veteran.** A military veteran is defined as a person who served in the active military, naval, or air service, and who was discharged or released therefrom under conditions other than dishonorable.

**modified total direct cost.** Modified total direct cost (MTDC) means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the cognizant agency for indirect costs.

**National Incident-Based Reporting System (NIBRS).** A comprehensive reporting database where agencies provide individual records for eight index crimes and 38 other offenses.

**obligation of funds.** The COPS Office obligates federal funds when the award document is signed by the COPS Office Director or his or her designated official. For the recipient, award funds are obligated when monies are spent hiring approved personnel under the award. The term encumbrance is often used at the local and state levels to describe this type of transaction. Liquidated obligations are considered cash outlays or monies actually spent. Unliquidated obligations are obligations incurred and recorded but not yet paid (accrual basis of accounting) or not yet recorded and not yet paid (cash basis of accounting).

**primary law enforcement authority.** An agency with primary law enforcement authority is the agency that is the first responder to calls for service, and has ultimate and final responsibility for the prevention, detection, or investigation of violations of criminal laws within its jurisdiction.

**The Public Safety Partnership and Community Policing Act of 1994.** The COPS Office is charged with fulfilling the mandates of this law. The purposes of the law are to

- increase the number of community policing officers on the beat;
- provide additional and more effective training to law enforcement officers to enhance their problem-solving, service, and other skills needed in interacting with members of the community;

COPS-AR-0628

- encourage the development and implementation of innovative programs to permit members of the community to assist law enforcement agencies in the prevention of crime; and
- encourage the development of new technologies to assist law enforcement agencies in reorienting the emphasis of their activities from reacting to crime to preventing crime.

**rehire.** Some COPS Office grant programs provide funding to rehire full-time officers who were laid off (from any jurisdiction) or who were scheduled to be laid off on a specific future date at the time of award application as a result of state, local, or BIA budget reductions. A recipient may use funding to rehire an experienced full-time officer, but any additional costs higher than entry-level that your agency pays the rehired officer must be paid with local agency funds, not award funds.

**retention period.** Some COPS Office programs stipulate that awarded position must be retained for at least 12 months following the conclusion of federal funding for that position. This time span is referred to as the retention period.

**School Resource Officer (SRO).** A career law enforcement officer with sworn authority, deployed in community-oriented policing and assigned by the employing police department or agency to work in collaboration with schools and community-based organizations to

- address crime problems, gangs, and drug activities affecting or occurring in or around an elementary or secondary school;
- deploy or expand crime prevention efforts for students;
- educate likely school-age victims in crime prevention and safety;
- develop or expand community justice initiatives for students;
- train students in conflict resolution, restorative justice, and crime awareness;
- assist in the identification of physical changes in the environment that may reduce crime in or around the school; and
- assist in developing school policy that addresses crime and to recommend procedural changes.

**simplified acquisition threshold.** Simplified acquisition threshold means the dollar amount below which a non-Federal entity may purchase property or services using small purchase methods. Non-Federal entities adopt small purchase procedures in order to expedite the purchase of items costing less than the simplified acquisition threshold. The simplified acquisition threshold is set by the Federal Acquisition Regulation at 48 C.F.R. Subpart 2.1 (Definitions) and in accordance with 41 U.S.C. § 1908. Currently, the simplified acquisition threshold is $250,000.

**subaward.** Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to carry out part of a Federal award received by the pass-through entity. It does not include payments to a contractor or payments to an individual that is a beneficiary of a Federal program. A subaward may be provided through any form of legal agreement, including an agreement that the pass-through entity considers a contract.

**subrecipient.** Subrecipient means a non-Federal entity that receives a subaward from a pass-through entity to carry out part of a Federal program; but does not include an individual that is a beneficiary of such program. A subrecipient may also be a recipient of other Federal awards directly from a Federal awarding agency.

COPS-AR-0629

2024 COPS Hiring Program (CHP) Award Owner's Manual

**supplanting.** COPS Office award funds may not be used to supplant (replace) state, local, or Bureau of Indian Affairs (BIA) funds that would be made available in the absence of federal COPS Office award funding. Award funds must be used to increase the amount of state, local, or BIA funds otherwise budgeted for sworn officer positions, plus any additional state, local, or BIA funds budgeted for these purposes.

**supplies.** Supplies means all tangible personal property other than those described under equipment. A computing device is a supply if the acquisition cost is less than the lesser of the capitalization level established by the non-Federal entity for financial statement purposes or $5,000, regardless of the length of its useful life.

**System for Award Management (SAM).** The SAM database is the repository for standard information about federal financial assistance applicants, recipients, and subrecipients. Organizations that have previously submitted applications via **https://www.grants.gov/** are already registered with SAM, as it is a requirement for **https://www.grants.gov/** registration. Please note, however, that applicants must update or renew their SAM at least once per year to maintain an active status. Information about registration procedures can be accessed at **https://www.sam.gov/**.

**unique entity Identifier.** The Unique Entity ID (UEI) is a 12-character alpha-numeric value and once issued, will not change. Entities. A unique entity identifier is required of all applicants for COPS Office awards and must be updated every year in SAM.gov. This number will be used by the Federal Government to better track award recipient information throughout the award cycle and to provide consistent name and address data for electronic award application systems.

**village public safety officer.** A "village public safety officer" is defined as "an individual employed as a village public safety officer under the program established by the State pursuant to Alaska Statute 18.65.670." Tribal Law and Order Act of 2010, Pub. L. 111-211, title II, § 247 (a)(2).

