DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail: Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>    Defendants. | Case No. 25-cv-09277-JD<br><br>**DECLARATION OF COMMANDER THOMAS MAGUIRE IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date Filed:     October 28, 2025<br>Trial Date:     None Set |

DECL. OF CMDR. THOMAS MAGUIRE;          1
CASE NO. 25-CV-09277

## DECLARATION OF THOMAS MAGUIRE

I, Thomas Maguire, declare as follows

1.    I am a resident of the State of California.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2.    I have been a sworn officer in the San Francisco Police Department ("SFPD" or "Department") since 2005.  In 2025, I was promoted to Commander.  Previously, I served as the commander of the Investigations Bureau. During my service I have worked as a patrol officer at Bayview, Mission and Northern Stations, I also worked business district footbeat assignments and Northern Station Street Crimes in a plainclothes capacity. In 2009, I was promoted to Inspector where I worked in the Domestic Violence Response Unit, Robbery Task Force, and Criminal Investigations Unit.  In 2013, I was promoted to Sergeant where I worked as a patrol sergeant at Bayview Station, Sergeant of the Northern Station Street Crimes Unit, and an investigator at the Special Investigations Division. In 2019, I was promoted to Lieutenant and worked as the Officer-in- Charge of Strategic Investigations and established the Real Time Investigations Center (RTIC) and the Department's Phoenix Drone Program.

3.    SFPD is the municipal law enforcement agency with primary law enforcement authority for the public safety of the more than 800,000 residents and thousands of visitors in San Francisco.

4.    In my role as Commander of the Administration Bureau, I am responsible for the recruitment, background investigations, and hiring process, and ensuring that we are performing these functions in pursuit of reaching full staffing for our department.  Full staffing will alleviate pressure on our budget because it will reduce our overtime usage and improve officer wellness because officers will not be working as many additional hours with a fully staffed department.

5.    I have reviewed the November 12, 2025 declaration of Captain Sean Frost submitted in support of Plaintiffs' motion for a preliminary injunction in this matter (the "Frost Declaration").  The statements made in the Frost Declaration are true to the best of my knowledge.  In particular, the

DECL. OF CMDR. THOMAS MAGUIRE;                2
CASE NO. 25-CV-09277

COPS Hiring Program continues to play a critical role in ensuring that SFPD can continue to hire and retain qualified officers.

6.    As stated in the Frost Declaration, SFPD has historically experienced staffing shortages, but the Department has made significant progress in the last year in recruiting and retaining new sworn officers. If SFPD were unable to accept its $6.25 million COPS Hiring Grant Award, it would face an untenable choice between finding another source of funds to support hiring sworn officers (a practical impossibility given the City's significant budget deficit) and foregoing the hiring of additional officers (which would gravely impair public safety).

7.    I understand that on January 21, 2026, the court issued a preliminary injunction enjoining certain conditions in SFPD's COPS Hiring Grant Award. Because of the injunction, SFPD has been able to accept the COPS Hiring Grant Award. Given the urgent need for hiring, the Department has already been incurring expenses—including with respect to 14 recruits hired for the SFPD Academy—for which it intends to seek reimbursement from the COPS Hiring Grant, contingent on approval from the San Francisco Board of Supervisors and Police Commission. The Department eventually expects to expend the grant funds to pay for the salaries and benefits for fifty officers.

8.    If the injunction were lifted and SFPD were required to forego its COPS Hiring Grant Award, the Department would face the same profound challenges described in the Frost Declaration. The City continues to experience significant budgetary difficulties, and it would be extremely difficult for SFPD to find $6.25 million dollars to hire the fifty officers SFPD planned to fund through the Hiring Grant Award. In order to close the gap, SFPD would likely have to allocate limited General Fund dollars away from other important SFPD services, with potential negative public safety consequences in San Francisco. The alternative choice—to forego hiring additional officers—continues to be untenable. These additional officers are necessary to maintain the safety, security, and progress that SFPD has made in the last year.

DECL. OF CMDR. THOMAS MAGUIRE;                    3
CASE NO. 25-CV-09277

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 13, 2026 at San Francisco, California.

_____
Thomas Maguire