DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN 303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail: Karun.Tilak@sfcityatty.org
            Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF TUCSON; and CITY OF SAN DIEGO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>          Defendants. | Case No. 25-cv-09277-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   August 20, 2026<br>Time:           11 a.m.<br>Judge:          Hon. James Donato<br>Place:          Courtroom 11, 19th Floor<br><br>Date Filed:     October 28, 2025<br>Trial Date:     None Set |

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: bill.nguyen@cco.sccgov.org
Attorneys for Plaintiff
COUNTY OF SANTA CLARA

HEATHER FERBERT, SBN 246759
City Attorney
JEAN JORDAN, SBN 155009
Acting Assistant City Attorney
JULIE RAU, SBN 317658
Lead Deputy City Attorney
JENNIFER MARTIN, SBN 322048
Deputy City Attorney
1200 Third Avenue, Suite 1620
San Diego, CA 92101
Telephone: (619) 236-6220
Facsimile: (619) 236-7215
E-Mail: Jrau@sandiego.org
           MartinJM@sandiego.org
Attorneys for Plaintiff
CITY OF SAN DIEGO

ROI I. LUSK
City Attorney
REGINA L. NASSEN, Ariz. Bar No. 014574*
Principal Assistant City Attorney
Tucson City Attorney's Office
255 W. Alameda, 7th Floor
P.O. Box 27210
Tucson, Arizona 85726-7210
Telephone: (520)837-4207
Facsimile: (520)623-9803
E-Mail: regina.nassen@tucsonaz.gov

ERIN B. BERNSTEIN, SBN 231539
PRIANKA MUNGALE, SBN 348165
Bradley Bernstein Sands, LLP
1212 Broadway, Suite 1100
Oakland, California 94612
Telephone: (510)380-5801
E-Mail: ebernstein@bradleybernstein.com
Attorneys for Plaintiff
CITY OF TUCSON
*Admitted pro hac vice

The Court has reviewed Plaintiffs' Motion for Summary Judgment. Upon consideration of the Motion and the papers submitted in support of and in opposition to the Motion, and finding good cause exists, the Court **hereby GRANTS** Plaintiffs' Motion for Summary Judgment. The Court **VACATES** the Challenged Conditions. The Court further **permanently ENJOINS** Defendants (and their officers, agents, employees, attorneys, and any person acting in concert with them or at their behest) from (i) **IMPOSING or ENFORCING** any or all of the Challenged Conditions in COPS Grants awarded to Plaintiffs and (ii) **WITHHOLDING or TERMINATING** COPS Grants funding on the ground that Plaintiffs did not accept or comply with any or all of the Challenged Conditions. The Court further **permanently ENJOINS** Defendants (and their officers, agents, employees, attorneys, and any person acting in concert with them or at their behest) from **ENFORCING** any requirement (including but not limited to the Civil Rights Conditions) that Plaintiffs certify they do not operate any programs that violate any applicable Federal civil rights or nondiscrimination laws in any way that is inconsistent with current meanings of federal law, as enacted by Congress and interpreted by federal courts.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JAMES DONATO
United States District Judge