DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
KARUN A. TILAK, SBN 323939
JESSE E. LANIER, SBN  303395
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4223
Facsimile: (415) 437-4644
E-Mail:  Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and CITY OF TUCSON, | Case No. 3:25-cv-09277-JD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her Official Capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity, | Hearing Date:   August 20, 2026<br>Time:           11 a.m.<br>Judge:          Hon. James Donato<br>Place:          Courtroom 11, 19th Floor |
| Defendants. | Date Filed:     October 28, 2025<br>Trial Date:     None Set |

[Proposed] Order Granting RJN ISO MSJ
Case No. 3:25-cv-09277-JD

1

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th
Floor San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: bill.nguyen@cco.sccgov.org
Attorneys for Plaintiff
COUNTY OF SANTA CLARA

HEATHER FERBERT, SBN 246759
City Attorney
JEAN JORDAN, SBN 155009
Acting Assistant City Attorney
JULIE RAU, SBN 317658
Lead Deputy City Attorney
JENNIFER MARTIN, SBN 322048
Deputy City Attorney
1200 Third Avenue, Suite 1620
San Diego, CA 92101
Telephone: (619) 236-6220
Facsimile: (619) 236-7215
E-Mail: Jrau@sandiego.org
        MartinJM@sandiego.org
Attorneys for Plaintiff
CITY OF SAN DIEGO

ROI I. LUSK
City Attorney
REGINA L. NASSEN, Ariz. Bar No. 014574*
Principal Assistant City Attorney
Tucson City Attorney's Office
255 W. Alameda, 7th Floor
P.O. Box 27210
Tucson, Arizona 85726-7210
Telephone: (520)837-4207
Facsimile: (520)623-9803
E-Mail: regina.nassen@tucsonaz.gov

ERIN B. BERNSTEIN, SBN 231539
PRIANKA MUNGALE, SBN 348165
Bradley Bernstein Sands, LLP
1212 Broadway, Suite 1100
Oakland, California 94612
Telephone: (510)380-5801
E-Mail: ebernstein@bradleybernstein.com
Attorneys for Plaintiff
CITY OF TUCSON
*Admitted pro hac vice

On August 20, 2026, Plaintiffs' Request for Judicial Notice In Support of Motion for Summary Judgment ("RJN") came on for hearing. The Court, having considered the RJN and documents filed therewith, including **Exhibits A and B**, and good cause appearing therein, hereby GRANTS Plaintiffs' RJN and takes judicial notice of **Exhibits A through B** pursuant to Federal Rule of Evidence 201.

**IT IS SO ORDERED.**

Dated: _____           _____

HON. JAMES DONATO
United States District Judge

[Proposed] Order Granting RJN ISO MSJ           3
Case No. 3:25-cv-09277-JD