**Appendix of Appeal Status**

To assist the Court, Plaintiffs have prepared this Appendix, which contains a brief description of the status of federal grant cases proceeding in the Ninth Circuit cited in the parties' summary judgment briefing, current as of the date of Plaintiffs' final brief in support of their motion for summary judgment and opposing Defendants' cross motion for summary judgment

- *City of Fresno v. Turner*

  - Opinions cited:
    No. 25-CV-07070-RS, 2025 WL 2721390 (N.D. Cal. Sept. 23, 2025)
    No. 25-cv-07070-RS, 2025 WL 2469330 (N.D. Cal. Aug. 27, 2025)

  - Appeal status:
    November 24, 2025 Filed, No. 25-7378
    January 16, 2026 Unopposed motion to stay appellate proceedings granted, Appellants to file status report and motion for further relief within 7 days after issuance of mandate in *Martin Luther King, Jr. Cnty. v. Turner*, No. 25-3664 (see below)

- *City of Seattle v. Trump*

  - Opinion cited:
    808 F. Supp. 3d 1204 (W.D. Wash. 2025)

  - Appeal status:
    None filed

- *City & Cnty. of San Francisco v. Trump*

  - Opinions cited:
    25-cv-01350, 2025 WL 1738675 (N.D. Cal. June 23, 2025)
    779 F. Supp. 3d 1077 (N.D. Cal. 2025)
    782 F. Supp 3d 830 (N.D. Cal. 2025)

  - Appeal status:
    None filed

- *Cnty. of Santa Clara v. Noem*

  - o Opinion cited:
    815 F. Supp. 3d at 1034 (N.D. Cal. 2025)

  - o Appeal status:
    January 20, 2026, Filed, No. 26-402
    January 30, 2025, Joint motion to stay appellate proceedings granted, Proceeding stayed pending issuance of mandate in *Martin Luther King, Jr. Cnty. v. Turner*, No. 25-3664 (see below)

- *Housing Authority of City & Cnty. of San Francisco v. Turner*

  - o Opinion cited:
    No. 25-CV-08859-JST, 2025 WL 3187761 (N.D. Cal. Nov. 14, 2025)

  - o Appeal status:
    January 13, 2026, Filed, No. 26-233
    January 20, 2026, Unopposed motion to stay appellate proceedings granted, Proceeding stayed pending issuance of mandate in *Martin Luther King, Jr. Cnty. v. Turner*, No. 25-3664 (see below)

- *Martin Luther King, Jr. Cnty. v. Turner*

  - o Opinions cited:
    798 F. Supp. 3d 1224 (W.D. Wash. 2025)
    785 F. Supp. 3d 863 (W.D. Wash. 2025)

  - o Appeal status:
    June 10, 2025, Filed, No. 25-3664
    February 9, 2026, Argued and submitted

- *San Francisco A.I.D.S. Found. v. Trump*

  - o Opinion cited:
    786 F. Supp. 3d 1184 (N.D. Cal. 2025)

  - o Appeal status:
    None filed

- *San Francisco Unified Sch. Dist. v. AmeriCorps*

  - o Opinion cited:
    789 F. Supp. 3d 716 (N.D. Cal. 2025)

  - o Appeal status:
    None filed