UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 5, 2026 Judge: Hon. James Donato

Time: 9 minutes

Case No. **3:25-cv-09277-JD**
Case Name **City and County of San Francisco, et al. v. U.S. Dept. of Justice, et al.**

Attorney(s) for Plaintiff(s): Jessica E. Lanier, Kenneth Walczak, Julie Rau, and Bill Nguyen
Attorney for Defendant: Jevechius D. Bernardoni

Deputy Clerk: Jean Davis Court Reporter: Ana Dub

PROCEEDINGS

Motion Hearing -- Held.

NOTES AND ORDERS

As discussed at the hearing, the motions for summary judgment are held in abeyance pending the Ninth Circuit's final disposition of *County of King, et al. v. Turner, et al.*, 25-3664. A status conference is set for January 18, 2027.