COPS-AR-0630

# 2024 COPS Hiring Program (CHP) Award Owner's Manual

This manual was created to assist COPS Office CHP Program recipients with the administrative and financial matters associated with their award.

For more information about your award, please contact your COPS Office Grant Manager. If you do not know the name or telephone number of your Grant Manager, please contact the COPS Office Response Center at **AskCOPSRC@usdoj.gov**.



U.S. Department of Justice
Office of Community Oriented Policing Services
145 N Street NE
Washington, DC 20530

To obtain details on COPS Office programs,
call the COPS Office Response Center at 800-421-6770.
Visit the COPS Office online at **cops.usdoj.gov.**
Published October 2024

COPS-AR-0631



**U.S. DEPARTMENT OF JUSTICE**

**CERTIFIED STANDARD ASSURANCES**

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of Justice ("Department"), that all of the following are true and correct:

(1)   I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2)   I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3)   I assure that, throughout the period of performance for the award (if any) made by the Department based on the application--

       a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;
       b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and
       c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4)   The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition--

       a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);
       b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by

the Office on Violence Against Women, also may apply to an award
made otherwise;

    c. the Applicant understands that it must require any subrecipient
to comply with all such applicable statutes (and associated
regulations); and

    d. on behalf of the Applicant, I make the specific assurances set
out in 28 C.F.R. §§ 42.105 and 42.204.

(5)   The Applicant also understands that (in addition to any applicable
program-specific regulations and to applicable federal regulations that
pertain to civil rights and nondiscrimination) the federal regulations
applicable to the award (if any) made by the Department based on the
application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ
"Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality -
research and statistical information), 23 (criminal intelligence systems), 38
(regarding faith-based or religious organizations participating in federal
financial assistance programs), and 46 (human subjects protection).

(6)   I assure that the Applicant will assist the Department as necessary
(and will require subrecipients and contractors to assist as necessary)
with the Department's compliance with section 106 of the National Historic
Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and
Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the
National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28
C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7)   I assure that the Applicant will give the Department and the
Government Accountability Office, through any authorized representative,
access to, and opportunity to examine, all paper or electronic records
related to the award (if any) made by the Department based on the
application.

(8)   If this application is for an award from the National Institute of
Justice or the Bureau of Justice Statistics pursuant to which award funds
may be made available (whether by the award directly or by any subaward
at any tier) to an institution of higher education (as defined at 34
U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are
made available to such an institution, the Applicant will require that,
throughout the period of performance--

    a. each such institution comply with any requirements that are
imposed on it by the First Amendment to the Constitution of
the United States; and

    b. subject to par. a, each such institution comply with its own
representations, if any, concerning academic freedom, freedom
of inquiry and debate, research independence, and research
integrity, at the institution, that are included in
promotional materials, in official statements, in formal
policies, in applications for grants (including this award
application), for accreditation, or for licensing, or in
submissions relating to such grants, accreditation, or
licensing, or that otherwise are made or disseminated to
students, to faculty, or to the general public.

(9)   I assure that, if the Applicant is a governmental entity, with respect
to the award (if any) made by the Department based on the application--

    a. it will comply with the requirements of the Uniform Relocation
Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C.

§§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10)  If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self-Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11)  If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C. § 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

COPS-AR-0634

PRESIDENTIAL ACTIONS

Keeping Education Accessible and Ending Covid-19 Vaccine Mandates in Schools

The White House

February 15, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

Section 1. Purpose and Policy. Some school districts and universities continue to coerce children and young adults into taking the COVID-19 vaccine by conditioning their education on it, and others may re-implement such mandates. Parents and young adults should be empowered with accurate data regarding the remote risks of serious illness associated with COVID-19 for children and young adults, as well as how those risks can be mitigated through various measures, and left free to make their own decisions accordingly. Given the incredibly low risk of serious COVID-19 illness for children and young adults, threatening to shut them out of an education is an intolerable infringement on personal freedom. Such mandates usurp parental authority and burden students of many faiths.

It is the policy of my Administration that discretionary Federal funds should not be used to directly or indirectly support or subsidize an educational service agency, State educational agency, local educational agency, elementary school, secondary school, or institution of higher education that requires students to have received a COVID-19 vaccination to attend any in-person education program.

Sec. 2. Definitions. For the purposes of this order:

(a) The term "educational service agency" has the meaning given in 20 U.S.C. 1401(5).

COPS-AR-0635

(b)  The term "elementary school" has the meaning given in 34 C.F.R. 77.1(c).

(c)  The term "institution of higher education" has the meaning given in 20 U.S.C. 1001(a).

(d)  The term "local educational agency" has the meaning given in 34 C.F.R. 77.1(c).

(e)  The term "secondary school" has the meaning given in 34 C.F.R. 77.1(c).

(f)  The term "State educational agency" has the meaning given in 34 C.F.R. 77.1(c).

Sec. 3. Ending COVID-19 Vaccine Mandate Coercion.  (a)  The Secretary of Education shall as soon as practicable issue guidelines to elementary schools, local educational agencies, State educational agencies, secondary schools, and institutions of higher education regarding those entities' legal obligations with respect to parental authority, religious freedom, disability accommodations, and equal protection under law, as relevant to coercive COVID-19 school mandates.

(b)  Within 90 days of the date of this order, the Secretary of Education, in consultation with the Secretary of Health and Human Services, shall provide to the President, through the Assistant to the President for Domestic Policy, a plan to end coercive COVID-19 school mandates, consistent with applicable law, and including, as appropriate, any proposed legislation.  Such plan shall also include:

(i)  a list of discretionary Federal grants and contracts provided to elementary schools, local educational agencies, State educational agencies, secondary schools, and institutions of higher education that are non-compliant with the guidelines issued pursuant to subsection (a) of this section; and

(ii)  each executive department or agency's process for, to the maximum extent consistent with applicable law, preventing Federal funds from being provided to, and rescinding Federal funds from, elementary schools, local educational agencies, State educational agencies, secondary schools, and institutions of higher education that are non-compliant with the guidelines issued pursuant to subsection (a) of this section.

Sec. 4. General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

Related

Fact Sheet: President Donald J. Trump Prohibits Federal Funding for COVID-19 Vaccine Mandates in Schools

Fact Sheets │ February 14, 2025
Ending Radical Indoctrination in K-12 Schooling

Presidential Actions │ January 29, 2025
Reinstating Service Members Discharged Under the Military's COVID-19 Vaccination Mandate

Presidential Actions │ January 27, 2025
White House Initiative to Promote Excellence and Innovation at Historically Black Colleges and Universities

Presidential Actions, Executive Orders │ April 23, 2025
Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative

Presidential Actions │ February 11, 2025

1    2    3    ...    13   NEXT PAGE



ABOUT

Administration

Contact

Internships

Stay Informed

COPS-AR-0637

Privacy Policy

## MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

## INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

## SUBSCRIBE TO THE WH NEWSLETTER

Your email                                                    SIGN UP

Click here or text **45470** to receive updates



COPS-AR-0638

THE WHITE HOUSE
WASHINGTON

NEWS    GALLERY    LIVESTREAM    INVESTMENTS    SAVE AMERICA    WH WIRE    CONTACT    NEW

## PRESIDENTIAL ACTIONS

### DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT

The White House

January 20, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, including section 7301 of title 5, United States Code, it is hereby ordered:

Section 1. Purpose. Across the country, ideologues who deny the biological reality of sex have increasingly used legal and other socially coercive means to permit men to self-identify as women and gain access to intimate single-sex spaces and activities designed for women, from women's domestic abuse shelters to women's workplace showers. This is wrong. Efforts to eradicate the biological reality of sex fundamentally attack women by depriving them of their dignity, safety, and well-being. The erasure of sex in language and policy has a corrosive impact not just on women but on the validity of the entire American system. Basing Federal policy on truth is critical to scientific inquiry, public safety, morale, and trust in government itself.

This unhealthy road is paved by an ongoing and purposeful attack against the ordinary and longstanding use and understanding of biological and scientific terms, replacing the immutable biological reality of sex with an internal, fluid, and subjective sense of self unmoored from biological facts. Invalidating the true and biological category of "woman" improperly transforms laws and policies designed to protect sex-based opportunities into laws and policies that undermine them, replacing longstanding, cherished legal rights and values with an identity-based, inchoate social concept.

Accordingly, my Administration will defend women's rights and protect freedom of conscience by using clear and accurate language and policies that recognize women are biologically female, and men are biologically male.

COPS-AR-0639

Sec. 2.  Policy and Definitions.  It is the policy of the United States to recognize two sexes, male and female.  These sexes are not changeable and are grounded in fundamental and incontrovertible reality.  Under my direction, the Executive Branch will enforce all sex-protective laws to promote this reality, and the following definitions shall govern all Executive interpretation of and application of Federal law and administration policy:

(a)  "Sex" shall refer to an individual's immutable biological classification as either male or female.  "Sex" is not a synonym for and does not include the concept of "gender identity."

(b)  "Women" or "woman" and "girls" or "girl" shall mean adult and juvenile human females, respectively.

(c)  "Men" or "man" and "boys" or "boy" shall mean adult and juvenile human males, respectively.

(d)  "Female" means a person belonging, at conception, to the sex that produces the large reproductive cell.

(e)  "Male" means a person belonging, at conception, to the sex that produces the small reproductive cell.

(f)  "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true.  Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex.  Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

(g)  "Gender identity" reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not provide a meaningful basis for identification and cannot be recognized as a replacement for sex.

Sec. 3.  Recognizing Women Are Biologically Distinct From Men.  (a)  Within 30 days of the date of this order, the Secretary of Health and Human Services shall provide to the U.S. Government, external partners, and the public clear guidance expanding on the sex-based definitions set forth in this order.

(b)  Each agency and all Federal employees shall enforce laws governing sex-based rights, protections, opportunities, and accommodations to protect men and women as biologically distinct sexes.  Each agency should therefore give the terms "sex", "male", "female", "men", "women", "boys" and "girls" the meanings set forth in section 2 of this order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications.

(c)  When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents.

(d)  The Secretaries of State and Homeland Security, and the Director of the Office of Personnel Management, shall implement changes to require that government-issued identification

documents, including passports, visas, and Global Entry cards, accurately reflect the holder's sex, as defined under section 2 of this order; and the Director of the Office of Personnel Management shall ensure that applicable personnel records accurately report Federal employees' sex, as defined by section 2 of this order.

(e) Agencies shall remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications or other messages. Agency forms that require an individual's sex shall list male or female, and shall not request gender identity. Agencies shall take all necessary steps, as permitted by law, to end the Federal funding of gender ideology.

(f) The prior Administration argued that the Supreme Court's decision in *Bostock v. Clayton County* (2020), which addressed Title VII of the Civil Rights Act of 1964, requires gender identity-based access to single-sex spaces under, for example, Title IX of the Educational Amendments Act. This position is legally untenable and has harmed women. The Attorney General shall therefore immediately issue guidance to agencies to correct the misapplication of the Supreme Court's decision in *Bostock v. Clayton County* (2020) to sex-based distinctions in agency activities. In addition, the Attorney General shall issue guidance and assist agencies in protecting sex-based distinctions, which are explicitly permitted under Constitutional and statutory precedent.

(g) Federal funds shall not be used to promote gender ideology. Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology.

Sec. 4. Privacy in Intimate Spaces. (a) The Attorney General and Secretary of Homeland Security shall ensure that males are not detained in women's prisons or housed in women's detention centers, including through amendment, as necessary, of Part 115.41 of title 28, Code of Federal Regulations and interpretation guidance regarding the Americans with Disabilities Act.

(b) The Secretary of Housing and Urban Development shall prepare and submit for notice and comment rulemaking a policy to rescind the final rule entitled "Equal Access in Accordance with an Individual's Gender Identity in Community Planning and Development Programs" of September 21, 2016, 81 FR 64763, and shall submit for public comment a policy protecting women seeking single-sex rape shelters.

(c) The Attorney General shall ensure that the Bureau of Prisons revises its policies concerning medical care to be consistent with this order, and shall ensure that no Federal funds are expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex.

(d) Agencies shall effectuate this policy by taking appropriate action to ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by sex and not identity.

Sec. 5. Protecting Rights. The Attorney General shall issue guidance to ensure the freedom to express the binary nature of sex and the right to single-sex spaces in workplaces and federally

COPS-AR-0641

funded entities covered by the Civil Rights Act of 1964.  In accordance with that guidance, the Attorney General, the Secretary of Labor, the General Counsel and Chair of the Equal Employment Opportunity Commission, and each other agency head with enforcement responsibilities under the Civil Rights Act shall prioritize investigations and litigation to enforce the rights and freedoms identified.

Sec. 6.  Bill Text.  Within 30 days of the date of this order, the Assistant to the President for Legislative Affairs shall present to the President proposed bill text to codify the definitions in this order.

Sec. 7.  Agency Implementation and Reporting.  (a)  Within 120 days of the date of this order, each agency head shall submit an update on implementation of this order to the President, through the Director of the Office of Management and Budget.  That update shall address:

(i)  changes to agency documents, including regulations, guidance, forms, and communications, made to comply with this order; and

(ii)  agency–imposed requirements on federally funded entities, including contractors, to achieve the policy of this order.

(b)  The requirements of this order supersede conflicting provisions in any previous Executive Orders or Presidential Memoranda, including but not limited to Executive Orders 13988 of January 20, 2021, 14004 of January 25, 2021, 14020 and 14021 of March 8, 2021, and 14075 of June 15, 2022. These Executive Orders are hereby rescinded, and the White House Gender Policy Council established by Executive Order 14020 is dissolved.

(c)  Each agency head shall promptly rescind all guidance documents inconsistent with the requirements of this order or the Attorney General's guidance issued pursuant to this order, or rescind such parts of such documents that are inconsistent in such manner.  Such documents include, but are not limited to:

(i)  "The White House Toolkit on Transgender Equality";

(ii)  the Department of Education's guidance documents including:

(A)  "2024 Title IX Regulations: Pointers for Implementation" (July 2024);

(B)  "U.S. Department of Education Toolkit: Creating Inclusive and Nondiscriminatory School Environments for LGBTQI+ Students";

(C)  "U.S. Department of Education Supporting LGBTQI+ Youth and Families in School" (June 21, 2023);

(D)  "Departamento de Educación de EE.UU.  Apoyar a los jóvenes y familias LGBTQI+ en la escuela" (June 21, 2023);

(E)  "Supporting Intersex Students: A Resource for Students, Families, and Educators" (October 2021);

(F)  "Supporting Transgender Youth in School" (June 2021);

(G)  "Letter to Educators on Title IX's 49th Anniversary" (June 23, 2021);

(H)  "Confronting Anti–LGBTQI+ Harassment in Schools: A Resource for Students and Families" (June 2021);

(I)  "Enforcement of Title IX of the Education Amendments of 1972 With Respect to Discrimination Based on Sexual Orientation and Gender Identity in Light of Bostock v. Clayton County" (June 22, 2021);

(J)  "Education in a Pandemic: The Disparate Impacts of COVID–19 on America's Students" (June 9, 2021); and

(K)  "Back–to–School Message for Transgender Students from the U.S. Depts of Justice, Education, and HHS" (Aug. 17, 2021);

(iii)  the Attorney General's Memorandum of March 26, 2021 entitled "Application of *Bostock v. Clayton County* to Title IX of the Education Amendments of 1972"; and

(iv)  the Equal Employment Opportunity Commission's "Enforcement Guidance on Harassment in the Workplace" (April 29, 2024).

Sec. 8.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department or agency, or the head thereof; or

(ii)   the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d)  If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its provisions to any other persons or circumstances shall not be affected thereby.

THE WHITE HOUSE,

   January 20, 2025.

Related

Keeping Men Out of Women's Sports

Presidential Actions │ February 5, 2025
Fact Sheet: President Donald J. Trump Protects Safety, Fairness, and Dignity in Women's Sports

Fact Sheets │ February 5, 2025
Ending Radical Indoctrination in K-12 Schooling

Presidential Actions │ January 29, 2025
Restoring America's Fighting Force

Presidential Actions │ January 27, 2025
Women's History Month, 2025

Briefings & Statements │ March 6, 2025

1    2    3    ...    13  NEXT PAGE



ABOUT

Administration

Contact

Internships

Stay Informed

Privacy Policy

MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

COPS-AR-0644

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email                                                          SIGN UP

Click here or text **45470** to receive updates



COPS-AR-0645

PRESIDENTIAL ACTIONS

## ENDING ILLEGAL DISCRIMINATION AND RESTORING MERIT-BASED OPPORTUNITY

The White House

January 21, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

Section 1. Purpose. Longstanding Federal civil-rights laws protect individual Americans from discrimination based on race, color, religion, sex, or national origin. These civil-rights protections serve as a bedrock supporting equality of opportunity for all Americans. As President, I have a solemn duty to ensure that these laws are enforced for the benefit of all Americans.

Yet today, roughly 60 years after the passage of the Civil Rights Act of 1964, critical and influential institutions of American society, including the Federal Government, major corporations, financial institutions, the medical industry, large commercial airlines, law enforcement agencies, and institutions of higher education have adopted and actively use dangerous, demeaning, and immoral race- and sex-based preferences under the guise of so-called "diversity, equity, and inclusion" (DEI) or "diversity, equity, inclusion, and accessibility" (DEIA) that can violate the civil-rights laws of this Nation.

Illegal DEI and DEIA policies not only violate the text and spirit of our longstanding Federal civil-rights laws, they also undermine our national unity, as they deny, discredit, and undermine the traditional American values of hard work, excellence, and individual achievement in favor of an unlawful, corrosive, and pernicious identity-based spoils system. Hardworking Americans who

COPS-AR-0646

(i)   Executive Order 12898 of February 11, 1994 (Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations);

(ii)  Executive Order 13583 of August 18, 2011 (Establishing a Coordinated Government-wide Initiative to Promote Diversity and Inclusion in the Federal Workforce);

(iii) Executive Order 13672 of July 21, 2014 (Further Amendments to Executive Order 11478, Equal Employment Opportunity in the Federal Government, and Executive Order 11246, Equal Employment Opportunity); and

(iv)  The Presidential Memorandum of October 5, 2016 (Promoting Diversity and Inclusion in the National Security Workforce).

(b)  The Federal contracting process shall be streamlined to enhance speed and efficiency, reduce costs, and require Federal contractors and subcontractors to comply with our civil-rights laws.  Accordingly:

(i)   Executive Order 11246 of September 24, 1965 (Equal Employment Opportunity), is hereby revoked.  For 90 days from the date of this order, Federal contractors may continue to comply with the regulatory scheme in effect on January 20, 2025.

COPS-AR-0647

financial and technical assistance," "advancing equity," and like mandates, requirements, programs, or activities, as appropriate.

Sec. 4. Encouraging the Private Sector to End Illegal DEI Discrimination and Preferences. (a) The heads of all agencies, with the assistance of the Attorney General, shall take all appropriate action with respect to the operations of their agencies to advance in the private sector the policy of individual initiative, excellence, and hard work identified in section 2 of this order.

(b) To further inform and advise me so that my Administration may formulate appropriate and effective civil-rights policy, the Attorney General, within 120 days of this order, in consultation with the heads of relevant agencies and in coordination with the Director of OMB, shall submit a report to the Assistant to the President for Domestic Policy containing recommendations for enforcing Federal civil-rights laws and taking other appropriate measures to encourage the private sector to end illegal discrimination and preferences, including DEI. The report shall contain a proposed strategic enforcement plan identifying:

(i)  Key sectors of concern within each agency's jurisdiction;

Sec. 7. Scope. (a) This order does not apply to lawful Federal or private-sector employment and contracting preferences for veterans of the U.S. armed forces or persons protected by the Randolph-Sheppard Act, 20 U.S.C. 107 et seq.

(b) This order does not prevent State or local governments, Federal contractors, or Federally-funded State and local educational agencies or institutions of higher education from engaging in First Amendment-protected speech.

(c) This order does not prohibit persons teaching at a Federally funded institution of higher education as part of a larger course of academic instruction from advocating for, endorsing, or promoting the unlawful employment or contracting practices prohibited by this order.

Sec. 8. General Provisions. (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department, agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary,

COPS-AR-0649

Presidential Actions  |  March 6, 2025
Restoring America's Fighting Force

Presidential Actions  |  January 27, 2025
Ending Radical Indoctrination in K-12 Schooling

Presidential Actions  |  January 29, 2025

1    2    3    ...    92 NEXT PAGE

COPS-AR-0650

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email                                                    SIGN UP

Click here or text **45470** to receive updates

COPS-AR-0652

# THE WHITE HOUSE
### WASHINGTON

≡                                                                    Q

PRESIDENTIAL ACTIONS

Celebrating America's 250th Birthday

The White House

January 29, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, and in anticipation of the 250th anniversary of American Independence on July 4, 2026, it is hereby ordered:

Section 1. Purpose. It is the policy of the United States, and a purpose of this order, to provide a grand celebration worthy of the momentous occasion of the 250th anniversary of American Independence on July 4, 2026. It is also the purpose of this order to take other actions to honor the history of our great Nation.

Sec. 2. Establishing the White House Task Force on Celebrating America's 250th Birthday. (a) There is hereby established the White House Task Force on Celebrating America's 250th Birthday (Task Force 250).

(b) The President shall be the Chair of Task Force 250 and the Vice President will serve as Vice Chair. The Chair shall appoint an Executive Director, who shall administer and execute the day-to-day operations of Task Force 250, and who shall report through the Assistant to the President for Domestic Policy. The Chair, the Vice Chair, or a member of Task Force 250 designated by the Chair, shall convene regular meetings of Task Force 250, determine its agenda, and direct its work, consistent with this order. The Executive Director and the Assistant to the President for Domestic Policy shall assist in the performance of these duties. The Chair may designate any member of the Task Force to preside over meetings of the Task Force.

COPS-AR-0653

(c) In addition to the Chair and Vice Chair, Task Force 250 shall consist of the following members:

(i) the Secretary of State;

(ii) the Secretary of the Treasury;

(iii) the Secretary of Defense;

(iv) the Secretary of the Interior;

(v) the Secretary of Agriculture;

(vi) the Secretary of Housing and Urban Development;

(vii) the Secretary of Education;

(viii) the Assistant to the President for Domestic Policy;

(ix) the Deputy Chief of Staff for Legislative Affairs;

(x) the Cabinet Secretary and Deputy Chief of Staff;

(xi) the Director of Speechwriting;

(xii) the Chair of the National Endowment for the Humanities;

(xiii) the Chair of the National Endowment for the Arts;

(xiv) the Director of the Institute of Museum and Library Services; and

(xv) the heads of such other executive departments, agencies, and offices that the Chair or the Vice Chair may, from time to time, designate or invite to participate.

(d) The Chair and the Vice Chair, as they deem appropriate, shall invite the Executive Director of the United States Semiquincentennial Commission to provide recommendations and advice to Task Force 250.

(e) Task Force 250 shall coordinate with the executive departments and agencies (agencies) to plan, organize, and execute an extraordinary celebration of the 250th Anniversary of American Independence and shall coordinate agencies' communications with the United States Semiquincentennial Commission. In addition, the Executive Director may seek information or advice from such other agencies as Task Force 250 shall direct.

(f) For administrative purposes, the Task Force shall be housed in the Department of Defense, which shall provide funding and administrative support for Task Force 250, to the extent permitted by law and subject to the availability of appropriations.

(g) Agencies shall provide a report to Task Force 250 regarding their respective planning and activities with respect to the celebration of the 250th Anniversary of American Independence. These reports should be submitted to the Executive Director of Task Force 250 no later than March 1, 2025.

(h) Task Force 250 shall terminate on December 31, 2026, unless extended by the President.

Sec. 3. National Garden of American Heroes. (a) Executive Order 13934 of July 3, 2020 (Building and Rebuilding Monuments to American Heroes) and Executive Order 13978 of January 18, 2021 (Building the National Garden of American Heroes) are reinstated as they were prior to issuance of Executive Order 14029 of May 14, 2021.

(b)  The Assistant to the President for Domestic Policy shall recommend to the President additional historically significant Americans for inclusion in the National Garden of American Heroes, to bring the total number of heroes to 250.

(c)  Section 3(c)(ii) of Executive Order 13934 is amended by striking "prior to the 250th anniversary of the proclamation of the Declaration of Independence on July 4, 2026" and inserting in its place "as expeditiously as possible".

Sec. 4. Protecting America's Monuments from Vandalism. Executive Order 13933 of June 26, 2020 (Protecting American Monuments, Memorials, and Statues and Combatting Recent Criminal Violence) is hereby reinstated as it was prior to the issuance of Executive Order 14029 of May 14, 2021.  Recent examples of conduct necessitating reinstatement of this order include pro-Hamas-related vandalism of historically significant public monuments and related assaults on Federal officers and employees following October 7, 2023, including the vandalism of the exterior of the Department of the Treasury and of statues in Lafayette Square in Washington, D.C. on June 8, 2024, and the assaults on Federal officers and vandalism of the Christopher Columbus Memorial Fountain and Freedom Bell at Union Station in Washington, D.C. on July 24, 2024.

Sec. 5. General Provisions. (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

Related

Fact Sheet: President Donald J. Trump Previews Plans for the Grandest Celebration of America's Birthday

Fact Sheets  |  July 3, 2025

COPS-AR-0655

Fact Sheet: President Donald J. Trump Restores Truth and Sanity to American History

Fact Sheets   |   March 27, 2025

Fact Sheet: President Donald J. Trump Celebrates American Greatness with the Freedom 250 Grand Prix of Washington, D.C.

Fact Sheets   |   January 30, 2026

Establishing The White House Task Force on the FIFA World Cup 2026

Presidential Actions   |   March 7, 2025

Ending Radical Indoctrination in K-12 Schooling

Presidential Actions   |   January 29, 2025

1    2    3    ...    88   NEXT PAGE




ABOUT

Administration

Contact

Internships

Stay Informed

Privacy Policy

MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

COPS-AR-0656

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email                                                    SIGN UP

Click here or text **45470** to receive updates



**LEGAL STATUS**

This site displays a prototype of a "Web 2.0" version of the daily Federal Register. It is not an official legal edition of the Federal Register, and does not replace the official print version or the official electronic version on GPO's govinfo.gov.

The documents posted on this site are XML renditions of published Federal Register documents. Each document posted on the site includes a link to the corresponding official PDF file on govinfo.gov. This prototype edition of the daily Federal Register on FederalRegister.gov will remain an unofficial informational resource until the Administrative Committee of the Federal Register (ACFR) issues a regulation granting it official legal status. For complete information about, and access to, our official publications and services, go to About the Federal Register on NARA's archives.gov.

The OFR/GPO partnership is committed to presenting accurate and reliable regulatory information on FederalRegister.gov with the objective of establishing the XML-based Federal Register as an ACFR-sanctioned publication in the future. While every effort has been made to ensure that the material on FederalRegister.gov is accurately displayed, consistent with the official SGML-based PDF version on govinfo.gov, those relying on it for legal research should verify their results against an official edition of the Federal Register. Until the ACFR grants it official status, the XML rendition of the daily Federal Register on FederalRegister.gov does not provide legal notice to the public or judicial notice to the courts.

**LEGAL STATUS**

# Protecting American Monuments, Memorials, and Statues and Combating Recent Criminal Violence

A Presidential Document by the Executive Office of the President on 07/02/2020

**PUBLISHED CONTENT - DOCUMENT DETAILS**

**Agency:** Executive Office of the President
**Document Citation:** 85 FR 40081
**Document Number:** 2020-14509
**Document Type:** Presidential Document
**Presidential Document Type:** Executive Order
**EO Citation:** EO 13933
**Pages:** 40081-40084 (4 pages)
**Publication Date:** 07/02/2020

**READER AIDS - EXECUTIVE ORDER DETAILS**

Executive order notes are compiled and maintained by the Office of the Federal Register editors.

**EO Citation:** EO 13933
**EO Notes:** Revoked by: EO 14029, May 14, 2021
Reinstated by: EO 14189, January 29, 2025
See: EO 14252, March 27, 2025

COPS-AR-0658

**President:** Donald J. Trump
**Signing Date:** June 26, 2020

---

**PUBLISHED DOCUMENT: 2020-14509 (85 FR 40081)**

Executive Order 13933 (/executive-order/13933) of June 26, 2020

# Protecting American Monuments, Memorials, and Statues and Combating Recent Criminal Violence

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

**Section 1** . *Purpose.* The first duty of government is to ensure domestic tranquility and defend the life, property, and rights of its citizens. Over the last 5 weeks, there has been a sustained assault on the life and property of civilians, law enforcement officers, government property, and revered American monuments such as the Lincoln Memorial. Many of the rioters, arsonists, and left-wing extremists who have carried out and supported these acts have explicitly identified themselves with ideologies—such as Marxism—that call for the destruction of the United States system of government. Anarchists and left-wing extremists have sought to advance a fringe ideology that paints the United States of America as fundamentally unjust and have sought to impose that ideology on Americans through violence and mob intimidation. They have led riots in the streets, burned police vehicles, killed and assaulted government officers as well as business owners defending their property, and even seized an area within one city where law and order gave way to anarchy. During the unrest, innocent citizens also have been harmed and killed.

These criminal acts are frequently planned and supported by agitators who have traveled across State lines to promote their own violent agenda. These radicals shamelessly attack the legitimacy of our institutions and the very rule of law itself.

Key targets in the violent extremists' campaign against our country are public monuments, memorials, and statues. Their selection of targets reveals a deep ignorance of our history, and is indicative of a desire to indiscriminately destroy anything that honors our past and to erase from the public mind any suggestion that our past may be worth honoring, cherishing, remembering, or understanding. In the last week, vandals toppled a statue of

COPS-AR-0659

President Ulysses S. Grant in San Francisco. To them, it made no difference that President Grant led the Union Army to victory over the Confederacy in the Civil War, enforced Reconstruction, fought the Ku Klux Klan, and advocated for the Fifteenth Amendment, which guaranteed freed slaves the right to vote. In Charlotte, North Carolina, the names of 507 veterans memorialized on a World War II monument were painted over with a symbol of communism. And earlier this month, in Boston, a memorial commemorating an African-American regiment that fought in the Civil War was defaced with graffiti. In Madison, Wisconsin, rioters knocked over the statue of an abolitionist immigrant who fought for the Union during the Civil War. Christian figures are now in the crosshairs, too. Recently, an influential activist for one movement that has been prominent in setting the agenda for demonstrations in recent weeks declared that many existing religious depictions of Jesus and the Holy Family should be purged from our places of worship.

Individuals and organizations have the right to peacefully advocate for either the removal or the construction of any monument. But no individual or group has the right to damage, deface, or remove any monument by use of force. (🗎 printed page 40082)

In the midst of these attacks, many State and local governments appear to have lost the ability to distinguish between the lawful exercise of rights to free speech and assembly and unvarnished vandalism. They have surrendered to mob rule, imperiling community safety, allowing for the wholesale violation of our laws, and privileging the violent impulses of the mob over the rights of law-abiding citizens. Worse, they apparently have lost the will or the desire to stand up to the radical fringe and defend the fundamental truth that America is good, her people are virtuous, and that justice prevails in this country to a far greater extent than anywhere else in the world. Some particularly misguided public officials even appear to have accepted the idea that violence can be virtuous and have prevented their police from enforcing the law and protecting public monuments, memorials, and statues from the mob's ropes and graffiti.

My Administration will not allow violent mobs incited by a radical fringe to become the arbiters of the aspects of our history that can be celebrated in public spaces. State and local public officials' abdication of their law enforcement responsibilities in deference to this violent assault must end.

**Sec. 2** . *Policy.* (a) It is the policy of the United States to prosecute to the fullest extent permitted under Federal law, and as appropriate, any person or any entity that destroys, damages, vandalizes, or desecrates a monument, memorial, or statue within the United States or otherwise vandalizes government property. The desire of the Congress to protect Federal property is clearly reflected in section 1361 of title 18, United States Code (https://www.govinfo.gov/link/uscode/18/1361), which authorizes a penalty of up to 10 years' imprisonment for the willful injury of Federal property. More recently, under the Veterans' Memorial Preservation and Recognition Act of 2003, section 1369 of title 18, United States Code (https://www.govinfo.gov/link/uscode/18/1369), the Congress punished with the same penalties the destruction of Federal and in some cases State-maintained monuments that honor military veterans. Other criminal statutes, such as the Travel Act, section 1952 of title 18, United States Code (https://www.govinfo.gov/link/uscode/18/1952), permit prosecutions of arson damaging monuments, memorials, and statues on State grounds in some cases. Civil statutes like the Public System Resource Protection Act, section 100722 of title 54, United States Code (https://www.govinfo.gov/link/uscode/54/100722), also hold those who destroy certain Federal property accountable for their offenses. The Federal Government will not tolerate violations of these and other laws.

(b) It is the policy of the United States to prosecute to the fullest extent permitted under Federal law, and as appropriate, any person or any entity that participates in efforts to incite violence or other illegal activity in connection with the riots and acts of vandalism described in section 1 of this order. Numerous Federal laws, including section 2101 of title 18, United States Code (https://www.govinfo.gov/link/uscode/18/2101), prohibit the violence that has typified the past few weeks in some cities. Other statutes punish those who participate in or assist the agitators who have coordinated these lawless acts. Such laws include section 371 of title 18, United States Code (https://www.govinfo.gov/link/uscode/18/371), which criminalizes certain conspiracies to violate Federal law, section 2 of title 18, United States Code (https://www.govinfo.gov/link/uscode/18/2), which punishes those who aid or abet the commission of Federal crimes, and section 2339A of title 18, United States Code, which prohibits as material support to terrorism efforts to support a defined set of Federal crimes. Those who have joined in recent violent acts around the United States will be held accountable.

COPS-AR-0661

(c) It is the policy of the United States to prosecute to the fullest extent permitted under Federal law, and as appropriate, any person or any entity that damages, defaces, or destroys religious property, including by attacking, removing, or defacing depictions of Jesus or other religious figures or religious art work. Federal laws prohibit, under certain circumstances, damage or defacement of religious property, including the Church Arson Prevention Act of 1996, section 247 of title 18, United States Code (https://www.govinfo.gov/link/uscode/18/247), and section 371 of title 18, United States Code. (https://www.govinfo.gov/link/uscode/18/371) The Federal Government will not tolerate violations of these laws designed to protect the free exercise of religion.
(□ printed page 40083)

(d) It is the policy of the United States, as appropriate and consistent with applicable law, to withhold Federal support tied to public spaces from State and local governments that have failed to protect public monuments, memorials, and statues from destruction or vandalism. These jurisdictions' recent abandonment of their law enforcement responsibilities with respect to public monuments, memorials, and statues casts doubt on their willingness to protect other public spaces and maintain the peace within them. These jurisdictions are not appropriate candidates for limited Federal funds that support public spaces.

(e) It is the policy of the United States, as appropriate and consistent with applicable law, to withhold Federal support from State and local law enforcement agencies that have failed to protect public monuments, memorials, and statues from destruction or vandalism. Unwillingness to enforce State and local laws in the face of attacks on our history, whether because of sympathy for the extremists behind this violence or some other improper reason, casts doubt on the management of these law enforcement agencies. These law enforcement agencies are not appropriate candidates for limited Federal funds that support State and local police.

**Sec. 3** . *Enforcing Laws Prohibiting the Desecration of Public Monuments, the Vandalism of Government Property, and Recent Acts of Violence.* (a) The Attorney General shall prioritize within the Department of Justice the investigation and prosecution of matters described in subsections 2(a), (b), and (c) of this order. The Attorney General shall take all appropriate enforcement action against individuals and organizations found to have violated Federal law through these investigations.

(b) The Attorney General shall, as appropriate and consistent with applicable law, work with State and local law enforcement authorities and Federal agencies to ensure the Federal Government appropriately provides information and assistance to State and local law enforcement authorities in connection with their investigations or prosecutions for the desecration of monuments, memorials, and statues, regardless of whether such structures are situated on Federal property.

**Sec. 4** . *Limiting Federal Grants for Jurisdictions and Law Enforcement Agencies that Permit the Desecration of Monuments, Memorials, or Statues.* The heads of all executive departments and agencies shall examine their respective grant programs and apply the policies established by sections 2(d) and (e) of this order to all such programs to the extent that such application is both appropriate and consistent with applicable law.

**Sec. 5** . *Providing Assistance for the Protection of Federal Monuments, Memorials, Statues, and Property.* Upon the request of the Secretary of the Interior, the Secretary of Homeland Security, or the Administrator of General Services, the Secretary of Defense, the Attorney General, and the Secretary of Homeland Security shall provide, as appropriate and consistent with applicable law, personnel to assist with the protection of Federal monuments, memorials, statues, or property. This section shall terminate 6 months from the date of this order unless extended by the President.

**Sec. 6** . *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

( printed page 40084)

COPS-AR-0663

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d) This order is not intended to, and does not, affect the prosecutorial discretion of the Department of Justice with respect to individual cases.

(https://img.federalregister.gov/TRUMP/TRUMP_original_size.png)

THE WHITE HOUSE,

June 26, 2020.

[FR Doc. 2020-14509 (/d/2020-14509)

Filed 7-1-20; 11:15 am]

Billing code 3295-F0-P

**PUBLISHED DOCUMENT: 2020-14509 (85 FR 40081)**

COPS-AR-0664